FILED
MAY 11 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ and § <br> HAROLD DUTTON, JR. § <br> § <br> Plaintiffs § <br> § <br> v. § <br> § <br> STATE OF TEXAS, RICK PERRY, § <br> In His Official Capacity as Governor § <br> of the State of Texas, DAVID § <br> DEWHURST, In His Official Capacity § <br> as Lieutenant Governor of the State § <br> of Texas, and JOE STRAUS, In His § <br> Official Capacity as Speaker of the § <br> Texas House of Representatives, § <br> HOPE ANDRADE, in Her Official § <br> Capacity as Secretary of State of the § <br> State of Texas § <br> § <br> Defendants § | Case No. 5:11-cv-0360 |

## ORDER CONSTITUTING THREE-JUDGE COURT

1. Requesting Judge:   Orlando L. Garcia
   Western District of Texas

2. Circuit Judge:   Jerry E. Smith
   United States Court of Appeals for the
   Fifth Circuit

3. District Judge:   Xavier Rodriguez
   Western District of Texas

Having been informed by the above identified requesting district judge that this action, which has been presented to him, is required to be heard and determined by a court composed of three judges, pursuant to the provisions of 28 U.S.C. § 2284, as Chief Judge of the United States Court of Appeals for the Fifth Circuit, I hereby designate the United States circuit and chief district judge and the requesting district judge named above as the members of the three-judge district court that is to hear and resolve this matter.

*Edith H. Jones*
Edith H. Jones, Chief Judge
United States Court of Appeals
for the Fifth Circuit

Date: May 11, 2011