UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR, AND GREGORY TAMEZ<br><br>Plaintiffs<br><br>V.<br><br>STATE OF TEXAS; RICK PERRY, In His Official Capacity as Governor of the State of Texas; DAVID DEWHURST, In His Official Capacity as Lieutenant Governor of the State of Texas, and JOE STRAUS, In His Official Capacity as Speaker of the Texas House of Representatives, HOPE ANDRADE, in Her Official Capacity as Secretary of State of the State of Texas<br><br>Defendants | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:11-CV-0360-OLG |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

TO THE HONORABLE COURT:

COME NOW, Shannon Perez, Harold Dutton, Jr. and Gregory Tamez ("Plaintiffs") and move for leave to file their Second Amended Complaint, previously tendered for filing, and for grounds, would show the court as follows:

### I.
### INTRODUCTION

1.  Plaintiffs are Shannon Perez, Harold Dutton, Jr. and Gregory Tamez; Defendants are the State of Texas, Rick Perry, David Dewhurst, Joe Straus and Hope Andrade.

2.  Plaintiffs have sued defendants challenging the constitutionality of redistricting plans in the State of Texas.

II.

**AGREED REQUEST FOR LEAVE TO FILE AMENDED PLEADINGS**

3. The Second Amended Complaint eliminates one of the claims previously asserted and its filing would serve the ends of justice. Counsel has conferred with attorneys for the Defendants and they have agreed to the filing of the Second Amended Complaint.

III.

**CONCLUSION**

For these reasons, Plaintiffs respectfully move the Court for an order directing the Clerk to accept and file Plaintiffs' Second Amended Complaint.

Respectfully submitted,

_____
DAVID RICHARDS
State Bar No. 16846000
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513

RICHARD E. GRAY, III
State Bar No. 08328300
Gray & Becker, P.C.
900 West Avenue
Austin, Texas 78701
Tel: (512) 482-0061
Fax: (512) 482-0924

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been sent *via* the court's electronic notification system, on June 17, 2011, to the following:

David Schenck
Deputy Attorney General of Legal Counsel
P.O. Box 12548
Austin, Texas 78711-2548
Attorney for Defendants

_____
DAVID RICHARDS