UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 17 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR, AND GREGORY TAMEZ<br><br>Plaintiffs<br><br>V.<br><br>STATE OF TEXAS; RICK PERRY, In His Official Capacity as Governor of the State of Texas; DAVID DEWHURST, In His Official Capacity as Lieutenant Governor of the State of Texas, and JOE STRAUS, In His Official Capacity as Speaker of the Texas House of Representatives, HOPE ANDRADE, in Her Official Capacity as Secretary of State of the State of Texas<br><br>Defendants | § § § § § § § § § § § § § § § § § § § § §    CIVIL ACTION NO. 5:11-CV-0360-OLG |

### ORDER

Came on to be considered Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint, and the Court, being of the view that same should be granted:

IT IS ORDERED that the Clerk is directed to receive and file Plaintiffs' Second Amended Complaint.

SIGNED on June 17, 2011.

_____
U.S. DISTRICT JUDGE