FILED

JUN 2 4 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ, <br> PLAINTIFFS, <br> v. <br> STATE OF TEXAS; RICK PERRY, In His Official Capacity as Governor of the State of Texas; DAVID DEWHURST, In His Official Capacity as Lieutenant Governor of the State of Texas, and JOE STRAUS, In His Official Capacity as Speaker of the House of Representative, HOPE ANDRADE, in Her Official Capacity as Secretary of State of the State of Texas, <br> DEFENDANTS, | ✓CIVIL NO. SA-11-CV-360 OLG-JES-XR |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) <br> PLAINTIFFS, <br> v. <br> STATE OF TEXAS; RICK PERRY, In His Official Capacity as Governor of the State of Texas; DAVID DEWHURST, In His Official Capacity as Lieutenant Governor of the State of Texas, and JOE STRAUS, In His Official Capacity as Speaker of the House of Representative, <br> DEFENDANTS; | CIVIL NO. SA-11-CV-361-OLG-JES-XR |
| TEXAS LATINO REDISTRICTING TASK FORCE, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES JOSE OLIVARES, ALEJANDRO ORTIZ AND REBECCA ORTIZ, <br> PLAINTIFFS, <br> v. <br> RICK PERRY, In His Official Capacity as Governor of the State of Texas, <br> DEFENDANT. | CIVIL NO. SA-11-CV-490-OLG |

## AMENDED ORDER SETTING STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered cases are set for **STATUS CONFERENCE** in Courtroom #1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Durango Boulevard, San Antonio, Texas on **Friday, July 1, 2011 at 11:00 A.M.** The Status Conference shall be before the Three Judge Court.

**THE COURT FURTHER ORDERS** that the parties shall submit a report on all existing state and federal redistricting cases pending in the State of Texas detailing the cause number, style of the case, and the specific current

issues and status of each case. The parties are directed to confer to determine whether an agreed report can be submitted; otherwise, each party will submit their own report. Said report will be submitted no later than **12:00 Noon on Wednesday, June 29, 2011.**

The parties shall be prepared to identify the issues involved in each case and whether the Western District cases should be consolidated, and if so, suggest a proposed resolution. The court will not hear or consider argument on the merits of these cases.

The parties shall address in their report whether Perry v. Del Rio, 66 S.W. 3D (Tex. 2001) is applicable or whether there are independent issues that would permit the already constituted panel to decide all existing Western District cases and issues, including the pending case in the Austin Division, Eddie Rodriguez, et al. v. Rick Perry, et al., cause number 1:11-CV-151-LY. Further, the parties shall identify whether the redistricting cases in the other Districts can be procedurally and legally consolidated and suggest a resolution, if permitted.

The party seeking to intervene shall be permitted to participate in this status conference without determining the issue of intervention for the limited purpose of this status conference hearing.

IT IS SO ORDERED this 24th day of June, 2011

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE