IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL - 6 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| SHANNON PEREZ, HAROLD ) <br> DUTTON, JR. AND GREGORY TAMEZ ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> STATE OF TEXAS; RICK PERRY, ) <br> in his official capacity as Governor of the ) <br> State of Texas; DAVID DEWHURST, ) <br> in his official capacity as Lieutenant ) <br> Governor of the State of Texas; JOE ) <br> STRAUS, in his official capacity as Speaker ) <br> of the Texas House of Representatives; ) <br> HOPE ANDRADE, in her official ) <br> capacity as Secretary of State of the ) <br> State of Texas ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> SA-11-CA-360-OLG-JES-XR |

## ORDER

Pending before the Court is Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief May Be Granted. (Dkt. #9). Plaintiffs filed a response thereto. (Dkt. #18). In the interim, Plaintiffs filed their Unopposed Motion for Leave to File Second Amended Complaint (Dkt. #13). The unopposed motion was granted on June 17, 2011. (Dkt. #15). Because Plaintiffs' complaint has been amended and Defendants have since filed their Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. #20), Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief May Be Granted

(Dkt. #9) is DENIED as moot.[1]

SIGNED and ENTERED this ___6___ day of July, 2011.

                                          _____
                                          ORLANDO L. GARCIA
                                          UNITED STATES DISTRICT JUDGE

---

[1] Defendants note in their new motion that the previous motion "is now moot." See Dkt. #20, p. 1, n. 1.