IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL - 6 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ<br><br>Plaintiffs<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas<br><br>Defendants | CIVIL ACTION NO.<br>SA-11-CA-360-OLG-JES-XR<br>[Lead case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC)<br><br>Plaintiffs<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives;<br><br>Defendants | CIVIL ACTION NO.<br>SA-11-CA-361-OLG-JES-XR<br>[Consolidated case] |

| | | |
|---|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES, JOSE OLIVARES, ALEJANDRO ORTIZ, AND REBECCA ORTIZ<br><br>        Plaintiffs<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>SA-11-CA-490-OLG-JES-XR<br>[Consolidated case] |

## ORDER OF CONSOLIDATION

The Court held a status conference in the above styled cases on July 1, 2011. The Court inquired as to whether any of the parties would object to consolidating these cases, as well as any other cases that may be filed in this division. None of the parties objected.

The Court has reviewed the pleadings in the above referenced cases, and finds that the cases involve common questions of law and arise from the same operative facts. Most of the named defendants are also the same. Consolidation of the cases would conserve judicial resources and serve the best interests of all parties and witnesses.

It is therefore ORDERED that the above styled cases are CONSOLIDATED for all purposes, pursuant to Fed.R.Civ.P. 42(a)(2). The case with the lowest case number (i.e., the first filed case) will be the lead case, and all future pleadings, motions or other documents may be filed under that cause number.

It is further ORDERED that all counsel representing the plaintiffs in these consolidated cases shall confer and propose liaison counsel who will serve as the attorney with whom the Court and other parties may communicate on all matters concerning the plaintiffs. An advisory shall be filed within ten (10) days informing the Court of same.

In the event other cases are subsequently filed in this division, the Court will determine, at that time, whether such case(s) should also be consolidated.

SIGNED and ENTERED this ___6___ day of July, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE