UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR, AND GREGORY TAMEZ<br><br>Plaintiffs<br><br>V.<br><br>STATE OF TEXAS; RICK PERRY, In His Official Capacity as Governor of the State of Texas; DAVID DEWHURST, In His Official Capacity as Lieutenant Governor of the State of Texas, and JOE STRAUS, In His Official Capacity as Speaker of the Texas House of Representatives, HOPE ANDRADE, in Her Official Capacity as Secretary of State of the State of Texas<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 5:11-CV-0360-OLG<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

Came on for consideration the Motion To Dismiss Plaintiffs' Second Amended Complaint by Defendants in the above entitled and numbered cause. Having considered the motion, the pleadings and other documents on file, and the arguments of counsel, the Court concludes that the motion should in all respects be Denied.

It is therefore ordered, adjudged and decreed that Defendants' Motion to Dismiss Second Amended Complaint is DENIED.

So ordered this ____ day of _____, 2011.

_____
U.S. DISTRICT JUDGE