**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. and GREOGRY TAMEZ, | ) ) ) | |
| *Plaintiffs* | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-11-CA-360-OLG-JES-XR |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas, | ) ) ) ) ) ) ) ) ) ) ) ) | [Lead case] |
| *Defendants* | ) | |

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC), | ) ) ) ) | |
| *Plaintiffs* | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-11-CA-361-OLG-JES-XR |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives, | ) ) ) ) ) ) ) ) ) | [Consolidated case] |
| *Defendants* | ) | |

| | |
|---|---|
| TEXAS LATINO REDISTRICTING TASK ) <br> FORCE, JOEY CARDENAS, ALEX ) <br> JIMENEZ, EMELDA MENENDEZ, ) <br> TOMACITA OLIVARES, JOSE ) <br> OLIVARES, ALEJANDRO ORTIZ AND ) <br> REBECCA ORTIZ, ) <br>   ) <br> *Plaintiffs* ) <br>   ) <br> v. ) <br>   ) <br> RICK PERRY, in his official capacity as ) <br> Governor of the State of Texas, ) <br>   ) <br> *Defendant* ) | CIVIL ACTION NO. <br> SA-11-CA-490-OLG-JES-XR <br> [Consolidated case] |

## ADVISORY TO THE COURT

Pursuant to the Court's Order of July 8, 2011 and Rule 26(f) of the Federal Rules of Civil Procedure, the parties conducted a Rule 26(f) conference by telephone on July 11, 2011 at 2:00 p.m. In attendance were: David Richards for plaintiffs in *Perez v. Perry*; Jose Garza for plaintiff in *MALC v. Texas*, Luis Vera for Intervenor-Plaintiff LULAC, and Rolando Rios for Intervenor-Plaintiff Congressman Henry Cuellar in *MALC v. Texas*; Nina Perales and Rebecca Couto for plaintiffs in *Texas Latino Redistricting Task Force v. Perry*; David Mattax and David Schenck for the Defendants; and Chad W. Dunn for Defendant Intervenors Texas Democratic Party and Boyd Ritchie.

The parties conferred regarding the issues set out in Rule 26(f) and determined that they needed to confer again following exchange of initial disclosures on July 13, 2011. The parties will submit their proposed discovery plan pursuant to Rule 26(f)(2) on or before July 25, 2011.

DATED: July 13, 2011                     Respectfully submitted,

                              MEXICAN AMERICAN LEGAL DEFENSE
                                   AND EDUCATIONAL FUND

2

/s/ Nina Perales
Nina Perales
Texas Bar No. 24005046
Marisa Bono
Texas Bar No. 24052874
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
FAX (210) 224-5382
**ATTORNEYS FOR TEXAS LATION REDISTRICTING TASK FORCE, ET AL.**


/s/ Jose Garza
JOSE GARZA
Texas Bar No. 07731950
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
(210) 392-2856
**ATTORNEY FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES**


/s/ David Richards
DAVID RICHARDS
Texas Bar No. 1684600
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
(512) 476-0005
(512) 476-1513 (fax)

RICHARD E. GRAY, III
State Bar No. 08328300
Gray & Becker, P.C.
900 West Avenue, Suite 300
Austin, TX 78701
(512) 482-0061
(512) 482-0924 (fax)
**ATTORNEYS FOR PLAINTIFFS SHANNON PEREZ, HAROLD DUTTON, JR., AND GREGORY TAMEZ**

3

*/s/ Luis Roberto Vera, Jr.*
LUIS ROBERTO VERA, JR.
Law Offices of Luis Roberto Vera, Jr. & Associates
1325 Riverview Towers
111 Soledad
San Antonio, TX 78205-2260
**ATTORNEY FOR LEAGUE OF**
**UNITED LATIN AMERICAN**
**CITIZENS, INTERVENOR IN CAUSE**


*/s/ Rolando L. Rios*
Rolando Rios
Law Offices of Rolando L. Rios
The Milam building
115 E. Travis St., Suite 1645
(210) 222-2102
(210) 222-2898 (fax)
**ATTORNEY FOR CONGRESSMAN HENRY**
**CUELLAR**


*/s/ David Schenck*
DAVID C. MATTAX
Director of Defense Litigation
Texas Bar No. 13201600
DAVID SCHENCK
Deputy Attorney General for Legal Counsel
Texas Bar No. 17736870
MATTHEW H. FREDERICK
Special Counsel to the Attorney General
Texas Bar No. 24040931
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 936-1342
(512) 936-0545 (fax)
**ATTORNEYS FOR DEFENDANTS THE**
**STATE OF TEXAS,**
**RICK PERRY, DAVID DEWHURST, JOE**
**STRAUS, AND HOPE ANDRADE**


/s/ Chad W. Dunn
CHAD W. DUNN
Texas Bar No. 24036507
Brazil & Dunn

4

>4201 FM 1960 West
>Suite 530
>Houston, TX 77068
>(281)580-6310
>(281)580-6362 (fax)
>Email: chad@brazilanddunn.com
>**ATTORNEY FOR DEFENDANT**
>**INTERVENORS TEXAS DEMOCRATIC**
>**PARTY AND BOYD RITCHIE**

**Certificate of Service**

The undersigned counsel hereby certifies that she has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Western District of Texas on the 13th day of July, 2011.

>*/s/ Nina Perales*
>Nina Perales

5