**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. and GREOGRY TAMEZ, | ) ) ) | |
| *Plaintiffs* | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-11-CA-360-OLG-JES-XR |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of the State of State of Texas, | ) ) ) ) ) ) ) ) ) ) ) | [Lead case] |
| *Defendants* | ) | |

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC), | ) ) ) ) | |
| *Plaintiffs* | ) ) | |
| v. | ) ) | CIVIL ACTION NO. |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives, | ) ) ) ) ) ) ) ) ) | SA-11-CA-361-OLG-JES-XR [Consolidated case] |
| *Defendants* | ) | |

| | |
|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES, JOSE OLIVARES, ALEJANDRO ORTIZ AND REBECCA ORTIZ,<br><br>    *Plaintiffs*<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas,<br><br>    *Defendants* | CIVIL ACTION NO.<br>SA-11-CA-490-OLG-JES-XR<br>[Consolidated case] |

## JOINT ADVISORY

Plaintiffs Shannon Perez, *et al*., Mexican American Legislative Counsel, *et al*., and Texas Latino Redistricting Task Force, *et al*., respectfully file this Joint Advisory to the Court pursuant to the Court's Order of Consolidation dated July 6, 2011 (Docket No. 19).

1. On July 8, 2011, all counsel representing plaintiffs in these consolidated cases conferred by telephone.

2. Plaintiffs agree that there should be two liaison counsel for all consolidated plaintiffs. Two liaison counsel will ensure more efficient communication with consolidated plaintiffs and a faster response from consolidated plaintiffs to requests from the Court and Defendants. Plaintiffs propose that Jose Garza, counsel for Plaintiffs the Mexican American Legislative Caucus, *et al*., and Nina Perales, counsel for Plaintiffs Texas Latino Redistricting Task Force, *et al*., will serve as the attorneys with whom the Court and other parties may communicate on all matters concerning plaintiffs.

3. Jose Garza shall be liaison counsel for Plaintiffs Shannon Perez and *et al*. and Mexican American Legislative Counsel, *et al*., and Plaintiff-Intervenors LULAC and U.S.

Congressman Henry Cuellar. Nina Perales shall be liaison counsel for Plaintiffs Texas Latino Redistricting Task Force, *et al*.

  4. The joint liason counsel have agreed that they will work together to inform each other and all the plaintiffs of any communication from the Court or Defendants and to provide a timely response on behalf of plaintiffs.

  5. This advisory does not in any way interfere with the attorney client relationship between counsel and their clients, and does not authorize liaison counsel to make substantive legal or strategic decisions regarding plaintiffs who are not their clients. Joint liaison counsel will receive information from court or opposing counsel and convey that to remaining plaintiffs' counsel for their response.

DATED: July 14, 2011       Respectfully submitted,

                 MEXICAN AMERICAN LEGAL DEFENSE
                  AND EDUCATIONAL FUND

                 */s/ Nina Perales*
                 Nina Perales
                 Texas Bar No. 24005046
                 Marisa Bono
                 Texas Bar No. 24052874
                 110 Broadway, Suite 300
                 San Antonio, TX 78205
                 (210) 224-5476
                 FAX (210) 224-5382
                 **ATTORNEYS FOR TEXAS LATINO**
                 **REDISTRICTING TASK FORCE,** *et al***.**

                 */s/ Jose Garza*
                 JOSE GARZA
                 Texas Bar No. 07731950
                 Law Office of Jose Garza
                 7414 Robin Rest Dr.
                 San Antonio, Texas 78209
                 (210) 392-2856

**ATTORNEY FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES**


 /s/ David Richards
DAVID RICHARDS
Texas Bar No. 1684600
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
(512) 476-0005
(512) 476-1513 (fax)

RICHARD E. GRAY, III
State Bar No. 08328300
Gray & Becker, P.C.
900 West Avenue, Suite 300
Austin, TX 78701
(512) 482-0061
(512) 482-0924 (fax)
**ATTORNEYS FOR PLAINTIFFS SHANNON PEREZ, HAROLD DUTTON, JR., AND GREGORY TAMEZ**

/s/ Luis Roberto Vera, Jr.
LUIS ROBERTO VERA, JR.
Law Offices of Luis Roberto Vera, Jr. & Associates
1325 Riverview Towers
111 Soledad
San Antonio, TX  78205-2260
**ATTORNEY FOR LEAGUE OF UNITED LATIN AMERICAN CITIZENS, INTERVENOR IN CAUSE**

/s/ Rolando L. Rios
Rolando Rios
Law Offices of Rolando L. Rios
The Milam building
115 E. Travis St., Suite 1645
ph: (210) 222-2102
fax 222-2898
**ATTORNEY FOR CONGRESSMAN HENRY CUELLAR**

**Certificate of Conference**

I hereby certify that, on July 13 and July 14, counsel for the Latino Redistricting Task Force Plaintiffs requested that the defendants in this matter indicate whether they oppose or do not oppose this advisory.  The State Defendants indicated that they are not opposed provided that communications with one liason counsel will be deemed to be communication with both.  Intervenor Defendants Texas Democratic Party and Boyd Ritchie do not opposed the advisory.

*/s/ Marisa Bono*___
Marisa Bono

**Certificate of Service**

The undersigned counsel hereby certifies that she has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Western District of Texas on the 14th day of July, 2011.

*/s/ Marisa Bono*___
Marisa Bono