UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

PEREZ et al.

vs.

STATE OF TEXAS et al.

Case No.: SA-11-CA-360-OLG-JES-XR

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now <u>Anita Sue Earls</u>, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent <u>proposed plaintiff intervenors Texas State Conference of Branches of the National Association for the Advancement of Colored People et al.</u> in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) <u>Southern Coalition for Social Justice</u> with offices at:
   Mailing address: <u>1415 West Highway 54, Suite 101</u>
   City, State, Zip Code: <u>Durham, North Carolina, 27707</u>
   Telephone: <u>919 323 3380, ext. 117</u>   Facsimile: <u>919-323-3942</u>

2. Since <u>April 15, 1988</u>, Applicant has been and presently is a member of and in good standing with the Bar of the State of <u>North Carolina</u>.
   Applicant's bar license number is <u>15597</u>.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| State of North Carolina | April 15, 1988 |
| U.S. District Court Eastern District of North Carolina | April 29, 1988 |
| District of Columbia Bar (inactive) | July 9, 2001 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (List any court named n the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ____ have __X__ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ___ day of _____, _____.
   Number: _____ on the ___ day of _____, _____.
   Number: _____ on the ___ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   Co-counsel: Robert Notzon
   Mailing address: 507 Nueces Street
   City, State, Zip Code: Austin, Texas, 78701
   Telephone: 512-474-7563

Should the Court grant applicant's motion, Applicant shall tender the amount of $25.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of <u>Allison Jean Riggs</u> to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

<u>Anita Sue Earls</u>
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the <u>19</u> day of <u>July</u>, 2011.

<u>Anita Sue Earls</u>
[printed name of Applicant]

*[signature]*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

PEREZ et al.

Case No.: SA-11-CA-360-OLG-JES-XR

vs.

STATE OF TEXAS et al.

## ORDER

BE IT REMBEMBERED on this the ____ day of _____, 20___, there was presented to the Court the Motion for Admission Pro Hac Vice filed by <u>Anita Sue Earls</u> counsel for <u>the proposed plaintiff intervenors Texas State Conference of Branches of the National Association for the Advancement of Colored People et al.</u>, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and <u>Anita Sue Earls</u> may appear on behalf of <u>the proposed plaintiff intervenors Texas State Conference of Branches of the National Association for the Advancement of Colored People et al.</u> in the above case.

IT IS FURTHER ORDERED that <u>Anita Sue Earls</u>, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2).

Signed this the _____ day of _____, 20____.

_____
UNITED STATES DISTRICT COURT JUDGE