FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JUL 2 5 2011

CLERK, U.S. DISTR.
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ | ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-11-CA-360-OLG-JES-XR [Lead case] |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) | ) ) ) ) | |
| Plaintiffs | ) ) | |
| -and- | ) ) | |
| THE HONORABLE HENRY CUELLAR, Member of Congress, CD 28; THE TEXAS DEMOCRATIC PARTY and BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and its individually named members | ) ) ) ) ) ) ) ) ) | |
| Plaintiff-Intervenors | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-11-CA-361-OLG-JES-XR [Consolidated case] |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the | ) ) | |

State of Texas; DAVID DEWHURST,                     )
in his official capacity as Lieutenant              )
Governor of the State of Texas; JOE                 )
STRAUS, in his official capacity as Speaker         )
of the Texas House of Representatives;              )
                                                    )
             Defendants     )

---

TEXAS LATINO REDISTRICTING                          )
TASK FORCE, JOEY CARDENAS,                           )
ALEX JIMENEZ, EMELDA                                 )
MENENDEZ, TOMACITA OLIVARES,                         )
JOSE OLIVARES, ALEJANDRO ORTIZ,                      )
AND REBECCA ORTIZ                                    )
                                                     )
             Plaintiffs      )
                                                     )
                                                     )
v.                                                   )          CIVIL ACTION NO.
                                                     )     SA-11-CA-490-OLG-JES-XR
                                                     )        [Consolidated case]
RICK PERRY, in his official capacity                 )
as Governor of the State of Texas                    )
                                                     )
             Defendants      )

---

MARGARITA V. QUESADA; ROMEO                          )
MUNOZ; MARC VEASEY; JANE                             )
HAMILTON; LYMAN KING; and                            )
JOHN JENKINS                                         )
                                                     )
             Plaintiffs      )
                                                     )          CIVIL ACTION NO.
                                                     )     SA-11-CA-592-OLG-JES-XR
v.                                                   )        [Consolidated case]
                                                     )
RICK PERRY, in his official capacity                 )
as Governor of the State of Texas; and               )
HOPE ANDRADE, in her official                        )
capacity as Secretary of State for the               )
State of Texas                                       )
                                                     )
             Defendants      )

2

# ORDER

The Court hereby amends the Amended Scheduling Order entered on July 19, 2011 to

provide that the parties FILE the materials required by FED.R.CIV.P. 26(a)(2)(B), which will include

a copy of each expert's written report and the data upon which the expert relies in forming his

opinions.[1]

IT IS SO ORDERED this _____ day of July, 2011.

_____

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith                                          Xavier Rodriguez
United States Circuit Judge           *-and-*      United States District Judge
U.S. Court of Appeals, Fifth Circuit             Western District of Texas

---

[1]This amendment also applies to the scheduling order entered on July 20, 2011 in the Quesada case (Dkt. # 7). The parties in the Quesada case will, of course, be governed by the same scheduling order as a result of the consolidation.

3