IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 2 5 2011
CLERK, U.S. DISTR
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ<br><br>Plaintiffs<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas<br><br>Defendants | CIVIL ACTION NO.<br>SA-11-CA-360-OLG-JES-XR<br>[Lead case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC)<br><br>Plaintiffs<br>-and-<br><br>THE HONORABLE HENRY CUELLAR, Member of Congress, CD 28; THE TEXAS DEMOCRATIC PARTY and BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and its individually named members<br><br>Plaintiff-Intervenors<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the | CIVIL ACTION NO.<br>SA-11-CA-361-OLG-JES-XR<br>[Consolidated case] |

| | |
|---|---|
| State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives;<br><br>        Defendants | ) ) ) ) ) ) ) ) |

---

| | | |
|---|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES, JOSE OLIVARES, ALEJANDRO ORTIZ, AND REBECCA ORTIZ<br><br>        Plaintiffs<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas<br><br>        Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br>SA-11-CA-490-OLG-JES-XR<br>[Consolidated case] |

---

| | | |
|---|---|---|
| MARGARITA V. QUESADA; ROMEO MUNOZ; MARC VEASEY; JANE HAMILTON; LYMAN KING; and JOHN JENKINS<br><br>        Plaintiffs<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas; and HOPE ANDRADE, in her official capacity as Secretary of State for the State of Texas<br><br>        Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br>SA-11-CA-592-OLG-JES-XR<br>[Consolidated case] |

# ORDER

Pending before the Court are various pretrial motions. After reviewing the motions, and any responses thereto, the Court rules as follows:

1. Unopposed Motion for Leave to File Third Amended Complaint, filed by Shannon Perez, Harold Dutton, Jr. Gregory Tamez, Sergio Salinas, Carmen Rodriguez, Rudolfo Ortiz and Nancy Hall (the '360 Plaintiffs) (Dkt. # 52) is GRANTED.

2. Motion to Dismiss [the '360 Plaintiffs'] Second Amended Complaint (Dkt. # 20) is DENIED as moot, in light of the third amended complaint (Dkt. # 53) being filed without objection.

3. Motion to Dismiss MALC's First Amended Complaint (Dkt. # 17) is DENIED as moot, in light of the Second Amended Complaint (Dkt. # 50) being filed without objection.

4. Motion for Leave to file Second Amended Complaint (Dkt. # 59), filed by the Texas Latino Redistricting Task Force, et. al. (the '490 Plaintiffs), is GRANTED as unopposed.

5. Motion to Dismiss [the '490 Plaintiffs] First Amended Complaint (Dkt. # 39) is DENIED as moot, in light of the second amended complaint (Dkt. # 59) being filed without objection.

6. Plaintiffs' Partially Unopposed Motion for Extension of Expert Deadline (Dkt. # 41) is DENIED as moot in light of the amended scheduling order entered on July 19, 2011 (Dkt. # 51).

7. Amended Motion to Intervene filed by the Texas State Conference of NAACP Branches, Howard Jefferson, Juanita Wallace and Rev. Bill Lawson (Dkt. # 64) is GRANTED as unopposed, and these parties shall be allowed to appear as Plaintiff-Intervenors in this consolidated action.

8. Motion to Intervene filed by the Texas State Conference of NAACP Branches, et. al. (Dkt. # 56) is DENIED as moot, because the motion was superseded by amendment (Dkt. # 64).

9. Motions for Admission Pro Hac Vice, filed by Anita Sue Earles (Dkt. # 57) and Allison Jean Riggs (Dkt. # 58) are GRANTED, and movants shall be allowed to appear as counsel on behalf of the NAACP Plaintiff-Intervenors.

10. Texas Legislative Black Caucus Plaintiff-Intervenor's Motion to Intervene (Dkt. # 60) is GRANTED as unopposed, and movants may appear as Plaintiff-Intervenors herein.

11. Motion to Intervene as Plaintiff-Intervenors, filed by Members of the United States Congress (Dkt. # 61) is GRANTED as unopposed, and movants may appear as Plaintiff-Intervenors herein.

The deadline for amendment of pleadings has passed. Any parties that have been given permission to intervene after the deadline for amendment of pleadings should ensure that their pleadings are sufficient.

It is imperative that the parties include a certificate of conference in every motion, or otherwise indicate whether the motion is opposed. If the parties do not indicate that a motion is unopposed, the Court must assume that it is opposed and a ruling will not be forthcoming until the response time has passed. Due to the expedited nature of this matter, the response time may be shortened by order of the Court whenever necessary.

IT IS SO ORDERED this 25 day of July, 2011.

*/s/ Orlando L. Garcia*
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

| | | |
|---|---|---|
| Jerry E. Smith | | Xavier Rodriguez |
| United States Circuit Judge | -and- | United States District Judge |
| U.S. Court of Appeals, Fifth Circuit | | Western District of Texas |