UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUSUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) § § § | CIVIL ACTION NO: SA-11-CA-360-OLG-JES-XR (Lead Case) |
| PLAINTIFFS, § § V. § § | |
| STATE OF TEXAS; RICK PERRY, In His Official Capacity as Governor of Texas; DAVID DEWHURST, In His Official Capacity as Lieutenant Governor of the State of Texas, and JOE STRAUS, In His Capacity as Speaker of the House of Representative § § § § § § | CIVIL ACTION NO. SA-11-CA-361-OLG-JES-XR (Consolidated case) |
| DEFENDANTS, § § V. § § | |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), Its Texas Districts and Members, including Gabriel Y. Rosales, Belen Robles, Ray Velarde, Johnny Villastrigo, Bertha Urteaga, Baldomero Garza, Marcelo Tafolla, Raul Villaronga, Asenet T. Armadillo, Elvira Rios, and Patricia Mancha and Unnamed Members in Texas § § § § § § § | CIVIL ACTION NO. SA-11-CA-490-OLG-JES-XR (Consolidated case) |
| PLAINTIFF-INTERVENORS. § | |

MOTION FOR LEAVE TO AMEND
THIRD PARTY-INTERVENORS COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al, Plaintiff-Intervenors, and brings this Motion for Leave to Amend Third Party-Intervenors Complaint.

The amended complaint makes no substantive changes or claims for relief. The amended complaint describes the proposed map in detail to further illustrate basis of the complaint.

1

**WHEREFORE, PREMISES CONSIDERED,** LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), et al prays that the Court grant this Motion for Leave to Amend Third Party Interventors Complaint.

        Respectfully submitted,

        Law Offices of Luis Roberto Vera, Jr. and Associates
        Riverview Towers
        111 Soledad, Suite 1325
        San Antonio, Texas 78205-2260
        Tel.: (210) 225-3300
        Fax: (210) 225-2060

By: _____/s/ Luis Roberto Vera, Jr._____
        Luis Roberto Vera, Jr.
        State Bar No. 20546740

        ATTORNEY FOR PLAINTIFF-INTERVENORS

## VERIFICATION & CERTIFICATE OF CONFERENCE

"My name is Luis Roberto Vera, Jr. I have read the Motion for Leave to Amend Third Party Interventors Complaint and every statement is within my personal knowledge and is true and correct.

"LULAC has conferred with Defendant on Tuesday, July 26, 2011 and has not received objection or assent. No objections from Plaintiffs.

_____
Luis Roberto Vera, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on July 28, 2011, a true and correct copy of the above and foregoing document was served on all parties in accordance with the Federal Rules of Civil Procedure.

_____
Luis Roberto Vera, Jr.