


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MEXICAN AMERICAN LEGISLATIVE CAUSUS, TEXAS HOUSE OF REPRESENTATIVES (MALC)** | § § § § | CIVIL ACTION NO: SA-11-CA-360-OLG-JES-XR (Lead Case) |
| PLAINTIFFS, V. | § § § § | |
| **STATE OF TEXAS; RICK PERRY**, In His Official Capacity as Governor of Texas; **DAVID DEWHURST**, In His Official Capacity as Lieutenant Governor of the State of Texas, and **JOE STRAUS**, In His Capacity as Speaker of the House of Representative | § § § § § § | CIVIL ACTION NO. SA-11-CA-361-OLG-JES-XR (Consolidated case) |
| DEFENDANTS, V. | § § § § | |
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC)**, Its Texas Districts and Members, including Gabriel Y. Rosales, Belen Robles, Ray Velarde, Johnny Villastrigo, Bertha Urteaga, Baldomero Garza, Marcelo Tafolla, Raul Villaronga, Asenet T. Armadillo, Elvira Rios, and Patricia Mancha and Unnamed Members in Texas | § § § § § § § § § | CIVIL ACTION NO. SA-11-CA-490-OLG-JES-XR (Consolidated case) |
| PLAINTIFF-INTERVENORS. | § | |

**ORDER ON MOTION FOR LEAVE TO AMEND
THIRD PARTY-INTERVENORS COMPLAINT**

On __7-28-11__, the Court considered ✓LULAC Plaintiff-Intervenors Motion for Leave of Court to Amend Third Party Intervenors Complaint ✓(Dkt.#81), and after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Plaintiff-Intervenors shall amend their complaint.

Signed on __7-28-11__.

_____
JUDGE PRESIDING

1

