FILED

AUG 0 1 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SHANNON PEREZ; HAROLD                    )
DUTTON, JR.; GREGORY TAMEZ;              )
SERGIO SALINAS; CARMEN                   )
RODRIGUEZ; RUDOLFO ORTIZ;               )
NANCY HALL and DOROTHY DEBOSE           )
                                         )
          Plaintiffs                     )
     -and-                               )
                                         )
EDDIE BERNICE JOHNSON, SHEILA           )
JACKSON-LEE, and ALEXANDER              )
GREEN, MEMBERS OF THE UNITED            )
STATES CONGRESS                          )
                                         )
     -and-                               )        CIVIL ACTION NO.
                                         )        11-CA-360-OLG-JES-XR
TEXAS LEGISLATIVE BLACK                  )        [Lead case]
CAUCUS, TEXAS HOUSE OF                   )
REPRESENTATIVES                          )
                                         )
     -and-                               )
                                         )
TEXAS STATE CONFERENCE OF               )
NAACP BRANCHES; HOWARD                   )
JEFFERSON, JUANITA WALLACE and          )
REV. BILL LAWSON                         )
                                         )
          Plaintiff-Intervenors          )
                                         )
v.                                       )
                                         )
STATE OF TEXAS; RICK PERRY,             )
in his official capacity as Governor of the  )
State of Texas; DAVID DEWHURST,         )
in his official capacity as Lieutenant   )
Governor of the State of Texas; JOE      )
STRAUS, in his official capacity as Speaker  )
of the Texas House of Representatives;    )
HOPE ANDRADE, in her official            )
capacity as Secretary of State of the    )
State of Texas                           )
                                         )
          Defendants                     )
_____  )

| | |
|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC)<br><br>        Plaintiffs<br><br>  -and-<br><br>THE HONORABLE HENRY CUELLAR, Member of Congress, CD 28; THE TEXAS DEMOCRATIC PARTY and BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and its individually named members<br><br>        Plaintiff-Intervenors<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives;<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br><br>CIVIL ACTION NO.<br>SA-11-CA-361-OLG-JES-XR<br>[Consolidated case] |
| TEXAS LATINO REDISTRICTING TASK FORCE, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES, JOSE OLIVARES, ALEJANDRO ORTIZ, AND REBECCA ORTIZ<br><br>        Plaintiffs<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br><br>CIVIL ACTION NO.<br>SA-11-CA-490-OLG-JES-XR<br>[Consolidated case] |

MARGARITA V. QUESADA; ROMEO )
MUNOZ; MARC VEASEY; JANE )
HAMILTON; LYMAN KING; and )
JOHN JENKINS )
)
        Plaintiffs )
)
     v. )
)
RICK PERRY, in his official capacity )
as Governor of the State of Texas; and )
HOPE ANDRADE, in her official )
capacity as Secretary of State for the )
State of Texas )
)
        Defendants )

CIVIL ACTION NO.
SA-11-CA-592-OLG-JES-XR
[Consolidated case]

---

JOHN T. MORRIS )
)
        Plaintiff )
     v. )
)
STATE OF TEXAS; RICK PERRY, in his )
official capacity as Governor of the State )
of Texas; DAVID DEWHURST, in his )
official capacity as Lieutenant Governor of )
the State of Texas; JOE STRAUS, in his )
official capacity as Speaker of the Texas )
House of Representatives; and HOPE )
ANDRADE, in her official capacity as )
Secretary of State of the State of Texas )
)
        Defendants )

CIVIL ACTION NO.
SA-11-CA-615-OLG-JES-XR
[Consolidated case]

---

EDDIE RODRIGUEZ, MILTON GERARD )
WASHINGTON, BRUCE ELFANT, )
ALEX SERNA, SANDRA SERNA, )
BETTY F. LOPEZ, DAVID GONZALEZ, )
BEATRICE SALOMA, LIONOR SOROLA- )
POHLMAN; ELIZA ALVARADO; )
JUANITA VALDEZ-COX; JOSEY )
MARTINEZ; NINA JO BAKER; TRAVIS )
COUNTY and CITY OF AUSTIN )
)
        Plaintiffs )
     v.

RICK PERRY, in his official capacity )
as Governor of the State of Texas; )
DAVID DEWHURST, in his )
official capacity as Lieutenant Governor )
of the State of Texas; JOE STRAUS, )
in his official capacity as Speaker of )
the Texas House of Representatives; )
HOPE ANDRADE, in her official )
capacity as Secretary of State of the )
State of Texas; STATE OF TEXAS; )
BOYD RICHIE, in his official capacity )
as Chair of the Texas Democratic Party; )
and STEVE MUNISTERI, in his official )
capacity as Chair of the Republican )
Party of Texas )
                                         )
         Defendants                      )

CIVIL ACTION NO.
SA-11-CA-635-OLG-JES-XR
[Consolidated case]

# ORDER

Pending before the Court is the Motion to Amend Complaint filed by Plaintiff-Intervenor

Texas Legislative Black Caucus (Dkt. # 73).  There is no opposition to the motion.  The Court finds

that the proposed amendment is appropriate and the motion should be granted.

It is therefore ORDERED that Plaintiff-Intervenor Texas Legislative Black Caucus' Motion

to Amend Complaint (Dkt. # 73) is GRANTED, and the First Amended Complaint attached to their

motion may be filed of record herein.

SIGNED this 28th day of July, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE


*And on behalf of:*

Jerry E. Smith
United States Circuit Judge                *-and-*
U.S. Court of Appeals, Fifth Circuit

Xavier Rodriguez
United States District Judge
Western District of Texas