## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al. | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | |
| And | § | |
| | § | |
| EDDIE BERNICE JOHNSON, SHEILA | § | CIVIL ACTION NO. |
| JACKSON-LEE, and ALEXANDER | § | 5:11-CV-0360-OLG-JES-XR |
| | § | [Lead Case] |
| | § | |
| GREEN, MEMBERS OF THE UNITED | § | |
| STATES CONGRESS | § | |
| | § | |
| And | § | |
| | § | |
| TEXAS LEGISLATIVE BLACK | § | |
| CAUCUS, TEXAS HOUSE OF | § | |
| REPRESENTATIVES | § | |
| | § | |
| And | § | |
| | § | |
| TEXAS STATE CONFERENCE OF | § | |
| NAACP BRANCHES; HOWARD | § | |
| JEFFERSON, JUANITA WALLACE and | § | |
| REV. BILL LAWSON | § | |
| | § | |
| *Plaintiffs-Intervenors* | § | |
| | § | |
| v. | § | |
| | § | |
| STATE OF TEXAS, et al. | § | |
| _____ | § | |
| | § | |
| MEXICAN AMERICAN LEGISLATIVE | § | |
| CAUCUS, TEXAS HOUSE OF | § | |
| REPRESENTATIVES, (MALC) | § | |
| | § | |
| *Plaintiffs* | § | CIVIL ACTION NO. |
| and | § | 5:11-CV-00361-OLG-JES-XR |
| | § | [Consolidated Case] |
| THE HONORABLE HENRY CUELLAR, | § | |

Member of Congress, CD28; THE TEXAS §
DEMOCRATIC PARTY and BOYD §
RICHIE, in his official capacity as Chair of §
the Texas Democratic Party; and LEAGUE §
OF UNITED LATIN AMERICAN §
CITIZENS (LULAC) and its individually §
named members §
                    *Plaintiff-Intervenors* §
                                                        §
v.                                                      §
                                                        §
STATE OF TEXAS, *et al.*,                               §
                                                        §
                    *Defendants*                       §
_____ §
                                                        §
TEXAS LATINO REDISTRICTING §
TASK FORCE, *et al.*,                                   §
                                                        §
                    *Plaintiff*                        §
                                                        §   CIVIL ACTION NO.
v.                                                      §   5:11-CV-0490-OLG-JES-XR
                                                        §   [Consolidated Case]
RICK PERRY, In His Official Capacity §
as Governor of the State of Texas, §
                                                        §
                    *Defendant*                        §
_____ §
MARGARITA V. QUESADA; ROMEO §
MUNOZ; MARC VEASEY; JANE §
HAMILTON; LYMAN KING; and JOHN §
JENKINS §
                                                        §
                    *Plaintiffs*                       §   CIVIL ACTION NO.
                                                        §   SA-11-CA-592-OLG-JES-XR
v.                                                      §   [Consolidated case]
                                                        §
RICK PERRY, in his official capacity as §
Governor of the State of Texas, and HOPE §
ANDRADE, in her official capacity as §
Secretary of State of the State of Texas §
                                                        §
                    *Defendants*                       §
_____ §
                                                        §

| | | |
|---|---|---|
| JOHN T. MORRIS | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. |
| v. | § | SA-11-CA-615-OLG-JES-XR |
| | § | [Consolidated Case] |
| STATE OF TEXAS, et al. | § | |
| *Defendants* | § | |
| _____ | § | |
| EDDIE RODRIGUEZ, MILTON GERARD | § | |
| WASHINGTON, BRUCE ELFANT, ALEX | § | |
| SERNA, SANDRA SERNA, BETTY F. | § | |
| LOPEZ, DAVID GONZALEZ, BEATRICE | § | |
| SALOMA, LIONOR SOROLA- | § | |
| POHLMAN; ELIZA ALVARADO; | § | CIVIL ACTION NO. |
| JUANITA VALDEZ-COX; JOSEY | § | SA-11-CA-635-OLG-JES-XR |
| MARTINEZ; NINA JO BAKER; TRAVIS | § | [Consolidated case] |
| COUNTY and CITY OF AUSTIN, | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | |
| | § | |
| STATE OF TEXAS, et al | § | |
| *Defendants* | § | |

## PLAINTIFFS' PRETRIAL DISCLOSURES

Plaintiffs Shannon Perez, Harold Dutton, Jr., Gregory Tamez, Sergio Salinas, Carmen Rodriguez, Rudolfo Ortiz, Nancy Hall and Dorothy DeBose (collectively "Perez Plaintiffs") make these pretrial disclosures as required by order of this Court.

## A.    Witnesses

The following list identifies all potential trial witnesses known at this time.  As to the Plaintiffs with exception of Harold Dutton, we would not plan to call them assuming the parties can resolve any issues of standing.

Harold Dutton, Jr.
c/o David Richards
Richards Rodriguez & Skeith, LLP
816 Congress Avenue
Austin, Texas 78701

Plaintiff

Shannon Perez
c/o David Richards
Richards Rodriguez & Skeith, LLP
816 Congress Avenue
Austin, Texas 78701
Plaintiff

Gregory Tamez
c/o David Richards
Richards Rodriguez & Skeith, LLP
816 Congress Avenue
Austin, Texas 78701
Plaintiff

Sergio Salinas
c/o David Richards
Richards Rodriguez & Skeith, LLP
816 Congress Avenue
Austin, Texas 78701
Plaintiff

Carmen Rodriguez
c/o David Richards
Richards Rodriguez & Skeith, LLP
816 Congress Avenue
Austin, Texas 78701
Plaintiff

Rudolfo Ortiz
c/o David Richards
Richards Rodriguez & Skeith, LLP
816 Congress Avenue
Austin, Texas 78701
Plaintiff

