In the United States District Court
for the
Western District of Texas

FILED
AUG -1 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| SHANNON PEREZ, ET AL. | § |
| | § |
| v. | § SA-11-CV-360-OLG, JES, XR |
| | § consolidated with |
| STATE OF TEXAS, ET AL. | § SA-11-CV-361, SA-11-CV-490, SA-11-CV-592, SA-11-CV-615, and SA-11-CV-635 |

## ORDER

On this day came on to be considered the parties' agreed joint motion to amend scheduling order (doc. no. 92). The motion is granted in part, and denied in part as follows:

(1) August 3, 2011 – deadline for (i) the Rodriguez Plaintiffs, (ii) Plaintiffs NAACP, Eddie Bernice Johnson, Al Green and Sheila Jackson Lee, and (iii) Defendant Steve Munisteri to serve their initial disclosures.

(2) August 8, 2011 – deadline for all parties asserting claims for affirmative relief to file their designation of potential witnesses, testifying experts, list of proposed exhibits, and the materials required by Fed. R. Civ. P.26 (a)(2)(b).

(3) August 15, 2011 – deadline to complete all fact discovery.

(4) August 17, 2011 – deadline for dispositive motions to be filed.

(5) August 22, 2011 – deadline for all parties resisting claims for relief to file their designation of potential witnesses, designation of testifying experts, list of proposed exhibits, and the materials required by Fed. R. Civ. P.26 (a)(2)(b).

(6) August 29, 2011 – deadline for all parties to file their designations of any rebuttal experts.

(7) August 29, 2011 – deadline for all motions in limine to be filed.

(8) August 30, 2011 – deadline to file a Final Joint Pretrial Order. All attorneys are responsible for preparing the Final Joint Pretrial Order, which must contain the following:

> (i) a short statement identifying the Court's jurisdiction. If there is an unresolved jurisdictional question, state it;
>
> (ii) a summary of the remaining claims and defenses of each party and intervenor;
>
> (iii) a list of stipulated facts;
>
> (iv) a list of contested issues of fact;
>
> (v) a list of the legal propositions that are not in dispute;
>
> (vi) a list of contested issues of law;
>
> (vii) a list of all exhibits expected to be offered. Counsel will make all exhibits available for examination by opposing counsel. All documentary exhibits must be exchanged before the final pre-trial conference. The exhibit list should

clearly reflect whether a particular exhibit is objected to or whether there are no objections to the exhibit;

(viii) a list of the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony;

(ix) an estimate of the length of trial;

(x) proposed findings of fact and proposed conclusions of law, with authority;

(xi) the signatures of all attorneys; and

(xii) a place for the date and the signature of the presiding judges.

(9) September 1, 2011 – This case is set for PreTrial Conference on this date at 9:30 a.m. in Courtroom No. 1, First Floor of the John H. Wood, Jr. Courthouse, 655 E. Durango Blvd., San Antonio, Texas.

(10) September 6, 2011 – This case is set for a bench trial at 9:30 a.m. in Courtroom No. 1, First Floor of the John H. Wood, Jr. Courthouse, 655 E. Durango Blvd., San Antonio, Texas before the three judge panel on this date.

It is so ORDERED.

SIGNED this 1st day of August, 2011.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE