UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR. AND GREGORY TAMEZ, | ) ) ) | |
| Plaintiffs, | ) ) | |
| and | ) ) | |
| TEXAS LEGISLATIVE BLACK CAUCUS | ) ) ) | |
| Plaintiff-Intervenors, | ) ) | |
| v. | ) ) ) | CIVIL NO. SA-11-CV-360-OLG-JES-XR |
| STATE OF TEXAS, ET AL., | ) ) | |
| Defendants. | ) ) | |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, | ) ) ) | |
| v. | ) ) | CIVIL NO. SA-11-CV-361-OLG-JES-XR |
| STATE OF TEXAS, ET AL. | ) ) | |
| TEXAS LATINO REDISTRICTING TASK FORCE | ) ) ) | |
| v. | ) ) | CIVIL No. SA-11-CV-490-OLG-JES-XR |
| RICK PERRY | ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Texas Legislative Black Caucus hereby gives notice of the dismissal of its complaint in this action.

Rule 41(a) provides that a plaintiff may dismiss a claim without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  In this case, neither an answer nor a motion for summary judgment has been served, nor are the conditions of Fed. R. Civ. P. 23 or 66 applicable.

The Texas Legislative Black Caucus has taken note of the number of parties involved in this matter and the number of highly qualified legal counsel engaged to protect the rights of the voters of Texas.  The TLBC has taken consideration of the most productive use of its limited resources to protect the interests of the voters of Texas in the face of multiple challenges, and has determined to dismiss its complaint.

Respectfully Submitted,


By:     /s/ Gary L. Bledsoe
        Gary L. Bledsoe
        State Bar No.: 02476500
        316 West 12th Street, Suite 307
        Austin, Texas 78701
        Telephone: (512) 322-9992
        Facsimile: (512) 322-0840
        *Interim Counsel for the Plaintiff-Intervenor*

   /s/ John K. Tanner
John K. Tanner
DC Bar No.: 318873
3743 Military Road NW
Washington, DC 20015
Telephone: (202) 503-7696
john.k.tanner@gmail.com
*Lead Attorney for Plaintiff-Intervenor*
(pro hac vice application submitted)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2011 a true and correct copy of Plaintiff-Intervenor TLBC's Motion to Voluntarily Dismissal, was delivered to all counsel in this matter via the United States District Court, Western Division of Texas, San Antonio Division, ECF system.


 /s/ Gary L. Bledsoe

Gary L. Bledsoe