# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al., <br>     Plaintiffs, <br><br> v. <br><br> STATE OF TEXAS, et al., <br>     Defendants. | § § § § § § § § | CIVIL ACTION NO. <br> 11-CA-360-OLG-JES-XR <br> [Lead Case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, <br>     Plaintiffs, <br> v. <br><br> STATE OF TEXAS, et al., <br>     Defendants. | § § § § § § § § § | CIVIL ACTION NO. <br> SA-11-CA-361-OLG-JES-XR <br> [Consolidated Case] |
| TEXAS LATINO REDISTRICTING TASK FORCE, et al., <br>     Plaintiffs, <br> v. <br><br> RICK PERRY, <br>     Defendant. | § § § § § § § § | CIVIL ACTION NO. <br> SA-11-CA-490-OLG-JES-XR <br> [Consolidated Case] |
| MARGARITA V. QUESADA, et al., <br>     Plaintiffs, <br> v. <br><br> RICK PERRY, et al., <br>     Defendants. | § § § § § § § | CIVIL ACTION NO. <br> SA-11-CA-592-OLG-JES-XR <br> [Consolidated Case] |

819760

| | | |
|---|---|---|
| JOHN T. MORRIS, | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | SA-11-CA-615-OLG-JES-XR |
| STATE OF TEXAS, et al., | § | [Consolidated Case] |
|     Defendants. | § | |

_____

| | | |
|---|---|---|
| EDDIE RODRIGUEZ, et al., | § | |
|     Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | SA-11-CA-635-OLG-JES-XR |
| RICK PERRY, et al., | § | [Consolidated Case] |
|     Defendants. | § | |

## THE RODRIGUEZ PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES TO THE STATE OF TEXAS

NOW COME Plaintiffs Eddie Rodriguez, Milton Gerard Washington, Bruce Elfant, Balakumar Pandian, Alex Serna, Sandra Serna, Betty F. Lopez, David Gonzalez, Beatrice Saloma, Lionor Sorola-Pohlman; Eliza Alvarado; Juanita Valdez-Cox; Josey Martinez; Nina Jo Baker; Travis County and City of Austin, (the "Rodriguez Plaintiffs"), and hereby notify all parties to this case that the Rodriguez Plaintiffs have served their Initial Disclosures to counsel for the State of Texas as well as to all other counsel of record in this case by electronic e-mail on August 3, 2011.

2

819760

Respectfully submitted,


/s/ Renea Hicks
Renea Hicks
Attorney at Law
State Bar No. 09580400
Law Office of Max Renea Hicks
101 West 6th Street
Austin, Texas 78701
(512) 480-8231 - Telephone
(512) 480-9105 - Facsimile
rhicks@renea-hicks.com


SCOTT, DOUGLASS & MCCONNICO, L.L.P.


/s/ Steve McConnico
Steve McConnico
State Bar No. 13450300
smcconnico@scottdoug.com
S. Abraham Kuczaj, III
State Bar No. 24046249
akuczaj@scottdoug.com
Sam Johnson
State Bar No. 10790600
sjohnson@scottdoug.com
600 Congress Avenue, Suite 1500
Austin, Texas 78701-2589
(512) 495-6300 – Telephone
(512) 474-0731 – Facsimile

ATTORNEYS FOR PLAINTIFFS EDDIE RODRIGUEZ, *ET AL.*, TRAVIS COUNTY, AND CITY OF AUSTIN

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of August, 2011, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

                    /s/ Sam Johnson
                    Sam Johnson

819760