**From:**        Doug Davis_SC
**Sent:**        Wednesday, July 27, 2011 11:05 AM
**To:**          'Smith, CLS'
**Subject:**     RE:

Of course.  Thanks for coming by.  Will sleep sometime soon, hopefully.  Have a great Mother's Day weekend.

-----Original Message-----
From: Smith, CLS [mailto:CLS.Smith@mail.house.gov]
Sent: Friday, May 06, 2011 4:34 PM
To: Doug Davis_SC
Subject:

Doug-
Pls thank kel for visit. U look tired! Pay off ur sleep debt over the weekend!
Lamar

For Attorneys Eyes Only                                          D00000033

**Windows Live**   Hotmail (4)   Messenger   SkyDrive   |   MSN

## Hotmail

New   |   Reply   Reply all   Forward   |   Delete   |   Junk   Sweep ▾   Mark as ▾   Move to ▾   |

**Inbox (4)**

**Folders**

**Junk (14)**

Drafts (3)

Sent

**Deleted (42)**

**Dawn Rush Dotson Ar...**

New folder

**Quick views**

Flagged

**Photos (1)**

**Office docs (1)**

Shipping updates

**Messenger**

You're signed in to
Messenger. To change
your status, click your
name in the upper right
corner.
Keep me signed in | Sign
out of Messenger

27 invitations

Search contacts

Your friends are offline
right now.

Sign out of Messenger

Home

Contacts

Calendar



### Re: Thank you                     Back to messages   |

**Congressman Smith**                    6/23/11
To Doug Davis                        Reply ▾

Doug-
Thanks for those nice comments which I can easily return. Was
really impressed w your knowledge, judgment, and demeanor
during high stress times. You helped keep the ship afloat and on
an even keel. Kel too! It was a pleasure getting to know you both
and I trust our friendship will be evident for many years to come.
Look forward to staying in touch.
Lamar
Sent via BlackBerry by AT&T

**From:** Doug Davis <onionboys@hotmail.com>
**Date:** Thu, 23 Jun 2011 13:10:57 -0500
**To:** <lamarsmith21@gmail.com>
**Subject:** Thank you

Congressman Smith:
Doug Davis in Austin, Texas, here.  Thank you for your indulgent,
and never-ending patience in dealing with Congressional
redistricting.  Your counsel and friendship was most helpful to
Senator Seliger and the rest of the Senate. I know how much he
enjoyed working with you.  In what I'm sure sometimes felt like a
thankless job; you always kept your bearings, faithful to your
colleagues, and respectful of the legislature's prerogatives.  I am
glad things came together, and I hope that the delegation is
pleased with the product.

Please call anytime if I can assist you with anything. Most of all,
good luck up there with all that you have on your plate.  As a busy
Chairman I often wondered how you had enough bandwidth to
keep everything straight.  Congratulations, and thanks again for
everything.  Doug Davis.

New   |   Reply   Reply all   Forward   |   Delete   |   Junk   Sweep ▾   Mark as ▾

Move to ▾   |

T··Mobile

**Unlir**
**Famil**

Add mo
for just

Learr

Includes 200MB
and 500 minute
Plus ta

For Attorney Eyes Only                                D00000076

© 2011 Microsoft   Terms   Privacy   About our ads   Advertise   Developers                    Help Center   Feec

For Attorney Eyes Only

D00000077

# Fwd: HEARING ON PROPOSED CONGRESSIONAL REDISTRICTING MAP FRIDAY 9AM AT THE TEXAS CAPITOL

From: **Eric Opiela** (eopiela@ericopiela.com)
Sent: Thu 6/02/11 10:48 PM
To:      lamarsmith21@gmail.com camp (lamarsmith21@gmail.com); Gerardo Interiano
         (ginteriano@gmail.com); Doug Davis (onionboys@hotmail.com)
Cc:      jybblb2@aol.com Brown (jybblb2@aol.com)

FYI

ECO

--------- Forwarded message ---------
From: **Nina Perales** <nperales@maldef.org>
Date: Wed, Jun 1, 2011 at 9:43 AM
Subject:  HEARING ON PROPOSED CONGRESSIONAL REDISTRICTING     MAP FRIDAY 9AM AT THE TEXAS CAPITOL

Dear members of the Texas Latino Redistricting Task Force:

Below you will find an article from the Rio Grande Guardian with some of the reaction to the congressional redistricting map released yesterday by redistricting chairmen Solomons and Seliger. Please note that a hearing has been set for Friday morning at 9am at the Capitol to take testimony on the proposed map. We plan to testify and we need your help organizing additional testimony. As always, MALDEF will provide background materials and talking points to anyone willing to testify.

