# DOCUMENT INFO

Filename:       RE: .msg

FOLDER#:        Straus072611\Outlook Data
File\Straus\DIS

# DOCUMENT INFO

**From:**                Gerardo Interiano [ginteriano@gmail.com]
**Sent:**               Friday, April 22, 2011 1:55 PM
**To:**                  'Eric Opiela'
**Subject:**           RE:
**Attachments:**     SSVR.xlsx

Below 55 of what number...don't share this with ANYONE but here is a comparison of the SSVR districts. Nixon map drops it by the current benchmark of 29 to 27.

As far as Republican seats, he is overreaching. He drew two seats in Travis and both were lost by McCain and Perry.

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Friday, April 22, 2011 12:35 PM
**To:** Denise Davis (home)
**Cc:** Gerardo Interiano
**Subject:** Fwd:

Do y'all have the data on # VRA and # of GOP under 55% comparison between Solomons/Nixon State House Plans for Lamar? See below. If y'all are too busy, just let me know and I can load it up and do the counts, but with 300 districts between the two, I thought I'd ask to see if you had that already.

Thanks

EO

Begin forwarded message:

**From:** lamarsmith21@gmail.com
**Date:** April 22, 2011 12:19:05 PM CDT
**To:** "Eric Opiela" <eopiela@ericopiela.com>, "Jennifer Brown"
<Jennifer.Y.Brown@mail.house.gov>
**Reply-To:** lamarsmith21@gmail.com

Met w tea party folks in sa this morn. They brought up st house redist and favor the nixon map over the solomons map bec it creates more gop dists. I told them re vra and asked them to ck to see how many of nixon dists were below 55. I didn't kno answer but wanted to raise questions about it. Is solomons map better in that regard.
Sent via BlackBerry by AT&T

1

# DOCUMENT INFO

Filename:       SSVR.xlsx

FOLDER#:        Straus072611\Outlook Data
                File\Straus\DIS

# DOCUMENT INFO

**SPANISH SURNAME VOTER REGISTRATION COMPARISON**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CURRENT - 29 | | | | PROPOSED - 28 | | | | | | SUBSTITUTE #2 - 30 | | | | | | NIXON - | |
| 3 | 31 | 165,121 | 90.90% | | 31 | 168,636 | Up | 91.30% | Up | | 31 | 168,636 | Up | 91.30% | Up | | 31 | 168,636 |
| 4 | 33 | 148,929 | 55.30% | | Eliminated Nueces District | | | | | | Eliminated Nueces District | | | | | | Eliminated Nueces District | |
| 5 | 34 | 143,582 | 53.80% | | 34 | 169,887 | Up | 63.70% | Up | | 34 | 169,887 | Up | 63.70% | Up | | 34 | 169,887 |
| 6 | 35 | 151,882 | 55.30% | | 35 | 172,482 | Up | 53.40% | Down | | 35 | 172,482 | Up | 53.40% | Down | | 35 | 170,896 |
| 7 | 36 | 201,177 | 82.30% | | 36 | 173,981 | Up | 85.30% | Up | | 36 | 173,981 | Up | 85.30% | Up | | 36 | 173,981 |
| 8 | 37 | 142,621 | 80.80% | | 37 | 169,364 | Up | 78.00% | Down | | 37 | 169,364 | Up | 78.00% | Down | | 37 | 169,364 |
| 9 | 38 | 182,363 | 76.90% | | 38 | 167,793 | Up | 77.90% | Up | | 38 | 167,793 | Up | 77.90% | Up | | 38 | 167,793 |
| 10 | 39 | 172,288 | 82.40% | | 39 | 175,383 | Up | 83.10% | Up | | 39 | 175,383 | Up | 83.10% | Up | | 39 | 175,383 |
| 11 | 40 | 215,412 | 86.90% | | 40 | 159,381 | Down | 64.60% | Down | | 40 | 159,381 | Down | 64.60% | Down | | 40 | 159,381 |
| 12 | 41 | 185,892 | 69.20% | | 41 | 172,374 | Up | 86.70% | Up | | 41 | 172,374 | Up | 86.70% | Up | | 41 | 172,374 |
| 13 | 42 | 171,951 | 84.80% | | 42 | 160,647 | Down | 86.00% | Up | | 42 | 160,647 | Down | 86.00% | Up | | 42 | 164,470 |
| 14 | 43 | 148,370 | 71.80% | | 43 | 171,735 | Up | 72.40% | Up | | 43 | 171,735 | Up | 72.40% | Up | | 43 | 171,735 |
| 15 | 74 | 143,566 | 58.10% | | 74 | 170,005 | Up | 68.00% | Up | | 74 | 170,005 | Up | 68.00% | Up | | 74 | 162,815 |
| 16 | 75 | 219,408 | 75.90% | | 75 | 159,691 | Down | 81.20% | Up | | 75 | 159,691 | Down | 81.20% | Up | | 75 | 159,691 |
| 17 | 76 | 132,715 | 84.40% | | 76 | 159,760 | Down | 81.30% | Down | | 76 | 159,760 | Down | 81.30% | Down | | 76 | 159,760 |
| 18 | 77 | 132,567 | 73.10% | | 77 | 159,949 | Down | 66.40% | Down | | 77 | 159,949 | Down | 66.40% | Down | | 77 | 159,949 |
| 19 | 79 | 147,172 | 65.20% | | 79 | 160,658 | Down | 69.30% | Up | | 79 | 160,658 | Down | 69.30% | Up | | 79 | 160,658 |
| 20 | 80 | 149,638 | 69.70% | | 80 | 160,252 | Down | 78.90% | Down | | 80 | 160,252 | Down | 78.90% | Up | | 80 | 174,191 |
| 21 | Added 90 | | | | Added 90 | | | | | | 90 | 159,352 | Down | 50.10% | Up | | Dropped | Dropped |
| 22 | 104 | 131,900 | 58.30% | | 104 | 172,784 | Up | 50.10% | Down | | 104 | 172,784 | Up | 50.10% | Down | | 104 | 172,784 |
| 23 | 116 | 142,944 | 57.00% | | 116 | 171,463 | Up | 51.60% | Down | | 116 | 171,463 | Up | 51.60% | Down | | 116 | 171,463 |
| 24 | 117 | 220,360 | 50.80% | | 117 | 171,249 | Up | 50.10% | Down | | 117 | 171,249 | Up | 50.10% | Down | | 117 | 171,249 |
| 25 | 118 | 152,809 | 55.20% | | 118 | 161,851 | Down | 60.30% | Up | | 118 | 161,851 | Up | 60.30% | Up | | 118 | 161,851 |
| 26 | 119 | 157,106 | 59.30% | | 119 | 159,180 | Down | 51.40% | Down | | 119 | 159,180 | Down | 51.40% | Down | | 119 | 159,302 |
| 27 | 123 | 132,442 | 57.90% | | 123 | 175,674 | Up | 54.30% | Down | | 123 | 175,674 | Up | 54.30% | Down | | 123 | 175,674 |
| 28 | 124 | 178,044 | 54.60% | | 124 | 174,823 | Up | 54.60% | Down | | 124 | 174,823 | Up | 54.60% | Down | | 124 | 174,823 |
| 29 | 125 | 162,162 | 56.10% | | 125 | 174,549 | Up | 59.10% | Up | | 125 | 174,549 | Up | 59.10% | Up | | 125 | 174,549 |
| 30 | 140 | 139,275 | 59.30% | | 140 | 172,794 | Up | 51.70% | Down | | 140 | 172,794 | Up | 51.70% | Down | | 140 | 172,794 |
| 31 | 143 | 127,381 | 66.00% | | 143 | 172,147 | Up | 55.60% | Down | | 143 | 165,808 | Down | 52.10% | Down | | 143 | 172,147 |
| 32 | 145 | 132,730 | 66.20% | | 145 | 168,480 | Up | 61.70% | Up | | 145 | 173,161 | Up | 50.50% | Up | | 145 | 168,480 |
| 33 | Added 148 | | | | Added 148 | | 9/28 Down | | | | 148 | 170,196 | Up | 50.30% | Up | | Dropped | Dropped |
| 34 | | | | | | | | | 14/28 Down | | | | 11/30 Down | | 14/30 Down | | | |

| | S | T |
|---|---|---|
| 1 | | |
| 2 | 27 | |
| 3 | 91.30% | es District |
| 4 | 63.70% | |
| 5 | 53.90% | |
| 6 | 85.30% | |
| 7 | 78.00% | |
| 8 | 77.90% | |
| 9 | 83.10% | |
| 10 | 64.60% | |
| 11 | 86.70% | |
| 12 | 85.80% | |
| 13 | 72.40% | |
| 14 | 55.20% | |
| 15 | 81.20% | |
| 16 | 81.30% | |
| 17 | 66.40% | |
| 18 | 69.30% | |
| 19 | 85.40% | |
| 20 | 90 | |
| 21 | 104 | |
| 22 | 51.60% | |
| 23 | 50.10% | |
| 24 | 60.30% | |
| 25 | 51.40% | |
| 26 | 54.30% | |
| 27 | 54.60% | |
| 28 | 59.10% | |
| 29 | 51.70% | |
| 30 | 55.60% | |
| 31 | 61.70% | |
| 32 | 148 | |
| 33 | | |
| 34 | | |

