**From:**          Lamar Smith [lamarsmith21@gmail.com]
**Sent:**          Friday, October 01, 2010 10:51 AM
**To:**            Jennifer Brown; Gerardo Interiano
**Subject:**       Fw:


Think he wants to be helpful which is good.
-----Original Message-----
From: "Yates, Jay" <Jay.Yates@bgllp.com>
Date: Fri, 1 Oct 2010 10:41:04
To: <lamarsmith21@gmail.com>
Subject: RE:

Congressman,

I am working through the scenarios to make sure that you have the right
persons(s) in the room.


Briefly (and we can unpack this later):

Assuming Canseco and Flores win, there are 5 districts in play -- 4 new seats and Doggett.

Dem possibilities -- determining factors -- persons needed

(1) South Texas -- population growth (voting rights) -- Canseco (perhaps
Conaway) and technical voting rights analysis.

My belief is that as long as no one has a stranglehold on Voting Rights analysis (i.e., with
ART/TLR offering Hull, Baker Botts offering opinions, you offering me and perhaps others
available to combat Dale if necessary), this should be OK.  It may actually be advantageous
for the Delegation NOT to be paying Hull and Baker Botts for analysis, from an "in the room"
perspective.

{Likely outcome: With growth below 1/3 of a district, Dems do not get a new seat.  With
growth of 1/2 of a district, Canseco may keep half his district (assuming he approves) and
then Dems get a new district (1/2 Canseco, 1/2 growth).  With growth of a whole district,
Dems get a whole district.}

(2) Metroplex -- voting rights, but mainly politics -- Lamar Smith (Barton and Sessions)

My belief is that the numbers will allow but not necessarily command a minority seat in the
Metroplex.  If the delegation from the Metroplex agrees, especially Barton and Sessions, that
from an R-D perspective it makes sense to give the D's a seat, then it will happen.  If they
don't (i.e., Barton doesn't want to, but Sessions wants to), the best person to referee that
fight is you, Lamar Smith, chosen by the Delegation.
Note that political consultants have historically not been willing or successful getting two
clients to agree to play nice.  Additionally, financial considerations / backers can help
steer this conversation (if an extra R seat is going to cost $3 million per cycle to defend,
then the proper business decision may be to give the Ds a seat).

(3) Austin  -- politics -- Not sure yet

1

My belief is that the minority population is not so large as to affect this determination. Thus, this may be a political decision.
If Senator Watson will deliver a vote in exchange for keeping Doggett (and another Democratic Senator vote is found in South Texas or the Metroplex), then politics (and the 2/3 rule) may drive the process.  If Watson won't or, especially, if this negotiation is in a special session (when no D votes are needed), then the person in the room needs to be an unassailable Republican partisan who is making the business decision to keep Doggett.  I do not know who this is yet, but am thinking about it.

If Doggett's district were split up, the pieces would likely go to Carter, Smith, McCaul, someone from the west (perhaps Conaway or even Canseco), and at least one new district (Corpus through Victoria perhaps, or just toward Houston if the lady doctor runs a great campaign, she may get a rematch).

Sorry this is more rambling than I would like, but the price is right for now.

-Jay Yates

Jay Yates | Associate | Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300 | Houston, Texas | 77002-2770
T: 713.221.1375 | F: 713.222.3296
Jay.Yates@bgllp.com | www.bgllp.com/jyates | www.bgllp.com

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

-----Original Message-----
From: Lamar Smith [mailto:lamarsmith21@gmail.com]
Sent: Friday, October 01, 2010 6:25 AM
To: Yates, Jay
Subject:

Any recommendations for an atty?

| | |
|---|---|
| **From:** | Brown, Jennifer Y. [Jennifer.Y.Brown@mail.house.gov] |
| **Sent:** | Friday, October 15, 2010 10:19 AM |
| **To:** | Whitener, Jeanette |
| **Cc:** | Gerardo Interiano |
| **Subject:** | RE: redistricting "stuff" |

Absolutely and I will let Gerardo know as well.  We love Mildred. Glad she is helping out while your gone that will give you some peace of mind I hope.  Hope you are feeling well.  I have cc Gerardo as well.  Hope to see you before you leave!

Jennifer Young Brown
Chief of Staff
Congressman Lamar Smith
2409 Rayburn H.O.B
202 225 4236 phone
202 225 8628 fax

**From:** Whitener, Jeanette
**Sent:** Friday, October 15, 2010 11:17 AM
**To:** Brown, Jennifer Y.
**Subject:** redistricting "stuff"

Hi Jennifer –

Hope you are doing well!

I just wanted to check in with you and ask that, for the next 3-4 months, could you please include Mildred Webber as a contact in our office on any redistricting emails you send out in regards to meetings or anything else we need to know about?  As you know, Mildred will be filling in for me while I am on maternity leave.  I expect to be around for another 5-6 weeks, but I am just trying to cover the bases early in case I am not here that long!  Redistricting is important, so I/we just want to make sure nothing falls through the cracks.  Thanks

Mildred's official email is mildred.webber@mail.house.gov and her personal email is mildred.webber@gmail.com

If you just want to include both of us on anything you send out, that would be great.  I expect she'll be covering for me from mid-November (ish) through early February and I suspect there will definitely be some redistricting activity during that time.

