**From:** Santucci, Gina [Gina.Santucci@mail.house.gov]
**Sent:** Tuesday, June 14, 2011 6:39 AM
**To:** 'ginteriano@gmail.com'
**Subject:** Re: Re:

Good Morning-

I'm meeting w/ Doug this morning. What is the latest time I can get back to you?

**From:** Santucci, Gina
**Sent:** Monday, June 13, 2011 11:14 PM
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>
**Subject:** Re: Re:

Spoke to Doug finally. He's going to speak to Kevin and get back to me late tonight or early AM. I will update you once I hear back.

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Monday, June 13, 2011 08:36 PM
**To:** Santucci, Gina
**Subject:** Re: Re:

Sounds good. Thanks for the heads up.

Sent from my iPhone

On Jun 13, 2011, at 7:14 PM, "Santucci, Gina" <Gina.Santucci@mail.house.gov> wrote:

> I will get back to you later tonight. Waiting to speak to Brady's Chief.
>
> **From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
> **Sent:** Monday, June 13, 2011 07:41 PM
> **To:** Santucci, Gina
> **Subject:**
>
> will you call me asap...281-814-9575 or 512-463-0697

1

**From:** lamarsmith21@gmail.com
**Sent:** Tuesday, June 14, 2011 7:18 AM
**To:** Gerardo Interiano
**Subject:** Re: okay....this has to stop.

Great. Tks. Do u kno how 23 performs.
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Gerardo Interiano" <ginteriano@gmail.com>
Date: Tue, 14 Jun 2011 06:59:50
To: <lamarsmith21@gmail.com>; 'Eric Opiela'<eopiela@ericopiela.com>; 'Jennifer Brown'<Jennifer.Y.Brown@mail.house.gov>
Subject: RE: okay....this has to stop.

I'll make sure to pass this along to the Chairman this morning.  In re to CD20, it's actually at 56.3 and it performs 10/10 so it's a definite improvement from where we were and there is no reason to be concerned in that regard.  I'll keep you all posted this morning on any changes.

-----Original Message-----
From: lamarsmith21@gmail.com [mailto:lamarsmith21@gmail.com]
Sent: Monday, June 13, 2011 10:40 PM
To: Eric Opiela; Jennifer Brown
Cc: Gerardo Interiano
Subject: Re: okay....this has to stop.

Just had long talk w harvey hildebran who called me back. He did not know about the solomon amend and when I explained it took cd 20 back to benchmark and increased hispanics in cd 23 he said he wld study it and barton map and might not offer barton. Said purpose of barton was to improve cd 20. He also did not kno barton wld make a lot of del unhappy and hurt canseco and took three incumbents below 55 mccain so he said he wld study solomon amend tonite before making a decision.  Think if burt called him and explained his amend hh wld not offer his.
Sent via BlackBerry by AT&T

-----Original Message-----
From: Eric Opiela <eopiela@ericopiela.com>
Date: Mon, 13 Jun 2011 22:29:06
To: Brown, Jennifer Y.<Jennifer.Y.Brown@mail.house.gov>
Cc: 'lamarsmith21@gmail.com'<lamarsmith21@gmail.com>
Subject: Re: okay....this has to stop.

Not that we don't have enough to worry about, as I was making my way through all the reports for each district I finally got to the Solomons amendment.
Makes me want to shoot through the roof.  I didn't go through all of this for nothing today. I got the stats in CD 20 to benchmark, 58.1 SSVR, etc.
just to have them drop it back down to 55.6.  I had a voice wondering in the back of my head how they were able to find enough Hispanics to jack Quico up from 52.8 to 54.1.  I knew they couldn't do it alone with just 10k more in Maverick.  They stole them from CD 20.  This was the whole point behind this exercise.  I gave them the tools to fix this, and it was used for this.  I'm tempted to try to get someone to offer what I gave them as an amendment to Solomons amendment, but know that will blow things up.

1

Congress420

Urrrgh!

