**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SHANNON PEREZ, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 11-CA-360-OLG-JES-XR |
| STATE OF TEXAS, et al., | § | [Lead Case] |
| Defendants. | § | |

| | | |
|---|---|---|
| MEXICAN AMERICAN | § | |
| LEGISLATIVE CAUCUS, TEXAS | § | |
| HOUSE OF REPRESENTATIVES, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| v. | § | SA-11-CA-361-OLG-JES-XR |
| | § | [Consolidated Case] |
| STATE OF TEXAS, et al., | § | |
| Defendants. | § | |
| | § | |

| | | |
|---|---|---|
| TEXAS LATINO REDISTRICTING | § | |
| TASK FORCE, et al., | § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| v. | § | SA-11-CA-490-OLG-JES-XR |
| | § | [Consolidated Case] |
| RICK PERRY, | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| MARGARITA V. QUESADA, et al., | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | SA-11-CA-592-OLG-JES-XR |
| RICK PERRY, et al., | § | [Consolidated Case] |
| Defendants. | § | |

| JOHN T. MORRIS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | SA-11-CA-615-OLG-JES-XR |
| STATE OF TEXAS, et al., | § | [Consolidated Case] |
| Defendants. | § | |

_____

| EDDIE RODRIGUEZ, et al., | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | SA-11-CA-635-OLG-JES-XR |
| RICK PERRY, et al., | § | [Consolidated Case] |
| Defendants. | § | |

### CONGRESSPERSONS LAMAR SMITH, JOE BARTON, LOUIS GOHMERT, TED POE, SAMUEL JOHNSON, RALPH HALL, JEB HENSARLING, JOHN CULBERSON, KEVIN BRADY, MICHAEL MCCAUL, MICHAEL CONAWAY, KAY GRANGER, WILLIAM THORNBERRY, RONALD PAUL, BILL FLORES, RANDY NEUGEBAUER, PETE OLSON, FRANCISCO CANSECO, KENNY MARCHANT, MICHAEL BURGESS, BLAKE FARENTHOLD, JOHN CARTER and PETE SESSIONS' PRIVILEGE LOG

NOW COME Congresspersons Lamar Smith, Joe Barton, Louis Gohmert, Ted Poe, Samuel Johnson, Ralph Hall, Jeb Hensarling, John Culberson, Kevin Brady, Michael McCaul, Michael Conaway, Kay Granger, William Thornberry, Ronald Paul, Bill Flores, Randy Neugebauer, Pete Olson, Francisco Canseco, Kenny Marchant, Michael Burgess, Blake Farenthold, John Carter, and Pete Sessions (collectively, "Movants"), non-parties to the above consolidated cases, and pursuant to the Court's Order (Doc. # 119) and FED. R. CIV. P. 26(b)(5), hereby file this Privilege Log in connection with their Motion for Non-Disclosure (Doc. # 116), as follows:

I.

MOVANTS' PRIVILEGE LOG

| Bates Range | Date | Total Pages | Author | Addressee/ | Description | Assertion |
|---|---|---|---|---|---|---|

| | | | | Recipient | | |
|---|---|---|---|---|---|---|
| Congress001 | 5/6/11 | 1 | Congressman Lamar Smith | Doug Davis, Counsel for Senate Redistricting Committee ("Doug Davis") | E-mail re: scheduling | U.S. Constitution Speech and Debate Clause Privilege ("Congressional Privilege") |
| Congress002-003 | 6/23/11 | 2 | Congressman Lamar Smith | Doug Davis | E-mail re: redistricting process | Congressional Privilege |
| Congress004-007 | 6/2/11 | 4 | Eric Opiela, Counsel for Congresspersons Smith, Barton, Gohmert, Poe, Johnson, Hall, Hensarling, Culberson, Brady, McCaul, Conaway, Granger, Thornberry, Paul, Flores, Neugebauer, Olson, Canseco, Marchant, Burgess, Farenthold, Carter, Pete Sessions ("Eric Opiela") | Congressman Lamar Smith, Gerardo Interiano, Counsel for Speaker Straus ("Gerardo Interiano"), Doug Davis, Jennifer Brown, Chief of Staff for Congressman Smith ("Jennifer Brown") | Email-Solely consisting of forwarded email from Nina Perales to unknown individuals | None |
| Congress008-011 | 6/23/11 | 3 | Doug Davis | Eric Opiela | Email re: redistricting political | None |
| Congress012 | 1/28/11 | 1 | Doug Davis | Eric Opiela | Email re: scheduling | None |
| Congress013 | 1/27/11 | 1 | Doug Davis | Eric Opiela | Email re: scheduling | None |

