**Table 1: The Relationship Between the Vote in 2010 Lieutenant-Governor Race and Ethnicity in a Hypothetical Precinct**

| | Vote in 2010 Lieutenant-Governor's Contest | | Ethnic % |
| --- | --- | --- | --- |
| | Chavez-Thompson | Dewhurst | |
| **Ethnicity** | | | |
| **Non-Latino** | $P_{11}$ | $P_{12}$ | $X_1 = 0.73$ |
| **Latino** | $P_{21}$ | $P_{22}$ | $X_2 = 0.27$ |
| **Vote %** | $Y_1 = 0.40$ | $Y_2 = 0.60$ | |

**Table 2:  2010 General Election, Ordinary Least Squares, % of Voters, by Precincts (n = 8400)**

| Candidate, Party | Latino | Non-Latino |
|---|---|---|
| **Lieutenant Governor** | | |
| Chavez-Thompson, D* | 75.9 (0.8) | 27.0 (0.3) |
| Dewhurst, R | 19.6 (0.8) | 69.8 (0.3) |
| Jameson, Lib | 1.6 (0.1) | 2.7 (0.0) |
| Gonzales, Green | 2.9 (0.0) | 0.4 (0.0) |
| | | |
| **Land Commissioner** | | |
| Uribe, D* | 79.8 (0.8) | 26.6 (0.3) |
| Patterson, R | 18.0 (0.8) | 70.1 (0.3) |
| Holdar, Lib | 2.2 (0.0) | 3.3 (0.0) |
| | | |
| **Supreme Court, Position 3** | | |
| Sharp, D | 77.9 (0.7) | 30.4 (0.3) |
| Lehrmann, R | 19.3 (9.7) | 66.6 (0.3) |
| Strange, Green | 2.7(0.0) | 2.9 (0.0) |
| | | |
| **Supreme Court, Position 5** | | |
| Moody, D | 78.6 (0.7) | 29.3 (0.3) |
| Green, R | 18.7 (0.7) | 67.6 (0.3) |
| Oxford, Green | 2.7 (0.0) | 3.1 (0.0) |
| | | |
| | | |
| | | |

| Supreme Court, Position 9 | | |
|---|---|---|
| Bailey, D | 71.0 (9.7) | 29.7 (0.3) |
| Guzman, R | 25.6 (0.7) | 65.8 (0.3) |
| Armstrong, Green | 3.4 (0.1) | 4.5 (0.0) |

**Table 3:  2010 General Election, Least Squares Weighted by Votes, % of Voters, by Precincts (n = 8400)**

| Candidate, Party | Latino | Non-Latino |
|---|---|---|
| Lieutenant Governor | | |
| Chavez-Thompson, D* | 77.8 (0.9) | 26.0 (0.3) |
| Dewhurst, R | 17.6 (0.9) | 70.9 (0.3) |
| Jameson, Lib | 1.7 (0.1) | 2.6 (0.0) |
| Gonzales, Green | 3.0 (0.0) | 0.5 (0.0) |
| | | |
| Land Commissioner | | |
| Uribe, D* | 81.8 (0.9) | 25.6 (0.3) |
| Patterson, R | 15.8 (0.9) | 71.2 (0.3) |
| Holdar, Lib | 2.3 (0.1) | 3.2 (0.0) |
| | | |
| Supreme Court, Position 3 | | |
| Sharp, D | 80.0 (0.9) | 28.4 (0.3) |
| Lehrmann, R | 17.1 (0.9) | 68.8 (0.3) |
| Strange, Green | 2.9 (0.1) | 2.9 (0.0) |
| | | |
| Supreme Court, Position 5 | | |
| Moody, D | 80.7 (0.9) | 27.9 (0.3) |
| Green, R | 16.5 (0.9) | 69.1 (0.3) |
| Oxford, Green | 2.8 (0.1) | 3.0 (0.0) |
| | | |

| Supreme Court, Position 9 | | |
|---|---|---|
| Bailey, D | 72.8 (0.9) | 27.8 (0.3) |
| Guzman, R | 23.5 (0.9) | 68.1 (0.3) |
| Armstrong, Green | 3.7 (0.1) | 4.1 (0.0) |

**Table 4:  2010 General Election, Ordinary Least Squares, % of Voters, by House Districts (n = 150)**

| Candidate, Party | Latino | Non-Latino |
|---|---|---|
| **Lieutenant Governor** | | |
| Chavez-Thompson, D* | 73.0 (4.5) | 28.4 (1.9) |
| Dewhurst, R | 22.4 (4.4) | 68.5 (1.9) |
| Jameson, Lib | 1.7 (0.2) | 2.6 (0.1) |
| Gonzales, Green | 2.8 (0.0) | 0.5 (0.0) |
| | | |
| **Land Commissioner** | | |
| Uribe, D* | 76.9 (4.6) | 28.1 (1.9) |
| Patterson, R | 20.8 (4.5) | 68.8 (1.9) |
| Holdar, Lib | 2.3 (0.2) | 3.1 (0.0) |
| | | |
| **Supreme Court, Position 9** | | |
| Bailey, D | 67/9 (4.4) | 30.6 (1.9) |
| Guzman, R | 28.2 (4.1) | 65.5 (1.8) |
| Armstrong, Green | 3.8 (0.4) | 4.0 (0.2) |

