**Figure 1: 2010 Democratic Primary for Lieutenant-Governor: Ordinary Least-Squares Estimate of Ethnicity and Vote for Chavez-Thompson**



Estimating Equation:   % for Chavez-Thompson =    0.374     + 0.521 (% Latino)

(0.010)       (0.030)

$R^2$   =   0.663

**Figure 2: Weighted Ecological Regression Graph of Racial Polarization in the 2010 Democratic Primary for Lieutenant-Governor**



Estimating Equation: % for Chavez-Thompson = 0.355 + 0.545 (% Latino)

(0.011)    (0.025)

$R^2 = 0.755$

Figure 3: An Out-of-Bounds ER Estimate



Estimating Equation: % for Luna =  0.324 +  0.696 (% Latino)
                                    (0.018)    (0.297)

$R^2$  =  0.927

**Figure 4: A "Bounds Plot" for the Data in Table 1**



Non-Latinos for Chavez-Thompson

**Figure 5: Population Disparities in the 2000 Plan Compared with H.B. 150**

**A. 2000 Plan Deviations**



**B. H.B. 150 (Proposed 2011 Plan)**



**Figure 6: Population Deviations in Majority Anglo
and Majority Latino Districts in H.B. 150**
**A.  Majority Anglo Districts**



**B.  Majority Latino Districts**



**Figure 7: Population Deviations in Urban Districts Must Reflect Partisan and Ethnic Bias**

## A.  Republican Districts in Urban Counties



## B.  Democratic Districts in Urban Counties



## C.  Latino Democratic Districts in Urban Counties



**Figure 8: The Underpopulated, Racially Gerrymandered 41st House District, Home of the Split Precinct**

**A. Suspect Shape**



**B. Split Precincts: A Different Kind of "Narrow Tailoring"**



**Figure 8 C:  Capturing as Many Anglos as Possible**



## Figure 9:  State House District 90 in Tarrant County

### A.:  The Basic Outline of the Hollowed-Out District



**Figure 9 B:  Latinos Carefully Drawn in, Others Excluded from District 90**



**Figure 9 C:  State House District 95:  What's Left out of District 90**



**Figure 10:  Packing Latinos into One District,**

**Minimizing them in Another in Dallas**

**A. State House District 104**



**Figure 10 B:  District 105, the Missing Sliver in District 104**



**Figure 11:  Congressional District 12 in Tarrant County**

**Part A:  Who Is Being Avoided?**



**Part B:  Latinos Are Being Avoided**



**Part C:  Fort Worth Latinos Are Being Diluted in a Sea of Denton County Anglos**



**Figure 12:  Congressional Districts 6 and 33:
Two Other Suburban Incisions into the Metroplex**

**Part A:  CD 6**



**Part B: CD 6:  Black + Latino Concentrations**



**Part C: CD 33: Basic Outline**



**Part D: CD 33: Black + Latino Concentrations**



**Figure 13: Travis Sliced, Appended to San Antonio: Congressional District 35**

**A Narrow Rivulet Joins Austin and the Alamo**

