# JORGE CHAPA, PhD

**Director**
**Center on Democracy in a Multiracial Society**
**Professor of Sociology and Latina/Latino Studies**
**University of Illinois at Urbana Champaign**
**1108 W. Stoughton Street, MC-253**
**Urbana, Illinois 61801**
**(217) 244-0188**
**jchapa@illinois.edu**

## EDUCATION

| | | | |
|---|---|---|---|
| University of California Berkeley | Ph.D. | Sociology | Aug. 1988 |
| University of California Berkeley | M.A. | Demography | June 1983 |
| University of California Berkeley | M.A. | Sociology | June 1979 |
| University of Chicago | B.A. | Biology (with Honors) | June 1975 |

## RECENT COURSES TAUGHT

Diversity Research Issues
Research Seminar on Race and Immigration
Latina/Latinos in Contemporary U.S. Society
Transnational Perspectives on Latino Migration
Latino Policy Issues
Latino Immigrants in U.S. Society
Sociology of Race and Ethnic Relations

## CURRENT RESEARCH INTERESTS

Diversifying Higher Education
Immigration Policy Issues in a Transnational Perspective
Latino Immigrants in the Midwest
Voting Rights
Geographic Information Systems and Minority Equity Issues
Policy Implications of Demographic Trends

## HONORS AND AWARDS

Outstanding Latino/a Faculty Award in Higher Education Research and Teaching, American Association of Hispanics in Higher Education (AAHHE), 2006.
Apple Pie & Enchiladas nominated for Senior Book Award of the American Ethnological Assoc., 2005.
Indiana University Committee on Multicultural Understanding Service Award, 2005.
Indiana University Trustees Teaching Award, 2004.
Indiana University Latino Faculty and Staff Association Service Award, 2003.
U.S. Bureau of the Census Certificate of Recognition, 2003.
U.S. Bureau of the Census Certificate of Appreciation, 2002.
National Black Graduate Conference Certificate of Appreciation, 1997.
U.S. Department of Housing and Urban Development Border Colonias Internship Award, 1996 – "For your commitment to revitalize the Colonias Communities."
Stephen H. Spurr Centennial Fellowship. LBJ School of Public Affairs, UT Austin, 1992 – 1997.
Elspeth Rostow Centennial Fellowship. LBJ School of Public Affairs, UT Austin, 1989 – 1991.
The Burden of Support received the 1989 Choice Outstanding Academic Book Award.
Regents Fellow, University of California at Berkeley, 1977-1978.
Illinois State Scholar, 1972-1975.
William J. Cook Scholar, Chicago Community Trust, 1971-1975.

## EMPLOYMENT

**Director**, Center on Democracy in a Multiracial Society, University of Illinois at Urbana Champaign (July 2006-present) & **Professor of Sociology and Latina/o Studies**, Faculty Affiliate, Institute of Government and Public Affairs, and, Women and Gender in Global Perspectives Program.

**Professor & Founding Director**, Latino Studies Program, Indiana University, Bloomington.  (July 1999 to July 2006).  Adjunct Professor of Educational Policy and Leadership, Latin American Studies, Sociology, and Public and Environmental Affairs.

**External Evaluator**, Chicago ENLACE (Engaging Latino Communities in Education) Partnership, June 2001- June 2005.

**Expert Witness in the following:**
*United States of America v. The Euclid City School Board of Education.*  U.S. District Court, Northern District of Ohio, Eastern Division  2009;
*Gonzalez v. Yes on Proposition 200.*  U.S. District Court for Arizona, Voting Rights, 2007-08.
*Gonzalez et al. v. City of Aurora et al.*  U.S. District Court for Northern Illinois, increase Latino representation in Aurora City Council, 2004
*Session v. Perry*   (U.S. District Court for Eastern District of Texas) 2003; Challenge to redrawn Texas Congressional districts.
*Balderas v. Perry* (U.S. District Court for Eastern Texas) 2001, Congressional redistricting.
*Del Rio v. Perry* (Texas State District Court, Austin) 2001, Texas Congressional redistricting.
*Valero  v. Texas, 1997-*  (Texas State District Court, Austin)
*LULAC v. Clements-Richards-Bush* (Texas State District Court, Brownsville) 1989-1992
Suit seeking equity in higher education funding and access.

**Interim Director**, Julian Samora Research Institute and Visiting Associate Professor of Sociology, Michigan State University, East Lansing, Michigan  (August 1998 to July 1999).

