# Table 4 -- Education of Hispanics and Total Population, ages 25 and older, selected Texas Counties, 2009

|  | Bexar | Brazoria | Cameron | Collin | Dallas | Denton | El Paso | Fort Bend | Harris |
|---|---|---|---|---|---|---|---|---|---|
| **Total** |  |  |  |  |  |  |  |  |  |
| Less than High School | 19.2% | 14.5% | 37.0% | 7.5% | 25.1% | 9.5% | 28.3% | 11.3% | 22.6% |
| High School or GED | 24.5% | 24.6% | 24.1% | 16.4% | 22.6% | 20.0% | 23.5% | 19.2% | 23.4% |
| Some College | 31.9% | 34.8% | 24.3% | 29.2% | 24.8% | 31.7% | 27.8% | 31.0% | 26.8% |
| BA or higher | 24.5% | 26.1% | 14.6% | 46.9% | 27.5% | 38.9% | 20.4% | 38.5% | 27.2% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Hispanic** |  |  |  |  |  |  |  |  |  |
| Less than High School | 29.5% | 35.8% | 43.3% | 32.4% | 54.8% | 33.3% | 34.1% | 31.7% | 48.1% |
| High School or GED | 27.6% | 26.2% | 23.2% | 24.9% | 23.3% | 21.5% | 23.9% | 24.5% | 25.2% |
| Some College | 30.1% | 25.1% | 22.8% | 19.3% | 14.0% | 28.8% | 25.8% | 29.6% | 18.0% |
| BA or higher | 12.8% | 12.9% | 10.8% | 23.4% | 7.9% | 16.4% | 16.2% | 14.3% | 8.7% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

|  | Hidalgo | Lubbock | Montgomery | Nueces | Tarrant | Travis | Webb | Williamson |
|---|---|---|---|---|---|---|---|---|
| **Total** |  |  |  |  |  |  |  |  |
| Less than High School | 39.3% | 17.9% | 13.7% | 21.3% | 16.9% | 14.8% | 36.5% | 9.3% |
| High School or GED | 23.0% | 25.6% | 25.1% | 26.9% | 24.5% | 17.1% | 19.6% | 21.5% |
| Some College | 21.6% | 29.9% | 31.9% | 31.2% | 31.1% | 24.6% | 24.7% | 34.4% |
| BA or higher | 16.1% | 26.7% | 29.3% | 20.5% | 27.4% | 43.5% | 19.2% | 34.8% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Hispanic** |  |  |  |  |  |  |  |  |
| Less than High School | 44.1% | 40.6% | 47.5% | 31.8% | 47.0% | 40.2% | 38.5% | 27.5% |
| High School or GED | 22.4% | 28.7% | 17.2% | 29.4% | 23.3% | 23.3% | 19.9% | 27.3% |
| Some College | 20.4% | 22.7% | 17.6% | 27.5% | 19.0% | 19.3% | 23.8% | 29.6% |
| BA or higher | 13.2% | 8.0% | 17.7% | 11.3% | 10.6% | 17.2% | 17.8% | 15.6% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

**Source:  2009 American Community Survey**

**Table 5 - Income of Hispanics and Total Population, ages 25 and older, selected Texas Counties**

| | Median Household Income | | | | Per capita income | | | White, not Hispanic |
|---|---|---|---|---|---|---|---|---|
| | Total | Hispanic | | | Total | Hispanic | Hispanic | |
| **Bexar** | $ 45,383 | $ 37,752 | | **Bexar** | $ 22,004 | $ 15,526 | $ 34,401 |
| **Brazoria** | $ 67,644 | $ 59,056 | | **Brazos** | $ 19,670 | $ 12,327 | $ 24,108 |
| **Cameron** | $ 30,864 | $ 28,494 | | **Cameron** | $ 13,901 | $ 11,568 | $ 29,394 |
| **Collin** | $ 77,585 | $ 46,044 | | **Collin** | $ 35,440 | $ 17,922 | $ 41,147 |
| **Dallas** | $ 45,986 | $ 34,543 | | **Dallas** | $ 24,915 | $ 12,727 | $ 43,103 |
| **Denton** | $ 70,510 | $ 48,519 | | **Denton** | $ 30,937 | $ 16,695 | $ 36,421 |
| **El Paso** | $ 36,146 | $ 32,321 | | **El Paso** | $ 16,558 | $ 13,582 | $ 32,570 |
| **Fort Bend** | $ 80,623 | $ 56,725 | | **Fort Bend** | $ 30,857 | $ 18,086 | $ 43,208 |
| **Harris** | $ 50,567 | $ 37,520 | | **Harris** | $ 26,220 | $ 14,103 | $ 43,902 |
| **Hidalgo** | $ 30,460 | $ 28,005 | | **Hidalgo** | $ 13,183 | $ 11,617 | $ 27,198 |
| **Lubbock** | $ 39,238 | $ 31,972 | | **Lubbock** | $ 21,196 | $ 12,722 | $ 27,123 |
| **Montgomery** | $ 64,685 | $ 46,001 | | **Montgomery** | $ 31,092 | $ 15,587 | $ 35,903 |
| **Nueces** | $ 40,831 | $ 34,881 | | **Nueces** | $ 20,939 | $ 16,048 | $ 30,246 |
| **Tarrant** | $ 53,720 | $ 39,839 | | **Tarrant** | $ 26,593 | $ 14,489 | $ 35,179 |
| **Travis** | $ 53,396 | $ 39,170 | | **Travis** | $ 30,432 | $ 15,832 | $ 42,024 |
| **Webb** | $ 38,291 | $ 36,999 | | **Webb** | $ 13,526 | - NA - | - NA - |
| **Williamson** | $ 69,493 | $ 58,861 | | **Williamson** | $ 28,048 | $ 18,690 | $ 31,917 |

**Source:  2009 American Community Survey**

**Table 6 - Percentage of Hispanics and Total Population Living in Poverty, ages 25 and older, selected Texas Counties, 2009**

|  | Total | Hispanic |
|---|---|---|
| **Bexar** | 17.9% | 21.8% |
| **Brazoria** | 9.5% | 15.8% |
| **Cameron** | 34.3% | 37.2% |
| **Collin** | 7.4% | 18.1% |
| **Dallas** | 18.8% | 26.8% |
| **Denton** | 9.2% | 19.1% |
| **El Paso** | 23.7% | 26.5% |
| **Fort Bend** | 7.0% | 12.2% |
| **Harris** | 17.2% | 25.1% |
| **Hidalgo** | 35.4% | 38.1% |
| **Lubbock** | 20.6% | 27.1% |
| **Montgomery** | 11.6% | 27.1% |
| **Nueces** | 20.1% | 24.1% |
| **Tarrant** | 14.7% | 25.2% |
| **Travis** | 16.2% | 26.8% |
| **Webb** | 31.4% | 32.9% |
| **Williamson** | 4.7% | 9.7% |

**Source:  2009 American Community Survey**