## Table 8 -- HCVAP and  Af AM CVAP Analysis for Selected Plans and Districts

**Plan C163**

| District | Total_Pop | Total_VAP | Hispanic VAP | AfrAmVAP | Total_CVAP | HCVAP | AfrAM CVAP | % HCVAP | % Af AM CVAP | % HCVAP + Af AM CVAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 698,488 | 488,185 | 289,735 | 65,518 | 315,938 | 122,824 | 63,681 | 39% | 20% | 59% |
| 15 | 698,488 | 482,621 | 349,080 | 10,209 | 398,718 | 271,588 | 9,973 | 68% | 3% | 71% |
| 16 | 698,488 | 492,306 | 381,563 | 16,122 | 395,138 | 289,268 | 15,633 | 73% | 4% | 77% |
| 20 | 698,488 | 509,568 | 347,699 | 28,901 | 450,862 | 295,671 | 27,937 | 66% | 6% | 72% |
| 23 | 698,488 | 490,700 | 344,983 | 13,567 | 421,413 | 278,089 | 12,727 | 66% | 3% | 69% |
| 27 | 698,488 | 490,011 | 368,955 | 10,535 | 412,892 | 295,532 | 10,151 | 72% | 2% | 74% |
| 28 | 698,488 | 484,718 | 315,565 | 33,784 | 408,458 | 242,218 | 33,030 | 59% | 8% | 67% |
| 29 | 698,488 | 470,968 | 339,204 | 46,518 | 315,984 | 180,438 | 45,389 | 57% | 14% | 71% |
| 33 | 698,488 | 472,121 | 335,140 | 19,537 | 341,250 | 224,286 | 18,702 | 66% | 5% | 71% |
| 35 | 698,488 | 484,081 | 189,286 | 133,039 | 379,835 | 94,230 | 128,235 | 25% | 34% | 59% |
| 36 | 698,488 | 491,575 | 250,827 | 66,182 | 326,265 | 96,678 | 61,340 | 30% | 19% | 48% |
|  | 25,145,561 | 18,279,737 | 6,143,144 | 2,128,050 | 15,846,552 | 4,118,885 | 2,055,263 | 26% | 13% | 39% |

## Table 8 -- HCVAP and  Af AM CVAP Analysis for Selected Plans and Districts

**Plan C164**

| District | Total_Pop | Total_VAP | Hispanic VAP | AfrAmVAP | Total_CVAP | HCVAP | AfrAM CVAP | % HCVAP | % Af AM CVAP | % HCVAP + Af AM CVAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 698,488 | 488,176 | 289,691 | 65,507 | 315,974 | 122,820 | 63,672 | 39% | 20% | 59% |
| 12 | 698,487 | 484,244 | 189,390 | 133,189 | 380,210 | 94,425 | 128,385 | 25% | 34% | 59% |
| 15 | 698,488 | 475,098 | 357,838 | 10,336 | 383,961 | 268,593 | 10,197 | 70% | 3% | 73% |
| 16 | 698,488 | 493,930 | 392,678 | 13,874 | 394,005 | 297,414 | 13,417 | 75% | 3% | 79% |
| 20 | 698,487 | 516,272 | 322,855 | 34,945 | 460,361 | 274,103 | 33,925 | 60% | 7% | 67% |
| 23 | 698,488 | 480,652 | 358,531 | 10,462 | 383,346 | 267,090 | 10,061 | 70% | 3% | 72% |
| 28 | 698,488 | 471,090 | 370,396 | 12,697 | 368,950 | 268,744 | 11,833 | 73% | 3% | 76% |
| 29 | 698,488 | 470,964 | 339,189 | 46,518 | 315,981 | 180,430 | 45,389 | 57% | 14% | 71% |
| 33 | 698,488 | 488,000 | 375,247 | 9,935 | 412,017 | 302,561 | 9,527 | 73% | 2% | 76% |
| 34 | 698,488 | 496,330 | 303,195 | 41,620 | 425,339 | 245,943 | 40,772 | 58% | 10% | 67% |
| 35 | 698,487 | 523,494 | 69,699 | 66,148 | 491,370 | 41,104 | 65,343 | 8% | 13% | 22% |
| 36 | 698,488 | 491,574 | 250,827 | 66,182 | 326,282 | 96,685 | 61,340 | 30% | 19% | 48% |

