**Table 9 -- HCVAP and  Af AM CVAP Analysis for Selected Districts in Plan H201**

**Plan H201**

| | District | Total_Pop | Total_VAP | Hispanic_VAP | AfrAmVAP | Total_CVAP | HCVAP | AfrAM_CVAP | % HCVAP | % Af AM CVAP | % HCVAP + Af AM CVAP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 42 | 168,666 | 112,220 | 106,421 | 223 | 84,146 | 78,348 | 152 | 93% | 0% | 93% |
| 2 | 76 | 160,108 | 113,178 | 104,832 | 1,260 | 88,762 | 80,785 | 1,158 | 91% | 1% | 92% |
| 3 | 75 | 160,480 | 102,390 | 93,499 | 1,455 | 73,445 | 64,909 | 1,411 | 88% | 2% | 90% |
| 4 | 40 | 166,096 | 106,660 | 95,193 | 571 | 79,252 | 68,243 | 501 | 86% | 1% | 87% |
| 5 | 37 | 167,642 | 111,705 | 98,304 | 336 | 79,312 | 66,256 | 320 | 84% | 0% | 84% |
| 6 | 39 | 167,628 | 110,206 | 96,824 | 166 | 79,865 | 66,415 | 147 | 83% | 0% | 83% |
| 7 | 80 | 167,837 | 111,273 | 95,877 | 884 | 86,520 | 71,215 | 797 | 82% | 1% | 83% |
| 8 | 144 | 174,049 | 112,762 | 97,904 | 804 | 82,435 | 67,789 | 772 | 82% | 1% | 83% |
| 9 | 38 | 167,573 | 111,281 | 95,254 | 442 | 88,109 | 72,403 | 432 | 82% | 0% | 83% |
| 10 | 41 | 169,628 | 114,196 | 97,707 | 548 | 84,009 | 68,819 | 531 | 82% | 1% | 83% |
| 11 | 36 | 168,373 | 111,496 | 96,845 | 332 | 73,708 | 60,335 | 260 | 82% | 0% | 82% |
| 12 | 141 | 167,320 | 115,429 | 37,707 | 58,130 | 93,424 | 18,066 | 57,151 | 19% | 61% | 81% |
| 13 | 142 | 167,294 | 115,017 | 49,417 | 47,904 | 93,146 | 27,141 | 47,399 | 29% | 51% | 80% |
| 14 | 77 | 160,044 | 118,466 | 93,694 | 3,405 | 96,195 | 72,325 | 3,389 | 75% | 4% | 79% |
| 15 | 131 | 167,540 | 117,100 | 45,613 | 50,495 | 84,547 | 17,864 | 47,787 | 21% | 57% | 78% |
| 16 | 140 | 167,320 | 110,927 | 86,711 | 9,780 | 68,838 | 43,485 | 9,620 | 63% | 14% | 77% |
| 17 | 109 | 166,738 | 117,686 | 18,416 | 73,335 | 110,845 | 12,525 | 72,848 | 11% | 66% | 77% |
| 18 | 110 | 169,183 | 114,162 | 45,528 | 47,079 | 87,794 | 19,461 | 46,601 | 22% | 53% | 75% |
| 19 | 111 | 164,593 | 117,179 | 33,255 | 58,508 | 99,660 | 17,160 | 57,819 | 17% | 58% | 75% |
| 20 | 139 | 167,393 | 117,258 | 41,079 | 51,927 | 95,070 | 18,924 | 51,637 | 20% | 54% | 74% |
| 21 | 79 | 159,531 | 110,569 | 78,364 | 7,048 | 89,067 | 57,913 | 6,943 | 65% | 8% | 73% |
| 22 | 119 | 171,811 | 121,771 | 80,520 | 10,475 | 109,027 | 68,103 | 10,344 | 62% | 9% | 72% |
