IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, ET AL., <br> *Plaintiffs* | § § § | |
| VS. | § § | Civil Action No. 11-CV-360-OLG-JES-XR <br> [Lead Case] |
| STATE OF TEXAS, ET AL., <br> *Defendants.* <br> _____ | § § § § § | |
| MEXICAN AMERICAN <br> LEGISLATIVE CAUCUS, (MALC) <br> *Plaintiff*, | § § § § | |
| VS. | § § | Civil Action No. 11-CV-361 OLG-JES-XR <br> [Consolidated Case] |
| STATE OF TEXAS, ET AL., <br> *Defendants.* <br> _____ | § § § § § | |
| TEXAS LATINO REDISTRICTING <br> TASK FORCE, ET AL., <br> *Plaintiffs*, | § § § § | |
| VS. | § § | Civil Action No. 11-CV-361-OLG-JES-XR <br> [Consolidated Case] |
| RICK PERRY, <br> *Defendant.* <br> _____ | § § § § § | |
| MARGARITA V. QUESADA, ET AL., <br> *Plaintiffs*, | § § § | |
| VS. | § § | Civil Action No. 11-CV-592-OLG-JES-XR <br> [Consolidated Case] |
| RICK PERRY, ET AL., <br> *Defendants.* <br> _____ | § § § § § § | |

| | |
|---|---|
| JOHN T. MORRIS, § | |
|     *Plaintiff,* § | |
| § | |
| VS. § | Civil Action No. 11-CV-615-OLG-JES-XR |
| § | [Consolidated Case] |
| STATE OF TEXAS, ET AL., § | |
| § | |
|     *Defendants.* § | |
| _____ § | |
| § | |
| EDDIE RODRIQUEZ, ET. AL., § | |
|     *Plaintiffs,* § | |
| § | Civil Action No. 11-CV-635-OLG-JES-XR |
| VS. § | [Consolidated Case] |
| § | |
| RICKY PERRY, ET. AL. § | |
|     *Defendants.* § | |

___

**TEXAS DEMOCRATIC PARTY AND
BOYD RICHIE'S
DESIGNATION OF EXPERT WITNESSES
WITNESS LIST
AND EXHIBIT LIST**
___

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Texas Democratic Party and Boyd Richie, in his capacity as Chair of the Texas Democratic Party (hereinafter collectively referred to as "TDP"), in the above entitled and numbered cause, and files this Designation of Expert Witnesses, Witness List and Exhibit List and would show this Honorable Court as follows:

I.

**PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES**

1. Dr. Michael P. McDonald
   Associate Professor,
   George Mason University Non-Resident Senior Fellow,
   Brookings Institution
   George Mason University
   Dept. of Public and International Affairs
   4400 University Drive - 3F4
   Fairfax, VA 22030-4444
   *Witness will testify with regard to the matters described in the attached report.*

2. Chad W. Dunn
   Brazil & Dunn
   4201 FM 1960 West, Suite 530
   Houston, Texas
   *Witness will testify with regard to the reasonableness and necessity of attorney fees at the appropriate time.*

II.

**SUPPLEMENTATION AND CROSS-DESIGNATION**

TDP will designate other experts in accordance with the Court's docket control order and the Federal Rules of Civil Procedure, and therefore, will supplement this response.

TDP hereby cross designates and states that they may call any expert witness identified or designated by any party or any employee or representative of any adverse party, subject to any objections that Intervenors may make concerning the designation or qualifications of those witnesses.

TDP reserves the right to elicit by way of cross examination, opinion testimony from experts or corporate representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to the suit.

TDP reserves the right to elicit by way or direction/cross examination, opinion testimony from fact witnesses who may be qualified to render expert testimony, but are not retained experts at this time, who have expertise in certain areas regarding the facts of this case.

TDP reserves the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to the suit.  TDP reserves the right to call any expert witness of any party who may be added to this lawsuit.

## III.

## WITNESS LIST

Discovery is still ongoing and TDP reserves the right to call additional witnesses as documents are obtained and reviewed and depositions are completed.  TDP also designates Dr. Michael McDonald as a fact witness in so far as he is knowledgeable regarding data and voting patterns.

