# EXHIBIT B

# APPENDIX

**Table 1. Democratic Share of Two-Party Vote Averaged Across Adopted Congressional Districts**

| Election Contest | Democratic Share of Two-Party Vote Averaged Across Adopted Congressional Districts |
|---|---|
| Governor, 2010 | 45.6% |
| Lt. Governor, 2010 | 38.6% |
| Attorney General, 2010 | 36.7% |
| Land Commissioner, 2010 | 39.0% |
| Agriculture Commissioner, 2010 | 39.6% |
| Railroad Commissioner 1, 2010 | 40.3% |
| Supreme Court 3, 2010 | 40.8% |
| Supreme Court 5, 2010 | 40.6% |
| Supreme Court 9, 2010 | 39.3% |
| Criminal Court of Appeals 6, 2010 | 40.2% |
| President, 2008 | 45.8% |
| United States Senator, 2008 | 45.9% |
| Railroad Commissioner 3, 2010 | 47.9% |
| Supreme Court Chief Justice, 2008 | 47.0% |
| Supreme Court 7, 2008 | 49.1% |
| Supreme Court 8, 2008 | 48.0% |
| Criminal Court of Appeals 3, 2010 | 48.7% |
| Criminal Court of Appeals 4, 2010 | 47.2% |
| United States Senator, 2006 | 39.0% |
| Governor, 2006 | 44.9% |
| Lt. Governor, 2006 | 41.4% |
| Attorney General, 2006 | 40.6% |
| Comptroller, 2006 | 40.5% |
| Land Commissioner, 2006 | 44.8% |
| Agriculture Commissioner, 2006 | 45.5% |
| Railroad Commissioner 3, 2006 | 45.7% |
| Supreme Court 2, 2006 | 48.9% |
| Criminal Court of Appeals Presiding Judge, 2006 | 45.6% |
| President, 2004 | 40.1% |
| Railroad Commissioner 3, 2004 | 44.0% |
| Supreme Court 9, 2004 | 42.5% |
| Criminal Court of Appeals 6, 2004 | 44.0% |
| United States Senator, 2002 | 45.9% |

| Election Contest | Democratic Share of Two-Party Vote Averaged Across Adopted Congressional Districts |
|---|---|
| Governor, 2002 | 42.8% |
| Lt. Governor, 2002 | 48.6% |
| Attorney General, 2002 | 43.9% |
| Comptroller, 2002 | 35.9% |
| Land Commissioner, 2002 | 45.7% |
| Agriculture Commissioner, 2002 | 40.8% |
| Railroad Commissioner 3, 2002 | 45.0% |
| Supreme Court Chief Justice, 2002 | 43.2% |
| Supreme Court 1, 2002 | 44.5% |
| Supreme Court 2, 2002 | 44.7% |
| Supreme Court 4, 2002 | 47.7% |
| Supreme Court 8, 2002 | 45.1% |
| Criminal Court of Appeals 1, 2002 | 42.7% |
| Criminal Court of Appeals 2, 2002 | 44.5% |
| Criminal Court of Appeals 3, 2002 | 42.4% |
| Average, All Statewide Elections 2002-2004 | 43.6% |

**Adopted Congressional Districts**



Diagram 1
Adopted Congressional Plan
All Statewide Elections 2002-2010

## Table 2. Democratic Share of Two-Party Vote for Average of All Statewide Elections (2002-2010) Within Adopted Congressional Districts

| District | Democratic Share of Two-Party Vote | Majority Party |
|---|---|---|
| 1 | 32.8% | R |
| 2 | 30.4% | R |
| 3 | 29.0% | R |
| 4 | 35.6% | R |
| 5 | 37.2% | R |
| 6 | 40.7% | R |
| 7 | 31.3% | R |
| 8 | 26.1% | R |
| 9 | 72.4% | D |
| 10 | 38.7% | R |
| 11 | 26.5% | R |
| 12 | 42.4% | R |
| 13 | 26.3% | R |
| 14 | 45.1% | R |
| 15 | 55.0% | D |
| 16 | 60.9% | D |
| 17 | 40.2% | R |
| 18 | 76.1% | D |
| 19 | 29.1% | R |
| 20 | 56.8% | D |
| 21 | 36.3% | R |
| 22 | 32.9% | R |
| 23 | 46.2% | R |
| 24 | 32.7% | R |
| 25 | 40.3% | R |
| 26 | 33.7% | R |
| 27 | 42.4% | R |
| 28 | 60.4% | D |
| 29 | 66.5% | D |
| 30 | 77.7% | D |
| 31 | 35.7% | R |
| 32 | 37.0% | R |
| 33 | 37.8% | R |
| 34 | 58.9% | D |
| 35 | 60.7% | D |
| 36 | 36.6% | R |
| **Total Democratic Majority Districts** |  | 10 |

