IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ; HAROLD DUTTON, JR. GREGORY TAMEZ; SERGIO SALINAS; CARMEN RODRIGUEZ; RUDOLFO ORTIZ; NANCY HALL and DOROTHY DEBOSE<br><br>Plaintiffs<br>-and-<br><br>EDDIE BERNICE JOHNSON; SHEILA JACKSON-LEE and ALEXANDER GREEN; MEMBERS OF THE UNITED STATES CONGRESS<br><br>-and-<br><br>TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS HOUSE OF REPRESENTATIVES<br><br>-and-<br><br>TEXAS STATE CONFERENCE OF NAACP BRANCHES; HOWARD JEFFERSON, JUANITA WALLACE and REV. BILL LAWSON<br><br>Plaintiff-Intervenors<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as of Secretary of State of the State of Texas<br><br>Defendants | CIVIL ACTION NO.<br>11-CA-360-OLG-JES-XR<br>[Lead case] |

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) | ) ) ) ) | |
| Plaintiffs | ) ) ) | |
| -and- | ) ) | |
| THE HONORABLE HENRY CUELLAR, Member of Congress, CD 28; THE TEXAS DEMOCRATIC PARTY and BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and its individually named members | ) ) ) ) ) ) ) ) ) | |
| Plaintiff-Intervenors | ) ) | CIVIL ACTION NO. |
| v. | ) ) | SA-11-361-OLG-JES-XR [Consolidated case] |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives | ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES, JOSE OLIVARES, ALEJANDRO ORTIZ and REBECCA ORITIZ | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION NO. SA-11-CA-490-OLG-JES-XR |
| v. | ) ) | [Consolidated case] |
| RICK PERRY, in his official capacity as Governor of the State of Texas | ) ) ) ) | |
| Defendants | ) | |

2

| | |
|---|---|
| MARGARITA V. QUESADA; ROMEO MUNOZ; MARC VEASEY; JANE HAMILTON; LYMAN KING; JOHN JENKINS, DEBBIE ALLEN, SANDRA PUENTE, JAMAAL SMITH, KATHLEEN MARIA SHAW, <br><br>          Plaintiffs <br><br>v. <br><br>RICK PERRY, in his official capacity as Governor of the State of Texas; and HOPE ANDRADE, in her official capacity as Secretary of the State of the State of Texas <br><br>          Defendants | CIVIL ACTION NO. <br> SA-11-CA-592-OLG-JES-XR <br> [Consolidated case] |
| JOHN T. MORRIS <br><br>          Plaintiff <br><br>v. <br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; and HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas <br><br>          Defendants | CIVIL ACTION NO. <br> SA-11-CA-615-OLG-JES-XR <br> [Consolidated case] |

EDDIE RODRIGUEZ, MILTON GERARD
WASHINGTON, BRUCE ELFANT, ALEX
SERNA, SANDRA SERNA, BETTY F. LOPEZ,
DAVID GONZALEZ, BEATRICE SALOMA,
LIONOR SOROLA-POHLMAN; ELIZA
ALVARADO; JUANITA VALDEZ-COX;
JOSEY MARTINEZ; NINA JO BAKER;
TRAVIS COUNTY and CITY OF AUSTIN

3

|  |  |  |
|---|---|---|
| Plaintiffs | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | SA-11-CA-635 |
| | ) | [Consolidated case] |
| RICK PERRY, in his official | ) | |
| capacity as Governor of the State of Texas; DAVID | ) | |
| DEWHURST, in his official capacity as Lieutenant | ) | |
| Governor of the State of Texas; JOE STRAUS, | ) | |
| in his official capacity as Speaker of the Texas | ) | |
| House of Representatives; and HOPE ANDRADE, | ) | |
| in her official capacity as Secretary of State | ) | |
| of the State of Texas; STATE OF TEXAS; | ) | |
| BOYD RICHIE, in his official capacity as Chair | ) | |
| of the Texas Democratic Party; and STEVE | ) | |
| MUNISTERI, in his official capacity as Chair of | ) | |
| the Republican Party of Texas | ) | |
| | ) | |
| Defendants | ) | |

## QUESADA PLAINTIFFS' DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND LIST OF PROPOSED EXHIBITS

Pursuant to this Court's August 1, 2011 Order, the Plaintiffs Margarita Quesada, *et al.*, hereby designate their potential witnesses, testifying experts, and list of proposed exhibits. Since discovery is ongoing, the Quesada plaintiffs reserve the right to supplement the listing of witnesses and exhibits.