Nancy Hall
c/o David Richards
Richards Rodriguez & Skeith, LLP
816 Congress Avenue
Austin, Texas 78701
Plaintiff

Dorothy DeBose
c/o David Richards
Richards Rodriguez & Skeith, LLP
816 Congress Avenue
Austin, Texas 78701
Plaintiff

Hubert Vo
Room E2.208, Capitol Extension
P.O. Box 2910
Austin, Texas 78768

Jessica Farrar
Room CAP 4N.07, Capitol Extension
P.O. Box 2910
Austin, Texas 78768

Rogene Gee Calvert
Address will be supplied
832-723-4508

Sarah Winkler
Address will be supplied
281-732-9772

Armando Walle
Room EXT E1.220, Capitol Extension
P.O. Box 2910
Austin, Texas 78768

The above potential witnesses, including Harold Dutton, Jr. may testify as to political participation in Harris, Dallas, El Paso, Tarrant, Hidalgo, and Nueces counties and adjoining area, including participation of minority communities and implications of the recently enacted redistricting plans and alternative plans as to that participation.  They may also testify as to the failure to properly recognize minority growth in the plans and failure to draw appropriate minority districts under controlling legal precedent.  In addition, they may testify regarding the existence of political and racial gerrymander in the House plan accompanied by impermissible population deviation among the districts.

Harold Dutton, Jr. will also testify as to his activities in legislation on prison issue and the implications on redistricting of the treatment of prison population and resulting violation of one person one vote.

Ed Martin
100 Pony Chase
Austin, Texas  78727

The above witness may testify as to political participation in Texas and in the counties in Harris, Dallas, El Paso, Tarrant, Hidalgo, Nueces and adjoining areas, including participation of the minority communities and the implications of the recently enacted redistricting plans upon the effective participation of those communities.  He may testify as to the plans' failures to properly recognize minority growth and failure to draw appropriate minority opportunity districts. He may also testify as to alternative redistricting plans for the affected areas.

Eliot Shapleigh
701 N. Saint Vrain
El Paso, Texas 79902
915-542-1983

The above potential witness, Eliot Shapleigh may testify as to political participation in El Paso County and adjoining area, including participation of minority communities and implications of the recently enacted redistricting plans and alternative plans as to the participation.  Also, they may testify as to the failure to properly recognize minority growth in the plans and failure to draw appropriate minority districts under controlling legal precedent.

Marc Veasey
Room EXT E2.806, Capitol Extension
P.O. Box 2910
Austin, Texas 78768

Roberto Alonzo
Room CAP 4N.6, Capitol Extension
P.O. Box 2910
Austin, Texas 78768

The above potential witnesses, Marc Veasey and Roberto Alonzo may testify as to political participation in Dallas and Tarrant Counties and adjoining area, including participation of minority communities and implications of the recently enacted redistricting plans and alternative plans as to that participation.  Further, they will testify regarding the failure to properly recognize minority growth in the plans and failure to draw appropriate minority districts under controlling legal precedent.  In addition, they will testify as to the existence of political gerrymander in the House plan for Dallas County accompanied by impermissible population deviation among the districts.

Pete Gallego
Room CAP 4N.9 Capitol Extension
P.O. Box 2910
Austin, Texas 78768

The above witness may testify as to minority participation in the electoral process across the State and the implications of the presently enacted redistricting plans upon that participation as well as the availability of alternative plans that would fairly recognize that minority growth, with specific emphasis upon West Texas, South Texas and Nueces County.

Jeff Smith
906 Rio Grande
Austin, Texas 78701
512-472-9772

The above witness may testify as to minority participation in the electoral process across the State and the implications of the recently enacted redistricting plans upon that participation.  He may also testify as to the State's failure to properly recognize minority growth in these plans and failure to create appropriate minority districts for Congress under controlling legal precedent.

James Aldrete
2400 S. 4th Street
Austin, Texas 78701

The above witness may testify as to the minority participation in the electrical process across the State and the implications of the recently enacted redistricting plans upon that participation.  He may also testify as to other State's failure to properly recognize minority growth in these plans under controlling legal precedent, with specific emphasis upon South Texas, The Rio Grande Valley, El Paso and Nueces Counties.  He may also testify as to the State's failure to properly recognize minority growth in these plans and failure to create appropriate minority districts for Congress under controlling legal precedent.

Rick Gray
Gray & Becker, P.C.
900 West Avenue
Austin, Texas 78701

David Richards
Richards Rodriguez & Skeith, LLP
816 Congress Avenue
Austin, Texas 78701

Rick Gray and David Richards might ultimately be called as expert witnesses on attorney's fees.

**B.    Depositions**

Perez Plaintiffs may expect to call some of these witnesses by deposition pending agreement with Defendants.

**C.    Exhibits**

Perez Plaintiffs expect to offer the following exhibits:

1. Report by Texas Department of Criminal Justice – Offenders On Hand by Legal County of Residence – Data as of March 31, 2011
2. Report by Texas Department of Criminal Justice – Offenders On Hand by County by Unit of Assignment – Data as of March 31, 2011
3. Any and all exhibits associated with the expert designations on behalf of Perez Plaintiffs being filed this date.

Respectfully submitted,

DAVID RICHARDS
State Bar No. 16846000
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513

RICHARD E. GRAY, III
State Bar No. 08328300
Gray & Becker, P.C.
900 West Avenue
Austin, Texas 78701
Tel: (512) 482-0061
Fax: (512) 482-0924

**ATTORNEYS FOR PLAINTIFFS PEREZ, DUTTON, TAMEZ, HALL, ORTIZ, SALINAS, DEBOSE, and RODRIGUEZ**

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2011, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

DAVID RICHARDS