It is critical that Latino residents from around Texas testify at the hearing and highlight the problems with the proposed map. For example, residents of the Rio Grande Valley and the DFW Metroplex can discuss population growth in their areas and the fact that the proposed map does not create additional Latino opportunity districts in these regions. Residents of current District 20 (San Antonio) can testify that it was not necessary to reduce the Latino population and reduce Latino ability to elect the preferred candidate in that district. Residents of Houston can discuss the fact the map does not create our proposed coalition district and does not fairly reflect Latino population in Harris County. EVERYONE can testify that the map does not create enough Latino-majority districts in Texas.

Bottom line – it's crunch time. We need to mobilize ourselves and our partners to testify in opposition to this map. The testimony is vital to creating a legislative record for DOJ and future litigation. Thanks,

**Hinojosa blasts new congressional redistricting map**
1 June 2011
Steve Taylor and Maggie Morato

For Attorney Eyes Only                                                      D00000078

McALLEN, June 1 - U.S. Rep. Rubén Hinojosa has slammed a new congressional redistricting map drawn by Republican leaders in Austin for failing to include an additional seat for the fast-growing Rio Grande Valley.

"What has been proposed... is completely unacceptable when it comes to fairness to deep South Texas. We deserve, and I mean really deserve, a fourth congressional district anchored in the Rio Grande Valley," said Hinojosa, D-Mercedes.

"How can they deny the residents of the Rio Grande Valley what they've long deserved? In the past two decades our population has increased in each of those decades by 45 percent. This map blatantly closes the door on full representation of our citizens."

Hinojosa told the *Guardian* he was particularly disappointed because the GOP's point man on congressional redistricting, U.S. Rep. Lamar Smith, R-San Antonio, had told congressional Democrats a couple of months back that of the four additional congressional seats awarded to Texas, two would be drawn to favor Republicans and two drawn to favor Democrats. If this had happened there would have been a very good chance of the South Texas border region getting an additional fourth congressional seat.

State Sen. Kel Seliger, who drew the map with state Rep. Burt Solomons, defended his work.

"I believe this map is fair and legal, and will serve the people of Texas well for the next ten years," he said.

Seliger, R-Amarillo, is chair of the Senate Committee on Redistricting. He unveiled the map Tuesday with state Rep. Burt Solomons, R-Carrollton, chair of the House Committee on Redistricting. Their map is known as Plan C 125. It can be viewed here.

Late Tuesday, Gov. Rick Perry added congressional redistricting to the call for the special session now underway at the state Capitol. Seliger immediately called a public hearing on congressional redistricting. It will be held on Friday in Room E1.016 at the state Capitol.

Every ten years states have to redraw their congressional district lines to take into account population shifts. After the 2010 Census population numbers were issued Texas was awarded four additional congressional seats, to take into account the state's population growth over the past decade. At the next election, 36 congressional seats will be up for grabs in Texas, four more than at the last election.

State Rep. Aaron Peña, a member of the House Committee on Redistricting, sent out a tweet on Tuesday saying the Seliger-Solomons map was in all probability the map the legislature would adopt. Peña told the*Guardian* as long ago as last summer that the new congressional lines would likely include a district anchored in Corpus Christi and the Seliger-Solomons map confirms this.

The map is expected to come in for fierce criticism from Latino civil rights groups such as the Mexican American Legal Defense and Educational Fund and the League of United Latin American Citizens. These groups had hoped that at least two of the four new congressional districts in Texas would be drawn Latino majority. After all, according to the Census, 65 percent of the growth in Texas over the past decade is attributable to Latinos.

The Seliger-Solomons map does not increase the number of Latino majority districts. One new Latino

*(sidebar)* State Senator Kel Seliger, R-Amarillo, helped draw Plan C 125. He said it was fair and legal.

For Attorney Eyes Only                                                          D00000079

seat, District 35, is created. It runs from Bexar County to Travis County. However, District 20, currently held by U.S. Rep. Charles Gonzalez, D-San Antonio, sees its Spanish Surname Voter Registration percentage drop to 49.5 percent, which means it may no longer perform as a Latino majority district. "I cannot imagine anything other than a Hispanic candidate winning," Seliger told the *Guardian*, in reference to District 20.

Latinos in Dallas-Fort Worth will also likely be bitterly disappointed that no Latino-majority district is drawn for the metroplex. There are more Latinos in Dallas-Fort Worth than the Rio Grande Valley. However, none of the congressional seats in the region are Latino majority.

In South Texas, the Seliger-Solomons map makes a number of significant changes.
For one, the map splits Corpus Christi from Brownsville. This helps freshman U.S. Blake Farenthold, R-Corpus Christi by removing the more Democratic southern part of his district. Under the Seliger-Solomons plan, Cameron, Willacy, Kenedy and Kleberg counties are removed from District 27. Instead, the district runs north around the Coastal Bend to Matagorda County. It thus becomes less Hispanic and more Republican. The *Guardian* sought comment from Farenthold about the new redistricting plan but his office did not return calls at press time.