| | | | BLACK VOTING AGE POPULATION | | | | |
|---|---|---|---|---|---|---|---|
| | CURRENT - 11 | | | SUBSTITUTE #2 - 12 | | | |
| 22 | 126,184 | 52.10% | 22 | 159,488 | Down | 47.30% | Down |
| Added District 27 | | | 27 | 160,084 | Down | 42.90% | Up |
| 95 | 155,511 | 45.60% | 95 | 161,689 | Down | 45.10% | Down |
| 100 | 149,033 | 40.30% | 100 | 161,143 | Down | 40.80% | Up |
| 109 | 175,255 | 63.90% | 109 | 174,176 | Up | 57.40% | Up |
| 110 | 150,703 | 42.20% | 110 | 167,547 | Down | 42.50% | Up |
| 111 | 163,374 | 49.10% | 111 | 166,979 | Down | 50.40% | Up |
| 131 | 152,889 | 47.70% | 131 | 173,797 | Up | 43.90% | Down |
| 139 | 150,919 | 47.20% | 139 | 171,986 | Up | 42.00% | Down |
| 141 | 184,720 | 42.80% | 141 | 166,369 | Down | 46.60% | Up |
| 142 | 154,794 | 42.70% | 142 | 161,877 | Down | 47.50% | Up |
| 146 | 143,120 | 47.10% | 146 | 174,240 | Up | 43.30% | Down |
| | | | | | 8/12 Down | | 6/12 Down |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | CURRENT: 36 | | | | | | SUBSTITUTE #2: 34 | |
| 2 | 31 | 165,121 | 95.20% | | 31 | 168,636 | | 94.00% | Down |
| 3 | 33 | 148,929 | 61.90% | | Eliminated Nueces County District | | | | |
| 4 | 34 | 143,582 | 61.60% | | 34 | 169,887 | Up | 70.30% | Up |
| 5 | 35 | 151,882 | 56.40% | | 35 | 172,482 | Up | 54.90% | Up |
| 6 | 36 | 201,177 | 88.90% | | 36 | 173,981 | Up | 92.00% | Up |
| 7 | 37 | 142,621 | 89.30% | | 37 | 169,364 | Up | 86.60% | Down |
| 8 | 38 | 182,363 | 86.30% | | 38 | 167,793 | Up | 87.30% | Up |
| 9 | 39 | 172,288 | 88.10% | | 39 | 175,383 | Up | 88.50% | Up |
| 10 | 40 | 215,412 | 93.50% | | 40 | 159,381 | Down | 76.20% | Down |
| 11 | 41 | 185,892 | 81.80% | | 41 | 172,374 | Up | 93.50% | Up |
| 12 | 42 | 171,951 | 94.20% | | 42 | 160,647 | Down | 95.10% | Up |
| 13 | 43 | 148,370 | 76.30% | | 43 | 171,735 | Up | 76.50% | Up |
| 14 | 51 | 158,774 | 58.30% | | 51 | 164,991 | Up | 56.30% | Down |
| 15 | 74 | 143,566 | 65.80% | | 74 | 170,005 | Up | 75.40% | Up |
| 16 | 75 | 219,408 | 87.80% | | 75 | 159,691 | Down | 91.80% | Down |
| 17 | 76 | 132,715 | 92.40% | | 76 | 159,760 | Down | 87.30% | Down |
| 18 | 77 | 132,567 | 83.20% | | 77 | 159,949 | Down | 78.40% | Down |
| 19 | 78 | 168,785 | 62.80% | | 78 | 160,589 | Down | 62.60% | Down |
| 20 | 79 | 147,172 | 73.60% | | 79 | 160,658 | Down | 79.90% | Up |
| 21 | 80 | 149,638 | 74.30% | | 80 | 160,252 | Down | 86.10% | Up |
| 22 | 90 | 141,349 | 64.90% | | 90 | 159,352 | Down | 71.00% | Up |
| 23 | 103 | 117,346 | 69.30% | | 103 | 175,326 | Up | 67.60% | Down |
| 24 | 104 | 131,900 | 77.20% | | 104 | 172,784 | Up | 69.20% | Down |
| 25 | 116 | 142,944 | 65.50% | | 116 | 171,463 | Up | 59.90% | Down |
| 26 | 117 | 220,360 | 58.70% | | 117 | 171,249 | Down | 62.70% | Up |
| 27 | 118 | 152,809 | 64.70% | | 118 | 161,851 | Up | 64.80% | Up |
| 28 | 119 | 157,106 | 67.80% | | 119 | 159,180 | Up | 62.70% | Down |
| 29 | 123 | 132,442 | 70.30% | | 123 | 175,674 | Up | 66.50% | Down |
| 30 | 124 | 178,044 | 66.60% | | 124 | 174,823 | Down | 66.00% | Down |
| 31 | 125 | 162,162 | 65.30% | | 125 | 174,549 | Up | 69.10% | Up |
| 32 | 137 | 137,876 | 59.80% | | 137 | 172,840 | Up | 55.50% | Down |
| 33 | 140 | 139,275 | 80.70% | | 140 | 172,794 | Up | 75.40% | Down |
| 34 | 143 | 127,381 | 82.30% | | 143 | 165,808 | Down | 73.40% | Down |
| 35 | 144 | 169,715 | 50.30% | | Dropped Harris County District | | | | |
| 36 | 145 | 132,730 | 82.80% | | 145 | 173,161 | Up | 68.60% | Down |
| 37 | 148 | 140,946 | 53.70% | | 148 | 170,196 | Up | 69.00% | Up |
| 38 | | | | | | | 13/34 Down | | 17/34 Down |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |



# DOCUMENT INFO

Filename:        Re: RE:.msg

FOLDER#:         Straus072611\Outlook Data
                 File\Straus\DIS

# DOCUMENT INFO

**From:**           Eric Opiela [eopiela@ericopiela.com]
**Sent:**           Friday, April 22, 2011 1:59 PM
**To:**             Gerardo Interiano
**Subject:**        Re: RE:

Lamar meant below 55 McCain or Perry.  Is there an analysis already done between the two using those benchmarks?


On Apr 22, 2011, at 1:54 PM, "Gerardo Interiano" <ginteriano@gmail.com> wrote:

> Below 55 of what number...don't share this with ANYONE but here is a comparison of the SSVR districts. Nixon map drops it by the current benchmark of 29 to 27.
>
>
> As far as Republican seats, he is overreaching.  He drew two seats in Travis and both were lost by McCain and Perry.
>
>
> **From:** Eric Opiela [mailto:eopiela@ericopiela.com]
> **Sent:** Friday, April 22, 2011 12:35 PM
> **To:** Denise Davis (home)
> **Cc:** Gerardo Interiano
> **Subject:** Fwd:
>
>
> Do y'all have the data on # VRA and # of GOP under 55% comparison between Solomons/Nixon State House Plans for Lamar?  See below.  If y'all are too busy, just let me know and I can load it up and do the counts, but with 300 districts between the two, I thought I'd ask to see if you had that already.
>
>
> Thanks
>
>
> EO
>
>
> Begin forwarded message:

1

**From:** lamarsmith21@gmail.com

**Date:** April 22, 2011 12:19:05 PM CDT

**To:** "Eric Opiela" <eopiela@ericopiela.com>, "Jennifer Brown"
<Jennifer.Y.Brown@mail.house.gov>

**Reply-To:** lamarsmith21@gmail.com


Met w tea party folks in sa this morn. They brought up st house redist and favor the nixon map
over the solomons map bec it creates more gop dists. I told them re vra and asked them to ck to
see how many of nixon dists were below 55. I didn't kno answer but wanted to raise questions
about it.  Is solomons map better in that regard.
Sent via BlackBerry by AT&T


<SSVR.xlsx>

2

# DOCUMENT INFO

Filename:      RE: RE:.msg

FOLDER#:      Straus072611\Outlook Data
              File\Straus\DIS

# DOCUMENT INFO

**From:**        Gerardo Interiano [ginteriano@gmail.com]
**Sent:**        Friday, April 22, 2011 2:02 PM
**To:**        'Eric Opiela'
**Subject:**        RE: RE:

I do, but all of that is in the office at work.

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Friday, April 22, 2011 1:59 PM
**To:** Gerardo Interiano
**Subject:** Re: RE:

Lamar meant below 55 McCain or Perry.  Is there an analysis already done between the two using those benchmarks?

On Apr 22, 2011, at 1:54 PM, "Gerardo Interiano" <ginteriano@gmail.com> wrote:

> Below 55 of what number...don't share this with ANYONE but here is a comparison of the SSVR districts. Nixon map drops it by the current benchmark of 29 to 27.
>
>
> As far as Republican seats, he is overreaching.  He drew two seats in Travis and both were lost by McCain and Perry.
>
>
> **From:** Eric Opiela [mailto:eopiela@ericopiela.com]
> **Sent:** Friday, April 22, 2011 12:35 PM
> **To:** Denise Davis (home)
> **Cc:** Gerardo Interiano
> **Subject:** Fwd:
>
>
> Do y'all have the data on # VRA and # of GOP under 55% comparison between Solomons/Nixon State House Plans for Lamar?  See below.  If y'all are too busy, just let me know and I can load it up and do the counts, but with 300 districts between the two, I thought I'd ask to see if you had that already.
>
>
> Thanks
>
>
> EO

Begin forwarded message:


**From:** lamarsmith21@gmail.com

**Date:** April 22, 2011 12:19:05 PM CDT

**To:** "Eric Opiela" <eopiela@ericopiela.com>, "Jennifer Brown"
<Jennifer.Y.Brown@mail.house.gov>

**Reply-To:** lamarsmith21@gmail.com


Met w tea party folks in sa this morn. They brought up st house redist and favor the nixon map
over the solomons map bec it creates more gop dists. I told them re vra and asked them to ck to
see how many of nixon dists were below 55. I didn't kno answer but wanted to raise questions
about it.  Is solomons map better in that regard.
Sent via BlackBerry by AT&T


<SSVR.xlsx>

# DOCUMENT INFO

Filename:          Re: RE: RE:.msg

FOLDER#:          Straus072611\Outlook Data
File\Straus\DIS

# DOCUMENT INFO

**From:**       Eric Opiela [eopiela@ericopiela.com]
**Sent:**        Friday, April 22, 2011 2:07 PM
**To:**          Gerardo Interiano
**Subject:**    Re: RE: RE:

I'll wait on it and tell Lamar we'll get it for him on Monday.  Didn't look forward to running stats on 300 districts.

Thanks,
EO


On Apr 22, 2011, at 2:02 PM, Gerardo Interiano <ginteriano@gmail.com> wrote:

   I do, but all of that is in the office at work.


   **From:** Eric Opiela [mailto:eopiela@ericopiela.com]
   **Sent:** Friday, April 22, 2011 1:59 PM
   **To:** Gerardo Interiano
   **Subject:** Re: RE:


   Lamar meant below 55 McCain or Perry.  Is there an analysis already done between the two using those benchmarks?

   On Apr 22, 2011, at 1:54 PM, "Gerardo Interiano" <ginteriano@gmail.com> wrote:

      Below 55 of what number...don't share this with ANYONE but here is a comparison of the SSVR districts. Nixon map drops it by the current benchmark of 29 to 27.


      As far as Republican seats, he is overreaching. He drew two seats in Travis and both were lost by McCain and Perry.


      **From:** Eric Opiela [mailto:eopiela@ericopiela.com]
      **Sent:** Friday, April 22, 2011 12:35 PM
      **To:** Denise Davis (home)
      **Cc:** Gerardo Interiano
      **Subject:** Fwd:

1

Do y'all have the data on # VRA and # of GOP under 55% comparison between Solomons/Nixon State House Plans for Lamar?  See below.  If y'all are too busy, just let me know and I can load it up and do the counts, but with 300 districts between the two, I thought I'd ask to see if you had that already.