Thanks!
Jeanette

| | |
|---|---|
| **From:** | Whitener, Jeanette [Jeanette.Whitener@mail.house.gov] |
| **Sent:** | Friday, October 15, 2010 10:20 AM |
| **To:** | Brown, Jennifer Y. |
| **Cc:** | Gerardo Interiano |
| **Subject:** | RE: redistricting "stuff" |

Super.  Thanks!  That's the great thing about Mildred, she already knows everyone and everyone knows her!  It IS providing a lot of peace of mind that everything will be well taken care of while I am gone.  Talk to you soon!

Thanks!!!

**From:** Brown, Jennifer Y.
**Sent:** Friday, October 15, 2010 11:19 AM
**To:** Whitener, Jeanette
**Cc:** Gerardo Interiano
**Subject:** RE: redistricting "stuff"

Absolutely and I will let Gerardo know as well.  We love Mildred. Glad she is helping out while your gone that will give you some peace of mind I hope.  Hope you are feeling well.  I have cc Gerardo as well.  Hope to see you before you leave!

Jennifer Young Brown
Chief of Staff
Congressman Lamar Smith
2409 Rayburn H.O.B
202 225 4236 phone
202 225 8628 fax

**From:** Whitener, Jeanette
**Sent:** Friday, October 15, 2010 11:17 AM
**To:** Brown, Jennifer Y.
**Subject:** redistricting "stuff"

Hi Jennifer –

Hope you are doing well!

I just wanted to check in with you and ask that, for the next 3-4 months, could you please include Mildred Webber as a contact in our office on any redistricting emails you send out in regards to meetings or anything else we need to know about?  As you know, Mildred will be filling in for me while I am on maternity leave.  I expect to be around for another 5-6 weeks, but I am just trying to cover the bases early in case I am not here that long!  Redistricting is important, so I/we just want to make sure nothing falls through the cracks.  Thanks

Mildred's official email is mildred.webber@mail.house.gov and her personal email is mildred.webber@gmail.com

If you just want to include both of us on anything you send out, that would be great.  I expect she'll be covering for me from mid-November (ish) through early February and I suspect there will definitely be some redistricting activity during that time.

Thanks!
Jeanette

1

| | |
|---|---|
| **From:** | Jeanette Whitener [jeanettewhitener@yahoo.com] |
| **Sent:** | Friday, October 15, 2010 1:59 PM |
| **To:** | Gerardo Interiano |
| **Subject:** | Abilene |

HI Gerardo -

Hope all is well!

Question for you - do you happen to know which Reps are confirmed to attend the Abilene redistricting hearing?

Thanks!

**From:**          Gerardo Interiano [ginteriano@gmail.com]
**Sent:**          Friday, October 15, 2010 2:01 PM
**To:**          Jeanette Whitener
**Subject:**       Re: Abilene

State Reps or Congressional?

On Fri, Oct 15, 2010 at 1:58 PM, Jeanette Whitener <jeanettewhitener@yahoo.com> wrote:
> HI Gerardo -
>
> Hope all is well!
>
> Question for you - do you happen to know which Reps are confirmed to
> attend the Abilene redistricting hearing?
>
> Thanks!
>

1

**From:**         Jeanette Whitener [jeanettewhitener@yahoo.com]
**Sent:**          Friday, October 15, 2010 2:06 PM
**To:**            Gerardo Interiano
**Subject:**      Re: Abilene

State reps, but if you know of any congressional members attending, that would be of interest too!  My boss will be there.

I was also curious if Rep Hunter is attending.  Do you know if he is going?

Thanks!

---

**From:** Gerardo Interiano <ginteriano@gmail.com>
**To:** Jeanette Whitener <jeanettewhitener@yahoo.com>
**Sent:** Fri, October 15, 2010 3:01:09 PM
**Subject:** Re: Abilene

State Reps or Congressional?

On Fri, Oct 15, 2010 at 1:58 PM, Jeanette Whitener
<jeanettewhitener@yahoo.com> wrote:
> HI Gerardo -
>
> Hope all is well!
>
> Question for you - do you happen to know which Reps are confirmed to attend
> the Abilene redistricting hearing?
>
> Thanks!
>

**From:**      Gerardo Interiano [ginteriano@gmail.com]
**Sent:**      Friday, October 15, 2010 2:54 PM
**To:**        Jeanette Whitener
**Subject:**   Re: Abilene


This is what we have so far but that can obviously change...and you're the only Congressional
office that has confirmed that y'all are attending.