EO

Congress421

**From:** Santucci, Gina [Gina.Santucci@mail.house.gov]
**Sent:** Tuesday, June 14, 2011 9:02 AM
**To:** 'ginteriano@gmail.com'
**Subject:** Re: Re:

Calling you now.

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Tuesday, June 14, 2011 07:56 AM
**To:** Santucci, Gina
**Subject:** RE: Re:

Sounds good...just keep me posted.

**From:** Santucci, Gina [mailto:Gina.Santucci@mail.house.gov]
**Sent:** Tuesday, June 14, 2011 6:39 AM
**To:** 'ginteriano@gmail.com'
**Subject:** Re: Re:

Good Morning-

I'm meeting w/ Doug this morning. What is the latest time I can get back to you?

**From:** Santucci, Gina
**Sent:** Monday, June 13, 2011 11:14 PM
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>
**Subject:** Re: Re:

Spoke to Doug finally. He's going to speak to Kevin and get back to me late tonight or early AM. I will update you once I hear back.

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Monday, June 13, 2011 08:36 PM
**To:** Santucci, Gina
**Subject:** Re: Re:

Sounds good. Thanks for the heads up.

Sent from my iPhone

On Jun 13, 2011, at 7:14 PM, "Santucci, Gina" <Gina.Santucci@mail.house.gov> wrote:

> I will get back to you later tonight. Waiting to speak to Brady's Chief.
>
> **From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
> **Sent:** Monday, June 13, 2011 07:41 PM
> **To:** Santucci, Gina
> **Subject:**
>
> will you call me asap...281-814-9575 or 512-463-0697

1

Congress422

**From:** Santucci, Gina [Gina.Santucci@mail.house.gov]
**Sent:** Tuesday, June 14, 2011 9:13 AM
**To:** 'ginteriano@gmail.com'
**Subject:** Re: Re:

What is latest we can get back to you? Doug had to take mtg and we are speaking again after

**From:** Santucci, Gina
**Sent:** Tuesday, June 14, 2011 10:02 AM
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>
**Subject:** Re: Re:

Calling you now.

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Tuesday, June 14, 2011 07:56 AM
**To:** Santucci, Gina
**Subject:** RE: Re:

Sounds good...just keep me posted.

**From:** Santucci, Gina [mailto:Gina.Santucci@mail.house.gov]
**Sent:** Tuesday, June 14, 2011 6:39 AM
**To:** 'ginteriano@gmail.com'
**Subject:** Re: Re:

Good Morning-

I'm meeting w/ Doug this morning. What is the latest time I can get back to you?

**From:** Santucci, Gina
**Sent:** Monday, June 13, 2011 11:14 PM
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>
**Subject:** Re: Re:

Spoke to Doug finally. He's going to speak to Kevin and get back to me late tonight or early AM. I will update you once I hear back.

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Monday, June 13, 2011 08:36 PM
**To:** Santucci, Gina
**Subject:** Re: Re:

Sounds good. Thanks for the heads up.

Sent from my iPhone

On Jun 13, 2011, at 7:14 PM, "Santucci, Gina" <Gina.Santucci@mail.house.gov> wrote:

1

I will get back to you later tonight. Waiting to speak to Brady's Chief.

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Monday, June 13, 2011 07:41 PM
**To:** Santucci, Gina
**Subject:**

will you call me asap...281-814-9575 or 512-463-0697

2

**From:** Gerardo Interiano [ginteriano@gmail.com]
**Sent:** Tuesday, June 14, 2011 9:15 AM
**To:** Santucci, Gina
**Subject:** Re: Re:

ideally 10 am, which is when we are going on the floor. But realistically, until it's time for her to offer the amendment and with enough time for her to draft an amendment to the amendment. hope that makes sense.