| Congress012 | 1/27/11 | 1 | Doug Davis | Eric Opiela | Email re: scheduling | None |
|---|---|---|---|---|---|---|
| Congress015-017 | 1/10/11 | 3 | Doug Davis | Eric Opiela, Gerardo Interiano | Email re: scheduling | None |
| Congress018-019 | 1/10/11 | 2 | Doug Davis | Eric Opiela, Gerardo Interiano | Email re: scheduling | None |
| Congress020 | 1/07/11 | 1 | Doug Davis | Eric Opiela, Gerardo Interiano | Email re: scheduling | None |
| Congress021-027 | None | 7 | Lamar Smith | Doug Davis | Confidential Proposed Map, Cover Letter and Statistics | Congressional Privilege |
| Congress028-029 | 10/7/10 | 2 | Gerardo Interiano | Congressman Lamar Smith | Email re: redistricting data | None[1] |
| Congress030-031 | 10/14/10 | 2 | Gerardo Interiano | Congressman Lamar Smith, Jennifer Brown | Email re: redistricting data and attorney | None[1] |
| Congress032-033 | 12/16/10 | 2 | Eric Opiela | Gerardo Interiano, Congressman Lamar Smith, Doug Davis, Mike Hull | Email-solely consisting of link to New York Times Census Application | None |
| Congress034-042 | 10/17/10 | 9 | Eric Opiela | Congressman Lamar Smith, Gerardo | Email-solely consisting of forwarded third party blog post/maps found | None |

[1] Movants assert Congressional Privilege as to correspondence from congressional actor to legislative actor included below substantive message as part of the "message replied to," and ask the court to order that the portion of the message to which Congressional Privilege applies be redacted.

| | | | | Interiano | on Swing State Project | |
|---|---|---|---|---|---|---|
| Congress043-046 | 12/20/10 | 4 | Eric Opiela | Gerardo Interiano | Email-solely consisting of forwarded third party blog post/map from GregsOpinion.com | None |
| Congress047-048 | 12/21/10 | 2 | Eric Opiela | Gerardo Interiano, Doug Davis | Email-solely consisting of Census Reapportionment Data Released | None |
| Congress049-051 | 12/21/10 | 3 | Eric Opiela | Gerardo Interiano | Email-Census Reapportionment Data | None |
| Congress052-054 | 12/23/10 | 3 | Eric Opiela | Congressman Lamar Smith, Gerardo Interiano | Email-consisting of forwarded third party blog post/map from GregsOpinion.com | None |
| Congress055-056 | 12/24/10 | 2 | Eric Opiela | Gerardo Interiano, Doug Davis | Email-solely consisting of link to third party New York Times Post | None |
| Congress057-059 | 1/4/11 | 3 | Eric Opiela | Congressman Lamar Smith, Gerardo Interiano, Doug Davis | Email-solely consisting of forwarded HotlineOnCall.com article | None |
| Congress060-062 | 1/9/11 | 3 | Eric Opiela | Congressman Lamar Smith, Gerardo Interiano, Doug Davis | Email-solely consisting of forwarded Brownsville Herald Article | None |
| Congress063- | 1/9/11 | 3 | Eric Opiela | Congressman | Email-solely | None |

| | | | | Lamar Smith, Gerardo Interiano, Doug Davis | consisting of forwarded Midland Reporter-Telegram Article | |
|---|---|---|---|---|---|---|
| 066 | | | | | | |
| Congress067-086 | 1/14/11 | 19 | Eric Opiela | Congressman Lamar Smith, Gerardo Interiano, | Email and Attachment re: redistricting litigation | Congressional Privilege, Attorney-Client Privilege |
| Congress087-088 | 1/14/11 | 2 | Eric Opiela | Congressman Lamar Smith, Gerardo Interiano, | Email-solely consisting of forwarded Associated Press Article | None |
| Congress089-090 | 1/18/211 | 2 | Gerardo Interiano | Jennifer Brown, Eric Opiela | Email re: scheduling | None |
| Congress091-092 | 1/18/11 | 3 | Eric Opiela | Jennifer Brown, Gerardo Interiano | Email re: scheduling | Congressional Privilege, Attorney Client Privilege |
| Congress093-095 | 1/18/11 | 3 | Jennifer Brown | Gerardo Interiano, Eric Opiela | Email re: scheduling | Congressional Privilege, Attorney Client Privilege |
| Congress096-097 | 1/19/11 | 3 | Eric Opiela | Jennifer Brown, Gerardo Interiano | Email re: scheduling | Congressional Privilege, Attorney Client Privilege |
| Congress098-099 | 1/19/11 | 3 | Gerardo Interiano | Eric Opiela | Email re: scheduling | None[1] |
| Congress100-101 | 1/19/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress102-103 | 1/19/11 | 2 | Gerardo Interiano | Eric Opiela | Email re: scheduling | None[1] |