**Table 5:  2010 General Election, Least Squares Weighted by Votes, % of Voters, by Districts (n = 150)**

| Candidate, Party | Latino | Non-Latino |
|---|---|---|
| Lieutenant Governor | | |
| Chavez-Thompson, D* | 71.0 (5.5) | 26.6 (1.7) |
| Dewhurst, R | 24.5 (5.4) | 70.3 (1.7) |
| Jameson, Lib | 1.7 (0.3) | 2.7 (0.1) |
| Gonzales, Green | 2.8 (0.1) | 0.5 (0.0) |
| | | |
| Land Commissioner | | |
| Uribe, D* | 74.9 (5.6) | 26.2 (1.8) |
| Patterson, R | 22.8 (5.5) | 70.6 (1.8) |
| Holdar, Lib | 2.3 (0.3) | 3.2 (0.1) |
| | | |
| | | |
| Supreme Court, Position 9 | | |
| Bailey, D | 66.4 (5.4) | 28.6 (1.7) |
| Guzman, R | 29.6 (5.2) | 67.4 (1.7) |
| Armstrong, Green | 4.0 (0.5) | 4.0 (0.2) |

**Table 6: 2010 General Election, King's EI, % of Voters, by Districts**

| Candidate, Party | Latino | Non-Latino |
|---|---|---|
| **Lieutenant Governor** | | |
| Chavez-Thompson, D* | 70.7 (1.6) | 26.6 (0.4) |
| Dewhurst, R | 23.6 (1.4) | 70.5 (0.3) |
| Jameson, Lib | 1.4 (0.1) | 2.7 (0.0) |
| Gonzales, Green | 2.8 (0.0) | 0.5 (0.0) |
| | | |
| **Land Commissioner** | | |
| Uribe, D* | 74.3 (1.6) | 26.3 (0.4) |
| Patterson, R | 22.2 (1.5) | 70.7 (0.3) |
| Holdar, Lib | 1.7 (0.1) | 0.0 (0.0) |
| | | |
| **Supreme Court, Position 9** | | |
| Bailey, D | 67.9 (1.3) | 28.2 (0.3) |
| Guzman, R | 27.6 (1.1) | 67.8 (0.3) |
| Armstrong, Green | 4.0 (0.2) | 4.1 (0.1) |

**Table 7:  2010 Primary, Unweighted Ordinary Least Squares, % of Vote, by Precincts (n = 8400)**

| Candidate | Latino | Non-Latino |
|---|---|---|
| **Democratic Lieutenant Governor** | | |
| Chavez-Thompson* | 87.5 (0.6) | 38.3 (0.2) |
| Earle | 5.3 (0.6) | 46.2 (0.2) |
| Katz | 7.2 (0.3) | 15.4 (0.1) |
| | | |
| **Democratic Land Commissioner** | | |
| Uribe* | 90.8 (0.6) | 29.4 (0.3) |
| Burton | 9.2 (0.6) | 70.6 (0.3) |
| | | |
| **Republican Supreme Court Position 9** | | |
| Guzman | 51.8 (0.6) | 66.0 (0.2) |
| Vela | 48.2 (0.6) | 34.0 (0.2) |
| | | |
| **Republican Supreme Court Position 3** | | |
| Brown | 15.2 (0.4) | 16.9 (0.2) |
| Green | 17.2 (0.4) | 19.7 (0.2) |
| Lehrmann | 17.1 (0.4) | 18.1 (0.2) |
| Moseley | 13.5 (0.4) | 18.8 (0.2) |
| Simmons | 25.0 (0.4) | 17.2 (0.2) |
| Strange | 12.0 (0.3) | 9.3 (0.1) |