**Assistant, Associate and Full Professor**, Lyndon B. Johnson School of Public Affairs, Faculty Associate of the Center for Mexican American Studies, and Faculty Associate of the Population Research Center, The University of Texas at Austin (September 1988 through August 1999).

**Associate Dean of Graduate Studies & Director of the Graduate Opportunity Program**, Office of Graduate Studies, The University of Texas at Austin. Increased Latino graduates students by 25% and African American graduate students by 15% in 3 years.  Helped develop the Top Ten Percent Plan as a response to the *Hopwood* decision.  (July 1993 - August 1997).

**Research Scholar** of the Tomas Rivera Center, San Antonio, Texas (October 1988-August 1993).

**Martin Luther King - Cesar Chavez - Rosa Parks Visiting Scholar,** Julian Samora Research Institute, Michigan State University, East Lansing, Michigan (Summer 1992).

**Seminar Director**, Inter-University Consortium for Political and Social Research, Statistical Workshop, "Latino Research Issues," University of Michigan, Ann Arbor, Michigan (Summer 1990-1992).

## INSTITUTIONAL GRANTS

iCUBED (Informatics and Computation Ubiquitous throughout Baccalaureate Education) $27,000 Quantitative Sociology Informatics Curriculum Planning Grant, $10,000 (7-1-2010 – 6-30-2013).

iCUBED (Informatics and Computation Ubiquitous throughout Baccalaureate Education) Course Development Grant: Population Informatics Perspectives on Immigration and Race in Illinois, $10,000 (7-1-2009 – 6-30-2012).

Trilateral Civil Society Education Consortium, Fund for the Improvement for Postsecondary Education (FIPSE) $60,000.  (9/1/2002 – 8/31/2006).

Student Recruitment Plan for Careers in Environmental Justice. Environmental Protection Agency grant administered by the Southwest Voter Research Institute, $50,000. (1/1/96 to 12/31/96).

Community Development Work Study Development Program, work study internship for minority graduate students. U.S. Department of Housing and Urban Development, $88,000. (9/1/95 to 8/31/97).

Moody Minority Graduate Fellowships. Moody Foundation, $200,000. (9/1/94 to 8/31/96).

## RESEARCH GRANTS AND CONTRACTS

"Latino Population Growth in the Mid-west: Community Development Implications." USDA, $185,000   (10/1/98 to 6/30/03).

"The Educational Benefits of Diversity," $35,000, The Spencer Foundation. (9/1/99 to 6/30/00).

"Impact of Litigation and Legislation on the Hispanic Pipeline," $75,000, W.K.Kellogg Foundation. (8/1/97 to 7/31/98).

"Housing; Infrastructure, and Community Development in Texas Colonias," U.S. Department of Housing and Urban Development, $500,000 (with Robert Wilson and David Eaton). (9/1/95 to 8/31/97)**.**

"Using Census Data and Geographic Information Systems to Improve the Effectiveness of the Supplemental Nutrition Program for Women, Infants and Children," (with Omer Galle) Texas Department of Health, $148,000. (1993-94).

"Comparative Perspectives on Mexican American and African American Poverty," Tomas Rivera Center, $25,000. (1992-93).

"Project Quest--Census Tamer" (With David Eaton). Developed program to use Census data in the class room, and "Project Quest – MacTIGER" (With David Eaton). Developed software for mapping Census data, $15,000. (1990-92).

National Research Council Ford Foundation Post-Doctoral Fellowship, $30,000, (1991-1992).

"Are Chicanos Assimilating?  Trends, Courses and Consequences in the Educational, Occupational and Economic Attainment of Mexican Americans."  Social Science Research Council, $35,000 (1990-91).

"Employment Aspects of Public Sector Policies," Tomas Rivera Center, $17,000. (1990-91).

"Economy of the Urban Ethnic Enclave" (with G. Cardenas), Tomas Rivera Center, $30,000, (1989-90).

"Characteristics of High Achieving Hispanics" (w L. Rhodes), TX Research League, $50,000. (1989-91).

## PUBLICATIONS
### Books and Monographs

Implementing Diversity: Contemporary Challenges and Best Practices at Predominantly White Universities. Helen Neville, Margaret Browne Huntt, and Jorge Chapa (editors). Center on Democracy in a Multiracial Society, Urbana, February 2011.