## Table 8 -- HCVAP and Af AM CVAP Analysis for Selected Plans and Districts

**Plan C165**

| District | Total_Pop | Total_VAP | Hispanic VAP | AfrAmVAP | Total_CVAP | HCVAP | AfrAM CVAP | % HCVAP | % Af AM CVAP | % HCVAP + Af AM CVAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 698,487 | 487,484 | 290,196 | 65,338 | 314,915 | 122,895 | 63,503 | 39% | 20% | 59% |
| 15 | 698,488 | 469,257 | 367,637 | 8,440 | 367,112 | 266,996 | 8,307 | 73% | 2% | 75% |
| 16 | 698,488 | 493,699 | 383,607 | 15,926 | 397,246 | 291,945 | 15,466 | 73% | 4% | 77% |
| 20 | 698,488 | 511,503 | 315,562 | 38,681 | 459,352 | 270,562 | 37,506 | 59% | 8% | 67% |
| 23 | 698,488 | 484,358 | 355,911 | 10,404 | 392,372 | 270,535 | 10,023 | 69% | 3% | 72% |
| 28 | 698,488 | 481,244 | 364,011 | 4,099 | 383,912 | 267,304 | 3,832 | 70% | 1% | 71% |
| 29 | 698,488 | 470,964 | 339,189 | 46,518 | 315,981 | 180,430 | 45,389 | 57% | 14% | 71% |
| 34 | 698,488 | 500,255 | 313,852 | 45,917 | 408,909 | 235,172 | 44,875 | 58% | 11% | 68% |
| 35 | 698,487 | 484,080 | 189,286 | 133,039 | 379,835 | 94,230 | 128,235 | 25% | 34% | 59% |
| 36 | 698,488 | 491,574 | 250,827 | 66,182 | 326,282 | 96,685 | 61,340 | 30% | 19% | 48% |

## Table 8 -- HCVAP and  Af AM CVAP Analysis for Selected Plans and Districts

### Plan C187

| District | Total_Pop | Total_VAP | Hispanic VAP | AfrAmVAP | Total_CVAP | HCVAP | AfrAM CVAP | % HCVAP | % Af AM CVAP | % HCVAP + Af AM CVAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 698,487 | 490,657 | 274,137 | 74,979 | 311,394 | 106,925 | 68,876 | 34% | 22% | 56% |
| 12 | 698,488 | 481,389 | 207,865 | 123,053 | 369,910 | 103,242 | 118,041 | 28% | 32% | 60% |
| 15 | 698,488 | 475,098 | 357,838 | 10,336 | 383,961 | 268,593 | 10,197 | 70% | 3% | 73% |
| 16 | 698,488 | 493,930 | 392,678 | 13,874 | 394,005 | 297,414 | 13,417 | 75% | 3% | 79% |
| 20 | 698,487 | 516,272 | 322,855 | 34,945 | 460,361 | 274,103 | 33,925 | 60% | 7% | 67% |
| 23 | 698,488 | 480,652 | 358,531 | 10,462 | 383,346 | 267,090 | 10,061 | 70% | 3% | 72% |
| 28 | 698,488 | 471,090 | 370,396 | 12,697 | 368,950 | 268,744 | 11,833 | 73% | 3% | 76% |
| 29 | 698,488 | 472,664 | 348,254 | 42,138 | 313,004 | 185,494 | 40,872 | 59% | 13% | 72% |
| 33 | 698,488 | 488,000 | 375,247 | 9,935 | 412,017 | 302,561 | 9,527 | 73% | 2% | 76% |
| 34 | 698,488 | 496,330 | 303,195 | 41,620 | 425,339 | 245,943 | 40,772 | 58% | 10% | 67% |
| 35 | 698,488 | 524,921 | 69,885 | 65,936 | 493,227 | 41,310 | 65,195 | 8% | 13% | 22% |
| 36 | 698,488 | 486,481 | 187,111 | 133,332 | 397,190 | 101,807 | 130,368 | 26% | 33% | 58% |

## Table 8 -- HCVAP and  Af AM CVAP Analysis for Selected Plans and Districts

### Plan C188

| District | Total_Pop | Total_VAP | Hispanic VAP | AfrAmVAP | Total_CVAP | HCVAP | AfrAM CVAP | % HCVAP | % Af AM CVAP | % HCVAP + Af AM CVAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 698,488 | 479,906 | 309,904 | 27,490 | 372,376 | 210,269 | 26,274 | 56% | 7% | 64% |
| 12 | 698,487 | 486,959 | 153,454 | 163,128 | 400,696 | 80,421 | 158,251 | 20% | 39% | 60% |
| 15 | 698,489 | 473,838 | 357,532 | 9,982 | 382,987 | 268,415 | 9,869 | 70% | 3% | 73% |
| 16 | 698,488 | 489,241 | 362,291 | 18,079 | 395,418 | 272,910 | 17,585 | 69% | 4% | 73% |
| 20 | 698,488 | 508,252 | 320,903 | 32,754 | 455,199 | 275,993 | 31,762 | 61% | 7% | 68% |
| 23 | 698,487 | 501,551 | 336,494 | 33,428 | 425,719 | 264,502 | 32,379 | 62% | 8% | 70% |
| 28 | 698,488 | 492,035 | 312,675 | 35,444 | 342,050 | 190,998 | 33,243 | 56% | 10% | 66% |
| 29 | 698,487 | 470,921 | 339,348 | 46,471 | 315,864 | 180,503 | 45,346 | 57% | 14% | 72% |
| 33 | 698,488 | 488,000 | 375,247 | 9,935 | 412,017 | 302,561 | 9,527 | 73% | 2% | 76% |
| 34 | 698,488 | 507,275 | 304,443 | 26,333 | 456,603 | 256,093 | 25,678 | 56% | 6% | 62% |
| 35 | 698,487 | 483,593 | 288,130 | 59,157 | 310,185 | 122,042 | 56,687 | 39% | 18% | 58% |
| 36 | 698,487 | 491,565 | 250,882 | 66,181 | 326,265 | 96,709 | 61,340 | 30% | 19% | 48% |