| 23 | 104 | 166,577 | 111,524 | 81,185 | 10,893 | 70,529 | 40,156 | 10,498 | 57% | 15% | 72% |
| 24 | 74 | 170,005 | 120,689 | 90,940 | 1,981 | 96,294 | 67,353 | 1,434 | 70% | 1% | 71% |
| 25 | 145 | 167,518 | 115,288 | 86,584 | 6,707 | 74,724 | 46,181 | 6,328 | 62% | 8% | 70% |
| 26 | 100 | 163,104 | 118,953 | 46,615 | 44,235 | 90,389 | 19,347 | 43,926 | 21% | 49% | 70% |
| 27 | 124 | 170,291 | 118,345 | 75,649 | 8,035 | 109,678 | 68,401 | 7,969 | 62% | 7% | 70% |
| 28 | 27 | 167,707 | 116,403 | 31,568 | 50,173 | 97,328 | 18,757 | 48,401 | 19% | 50% | 69% |
| 29 | 147 | 167,254 | 129,898 | 42,321 | 50,224 | 107,299 | 23,363 | 49,578 | 22% | 46% | 68% |
| 30 | 117 | 171,779 | 119,008 | 74,734 | 8,155 | 106,952 | 63,997 | 8,023 | 60% | 8% | 67% |
| 31 | 43 | 167,476 | 121,354 | 80,553 | 2,126 | 114,778 | 75,143 | 2,080 | 65% | 2% | 67% |
| 32 | 90 | 159,428 | 105,582 | 75,004 | 10,184 | 67,542 | 35,375 | 9,981 | 52% | 15% | 67% |
| 33 | 31 | 169,674 | 119,537 | 83,893 | 1,168 | 102,401 | 67,348 | 1,101 | 66% | 1% | 67% |
| 34 | 118 | 173,083 | 123,809 | 82,249 | 3,816 | 111,861 | 71,031 | 3,710 | 63% | 3% | 67% |
| 35 | 116 | 168,639 | 129,560 | 82,081 | 6,106 | 114,855 | 70,789 | 5,678 | 62% | 5% | 67% |
| 36 | 125 | 170,375 | 125,379 | 77,592 | 6,300 | 113,957 | 68,109 | 6,093 | 60% | 5% | 65% |
| 37 | 95 | 161,634 | 115,752 | 28,099 | 51,565 | 98,243 | 13,113 | 50,432 | 13% | 51% | 65% |
| 38 | 123 | 171,764 | 132,431 | 85,249 | 6,026 | 113,325 | 67,340 | 5,754 | 59% | 5% | 64% |
| 39 | 148 | 167,244 | 121,988 | 85,251 | 7,349 | 81,804 | 45,584 | 7,072 | 56% | 9% | 64% |
| 40 | 78 | 160,484 | 115,231 | 76,303 | 3,086 | 94,930 | 58,031 | 2,857 | 61% | 3% | 64% |
| 41 | 146 | 167,985 | 127,826 | 26,209 | 57,229 | 107,700 | 12,440 | 56,167 | 12% | 52% | 64% |
| 42 | 34 | 159,838 | 116,509 | 70,476 | 4,431 | 110,677 | 65,976 | 4,157 | 60% | 4% | 63% |
| 43 | 143 | 167,602 | 111,366 | 83,121 | 3,632 | 74,492 | 43,724 | 3,432 | 59% | 5% | 63% |
| 44 | 120 | 172,592 | 123,527 | 50,305 | 30,961 | 112,364 | 40,448 | 30,498 | 36% | 27% | 63% |
| 45 | 33 | 160,004 | 118,348 | 69,677 | 4,838 | 110,790 | 63,616 | 4,757 | 57% | 4% | 62% |
| 46 | 22 | 159,488 | 121,304 | 19,210 | 56,865 | 111,800 | 10,352 | 56,519 | 9% | 51% | 60% |
| 47 | 138 | 167,483 | 116,542 | 65,576 | 17,280 | 82,991 | 30,394 | 16,894 | 37% | 20% | 57% |