| PERSON | CONTACT INFORMATION | CONNECTION WITH CASE |
|---|---|---|
| Congressman Joe Barton | 2109 Rayburn Building Washington, DC 20515 or 6001 West Ronald Reagan Memorial Highway, Suite 200 Arlington, Texas 76017 or | Republican Congressman involved in drawing the adopted congressional map |

|  | 2106 A W. Ennis Ave.<br>Ennis, Texas 75119<br>or<br>303 N. 6th St.<br>Crockett, TX 75835 |  |
|---|---|---|
| Congressman Lamar Smith | 2409 Rayburn House Office Building<br>Washington, DC   20515<br>or<br>1100 NE Loop 410, Suite 640<br>San Antonio, TX   78209<br>or<br>301 Junction Highway, Suite 346C<br>Kerrville, TX   78029<br>or<br>3532 Bee Cave Road, Suite 100<br>Austin, TX   78746 | Republican Congressman involved in drawing the adopted congressional map |
| Congressman Pete Sessions | 326 Russell Senate Office Building<br>Washington, DC 20510 -0104 | Republican Congressman involved in drawing the adopted congressional map |
| Representative Burt R. Solomons, District 65 | Room 1W.11, Capitol<br>P.O. Box 2910<br>Austin, TX 78768<br>or<br>1029 Rosemeade Pkwy., #108<br>Carrollton, TX 75007 | Texas House of Representatives Redistricting (Procedural) Committee |
| The Honorable Kel Seliger | P.O. Box 12068<br>Capitol Station<br>Austin, TX 78701<br>or<br>410 S. Taylor, Suite 1600<br>Amarillo, TX 79101<br>or<br>401 Austin, Suite 101<br>Big Spring, TX 79720<br>or<br>6 Desta Drive, Suite 3360<br>Midland, TX 79705<br>or<br>4840 E. University, Suite 205<br>Odessa, TX 79762 | Texas Senate Select Committee on Redistricting |

| Doug Davis, Staff Member for Lt. Gov. Dewhurst | Capitol Station P.O. Box 12068 Austin, Texas 78711 | Drew maps on behalf of the Lieutenant Governor |
|---|---|---|
| Gerardo Interiano, General Counsel for Speaker Strauss | Room CAP 2W.13, Capitol P.O. Box 2910 Austin, TX 78768 | Advisor to Speaker Strauss for redistricting issues |
| Anthony Gutierrez, Texas Democratic Party Deputy Executive Director | 505 W. 12th Street, Suite 200 Austin, TX   78701 | Staff responsible for redistricting matters |
| Texas Legislative Counsel Staff | Texas Legislative Council 1501 N. Congress Ave. Austin, Texas 78701 | Election data and redistricting development facts and suggested maps |

## IV.

## EXHIBIT LIST

TDP reserves the right to admit as exhibits those documents that are being produced by the parties and witnesses now. The general category of those documents are described below. TDP intends to offer the schedules, charts and compilation contained in the attached report as exhibits as well.

| CATEGORY | LOCATION |
|---|---|
| Election and demographic data, draft maps, amendments and other documents relative to redistricting. | Texas Legislative Counsel, State of Texas, and/or Defendants |
| Census results and data. | United States Department of Commerce |
| Data and documents concerning incarcerated and released felons. | Texas Department of Criminal Justice |
| Documents, emails, faxes, draft maps and other correspondence among the Texas Republican Congressional Delegation. | Texas Republican Congressman |
| Documents, emails, faxes, draft maps and other correspondence concerning redistricting. | Republican Party of Texas |
| Records of the redistricting proceedings. | Texas Legislature |

| Documents, emails, faxes, draft maps and other correspondence concerning redistricting. | Governor Rick Perry, Lt., Governor David Dewhurst, Speaker Joe Strauss |

Dated this 8th day of August, 2011.

Respectfully submitted,

By:   /s/  Chad W. Dunn
      Chad W. Dunn – Attorney In Charge
      State Bar No. 24036507
      General Counsel
      TEXAS DEMOCRATIC PARTY
      BRAZIL & DUNN
      K. Scott Brazil
      State Bar No. 02934050
      4201 FM 1960 West, Suite 530
      Houston, Texas   77068
      Telephone:   (281) 580-6310
      Facsimile:    (281) 580-6362
      duncha@sbcglobal.net

      ATTORNEY FOR INTERVENOR
      TEXAS DEMOCRATIC PARTY AND
      BOYD RICHIE, IN HIS CAPACITY AS
      CHAIR OF THE TEXAS
      DEMOCRATIC PARTY

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2011, I electronically filed the foregoing document with the Clerk of the United States District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the Court.   The electronic case filing system sent a "Notice of Electronic Filing" to attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. All attorneys who have not yet registered to receive NEFs have been served via first –class regular mail, postage prepaid and addressed as follows:

David Escamilla
Travis County Asst. Attorney
P. O. Box 1748
Austin, TX   78767

Joaquin Guadalupe Avila
P. O. Box 33687
Seattle, WA   98133

John K. Tanner
John Tanner Law Office
3743 Military Rd. NW
Washington, DC   20015

Karen M. Kennard
City of Austin Law Department
P. O. Box 1088
Austin, TX   78767-1088

      */s/ Chad W. Dunn*
      Chad W. Dunn