4

**Veasey Fair Texas Congressional Plan**



Table 3. Democratic Share of Two-Party Vote
for Average of All Statewide Elections (2002-2010)
Within Veasey Fair Texas Congressional Districts

| District | Democratic Share of Two-Party Vote | Majority Party |
|---|---|---|
| 1 | 33.1% | R |
| 2 | 25.2% | R |
| 3 | 28.6% | R |
| 4 | 35.9% | R |
| 5 | 33.9% | R |
| 6 | 29.6% | R |
| 7 | 36.2% | R |
| 8 | 26.7% | R |
| 9 | 71.7% | D |
| 10 | 32.5% | R |
| 11 | 26.2% | R |
| 12 | 32.3% | R |
| 13 | 27.0% | R |
| 14 | 34.8% | R |
| 15 | 59.1% | D |
| 16 | 62.0% | D |
| 17 | 36.9% | R |
| 18 | 75.3% | D |
| 19 | 28.6% | R |
| 20 | 61.0% | D |
| 21 | 28.6% | R |
| 22 | 35.2% | R |
| 23 | 63.4% | D |
| 24 | 31.3% | R |
| 25 | 53.6% | D |
| 26 | 30.1% | R |
| 27 | 56.0% | D |
| 28 | 59.6% | D |
| 29 | 62.9% | D |
| 30 | 67.5% | D |
| 31 | 37.0% | R |
| 32 | 36.8% | R |
| 33 | 57.5% | D |
| 34 | 65.0% | D |
| 35 | 59.0% | D |
| 36 | 46.3% | R |
| **Total Democratic Majority Districts** | | 14 |

**Adopted Senate Plan**



## Table 3. Democratic Share of Two-Party Vote for Average of All Statewide Elections (2002-2010) Within Adopted Senate Districts

| District | Democratic Share of Two-Party Vote | Majority Party |
|---|---|---|
| 1 | 34.4% | R |
| 2 | 37.6% | R |
| 3 | 35.9% | R |
| 4 | 32.7% | R |
| 5 | 35.4% | R |
| 6 | 65.0% | D |
| 7 | 26.4% | R |
| 8 | 31.0% | R |
| 9 | 37.3% | R |
| 10 | 39.3% | R |
| 11 | 36.8% | R |
| 12 | 30.3% | R |
| 13 | 79.7% | D |
| 14 | 57.4% | D |
| 15 | 55.3% | D |
| 16 | 36.1% | R |
| 17 | 35.1% | R |
| 18 | 34.6% | R |
| 19 | 54.3% | D |
| 20 | 55.1% | D |
| 21 | 59.7% | D |
| 22 | 38.3% | R |
| 23 | 76.6% | D |
| 24 | 29.6% | R |
| 25 | 31.3% | R |
| 26 | 57.7% | D |
| 27 | 64.1% | D |
| 28 | 30.4% | R |
| 29 | 62.2% | D |
| 30 | 30.3% | R |
| 31 | 23.8% | R |
| **Total Democratic Majority Districts** | | 11 |

**Adopted House Plan**



| District | Democratic Share of Two-Party Vote | Majority Party |
|---|---|---|
| 1 | 39.6% | R |
| 2 | 32.0% | R |
| 3 | 26.2% | R |
| 4 | 32.9% | R |
| 5 | 33.8% | R |
| 6 | 28.4% | R |
| 7 | 31.1% | R |
| 8 | 35.4% | R |
| 9 | 39.9% | R |
| 10 | 29.2% | R |
| 11 | 32.9% | R |
| 12 | 45.0% | R |
| 13 | 31.6% | R |
| 14 | 33.7% | R |
| 15 | 21.3% | R |
| 16 | 22.9% | R |
| 17 | 43.6% | R |
| 18 | 37.3% | R |
| 19 | 38.0% | R |
| 20 | 31.1% | R |
| 21 | 41.0% | R |
| 22 | 62.8% | D |
| 23 | 51.3% | D |
| 24 | 32.8% | R |
| 25 | 35.9% | R |
| 26 | 31.2% | R |
| 27 | 64.6% | D |
| 28 | 30.8% | R |
| 29 | 34.0% | R |
| 30 | 35.7% | R |
| 31 | 79.3% | D |
| 32 | 41.4% | R |
| 33 | 24.4% | R |
| 34 | 55.3% | D |
| 35 | 48.5% | R |
| 36 | 74.4% | D |
| 37 | 65.1% | D |
| 38 | 61.2% | D |
| 39 | 71.9% | D |
| 40 | 73.7% | D |
| 41 | 50.1% | D |
| 42 | 77.0% | D |
| 43 | 58.8% | D |
| 44 | 31.7% | R |
| 45 | 42.0% | R |
| 46 | 72.4% | D |
| 47 | 37.1% | R |