### POTENTIAL WITNESSES

1. Plaintiff Marc Veasey, 8224 Longfellow Lane, Fort Worth, TX 76120
2. Dr. Allan J. Lichtman, Professor, American University, Washington, DC
3. Dr. Michael McDonald, Professor, George Mason University, Fairfax, VA
4. State Senator Rodney Ellis, inadequacy of the redistricting process in TX Legislature
5. State Senator Royce West, inadequacy of the redistricting process in TX Legislature and alternative plans offered in Legislature
6. State Rep. Richard Raymond, impact of plans on Latino voters and inadequacy of the redistricting process in TX Legislature
7. State Senator Mario Gallegos, impact of plans on Latino voters and inadequacy of the redistricting process in TX Legislature

4

8. Representative Burt R. Solomons, District 65 Texas House of Representatives Redistricting Committee
9. Kel Seliger, Texas Senate Select Committee on Redistricting
10. Doug Davis, Staff Member for Lt. Gov. Dewhurst: drew maps on behalf of the Lieutenant Governor
11. Gerardo Interiano, Counsel to Speaker Strauss who drew redistricting maps and consulted with Republican Congressional members and staff
12. Republican Members of the Texas Congressional Delegation
13. Those persons listed by Plaintiffs Perez *et al*., MACL; Latino Redistricting Task Force *et al*., LULAC *et al*., Cuellar, Rodriguez et al., Morris *et al*., and all persons listed by all Defendants.

## TESTIFYING EXPERTS

The following persons are hereby designated as testifying experts by Plaintiffs Margarita Quesada, *et al*.:

    1.     Dr. Allan J. Lichtman
            Professor of History
            American University
            Washington DC

    2.     Dr. Michael McDonald
            Associate Professor of Government and Politics
            George Mason University
            Fairfax, VA
               and
            Senior Fellow at the Brookings Institution
            Washington, DC
            This 8th day of August, 2011.

The reports from these testifying excerpts are being filed and served with this designation.

## LIST OF PROPOSED EXHIBITS

Ex.
No.   Description of Exhibit

1   Expert Witness Report of Dr. Allan J. Lichtman
2   Expert Witness report of Dr. Michael McDonald
3   TX Senate - Hearing Excerpts Regarding Congressional Redistricting June 3, 2011
    Jun 03 - Senate Select Committee on Redistricting (Part I)http://www.senate.state.tx.us/avarchive/ramav.php?ram=00005467
    Jun 03 - Senate Select Committee on Redistricting (Part II) http://www.senate.state.tx.us/avarchive/ramav.php?ram=00005468
4   TX Senate - Hearing Excerpts Regarding Congressional Redistricting - June 6 2011
    http://www.senate.state.tx.us/avarchive/ramav.php?ram=00005472
5   Links to full Congressional Redistricting Hearings and Floor discussion for Texas House and Texas Senate
6   Congressional Redistricting Timeline
7   Rodney Ellis Letter to DOJ, dated July 5, 2011
8   NAACP - 111 Congress Score
9   NHLA - 108th Congress
10  Congressional Maps Sail Out Of House Redistricting On Party Line Vote (Quorum Report, June 9, 2011)
11  Hispanic Redistricting Task Force Says Three of the New Congressional Districts Should Be Hispanic-Opportunity (Quorum Report, April 7, 2011)
12  HK- Is It Appropriate For House Redistricting To Meet Out Of Cameras Sight (Quorum Report, April 18, 2011)
13  House Redistricting Committee Hears From Unhappy Constituencies (Quorum Report, April 15, 2011)
14  King Seeks To Bypass Obama DOJ with Texas Redistricting Plans (Quorum Report, April 7, 2011)
15  Seliger Challenged On Source for His Map (Quorum Report, June 3, 2011)
16  Seliger- No Senator Has Yet Asked For a Congressional District (Quorum Report, May 4, 2011)
17  The Eyes of Texas Could Be Upon Next House (Quorum Report, June 7, 2011)