Removed from District 27, Cameron, Willacy, Kenedy, and Kleberg counties are placed in the new District 34 seat, which extends all the way north to Lavaca County. It includes Jim Wells, Bee, Goliad, and Dewitt counties, and the southern half of Lavaca County. District 27 also takes in a portion of Hidalgo County south of Expressway 83 west to U.S. 281. The seat will likely be anchored in Brownsville. Cameron County District Attorney Armando Villalobos has expressed interest in running for this seat, if it is adopted.

District 15, currently represented by Hinojosa, extends all the way north to Guadalupe County under the Seliger-Solomons plan. It includes the central part of Hidalgo County, including McAllen, Edinburg, and most of Pharr, along with the counties of Brooks, Duval, Live Oak, Karnes, as well as parts of Gonzales and Guadalupe counties.

District 28, currently represented by U.S. Rep. Henry Cuellar, D-Laredo, is also reconfigured. The district has less of Hidalgo County than before but picks up Maverick County. The cities of Mission, La Joya, Peñitas and Sullivan City stay in District 28. It includes the counties of Maverick, Zavala, Dimmit, Webb, Zapata, Starr, Jim Hogg, McMullen, Atascosa, and Wilson counties, plus the eastern part of Bexar County.

Cuellar said he would have liked to retain more of Hidalgo County but overall was happy with how the map looks, as it relates to his district. "Personally, I am glad I am still part of Hidalgo County. I've always said I want to be part of Hidalgo County, Starr County, the Jim Hogg area; those areas. I'm still part of that area," Cuellar told the *Guardian*.

However, Cuellar was less happy with the rest of the Seliger-Solomons map.
"Overall, I'd sort of want to see a map that is more of a picture of Hispanic growth. If the state of Texas has grown so much it's because of the Hispanic districts. I wish we would have seen one of those in the Dallas/Fort Worth area because we have over a million Hispanics and if they don't introduce a Hispanic district up there I think that could create tension with the Voting Rights Act," Cuellar told the *Guardian*. Cuellar pointed out that the unveiling of the map is only the "first step." He said there still had to be public input, adoption by the legislature and then, mostly, likely, court action

In his interview with the *Guardian*, Seliger said the map was developed with input from many members

For Attorney Eyes Only                                                          D00000080

of Congress, particularly Congressman Smith.

"Members of Congress have been in and out of Austin in very large numbers. Early on last year sometime the Republican delegation or most of them selected Lamar Smith as their point person. He has done that in a very dedicated fashion and a protective fashion and so I am in touch with him all the time," Seliger said.

Seliger's counterpart in the Texas House, Rep. Solomons, issued this statement about the map:

"There has already been a lot of discussion about these districts, and other groups and legislators have already released their maps. This map represents the discussions Senator Seliger and I have had throughout the session with members of the public, interested stakeholder groups, and elected officials. I appreciate all the hard work the members of our committee and the members of the Legislature put into redistricting during the regular session and I am looking forward to completing our work."

*Guardian reporter Steve Taylor covered this story from Austin. Guardian reporter Maggie Morato covered this story from McAllen.*

Nina Perales
Vice President for Litigation
MALDEF
110 Broadway, Suite 300
San Antonio, TX 78205
ph (210) 224-5476 ext 206
fax (210) 224-5382
**www.maldef.org**

For Attorney Eyes Only                                                    D00000081

# RE: HEARING ON PROPOSED CONGRESSIONAL REDISTRICTING MAP FRIDAY 9AM AT THE TEXAS CAPITOL

From: **Doug Davis** (onionboys@hotmail.com)
Sent: Thu 6/23/11 1:12 PM
To:     eopiela@ericopiela.com

You getting any sleep yet?  Barton announced this a.m. on the Mark Davis show that he's running in CD 6.  Bill Burch must be crushed.  Thanks for all your help.

---

From: eopiela@ericopiela.com
Subject: Fwd: HEARING ON PROPOSED CONGRESSIONAL REDISTRICTING MAP FRIDAY 9AM AT THE TEXAS CAPITOL
Date: Thu, 2 Jun 2011 22:48:03 -0500
CC: jybblb2@aol.com
To: lamarsmith21@gmail.com; ginteriano@gmail.com; onionboys@hotmail.com

FYI

ECO

---------- Forwarded message ---------
From: **Nina Perales** <nperales@maldef.org>
Date: Wed, Jun 1, 2011 at 9:43 AM
Subject:    HEARING ON PROPOSED CONGRESSIONAL REDISTRICTING    MAP FRIDAY 9AM AT THE TEXAS CAPITOL

Dear members of the Texas Latino Redistricting Task Force:

Below you will find an article from the Rio Grande Guardian with some of the reaction to the congressional redistricting map released yesterday by redistricting chairmen Solomons and Seliger. Please note that a hearing has been set for Friday morning at 9am at the Capitol to take testimony on the proposed map. We plan to testify and we need your help organizing additional testimony. As always, MALDEF will provide background materials and talking points to anyone willing to testify.