Thanks


EO


Begin forwarded message:


**From:** lamarsmith21@gmail.com

**Date:** April 22, 2011 12:19:05 PM CDT

**To:** "Eric Opiela" <eopiela@ericopiela.com>, "Jennifer Brown" <Jennifer.Y.Brown@mail.house.gov>

**Reply-To:** lamarsmith21@gmail.com


Met w tea party folks in sa this morn. They brought up st house redist and favor the nixon map over the solomons map bec it creates more gop dists. I told them re vra and asked them to ck to see how many of nixon dists were below 55. I didn't kno answer but wanted to raise questions about it.  Is solomons map better in that regard.
Sent via BlackBerry by AT&T


<SSVR.xlsx>

# DOCUMENT INFO

Filename:          RE: RE: RE:.msg

FOLDER#:           Straus072611\Outlook Data
                   File\Straus\DIS

# DOCUMENT INFO

**From:**          Gerardo Interiano [ginteriano@gmail.com]
**Sent:**          Friday, April 22, 2011 2:08 PM
**To:**            'Eric Opiela'
**Subject:**       RE: RE: RE:

Tell him Monday or Tuesday...but what does he want to do with it?  That's not something that we are sharing with anyone.

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Friday, April 22, 2011 2:07 PM
**To:** Gerardo Interiano
**Subject:** Re: RE: RE:

I'll wait on it and tell Lamar we'll get it for him on Monday.  Didn't look forward to running stats on 300 districts.

Thanks,
EO

On Apr 22, 2011, at 2:02 PM, Gerardo Interiano <ginteriano@gmail.com> wrote:

> I do, but all of that is in the office at work.

> **From:** Eric Opiela [mailto:eopiela@ericopiela.com]
> **Sent:** Friday, April 22, 2011 1:59 PM
> **To:** Gerardo Interiano
> **Subject:** Re: RE:

> Lamar meant below 55 McCain or Perry.  Is there an analysis already done between the two using those benchmarks?

> On Apr 22, 2011, at 1:54 PM, "Gerardo Interiano" <ginteriano@gmail.com> wrote:

>> Below 55 of what number...don't share this with ANYONE but here is a comparison of the SSVR districts.  Nixon map drops it by the current benchmark of 29 to 27.

>> As far as Republican seats, he is overreaching.  He drew two seats in Travis and both were lost by McCain and Perry.

1

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Friday, April 22, 2011 12:35 PM
**To:** Denise Davis (home)
**Cc:** Gerardo Interiano
**Subject:** Fwd:

Do y'all have the data on # VRA and # of GOP under 55% comparison between Solomons/Nixon State House Plans for Lamar?  See below.  If y'all are too busy, just let me know and I can load it up and do the counts, but with 300 districts between the two, I thought I'd ask to see if you had that already.

Thanks

EO

Begin forwarded message:

**From:** lamarsmith21@gmail.com

**Date:** April 22, 2011 12:19:05 PM CDT

**To:** "Eric Opiela" <eopiela@ericopiela.com>, "Jennifer Brown" <Jennifer.Y.Brown@mail.house.gov>

**Reply-To:** lamarsmith21@gmail.com

Met w tea party folks in sa this morn. They brought up st house redist and favor the nixon map over the solomons map bec it creates more gop dists. I told them re vra and asked them to ck to see how many of nixon dists were below 55. I didn't kno answer but wanted to raise questions about it.  Is solomons map better in that regard.
Sent via BlackBerry by AT&T

<SSVR.xlsx>

# DOCUMENT INFO

Filename:       Re: RE: RE: RE:.msg

FOLDER#:        Straus072611\Outlook Data
File\Straus\DIS

# DOCUMENT INFO

**From:**          Eric Opiela [eopiela@ericopiela.com]
**Sent:**          Friday, April 22, 2011 2:12 PM
**To:**            Gerardo Interiano
**Subject:**       Re: RE: RE: RE:

I think he wants to be comfortable what he said to SA Tea Party folks was true.

EO

On Apr 22, 2011, at 2:08 PM, Gerardo Interiano wrote:

Tell him Monday or Tuesday...but what does he want to do with it?  That's not something that we are sharing with anyone.

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Friday, April 22, 2011 2:07 PM
**To:** Gerardo Interiano
**Subject:** Re: RE: RE:

I'll wait on it and tell Lamar we'll get it for him on Monday.  Didn't look forward to running stats on 300 districts.

Thanks,
EO

On Apr 22, 2011, at 2:02 PM, Gerardo Interiano <ginteriano@gmail.com> wrote:

I do, but all of that is in the office at work.

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Friday, April 22, 2011 1:59 PM
**To:** Gerardo Interiano
**Subject:** Re: RE:

Lamar meant below 55 McCain or Perry.  Is there an analysis already done between the two using those benchmarks?

On Apr 22, 2011, at 1:54 PM, "Gerardo Interiano" <ginteriano@gmail.com> wrote:

Below 55 of what number...don't share this with ANYONE but here is a comparison of the SSVR districts.  Nixon map drops it by the current benchmark of 29 to 27.

As far as Republican seats, he is overreaching.  He drew two seats in Travis and both were lost by McCain and Perry.

1

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Friday, April 22, 2011 12:35 PM
**To:** Denise Davis (home)
**Cc:** Gerardo Interiano
**Subject:** Fwd:

Do y'all have the data on # VRA and # of GOP under 55% comparison between
Solomons/Nixon State House Plans for Lamar?  See below.  If y'all are too busy,
just let me know and I can load it up and do the counts, but with 300 districts
between the two, I thought I'd ask to see if you had that already.


Thanks

EO

Begin forwarded message:


**From:** lamarsmith21@gmail.com
**Date:** April 22, 2011 12:19:05 PM CDT
**To:** "Eric Opiela" <eopiela@ericopiela.com>, "Jennifer Brown"
<Jennifer.Y.Brown@mail.house.gov>
**Reply-To:** lamarsmith21@gmail.com

Met w tea party folks in sa this morn. They brought up st house redist and favor
the nixon map over the solomons map bec it creates more gop dists. I told them re
vra and asked them to ck to see how many of nixon dists were below 55. I didn't
kno answer but wanted to raise questions about it.  Is solomons map better in that
regard.
Sent via BlackBerry by AT&T


<SSVR.xlsx>

2

# DOCUMENT INFO

Filename:          Re: .msg

FOLDER#:        Straus072611\Outlook Data
                        File\Straus\DIS

# DOCUMENT INFO

**From:**                Eric Opiela [eopiela@ericopiela.com]
**Sent:**                Monday, May 30, 2011 7:30 PM
**To:**                  lamarsmith21@gmail.com
**Cc:**                  Gerardo Interiano
**Subject:**           Re:

Ryan Downton <rdownton@platinummri.com>

I don't think we mess with quico's district--for your sake and his.  His is barely performing (or not depending on your measure) right now; add Rs (which will be Anglos) and you put a neon sign on it telling the court to redraw it.  Bring down your numbers and you'll have a Dem opponent every time.  And they won't be Lainey Melnick.

EO


On May 30, 2011, at 7:13 PM, lamarsmith21@gmail.com wrote:

> Do u have ryans email. Pls pass on. Wld it help quico on the margin if I gave him 3k more in bexar (either gop or hispanics) and took edwards co in exchange. Need to check demographics of edwards. If helps check w quico or scott.
> Sent via BlackBerry by AT&T

1

# DOCUMENT INFO

Filename:        (No subject/filename).msg

FOLDER#:        Straus072611\Outlook Data
                File\Straus\DIS

# DOCUMENT INFO

**From:**                lamarsmith21@gmail.com
**Sent:**                Monday, May 30, 2011 8:12 PM
**To:**                  Eric Opiela
**Cc:**                  Gerardo Interiano

Still want to make offer re edwards. Only 3k. Maybe .1 percent but cld help quico.

Also didn't realize I had part of guadalupe.
Sent via BlackBerry by AT&T

1

# DOCUMENT INFO

Filename:          Re: .msg

FOLDER#:           Straus072611\Outlook Data
                   File\Straus\DIS

**From:**        Eric Opiela [eopiela@ericopiela.com]
**Sent:**        Monday, May 30, 2011 8:16 PM
**To:**          lamarsmith21@gmail.com
**Cc:**          Gerardo Interiano
**Subject:**     Re:


I didn't think Lamar had Guadalupe...but it's in the system printout....is this a mistake,
Gerardo?  It's only 13k people.

EO


On May 30, 2011, at 8:12 PM, lamarsmith21@gmail.com wrote:

> Still want to make offer re edwards. Only 3k. Maybe .1 percent but cld help quico.
>
> Also didn't realize I had part of guadalupe.
> Sent via BlackBerry by AT&T

# DOCUMENT INFO

Filename:        Fwd: Special Session Proposed Map CD
                 24.msg

FOLDER#:         Straus072611\Outlook Data
                 File\Straus\DIS

# DOCUMENT INFO

**From:**         Eric Opiela [eopiela@ericopiela.com]
**Sent:**         Tuesday, May 31, 2011 1:18 AM
**To:**           Ryan Downton; Gerardo Interiano
**Cc:**           lamarsmith21@gmail.com camp
**Subject:**      Fwd: Special Session Proposed Map CD 24

Please see below; if possible.

Thanks

EO

Begin forwarded message:

**From:** Kenny Marchant <<u>marchantken@gmail.com</u>>
**Date:** May 31, 2011 1:10:30 AM CDT
**To:** Eric Opiela <<u>eopiela@ericopiela.com</u>>
**Subject: Re: Special Session Proposed Map CD 24**

Eric, one change, it's easy, no population. My grand babies go to
Hockaday School on forest lane AND Inwood. I have the north side of
forest , Pete has the south side. Please go across the street and
pluck the campus out of Pete and put in my district. There will be no
population.this agreeable and I will ask Burt to do it. Thanks km

Sent from my iPad

On May 31, 2011, at 12:12 AM, Eric Opiela <<u>eopiela@ericopiela.com</u>> wrote:

Congressman Marchant-

   The House and Senate have reached a compromise between their congressional redistricting
   maps today.  The House and Senate consensus congressional proposal will likely be released
   today; Congressman Smith wanted me to describe your district under the proposal to you.  Note
   that the House and Senate are still working on minor changes, and I will update you if your
   district changes.  CD 24 will be 58.4 % McCain and will contain the following counties (100%
   unless otherwise noted):  Dallas (14%-330,826), Denton (17%-112,782), and Tarrant (14%-
   254,880).  As we discussed today, it's largely the same district proposed in the delegation
   proposal.

   Please let me know you received this and do not hesitate to call or email if you have any
   questions.