Alonzo
Hunter
Martinez
Lewis
Keffer
Hilderbran
Veasey
Pena
Madden


On Fri, Oct 15, 2010 at 2:05 PM, Jeanette Whitener <jeanettewhitener@yahoo.com> wrote:
> State reps, but if you know of any congressional members attending,
> that would be of interest too!  My boss will be there.
>
> I was also curious if Rep Hunter is attending.  Do you know if he is going?
>
> Thanks!
>
> _____
> From: Gerardo Interiano <ginteriano@gmail.com>
> To: Jeanette Whitener <jeanettewhitener@yahoo.com>
> Sent: Fri, October 15, 2010 3:01:09 PM
> Subject: Re: Abilene
>
> State Reps or Congressional?
>
> On Fri, Oct 15, 2010 at 1:58 PM, Jeanette Whitener
> <jeanettewhitener@yahoo.com> wrote:
>> HI Gerardo -
>>
>> Hope all is well!
>>
>> Question for you - do you happen to know which Reps are confirmed to
>> attend the Abilene redistricting hearing?
>>
>> Thanks!
>>
>
>

1

**From:**       Jeanette Whitener [jeanettewhitener@yahoo.com]
**Sent:**       Friday, October 15, 2010 3:01 PM
**To:**         Gerardo Interiano
**Subject:**    Re: Abilene

Great info.  THanks!!!  Yes - my boss is definately attending.

**From:** Gerardo Interiano <ginteriano@gmail.com>
**To:** Jeanette Whitener <jeanettewhitener@yahoo.com>
**Sent:** Fri, October 15, 2010 3:54:15 PM
**Subject:** Re: Abilene

This is what we have so far but that can obviously change...and you're
the only Congressional office that has confirmed that y'all are
attending.

Alonzo
Hunter
Martinez
Lewis
Keffer
Hilderbran
Veasey
Pena
Madden


On Fri, Oct 15, 2010 at 2:05 PM, Jeanette Whitener
<jeanettewhitener@yahoo.com> wrote:
> State reps, but if you know of any congressional members attending, that
> would be of interest too!  My boss will be there.
>
> I was also curious if Rep Hunter is attending.  Do you know if he is going?
>
> Thanks!
>
> _____
> From: Gerardo Interiano <ginteriano@gmail.com>
> To: Jeanette Whitener <jeanettewhitener@yahoo.com>
> Sent: Fri, October 15, 2010 3:01:09 PM
> Subject: Re: Abilene
>
> State Reps or Congressional?
>
> On Fri, Oct 15, 2010 at 1:58 PM, Jeanette Whitener
> <jeanettewhitener@yahoo.com> wrote:
>> HI Gerardo -
>>
>> Hope all is well!
>>
>> Question for you - do you happen to know which Reps are confirmed to
>> attend
>> the Abilene redistricting hearing?
>>
>> Thanks!

1

\>\>
\>
\>

| | |
|---|---|
| **From:** | Eric Opiela [eopiela@ericopiela.com] |
| **Sent:** | Monday, October 25, 2010 12:16 PM |
| **To:** | Gerardo Interiano |
| **Subject:** | Re: coreltsprod2 - LTS 10/20/2010 11:00 am H. Redistricting Hearing - MEMO PUBLISHED |

Thanks!  The new house website that launched last night has video of them as well which is great.

EO

Sent from my iPad

On Oct 25, 2010, at 11:32 AM, Gerardo Interiano <ginteriano@gmail.com> wrote:

> Here are the two memos from the hearings in Beaumont and Marshall that
> I mentioned to you.
>
>
> ---------- Forwarded message ----------
> From: Gerardo Interiano <Gerardo.Interiano@speaker.state.tx.us>
> Date: Mon, Oct 25, 2010 at 11:32 AM
> Subject: FW: coreltsprod2 - LTS 10/20/2010 11:00 am H. Redistricting
> Hearing - MEMO PUBLISHED
> To: "ginteriano@gmail.com" <ginteriano@gmail.com>
>
>
>
>
> -----Original Message-----
> From: Lara Abi Habib [mailto:Lara.AbiHabib@cpa.state.tx.us]
> Sent: Monday, October 25, 2010 10:50 AM
> To: Gerardo Interiano
> Subject: coreltsprod2 - LTS 10/20/2010 11:00 am H. Redistricting
> Hearing - MEMO PUBLISHED
> Importance: High
>
> Gerardo,
>
> Attached are the Beaumont and Marshall memos I wrote. Hope it helps.
>
> See you in Abilene.
>
>
> Lara Abi Habib
> Legislative Analyst
> Legislative Affairs
> Comptroller of Public Accounts
> LBJ State Office Building
> 111 E. 17th St.
> Room 309
> Austin, TX 78711
>
> Office 512-463-8373

1

```
> Toll Free 800-531-5441 Ext. 3-8373
> Fax 512-936-5861
> <Memo.doc>
> <Memo[1].docx>
```

| | |
|---|---|
| **From:** | Eric Opiela [eopiela@ericopiela.com] |
| **Sent:** | Thursday, October 28, 2010 12:04 PM |
| **To:** | Gerardo Interiano |
| **Cc:** | lifesgreat131313@yahoo.com Munisteri |
| **Subject:** | Fwd: Redistricting: Carolyn's Cliff Notes |

Steve and Gerardo-

Here is the detail on the studies Lawyers Committee is doing through Clark Benson; I asked her to follow up with this after our meetings at the beginning to the month.

Eric

Begin forwarded message:

**From:** Carolyn Malenick <ncs-va@msn.com>
**Date:** October 28, 2010 11:54:06 AM CDT
**To:** "Eric Opiela" <eopiela@ericopiela.com>
**Subject: Redistricting: Carolyn's Cliff Notes**

Eric,
These descriptives have been approved by Clark so that I don't get stumped again on the studies question.  When appropriate you can decide how to clarify with Steve - of course after Tuesday down the road.  Thanks

**Measuring the Partisan Gerrymandering: Fairness**
   While the Courts (25 years after Supreme Court)  have decided claims of partisan gerrymandering were challenges that could/can be prosecuted - the standards or metrics have yet to be developed. There is no true compass.  The most recent Supreme Court case on this topic has made it clear that it will be a major issue for litigation following the 2010 census.