On Tue, Jun 14, 2011 at 9:13 AM, Santucci, Gina <Gina.Santucci@mail.house.gov> wrote:
What is latest we can get back to you? Doug had to take mtg and we are speaking again after

**From:** Santucci, Gina
**Sent:** Tuesday, June 14, 2011 10:02 AM
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>
**Subject:** Re: Re:

Calling you now.

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Tuesday, June 14, 2011 07:56 AM
**To:** Santucci, Gina
**Subject:** RE: Re:

Sounds good...just keep me posted.

**From:** Santucci, Gina [mailto:Gina.Santucci@mail.house.gov]
**Sent:** Tuesday, June 14, 2011 6:39 AM
**To:** 'ginteriano@gmail.com'
**Subject:** Re: Re:

Good Morning-

I'm meeting w/ Doug this morning. What is the latest time I can get back to you?

**From:** Santucci, Gina
**Sent:** Monday, June 13, 2011 11:14 PM
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>
**Subject:** Re: Re:

Spoke to Doug finally. He's going to speak to Kevin and get back to me late tonight or early AM. I will update you once I hear back.

**From**: Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent**: Monday, June 13, 2011 08:36 PM
**To**: Santucci, Gina
**Subject**: Re: Re:

Sounds good. Thanks for the heads up.

Sent from my iPhone

On Jun 13, 2011, at 7:14 PM, "Santucci, Gina" <Gina.Santucci@mail.house.gov> wrote:

> I will get back to you later tonight. Waiting to speak to Brady's Chief.
>
> **From**: Gerardo Interiano [mailto:ginteriano@gmail.com]
> **Sent**: Monday, June 13, 2011 07:41 PM
> **To**: Santucci, Gina
> **Subject**:
>
> will you call me asap...281-814-9575 or 512-463-0697

**From:** Santucci, Gina [Gina.Santucci@mail.house.gov]
**Sent:** Tuesday, June 14, 2011 9:59 AM
**To:** Gerardo Interiano
**Subject:** RE: Re:

Spoke to Doug, but no progress yet. Trying to get back to you soon

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Tuesday, June 14, 2011 10:15 AM
**To:** Santucci, Gina
**Subject:** Re: Re:

ideally 10 am, which is when we are going on the floor. But realistically, until it's time for her to offer the amendment and with enough time for her to draft an amendment to the amendment. hope that makes sense.

On Tue, Jun 14, 2011 at 9:13 AM, Santucci, Gina <Gina.Santucci@mail.house.gov> wrote:
What is latest we can get back to you? Doug had to take mtg and we are speaking again after

**From:** Santucci, Gina
**Sent:** Tuesday, June 14, 2011 10:02 AM
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>
**Subject:** Re: Re:

Calling you now.

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Tuesday, June 14, 2011 07:56 AM
**To:** Santucci, Gina
**Subject:** RE: Re:

Sounds good...just keep me posted.

**From:** Santucci, Gina [mailto:Gina.Santucci@mail.house.gov]
**Sent:** Tuesday, June 14, 2011 6:39 AM
**To:** 'ginteriano@gmail.com'
**Subject:** Re: Re:

Good Morning-

I'm meeting w/ Doug this morning. What is the latest time I can get back to you?

**From:** Santucci, Gina
**Sent:** Monday, June 13, 2011 11:14 PM
**To:** 'ginteriano@gmail.com' <ginteriano@gmail.com>

Congress427

**Subject**: Re: Re:

Spoke to Doug finally. He's going to speak to Kevin and get back to me late tonight or early AM. I will update you once I hear back.

---

**From**: Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent**: Monday, June 13, 2011 08:36 PM
**To**: Santucci, Gina
**Subject**: Re: Re:

Sounds good. Thanks for the heads up.