| Congress104-106 | 1/19/11 | 3 | Jennifer Brown | Eric Opiela, Gerardo Interiano | Email re: scheduling | Congressional Privilege, Attorney Client Privilege |
| Congress107-108 | 1/19/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: meeting | Congressional Privilege |
| Congress109-110 | 1/19/11 | 2 | Gerardo Interiano | Eric Opiela | Email re: travel scheduling | None[1] |
| Congress111-112 | 1/19/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: travel | Congressional Privilege |
| Congress113-114 | 1/20/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: redistricting data | Congressional Privilege |
| Congress115-116 | 1/23/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: redistricting conference session notes | Congressional Privilege |
| Congress117-118 | 1/23/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: redistricting conference session notes | Congressional Privilege |
| Congress119-125 | 1/28/11 | 6 | Eric Opiela | Gerardo Interiano, Congressman Lamar Smith, Jennifer Brown | Email-solely consisting of forwarded Austin Chronicle Article | None |
| Congress126-128 | 2/10/11 | 3 | Eric Opiela | Gerardo Interiano | Email re: redistricting attorney | Congressional Privilege |
| Congress129-131 | 2/10/11 | 3 | Eric Opiela | Gerardo Interiano | Email re: redistricting attorney | Congressional Privilege |
| Congress132-135 | 2/10/11 | 4 | Eric Opiela | Gerardo Interiano | Email re: redistricting committee | Congressional Privilege |

| | | | | | | |
|---|---|---|---|---|---|---|
| Congress136-138 | 2/10/11 | 3 | Gerardo Interiano | Eric Opiela | Email re: redistricting committee | None[1] |
| Congress139-141 | 2/10/11 | 3 | Eric Opiela | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress142-145 | 2/10/11 | 3 | Gerardo Interiano | Eric Opiela | Email re: scheduling | None[1] |
| Congress146-154 | 2/15/11 | 8 | Eric Opiela | Gerardo Interiano, Congressman Lamar Smith, Doug Davis | Email-Solely consisting of forwarded email and attachment from Nina Perales to redistrict-l listserv | None |
| Congress155-157 | 2/25/11 | 3 | Eric Opiela | Gerardo Interiano, Congressman Lamar Smith, Jennifer Brown | Email-Solely consisting of third party Amarillo Globe News blog post | None |
| Congress158-168 | 3/19/11 | 10 | Eric Opiela | Congressman Lamar Smith, Gerardo Interiano, Jennifer Brown, Doug Davis | Email-solely consisting of forwarded third party blog post/maps found on Swing State Project | None |
| Congress169-171 | 3/20/11 | 3 | Eric Opiela | Congressman Lamar Smith, Gerardo Interiano, Jennifer Brown, Doug Davis | Email-solely consisting of forwarded third party blog post/maps found on Swing State Project | None |
| Congress172- | 4/2/11 | 2 | Eric Opiela | Congressman Lamar | Email-solely consisting of | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| 173 | | | | Smith, Gerardo Interiano | forwarded third party video from Latino Redistricting Summit | |
| Congress174-175 | 4/3/11 | 2 | Denise Davis, Chief of Staff Speaker Straus ("Denise Davis") | Congressman Lamar Smith, Jennifer Brown, Eric Opiela | Email re: redistricting legal assistance | None[1] |
| Congress176-179 | 4/4/11 | 4 | Eric Opiela | Gerardo Interiano | Email-solely consisting of forwarded Politico article | None |
| Congress180-181 | 4/9/11 | 2 | Denise Davis | Eric Opiela | Email re: scheduling | None[1] |
| Congress182-183 | 4/22/11 | 2 | Eric Opiela | Gerardo Interiano, Denise Davis | Email re: redistricting data-state house plan | Congressional Privilege |
| Congress184-191 | 4/22/11 | 8 | Gerardo Interiano | Eric Opiela | Email and Attachment re: redistricting data-state house plan | None[1] |
| Congress192-194 | 4/22/11 | 3 | Eric Opiela | Gerardo Interiano | Email re: redistricting data-state house plan | Congressional Privilege |
| Congress195-197 | 4/22/11 | 3 | Gerardo Interiano | Eric Opiela | Email re: redistricting data-state house plan | None[1] |
| Congress198-200 | 4/22/11 | 3 | Eric Opiela | Gerardo Interiano | Email re: redistricting data-state house plan | Congressional Privilege |
| Congress201-203 | 4/22/11 | 3 | Gerardo Interiano | Eric Opiela | Email re: redistricting data-state house plan | None[1] |