**Table 8:  2010 Primary, Ordinary Least Squares Weighted by Votes, % of Vote, by Precincts (n = 8400)**

| Candidate | Latino | Non-Latino |
|---|---|---|
| **Democratic Lieutenant Governor** | | |
| Chavez-Thompson* | 87.8 (0.3) | 36.2 (0.1) |
| Earle | 4.8 (0.3) | 49.3 (0.2) |
| Katz | 7.4 (0.1) | 14.5 (0.0) |
| | | |
| **Democratic Land Commissioner** | | |
| Uribe* | 91.4 (0.4) | 32.1 (0.2) |
| Burton | 8.6 (0.4) | 67.9 (0.2) |
| | | |
| **Republican Supreme Court Position 9** | | |
| Guzman | 49.6 (0.7) | 67.5 (0.2) |
| Vela | 50.4 (0.7) | 32.5 (0.2) |
| | | |
| **Republican Supreme Court Position 3** | | |
| Brown | 15.0 (0.5) | 17.0 (0.1) |
| Green | 18.3 (0.5) | 19.1 (0.1) |
| Lehrmann | 13.2 (0.6) | 18.9 (0.1) |
| Moseley | 12.6 (0.5) | 18.9 (0.1) |
| Simmons | 24.9 (0.5) | 17.0 (0.1) |
| Strange | 15.7 (0.5) | 9.0 (0.1) |

**Table 9: 2010 Primary, Unweighted Ordinary Least Squares, % of Vote, by State House Districts (n = 150)**

| Candidate | Latino | Non-Latino |
|---|---|---|
| **Democratic Lieutenant Governor** | | |
| Chavez-Thompson* | 89.4 (2.4) | 37.4 (1.0) |
| Earle | 3.8 (2.5) | 47.5 (1.1) |
| Katz | 6.8 (0.8) | 15.2 (0.3) |
| | | |
| **Democratic Land Commissioner** | | |
| Uribe* | 94.2 (3.0) | 31.2 (1.3) |
| Burton | 5.8 (3.0) | 68.8 (1.3) |
| | | |
| **Republican Supreme Court Position 9** | | |
| Guzman | 51.5 (2.4) | 68.5 (1.0) |
| Vela | 48.5 (2.4) | 31.5 (1.0) |
| | | |
| **Republican Supreme Court Position 3** | | |
| Brown | 15.9 (1.8) | 17.9 (0.8) |
| Green | 17.9 (1.5) | 19.6 (0.6) |
| Lehrmann | 14.9 (1.7) | 18.1 (0.7) |
| Moseley | 14.1 (1.1) | 18.7 (0.5) |
| Simmons | 25.0 (1.6) | 17.1 (0.7) |
| Strange | 12.1 (1.5) | 8.7 (0.6) |

**Table 10:  2010 Primary, Ordinary Least Squares Weighted by Votes, % of Vote, by State House Districts (n = 150)**

| Candidate | Latino | Non-Latino |
|---|---|---|
| **Democratic Lieutenant Governor** | | |
| Chavez-Thompson* | 90.0 (1.9) | 35.5 (1.1) |
| Earle | 2.9 (2.0) | 49.9 (1.2) |
| Katz | 7.2 (0.6) | 14.6 (1.3) |
| | | |
| **Democratic Land Commissioner** | | |
| Uribe* | 94.7 (2.2) | 30.4 (1.3) |
| Burton | 5.3 (2.2) | 69.6 (1.3) |
| | | |
| **Republican Supreme Court Position 9** | | |
| Guzman | 48.7 (4.1) | 68.3 (1.0) |
| Vela | 51.3 (4.1) | 31.7 (1.0) |
| | | |
| **Republican Supreme Court Position 3** | | |
| Brown | 15.6 (3.1) | 16.9 (0.7) |
| Green | 16.9 (2.7) | 19.4 (0.7) |
| Lehrmann | 10.1 (3.3) | 19.7 (0.8) |
| Moseley | 12.5 (2.0) | 19.2 (0.5) |
| Simmons | 25.6 (2.6) | 16.7 (0.6) |
| Strange | 19.2 (2.9) | 9.2 (0.7) |

**Table 11:  2010 Primary, King's EI, % of Vote, by Districts (n = 150)**

| Candidate | Latino | Non-Latino |
|---|---|---|
| **Democratic Lieutenant Governor** | | |
| Chavez-Thompson* | 88.3 (0.8) | 36.3 (0.4) |
| Earle | 5.3 (0.6) | 48.8 (0.3) |
| Katz | 7.1 (0.3) | 14.6 (0.1) |
| | | |
| **Democratic Land Commissioner** | | |
| Uribe* | 92.1 (0.8) | 31.7 (0.4) |
| Burton | 7.8 (1.0) | 68.3 (0.5) |
| | | |
| **Republican Supreme Court Position 9** | | |
| Guzman | 50.7 (2.2) | 67.9 (0.4) |
| Vela | 48.6 (2.0) | 32.3 (0.4) |
| | | |
| **Republican Supreme Court Position 3** | | |
| Brown | 15.8 (0.6) | 16.9 (0.1) |
| Green | 17.3 (1.0) | 19.3 (0.2) |
| Lehrmann | 16.2 (0.7) | 18.6 (0.1) |
| Moseley | 14.1 (0.8) | 18.9 (0.1) |
| Simmons | 25.2 (1.2) | 16.7 (0.2) |
| Strange | 14.0 (1.3) | 9.1 (0.2) |