Once and Only Once, And in the Right Place: Residence Rules in the Decennial Census. Panel on Residence Rules in the Decennial Census -- Paul R. Voss (Chair), Jorge Chapa,

Don Dillman, Kathryn Edin, Colm A. O'Muircheartaigh, Judith Seltzer, C. Matthew Snipp, Roger Tourangeau. National Research Council of the National Academies of Science. The National Academies Press, Washington, DC. September, 2006.

Apple Pie and Enchiladas: Latino Newcomers in the Rural Midwest. Ann Millard, Jorge Chapa, et al., University of Texas Press, December, 2004.

Encyclopedia of the U.S. Census. Margo Andersen, editor-in-chief; Jorge Chapa, Connie Citro and Joe Salvo, editorial board. Congressional Quarterly Press: Washington, DC, 2000.

Colonia Housing & Infrastructure: Volume I--Current and Future Housing and Infrastructure Needs. Jorge Chapa, David Eaton, et al, (LBJ School of Public Affairs, UT Austin). 1997.

Colonia Housing & Infrastructure: Volume II—Water & Wastewater. Jorge Chapa, David Eaton, et al, (LBJ School of Public Affairs, UT Austin, 1997)

Colonia Housing & Infrastructure: Volume III—Regulatory Issues and Policy Analyses. Jorge Chapa, David Eaton, et al, (LBJ School of Public Affairs, UT Austin, 1997)

Colonia Housing & Infrastructure: Current Population and Housing Characteristics, Future Growth, and Housing, Water and Wastewater Needs: A Preliminary Report. Jorge Chapa, David Eaton, Robert Wilson, et al (LBJ School of Public Affairs, UT Austin, January 1996)

Children's Health Care Policy Issues in Texas: Options for Financing Coverage. Jorge Chapa, David Smith, David Warner, et al. (LBJ School of Public Affairs, UT Austin, 1995)

Latino Educational and Demographic Trends. Special Issue of The Hispanic Journal of the Behavioral Sciences, Richard Valencia and Jorge Chapa, Special Issue co-editors, Spring 1993.

The Economy of the Urban Ethnic Enclave. Jorge Chapa, Gilberto Cardenas, et al., (LBJ School of Public Affairs, UT Austin 1991).

Assessing Molecular and Atomic Scale Technologies. Susan Hadden, Jorge Chapa, et al., (LBJ School of Public Affairs, UT Austin, 1989)

The Burden of Support. David Hayes-Bautista. Werner Schink, and Jorge Chapa. Analysis of the social, economic and political consequences of Latino population growth. (Stanford Univ. Press, 1988).

**Book Chapters**

"Preparing a Future Professorate to Successfully Teach California's and the Nation's Latino and African American Students." Jorge Chapa. in Gandara, P., Horn, C., & Orfield, G. (eds.), Expanding Opportunity in Higher Education. New York: SUNY Press, 2006.

California Community Colleges and Latinos in the Higher Education Pipeline: Help or Hindrance? Jorge Chapa and Werner Schink. In Gary Orfield, Catherine L. Horn, Stella M. Flores, (eds.) New Directions for Community Colleges: Community Colleges and Latino Educational Opportunity. Jossey-Bass: San Francisco, 2006.

"Affirmative Action, X% Plans and Latinos Access to Higher Education." In Marcelo Suarez Orozco and Mariela Paez (eds.) Latinos Remaking America,   University of California Press, 2002

"Latino Unemployment: Current Issues and Future Concerns" Jorge Chapa and Craig Wacker, in Sonia

4

Perez (ed.) <u>Moving up the Economic Ladder: Latino Workers and the Nation's Future Prosperity</u>. (National Council of La Raza, Washington, DC. 2000).

"Including Latinos in Broadly Shared Prosperity," Jorge Chapa, in Ray Marshall (ed.) <u>Back to Shared Prosperity: The Growing Inequality of Wealth and Income in America</u>. (M.E. Sharpe, NY, 1999).

"*Hopwood* in Texas: The Untimely End of Affirmative Action." Jorge Chapa and Vincent Lazaro, <u>Chilling Admissions</u>, Gary Orfield and Edward Miller (eds.) Harvard Civil Rights Project. (Cambridge, MA, 1998).

"The Burden of Interdependence: Demographic, Economic and Social Prospect for Young Latinos in the Reconfigured U.S. Economy," Jorge Chapa, in <u>Borderless Borders: U.S. Latinos, Latin Americans, and the Paradox of Interdependence</u>. edited by Frank Bonilla et al. Philadelphia: Temple University Press, 1998.