| 48 | 149 | 168,875 | 120,138 | 44,274 | 31,243 | 84,147 | 20,214 | 27,479 | 24% | 33% | 57% |
| 49 | 51 | 164,991 | 121,891 | 68,597 | 10,257 | 91,387 | 40,467 | 9,967 | 44% | 11% | 55% |
| 50 | 137 | 167,566 | 121,404 | 71,445 | 19,680 | 59,213 | 16,036 | 16,215 | 27% | 27% | 54% |
| 51 | 46 | 172,417 | 122,218 | 52,145 | 25,832 | 90,251 | 23,711 | 24,760 | 26% | 27% | 54% |
| 52 | 103 | 169,349 | 117,358 | 78,718 | 7,455 | 64,975 | 27,565 | 7,047 | 42% | 11% | 53% |
| 53 | 132 | 167,440 | 110,310 | 49,056 | 19,146 | 86,529 | 26,638 | 18,298 | 31% | 21% | 52% |
| 54 | 54 | 160,062 | 111,369 | 25,363 | 33,664 | 104,521 | 21,097 | 33,132 | 20% | 32% | 52% |
| 55 | 101 | 164,664 | 110,209 | 35,790 | 29,082 | 87,443 | 18,089 | 26,813 | 21% | 31% | 51% |

**Number of HCVAP + Af Am CVAP Majority Districts =  55**

**Table 10 -- HCVAP and Af Am CVAP Analysis for Selected Districts in Plan H205**

| | District | Total_Pop | Total_VAP | Hispanic_VAP | AfrAmVAP | Total_CVAP | HCVAP | AfrAM_CVAP | % HCVAP | % Af AM CVAP | % HCVAP + Af AM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 31 | 163,114 | 102,891 | 98,813 | 130 | 69,691 | 66,015 | 106 | 95% | 0% | 95% |
| 2 | 76 | 160,108 | 113,178 | 104,832 | 1,260 | 88,762 | 80,785 | 1,158 | 91% | 1% | 92% |
| 3 | 42 | 162,176 | 108,758 | 102,272 | 291 | 80,429 | 73,968 | 158 | 92% | 0% | 92% |
| 4 | 75 | 160,480 | 102,390 | 93,499 | 1,455 | 73,445 | 64,909 | 1,411 | 88% | 2% | 90% |
| 5 | 40 | 159,818 | 99,876 | 91,543 | 358 | 67,652 | 60,146 | 344 | 89% | 1% | 89% |
| 6 | 72 | 160,415 | 103,852 | 91,846 | 702 | 76,927 | 65,090 | 691 | 85% | 1% | 86% |
| 7 | 39 | 160,584 | 105,077 | 93,571 | 182 | 73,770 | 61,848 | 168 | 84% | 0% | 84% |
| 8 | 37 | 160,251 | 107,874 | 94,756 | 338 | 76,421 | 63,798 | 321 | 83% | 0% | 84% |
| 9 | 38 | 159,936 | 105,072 | 89,983 | 430 | 83,216 | 68,361 | 422 | 82% | 1% | 83% |
| 10 | 36 | 162,954 | 108,165 | 94,144 | 326 | 70,717 | 58,166 | 254 | 82% | 0% | 83% |
| 11 | 139 | 160,884 | 110,364 | 38,472 | 53,243 | 87,661 | 17,457 | 52,819 | 20% | 60% | 80% |
| 12 | 41 | 162,159 | 110,926 | 91,423 | 713 | 86,053 | 67,803 | 640 | 79% | 1% | 80% |
| 13 | 110 | 161,167 | 107,687 | 44,154 | 46,756 | 82,169 | 18,730 | 46,223 | 23% | 56% | 79% |
| 14 | 77 | 160,044 | 118,466 | 93,694 | 3,405 | 96,195 | 72,325 | 3,389 | 75% | 4% | 79% |