| District | Democratic Share of Two-Party Vote | Majority Party |
|---|---|---|
| 48 | 52.4% | D |
| 49 | 69.1% | D |
| 50 | 51.3% | D |
| 51 | 77.2% | D |
| 52 | 38.2% | R |
| 53 | 26.0% | R |
| 54 | 38.7% | R |
| 55 | 35.2% | R |
| 56 | 33.2% | R |
| 57 | 38.1% | R |
| 58 | 29.4% | R |
| 59 | 31.3% | R |
| 60 | 27.4% | R |
| 61 | 25.8% | R |
| 62 | 34.9% | R |
| 63 | 24.4% | R |
| 64 | 36.6% | R |
| 65 | 33.5% | R |
| 66 | 30.3% | R |
| 67 | 31.0% | R |
| 68 | 31.1% | R |
| 69 | 32.5% | R |
| 70 | 25.8% | R |
| 71 | 28.2% | R |
| 72 | 28.6% | R |
| 73 | 21.4% | R |
| 74 | 58.3% | D |
| 75 | 71.8% | D |
| 76 | 75.6% | D |
| 77 | 67.1% | D |
| 78 | 46.5% | R |
| 79 | 59.5% | D |
| 80 | 66.8% | D |
| 81 | 28.7% | R |
| 82 | 21.8% | R |
| 83 | 25.6% | R |
| 84 | 31.6% | R |
| 85 | 40.5% | R |
| 86 | 20.0% | R |
| 87 | 26.9% | R |
| 88 | 25.8% | R |
| 89 | 27.7% | R |
| 90 | 71.1% | D |
| 91 | 31.4% | R |
| 92 | 33.5% | R |
| 93 | 36.9% | R |
| 94 | 34.6% | R |

| District | Democratic Share of Two-Party Vote | Majority Party |
|---:|---:|:---:|
| 95 | 72.4% | D |
| 96 | 35.6% | R |
| 97 | 37.1% | R |
| 98 | 22.7% | R |
| 99 | 36.0% | R |
| 100 | 73.1% | D |
| 101 | 56.2% | D |
| 102 | 37.8% | R |
| 103 | 65.7% | D |
| 104 | 69.1% | D |
| 105 | 40.1% | R |
| 106 | 27.7% | R |
| 107 | 40.9% | R |
| 108 | 37.0% | R |
| 109 | 73.2% | D |
| 110 | 86.3% | D |
| 111 | 69.9% | D |
| 112 | 38.1% | R |
| 113 | 39.8% | R |
| 114 | 38.4% | R |
| 115 | 34.3% | R |
| 116 | 56.0% | D |
| 117 | 48.0% | R |
| 118 | 57.6% | D |
| 119 | 57.1% | D |
| 120 | 56.7% | D |
| 121 | 32.8% | R |
| 122 | 26.7% | R |
| 123 | 56.5% | D |
| 124 | 56.2% | D |
| 125 | 56.4% | D |
| 126 | 30.1% | R |
| 127 | 25.7% | R |
| 128 | 33.7% | R |
| 129 | 33.6% | R |
| 130 | 20.9% | R |
| 131 | 77.5% | D |
| 132 | 30.8% | R |
| 133 | 33.2% | R |
| 134 | 40.0% | R |
| 135 | 31.9% | R |
| 136 | 31.7% | R |
| 137 | 58.0% | D |
| 138 | 33.3% | R |
| 139 | 70.3% | D |
| 140 | 66.7% | D |
| 141 | 81.4% | D |

| District | Democratic Share of Two-Party Vote | Majority Party |
|---:|---:|---:|
| 142 | 79.6% | D |
| 143 | 67.0% | D |
| 144 | 37.0% | R |
| 145 | 63.2% | D |
| 146 | 73.1% | D |
| 147 | 79.2% | D |
| 148 | 60.2% | D |
| 149 | 37.1% | R |
| 150 | 26.0% | R |
| **Total Democratic Majority Districts** | | 51 |

13