18  Veasey Proposes Congressional Map Creating Three New Minority Opportunity Districts(Quorum Report, May 26, 2011)
19  2011 Proposed Congressional Districts - CD 6
20  2011 Proposed Congressional Districts - CD 9
21  2011 Proposed Congressional Districts - CD 9 - AA Shading Map
22  2011 Proposed Congressional Districts - CD 9 - Black + Hisp Shading Map
23  2011 Proposed Congressional Districts - CD 9 - Hisp Shading Map
24  2011 Proposed Congressional Districts - CD 12
25  2011 Proposed Congressional Districts - CD 12 - Black Shading Map
26  2011 Proposed Congressional Districts - CD 12 - Black + Hisp Shading Map
27  2011 Proposed Congressional Districts - CD 12 - Hisp Shading Map
28  2011 Proposed Congressional Districts - CD 18
29  2011 Proposed Congressional Districts - CD 18 - AA Shading Map
30  2011 Proposed Congressional Districts - CD 18 - Black + Hisp Shading Map
31  2011 Proposed Congressional Districts - CD 18 - Hisp Shading Map
32  2011 Proposed Congressional Districts - CD 26
33  2011 Proposed Congressional Districts - CD 26 - Black Shading Map
34  2011 Proposed Congressional Districts - CD 26 - Black + Hisp Shading Map
35  2011 Proposed Congressional Districts - CD 26 - Hisp Shading Map
36  2011 Proposed Congressional Districts - CD 29
37  2011 Proposed Congressional Districts - CD 29 - Black + Hisp Shading Map
38  2011 Proposed Congressional Districts - CD 29 - Black Shading Map
39  2011 Proposed Congressional Districts - CD 29 - Hisp Shading Map
40  2011 Proposed Congressional Districts - CD 30
41  2011 Proposed Congressional Districts - CD 30 - AA + Hisp Shading Map
42  2011 Proposed Congressional Districts - CD 30 - AA Shading Map
43  2011 Proposed Congressional Districts - CD 30 - Hisp Shading Map
44  2011 Proposed Congressional Districts - CD 33
45  2011 Proposed Congressional Districts - CD 33 - Black + Hisp Shading Map
46  2011 Proposed Congressional Districts - CD 33 - Black Shading Map
47  2011 Proposed Congressional Districts - CD 33 - Hisp Shading Map
48  2011 Proposed Congressional Districts - CD 23

49  2011 Proposed Congressional Districts - CD 23 - Black Shading Map
50  2011 Proposed Congressional Districts - CD 23 - Hisp Shading Map
51  2011 Proposed Congressional Districts - CD 23 – Bexar County - Black Shading Map
52  2011 Proposed Congressional Districts - CD 23 – Bexar County - Hisp Shading Map
53  2011 Proposed Congressional Districts - CD 23 – El Paso - Black Shading Map
54  2011 Proposed Congressional Districts - CD 23 – El Paso - Hisp Shading Map
55  2003 Benchmark Congressional Districts - CD 23
56  2003 Benchmark Congressional Districts - CD 23 - Black Shading Map
57  2003 Benchmark Congressional Districts - CD 23 - Hisp Shading Map
58  2003 Benchmark Congressional Districts - CD 23 – Bexar County - Black Shading Map
59  2003 Benchmark Congressional Districts - CD 23 – Bexar County - Hisp Shading Map
60  2003 Benchmark Congressional Districts - CD 23 – El Paso - Black Shading Map
61  2003 Benchmark Congressional Districts - CD 23 – El Paso - Hisp Shading Map
62  The GOP's big Texas gerrymander (Washington Post, June 2, 2011)
63  Bad plan (Houston Chronicle, June 7, 2011)
64  GOP redistrict map hijacks Latino voters – by State Senator Carlos Uresti ( Corpus Christi, Friday, June 10, 2011)
65  Editorial: Legislature's new congressional maps still fail voters (Dallas Morning News, June 14, 2011).

Respectfully submitted,

GERALD H. GOLDSTEIN
Goldstein, Goldstein and Hilley
310 S. St. Mary's Street
29th Floor Tower Life Bldg.
San Antonio, Texas 78205
Phone: (210) 852-2858
Fax: (210) 226-8367

/s/ J. Gerald Hebert
J. GERALD HEBERT
D.C. Bar #447676
Attorney at Law
191 Somerville Street, #405
Alexandria, VA 22304
Telephone: 703-628-4673
Email: hebert@voterlaw.com

PAUL M. SMITH
D.C. Bar #358870
MICHAEL B. DESANCTIS
D.C. Bar #460961
JESSICA RING

AMUNSON

D.C. Bar #497223
CAROLINE D. LOPEZ
D.C. Bar #989850
Jenner & Block LLP
1099 New York Ave., N.W.

Washington, D.C. 20001
Tel: (202) 639-6000
Fax: (202) 639-6066

JESSE GAINES
TX Bar No. 07570800
PO Box 50093
　　Ft Worth, TX 76105
　　(817) 714-9988

Attorneys for QUESADA Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2011, I served a copy of the foregoing Motion for A Stay of Proceedings And to Postpone Trial on counsel who are registered to receive NEFs through the CM/ECF system.  All attorneys who have not yet registered to receive NEFs have been served via first-class mail, postage prepaid and addressed as follows:

9

David Escamilla
Travis County Asst. Attorney
 P.O. Box 1748
 Austin, TX 78767


Joaquin Guadalupe Avila
P.O. Box 33687
Seattle, WA 98133

John K. Tanner
John Tanner Law Office
3743 Military Rd. NW
Washington, DC 20015

Karen M. Kennard
City of Austin Law Department
PO Box 1088
Austin, TX 78767-1088

        <u>/s/ J. Gerald Hebert</u>
          J. Gerald Hebert