It is critical that Latino residents from around Texas testify at the hearing and highlight the problems with the proposed map.  For example, residents of the Rio Grande Valley and the DFW Metroplex can discuss population growth in their areas and the fact that the proposed map does not create additional Latino opportunity districts in these regions.  Residents of current District 20 (San Antonio) can testify that it was not necessary to reduce the Latino population and reduce Latino ability to elect the preferred candidate in that district.  Residents of Houston can discuss the fact the map does not create our

For Attorney Eyes Only                                                      D00000099

proposed coalition district and does not fairly reflect Latino population in Harris County. EVERYONE can testify that the map does not create enough Latino-majority districts in Texas.

Bottom line – it's crunch time. We need to mobilize ourselves and our partners to testify in opposition to this map. The testimony is vital to creating a legislative record for DOJ and future litigation. Thanks,

### Hinojosa blasts new congressional redistricting map

1 June 2011
Steve Taylor and Maggie Morato

McALLEN, June 1 - U.S. Rep. Rubén Hinojosa has slammed a new congressional redistricting map drawn by Republican leaders in Austin for failing to include an additional seat for the fast-growing Rio Grande Valley.

"What has been proposed... is completely unacceptable when it comes to fairness to deep South Texas. We deserve, and I mean really deserve, a fourth congressional district anchored in the Rio Grande Valley," said Hinojosa, D-Mercedes.

State Senator Kel Seliger, R-Amarillo, helped draw Plan C 125. He said it was fair and legal.

"How can they deny the residents of the Rio Grande Valley what they've long deserved? In the past two decades our population has increased in each of those decades by 45 percent. This map blatantly closes the door on full representation of our citizens."

Hinojosa told the *Guardian* he was particularly disappointed because the GOP's point man on congressional redistricting, U.S. Rep. Lamar Smith, R-San Antonio, had told congressional Democrats a couple of months back that of the four additional congressional seats awarded to Texas, two would be drawn to favor Republicans and two drawn to favor Democrats. If this had happened there would have been a very good chance of the South Texas border region getting an additional fourth congressional seat.
State Sen. Kel Seliger, who drew the map with state Rep. Burt Solomons, defended his work.

"I believe this map is fair and legal, and will serve the people of Texas well for the next ten years," he said.

Seliger, R-Amarillo, is chair of the Senate Committee on Redistricting. He unveiled the map Tuesday with state Rep. Burt Solomons, R-Carrollton, chair of the House Committee on Redistricting. Their map is known as Plan C 125. It can be viewed here.
Late Tuesday, Gov. Rick Perry added congressional redistricting to the call for the special session now underway at the state Capitol. Seliger immediately called a public hearing on congressional redistricting. It will be held on Friday in Room E1.016 at the state Capitol.

Every ten years states have to redraw their congressional district lines to take into account population shifts. After the 2010 Census population numbers were issued Texas was awarded four additional congressional seats, to take into account the state's population growth over the past decade. At the next election, 36 congressional seats will be up for grabs in Texas, four more than at the last election.

State Rep. Aaron Peña, a member of the House Committee on Redistricting, sent out a tweet on Tuesday saying the Seliger-Solomons map was in all probability the map the legislature would adopt. Peña told theGuardian as long ago as last summer that the new congressional lines would likely include a district

For Attorney Eyes Only                                                      D00000100

anchored in Corpus Christi and the Seliger-Solomons map confirms this.

The map is expected to come in for fierce criticism from Latino civil rights groups such as the Mexican American Legal Defense and Educational Fund and the League of United Latin American Citizens. These groups had hoped that at least two of the four new congressional districts in Texas would be drawn Latino majority. After all, according to the Census, 65 percent of the growth in Texas over the past decade is attributable to Latinos.

The Seliger-Solomons map does not increase the number of Latino majority districts. One new Latino seat, District 35, is created. It runs from Bexar County to Travis County. However, District 20, currently held by U.S. Rep. Charles Gonzalez, D-San Antonio, sees its Spanish Surname Voter Registration percentage drop to 49.5 percent, which means it may no longer perform as a Latino majority district. "I cannot imagine anything other than a Hispanic candidate winning," Seliger told the *Guardian*, in reference to District 20.

Latinos in Dallas-Fort Worth will also likely be bitterly disappointed that no Latino-majority district is drawn for the metroplex. There are more Latinos in Dallas-Fort Worth than the Rio Grande Valley. However, none of the congressional seats in the region are Latino majority.