   Eric

1

# DOCUMENT INFO

Filename:        Fwd: Stats for Seliger/Solomons as
                 introduced.msg

FOLDER#:         Straus072611\Outlook Data
                 File\Straus\DIS

**From:**        Eric Opiela [eopiela@ericopiela.com]
**Sent:**         Tuesday, May 31, 2011 4:55 PM
**To:**            Gerardo Interiano
**Subject:**     Fwd: Stats for Seliger/Solomons as introduced
**Attachments:**  SeligerSolomonsIntroduced.xls; SeligerSolomonsIntroducedByCounty.doc


Begin forwarded message:

> **From:** "Brown, Jennifer Y." <Jennifer.Y.Brown@mail.house.gov>
> **To:** "eopiela@ericopiela.com" <eopiela@ericopiela.com>, "Smith, CLS"
> <CLS.Smith@mail.house.gov>
> **Subject: Fw: Stats for Seliger/Solomons as introduced**
>
> I got this from dub this afternoon assume same that we sent out earlier. Bcc so not sure he sent it to eric
> want to check it out.
>
> Jennifer Young Brown
> Chief of Staff
> Congressman Lamar Smith
> 2409 RHOB
> Jennifer.Y.Brown@mail.house.gov
>
>
> **From:** Dub Maines [mailto:dubmaines@gmail.com]
> **Sent:** Tuesday, May 31, 2011 05:30 PM
> **To:** Dub Maines <dubmaines@gmail.com>
> **Subject:** Stats for Seliger/Solomons as introduced
>
> Attached are the political stats and the county break-downs of the map that Senator Seliger and
> Representative Solomons introduced for Congressional redistricting.  This is, of course, public
> information.
> Dub Maines
> 972-898-6796

# DOCUMENT INFO

Filename:       Nina's quote.msg

FOLDER#:     Straus072611\Outlook Data File\Straus\DIS

# DOCUMENT INFO

| | |
|---|---|
| **From:** | Eric Opiela [eopiela@ericopiela.com] |
| **Sent:** | Tuesday, May 31, 2011 10:31 PM |
| **To:** | lamarsmith21@gmail.com camp; jybblb2@aol.com Brown; Gerardo Interiano |
| **Subject:** | Nina's quote |

## MALDEF reaction

The Mexican American Legal Defense and Education Fund was not impressed.

"The Solomons-Seliger map does not increase the number of Latino-opportunity congressional districts despite the fact that 65 percent of the state's growth over the past decade was comprised of Latinos," said Nina Perales, MALDEF's vice president for litigation. "Instead, the map gerrymanders more than 9 million Latinos in Texas to make sure that we have no more electoral opportunity than we did in 1991."

Read more: **http://www.chron.com/disp/story.mpl/metropolitan/7589548.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+houstonchronicle%2Fpolitics+%28chron.com+-+Politics%29#ixzz1NzXP7pWC**

# DOCUMENT INFO

Filename:        Re: Nina's quote.msg

FOLDER#:      Straus072611\Outlook Data
File\Straus\DIS

# DOCUMENT INFO

| | |
|---|---|
| **From:** | lamarsmith21@gmail.com |
| **Sent:** | Wednesday, June 01, 2011 5:44 AM |
| **To:** | Eric Opiela; Jennifer Brown; Gerardo Interiano |
| **Subject:** | Re: Nina's quote |

But she is ignoring the new coalition dist betw sa and austin, making the old 27 performing, and increasing the hisp pop of the old 23. What does she kno that we don't? GI--Assume the AG is totally on board?

Sent via BlackBerry by AT&T

---

**From:** Eric Opiela <eopiela@ericopiela.com>
**Date:** Tue, 31 May 2011 22:30:40 -0500
**To:** lamarsmith21@gmail.com camp<lamarsmith21@gmail.com>; jybblb2@aol.com
Brown<jybblb2@aol.com>; Gerardo Interiano<ginteriano@gmail.com>
**Subject:** Nina's quote

**MALDEF reaction**
The Mexican American Legal Defense and Education Fund was not impressed.
"The Solomons-Seliger map does not increase the number of Latino-opportunity congressional districts despite the fact that 65 percent of the state's growth over the past decade was comprised of Latinos," said Nina Perales, MALDEF's vice president for litigation. "Instead, the map gerrymanders more than 9 million Latinos in Texas to make sure that we have no more electoral opportunity than we did in 1991."

Read
more: http://www.chron.com/disp/story.mpl/metropolitan/7589548.html?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+houstonchronicle%2Fpolitics+%28chron.com+-+Politics%29#ixzz1NzXP7pWC

# DOCUMENT INFO

Filename:          (No subject/filename).msg

FOLDER#:          Straus072611\Outlook Data
                  File\Straus\DIS

# DOCUMENT INFO

**From:**          lamarsmith21@gmail.com
**Sent:**          Wednesday, June 01, 2011 6:58 AM
**To:**            Eric Opiela; Gerardo Interiano
**Cc:**            Jennifer Brown


Just read in todays natl journal that quico drops from 66 to 63 hisp pop. Hope not true or
dangerous.
Sent via BlackBerry by AT&T

# DOCUMENT INFO

Filename:          Re: Nina's quote.msg

FOLDER#:           Straus072611\Outlook Data
                   File\Straus\DIS

# DOCUMENT INFO

**From:**          lamarsmith21@gmail.com
**Sent:**          Wednesday, June 01, 2011 7:40 AM
**To:**            Gerardo Interiano; Eric Opiela; Jennifer Brown
**Subject:**       Re: Nina's quote

Tks. That will help.

Sent via BlackBerry by AT&T

---

**From:** "Gerardo Interiano" <ginteriano@gmail.com>
**Date:** Wed, 1 Jun 2011 07:20:18 -0500
**To:** <lamarsmith21@gmail.com>; 'Eric Opiela'<eopiela@ericopiela.com>; 'Jennifer
Brown'<jybblb2@aol.com>
**Subject:** RE: Nina's quote

And yes. We're working very closely with the AG.

---

**From:** lamarsmith21@gmail.com [mailto:lamarsmith21@gmail.com]
**Sent:** Wednesday, June 01, 2011 5:44 AM
**To:** Eric Opiela; Jennifer Brown; Gerardo Interiano
**Subject:** Re: Nina's quote

But she is ignoring the new coalition dist betw sa and austin, making the old 27 performing, and increasing the
hisp pop of the old 23. What does she kno that we don't? GI--Assume the AG is totally on board?

Sent via BlackBerry by AT&T

---

**From:** Eric Opiela <eopiela@ericopiela.com>
**Date:** Tue, 31 May 2011 22:30:40 -0500
**To:** lamarsmith21@gmail.com camp<lamarsmith21@gmail.com>; jybblb2@aol.com
Brown<jybblb2@aol.com>; Gerardo Interiano<ginteriano@gmail.com>
**Subject:** Nina's quote

**MALDEF reaction**
The Mexican American Legal Defense and Education Fund was not impressed.
"The Solomons-Seliger map does not increase the number of Latino-opportunity congressional districts despite the fact
that 65 percent of the state's growth over the past decade was comprised of Latinos," said Nina Perales, MALDEF's vice
president for litigation. "Instead, the map gerrymanders more than 9 million Latinos in Texas to make sure that we have no
more electoral opportunity than we did in 1991."

Read
more: **http://www.chron.com/disp/story.mpl/metropolitan/7589548.html?utm_source=feedburner&utm_medium=fe
ed&utm_campaign=Feed%3A+houstonchronicle%2Fpolitics+%28chron.com+-+Politics%29#ixzz1NzXP7pWC**

# DOCUMENT INFO

Filename:          Re:.msg

FOLDER#:          Straus072611\Outlook Data
                  File\Straus\DIS

# DOCUMENT INFO

**From:**          lamarsmith21@gmail.com
**Sent:**          Wednesday, June 01, 2011 7:44 AM
**To:**            Gerardo Interiano; Eric Opiela
**Cc:**            Jennifer Brown
**Subject:**       Re:

Great. Tks.
------Original Message------
From: Gerardo Interiano
To: lamarsmith21@gmail.com
To: Eric Opiela
Cc: Jennifer Brown
Subject: RE:
Sent: Jun 1, 2011 8:19 AM

They're wrong.  Here is his numbers.  Total Hispanic Pop, he goes from 66.4 to 67.5.  HVAP
from 62.8 to 63.7.  SSVR from 52.6 to 53.2

-----Original Message-----
From: lamarsmith21@gmail.com [mailto:lamarsmith21@gmail.com]
Sent: Wednesday, June 01, 2011 6:58 AM
To: Eric Opiela; Gerardo Interiano
Cc: Jennifer Brown
Subject:

Just read in todays natl journal that quico drops from 66 to 63 hisp pop.
Hope not true or dangerous.
Sent via BlackBerry by AT&T


Sent via BlackBerry by AT&T

# DOCUMENT INFO

Filename:          Fwd: RE: Fw:.msg

FOLDER#:           Straus072611\Outlook Data
                   File\Straus\DIS

| | |
|---|---|
| **From:** | Eric Opiela [eopiela@ericopiela.com] |
| **Sent:** | Wednesday, June 01, 2011 8:19 AM |
| **To:** | Gerardo Interiano |
| **Cc:** | jybblb2@aol.com Brown |
| **Subject:** | Fwd: RE: Fw: |

Gerardo-

Can Tracy, Ryan, or Bonnie call this reporter and get the stats fixed on Quico's district?

Thanks,
Eric

Begin forwarded message:


**From:** "Scales, Sally-Shannon" <SallyShannon.Scales@mail.house.gov>
**Date:** June 1, 2011 8:13:47 AM CDT
**To:** "Brown, Jennifer Y." <Jennifer.Y.Brown@mail.house.gov>,
"'lamarsmith21@gmail.com'" <lamarsmith21@gmail.com>
**Cc:** "'Eric Opiela'" <eopiela@ericopiela.com>
**Subject: RE: Fw:**

He called earlier about the Barton suit so I have his contact info.  His email address is
cjoseph@nationaljournal.com and phone number is (202) 266-7323.  I do think it would be best for someone
from the legislature to call him but if you want me to I can do that this morning.

-----Original Message-----
From: Brown, Jennifer Y.
Sent: Wednesday, June 01, 2011 9:08 AM
To: 'lamarsmith21@gmail.com'
Cc: 'Eric Opiela'; Scales, Sally-Shannon
Subject: RE: Fw:

How would you like to handle.  Sally Shannon can get us the contact info looks like reporter is Cameron
Joseph.  If we get info telephone number and email would you like Sally Shannon or Eric to call. They might
ask a lot of questions and not sure if they will give us their source or would it be better for Gerardo or his press
team to call since he is part of the team that did consensus map.  Seems that might be best.