**Geographic Issues:**
   Precinct boundaries change over time and these changes are needed by the data analysts in order to know the relationship of each piece of census geography to precinct.  To do manually is a huge task.  Alternatives of using voter registration lists or other mapping sources needs to be researched for effectiveness as well as limitations.

**Data Issues:**
   This is a methodology issue with increase of absentee and early voting centers and the correct methodology allocating them back to the underlying precincts when centrally counted.

**Predictability and Impact of Factors:**
   There is a difference of opinion on objective vs. subjective measures when applied to the partisan fairness analysis.  To the extent subjective measures are used by experts in litigation - the dynamics need to be analyzed.

1

**Equality of Representation or Equality of Electoral Weight:**

   The opinions of the Supreme Court from the Reapportionment Revolution of the 1960s lead many observers to the conclusion that the genesis of equal population as a measure of districting equality was a means to and end only. It was to be used "so that the vote of any citizen is approximately equal in weight to that of any other citizen in the State."  Of course, census persons are not necessarily voters. The difference in the weight of a vote in one district with very few voters may be substantially greater than the weight of a district with very many voters. This study would review these differences and see how alternative measures of the appropriate population base would impact districting plans.

Carolyn S. Malenick
National Capital Strategies
8913 Early Street
Manassas, Virginia  20110
(202) 547-3392
(703) 472-1915 Cell
(703) 393-8022 Fax

**From:** Stephen Munisteri [lifesgreat131313@yahoo.com]
**Sent:** Thursday, October 28, 2010 12:39 PM
**To:** Eric Opiela; Gerardo Interiano
**Subject:** Re: Fwd: Redistricting: Carolyn's Cliff Notes

Thanks-Steve

**From:** Eric Opiela <eopiela@ericopiela.com>
**To:** Gerardo Interiano <ginteriano@gmail.com>
**Cc:** "lifesgreat131313@yahoo.com Munisteri" <lifesgreat131313@yahoo.com>
**Sent:** Thu, October 28, 2010 12:03:54 PM
**Subject:** Fwd: Redistricting: Carolyn's Cliff Notes

Steve and Gerardo-

Here is the detail on the studies Lawyers Committee is doing through Clark Benson; I asked her to follow up with this after our meetings at the beginning to the month.

Eric

Begin forwarded message:

**From:** Carolyn Malenick <ncs-va@msn.com>
**Date:** October 28, 2010 11:54:06 AM CDT
**To:** "Eric Opiela" <eopiela@ericopiela.com>
**Subject: Redistricting: Carolyn's Cliff Notes**

Eric,
These descriptives have been approved by Clark so that I don't get stumped again on the studies question.  When appropriate you can decide how to clarify with Steve - of course after Tuesday down the road.  Thanks

**Measuring the Partisan Gerrymandering: Fairness**
   While the Courts (25 years after Supreme Court)  have decided claims of partisan gerrymandering were challenges that could/can be prosecuted - the standards or metrics have yet to be developed. There is no true compass.  The most recent Supreme Court case on this topic has made it clear that it will be a major issue for litigation following the 2010 census.

**Geographic Issues:**
   Precinct boundaries change over time and these changes are needed by the data analysts in order to know the relationship of each piece of census geography to precinct.  To do manually is a huge task.  Alternatives of using voter registration lists or other mapping sources needs to be researched for effectiveness as well as limitations.

1

**Data Issues:**

This is a methodology issue with increase of absentee and early voting centers and the correct methodology allocating them back to the underlying precincts when centrally counted.

**Predictability and Impact of Factors:**

There is a difference of opinion on objective vs. subjective measures when applied to the partisan fairness analysis. To the extent subjective measures are used by experts in litigation - the dynamics need to be analyzed.

**Equality of Representation or Equality of Electoral Weight:**

The opinions of the Supreme Court from the Reapportionment Revolution of the 1960s lead many observers to the conclusion that the genesis of equal population as a measure of districting equality was a means to and end only. It was to be used "so that the vote of any citizen is approximately equal in weight to that of any other citizen in the State." Of course, census persons are not necessarily voters. The difference in the weight of a vote in one district with very few voters may be substantially greater than the weight of a district with very many voters. This study would review these differences and see how alternative measures of the appropriate population base would impact districting plans.

Carolyn S. Malenick
National Capital Strategies
8913 Early Street
Manassas, Virginia  20110
(202) 547-3392
(703) 472-1915 Cell
(703) 393-8022 Fax

**From:**          Vinyard, Ashlee [Ashlee.Vinyard@mail.house.gov]
**Sent:**          Sunday, November 07, 2010 9:49 PM
**To:**            'ginteriano@gmail.com'
**Subject:**       Re:


Ok. LS said he wants to meet with doug again too.