Sent from my iPhone

On Jun 13, 2011, at 7:14 PM, "Santucci, Gina" <Gina.Santucci@mail.house.gov> wrote:

> I will get back to you later tonight. Waiting to speak to Brady's Chief.
>
> ---
>
> **From**: Gerardo Interiano [mailto:ginteriano@gmail.com]
> **Sent**: Monday, June 13, 2011 07:41 PM
> **To**: Santucci, Gina
> **Subject**:
>
> will you call me asap...281-814-9575 or 512-463-0697

Congress428

**From:** Santucci, Gina [Gina.Santucci@mail.house.gov]
**Sent:** Monday, June 13, 2011 10:14 PM
**To:** 'ginteriano@gmail.com'
**Subject:** Re: Re:

Spoke to Doug finally. He's going to speak to Kevin and get back to me late tonight or early AM. I will update you once I hear back.

**From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
**Sent:** Monday, June 13, 2011 08:36 PM
**To:** Santucci, Gina
**Subject:** Re: Re:

Sounds good. Thanks for the heads up.

Sent from my iPhone

On Jun 13, 2011, at 7:14 PM, "Santucci, Gina" <Gina.Santucci@mail.house.gov> wrote:

> I will get back to you later tonight. Waiting to speak to Brady's Chief.
>
> **From:** Gerardo Interiano [mailto:ginteriano@gmail.com]
> **Sent:** Monday, June 13, 2011 07:41 PM
> **To:** Santucci, Gina
> **Subject:**
>
> will you call me asap...281-814-9575 or 512-463-0697

1

Congress429

**From:** Santucci, Gina [Gina.Santucci@mail.house.gov]
**Sent:** Friday, January 14, 2011 11:04 AM
**To:** Gerardo Interiano
**Subject:** FW: intro

Gerardo,

Hope you are well. Please let me know if you're available to meet briefly while you're in DC next week. It would be great to meet you in-person and introduce myself. I look forward to working with you.

Best regards,
Gina

**From:** Morehouse, Jeff
**Sent:** Thursday, January 13, 2011 9:33 PM
**To:** gerardo.interiano@speaker.state.tx.us
**Cc:** Santucci, Gina
**Subject:** intro

Gerardo,

I hope the first week of session is going well.

I wanted to introduce you to Congressman Ted Poe's new Chief, Gina. She's a Hill vet, but new to the Chief post like a few of us in the TX delegation.

Hopefully, you can sit down with her when you are in town next week.

Jeff

Jeff Morehouse
Chief of Staff
Congressman Bill Flores
202-225-6105
www.flores.house.gov

1

Congress430

**From:** Santucci, Gina [Gina.Santucci@mail.house.gov]
**Sent:** Friday, January 14, 2011 12:36 PM
**To:** Gerardo Interiano
**Subject:** RE: intro

Hi Gerardo,

Yes, 8:45am next Friday works great for me. Do you want to meet in our office at 430 Cannon HOB or perhaps the Capitol Hill Club? I look forward to meeting you and working with you.

Best,
Gina

**From:** Gerardo Interiano [mailto:Gerardo.Interiano@speaker.state.tx.us]
**Sent:** Friday, January 14, 2011 1:10 PM
**To:** Morehouse, Jeff
**Cc:** Santucci, Gina
**Subject:** RE: intro

Jeff, thanks for the introduction!

Gina, I look forward to working with you. Could you do 8:45 AM on Friday the 21st? Let me know if that works for you.

Best,

Gerardo

Gerardo A. Interiano
Counsel to the Speaker
Office of Speaker Joe Straus
512-463-0921
gerardo.interiano@speaker.state.tx.us

**From:** Morehouse, Jeff [mailto:Jeff.Morehouse@mail.house.gov]
**Sent:** Thursday, January 13, 2011 8:33 PM
**To:** Gerardo Interiano
**Cc:** Santucci, Gina
**Subject:** intro

Gerardo,

I hope the first week of session is going well.

I wanted to introduce you to Congressman Ted Poe's new Chief, Gina. She's a Hill vet, but new to the Chief post like a few of us in the TX delegation.

Hopefully, you can sit down with her when you are in town next week.

Jeff

Jeff Morehouse
Chief of Staff
Congressman Bill Flores
202-225-6105
www.flores.house.gov

Congress432