| Congress204-206 | 4/22/11 | 3 | Eric Opiela | Gerardo Interiano | Email re: redistricting data-state house plan | Congressional Privilege |
|---|---|---|---|---|---|---|
| Congress207-208 | 5/30/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege and Attorney Client Privilege |
| Congress209-210 | 5/30/11 | 2 | Congressman Lamar Smith | Eric Opiela Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress211-212 | 5/30/11 | 2 | Eric Opiela | Congressman Lamar Smith, Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress213-215 | 5/31/11 | 3 | Eric Opiela, Counsel for Congressman Kenny Marchant | Gerardo Interiano, Ryan Downton, Counsel for House Redistricting Committee ("Ryan Downton"), Congressman Lamar Smith | Email re: congressional district configuration | Congressional Privilege |
| Congress216-217 | 5/31/11 | 2 | Eric Opiela, Counsel for Congressman Lamar Smith | Gerardo Interiano | Email and Attachments re: Congressional redistricting plan statistics | Congressional Privilege |
| Congress218-219 | 5/31/11 | 2 | Eric Opiela | Congressman Lamar Smith, Jennifer Brown, Gerardo | Email solely consisting of Nina Perales quote from Houston Chronicle | None |

| | | | | Interiano | | |
|---|---|---|---|---|---|---|
| Congress220-221 | 5/31/11 | 2 | Congressman Lamar Smith | Eric Opiela, Jennifer Brown, Gerardo Interiano | Email re: congressional redistricting plan quote | Congressional Privilege |
| Congress222-223 | 6/1/11 | 2 | Congressman Lamar Smith | Eric Opiela, Jennifer Brown, Gerardo Interiano | Email re: National Journal article | Congressional Privilege |
| Congress224-225 | 6/1/11 | 2 | Congressman Lamar Smith | Eric Opiela, Jennifer Brown, Gerardo Interiano | Email re: congressional redistricting quote | Congressional Privilege |
| Congress226-227 | 6/1/11 | 2 | Congressman Lamar Smith | Eric Opiela, Jennifer Brown, Gerardo Interiano | Email re: National Journal article | Congressional Privilege |
| Congress228-230 | 6/1/11 | 3 | Eric Opiela | Jennifer Brown, Gerardo Interiano | Email re: National Journal article | Congressional Privilege |
| Congress231-234 | 6/1/11 | 4 | Eric Opiela | Congressman Lamar Smith, Eric Opiela, Jennifer Brown, Gerardo Interiano | Email and Attachment re: congressional plan statistics | Congressional Privilege and Attorney Client Privilege |
| Congress235-237 | 6/1/11 | 3 | Gerardo Interiano | Eric Opiela, Jennifer Brown | Email re: National Journal article | None[1] |
| Congress238-239 | 6/2/11 | 2 | Eric Opiela | Gordon Johnson, | Email and MP3 attachment re: | Congressional Privilege |

| | | | | Counsel for Speaker Straus ("Gordon Johnson"), Denise Davis, Jennifer Brown, Gerardo Interiano | congressional alternative plan and radio interview of Cong. Doggett | |
|---|---|---|---|---|---|---|
| Congress240-241 | 6/2/11 | 2 | Eric Opiela | Ryan Downton, Doug Davis, Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress242-243 | 6/2/11 | 2 | Eric Opiela, Counsel for Congressman Kevin Brady | Doug Davis, Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress244-245 | 6/2/11 | 2 | Eric Opiela, Counsel for Congressman Lamar Smith | Gerardo Interiano | Email re: congressional redistricting plan statistics | Congressional Privilege |
| Congress246-247 | 6/2/11 | 2 | Gerardo Interiano | Eric Opiela, | Email re: congressional redistricting plan statistics | None[1] |
| Congress248-249 | 6/2/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: congressional redistricting plan statistics | Congressional Privilege |
| Congress250-251 | 6/2/11 | 2 | Ryan Downton | Eric Opiela, Gerardo Interiano, Doug Davis | Email re: congressional district configuration | None[1] |
| Congress252-253 | 6/2/11 | 2 | Eric Opiela | Ryan Downton, Gerardo | Email re: congressional district | Congressional Privilege |