13

**Table 12:  Congressional and State Representative General Elections in which Spanish-surnamed Republicans Ran against Democrats, 2002-10: Ordinary Least Squares, % of Voters, by Precinct**

| Candidate | Latino | Non-Latino |
|---|---|---|
| **State Rep. 33, 2002** | | |
| Luna, D | 101.9 (1.5) | 32.4 (1.8) |
| Cuellar, R | -1.9 (1.5) | 67.6 (1.8) |
| | | |
| **State Rep. 33, 2008** | | |
| Ortiz, D | 94.8 (1.6) | 21.6 (2.1) |
| Torres, R | 3.8 (1.6) | 68.3 (2.1) |
| Garrett, L | 1.3 (0.4) | 10.1 (0.6) |
| | | |
| **State Rep. 33, 2010** | | |
| Ortiz, D | 92.0 (2.3) | 3.5 (3.1) |
| Torres, R | 8.0 (2.3) | 96.5 (3.1) |
| | | |
| **State Rep. 35, 2004** | | |
| Gonzalez-Toureilles, D | 88.8 (1.6) | 11.0 (1.3) |
| Opiela, R | 11.2 (1.6) | 89.0 (1.3) |
| | | |
| **State Rep. 35, 2006** | | |
| Gonzalez-Toureilles, D | 82.3 (1.7) | 22.4 (1.4) |
| Esparza, R | 17.2 (1.7) | 67.1 (1.4) |
| Elmer, L | 0.5 (0.6) | 10.6 (0.5) |
| | | |

| | | |
|---|---|---|
| **State Rep. 35, 2010** | | |
| Gonzalez-Toureilles, D | 78.0 (2.3) | 19.6 (2.0) |
| Aliseda, R | 22.0 (2.3) | 80.4 (2.0) |
| | | |
| **State Rep. 78, 2008** | | |
| Moody, D | 82.7 (2.5) | 26.4 (2.4) |
| Margo, R | 14.2 (2.7) | 70.2 (2.5) |
| Collins, L | 3.1 (0.4) | 3.5 (0.4) |
| | | |
| **State Rep. 78, 2010** | | |
| Moody, D | 79.3 (2.7) | 23.4 (2.5) |
| Margo, R | 20.7 (2.7) | 76.6 (2.5) |
| | | |
| **State Rep. 117, 2008** | | |
| Leibowitz, D | 85.7 (1.8) | 31.9 (1.9) |
| Garza, R | 14.3 (1.8) | 68.1 (1.9) |
| | | |
| **State Rep. 117, 2010** | | |
| Leibowitz, D | 87.5 (2.2) | 16.8 (2.3) |
| Garza, R | 12.5 (2.2) | 83.2 (2.3) |
| | | |
| **Congressional District 23, 2010** | | |
| Rodriguez, D | 82.8 (1.5) | 15.7 (1.5) |
| Canseco, R | 12.3 (1.5) | 76.0 (1.5) |
| Nietschke, L | 1.5 (0.2) | 2.1 (0.2) |

| | | |
|---|---|---|
| Scharf, G | 1.0 (0.2) | 1.1 (0.2) |
| Stephens, Indep. | 2.4 (0.3) | 5.0 (0.3) |
| | | |
| **Congressional District 27, 2010** | | |
| Ortiz, D | 84.9 (1.2) | 8.0 (1.7) |
| Farenthold, R | 13.4 (1.4) | 80.9 (2.1) |
| Mishou, L | 4.0 (0.3) | 5.4 (0.4) |

**Table 13:  Congressional and State Representative General Elections in which Spanish-surnamed Republicans Ran against Democrats, 2002-10: Least Squares Weighted by Votes, % of Voters, by Precinct**

| Candidate | Latino | Non-Latino |
|---|---|---|
| **State Rep. 33, 2002** | | |
| Luna, D | 102.2 (1.4) | 31.6 (1.4) |
| Cuellar, R | -2.2 (1.4) | 68.4 (1.4) |
| | | |
| **State Rep. 33, 2008** | | |
| Ortiz, D | 94.2 (1.4) | 21.7 (1.5) |
| Torres, R | 4.6 (1.5) | 68.4 (1.6) |
| Garrett, L | 1.2 (0.5) | 10.0 (0.5) |
| | | |
| **State Rep. 33, 2010** | | |
| Ortiz, D | 90.1 (2.1) | 4.8 (2.1) |
| Torres, R | 9.9 (2.1) | 95.1 (2.1) |
| | | |
| **State Rep. 35, 2004** | | |
| Gonzalez-Toureilles, D | 91.2 (1.4) | 8.9 (1.4) |
| Opiela, R | 8.8 (1.4) | 91.1 (1.4) |
| | | |
| **State Rep. 35, 2006** | | |
| Gonzalez-Toureilles, D | 84.2 (1.5) | 20.7 (1.5) |
| Esparza, R | 15.2 (1.5) | 69.2 (1.5) |
| Elmer, L | 0.6 (0.5) | 10.1 (0.5) |
| | | |
| | | |