"The Increasing Significance of Class: Longitudinal Trends and Class Differences in the Socio-Structural Assimilation of Third and Third-Plus Generation Mexican Americans," Jorge Chapa. <u>The Peopling of the Americas</u>, International Union for the Scientific Study of Population, Liege, Belgium, V.2, pp. 489-521, 1992.

"The Educational Incorporation of Hispanic Immigrants in the U.S.," Frank Bean, Jorge Chapa, Ruth Berg and Cathy Sowards. <u>Immigration and Ethnicity</u>, The Urban Institute Press 1994. First published as Texas Population Research Center Paper 12.10, 1990-91.

"The Role of Non-Professional Workers in Rebuilding the Public Trust in State and Local Government." Jorge Chapa. <u>Report of the National Commission to Rebuild the Public Trust in State and Local Government</u>. Jossey-Bass, San Francisco, 1992.

"San Antonio in the World Economy," Gilberto Cardenas, Jorge Chapa and Susan Burek. in Frank Bonilla and Rebecca Morales (eds.), <u>Latinos in a Changing Economy</u>, Sage Publications, 1993.

"Demographic Trends and Estimates of the School-Age Language Minority and Limited English Proficient Population in the United States, 1979-1988," Jorge Chapa. <u>Proceedings of the First Annual OBEMLA Research Conference</u>, Office of Bilingual Education and Minority Language Affairs, United States Department of Education, Washington, D.C. 1992.

"Young Latinos in Aging Society," David Hayes-Bautista, Werner Schink and Jorge Chapa in J. Bustamante, C. Reynolds and B. Ojeda eds., <u>U.S. Mexico Relations: Labor Market Interdependence</u>, Stanford University Press, 1992.

"Hispanics and Organ Donation: Prospects, Obstacles and Recommendations," Jorge Chapa. <u>Background Papers for the Surgeon General's Workshop on Organ Donation</u>. U.S. Public Health Service, Washington, D.C., 1991.

### Refereed Journal Articles

"Latino Immigrant Access to Higher Education in a Bipolar Context of Reception." Stella Flores & Jorge Chapa, <u>Journal of Hispanics in Higher Education</u>, Vol. 8, No. 1, 2009.

A Demographic and Sociological Perspective on *Plyler*'s Children, 1980-2005. Jorge Chapa, <u>Northwestern Journal of Law & Social Policy</u>. Vol. 3, Issue 2, Spring, 2008.

"The Problematic Pipeline: Demographic Trends and Latino Participation Graduate Science, Technology, Engineering & Mathematics Programs." Jorge Chapa & Belinda De La Rosa,

Journal of Hispanics in Higher Education, Vol. 5, July 2006.

"Affirmative Action and Percent Plans as Alternatives for Increasing Successful Participation of Minorities in Higher Education."  Jorge Chapa, J. Hispanics in Higher Education, Vol. 4, July 2005.

"Latino Population Growth, Socioeconomic and Demographic Characteristics, and Implications for Educational Attainment."  Jorge Chapa and Belinda De La Rosa.  Education and Urban Society, V. 36, No. 2. February 2004.  pp. 130-149.

"Mexican American Class Structure and Political Participation," Jorge Chapa. New England Journal of Public Policy, Fall 1995.

"Latino Population Growth, Demographic Characteristics, and Educational Stagnation:  An Examination of Recent Trends," Jorge Chapa and Richard Valencia. in The Hispanic Journal of Behavioral Studies, Vol. 15 No. 2, May 1993, pp. 165-187.

"The Myth of Hispanic Progress," Jorge Chapa. Harvard J. of Hispanic Policy, V.4, pp. 3-18, 1990.

"The Question of Mexican-American Assimilation: Socio-Economic Parity or the Underclass Formation?" Jorge Chapa. Public Affairs Comment, (LBJ School of Public Affairs, 1989).

"Latino Terminology: Conceptual Basis for Standardized Terminology," David Hayes-Bautista and Jorge Chapa. Journal of the American Public Health Association, (V.77, No. 1: 61-68, January, 1987).

"The Latino Population and U.S. Social Policy: Part I, Projection of Latino Population Growth." David Hayes-Bautista, Werner Schink and Jorge Chapa. Border Health/Salud Fronteriza, I (2): 1985.