| 15 | 109 | 166,738 | 117,686 | 18,416 | 73,335 | 110,845 | 12,525 | 72,848 | 11% | 66% | 77% |
| 16 | 140 | 160,375 | 105,469 | 79,874 | 11,461 | 67,462 | 39,961 | 11,272 | 59% | 17% | 76% |
| 17 | 104 | 161,555 | 108,763 | 78,177 | 12,946 | 68,429 | 38,082 | 12,624 | 56% | 18% | 74% |
| 18 | 145 | 159,939 | 110,377 | 77,649 | 13,151 | 72,183 | 40,494 | 12,606 | 56% | 17% | 74% |
| 19 | 141 | 161,077 | 111,715 | 39,641 | 47,379 | 88,962 | 18,710 | 46,682 | 21% | 52% | 74% |
| 20 | 111 | 160,522 | 114,318 | 29,243 | 57,445 | 99,141 | 15,726 | 56,756 | 16% | 57% | 73% |
| 21 | 79 | 159,531 | 110,569 | 78,364 | 7,048 | 89,067 | 57,913 | 6,943 | 65% | 8% | 73% |
| 22 | 119 | 171,811 | 121,771 | 80,520 | 10,475 | 109,027 | 68,103 | 10,344 | 62% | 9% | 72% |
| 23 | 147 | 160,568 | 122,775 | 24,275 | 61,627 | 104,515 | 12,516 | 60,802 | 12% | 58% | 70% |
| 24 | 124 | 170,291 | 118,345 | 75,649 | 8,035 | 109,678 | 68,401 | 7,969 | 62% | 7% | 70% |
| 25 | 43 | 159,479 | 115,503 | 80,566 | 2,098 | 104,404 | 70,406 | 2,053 | 67% | 2% | 69% |
| 26 | 100 | 165,755 | 120,928 | 47,761 | 44,112 | 92,057 | 19,852 | 43,819 | 22% | 48% | 69% |
| 27 | 143 | 160,782 | 108,788 | 76,330 | 10,743 | 75,044 | 41,253 | 10,411 | 55% | 14% | 69% |
| 28 | 34 | 159,908 | 116,857 | 75,946 | 5,199 | 109,903 | 70,573 | 5,017 | 64% | 5% | 69% |
| 29 | 95 | 171,541 | 118,616 | 33,386 | 53,502 | 98,650 | 15,437 | 52,306 | 16% | 53% | 69% |
| 30 | 131 | 161,070 | 114,832 | 37,339 | 46,796 | 89,369 | 16,002 | 45,351 | 18% | 51% | 69% |
| 31 | 142 | 161,041 | 109,965 | 36,879 | 43,644 | 94,715 | 21,882 | 43,060 | 23% | 45% | 69% |
| 32 | 74 | 163,610 | 116,192 | 85,549 | 1,338 | 93,176 | 62,339 | 1,304 | 67% | 1% | 68% |
| 33 | 117 | 171,779 | 119,008 | 74,734 | 8,155 | 106,952 | 63,997 | 8,023 | 60% | 8% | 67% |
| 34 | 118 | 173,083 | 123,809 | 82,249 | 3,816 | 111,861 | 71,031 | 3,710 | 63% | 3% | 67% |
| 35 | 116 | 168,639 | 129,560 | 82,081 | 6,106 | 114,855 | 70,789 | 5,678 | 62% | 5% | 67% |
| 36 | 146 | 160,377 | 130,569 | 42,557 | 46,670 | 109,429 | 25,742 | 45,881 | 24% | 42% | 65% |
| 37 | 125 | 170,375 | 125,379 | 77,592 | 6,300 | 113,957 | 68,109 | 6,093 | 60% | 5% | 65% |
| 38 | 123 | 171,764 | 132,431 | 85,249 | 6,026 | 113,325 | 67,340 | 5,754 | 59% | 5% | 64% |