In South Texas, the Seliger-Solomons map makes a number of significant changes.
For one, the map splits Corpus Christi from Brownsville. This helps freshman U.S. Blake Farenthold, R-Corpus Christi by removing the more Democratic southern part of his district. Under the Seliger-Solomons plan, Cameron, Willacy, Kenedy and Kleberg counties are removed from District 27. Instead, the district runs north around the Coastal Bend to Matagorda County. It thus becomes less Hispanic and more Republican. The *Guardian* sought comment from Farenthold about the new redistricting plan but his office did not return calls at press time.

Removed from District 27, Cameron, Willacy, Kenedy, and Kleberg counties are placed in the new District 34 seat, which extends all the way north to Lavaca County. It includes Jim Wells, Bee, Goliad, and Dewitt counties, and the southern half of Lavaca County. District 27 also takes in a portion of Hidalgo County south of Expressway 83 west to U.S. 281. The seat will likely be anchored in Brownsville. Cameron County District Attorney Armando Villalobos has expressed interest in running for this seat, if it is adopted.

District 15, currently represented by Hinojosa, extends all the way north to Guadalupe County under the Seliger-Solomons plan. It includes the central part of Hidalgo County, including McAllen, Edinburg, and most of Pharr, along with the counties of Brooks, Duval, Live Oak, Karnes, as well as parts of Gonzales and Guadalupe counties.

District 28, currently represented by U.S. Rep. Henry Cuellar, D-Laredo, is also reconfigured. The district has less of Hidalgo County than before but picks up Maverick County. The cities of Mission, La Joya, Peñitas and Sullivan City stay in District 28. It includes the counties of Maverick, Zavala, Dimmit, Webb, Zapata, Starr, Jim Hogg, McMullen, Atascosa, and Wilson counties, plus the eastern part of Bexar County.

Cuellar said he would have liked to retain more of Hidalgo County but overall was happy with how the map looks, as it relates to his district. "Personally, I am glad I am still part of Hidalgo County. I've always said I want to be part of Hidalgo County, Starr County, the Jim Hogg area; those areas. I'm still part of that area," Cuellar told the *Guardian*.

For Attorney Eyes Only                                               D00000101

However, Cuellar was less happy with the rest of the Seliger-Solomons map.
"Overall, I'd sort of want to see a map that is more of a picture of Hispanic growth. If the state of Texas has grown so much it's because of the Hispanic districts. I wish we would have seen one of those in the Dallas/Fort Worth area because we have over a million Hispanics and if they don't introduce a Hispanic district up there I think that could create tension with the Voting Rights Act," Cuellar told the *Guardian*. Cuellar pointed out that the unveiling of the map is only the "first step." He said there still had to be public input, adoption by the legislature and then, mostly likely, court action

In his interview with the *Guardian*, Seliger said the map was developed with input from many members of Congress, particularly Congressman Smith.
"Members of Congress have been in and out of Austin in very large numbers. Early on last year sometime the Republican delegation or most of them selected Lamar Smith as their point person. He has done that in a very dedicated fashion and a protective fashion and so I am in touch with him all the time," Seliger said.
Seliger's counterpart in the Texas House, Rep. Solomons, issued this statement about the map:

"There has already been a lot of discussion about these districts, and other groups and legislators have already released their maps. This map represents the discussions Senator Seliger and I have had throughout the session with members of the public, interested stakeholder groups, and elected officials. I appreciate all the hard work the members of our committee and the members of the Legislature put into redistricting during the regular session and I am looking forward to completing our work."

*Guardian reporter Steve Taylor covered this story from Austin. Guardian reporter Maggie Morato covered this story from McAllen.*

Nina Perales
Vice President for Litigation
MALDEF
110 Broadway, Suite 300
San Antonio, TX 78205
ph (210) 224-5476 ext 206
fax (210) 224-5382
**www.maldef.org**

For Attorney Eyes Only                                                                    D00000102

# RE: Lamar Smith Meeting Thursday Feb 2

From: **Doug Davis** (onionboys@hotmail.com)
Sent:  Fri 1/28/11 4:27 PM
To:      eopiela@ericopiela.com

you can stop by anytime.  we crammed into a small office in the sam houston bldg., room
460.  Gerardo's got much, much better accommodations.

---

From: eopiela@ericopiela.com
Subject: Re: Lamar Smith Meeting Thursday Feb 2
Date: Thu, 27 Jan 2011 16:15:51 -0600
To: onionboys@hotmail.com

Yes, thanks!

See you both then.

If you have time before then, can I come over and see your setup?

Eric


On Jan 27, 2011, at 8:58 AM, Doug Davis wrote:

> 2 pm in Sen. Seliger's office sound OK?