Jennifer Young Brown
Chief of Staff
Congressman Lamar Smith
2409 Rayburn H.O.B
202 225 4236 phone
202 225 8628 fax

-----Original Message-----
From: lamarsmith21@gmail.com [mailto:lamarsmith21@gmail.com]

Sent: Wednesday, June 01, 2011 9:03 AM
To: Brown, Jennifer Y.
Subject: Fw:

We need to correct art.
------Original Message------
From: Gerardo Interiano
To: lamarsmith21@gmail.com
To: Eric Opiela
Cc: Jennifer Brown
Subject: RE:
Sent: Jun 1, 2011 8:19 AM

They're wrong.  Here is his numbers.  Total Hispanic Pop, he goes from 66.4
to 67.5.  HVAP from 62.8 to 63.7.  SSVR from 52.6 to 53.2

-----Original Message-----
From: lamarsmith21@gmail.com [mailto:lamarsmith21@gmail.com]
Sent: Wednesday, June 01, 2011 6:58 AM
To: Eric Opiela; Gerardo Interiano
Cc: Jennifer Brown
Subject:

Just read in todays natl journal that quico drops from 66 to 63 hisp pop.
Hope not true or dangerous.
Sent via BlackBerry by AT&T


Sent via BlackBerry by AT&T

# DOCUMENT INFO

Filename:        Fwd: ORVS and other stats.msg

FOLDER#:        Straus072611\Outlook Data
                File\Straus\DIS

| From: | Eric Opiela [eopiela@ericopiela.com] |
|---|---|
| Sent: | Wednesday, June 01, 2011 8:50 AM |
| To: | lamarsmith21@gmail.com camp; jybblb2@aol.com Brown |
| Cc: | Gerardo Interiano |
| Subject: | Fwd: ORVS and other stats |
| Attachments: | C125 to Current 32 districts Comparison UPDATED May 31.pdf; Untitled attachment 00194.htm |

Begin forwarded message:

**From:** "Mike Baselice" <mikeb@baselice.com>
**Date:** June 1, 2011 8:43:37 AM CDT
**To:** <gregyounghill@gmail.com>, "Steve Ruhlen" <sruhlen@verizon.net>, "Sylvia Nugent"
<sylrodnugent@sbcglobal.net>, "Dee Buchanan" <deebuchanan@jebhensarling.com>,
"Doug Centilli" <centilli@bradyforcongress.com>, "Eric Opiela"
<eopiela@ericopiela.com>, "Gina Santucci" <gina.santucci@gmail.com>, "Jenni
Winegarner" <jenni@macthornberry.com>
**Subject: ORVS and other stats**

Summary stats attached for Plan C125. I am not advocating anything by sending this information. This is so everyone is on the same sheet of music regarding the stats on the districts. Please forward to other GOP members of the delegation.

MICHAEL BASELICE
Baselice & Associates, Inc.
4131 Spicewood Springs Rd
Suite O-2
Austin, TX 78759
512-345-9720 (office)
512-689-4560 (cell)
mikeb@baselice.com

NOTICE AS TO CONFIDENTIALITY: This E-mail, including any attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential, and may also be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient, please reply to the sender hereof that you have received this message in error, and then permanently remove the message and any attachments from your computer, server and all other storage devices.

# DOCUMENT INFO

Filename:        C125 to Current 32 districts Comparison
                 UPDATED May 31.pdf

FOLDER#:         Straus072611\Outlook Data
                 File\Straus\DIS

| DISTRICT | 2006-2010 Avg GOP Base | | | 2012 ORVS | | | 2012 oDvs | | | ORVS minus oDvs | | | 2010 Spanish Surname | | | Hispanic VAP | | | Afr-Amer VAP | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | C125 May 31 | Diff. | Current | C125 May 31 | Diff. | Current | C125 May 31 | Diff. | Current | C125 May 31 | Diff. | Current | C125 May 31 | Diff. | Current | C125 May 31 | Diff. | Current | C125 May 31 | Diff. |
| 1 | 59.0% | 59.3% | 0.3% | 69.2% | 69.2% | -0.1% | 34.2% | 34.4% | 0.2% | 34.8% | 34.8% | 0.0% | 4.3% | 3.6% | -0.7% | 12.1% | 10.9% | -1.2% | 17.6% | 18.0% | 0.4% |
| 2 | 52.9% | 55.8% | 2.9% | 61.4% | 65.8% | 4.4% | 41.4% | 36.6% | -4.8% | 20.0% | 29.2% | 9.2% | 9.8% | 14.3% | 4.5% | 19.5% | 27.2% | 7.7% | 21.2% | 13.9% | -7.3% |
| 3 | 54.9% | 59.0% | 4.1% | 61.3% | 65.9% | 4.6% | 40.7% | 36.1% | -4.7% | 20.6% | 29.8% | 9.2% | 7.7% | 5.6% | -2.1% | 19.4% | 12.8% | -6.6% | 11.6% | 8.6% | -3.0% |
| 4 | 57.9% | 56.9% | -0.9% | 69.2% | 69.0% | -0.2% | 34.2% | 34.8% | 0.6% | 35.0% | 34.2% | -0.8% | 4.4% | 3.7% | -0.7% | 10.7% | 9.7% | -0.7% | 10.2% | 10.7% | 0.5% |
| 5 | 54.4% | 52.9% | -1.6% | 64.5% | 63.1% | -1.4% | 38.5% | 40.1% | 1.6% | 26.1% | 23.0% | -3.1% | 7.5% | 8.2% | 0.7% | 17.8% | 21.3% | 3.5% | 13.5% | 13.9% | 0.4% |
| 6 | 52.9% | 50.8% | -2.0% | 61.8% | 59.2% | -2.6% | 40.7% | 43.2% | 2.5% | 21.1% | 16.0% | -5.1% | 9.4% | 20.3% | 10.9% | 19.4% | 39.0% | 19.6% | 16.2% | 11.4% | -4.8% |
| 7 | 52.7% | 54.8% | 2.1% | 62.7% | 64.3% | 1.7% | 38.9% | 37.3% | -1.6% | 23.8% | 27.0% | 3.2% | 10.6% | 11.1% | 0.5% | 22.5% | 24.5% | 2.0% | 10.0% | 11.4% | 1.4% |
| 8 | 61.6% | 64.0% | 2.4% | 73.9% | 75.7% | 1.8% | 29.5% | 26.8% | -2.7% | 44.3% | 48.9% | 4.6% | 5.4% | 6.9% | 1.5% | 13.0% | 16.1% | 3.1% | 8.0% | 7.4% | -0.6% |
| 9 | 21.7% | 22.2% | 0.5% | 23.7% | 24.3% | 0.6% | 77.5% | 76.8% | -0.7% | -53.7% | -52.5% | 1.2% | 16.2% | 14.9% | -1.3% | 25.3% | 25.0% | -0.3% | 36.3% | 37.3% | 1.0% |
| 10 | 49.9% | 48.6% | -1.3% | 59.4% | 59.2% | -0.2% | 43.1% | 43.3% | 0.2% | 16.4% | 15.9% | -0.5% | 12.1% | 12.1% | 0.0% | 24.6% | 21.9% | -2.7% | 11.4% | 10.0% | -1.4% |
| 11 | 64.9% | 64.7% | -0.2% | 76.8% | 76.9% | 0.1% | 26.3% | 26.2% | -0.1% | 50.5% | 50.7% | 0.2% | 21.9% | 19.5% | -2.4% | 19.7% | 20.2% | 0.5% | 4.1% | 3.8% | -0.3% |
| 12 | 55.2% | 51.2% | -4.1% | 65.6% | 59.9% | -5.7% | 36.8% | 42.2% | 5.4% | 28.8% | 17.7% | -11.1% | 13.1% | 9.4% | -3.7% | 25.6% | 20.6% | -5.0% | 6.8% | 5.6% | -1.2% |
| 13 | 63.5% | 63.9% | 0.5% | 77.1% | 77.7% | 0.6% | 26.0% | 25.3% | -0.7% | 51.2% | 52.4% | 1.2% | 11.5% | 11.5% | 0.0% | 78.7% | 80.7% | 2.0% | 6.1% | 5.6% | -0.5% |
| 14 | 54.6% | 52.9% | -1.6% | 67.5% | 65.3% | -2.2% | 35.5% | 37.8% | 2.3% | 32.0% | 27.4% | -4.6% | 17.7% | 13.1% | -4.6% | 79.1% | 79.8% | 0.7% | 9.3% | 11.0% | 1.7% |
| 15 | 36.7% | 38.1% | 1.3% | 41.4% | 42.4% | 1.0% | 62.0% | 60.6% | -1.4% | -20.6% | -18.2% | 2.4% | 71.2% | 70.1% | -1.1% | 17.4% | 20.0% | 2.6% | 1.9% | 1.5% | -0.4% |
| 16 | 33.7% | 32.6% | -1.1% | 35.8% | 34.7% | -1.1% | 67.1% | 68.2% | 1.1% | -31.3% | -33.5% | -2.2% | 68.1% | 69.0% | 0.9% | 39.0% | 33.0% | -6.0% | 3.5% | 3.6% | 0.1% |
| 17 | 56.0% | 50.3% | -5.6% | 68.6% | 61.1% | -7.5% | 34.7% | 42.2% | 7.5% | 33.9% | 18.9% | -15.0% | 9.2% | 11.1% | 1.9% | 29.3% | 29.5% | 0.2% | 9.5% | 13.1% | 3.6% |
| 18 | 20.6% | 18.6% | -1.9% | 24.0% | 22.0% | -2.1% | 77.4% | 79.8% | 2.4% | -53.4% | -57.2% | -3.8% | 18.4% | 15.1% | -3.3% | 33.8% | 33.0% | -0.8% | 37.9% | 39.7% | 1.8% |
| 19 | 61.1% | 60.3% | -0.8% | 74.3% | 73.6% | -0.7% | 29.1% | 29.8% | 0.7% | 45.2% | 43.8% | -1.4% | 22.4% | 22.9% | 0.5% | 29.3% | 29.5% | 0.2% | 5.7% | 6.2% | 0.5% |
| 20 | 31.5% | 37.0% | 5.5% | 38.2% | 44.5% | 6.2% | 64.2% | 58.0% | -6.2% | -26.0% | -13.5% | 12.5% | 59.2% | 49.5% | -9.7% | 68.0% | 45.1% | -22.9% | 7.7% | 8.0% | 0.3% |
| 21 | 54.4% | 52.0% | -2.3% | 63.8% | 61.7% | -2.1% | 38.3% | 40.4% | 2.1% | 25.5% | 21.3% | -4.2% | 15.7% | 14.4% | -1.3% | 24.9% | 23.4% | -1.5% | 6.8% | 3.7% | -3.1% |
| 22 | 51.7% | 56.9% | 5.2% | 60.6% | 66.5% | 5.9% | 41.6% | 35.6% | -6.0% | 18.9% | 30.9% | 12.0% | 15.1% | 14.6% | -0.5% | 24.0% | 23.4% | -0.6% | 14.0% | 9.5% | -4.5% |
| 23 | 44.3% | 47.1% | 2.8% | 51.9% | 55.1% | 3.2% | 50.9% | 48.0% | -2.9% | 1.0% | 7.1% | 6.1% | 52.6% | 53.2% | 0.6% | 62.8% | 63.7% | 0.9% | 4.0% | 3.0% | -1.0% |
| 24 | 52.5% | 55.8% | 3.3% | 58.7% | 62.9% | 4.3% | 43.3% | 39.1% | -4.2% | 15.3% | 23.6% | 8.3% | 11.4% | 8.6% | -2.8% | 23.5% | 20.3% | -3.2% | 14.6% | 10.3% | -4.3% |
| 25 | 36.0% | 49.8% | 13.8% | 44.5% | 60.2% | 15.7% | 58.5% | 42.7% | -15.8% | -14.0% | 17.5% | 31.5% | 20.4% | 8.1% | -12.3% | 33.8% | 15.5% | -18.3% | 8.2% | 8.3% | 0.1% |
| 26 | 53.3% | 55.6% | 2.3% | 61.5% | 63.7% | 2.2% | 40.7% | 38.6% | -2.1% | 20.7% | 25.0% | 4.3% | 7.6% | 11.1% | 3.5% | 18.1% | 23.3% | 5.2% | 13.7% | 9.2% | -4.5% |
| 27 | 42.2% | 49.3% | 7.1% | 48.2% | 59.9% | 11.7% | 55.6% | 44.0% | -11.6% | -7.5% | 15.8% | 23.3% | 61.1% | 37.0% | -24.1% | 75.7% | 74.6% | -1.1% | 2.6% | 5.3% | 2.7% |
| 28 | 38.6% | 34.7% | -3.9% | 45.1% | 40.1% | -5.0% | 57.9% | 62.7% | 4.8% | -12.8% | -22.6% | -9.8% | 66.0% | 66.6% | 0.6% | 72.3% | 70.7% | -1.6% | 1.8% | 4.1% | 2.3% |
| 29 | 30.6% | 28.0% | -2.6% | 35.7% | 32.3% | -3.4% | 66.4% | 69.6% | 3.2% | -30.7% | -37.2% | -6.5% | 52.6% | 51.5% | -1.1% | 70.7% | 35.6% | -1.6% | 10.7% | 13.3% | 2.6% |
| 30 | 17.4% | 17.6% | 0.2% | 19.3% | 18.8% | -0.5% | 81.7% | 82.3% | 0.6% | -62.4% | -63.5% | -1.1% | 14.6% | 15.4% | 0.8% | 34.7% | 19.6% | 0.9% | 42.5% | 46.4% | 3.9% |
| 31 | 53.1% | 53.2% | 0.1% | 62.5% | 61.8% | -0.7% | 40.8% | 41.3% | 0.5% | 21.6% | 20.5% | -1.1% | 10.9% | 11.4% | 0.5% | 18.7% | 20.4% | 0.9% | 12.6% | 11.7% | -0.9% |
| 32 | 49.8% | 51.7% | 1.9% | 56.6% | 58.8% | 2.3% | 45.4% | 43.0% | -2.4% | 11.2% | 15.8% | 4.6% | 16.2% | 8.3% | -7.9% | 36.7% | 20.4% | -16.3% | 9.0% | 11.9% | 2.9% |
| 33 | 0.0% | 51.2% | 51.2% | 0.0% | 59.4% | 59.4% | 0.0% | 42.9% | 42.9% | 0.0% | 16.5% | 16.5% | 0.0% | 10.8% | 10.8% | 0.0% | 23.0% | 23.0% | 0.0% | 14.9% | 14.9% |
| 34 | 0.0% | 37.7% | 37.7% | 0.0% | 42.3% | 42.3% | 0.0% | 61.4% | 61.4% | 0.0% | -19.1% | -19.1% | 0.0% | 70.3% | 70.3% | 0.0% | 77.7% | 77.7% | 0.0% | 1.7% | 1.7% |
| 35 | 0.0% | 34.7% | 34.7% | 0.0% | 42.0% | 42.0% | 0.0% | 61.0% | 61.0% | 0.0% | -19.0% | -19.0% | 0.0% | 46.0% | 46.0% | 0.0% | 58.5% | 58.5% | 0.0% | 9.7% | 9.7% |
| 36 | 0.0% | 49.4% | 49.4% | 0.0% | 58.8% | 58.8% | 0.0% | 44.9% | 44.9% | 0.0% | 13.9% | 13.9% | 0.0% | 8.7% | 8.7% | 0.0% | 20.2% | 20.2% | 0.0% | 20.4% | 20.4% |
| TOTAL | 49.3% | 49.3% | | 58.1% | 59.1% | | 44.6% | 44.6% | | 13.5% | 13.5% | | | 8.7% | | | 20.2% | | | 20.4% | |