Ashlee Vinyard
Congressman Lamar Smith
202-225-4236
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Gerardo Interiano <ginteriano@gmail.com>
To: Vinyard, Ashlee
Sent: Sun Nov 07 22:46:25 2010
Subject: RE:

Still working on it.  Waiting to hear from Denise on whether she's talked to Eric.

-----Original Message-----
From: Vinyard, Ashlee [mailto:Ashlee.Vinyard@mail.house.gov]
Sent: Friday, November 05, 2010 10:38 PM
To: 'ginteriano@gmail.com'
Subject: Re:

Let me know if we are moving forward with the meeting on Wednesday.
Ashlee Vinyard
Congressman Lamar Smith
202-225-4236
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Gerardo Interiano <ginteriano@gmail.com>
To: Vinyard, Ashlee
Sent: Fri Nov 05 06:50:19 2010
Subject: Fw:


------Original Message------
From: Smith, CLS
To: Gerardo Interiano
Subject: Re:
Sent: Nov 5, 2010 5:36 AM

Ok

----- Original Message -----
From: Gerardo Interiano <ginteriano@gmail.com>
To: Smith, CLS; Vinyard, Ashlee
Sent: Fri Nov 05 06:30:18 2010

Subject: Re:

Think Denise is going to talk to Eric today. Once I get confirmation from her I'll reach out to him. Also Mike Hull wants to visit with you again if possible. Thinks he didn't express himself accurately and thinks that he can do the mapdrawing, etc. Going to take classes this coming week so he won't be in Austin on Wednesday. I talked to him again and think you should still consider him.  Maybe we can set up a call with him after he gets back.


------Original Message------
From: Smith, CLS
To: Ashlee Vinyard
To: Gerardo Interiano
Subject:
Sent: Nov 5, 2010 5:15 AM

Neel in sa for seminar next mon and tues and wants me to go w her to austin wed so best time to meet eric now wed morn.
Sent via BlackBerry by AT&T

Sent via BlackBerry by AT&T

**From:**         Vinyard, Ashlee [Ashlee.Vinyard@mail.house.gov]
**Sent:**         Monday, November 08, 2010 7:16 AM
**To:**           'ginteriano@gmail.com'; Brown, Jennifer Y.
**Subject:**      Re: Schedule

They already have. It is nov 15-19 and then nov 29 until business is finished.
Ashlee Vinyard
Congressman Lamar Smith
202-225-4236
Sent from my BlackBerry Wireless Handheld

**From:** Gerardo Interiano <ginteriano@gmail.com>
**To:** Brown, Jennifer Y.; Vinyard, Ashlee
**Sent:** Mon Nov 08 08:06:37 2010
**Subject:** Schedule

Will y'all let me know when they announce the lame duck schedule?  The members wants to come back to DC again and we were thinking about going up the second or third week of December but aren't sure of what the schedule is going to be.

Gerardo A. Interiano
7509 Bonniebrook Dr.
Austin, Texas 78735
281-814-9575
ginteriano@gmail.com

1

**From:**               Brown, Jennifer Y. [Jennifer.Y.Brown@mail.house.gov]
**Sent:**               Monday, November 08, 2010 7:25 AM
**To:**                  'ginteriano@gmail.com'; Vinyard, Ashlee
**Subject:**          Re: Schedule

Will do we have received nothing as of yet.

Jennifer Young Brown
Chief of Staff
Congressman Lamar Smith
2409 RHOB
Jennifer.Y.Brown@mail.house.gov

---

**From:** Gerardo Interiano <ginteriano@gmail.com>
**To:** Brown, Jennifer Y.; Vinyard, Ashlee
**Sent:** Mon Nov 08 08:06:37 2010
**Subject:** Schedule

Will y'all let me know when they announce the lame duck schedule?  The members wants to come back to DC again and we were thinking about going up the second or third week of December but aren't sure of what the schedule is going to be.

---

Gerardo A. Interiano
7509 Bonniebrook Dr.
Austin, Texas 78735
281-814-9575
ginteriano@gmail.com

---

1

**From:**          Brown, Jennifer Y. [Jennifer.Y.Brown@mail.house.gov]
**Sent:**          Monday, November 08, 2010 7:26 AM
**To:**            Vinyard, Ashlee; 'ginteriano@gmail.com'
**Subject:**       Re: Schedule


Gl. The 29th is the day they r doing interviews for chairmanship. So not good day. Let me look this week and see if we can get better ideas. After leadership elections next week might know more

Jennifer Young Brown
Chief of Staff
Congressman Lamar Smith
2409 RHOB
Jennifer.Y.Brown@mail.house.gov


**From:** Vinyard, Ashlee
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>; Brown, Jennifer Y.
**Sent:** Mon Nov 08 08:16:13 2010
**Subject:** Re: Schedule

They already have. It is nov 15-19 and then nov 29 until business is finished.
Ashlee Vinyard
Congressman Lamar Smith
202-225-4236
Sent from my BlackBerry Wireless Handheld


**From:** Gerardo Interiano <ginteriano@gmail.com>
**To:** Brown, Jennifer Y.; Vinyard, Ashlee
**Sent:** Mon Nov 08 08:06:37 2010
**Subject:** Schedule

Will y'all let me know when they announce the lame duck schedule?  The members wants to come back to DC again and we were thinking about going up the second or third week of December but aren't sure of what the schedule is going to be.