| | | | | Interiano | configuration | |
|---|---|---|---|---|---|---|
| Congress254-260 | 6/3/11 | 7 | Gerardo Interiano | Eric Opiela | Email and attachments re: congressional redistricting plan statistics | None[1] |
| Congress261-262 | 6/3/11 | 2 | Gerardo Interiano | Eric Opiela, Ryan Downton | Email re: congressional district configuration | None[1] |
| Congress263-264 | 6/3/11 | 2 | Eric Opiela | Gerardo Interiano, Ryan Downton | Email re: congressional district configuration | Congressional Privilege |
| Congress265-266 | 6/4/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: congressional redistricting plan statistical analysis | Congressional Privilege |
| Congress267-268 | 6/7/11 | 2 | Eric Opiela | Gerardo Interiano, Ryan Downton | Email and attachment re: alternate congressional plan | Congressional Privilege |
| Congress269-270 | 6/8/11 | 2 | Eric Opiela | Congressman Lamar Smith, Ryan Downton, Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress271-272 | 6/8/11 | 2 | Ryan Downton | Eric Opiela, Gerardo Interiano, Congressman Lamar Smith | Email re: congressional district configuration | None[1] |
| Congress273-274 | 6/8/11 | 2 | Ryan Downton | Eric Opiela, Gerardo Interiano, Congressman Lamar Smith | Email re: congressional district configuration | None[1] |

| | | | | | | |
|---|---|---|---|---|---|---|
| Congress275-276 | 6/8/11 | 2 | Eric Opiela, Counsel for Congresswoman Kay Granger | Gerardo Interiano, Ryan Downton, Congressman Lamar Smith | Email re: congressional district configuration | Congressional Privilege |
| Congress277-278 | 6/8/11 | 2 | Eric Opiela, Counsel for Congressmen Pete Sessions and Kenny Marchant | Gerardo Interiano, Ryan Downton, Congressman Lamar Smith | Email re: congressional district configuration | Congressional Privilege |
| Congress279-280 | 6/8/11 | 2 | Eric Opiela, Counsel for Congressmen Sam Johnson, Pete Sessions and Kenny Marchant | Gerardo Interiano, Ryan Downton | Email re: congressional district configuration | Congressional Privilege |
| Congress281-282 | 6/8/11 | 2 | Ryan Downton | Gerardo Interiano, Eric Opiela | Email re: congressional district configuration | None[1] |
| Congress283-284 | 6/8/11 | 2 | Eric Opiela, Counsel for Congressmen Sam Johnson, Pete Sessions and Kenny Marchant | Gerardo Interiano, Ryan Downton | Email re: congressional district configuration | Congressional Privilege |
| Congress285-286 | 6/8/11 | 2 | Gerardo Interiano | Eric Opiela | Email re: alternate congressional plan | None[1] |
| Congress287-288 | 6/8/11 | 2 | Gerardo Interiano | Eric Opiela | Email re: alternate congressional plan | None[1] |
| Congress289-290 | 6/8/11 | 2 | Eric Opiela, Counsel for Congressman Kenny Marchant | Ryan Downton, Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |

| | | | | | | |
|---|---|---|---|---|---|---|
| Congress291-292 | 6/8/11 | 2 | Ryan Downton | Eric Opiela, Gerardo Interiano | Email re: congressional district configuration | None[1] |
| Congress293-295 | 6/9/11 | 3 | Corbin Casteel | Gerardo Interiano | Email with attachment re: redistricting litigation | None |
| Congress296-297 | 6/12/11 | 2 | Eric Opiela, Counsel for Congressman Lamar Smith | Gerardo Interiano | Email re: congressional plan amendment | Congressional Privilege |
| Congress298-303 | 6/13/11 | 6 | Eric Opiela | Ryan Downton, Gerardo Interiano | Email with attachments re: alternate congressional plan | Congressional Privilege |
| Congress304-305 | 6/13/11 | 2 | Gerardo Interiano | Eric Opiela | Email re: scheduling | None[1] |
| Congress306-307 | 6/13/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress308-309 | 6/13/11 | 2 | Gerardo Interiano | Eric Opiela | Email re: scheduling | None[1] |
| Congress310-313 | 6/13/11 | 4 | Gerardo Interiano | Eric Opiela | Email with Attachment re: congressional plan amendment | None[1] |
| Congress314-315 | 6/13/11 | 2 | Eric Opiela, Counsel for Congresswoman Kay Granger | Gerardo Interiano, Ryan Downton | Email re: congressional district configuration | Congressional Privilege |
| Congress316-317 | 6/13/11 | 2 | Eric Opiela, Counsel for Congressman Lamar Smith | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress318-319 | 6/14/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: congressional district | Congressional Privilege |

| | | | | | configuration | |
|---|---|---|---|---|---|---|
| Congress320-321 | 6/14/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: alternate congressional plan statistical analysis | Congressional Privilege |
| Congress322-324 | 6/14/11 | 2 | Eric Opiela, Counsel for Francisco Canseco | Gerardo Interiano, Bonnie Bruce, Chief of Staff for Chairman Burt Solomons ("Bonnie Bruce"), Congressman Lamar Smith | Email re: withdrawn congressional plan amendment | Congressional Privilege |
| Congress325-326 | 6/15/11 | 2 | Eric Opiela | Gerardo Interiano | Email re: congressional plan primary statistics | Congressional Privilege |
| Congress327-342 | 6/15/11 | 15 | Eric Opiela | Congressman Lamar Smith, Gerardo Interiano, Reb Wayne, Executive Assistant to Lt. Gov. David Dewhurst ("Reb Wayne"), Jennifer Brown | Email with attachments solely consisting of an evaluation of Plan C141 by Harvard Professors Stephen Ansolabehere and Maxwell Palmer | None |
| Congress343-344 | 6/21/11 | 2 | Eric Opiela, Counsel for Congressman John Culberson | Gerardo Interiano | Email re: congressional plan amendment | Congressional Privilege |
| Congress345- | 1/4/11 | 2 | Mattie Parker, District | Gerardo | Email re: | Congressional |

| | | | | | | |
|---|---|---|---|---|---|---|
| 346 | | | Director, Congresswoman Kay Granger ("Mattie Parker") | Interiano | scheduling | Privilege |
| Congress347-348 | 1/18/11 | 2 | Tony Essalih, Chief of Staff, Congressman John Culberson | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress349-350 | 5/4/11 | 2 | Tony Essalih, Chief of Staff, Congressman John Culberson ("Tony Essalih") | Gerardo Interiano, Bonnie Bruce | Email re: scheduling | Congressional Privilege |
| Congress351-352 | 5/4/11 | 2 | Bonnie Bruce | Tony Essalih, Gerardo Interiano, Ryan Downton, Addie Crimmins, Asst. Committee Clerk, House Redistricting Committee ("Addie Crimmins"), Doug Davis | Email re: scheduling | None[1] |
| Congress353-355 | 5/4/11 | 3 | Tony Essalih | Gerardo Interiano, Bonnie Bruce, Ryan Downton, Addie Crimmins, Doug Davis | Email re: scheduling | Congressional Privilege |
| Congress356- | 10/1/10 | 2 | Congressman | Gerardo | Email re: | Congressional |

| | | | | | | |
|---|---|---|---|---|---|---|
| 357 | | | Lamar Smith | Interiano, Jennifer Brown | prospective redistricting attorney | Privilege |
| Congress358 | 10/15/10 | 1 | Jennifer Brown | Gerardo Interiano, Jeanette Whitener, Chief of Staff, Congressman Randy Neugebauer ("Jeanette Whitener") | Email re: redistricting hearing scheduling | Congressional Privilege |
| Congress359 | 10/15/10 | 1 | Jeanette Whitener | Gerardo Interiano, Jennifer Brown | Email re: redistricting hearing scheduling | Congressional Privilege |
| Congress360 | 10/15/10 | 1 | Jeanette Whitener | Gerardo Interiano | Email re: redistricting hearing scheduling | Congressional Privilege |
| Congress361 | 10/15/10 | 1 | Gerardo Interiano | Jeanette Whitener | Email re: redistricting hearing scheduling | None[1] |
| Congress362 | 10/15/10 | 1 | Jeanette Whitener | Gerardo Interiano | Email re: redistricting hearing scheduling | Congressional Privilege |
| Congress363 | 10/15/10 | 1 | Gerardo Interiano | Jeanette Whitener | Email re: redistricting hearing scheduling | None[1] |
| Congress364-365 | 10/15/10 | 2 | Jeanette Whitener | Gerardo Interiano | Email re: redistricting hearing scheduling | Congressional Privilege |
| Congress366-367 | 10/25/10 | 2 | Eric Opiela | Gerardo Interiano | Email re: redistricting hearing notes | None |
| Congress368- | 10/28/10 | 2 | Eric Opiela | Gerardo Interiano, | Email re: redistricting third- | None |