17

| | | |
|---|---|---|
| **State Rep. 35, 2010** | | |
| Gonzalez-Toureilles, D | 80.5 (2.1) | 14.1 (2.1) |
| Aliseda, R | 19.5 (2.1) | 85.9 (2.1) |
| | | |
| **State Rep. 78, 2008** | | |
| Moody, D | 81.8 (3.0) | 26.3 (2.5) |
| Margo, R | 14.7 (3.2) | 70.5 (2.7) |
| Collins, L | 3.5 (0.5) | 3.2 (0.4) |
| | | |
| **State Rep. 78, 2010** | | |
| Moody, D | 79.3 (3.4) | 22.1 (2.8) |
| Margo, R | 20.7 (3.4) | 87.9 (2.8) |
| | | |
| **State Rep. 117, 2008** | | |
| Leibowitz, D | 86.9 (1.8) | 30.2 (1.7) |
| Garza, R | 13.1 (1.8) | 69.8 (1.7) |
| | | |
| **State Rep. 117, 2010** | | |
| Leibowitz, D | 89.1 (2.1) | 14.0 (1.8) |
| Garza, R | 10.9 (2.1) | 86.0 (1.8) |
| | | |
| **Congressional District 23, 2010** | | |
| Rodriguez, D | 86.5 (1.1) | 10.8 (1.0) |
| Canseco, R | 8.5 (1.0) | 82.2 (0.9) |
| Nietschke, L | 1.6 (0.1) | 1.6 (0.0) |

| Scharf, G | 0.9 (0.0) | 1.0 (0.1) |
|---|---|---|
| Stephens, Independent | 2.6 (0.2) | 4.4 (0.2) |
| | | |
| **Congressional District 27, 2010** | | |
| Ortiz, D | 81.9 (0.9) | 9.3 (1.0) |
| Farenthold, R | 13.2 (0.9) | 85.5 (1.0) |
| Mishou, L | 4.9 (0.3) | 5.2 (0.3) |

**Table 14:  Congressional and State Representative General Elections in which Spanish-surnamed Republicans Ran against Democrats, 2002-10: EI, % of Voters, by District**

| Candidate | Latino | Non-Latino |
|---|---|---|
| **State Rep. 33, 2002** | | |
| Luna, D | 97.3 (0.7) | 36.4 (0.7) |
| Cuellar, R | 2.7 (0.7) | 63.5 (0.7) |
|  | | |
| **State Rep. 33, 2008** | | |
| Ortiz, D | 93.2 (0.9) | 22.7 (1.0) |
| Torres, R | 6.3 (0.9) | 66.6 (0.9) |
| Garrett, L | 1.0 (0.1) | 10.2 (0.1) |
|  | | |
| **State Rep. 33, 2010** | | |
| Ortiz, D | 86.3 (0.8) | 8.7 (0.8) |
| Torres, R | 15.4 (0.5) | 89.6 (0.5) |
|  | | |
| **State Rep. 35, 2004** | | |
| Gonzalez-Toureilles, D | 89.1 (0.8) | 11.1 (0.8) |
| Opiela, R | 11.0 (0.8) | 88.8 (0.8) |
|  | | |
| **State Rep. 35, 2006** | | |
| Gonzalez-Toureilles, D | 82.4 (1.1) | 22.6 (1.1) |
| Esparza, R | 16.9 (1.1) | 67.4 (1.1) |
| Elmer, L | 0.8 (0.3) | 9.9 (0.3) |
|  | | |
|  | | |

| State Rep. 35, 2010 | | |
|---|---|---|
| Gonzalez-Toureilles, D | 76.9 (1.6) | 17.7 (1.6) |
| Aliseda, R | 23.1 (1.5) | 82.4 (1.5) |
| | | |
| State Rep. 78, 2010 | | |
| Moody, D | 81.0 (1.4) | 27.0 (1.2) |
| Margo, R | 15.9 (1.2) | 69.5 (1.0) |
| Collins, L | 6.0 (0.2) | 1.2 (0.1) |
| | | |
| State Rep. 78, 2010 | | |
| Moody, D | 78.2 (1.5) | 23.0 (1.2) |
| Margo, R | 21.8 (1.8) | 77.1 (1.4) |
| | | |
| State Rep. 117, 2008 | | |
| Leibowitz, D | 86.4 (1.4) | 30.7 (0.7) |
| Garza, R | 13.8 (0.7) | 69.2 (0.6) |
| | | |
| State Rep. 117, 2010 | | |
| Leibowitz, D | 88.7 (1.7) | 14.4 (1.4) |
| Garza, R | 11.3 (1.8) | 85.7 (1.5) |
| | | |
| Congressional District 23, 2010 | | |
| Rodriguez, D | 83.5 (0.5) | 13.2 (0.4) |
| Canseco, R | 10.4 (0.7) | 80.7 (0.5) |
| Nietschke, L | 1.4 (0.0) | 1.9 (0.0) |
| Scharf, G | 0.8 (0.0) | 1.0 (0.0) |