"The Latino Population and U.S. Social Policy: Part II, Social Policy Issues in the Emergence of an Age-Ethnic Stratified Society." David Hayes-Bautista, Werner Schink and Jorge Chapa. Border Health/Salud Fronteriza, I (2): 1985.

"The Young Latino Population in an Aging American Society."  David Hayes-Bautista, Werner Schink and Jorge Chapa. Social Policy, Summer 1984.

"Wage Labor in a Peripheral Society," Jorge Chapa.  Review, Summer, 1981.

### Book Reviews

Dividing Lines: The Politics of Immigration Control in America, in
American Review of Politics.  Winter 2003.
Inequality at Work: Hispanics in the Labor Force, Contemporary Sociology, 1992.
Puerto Ricans in Chicago, New Scholar, Vol. II, pp. 89-92, 1990.
Barrio Gangs, Annals of the Am. Acad. of Political and Social Sciences, Vol. 506,
pp. 175-176, November, 1990.

### Other Publications

"Reform 2: Standardize Federal Census, State, and Local Classifications of Racial and Ethnic Data."
Jorge Chapa. Insights on Law and Society, Winter 2010, Volume 10, Issue 2.

"What counts as evidence and equity"  Jorge Chapa, developmental editor,
Review of Research in Education, Vol. 34 (2010) – Washington, DC: Sage/AERA.

"*Le fait latino dans les Grands Lacs, entre mondialisation et racialisation*."  Jorge Chapa, Politique Américaine, Issue 9,   *Hiver* 2007-2008.

"Latinos/Latinas and Higher Education Trends"   Center on Democracy in a Multiracial Society, University of Illinois at Urbana Champaign.  Occasional Paper Number 1.  October 2006.

Racial/Ethnic Equity and Inequity among Students, Faculty, and Staff at UIUC – A Compilation of Data from 1994-2006.  Edited by Cathleen Acevedo, William Berry, Jorge Chapa and Adele Lozano

 "Latinos in Indiana." Jorge Chapa, in The Encyclopedia of Latinos and Latinas in the United States. Suzanne Oboler and Deena J. González (eds.) Oxford   University Press.  2005.

"Colonias on the U.S.-Mexican border" Jorge Chapa and Belinda De La Rosa, in The Encyclopedia of Latinos and Latinas in the United States. Suzanne Oboler and Deena J. González (eds.) Oxford University Press.  2005.

Brief of the Authors of the Texas Ten Percent Plan as Amicus Curiae in support of the University of Michigan in Gratz v. Bollinger (Jan. 15, 2003), available at http://www.umich.edu/~urel/admissions/legal/gra_amicus-ussc/um/10percent-gra.pdf.

"Does Diversity Make a Difference? Three Research Studies on Diversity in College Classrooms." Washington, DC: American Council on Education and American Association of University Professors.  2000. http://www.acenet.edu/bookstore/pdf/diversity_report/2000_diversity_summary.pdf .

"Hispanic Identifiers" and "Hispanic Population Composition." Jorge Chapa in Encyclopedia of the U.S. Census.  Margo Andersen, editor-in-chief, Jorge Chapa, Connie Citro and Joe Salvo, editorial board. (Congressional Quarterly Press: Washington, DC, 2000).

"Second Opinion – Hispanic entrepreneurs enjoy comparative advantage in the Internet economy." Jorge Chapa. Hispanic Business.  June, 2000, p. 30.

"Viewpoint." Jorge Chapa, Civil Rights Journal, Fall 1997, Volume 2, Number 1.

Children's Health Care Policy Databook.  Jorge Chapa, David Smith, David Warner, et al (LBJ School of Public Affairs, UT Austin, 1995).

"Enumeration, Housing Characteristics and Sampling Rates in the Colonias of the Texas Border Area: A Perspective on Census Data," Jorge Chapa and Jorge del Pinal.  Proceedings for the Conference on Ethnic Under-enumeration, U.S. Bureau of the Census, Washington, DC, 1993.

The Changing Face of America: Future Implications of Demographic Trends, Monograph #2, Underwood Lecture Series, (University of Texas, Pan American, McAllen, Texas, 1992).

"Hispanics and the SAT in Texas," Jorge Chapa, et al., LBJ School Working Paper, #60, 1992.

"Special Focus on Latinos in Higher Education," Jorge Chapa in Deborah Carter's, Tenth Annual Status Report on Minorities in Higher Education. (American Council on Education, Washington, DC, January, 1991).