| 39 | 78 | 160,484 | 115,231 | 76,303 | 3,086 | 94,930 | 58,031 | 2,857 | 61% | 3% | 64% |
| 40 | 33 | 164,099 | 121,919 | 73,568 | 5,517 | 115,853 | 68,481 | 5,336 | 59% | 5% | 64% |
| 41 | 120 | 172,592 | 123,527 | 50,305 | 30,961 | 112,364 | 40,448 | 30,498 | 36% | 27% | 63% |
| 42 | 81 | 161,290 | 112,497 | 68,692 | 7,625 | 96,974 | 53,203 | 6,992 | 55% | 7% | 62% |
| 43 | 22 | 162,268 | 123,064 | 21,978 | 57,736 | 112,482 | 11,714 | 57,411 | 10% | 51% | 61% |
| 44 | 80 | 163,805 | 118,912 | 74,054 | 1,757 | 111,157 | 66,549 | 1,689 | 60% | 2% | 61% |
| 45 | 90 | 175,356 | 118,480 | 76,681 | 11,613 | 79,163 | 36,704 | 11,338 | 46% | 14% | 61% |
| 46 | 35 | 161,827 | 118,863 | 66,551 | 4,867 | 96,392 | 53,869 | 4,501 | 56% | 5% | 61% |
| 47 | 144 | 161,146 | 107,788 | 77,548 | 3,134 | 73,450 | 41,482 | 2,988 | 56% | 4% | 61% |
| 48 | 84 | 160,093 | 111,674 | 65,115 | 6,403 | 99,012 | 52,733 | 6,171 | 53% | 6% | 59% |
| 49 | 51 | 165,539 | 121,613 | 70,994 | 10,521 | 90,357 | 42,009 | 10,183 | 46% | 11% | 58% |
| 50 | 27 | 167,462 | 118,718 | 29,271 | 40,628 | 96,447 | 17,116 | 38,545 | 18% | 40% | 58% |
| 51 | 28 | 167,272 | 115,992 | 37,892 | 31,251 | 102,028 | 27,037 | 30,342 | 26% | 30% | 56% |
| 52 | 46 | 171,961 | 120,957 | 55,528 | 25,244 | 86,680 | 24,201 | 24,120 | 28% | 28% | 56% |
| 53 | 137 | 160,265 | 115,956 | 67,483 | 19,543 | 58,435 | 15,890 | 16,035 | 27% | 27% | 55% |
| 54 | 148 | 160,465 | 120,095 | 65,574 | 12,189 | 89,376 | 36,497 | 12,035 | 41% | 13% | 54% |
| 55 | 149 | 160,583 | 114,114 | 39,677 | 28,482 | 81,632 | 18,550 | 25,347 | 23% | 31% | 54% |
| 56 | 103 | 163,870 | 113,049 | 77,590 | 5,892 | 61,730 | 27,199 | 5,569 | 44% | 9% | 53% |
| 57 | 55 | 160,062 | 111,369 | 25,363 | 33,664 | 104,521 | 21,097 | 33,132 | 20% | 32% | 52% |
| 58 | 138 | 160,830 | 113,714 | 65,462 | 12,216 | 77,577 | 27,927 | 11,900 | 36% | 15% | 51% |

**Number of HCVAP + Af Am CVAP Majority Districts = 58**

**Table 11 -- HCVAP and  Af AM CVAP Analysis for Selected Districts in Plan H203**

**Plan H283 (HB150)**

| | District | Total_Pop | Total_VAP | Hispanic_VAP | AfrAmVAP | Total_CVAP | HCVAP | AfrAM_CVAP | % HCVAP | % Af AM CVAP | % HCVAP + Af AM CVAP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 42 | 160,814 | 107,148 | 101,903 | 208 | 80,172 | 74,899 | 152 | 93% | 0% | 94% |