> From: eopiela@ericopiela.com
> Subject: Lamar Smith Meeting Thursday Feb 2
> Date: Wed, 26 Jan 2011 14:56:27 -0600
> To: onionboys@hotmail.com
>
> Doug-
>
> Congressman Smith is coming to Austin next Thursday, February 2, and would like to
> meet with you and Sen. Seliger (separately or together, whatever is most convenient).
> Can you arrange a time for this between 2pm and 5pm for 30 mins or so next Thursday?
>
> Thank you,
>
> Eric

For Attorney Eyes Only                                                     D00000118

# FW: Lamar Smith Meeting Thursday Feb 2

From: **Doug Davis** (onionboys@hotmail.com)
Sent: Thu 1/27/11 8:24 AM
To:     eopiela@ericopiela.com

I'm easy that day, assuming the Senate's not in session. I do not believe we will be in next Thursday. I'm checking on Sen. Seliger's availability.

> From: eopiela@ericopiela.com
> Subject: Lamar Smith Meeting Thursday Feb 2
> Date: Wed, 26 Jan 2011 14:56:27 -0600
> To: onionboys@hotmail.com
>
> Doug-
>
> Congressman Smith is coming to Austin next Thursday, February 2, and would like to meet with you and Sen. Seliger (separately or together, whatever is most convenient). Can you arrange a time for this between 2pm and 5pm for 30 mins or so next Thursday?
>
> Thank you,
>
> Eric

For Attorney Eyes Only                                                          D00000119

# RE: Lamar Smith Meeting Thursday Feb 2

From: **Doug Davis** (onionboys@hotmail.com)
Sent:  Thu 1/27/11 8:58 AM
To:     eopiela@ericopiela.com

2 pm in Sen. Seliger's office sound OK?

> From: eopiela@ericopiela.com
> Subject: Lamar Smith Meeting Thursday Feb 2
> Date: Wed, 26 Jan 2011 14:56:27 -0600
> To: onionboys@hotmail.com
>
> Doug-
>
> Congressman Smith is coming to Austin next Thursday, February 2, and would like to meet with you
and Sen. Seliger (separately or together, whatever is most convenient). Can you arrange a time for this
between 2pm and 5pm for 30 mins or so next Thursday?
>
> Thank you,
>
> Eric

For Attorney Eyes Only                                                                D00000120

# RE: Lunch

From: **Doug Davis** (onionboys@hotmail.com)

Sent:  Mon 1/10/11 9:53 AM

To:     ginteriano@gmail.com

Cc:     eopiela@ericopiela.com

I'm day-to-day on lunches.  It just depends on how long the Senate's in session.  Sorry I'm unable to commit.

> Date: Mon, 10 Jan 2011 09:41:00 -0600
> Subject: Re: Lunch
> From: ginteriano@gmail.com
> To: onionboys@hotmail.com
> CC: eopiela@ericopiela.com
>
> How about lunch next Tuesday the 18th?
>
> On Mon, Jan 10, 2011 at 8:29 AM, Doug Davis <onionboys@hotmail.com> wrote:
> > I'm out for breakfast everyday.  Got kiddo duty in the a.m.'s
> >
> > _____
> > From: ginteriano@gmail.com
> > To: eopiela@ericopiela.com
> > CC: onionboys@hotmail.com
> > Subject: RE: Lunch
> > Date: Fri, 7 Jan 2011 20:41:22 -0600
> >
> > I'm free for breakfast every day except Wednesday.
> >
> >
> >
> > From: Eric Opiela [mailto:eopiela@ericopiela.com]
> > Sent: Friday, January 07, 2011 5:33 PM
> > To: ginteriano@gmail.com
> > Cc: Doug Davis
> > Subject: Re: Lunch
> >
> >
> >
> > I'm good for breakfast each of those days.
> >
> >
> >
> > EO
> >
> >
> >

For Attorney Eyes Only                                                        D00000121

```
> >
> >
> > On Jan 7, 2011, at 5:25 PM, Gerardo Interiano wrote:
> >
> > I'm on the same boat. I think I'm out all three days. Would breakfast work
> > better for y'all?
> >
> > Sent via BlackBerry by AT&T
> >
> > _____
> >
> > From: Doug Davis <onionboys@hotmail.com>
> >
> > Date: Fri, 7 Jan 2011 17:12:23 -0600
> >
> > To: <eopiela@ericopiela.com>
> >
> > Cc: <ginteriano@gmail.com>
> >
> > Subject: RE: Lunch
> >
> >
> >
> > I hate to say I'm not sure, but I'm not sure.
> >
> > I cannot on Friday.
> >
> > Wednesday or Monday depend on how long we're in session.  I have to be on
> > the floor while we're in.  I'll let you know if I get some advance notice on
> > how long we're expected to be out there.
> >
> > > From: eopiela@ericopiela.com
> > > Subject: Lunch
> > > Date: Fri, 7 Jan 2011 16:57:49 -0600
> > > CC: ginteriano@gmail.com
> > > To: onionboys@hotmail.com
> > >
> > > Doug-
> > >
> > > Do you have time for lunch next week with Gerardo and I on Wednesday or
> > > Friday?
> > >
> > > If not how about the following Monday?
> > >
> > > Hope all is well. Sen. Seliger was well received in DC.
> > >
> > > Eric
> > >
```