# DOCUMENT INFO

Filename:        Re: RE: Fw:.msg

FOLDER#:      Straus072611\Outlook Data
File\Straus\DIS

# DOCUMENT INFO

**From:**       Gerardo Interiano [ginteriano@gmail.com]
**Sent:**       Wednesday, June 01, 2011 9:53 AM
**To:**         Eric Opiela
**Cc:**         jybblb2@aol.com Brown
**Subject:**    Re: RE: Fw:


Send me the article so that I can get it to our press team.  I can't find it online.

On Wed, Jun 1, 2011 at 8:19 AM, Eric Opiela <eopiela@ericopiela.com> wrote:
> Gerardo-
> Can Tracy, Ryan, or Bonnie call this reporter and get the stats fixed
> on Quico's district?
> Thanks,
> Eric
>
> Begin forwarded message:
>
> From: "Scales, Sally-Shannon" <SallyShannon.Scales@mail.house.gov>
> Date: June 1, 2011 8:13:47 AM CDT
> To: "Brown, Jennifer Y." <Jennifer.Y.Brown@mail.house.gov>,
> "'lamarsmith21@gmail.com'" <lamarsmith21@gmail.com>
> Cc: "'Eric Opiela'" <eopiela@ericopiela.com>
> Subject: RE: Fw:
>
> He called earlier about the Barton suit so I have his contact info.
> His email address is cjoseph@nationaljournal.com and phone number is
> (202) 266-7323.  I do think it would be best for someone from the
> legislature to call him but if you want me to I can do that this morning.
>
> -----Original Message-----
> From: Brown, Jennifer Y.
> Sent: Wednesday, June 01, 2011 9:08 AM
> To: 'lamarsmith21@gmail.com'
> Cc: 'Eric Opiela'; Scales, Sally-Shannon
> Subject: RE: Fw:
>
> How would you like to handle.  Sally Shannon can get us the contact
> info looks like reporter is Cameron Joseph.   If we get info telephone
> number and email would you like Sally Shannon or Eric to call. They
> might ask a lot of questions and not sure if they will give us their
> source or would it be better for Gerardo or his press team to call
> since he is part of the team that did consensus map.  Seems that might be best.
>
> Jennifer Young Brown
> Chief of Staff
> Congressman Lamar Smith
> 2409 Rayburn H.O.B
> 202 225 4236 phone
> 202 225 8628 fax
>
> -----Original Message-----
> From: lamarsmith21@gmail.com [mailto:lamarsmith21@gmail.com]
> Sent: Wednesday, June 01, 2011 9:03 AM
> To: Brown, Jennifer Y.

```
> Subject: Fw:
>
> We need to correct art.
> ------Original Message------
> From: Gerardo Interiano
> To: lamarsmith21@gmail.com
> To: Eric Opiela
> Cc: Jennifer Brown
> Subject: RE:
> Sent: Jun 1, 2011 8:19 AM
>
> They're wrong.  Here is his numbers.  Total Hispanic Pop, he goes from
> 66.4 to 67.5.  HVAP from 62.8 to 63.7.  SSVR from 52.6 to 53.2
>
> -----Original Message-----
> From: lamarsmith21@gmail.com [mailto:lamarsmith21@gmail.com]
> Sent: Wednesday, June 01, 2011 6:58 AM
> To: Eric Opiela; Gerardo Interiano
> Cc: Jennifer Brown
> Subject:
>
> Just read in todays natl journal that quico drops from 66 to 63 hisp pop.
> Hope not true or dangerous.
> Sent via BlackBerry by AT&T
>
>
>
> Sent via BlackBerry by AT&T
>
>
```

# DOCUMENT INFO

Filename:       Conservative bloggers promoting Burch
                map .msg

FOLDER#:        Straus072611\Outlook Data
                File\Straus\DIS

**From:**          Eric Opiela [eopiela@ericopiela.com]
**Sent:**          Thursday, June 02, 2011 4:34 AM
**To:**            Gordon Johnson; Denise Davis (home); Gerardo Interiano
**Cc:**            lamarsmith21@gmail.com camp; jybblb2@aol.com Brown
**Subject:**       Conservative bloggers promoting Burch map
**Attachments:**   TRIBUNE_QA_Philpott_Doggett_on_Redistricting_MIX.mp3; Untitled attachment 00246.htm;
                   attachment.png; Untitled attachment 00249.htm; doggett_map2_jpg_474x1000_q100.jpg;
                   Untitled attachment 00252.htm

There were the same "Oust Straus" people who produced the SBOE and Pledge Cards video this month.

MP3 of Doggett interview also attached.

EO

# DOCUMENT INFO

Filename:        CD 21 Blanco.msg

FOLDER#:        Straus072611\Outlook Data
                File\Straus\DIS

# DOCUMENT INFO

**From:**                  Eric Opiela [eopiela@ericopiela.com]
**Sent:**                  Thursday, June 02, 2011 6:36 AM
**To:**                      Gerardo Interiano
**Cc:**                      Ryan Downton; Doug Davis
**Subject:**              CD 21 Blanco

Talked to Lamar last night.  He's willing to give up Blanco County to CD 25 (or if you need it to Conaway to make the San Saba/Mills swap work so you don't have to split Burnet) to allow y'all a wider transit through Hays to make it look better, so long as the numbers stay the same.  Just wanted to put that out there as an option for y'all.

Good luck at the hearing today.

EO

1

# DOCUMENT INFO

Filename:        CD 8- Woodlands.msg

FOLDER#:      Straus072611\Outlook Data
File\Straus\DIS

# DOCUMENT INFO

**From:**                 Eric Opiela [eopiela@ericopiela.com]
**Sent:**                  Thursday, June 02, 2011 7:57 PM
**To:**                     Doug Davis; Gerardo Interiano
**Subject:**            CD 8- Woodlands

Heads up, I just got a call from Doug Centilli from Cong. Brady's office.  The Woodlands was removed from CD 8 and put in CD 10 under Plan C130.  Is the best way to fix this for Sen. Williams to offer an amendment to Plan C130 in committee tomorrow?