Gerardo A. Interiano
7509 Bonniebrook Dr.
Austin, Texas 78735
281-814-9575
ginteriano@gmail.com

**From:**          Vinyard, Ashlee [Ashlee.Vinyard@mail.house.gov]
**Sent:**          Monday, November 08, 2010 7:27 AM
**To:**            Brown, Jennifer Y.; 'ginteriano@gmail.com'
**Subject:**       Re: Schedule

Oh sorry - I thought you wanted when it was scheduled. I didn't read the last part of your email. Probably won't know that until right before unfortunatley.

Ashlee Vinyard
Congressman Lamar Smith
202-225-4236
Sent from my BlackBerry Wireless Handheld

**From:** Brown, Jennifer Y.
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>; Vinyard, Ashlee
**Sent:** Mon Nov 08 08:24:31 2010
**Subject:** Re: Schedule

Will do we have received nothing as of yet.

Jennifer Young Brown
Chief of Staff
Congressman Lamar Smith
2409 RHOB
Jennifer.Y.Brown@mail.house.gov

**From:** Gerardo Interiano <ginteriano@gmail.com>
**To:** Brown, Jennifer Y.; Vinyard, Ashlee
**Sent:** Mon Nov 08 08:06:37 2010
**Subject:** Schedule

Will y'all let me know when they announce the lame duck schedule?  The members wants to come back to DC again and we were thinking about going up the second or third week of December but aren't sure of what the schedule is going to be.

Gerardo A. Interiano
7509 Bonniebrook Dr.
Austin, Texas 78735
281-814-9575
ginteriano@gmail.com

| | |
|---|---|
| **From:** | lamarsmith21@gmail.com |
| **Sent:** | Monday, January 10, 2011 10:28 PM |
| **To:** | Gerardo Interiano |
| **Subject:** | Re: DC |

All good ideas.
------Original Message------
From: Gerardo Interiano
To: Lamar Smith
Subject: DC
Sent: Jan 10, 2011 4:11 PM

Hope you had a good weekend!  Wanted to touch base with you before my trip to DC next week.
I'm going to touch base with Ashlee and see if I can get on your calendar for Thursday
afternoon just so that I can say hi.  Otherwise, I'm going to try to schedule meetings with
the three new Chiefs of Staff just so that I can introduce myself.
Otherwise, I was going to reach out to some of the Chiefs from the Members that we didnt meet
with last time and swing by.  Let me know what you think or if there are any offices that you
specifically want me to reach out to or stay away from.


Sent via BlackBerry by AT&T

| | |
|---|---|
| **From:** | Matt leffingwell [mleffingwell@gmail.com] |
| **Sent:** | Wednesday, January 12, 2011 2:41 PM |
| **To:** | ginteriano@gmail.com |
| **Subject:** | Rep. Kay Granger Question - Redistricting |

Gerardo,

Congratulations on your boss' victory. Congresswoman Granger had a question regarding reapportionment and I hear you are the right guy to ask. All of our information on redistricting has been coming from Kay so I am sure there are details that are lost when it gets to a staff level.

Her question is that she was told she needs to lose around 109,000 people to meet the new numbers which I understand to be around 701K per district. She was also told that if she were to lose Wise County (est. population 57K post 2010 census) that would meet the requirement. Losing Wise makes sense considering the current population of her district is 747,109. So my question is where did the 109,000 number come from? Is that even accurate? Any clarification would be a huge help.

Sincerely,

Matt Leffingwell
Deputy Chief of Staff
Congresswoman Kay Granger

**From:**        Gerardo Interiano [ginteriano@gmail.com]
**Sent:**        Wednesday, January 12, 2011 3:48 PM
**To:**          Matt leffingwell
**Subject:**     Re: Rep. Kay Granger Question - Redistricting


Matt, this might be easier to explain over the phone.  Feel free to give me a call at my
office 512-463-0697 or on my cell at 281-814-9575.

GI

On Wed, Jan 12, 2011 at 2:41 PM, Matt leffingwell <mleffingwell@gmail.com> wrote:
> Gerardo,
>
> Congratulations on your boss' victory. Congresswoman Granger had a
> question regarding reapportionment and I hear you are the right guy to
> ask. All of our information on redistricting has been coming from Kay
> so I am sure there are details that are lost when it gets to a staff level.
>
> Her question is that she was told she needs to lose around 109,000
> people to meet the new numbers which I understand to be around 701K
> per district. She was also told that if she were to lose Wise County
> (est. population 57K post 2010 census) that would meet the
> requirement. Losing Wise makes sense considering the current
> population of her district is 747,109. So my question is where did the
> 109,000 number come from? Is that even accurate? Any clarification would be a huge help.
>
> Sincerely,
>
> Matt Leffingwell
> Deputy Chief of Staff
> Congresswoman Kay Granger

| | |
|---|---|
| **From:** | Eric Opiela [eopiela@ericopiela.com] |
| **Sent:** | Thursday, January 13, 2011 10:20 AM |
| **To:** | Sarah Floerke |
| **Cc:** | Geraldo Interiano |
| **Subject:** | Re: Coffee next week |

I got you down for 2pm tomorrow.