| 369 | | | | Steve Munisteri, Chairman, RPT ("Steve Munisteri") | party data | |
| Congress370-371 | 10/28/10 | 2 | Steve Munisteri | Gerardo Interiano, Eric Opiela | Email re: redistricting third-party data | None |
| Congress372-373 | 11/7/10 | 2 | Ashlee Vinyard, Legislative Director, Congressman Lamar Smith ("Ashlee Vinyard") | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress372-373 | 11/7/10 | 2 | Ashlee Vinyard | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress374 | 11/8/10 | 1 | Ashlee Vinyard, | Gerardo Interiano, Jennifer Brown | Email re: scheduling | Congressional Privilege |
| Congress375 | 11/8/11 | 1 | Jennifer Brown | Ashlee Vinyard, Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress376 | 11/8/11 | 1 | Jennifer Brown | Ashlee Vinyard, Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress377 | 11/8/10 | 1 | Ashlee Vinyard, | Gerardo Interiano, Jennifer Brown | Email re: scheduling | Congressional Privilege |
| Congress378 | 1/10/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress379 | 1/12/11 | 1 | Matt Leffingwell, Deputy Chief of | Gerardo Interiano | Email re: census data | Congressional Privilege |

| | | | Staff, Congresswoman Kay Granger ("Matt Leffingwell") | | | |
|---|---|---|---|---|---|---|
| Congress380 | 1/12/11 | 1 | Gerardo Interiano | Matt Leffingwell | Email re: census data | None[1] |
| Congress381-382 | 1/13/11 | 2 | Eric Opiela | Gerardo Interiano, Sarah Floerke, House Liaison, Governor Rick Perry ("Sarah Floerke") | Email re: scheduling | None[1] |
| Congress383-384 | 1/13/11 | 2 | Eric Opiela | Gerardo Interiano, Sarah Floerke | Email re: scheduling | None[1] |
| Congress385-387 | 1/13/11 | 2 | Sarah Floerke | Gerardo Interiano, Eric Opiela | Email re: scheduling | None[1] |
| Congress388 | 4/4/11 | 1 | Congressman Lamar Smith | Gerardo Interiano, Denise Davis | Email re: state house districts configuration | Congressional Privilege |
| Congress389 | 4/4/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: congressional plan timing | Congressional Privilege |
| Congress390 | 4/4/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: congressional plan timing | Congressional Privilege |
| Congress391-392 | 4/5/11 | 2 | Ashlee Vinyard | Gerardo Interiano | Email with Attachment re: confidential proposal memo | Congressional Privilege |

| Congress393-394 | 4/5/11 | 2 | Ashlee Vinyard | Gerardo Interiano | Email with Attachment re: confidential proposal memo | Congressional Privilege |
|---|---|---|---|---|---|---|
| Congress395 | 4/8/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: congressional plan timing | Congressional Privilege |
| Congress396 | 4/11/11 | 1 | Tony Essalih | Gerardo Interiano | Email re: proposed congressional plan | Congressional Privilege |
| Congress397 | 4/20/11 | 1 | Gerardo Interiano | Greg Hill | Email re: scheduling | None |
| Congress398 | 4/20/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress399 | 5/3/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress400 | 5/3/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress401-402 | 5/3/11 | 2 | Ashlee Vinyard | Gerardo Interiano | Email with Attachment re: congressional district configuration | Congressional Privilege |
| Congress403 | 5/20/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress404 | 5/20/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress405 | 5/20/11 | 1 | Gerardo Interiano | Congressman Lamar Smith | Email re: congressional district configuration | None[1] |