| | | |
|---|---|---|
| Stephens, Independent | 1.8 (0.2) | 5.1 (0.1) |
| | | |
| **Congressional District 27, 2010** | | |
| Ortiz, D | 80.6 (0.4) | 10.7 (0.4) |
| Farenthold, R | 12.4 (0.6) | 86.4 (0.6) |
| Mishou, L | 4.6 (0.2) | 5.5 (0.2) |

**Table 15:  General Election, 2010, Ordinary Least Squares, % of Vote, by Precincts (n = 8400)**

| Candidate | Anglo | Black | Hispanic | Other |
|---|---|---|---|---|
| **Lieutenant Governor** | | | | |
| Dewhurst, R | 89.5 | -2.1 | 28.0 | 40.3 |
| Chavez-Thompson,D | 6.9 | 100.7 | 67.1 | 54.7 |
| Jameson, L | 3.1 | 0.5 | 1.8 | 3.2 |
| Gonzales, G | 0.4 | -0.1 | 2.5 | 0.9 |
| **Land Commissioner** | | | | |
| Patterson, R | 89.8 | -1.9 | 26.8 | 42.0 |
| Uribe D | 6.4 | 100.3 | 70.2 | 53.6 |
| Holdar L | 3.8 | 0.6 | 2.5 | 3.6 |
| **Supreme Court, Position 9** | | | | |
| Guzman, R | 83.0 | -3.6 | 32.1 | 56.2 |
| Bailey, D | 11.2 | 102.7 | 63.6 | 43.2 |
| Armstrong L | 5.8 | 0.0 | 3.7 | -0.2 |

23

**Table 16:  General Election, 2010, Least Squares, Weighted by % of Vote, by Precincts (n = 8400)**

| Candidate | Anglo | Black | Hispanic | Other |
|---|---|---|---|---|
| **Lieutenant Governor** | | | | |
| Dewhurst, R | 88.1 | -1.4 | 28.8 | 48.8 |
| Chavez-Thompson,D | 8.3 | 100.4 | 66.1 | 47.4 |
| Jameson, L | 3.1 | 0.3 | 2.0 | 2.5 |
| Gonzales, G | 0.5 | -0.2 | 2.5 | 0.6 |
| **Land Commissioner** | | | | |
| Patterson, R | 88.5 | -1.5 | 27.4 | 50.4 |
| Uribe D | 7.7 | 100.1 | 69.3 | 46.4 |
| Holdar L | 3.7 | 0.4 | 2.7 | 2.5 |
| **Supreme Court, Position 9** | | | | |
| Guzman, R | 83.5 | -3.4 | 32.8 | 60.8 |
| Bailey, D | 11.2 | 102.6 | 62.7 | 38.9 |
| Armstrong L | 5.2 | -0.1 | 4.0 | -0.5 |

**Table 17: The Minimal Impact of Minority Democrats
on the Final House Plan:
House Districts in which the Hispanic Voting Age Population
Changed by more than One Percent
from the Initial Committee Plan (H113) to the Plan Finally Adopted (H283)**

| District Number | % HCVAP, H113 | % HCVAP, H283 |
|---|---|---|
| 34 | 67.3 | 64.6 |
| 40 | 72 | 89.0 |
| 41 | 89.3 | 72.1 |
| 74 | 67.7 | 69.4 |
| 140 | 57.7 | 58.5 |
| 143 | 58.5 | 57 |
| 145 | 64.5 | 56.2 |
| 148 | 42.4 | 51.4 |

**Table 18: Outcomes in "Majority-Minority" State House Districts, 2008 and 2010**

| District Definition | Party and Ethnicity of Legislators Elected | | | | |
|---|---|---|---|---|---|
| | Democrats | | | | Republicans* |
| | Latino | African-American | Asian-American | Anglo | |
| **A. 2008** | | | | | |
| HVAP>50%[1] | 30 | 0 | 0 | 5 | 1 |
| HCVAP>50%[2] | 27 | 0 | 0 | 2 | 0 |
| BHVAP>50%[3] | 31 | 14 | 1 | 8 | 3 |
| BHCVAP>50%[4] | 31 | 13 | 0 | 4 | 0 |
| | | | | | |
| **B. 2010** | | | | | |
| HVAP>50% | 26 | 0 | 0 | 4 | 6 |
| HCVAP>50% | 23 | 0 | 0 | 2 | 5 |
| BHVAP>50% | 26 | 15 | 1 | 4 | 11 |
| BHCVAP>50% | 26 | 14 | 0 | 3 | 5 |