Socio-Economic Trends in California: 1940-1980. Paul Ong, Jorge Chapa, Werner Schink, Greg Jones, and Tre' Braun (State of California, Employment Development Division, Sacramento. 1986).

The Hispanic Shopper. David Hayes-Bautista, Werner Schink, and Jorge Chapa. Food Marketing
        Institute, Washington, D.C. 1984.

"California's Demographic Future: Issues for Planners." David Hayes-Bautista, Werner Schink and Jorge
        Chapa. WestPlan, Spring: 8-10, 1984.

The Hispanic Portfolio: An Investment Guide to the Future. David Hayes-Bautista, Werner Schink, and
        Jorge Chapa. California Hispanic Affairs Council, 1983.

An Ethnic Profile: Filipinos in California. Jorge Chapa. California, Health & Welfare Agency, 1982.

"The Creation of Wage Labor in Colonial Mexico." Jorge Chapa. Berkeley J. Sociology, V. 23, 1979.


## DOCUMENTARIES, COMPUTER MODELS, AND PROGRAMS

The Forgotten Americans.  Member of advisory board for PBS Documentary based on Colonia Housing
        & Infrastructure: Volume I, II. III, Jorge Chapa, David Eaton, et. al, 1997.  Video premiered at
        the Smithsonian Institution in March 2000 and was broadcast nationally in December 2000.

Web pages for Careers in Environmental Justice, Jorge Chapa. Initiated and directed the development of
        linked WWWeb pages on Careers in Environmental Equity and Colonias in Texas, 1996.

Graduate Opportunity Program Web Pages, Jorge Chapa. Initiated and directed the development of
        many linked WWWeb pages presenting information of UT Austin graduate programs, 1994-95.

Census Tamer, Jorge Chapa, Belinda De La Rosa, and David Eaton.  Software to use Census Current
        Population Survey data on Macintosh computers, 1992.

MacTIGER, Manuel Millot, David Eaton and Jorge Chapa. Courseware program to use Census TIGER
        files for computerized mapping, 1991.

Cohort V, Jorge Chapa. Copyrighted small area cohort-component population and housing projection
        program for microcomputers, 1985.

CAPMOD I.  Werner Schink, Jorge Chapa, and David Hayes-Bautista. Racial/ethnic specific population
        projection, labor force and economic forecasting program for mainframe computers, 1984.


## SELECTED PRESENTATIONS AND MEETINGS

"Hispanic and Immigrant Issues in Redistricting." Jorge Chapa,  Redistricting Institute, Duke University,
        July 28, 2010.

"Illinois' Growing Latino Population and the Challenge for Higher Education."  Jorge Chapa
        Keynote address, University of Illinois Diversity Celebration, Nov. 11, 2009.

"Vigilante Racism -- the Increasing Epidemic of Violence against Undocumented 'Mexican' Immigrants
        in the U.S."  Institute for Research on Race and Public Policy, University of Illinois at Chicago
        Reinventing Race, Reinventing Racism,  June 6, 2008.

"Being Counted: The Challenges and Impacts of Census 2010." Annual meeting of the Board of
Hispanic Caucus Chairs of State Legislatures." Santa Fe, New Mexico, Nov. 9, 2007.

"A Demographic and Sociological Perspective on Plyler's Children, 1980-2005."
The Education of All Our Children: The 25th Anniversary of Plyler v. Doe.
The Chief Justice Earl Warren Institute on Race, Ethnicity and Diversity
University of California, Berkeley, May 7, 2007

"Latinos/Latinas and Higher Education Trends."  Invited presentation to the Illinois Board of Higher
Education at the University Center at Lake County, October 9. 2006.

"Race-Neutral Policy: Progress or Regression for Growing Minority Populations? Understanding the
Experiences of the U. of Texas and the U. of California under Different Race-Neutral Policies."
Is Access to Higher Education Shrinking? UCLA. January 14, 2006

Invited Speaker – "Fixing Our Broken Immigration System."
University of Wisconsin, Milwaukee. May 5, 2005.

"Demographic Perspectives on Minority Voting Rights and Reauthorization of the Voting Rights Act."
Mexican American Legal Defense and Education Fund (MALDEF), Chicago, IL Dec. 9, 2004.