| 1 | 40 | 173,493 | 112,756 | 105,214 | 432 | 78,286 | 71,060 | 388 | 91% | 0% | 91% |
| 2 | 31 | 168,636 | 104,939 | 98,628 | 603 | 68,744 | 62,002 | 599 | 90% | 1% | 91% |
| 3 | 75 | 159,691 | 103,209 | 94,740 | 1,136 | 73,334 | 65,206 | 1,003 | 89% | 1% | 90% |
| 4 | 36 | 172,005 | 111,643 | 102,970 | 222 | 70,580 | 62,489 | 192 | 89% | 0% | 89% |
| 5 | 76 | 159,760 | 116,392 | 101,562 | 2,206 | 93,071 | 78,704 | 2,191 | 85% | 2% | 87% |
| 6 | 39 | 175,383 | 114,761 | 101,512 | 177 | 84,640 | 71,763 | 165 | 85% | 0% | 85% |
| 7 | 38 | 167,793 | 110,065 | 96,074 | 403 | 85,635 | 71,581 | 395 | 84% | 0% | 84% |
| 8 | 80 | 160,085 | 105,502 | 90,854 | 887 | 82,034 | 67,708 | 785 | 83% | 1% | 83% |
| 9 | 141 | 166,498 | 113,951 | 42,829 | 56,102 | 88,636 | 18,633 | 55,177 | 21% | 62% | 83% |
| 10 | 37 | 169,364 | 114,145 | 98,836 | 378 | 82,953 | 68,350 | 360 | 82% | 0% | 83% |
| 11 | 110 | 167,547 | 111,813 | 50,849 | 46,951 | 83,220 | 21,775 | 46,626 | 26% | 56% | 82% |
| 12 | 79 | 160,658 | 112,399 | 89,824 | 3,833 | 93,828 | 72,177 | 3,770 | 77% | 4% | 81% |
| 13 | 131 | 175,227 | 121,368 | 49,951 | 50,379 | 86,002 | 20,608 | 47,762 | 24% | 56% | 79% |
| 14 | 77 | 159,949 | 113,374 | 88,892 | 4,153 | 85,774 | 62,486 | 4,003 | 73% | 5% | 78% |
| 15 | 140 | 170,732 | 112,332 | 85,102 | 11,985 | 71,609 | 43,034 | 11,804 | 60% | 16% | 77% |
| 16 | 43 | 171,735 | 122,636 | 93,759 | 1,612 | 111,187 | 82,967 | 1,563 | 75% | 1% | 76% |
| 17 | 142 | 159,541 | 113,288 | 39,691 | 49,909 | 93,018 | 20,522 | 49,206 | 22% | 53% | 75% |
| 18 | 109 | 174,176 | 122,353 | 24,483 | 69,529 | 111,899 | 14,638 | 69,069 | 13% | 62% | 75% |
| 19 | 143 | 162,482 | 109,560 | 80,323 | 11,664 | 73,422 | 42,923 | 11,486 | 58% | 16% | 74% |
| 20 | 41 | 160,238 | 111,689 | 85,093 | 805 | 88,767 | 64,811 | 712 | 73% | 1% | 74% |
| 21 | 74 | 162,357 | 115,236 | 88,310 | 1,859 | 91,465 | 65,405 | 1,312 | 72% | 1% | 73% |
| 22 | 111 | 166,979 | 118,406 | 30,171 | 59,041 | 103,158 | 16,691 | 58,314 | 16% | 57% | 73% |
| 23 | 139 | 175,733 | 123,875 | 44,286 | 51,173 | 100,043 | 21,754 | 50,874 | 22% | 51% | 73% |
| 24 | 124 | 174,823 | 120,521 | 79,583 | 9,200 | 111,276 | 71,592 | 9,149 | 64% | 8% | 73% |
| 25 | 104 | 172,784 | 115,035 | 79,653 | 14,762 | 75,638 | 39,660 | 14,232 | 52% | 19% | 71% |