For Attorney Eyes Only                                                D00000122

```
> >>
> >
> >
```

For Attorney Eyes Only                                              D00000123

# RE: Lunch

From: **Doug Davis** (onionboys@hotmail.com)
Sent:  Mon 1/10/11 8:29 AM
To:      ginteriano@gmail.com; eopiela@ericopiela.com

I'm out for breakfast everyday.  Got kiddo duty in the a.m.'s

---

From: ginteriano@gmail.com
To: eopiela@ericopiela.com
CC: onionboys@hotmail.com
Subject: RE: Lunch
Date: Fri, 7 Jan 2011 20:41:22 -0600

I'm free for breakfast every day except Wednesday.

---

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Friday, January 07, 2011 5:33 PM
**To:** ginteriano@gmail.com
**Cc:** Doug Davis
**Subject:** Re: Lunch


I'm good for breakfast each of those days.


EO


On Jan 7, 2011, at 5:25 PM, Gerardo Interiano wrote:


I'm on the same boat. I think I'm out all three days. Would breakfast work better for y'all?

Sent via BlackBerry by AT&T

---

**From:** Doug Davis <onionboys@hotmail.com>


http://sn121w.snt121.mail.live.com/mail/PrintMessages.aspx?cpids=e668c863-0b6b-4383-...  7/26/2011

For Attorney Eyes Only                                                    D00000124

**Date:** Fri, 7 Jan 2011 17:12:23 -0600

**To:** <eopiela@ericopiela.com>

**Cc:** <ginteriano@gmail.com>

**Subject:** RE: Lunch

I hate to say I'm not sure, but I'm not sure.

I cannot on Friday.

Wednesday or Monday depend on how long we're in session.  I have to be on the floor while we're in.
I'll let you know if I get some advance notice on how long we're expected to be out there.

> From: eopiela@ericopiela.com
> Subject: Lunch
> Date: Fri, 7 Jan 2011 16:57:49 -0600
> CC: ginteriano@gmail.com
> To: onionboys@hotmail.com
>
> Doug-
>
> Do you have time for lunch next week with Gerardo and I on Wednesday or Friday?
>
> If not how about the following Monday?
>
> Hope all is well. Sen. Seliger was well received in DC.
>
> Eric
>
>

For Attorney Eyes Only                                                 D00000125

# RE: Lunch

From: **Doug Davis** (onionboys@hotmail.com)
Sent:  Fri 1/07/11 5:12 PM
To:    eopiela@ericopiela.com
Cc:    ginteriano@gmail.com

I hate to say I'm not sure, but I'm not sure.

I cannot on Friday.

Wednesday or Monday depend on how long we're in session.  I have to be on the floor while we're in.
I'll let you know if I get some advance notice on how long we're expected to be out there.

> From: eopiela@ericopiela.com
> Subject: Lunch
> Date: Fri, 7 Jan 2011 16:57:49 -0600
> CC: ginteriano@gmail.com
> To: onionboys@hotmail.com
>
> Doug-
>
> Do you have time for lunch next week with Gerardo and I on Wednesday or Friday?
>      .
> If not how about the following Monday?
>
> Hope all is well. Sen. Seliger was well received in DC.
>
> Eric
>
>

For Attorney Eyes Only                                                    D00000126