EO=

# DOCUMENT INFO

Filename:          political and hcvap reports.msg

FOLDER#:          Straus072611\Outlook Data
                  File\Straus\DIS

# DOCUMENT INFO

**From:** Eric Opiela [eopiela@ericopiela.com]
**Sent:** Thursday, June 02, 2011 9:33 PM
**To:** Gerardo Interiano
**Subject:** political and hcvap reports

gi-

could you please get me the political and hcvap reports for c130, if possible tonight?  I'm
sending out a delegation update, and would rather provide the RedAppl political data rather
than mine because your numbers are higher due to the way redappl splits vtds (it doesnt take
into account turnout when disaggregating vtd data to the block level).  if not, that's fine,
but I'm trying to prevent the grousing about how low cds 10 and 21 are....

thanks

EO

# DOCUMENT INFO

Filename:          Re: political and hcvap reports.msg

FOLDER#:          Straus072611\Outlook Data
                  File\Straus\DIS

| | |
|---|---|
| **From:** | Gerardo Interiano [ginteriano@gmail.com] |
| **Sent:** | Thursday, June 02, 2011 9:37 PM |
| **To:** | Eric Opiela |
| **Subject:** | Re: political and hcvap reports |

won't be able to get them tonight.  I dont have RedAppl here at home and everyone at work is gone.

On Thu, Jun 2, 2011 at 9:33 PM, Eric Opiela <eopiela@ericopiela.com> wrote:
gi-

could you please get me the political and hcvap reports for c130, if possible tonight?  I'm sending out a delegation update, and would rather provide the RedAppl political data rather than mine because your numbers are higher due to the way redappl splits vtds (it doesnt take into account turnout when disaggregating vtd data to the block level).  if not, that's fine, but I'm trying to prevent the grousing about how low cds 10 and 21 are....

thanks

EO

# DOCUMENT INFO

Filename:          Re: political and hcvap reports.msg

FOLDER#:          Straus072611\Outlook Data
                  File\Straus\DIS

# DOCUMENT INFO

**From:**          Eric Opiela [eopiela@ericopiela.com]
**Sent:**          Thursday, June 02, 2011 9:38 PM
**To:**            Gerardo Interiano
**Subject:**       Re: political and hcvap reports

that's fine.  thanks for trying.

eo


On Jun 2, 2011, at 9:36 PM, Gerardo Interiano wrote:


won't be able to get them tonight.  I dont have RedAppl here at home and everyone at work is gone.

On Thu, Jun 2, 2011 at 9:33 PM, Eric Opiela <eopiela@ericopiela.com> wrote:
gi-

could you please get me the political and hcvap reports for c130, if possible tonight?  I'm sending out a
delegation update, and would rather provide the RedAppl political data rather than mine because your numbers
are higher due to the way redappl splits vtds (it doesnt take into account turnout when disaggregating vtd data to
the block level).  if not, that's fine, but I'm trying to prevent the grousing about how low cds 10 and 21 are....

thanks

EO

# DOCUMENT INFO

Filename:          RE: CD 8- Woodlands.msg

FOLDER#:          Straus072611\Outlook Data
                  File\Straus\DIS

# DOCUMENT INFO

**From:**     Ryan Downton_HC [Ryan.Downton_HC@house.state.tx.us]
**Sent:**     Thursday, June 02, 2011 10:19 PM
**To:**       Gerardo Interiano; Eric Opiela
**Cc:**       Doug Davis
**Subject:**  RE: CD 8- Woodlands

If it was taken out, it wasn't intentional.  But follow up with Doug on one specific request in that area.

---

From: Gerardo Interiano [ginteriano@gmail.com]
Sent: Thursday, June 02, 2011 8:13 PM
To: Eric Opiela
Cc: Doug Davis; Ryan Downton_HC
Subject: Re: CD 8- Woodlands

I just talked to Doug and suggested that he work with Eric to draft an amendment and have one of the Senators offer it in Committee. I think this was an oversight on our part. Ryan let me know if I'm missing anything.

Sent from my iPhone

On Jun 2, 2011, at 7:57 PM, Eric Opiela <eopiela@ericopiela.com> wrote:

> Heads up, I just got a call from Doug Centilli from Cong. Brady's office.  The Woodlands was removed from CD 8 and put in CD 10 under Plan C130.  Is the best way to fix this for Sen. Williams to offer an amendment to Plan C130 in committee tomorrow?
>
> EO=

1

# DOCUMENT INFO

Filename:        Texas State.msg

FOLDER#:       Straus072611\Outlook Data
                File\Straus\DIS

**From:**          Eric Opiela [eopiela@ericopiela.com]
**Sent:**          Thursday, June 02, 2011 10:43 PM
**To:**            Gerardo Interiano
**Cc:**            Ryan Downton_HC
**Subject:**       Texas State

Did y'all intend to give Texas State University to Lamar?

# DOCUMENT INFO

Filename:        Re: political and hcvap reports.msg

FOLDER#:        Straus072611\Outlook Data
                File\Straus\DIS

# DOCUMENT INFO

**From:**            Gerardo Interiano [ginteriano@gmail.com]
**Sent:**            Friday, June 03, 2011 8:10 AM
**To:**              Eric Opiela
**Subject:**         Re: political and hcvap reports
**Attachments:**     C130-HCVAP.pdf; C130 - Statistics.xls

Here you go.

On Thu, Jun 2, 2011 at 9:33 PM, Eric Opiela <eopiela@ericopiela.com> wrote:
gi-

could you please get me the political and hcvap reports for c130, if possible tonight?  I'm sending out a
delegation update, and would rather provide the RedAppl political data rather than mine because your numbers
are higher due to the way redappl splits vtds (it doesnt take into account turnout when disaggregating vtd data to
the block level).  if not, that's fine, but I'm trying to prevent the grousing about how low cds 10 and 21 are....

thanks

EO

# DOCUMENT INFO

Filename:       C130-HCVAP.pdf

FOLDER#:       Straus072611\Outlook Data
File\Straus\DIS

# DOCUMENT INFO

Texas Legislative Council
06/03/11 8:04 AM
Page 1 of 1

13805

Red-109
Date: 2005-2009 ACS, 2010 Census
PLANC130 06n02/2011 6:20:29 PM

# Hispanic Population Profile
## Using Census, American Community Survey, and Voter Registration Data
### CONGRESSIONAL DISTRICTS - PLANC130

| District | 2010 Census | | | 2005-2009 ACS Special Tabulation | | | | 2010 General Election | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Total Voter Registration | | Non-Suspense Voter Registration | |
| | Total | VAP | % HVAP | Citizen VAP | MOE | % HCVAP | MOE | Total | %SSVR | Total | %SSVR |
| 1 | 698,488 | 523,561 | 12.4 | 468,890 | (±6,535) | 5.5 | (±0.9%) | 404,773 | 4.4 | 351,555 | 4.4 |
| 2 | 698,488 | 508,081 | 27.4 | 403,335 | (±5,104) | 16.7 | (±0.6%) | 366,529 | 14.1 | 320,348 | 14.0 |
| 3 | 698,487 | 500,097 | 12.8 | 413,455 | (±4,582) | 7.9 | (±0.9%) | 381,924 | 5.9 | 331,713 | 5.6 |
| 4 | 698,488 | 521,727 | 9.7 | 474,035 | (±5,454) | 4.9 | (±0.4%) | 414,051 | 3.7 | 360,516 | 3.7 |
| 5 | 698,488 | 511,388 | 21.2 | 434,025 | (±5,724) | 10.7 | (±0.5%) | 356,265 | 8.2 | 308,092 | 8.2 |
| 6 | 698,488 | 484,757 | 39.0 | 355,060 | (±4,608) | 25.0 | (±0.8%) | 314,579 | 19.9 | 272,982 | 20.3 |
| 7 | 698,488 | 518,945 | 25.7 | 403,045 | (±5,014) | 14.5 | (±0.6%) | 365,876 | 11.9 | 316,848 | 11.6 |
| 8 | 698,488 | 517,124 | 16.6 | 422,550 | (±6,173) | 8.7 | (±0.5%) | 376,746 | 7.2 | 326,889 | 7.1 |
| 9 | 698,488 | 498,416 | 35.8 | 332,695 | (±5,315) | 18.3 | (±0.8%) | 298,147 | 14.6 | 249,788 | 14.8 |
| 10 | 698,487 | 511,940 | 23.5 | 407,225 | (±5,020) | 14.4 | (±0.6%) | 401,551 | 11.4 | 346,172 | 11.2 |
| 11 | 698,488 | 522,630 | 28.8 | 467,430 | (±5,256) | 23.1 | (±0.6%) | 395,682 | 19.8 | 343,482 | 19.5 |
| 12 | 698,488 | 504,836 | 19.1 | 418,360 | (±5,111) | 11.7 | (±0.5%) | 368,783 | 9.5 | 310,355 | 9.4 |
| 13 | 698,488 | 519,246 | 20.2 | 467,385 | (±4,933) | 14.3 | (±0.5%) | 401,955 | 11.8 | 342,791 | 11.5 |
| 14 | 698,488 | 523,376 | 18.9 | 469,200 | (±5,940) | 13.0 | (±0.5%) | 414,166 | 11.2 | 352,698 | 11.2 |
| 15 | 698,488 | 467,289 | 79.6 | 313,960 | (±5,035) | 73.6 | (±0.9%) | 291,127 | 68.9 | 253,602 | 69.3 |
| 16 | 698,488 | 490,902 | 79.8 | 353,964 | (±4,896) | 74.8 | (±0.6%) | 334,354 | 68.5 | 314,648 | 69.0 |
| 17 | 698,488 | 532,324 | 19.8 | 460,630 | (±5,931) | 13.6 | (±0.5%) | 369,918 | 11.2 | 307,847 | 11.0 |
| 18 | 698,488 | 517,170 | 33.0 | 398,160 | (±6,541) | 18.5 | (±0.6%) | 353,284 | 14.7 | 297,168 | 15.2 |
| 19 | 698,487 | 522,651 | 29.5 | 464,230 | (±5,478) | 25.4 | (±0.6%) | 385,094 | 23.1 | 330,554 | 22.9 |
| 20 | 698,488 | 509,364 | 61.5 | 421,060 | (±6,070) | 57.8 | (±0.8%) | 354,159 | 50.0 | 289,718 | 50.5 |
| 21 | 698,488 | 553,173 | 23.1 | 482,880 | (±5,699) | 18.9 | (±0.5%) | 471,906 | 14.8 | 391,904 | 14.3 |
| 22 | 698,488 | 499,151 | 21.3 | 396,475 | (±4,996) | 16.2 | (±0.6%) | 381,053 | 13.9 | 333,250 | 13.8 |
| 23 | 698,488 | 497,953 | 63.7 | 380,895 | (±5,491) | 59.2 | (±0.8%) | 368,043 | 52.8 | 324,249 | 53.2 |
| 24 | 698,488 | 528,183 | 20.3 | 434,275 | (±4,930) | 12.2 | (±0.5%) | 379,416 | 9.0 | 309,304 | 8.6 |
| 25 | 698,487 | 521,165 | 15.6 | 455,405 | (±6,181) | 10.6 | (±0.5%) | 426,353 | 8.4 | 357,605 | 8.1 |
| 26 | 698,488 | 496,836 | 23.3 | 391,705 | (±5,643) | 13.7 | (±0.6%) | 357,713 | 10.9 | 298,888 | 11.1 |
| 27 | 698,488 | 517,908 | 44.4 | 465,015 | (±6,076) | 40.3 | (±0.7%) | 408,301 | 36.0 | 345,039 | 36.0 |
| 28 | 698,488 | 471,901 | 75.4 | 330,220 | (±4,879) | 68.5 | (±0.8%) | 342,041 | 66.0 | 303,866 | 67.0 |
| 29 | 698,488 | 474,200 | 70.6 | 313,710 | (±5,562) | 54.3 | (±0.9%) | 246,394 | 50.0 | 215,368 | 51.4 |
| 30 | 698,488 | 490,357 | 35.6 | 389,080 | (±5,752) | 20.5 | (±0.8%) | 341,472 | 14.8 | 293,614 | 15.4 |
| 31 | 698,487 | 501,455 | 19.6 | 417,970 | (±5,357) | 15.0 | (±0.6%) | 379,141 | 11.7 | 314,462 | 11.4 |
| 32 | 698,488 | 526,526 | 20.4 | 446,350 | (±5,198) | 11.7 | (±0.6%) | 391,477 | 8.3 | 335,919 | 8.3 |
| 33 | 698,488 | 504,719 | 23.0 | 425,420 | (±5,106) | 13.4 | (±0.6%) | 367,714 | 10.8 | 307,866 | 10.8 |
| 34 | 698,487 | 480,485 | 79.0 | 363,395 | (±5,400) | 78.8 | (±0.8%) | 327,401 | 71.3 | 290,942 | 72.1 |
| 35 | 698,488 | 498,374 | 57.7 | 393,665 | (±5,865) | 52.0 | (±0.9%) | 333,669 | 43.7 | 272,657 | 44.8 |
| 36 | 698,488 | 511,716 | 21.8 | 444,815 | (±5,337) | 12.9 | (±0.5%) | 391,751 | 11.1 | 342,173 | 11.0 |