EO

On Jan 13, 2011, at 9:49 AM, Sarah Floerke wrote:

Would it be possible to move coffee to tomorrow? I'm sorry guys!

From: ginteriano@gmail.com
To: eopiela@ericopiela.com
CC: sarahfloerke@hotmail.com
Subject: RE: Coffee next week
Date: Mon, 10 Jan 2011 07:33:52 -0600

Either works for me.

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Monday, January 10, 2011 7:15 AM
**To:** Gerardo Interiano
**Cc:** 'Sarah Floerke'
**Subject:** Re: Coffee next week

Sure.  How about 2 or 2:30?

EO

On Jan 10, 2011, at 6:29 AM, Gerardo Interiano wrote:

Thursday morning is the TPPF Policy event so I can't do it in the morning.  Could you guys do Thursday afternoon?

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Sunday, January 09, 2011 9:35 PM
**To:** Sarah Floerke
**Cc:** ginteriano@gmail.com
**Subject:** Re: Coffee next week

How about Thursday at 9?

We can meet up at 10th and Congress SBucks then walk back to the capitol or my office over in WGate.

EO

1

On Jan 9, 2011, at 8:03 PM, Sarah Floerke wrote:


Absolutely! What day works best for yall? Monday? Thursday?
If possible, I'd like to bring our policy person who will be helping on redistricting.
Thanks guys! See yall this week...Sarah


> From: eopiela@ericopiela.com
> Subject: Coffee next week
> Date: Fri, 7 Jan 2011 17:34:59 -0600
> CC: ginteriano@gmail.com
> To: sarahfloerke@hotmail.com
>
> Sarah-
>
> Are you free to do coffee any time next week (of course, after Tuesday)?
>
> I'm sure you know Gerardo Interiano, who's working House Redistricting for the Speaker; I wanted to get the two of
you together and chat, especially in your new role for the Governor.
>
> Thanks
>
> EO

2

**From:**          Eric Opiela [eopiela@ericopiela.com]
**Sent:**          Thursday, January 13, 2011 10:24 AM
**To:**            ginteriano@gmail.com
**Cc:**            Sarah Floerke
**Subject:**       Re: Coffee next week

It does for me.

EO


On Jan 13, 2011, at 10:21 AM, Gerardo Interiano wrote:


I can't do 2 pm. Would 3 work?

Sent via BlackBerry by AT&T

**From:** Eric Opiela <eopiela@ericopiela.com>
**Date:** Thu, 13 Jan 2011 10:19:37 -0600
**To:** Sarah Floerke<sarahfloerke@hotmail.com>
**Cc:** Geraldo Interiano<ginteriano@gmail.com>
**Subject:** Re: Coffee next week

I got you down for 2pm tomorrow.

EO

On Jan 13, 2011, at 9:49 AM, Sarah Floerke wrote:


Would it be possible to move coffee to tomorrow? I'm sorry guys!

From: ginteriano@gmail.com
To: eopiela@ericopiela.com
CC: sarahfloerke@hotmail.com
Subject: RE: Coffee next week
Date: Mon, 10 Jan 2011 07:33:52 -0600

Either works for me.

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Monday, January 10, 2011 7:15 AM
**To:** Gerardo Interiano
**Cc:** 'Sarah Floerke'
**Subject:** Re: Coffee next week

Sure.  How about 2 or 2:30?

1

EO


On Jan 10, 2011, at 6:29 AM, Gerardo Interiano wrote:


Thursday morning is the TPPF Policy event so I can't do it in the morning.  Could you guys do Thursday afternoon?

---

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Sunday, January 09, 2011 9:35 PM
**To:** Sarah Floerke
**Cc:** ginteriano@gmail.com
**Subject:** Re: Coffee next week

How about Thursday at 9?

We can meet up at 10th and Congress SBucks then walk back to the capitol or my office over in WGate.

EO


On Jan 9, 2011, at 8:03 PM, Sarah Floerke wrote:


Absolutely! What day works best for yall? Monday? Thursday?
If possible, I'd like to bring our policy person who will be helping on redistricting.
Thanks guys! See yall this week...Sarah


> From: eopiela@ericopiela.com
> Subject: Coffee next week
> Date: Fri, 7 Jan 2011 17:34:59 -0600
> CC: ginteriano@gmail.com
> To: sarahfloerke@hotmail.com
>
> Sarah-
>
> Are you free to do coffee any time next week (of course, after Tuesday)?
>
> I'm sure you know Gerardo Interiano, who's working House Redistricting for the Speaker; I wanted to get the two of you together and chat, especially in your new role for the Governor.
>
> Thanks
>
> EO

2

**From:**          sarahfloerke@hotmail.com
**Sent:**          Thursday, January 13, 2011 10:28 AM
**To:**            Eric Opiela; ginteriano@gmail.com
**Subject:**       Re: Coffee next week

3 works. Where?

Sent via BlackBerry by AT&T

---

**From:** Eric Opiela <eopiela@ericopiela.com>
**Date:** Thu, 13 Jan 2011 10:24:17 -0600
**To:** <ginteriano@gmail.com>
**Cc:** Sarah Floerke<sarahfloerke@hotmail.com>
**Subject:** Re: Coffee next week

It does for me.