| | | | | | | |
|---|---|---|---|---|---|---|
| Congress406 | 5/21/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress407 | 5/30/11 | 1 | Congressman Lamar Smith | Gerardo Interiano, Eric Opiela | Email re: congressional district configuration | Congressional Privilege |
| Congress408 | 6/9/11 | 1 | Corbin Casteel | Gerardo Interiano | Email and attachment re: alternate congressional plan | None |
| Congress409 | 6/9/11 | 1 | Congressman Lamar Smith | Gerardo Interiano, Eric Opiela | Email re: commentary on proposed congressional plan | Congressional Privilege |
| Congress410 | 6/9/11 | 1 | Congressman Lamar Smith | Gerardo Interiano, Eric Opiela | Email re: commentary on proposed congressional plan | Congressional Privilege |
| Congress411 | 6/9/11 | 1 | Gerardo Interiano | Congressman Lamar Smith | Email re: scheduling | None[1] |
| Congress412 | 6/9/11 | 1 | Gerardo Interiano | Congressman Lamar Smith | Email re: redistricting caselaw | None |
| Congress413 | 6/9/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: redistricting caselaw | Congressional Privilege |
| Congress414 | 6/9/11 | 1 | Gerardo Interiano | Congressman Lamar Smith | Email re: redistricting caselaw | None[1] |
| Congress415 | 6/9/11 | 1 | Congressman Lamar Smith | Gerardo Interiano | Email re: redistricting caselaw | Congressional Privilege |
| Congress416 | 6/13/11 | 1 | Gerardo Interiano | Gina Santucci, Chief of | Email re: scheduling | None |

| | | | | Staff, Congressman Ted Poe ("Gina Santucci") | | |
|---|---|---|---|---|---|---|
| Congress417 | 6/13/11 | 1 | Gina Santucci | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress418 | 6/13/11 | 1 | Congressman Lamar Smith | Gerardo Interiano, Eric Opiela, Jennifer Brown | Email re: congressional district configuration | Congressional Privilege |
| Congress419 | 6/14/11 | 1 | Gina Santucci | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress420-421 | 6/14/11 | 2 | Congressman Lamar Smith | Gerardo Interiano, Eric Opiela, Jennifer Brown | Email re: congressional district configuration | Congressional Privilege |
| Congress422 | 6/14/11 | 1 | Gina Santucci | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress423-424 | 6/14/11 | 2 | Gina Santucci | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress425-426 | 6/14/11 | 2 | Gerardo Interiano | Gina Santucci | Email re: congressional district configuration | None[1] |
| Congress427-428 | 6/14/11 | 2 | Gina Santucci | Gerardo Interiano | Email re: congressional district | Congressional Privilege |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | configuration | |
| Congress429 | 6/13/11 | 1 | Gina Santucci | Gerardo Interiano | Email re: congressional district configuration | Congressional Privilege |
| Congress430 | 1/14/11 | 1 | Gina Santucci | Gerardo Interiano | Email re: scheduling | Congressional Privilege |
| Congress431-432 | 1/14/11 | 1 | Gina Santucci | Gerardo Interiano | Email re: scheduling | Congressional Privilege |

DATED:  August 8, 2011                    Respectfully submitted,

*/s/ Eric Opiela* _____
 Eric Opiela
Texas Bar No. 24039095
eopiela@ericopiela.com
1122 Colorado, Suite 2301
Austin, TX 78701
(512) 791-6336
FAX (512) 250-3102

Hector De Leon
State Bar No. 05650800
hdeleon@dwlawtx.com
Benjamin S. De Leon
State Bar No. 24048426
bdeleon@dwlawtx.com
De Leon & Washburn, P.C.
901 S. MoPac Expressway
Barton Oaks Plaza V, Ste. 230
P: (512) 478-5308
F: (512) 482-8628

*Attorneys for Congresspersons Lamar Smith, Joe Barton, Louis Gohmert, Ted Poe, Samuel Johnson, Ralph Hall, Jeb Hensarling, John Culberson, Kevin Brady, Michael McCaul, Michael Conaway, Kay Granger, William Thornberry, Ronald Paul, Bill Flores, Randy Neugebauer, Pete Olson, Francisco Canseco, Kenny Marchant, Michael Burgess, Blake Farenthold, John Carter, and Pete Sessions*

## **Certificate of Service**

I hereby certify that on the 8th day of August, 2011, I electronically filed the foregoing document with the Clerk of the United States District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" and this document to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Eric Opiela* ___
Eric Opiela