* Republicans of various ethnicities, but overwhelmingly Anglo

---

[1]Hispanic Voting-Age Population

[2]Hispanic Citizen Voting-Age Population

[3]Black Voting-Age Population plus Hispanic Voting-Age Population

[4]Black Voting-Age Population plus Hispanic Citizen Voting-Age Population

**Table 19: Comparison of "Majority-Minority" Districts in State House Plans**

| Plan Id | Plan # | Roll Call Vote[5] | HCVAP[6] > 50% | HVAP >50% | BHCVAP > 50% | BHVAP > 50% |
|---|---|---|---|---|---|---|
| Current | H100 | - | 30 | 36 | 48 | 57 |
| | H111 | - | 33 | 41 | 51 | 60 |
| Committee | H113 | - | 29 | 34 | 47 | 53 |
| Alonzo sub | H115 | 4-12-0 | 35 | 38 | 51 | 57 |
| Veasey sub | H130 | 4-12-0 | 29 | 35 | 47 | 56 |
| Committee final | H153 | 11-5-0 | 30 | 34 | 47 | 53 |
| MALC sub | H195, amended by H269 | 46-96-5 | 34 | 42 | 53 | 62 |
| MALC whole county plan | H201 | - | 31 | 37 | 50 | 59 |
| | H205 | - | 34 | 42 | 53 | 62 |
| Final passage | H283 | 92-55-3 | 30 | 34 | 47 | 54 |

[5]Smaller numbers in House committee; larger numbers on House floor

[6]Definitions of "majority-minority" districts given in Table 18.

**Table 20: Comparison of Deviations, County Breaks, and Compactness Scores in State House Plans**

| Plan Id | Plan # | Total Dev.[7] % | Average Dev.[8] % | county breaks[9] | area rubber band[10] | area to peri-meter[11] | split vtds |
|---------|--------|------------|--------------|--------------|-------------------|------------------|-----------|
| Current | H100 | 9.74[12] | 2.67 | 16 | .7176 | .2762 | n.a.[13] |
| | H111 | 9.50 | 1.85 | | .7097 | .2588 | 166 |
| Committee | H113 | 9.99 | 2.68 | | .7081 | .2628 | 345 |
| Alonzo sub | H115 | 9.98 | 3.32 | | .7041 | .2593 | 234 |
| Veasey sub | H130 | 9.93 | 2.82 | 16 | .7268 | .2836 | 101 |

[7](District with largest population - district with smallest population)/average district pop

[8]Sum of deviations from average distict population/150

[9]Number of districts that cross county lines

[10]A compactness measure defined by the TLC as follows: "Area Dispersion: This measure examines the relative degree to which a district's area is compact when compared with the area of a similar compact figure. It is the ratio of the area of the district to the area of the smallest convex polygon that can enclose the district (imagine a rubber band stretched around the district). A district in the shape of a square would receive a perfect score of one using this measure. This measure penalizes a district that has long "fingers" or extensions, making it less compact because it requires a larger convex polygon to enclose the entire district, yet much of that polygon is empty." The higher the score, the more compact the district. <http://www.tlc.state.tx.us/redist/glossary.html>

[11]A compactness measure defined by the TLC as follows: "Perimeter: This measure compares the relative length of the perimeter of a district to its area. It is the ratio of the area of the district to the area of a circle with the same perimeter as the district. A perimeter-to-area measure penalizes a district's compactness score whenever the boundaries are uneven or irregular: the more the boundary zigzags (for example, a river), the less compact the district using this measure." The higher the score, the more compact the district.  Id.

[12]Based on 2000 population; all others based on 2010 population

[13]Precinct lines were presumably redrawn over the decade.  I have not been able to locate the number of precincts originally split by the 2001 plan.

28

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Committee final | H153 | 9.90 | 2.68 | 16 | .7056 | .2599 | 400 |
| MALC sub | H195, amended by H269 | 9.69 | 2.69 | 89 | .7091 | .2569 | 284 |
| MALC whole county plan | H201 | 9.70 | 2.22 | 16 | .7068 | .2606 | 343 |
| | H205 | 9.70 | 2.65 | | .7090 | .2546 | 269 |
| Final passage | H283 | 9.92 | 2.75 | 16 | .7052 | .2567 | 412 |

**Table 21:  Compactness Scores for House Plans, BHVAP Districts Only**

| Plan ID | rubber band | area to perimeter |
|---|---|---|
| H100 (current) | .680 | .231 |
| H111 | .676 | .234 |
| H113 | .666 | .216 |
| H115 | .656 | .217 |
| H130 | .697 | .251 |
| H153 | .661 | .211 |
| H195, amended by H269 | .673 | .236 |
| H 201 | .681 | .233 |
| H205 | .672 | .235 |
| H283 | .664 | .209 |