Keynote Speaker – "La condición de emigrantes Mexicanos en los Estados Unidos."
*Instituto Tecnológico de Estudios Superiores de la Región Carbonífera*, Sabinas, Coahuila,
México. March 18, 2004

Featured Speaker – "Opportunities in the U.S. Hispanic Markets."  Conference on U.S.-Mexico Cross-
Border Investment.  McCombs School of Business, University of Texas, Austin, Oct. 15, 2004.

Participant -- Third Binational Policy Forum on Migration and Health, October 11-12, 2004,
León, Guanajuato, México.

Participant -- U.S. Census Bureau Interdisciplinary Working Group on Race and Ethnicity in the 2010
Census Washington, DC, September 15, 2004.

Invited Testimony on Immigration Policy and Research Issues.  La Comisión de Población y Desarrollo
del Senado de la República del Congreso Mexicano sobre Protección a Migrantes y Emigrantes
(Mexican Senate Committee on Population and Development, Hearings on Proposed Legislation
to Protect Mexican Emigrants in the U.S. Chicago, July 21, 2004. NPR's program, Latino USA,
broadcast an interview with Chapa regarding the hearings and his testimony.

"Alternatives to Increase the Successful Participation of Latinos in Higher Education" presented at
"Latino Students in Higher Education:  Increasing Successful Participation."
Arizona State University. April 30, 2004

"Preparing a Future Professorate to Successfully Teach California's and the Nation's Latino and African
American Students" presented at, "Expanding Opportunity in Higher Education: A Policy
Development Conference.  Sacramento, CA.  October 2003.

"Latino Population Growth, Socioeconomic and Demographic Characteristics, and Implications for
Educational Attainment." presented at, "Latino Educational Issues: All One System"
Hispanic Border Leadership Institute, Arizona State University, September 19, 2003

"Latinos and Race Formation -- The Conflation of Legal Status, Race, and National Origin at the New
Frontiers of Latino Immigration," Jorge Chapa & Ann V. Millard presented at

9

The Harvard Color Lines Conference, Harvard University, September 1, 2003.

"El "Texas Top Ten Percent Plan "y la Desigualdad de los Exámenes Tipo SAT"  Seminario - Quiénes Deben Ingresar A La Universidad, sponsored by  Vicaría Pastoral Universitaria, Santiago, Chile December 6, 2002

"Enforcement without Evidence: The Implications of Racial Data Collection Bans for Educational Equity" Invited testimony before the U.S. Commission on Civil Rights. Washington, DC, May 17, 2002

"Affirmative Action, X% Plans and Latinos Access to Higher Education in the Twenty-first Century." Latinos Remaking America.  David Rockefeller Center for Latin American Studies and Graduate School of Education. Harvard University, May 2, 2002.

"Can X% Plans Increase Minority Enrollments in the Absence of Race Conscious Affirmative Action?" Harvard Law School and Harvard Graduate School of Education. March 23, 2001.

"Latinos, Latin Americans, and the Internet: Universities as Trainers of 'Infomediaries'." HACU (Hispanic Association of Colleges and Universities) 4th International Conference on The Globalization of Education.  March 13, 2001, San Jose Costa Rica.

"Policy Responses to Latino Immigration."  Invited presentation, American Sociological Association, Washington, DC, August 2001.

Conference Co-organizer and discussant, "*Transborder Peoples and the Intersections between Latino and Latin American Studies*." Indiana University, Bloomington. June 1, 2001.

Attendee at meeting with Vicente Fox, President of México, with Leaders of the Mexican Origin Community in the U.S.; National Palace, Mexico City, December 3, 2000.

"New Developments and Future Implications in Latino Access to Higher Education." April 6, 2000. Mapping the Latino Research Agenda for the Twenty-first Century, Harvard University.

"The Changing Face of America:  Hispanics and the 2000 Census."  Inaugural Lanier Public Policy Conference, University of Houston Center for Public Policy, December 8, 2000.

"Alternatives to Affirmative Action for Diversifying Graduate and Professional Programs." Forum on Accountability and the Higher Educational Pipeline for Latino Youth, UT Austin, January 2000.

"The Future of Latino Studies in the Midwest."  February 3, 2000. Ohio State University.

"Hispanics in the U.S. Labor Force."  U.S Department of Labor, October 14, 1998.

"Hispanics' Place in U.S. Society: Looking to the Future."  Population Resource Center and Congressional Hispanic Caucus sponsored program entitled "Hispanic in the U.S.:  What the Census tells us about current and future trends." Washington, D.C.  December 10, 1997, (Broadcast on C-SPAN).