| 26 | 125 | 174,549 | 125,158 | 86,467 | 5,503 | 112,181 | 74,436 | 5,363 | 66% | 5% | 71% |
| 27 | 34 | 173,149 | 125,896 | 85,190 | 4,374 | 118,214 | 78,505 | 4,163 | 66% | 4% | 70% |
| 28 | 119 | 159,981 | 114,477 | 71,736 | 9,990 | 104,099 | 61,699 | 9,807 | 59% | 9% | 69% |
| 29 | 100 | 161,143 | 117,479 | 38,907 | 47,289 | 95,796 | 18,104 | 46,992 | 19% | 49% | 68% |
| 30 | 90 | 159,428 | 105,582 | 75,004 | 10,184 | 67,542 | 35,375 | 9,981 | 52% | 15% | 67% |
| 31 | 123 | 175,674 | 135,763 | 90,323 | 5,276 | 116,705 | 72,589 | 5,014 | 62% | 4% | 66% |
| 32 | 118 | 161,851 | 117,706 | 76,229 | 4,648 | 105,303 | 64,979 | 4,510 | 62% | 4% | 66% |
| 33 | 146 | 174,485 | 130,444 | 35,649 | 55,959 | 101,163 | 12,692 | 53,914 | 13% | 53% | 66% |
| 34 | 117 | 171,249 | 116,261 | 72,897 | 5,833 | 105,883 | 63,528 | 5,746 | 60% | 5% | 65% |
| 35 | 120 | 175,132 | 124,829 | 52,691 | 31,987 | 112,992 | 42,135 | 31,601 | 37% | 28% | 65% |
| 36 | 147 | 175,873 | 136,034 | 42,441 | 50,972 | 113,655 | 23,569 | 50,285 | 21% | 44% | 65% |
| 37 | 95 | 161,634 | 115,752 | 28,099 | 51,565 | 98,243 | 13,113 | 50,432 | 13% | 51% | 65% |
| 38 | 116 | 171,463 | 132,823 | 79,612 | 7,409 | 118,387 | 69,481 | 6,874 | 59% | 6% | 64% |
| 39 | 145 | 170,821 | 121,835 | 85,116 | 6,776 | 81,526 | 45,729 | 6,432 | 56% | 8% | 64% |
| 40 | 78 | 160,589 | 114,460 | 71,674 | 4,926 | 96,391 | 55,389 | 4,792 | 57% | 5% | 62% |
| 41 | 27 | 160,084 | 113,596 | 22,323 | 47,899 | 97,084 | 14,015 | 46,544 | 14% | 48% | 62% |
| 42 | 148 | 175,324 | 126,854 | 87,393 | 8,227 | 85,152 | 45,029 | 7,918 | 53% | 9% | 62% |
| 43 | 22 | 161,930 | 122,897 | 19,319 | 57,651 | 113,355 | 10,427 | 57,305 | 9% | 51% | 60% |
| 44 | 103 | 176,016 | 123,719 | 83,697 | 9,761 | 68,336 | 29,604 | 9,409 | 43% | 14% | 57% |
| 45 | 35 | 172,482 | 127,314 | 69,925 | 3,899 | 121,561 | 64,939 | 3,858 | 53% | 3% | 57% |
| 46 | 51 | 175,709 | 128,793 | 72,419 | 11,874 | 96,850 | 42,676 | 11,537 | 44% | 12% | 56% |
| 47 | 137 | 173,598 | 122,142 | 67,576 | 19,216 | 63,372 | 17,975 | 16,047 | 28% | 25% | 54% |
| 48 | 46 | 166,410 | 118,539 | 49,269 | 24,828 | 87,784 | 22,345 | 23,776 | 25% | 27% | 53% |
| 49 | 101 | 164,664 | 110,209 | 35,790 | 29,082 | 87,443 | 18,089 | 26,813 | 21% | 31% | 51% |

**Number of HCVAP + Af Am CVAP Majority Districts =  49**