0412

| District | Population | Deviation | % Hispanic | % NH_DOJ_Blk | % H18+_Pop | % NH18+_DOJ_Blk | % SSVR | %B+H VAP | % McCain | % Perry | % Abbott |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 698488 | 0 | 15% | 18% | 12% | 18% | 4% | 30% | 69% | 66% | 75% |
| 02 | 698488 | 0 | 28% | 14% | 25% | 13% | 13% | 37% | 61% | 59% | 69% |
| 03 | 698488 | 0 | 14% | 9% | 13% | 8% | 6% | 21% | 61% | 69% | 70% |
| 04 | 698488 | 0 | 12% | 11% | 10% | 10% | 4% | 20% | 70% | 64% | 74% |
| 05 | 698488 | 0 | 23% | 13% | 19% | 12% | 8% | 31% | 64% | 60% | 71% |
| 06 | 698488 | 0 | 21% | 17% | 18% | 16% | 9% | 34% | 57% | 56% | 65% |
| 07 | 698488 | 0 | 23% | 11% | 21% | 11% | 11% | 32% | 61% | 59% | 71% |
| 08 | 698488 | 0 | 19% | 8% | 16% | 7% | 7% | 24% | 73% | 70% | 80% |
| 09 | 698488 | 0 | 43% | 36% | 40% | 36% | 16% | 75% | 21% | 20% | 26% |
| 10 | 698487 | -1 | 27% | 12% | 24% | 11% | 11% | 35% | 56% | 57% | 67% |
| 11 | 698488 | 0 | 34% | 4% | 30% | 4% | 21% | 33% | 76% | 72% | 82% |
| 12 | 698488 | 0 | 23% | 10% | 19% | 9% | 11% | 28% | 60% | 59% | 68% |
| 13 | 698488 | 0 | 23% | 5% | 20% | 5% | 12% | 25% | 77% | 72% | 82% |
| 14 | 698488 | 0 | 27% | 11% | 23% | 11% | 15% | 34% | 64% | 60% | 71% |
| 15 | 698488 | 0 | 83% | 2% | 79% | 2% | 68% | 81% | 40% | 42% | 51% |
| 16 | 698488 | 0 | 83% | 3% | 81% | 3% | 70% | 84% | 32% | 35% | 41% |
| 17 | 698488 | 0 | 22% | 13% | 19% | 12% | 10% | 31% | 64% | 59% | 72% |
| 18 | 698488 | 0 | 41% | 37% | 37% | 37% | 16% | 74% | 22% | 22% | 28% |
| 19 | 698488 | 0 | 33% | 6% | 29% | 6% | 16% | 35% | 71% | 68% | 80% |
| 20 | 698488 | 0 | 67% | 6% | 63% | 6% | 35% | 70% | 40% | 40% | 51% |
| 21 | 698488 | 0 | 30% | 4% | 27% | 4% | 14% | 36% | 56% | 57% | 67% |
| 22 | 698488 | 0 | 24% | 15% | 22% | 14% | 14% | 36% | 58% | 58% | 67% |
| 23 | 698488 | 0 | 67% | 3% | 63% | 3% | 52% | 66% | 52% | 53% | 63% |
| 24 | 698488 | 0 | 23% | 10% | 20% | 10% | 9% | 30% | 58% | 61% | 68% |
| 25 | 698488 | 0 | 61% | 14% | 56% | 14% | 39% | 70% | 32% | 33% | 43% |
| 26 | 698488 | 0 | 17% | 7% | 15% | 7% | 7% | 21% | 65% | 66% | 74% |
| 27 | 698488 | 0 | 82% | 1% | 78% | 1% | 70% | 79% | 21% | 21% | 28% |
| 28 | 698488 | 0 | 80% | 2% | 77% | 2% | 68% | 79% | 40% | 40% | 48% |
| 29 | 698488 | 0 | 76% | 10% | 73% | 10% | 52% | 83% | 37% | 32% | 40% |
| 30 | 698488 | 0 | 76% | 45% | 45% | 52% | 12% | 79% | 20% | 21% | 25% |
| 31 | 698488 | 0 | 23% | 13% | 20% | 12% | 12% | 32% | 55% | 55% | 58% |
| 32 | 698488 | 0 | 23% | 13% | 20% | 12% | 8% | 32% | 55% | 55% | 63% |
| 33 | 698488 | 0 | 66% | 16% | 61% | 17% | 34% | 78% | 31% | 31% | 36% |
| 34 | 698488 | 0 | 66% | 4% | 61% | 4% | 34% | 78% | 55% | 55% | 63% |
| 35 | 698482 | -6 | 49% | 5% | 44% | 5% | 36% | 49% | 55% | 57% | 64% |
| 36 | 698488 | 0 | 17% | 20% | 15% | 19% | 7% | 34% | 62% | 61% | 68% |

For Attorney Eyes Only

D00000127

CONFIDENTIAL

Attached is a proposal with some ideas for new congressional districts. A great majority of the Texas Republican delegation supports moving the process forward. We appreciate your efforts to draw a map that is fair and reflects the population growth in Texas over the last decade. This proposal maintains the core of all current incumbent districts unless necessary to create a Voting Rights Act district. It creates four new districts, as allowed by the census results:

1. One new likely Republican district in East Texas.

2. One new likely Republican district in Central Texas

3. One new likely Republican district in South Texas

4. One new Voting Rights Act district in the Dallas-Ft. Worth area

Also, it converts a current non-Voting Rights Act district to a Voting Rights Act district.

This proposal results in 25 congressional districts that lean Republican and 11 that lean Democratic.

We look forward to continuing to serve as a resource to our friends in Austin.


Lamar Smith



D00000129



For Attorney Eyes Only

D00000130



D00000131



D00000132



For Attorney Eyes Only