The American Community Survey provided citizen estimated citizen voting age population (CVAP) thus at the block group level in a Special Tabulation. All block groups with more than 50% of the population in a district are included in the analysis.

MOE = Margin of error at 90% confidence level

% HVAP = Hispanic voting age population / voting age population

% HCVAP = Hispanic citizen voting age population / citizen voting age population

SSVR = Spanish surname voter registration

# DOCUMENT INFO

Filename:        C130 - Statistics.xls

FOLDER#:        Straus072611\Outlook Data
File\Straus\DIS

# DOCUMENT INFO

**CONGRESSIONAL - STRJC0**
**Plan Stats Report**

RA_300
Data: 2010 Census; Non-Suspense VR

| District | Total Population | %Black Voting Age | %Hispanic Voting Age Population | %Black+Hispanic Voting Age Population | %10G R Governor Perry | %10G R Attorney Gen Abbott |
|---|---|---|---|---|---|---|
| 1 | 698,488 | 17.8% | 12.4% | 30.0% | 66.1% | 74.7% |
| 2 | 698,488 | 12.9% | 27.4% | 39.9% | 61.0% | 71.9% |
| 3 | 698,487 | 8.6% | 12.8% | 21.1% | 63.7% | 70.2% |
| 4 | 698,488 | 10.7% | 9.7% | 20.3% | 64.1% | 74.3% |
| 5 | 698,488 | 13.9% | 21.2% | 34.8% | 58.8% | 69.2% |
| 6 | 698,488 | 11.4% | 39.0% | 50.1% | 55.6% | 64.2% |
| 7 | 698,488 | 10.8% | 25.7% | 36.0% | 53.9% | 70.0% |
| 8 | 698,488 | 8.7% | 16.6% | 25.1% | 70.5% | 80.0% |
| 9 | 698,488 | 37.6% | 35.8% | 72.4% | 22.2% | 27.7% |
| 10 | 698,487 | 10.6% | 23.5% | 33.7% | 55.6% | 66.7% |
| 11 | 698,488 | 3.8% | 28.8% | 32.4% | 72.6% | 81.9% |
| 12 | 698,488 | 13.7% | 19.1% | 32.5% | 56.7% | 64.9% |
| 13 | 698,488 | 5.6% | 20.2% | 25.6% | 71.6% | 81.8% |
| 14 | 698,488 | 20.0% | 18.9% | 38.6% | 56.1% | 64.5% |
| 15 | 698,488 | 1.6% | 79.6% | 80.9% | 43.3% | 51.3% |
| 16 | 698,488 | 3.6% | 79.8% | 82.9% | 35.7% | 41.4% |
| 17 | 698,487 | 13.0% | 19.8% | 32.5% | 55.7% | 67.3% |
| 18 | 698,488 | 39.5% | 33.0% | 71.8% | 19.4% | 26.0% |
| 19 | 698,487 | 6.2% | 29.5% | 35.4% | 68.0% | 79.4% |
| 20 | 698,488 | 7.7% | 61.5% | 68.5% | 41.2% | 52.1% |
| 21 | 698,488 | 3.7% | 23.1% | 26.6% | 57.3% | 67.2% |
| 22 | 698,488 | 11.6% | 21.3% | 32.5% | 61.0% | 70.6% |
| 23 | 698,488 | 3.0% | 63.7% | 66.3% | 53.3% | 62.9% |
| 24 | 698,488 | 8.2% | 20.3% | 30.3% | 60.8% | 68.0% |
| 25 | 698,487 | 5.4% | 13.6% | 23.5% | 54.8% | 65.6% |
| 26 | 698,488 | 9.2% | 23.3% | 32.3% | 61.5% | 68.9% |
| 27 | 698,488 | 5.4% | 44.4% | 49.6% | 57.4% | 68.2% |
| 28 | 698,488 | 4.1% | 75.4% | 79.2% | 37.8% | 46.2% |
| 29 | 698,488 | 13.5% | 70.6% | 83.5% | 28.9% | 36.6% |
| 30 | 698,488 | 46.4% | 35.6% | 81.5% | 17.5% | 21.6% |
| 31 | 698,487 | 11.7% | 19.6% | 30.7% | 58.2% | 68.5% |
| 32 | 698,488 | 11.9% | 20.4% | 32.0% | 55.5% | 62.7% |
| 33 | 698,488 | 14.9% | 23.0% | 37.5% | 56.3% | 64.6% |
| 34 | 698,487 | 1.7% | 79.0% | 80.4% | 41.9% | 50.2% |
| 35 | 698,488 | 10.0% | 57.7% | 67.1% | 39.6% | 50.0% |
| 36 | 698,488 | 9.1% | 21.8% | 30.7% | 64.9% | 74.7% |

| | K | L | M | N | O |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | Texas Legislative Council |
| 3 | | | | | 060U11 8:09 AM |
| 4 | | | | | |
| 5 | | | | | |
| 6 | %08G R President McCain | %08G R RR Comm 3 | | | |
| 7 | 68.8% | 62.8% | | | |
| 8 | 63.3% | 61.9% | | | |
| 9 | 61.5% | 62.1% | | | |
| 10 | 69.7% | 60.6% | | | |
| 11 | 61.9% | 56.2% | | | |
| 12 | 57.5% | 53.4% | | | |
| 13 | 60.1% | 61.3% | | | |
| 14 | 73.1% | 69.4% | | | |
| 15 | 23.0% | 22.3% | | | |
| 16 | 56.0% | 54.6% | | | |
| 17 | 75.9% | 70.1% | | | |
| 18 | 56.6% | 54.5% | | | |
| 19 | 76.9% | 69.5% | | | |
| 20 | 57.2% | 50.4% | | | |
| 21 | 40.7% | 36.6% | | | |
| 22 | 32.6% | 29.3% | | | |
| 23 | 58.0% | 54.2% | | | |
| 24 | 20.2% | 20.4% | | | |
| 25 | 71.2% | 66.0% | | | |
| 26 | 40.4% | 37.5% | | | |
| 27 | 55.9% | 55.5% | | | |
| 28 | 61.6% | 60.1% | | | |
| 29 | 51.9% | 47.5% | | | |
| 30 | 58.4% | 58.3% | | | |
| 31 | 55.9% | 53.0% | | | |
| 32 | 59.7% | 58.3% | | | |
| 33 | 58.7% | 51.8% | | | |
| 34 | 38.4% | 33.1% | | | |
| 35 | 33.9% | 28.4% | | | |
| 36 | 17.6% | 17.2% | | | |
| 37 | 55.7% | 54.6% | | | |
| 38 | 55.1% | 56.2% | | | |
| 39 | 56.5% | 53.6% | | | |
| 40 | 38.8% | 33.5% | | | |
| 41 | 38.1% | 34.9% | | | |
| 42 | 69.4% | 59.1% | | | |

# DOCUMENT INFO

Filename:        Re: Texas State.msg

FOLDER#:        Straus072611\Outlook Data
               File\Straus\DIS

# DOCUMENT INFO

| | |
|---|---|
| **From:** | Gerardo Interiano [ginteriano@gmail.com] |
| **Sent:** | Friday, June 03, 2011 8:10 AM |
| **To:** | Eric Opiela |
| **Cc:** | Ryan Downton_HC |
| **Subject:** | Re: Texas State |

i'll defer to Ryan.

On Thu, Jun 2, 2011 at 10:42 PM, Eric Opiela <eopiela@ericopiela.com> wrote:
Did y'all intend to give Texas State University to Lamar?

# DOCUMENT INFO

Filename:        Re: Texas State.msg

FOLDER#:         Straus072611\Outlook Data
                 File\Straus\DIS

# DOCUMENT INFO

**From:**          Eric Opiela [eopiela@ericopiela.com]
**Sent:**          Friday, June 03, 2011 8:11 AM
**To:**            Gerardo Interiano
**Cc:**            Ryan Downton_HC
**Subject:**       Re: Texas State

He said no.


On Jun 3, 2011, at 8:10 AM, Gerardo Interiano wrote:


i'll defer to Ryan.

On Thu, Jun 2, 2011 at 10:42 PM, Eric Opiela <eopiela@ericopiela.com> wrote:
Did y'all intend to give Texas State University to Lamar?