EO


On Jan 13, 2011, at 10:21 AM, Gerardo Interiano wrote:


I can't do 2 pm. Would 3 work?

Sent via BlackBerry by AT&T

---

**From:** Eric Opiela <eopiela@ericopiela.com>
**Date:** Thu, 13 Jan 2011 10:19:37 -0600
**To:** Sarah Floerke<sarahfloerke@hotmail.com>
**Cc:** Geraldo Interiano<ginteriano@gmail.com>
**Subject:** Re: Coffee next week

I got you down for 2pm tomorrow.

EO

On Jan 13, 2011, at 9:49 AM, Sarah Floerke wrote:


Would it be possible to move coffee to tomorrow? I'm sorry guys!

---

From: ginteriano@gmail.com
To: eopiela@ericopiela.com
CC: sarahfloerke@hotmail.com

1

Subject: RE: Coffee next week
Date: Mon, 10 Jan 2011 07:33:52 -0600

Either works for me.

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Monday, January 10, 2011 7:15 AM
**To:** Gerardo Interiano
**Cc:** 'Sarah Floerke'
**Subject:** Re: Coffee next week

Sure.  How about 2 or 2:30?

EO


On Jan 10, 2011, at 6:29 AM, Gerardo Interiano wrote:


Thursday morning is the TPPF Policy event so I can't do it in the morning.  Could you guys do Thursday afternoon?

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Sunday, January 09, 2011 9:35 PM
**To:** Sarah Floerke
**Cc:** ginteriano@gmail.com
**Subject:** Re: Coffee next week

How about Thursday at 9?

We can meet up at 10th and Congress SBucks then walk back to the capitol or my office over in WGate.

EO


On Jan 9, 2011, at 8:03 PM, Sarah Floerke wrote:


Absolutely! What day works best for yall? Monday? Thursday?
If possible, I'd like to bring our policy person who will be helping on redistricting.
Thanks guys! See yall this week...Sarah


> From: eopiela@ericopiela.com
> Subject: Coffee next week
> Date: Fri, 7 Jan 2011 17:34:59 -0600
> CC: ginteriano@gmail.com
> To: sarahfloerke@hotmail.com
>
> Sarah-
>
> Are you free to do coffee any time next week (of course, after Tuesday)?
>
> I'm sure you know Gerardo Interiano, who's working House Redistricting for the Speaker; I wanted to get the two of you together and chat, especially in your new role for the Governor.
>
> Thanks

2

>
> EO

**From:**          Smith, CLS [CLS.Smith@mail.house.gov]
**Sent:**          Monday, April 04, 2011 6:57 PM
**To:**            'ginteriano@gmail.com'
**Cc:**            'dendav93@austin.rr.com'


Am told house working on st rep dists this week. Would like for speaker to keep as much
between 281 and 35 as possible, which is likely to coincide with a certain cong dist! Lamar

**From:**          Smith, CLS [CLS.Smith@mail.house.gov]
**Sent:**          Monday, April 04, 2011 7:52 PM
**To:**            'ginteriano@gmail.com'
**Subject:**       Re:


Just today got final decisions on last two members dists so going forward.

----- Original Message -----
From: Gerardo Interiano <ginteriano@gmail.com>
To: Smith, CLS
Cc: dendav93@austin.rr.com <dendav93@austin.rr.com>
Sent: Mon Apr 04 20:40:28 2011
Subject: Re:

Think that's a safe bet! Hope all I going well.

Sent from my iPhone

On Apr 4, 2011, at 6:57 PM, "Smith, CLS" <CLS.Smith@mail.house.gov> wrote:

> Am told house working on st rep dists this week. Would like for speaker to keep as much
between 281 and 35 as possible, which is likely to coincide with a certain cong dist! Lamar

1

**From:**       Smith, CLS [CLS.Smith@mail.house.gov]
**Sent:**       Monday, April 04, 2011 9:48 PM
**To:**         'ginteriano@gmail.com'

G- who was most responsible for aaron pena switch?  Also EO just told me u said we wld be
finished by thurs. No way. I have to talk to 23 members again. And we still haven't settled
all members. Suspect we will be talking soon tho about how to roll out.  Also was thinking we
shd wait to give map until I cld explain personally during break week after next. Any
thoughts? L

**From:**          Ashlee Vinyard [avinyard1@gmail.com]
**Sent:**          Tuesday, April 05, 2011 3:40 PM
**To:**            Gerardo Interiano
**Subject:**       Fwd: FW:
**Attachments:**   20110405161822763.pdf

Please see attached. It is confidential from Lamar.

*CONFIDENTIAL — LET'S DISCUSS BEFORE YOU SHOW ANYONE*

### Redistricting Proposal

*Lamar*

- Maintains the core of current districts unless requested otherwise

- Strives to be fair and reflect the changing demographics of Texas

- Creates four new districts as allowed by the census results

   1. One new likely Republican district in East Texas

   2. One new likely Republican district in South Texas

   3. One new Voting Rights Act district in South Texas that leans Republican

   4. One new Voting Rights Act district in the Dallas-Ft. Worth area

- Results in 25 congressional districts that lean Republican and 11 that lean Democratic