**Table 22: Ethnic Statistics for Congressional Plans**

| Plan Number | HCVAP | HVAP | BHCVAP | BHVAP |
|---|---|---|---|---|
| Current (32 districts) | 7 | 7 | 10 | 10 |
| 121 (West "Fair Texas Plan") | 8 | 9 | 13 | 13 |
| 131 (Gallegos Plan) | 8 | 10 | 13 | 13 |
| 163 (MALC plan) | 8 | 10 | 13 | 15 |
| 164 (MALC plan) | 8 | 10 | 13 | 15 |
| 165 (MALC plan) | 8 | 10 | 13 | 15 |
| 185 (adopted plan) | 8 | 8 | 11 | 13 |
| 187 (Black Leg Caucus Plan) | 8 | 9 | 14 | 15 |
| 188 (MALC plan) | 9 | 11 | 14 | 15 |

**Table 23: Compactness Scores for Congressional Plans**

| Plan Number | Whole Plan | | BHVAP > 50% | |
|---|---|---|---|---|
| | rubber band | area to perimeter | rubber band | area to perimeter |
| Current (32 districts) | .718 | .276 | .680 | .231 |
| 121 (West "Fair Texas" Plan) | .675 | .206 | .600 | .149 |
| 131 (Gallegos Plan) | .663 | .192 | .596 | .152 |
| 163 (MALC plan) | .702 | .213 | .652 | .172 |
| 164 (MALC plan) | .673 | .180 | .626 | .148 |
| 165 (MALC plan) | .671 | .182 | .616 | .145 |
| 185 (adopted plan) | 673 | .191 | .618 | .171 |
| 187 (Black Leg Caucus/MALC blend) | .    666 | .179 | .606 | .145 |
| 188 (MALC plan) | .655 | .182 | .587 | .129 |

32

## Table 24:  Packing "Minority Opportunity Districts"
### A. Current Plan

| Districts | HVAP | HCVAP | BVAP | BHCVAP | BHVAP |
|---|---|---|---|---|---|
| 15 | 73.1 | 71.9 | 2.3 | 74.2 | 75.2 |
| 16 | 74.8 | 74.5 | 3.4 | 77.9 | 77.8 |
| 20 | 63.6 | 63.8 | 7.1 | 70.9 | 70.3 |
| 23 R* | 61.2 | 58.4 | 3.3 | 61.7 | 64.3 |
| 27 R* | 64.2 | 63.8 | 2.8 | 66.6 | 66.8 |
| 28 | 74 | 68.3 | 1.5 | 69.8 | 75.3 |
| 29** | 61.8 | 56 | 9.9 | 65.9 | 71.3 |
| 9 | 30.3 | 19.1 | 36.5 | 55.6 | 66.2 |
| 18 | 32.2 | 22.3 | 40.3 | 62.6 | 72.2 |
| 30 | 30.7 | 19.8 | 41 | 60.8 | 71.4 |

* Currently represented by Republican
** Currently represented by Anglo Democrat

### S.B. 4 (H185, Plan Passed by Legislature)

| Districts | HVAP | HCVAP | BVAP | BHCVAP | BHVAP |
|---|---|---|---|---|---|
| 15 | 77.2 | 71 | 2.1 | 73.1 | 79 |
| 16 | 77.6 | 72.7 | 3.8 | 76.5 | 80.9 |
| 20 | 66 | 62.9 | 5.7 | 68.6 | 71.1 |
| 23 R* | 63.8 | 58.5 | 2.7 | 61.2 | 66.2 |
| 27 R* (34) | 79.0 | 71.7 | 1.7 | 73.4 | 80.4 |
| 28 | 73.6 | 65.9 | 5.6 | 71.5 | 78.8 |
| 29 | 71.7 | 56.3 | 12.4 | 68.7 | 83.5 |
| 9 | 35.8 | 18.3 | 37.6 | 55.9 | 72.4 |
| 18 | 31.9 | 17.4 | 40.5 | 57.9 | 71.7 |
| 30 | 35.6 | 20.6 | 46.5 | 67.1 | 81.5 |

## Table 25: Stacking Districts Close to Minority Opportunity Districts

### S.B. 4 (H185)

| District | HVAP | HCVAP | BVAP | BHCVAP | BHVAP |
|---|---|---|---|---|---|
| 6 | 39.6 | 25.3 | 12.3 | 37.6 | 51.5 |
| 12 | 21 | 12.7 | 14.8 | 27.5 | 35.5 |
| 24 | 20.3 | 12.2 | 10.3 | 22.5 | 30.3 |
| 26 | 24.7 | 14.7 | 7.5 | 22.2 | 32 |
| 33 (new) | 19.8 | 11.6 | 15.5 | 27.1 | 34.9 |
| 27 | 45.1 | 41.1 | 5.6 | 46.7 | 50.4 |