"The *Hopwood* Decision in Texas as an Attack on Latino Access to Selective Higher Education Programs." Harvard Civil Rights Project Conference on Latino Civil Rights.  The Brookings Institution. Washington D.C. December 5, 1997.

"*Hopwood* in Texas: The Untimely End of Affirmative Action." Harvard Civil Right Project Conference on Non-Racial Standards and Minority Opportunity. Harvard Graduate School of Education, Cambridge, Massachusetts, April 11, 1997.

"Building an Inclusive Graduate Community without Minority Preferences in Admissions and Financial Aid:  Prospects at the University of Texas after *Hopwood*." Presented at the Council of Graduate Schools national meeting, San Francisco, California, December 12, 1996.

"Latinos in Higher Education: Trends, Problems and Prospects." Presented at the Harvard Graduate School of Education, February 15, 1996.

"Colonia Housing & Infrastructure: Current Population and Housing Characteristics, Future Growth, and Housing, Water and Wastewater Needs. A Preliminary Report."  Testimony to the Texas Senate Committee on International Relations, Trade and Technology, January 30, 1996.

"The Burden of Interdependence: Demographic, Economic and Social Prospect for Young Latinos in the Reconfigured U.S. Economy," The Global Society and the Latino Community Conference, Rockefeller Foundation, Bellagio Conference Center, Bellagio, Italy, December 14-19, 1994.

"The Growing Racial and Ethnic Diversity of the United States: Implications for Health Care Professionals," Harvard School of Medicine, April 19, 1994.

"The Potential Donor Pool: Selected Trends and Data," Transplantation at the National Forefront, U.S. Department of Health and Human Service Division of Organ Transplantation and United Network Organ Sharing, Washington, DC, February 16, 1994.

## UNIVERSITY OF ILLINOIS  SERVICE

University of Illinois Representative to HACU [Hispanic Association of Colleges and Universities] & AAHHE [American Association for Hispanics in Higher Education] 2007-2009  (Campus).
Chair, Sociology/LLSP Faculty Search Committee, 2006-2008 (Department).
Chair, Sociology Academic Integrity Committee, 2007-2008 (Department).
Chair, Social Dynamics and Structures Curriculum Committee, 2007-2008 (Department).
Member, Sociology Graduate Admissions Committee, 2006-2007 (Department).
Member, Chancellor's Diversity Initiatives Committee, 2006-2010 (Campus).
Member, Promotion and Tenure Committee, 2007-2010 (Campus).
Member, Academic Excellence Committee, 2007-2008 (Campus).
Member, Chancellor's Campus Conduct/Campus Climate Committee, 2007 (Campus).
Member, AIS Director Search Committee, 2006-2007 (College).
Member, College of Education Diversity Taskforce, 2006-2007 (College).

## PROFESSIONAL AND PUBLIC SERVICE

Member, National Hispanic Leadership Summit, 2005-2006.
Member, Driver's License Sub-Committee of the Indiana Comm. of Hispanic/Latino Affairs, 2004-06.
Member, National Research Council Panel on Residence Rules in the U.S. Census, 2004-2005.
Chair, Latino/a Sociology Section of the American Sociological Association, 2003.
Member, Higher Education Advisory Board, Civil Rights Projects, Harvard University, 2000-2006.
Member, Editorial Review Board, Journal of Public Affairs Education, 1998-2000.
Member, Policy Council for Public Policy & International Affairs Fellowship Program, 1998-2000.
Member, National Council of La Raza Poverty Research Advisory Council, 1997-2001.
Member, U.S. Bureau of the Census Advisory Committee on the Hispanic Population, 1994-2002.
Member, Texas Higher Education Coordinating Board Student Services Formula Study Comm., 1995-98.
Member, Texas Higher Education Coordinating Board Comm. for Alternate Diversity Criteria, 1996-97.
Peer Reviewer of National Science Foundation Social Science Proposals as requested.

11

**Referee for the following (among others**):

        American Sociological Review
        Demography
        Educational Policy
        Politics and Policy
        Great Plains Research
        International Migration Review
        Journal of Health and Social Behavior
        Journal of Hispanic Behavioral Success
        Journal of Policy Analysis and Management
        Journal of Public Affairs Education
        Journal of the American Medical Association
        Latino Studies Journal
        Social Forces
        Social Science Quarterly
        Sociological Perspectives

**Manuscript reviewer for Harvard University Press.**

March 2011

12