IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ; HAROLD DUTTON, JR.; GREGORY TAMEZ; SERGIO SALINAS; CARMEN RODRIGUEZ; RUDOLFO ORTIZ; NANCY HALL and DOROTHY DEBOSE, | ) ) ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| -and- | ) ) | |
| EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE, and ALEXANDER GREEN, MEMBERS OF THE UNITED STATES CONGRESS | ) ) ) ) ) ) | |
| -and- | ) ) | |
| TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS HOUSE OF REPRESENTATIVES | ) ) ) ) | CIVIL ACTION NO. 11-CA-360-OLG-JES-XR [Lead case] |
| -and- | ) ) | |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; HOWARD JEFFERSON, JUANITA WALLACE and REV. BILL LAWSON | ) ) ) ) ) | |
| Plaintiff-Intervenors | ) ) | |
| v. | ) ) | |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives, HOPE ANDRADE, in her official capacity as Secretary of State | ) ) ) ) ) ) ) ) ) ) ) | |

1

| | |
|---|---|
| of the State of Texas, | ) |
| | ) |
| _____ | ) |
| | ) |
| MEXICAN AMERICAN | ) |
| LEGISLATIVE CAUCUS, TEXAS | ) |
| HOUSE OF REPRESENTATIVES | ) |
| (MALC), | ) |
| | ) |
|        Plaintiffs | ) |
| | ) |
|    -and- | ) |
| | ) |
| THE HONORABLE HENRY | ) |
| CUELLAR, Member of Congress, | ) |
| CD28; THE TEXAS DEMOCRATIC | ) |
| PARTY and BOYD RICHIE, in his | ) |
| official capacity as Chair of the Texas | ) |
| Democratic Party; and LEAGUE OF | ) |
| UNITED LATIN AMERICAN | ) |
| CITIZENS (LULAC) and its | ) |
| individually named members | ) |
| | ) |
|        Plaintiff-Intervenors, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )   SA-11-CA-361-OLG-JES-XR |
| STATE OF TEXAS; RICK PERRY, in | )   [Consolidated case] |
| his official capacity as Governor of the | ) |
| State of Texas; DAVID DEWHURST, | ) |
| in his official capacity as Lieutenant | ) |
| Governor of the State of Texas; JOE | ) |
| STRAUS, in his official capacity as | ) |
| Speaker of the Texas House of | ) |
| Representatives; | ) |
| | ) |
|        Defendants. | ) |
| _____ | ) |
| | ) |
| TEXAS LATINO REDISTRICTING | ) |
| TASK FORCE, JOEY CARDENAS, | ) |
| ALEX JIMENEZ, EMELDA | ) |
| MENENDEZ, TOMACITA | ) |
| OLIVARES, | ) |
| | ) |
|        Plaintiffs, | ) |
| | ) |

| | | |
|---|---|---|
| v. | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-490-OLG-JES-XR |
| RICK PERRY, in his official capacity as | ) | [Consolidated case] |
| Governor of the State of Texas | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| MARGARITA V. QUESADA; ROMEO | ) | |
| MUNOZ; MARC VEASEY; JANE | ) | |
| HAMILTON; LYMAN KING; and | ) | |
| JOHN JENKINS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-592-OLG-JES-XR |
| RICK PERRY, in his official capacity as | ) | [Consolidated case] |
| Governor of the State of Texas, and | ) | |
| HOPE ANDRADE, in her official | ) | |
| capacity as Secretary of State of the | ) | |
| State of Texas | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JOHN T. MORRIS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, RICK PERRY, in | ) | |
| his official capacity as Governor of the | ) | |
| State of Texas, DAVID DEWHURST, | ) | |
| in his official capacity as Lieutenant | ) | |
| Governor of the State of Texas; JOE | ) | |
| STRAUS, in his official capacity as | ) | |
| Speaker of the Texas House of | ) | |
| Representatives; and HOPE | ) | |
| ANDRADE, in her official capacity as | ) | |
| Secretary of State of the State of Texas | ) | |
| _____ | | |
| | | |
| EDDIE RODRIGUEZ, MILTON | ) | |
| GERARD WASHINGTON, BRUCE | ) | |

3

| | | |
|---|---|---|
| ELFANT, ALEX SERNA, SANDRA SERNA, BETTY F. LOPEZ, DAVID GONZALEZ, BEATRICE SALOMA, LIONOR SOROLA-POHLMAN; ELIZA ALVARADO; JUANITA VALDEZ-COX; JOSEY MARTINEZ; NINA JO BAKER; TRAVIS COUNTY and CITY OF AUSTIN,       Plaintiffs, v. RICK PERRY, in his official capacity as Governor of the State of Texas, DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secrdeary of State of the State of Texas; STATE OF TEXAS; BOYD RICHIE, in his official capacity as Chair of the Texas Democratic party; and STEVE MUNISTERI, in his official capacity as Chair of the Republican Party of Texas,       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. SA-11-CA-635 [Consolidated case] |

## PLAINTIFFS' NOTICE OF FILING OF EXPERT WITNESS REPORTS

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COME SHANNON PEREZ, HAROLD DUTTON, JR., GREGORY TAMEZ, SERGIO SALINAS, CARMEN RODRIGUEZ, RUDOLFO ORTIZ, NANCY HALL and DOROTHY DEBOSE, Plaintiffs, by and through their counsel of record, and pursuant to the Court's July 25, 2011, Order and Federal Rule of Civil Procedure 26, submit these their expert reports:

I.

Attached are the following expert witness reports:

Attachment A: "The Anatomy of a Retrogressive and Discriminatory Map: Minority Voting Rights Trampled Bipartisan Gerrymander and Texas House Plan," Report by Ed Martin, Robert Jara, and James Aldrete;

Attachment B: "An Analysis of Racial and Ethnic Discrimination in Texas, Racial Polarization, and the Voting Rights Act With Regard to Redistricting Plan H283," Report of Richard Murray;

Attachment C: Report of Allan Lichtman;

Attachment D: Report of Jeffrey A. Smith.

II.

All experts rely upon documents and data contained within, referred to, or attached to their reports as well as the election data publicly available from the Texas Legislative Council website.

Respectfully submitted,

David R. Richards
RICHARDS RODRIGUEZ & SKEITH, LLP
816 Congress, Suite 1200
Austin, TX 78701
(512) 476-0005
Fax: (512) 476-1513
*/s/ Richard E. Gray, III*_____
Richard Edwin Gray , III
GRAY & BECKER, P.C.
900 West Avenue, Suite 300
Austin, TX 78701-0001
(512) 482-0061
Fax: (512) 482-0924

COUNSEL FOR PLAINTIFFS SHANNON PEREZ, HAROLD DUTTON, JR., GREGORY TAMEZ, NANCY HALL, DOROTHY DEBOSE, CARMEN RODRIGUEZ, AND SERGIO SALINAS

## CERTIFICATE OF SERVICE

      I hereby certify that on 8/8/2011 I served a copy of Plaintiffs' Notice of Filing of Expert Witness Reports and attachments on counsel who are registered to receive NEFs through the CM/ECF system. All attorneys who have not yet registered to receive NEFs have been served via first-class mail, postage prepaid and addressed as follows:

| | |
|---|---|
| David Escamilla<br>Travis County Asst. Attorney<br>P.O. Box 1748<br>Austin, Texas 78767 | John K. Tanner<br>John Tanner Law Office<br>3743 Military Rd. NW<br>Washington, DC 20015 |
| Jesse Gaines<br>Attorney at Law<br>PO Box 50093<br>Ft. Worth, TX 76105 | Karen M. Kennard<br>2803 Clearview Drive<br>Austin, TX 78703 |
| Jessica Ring Amunson<br>Jenner & Block, LLP<br>1099 New York Ave., N.W.<br>Washington, DC 20001 | Michael B. DeSanctis<br>Jenner & Block, LLC<br>1099 New York Ave., N.W.<br>Washington, DC 20001 |
| Joaquin Guadalupe Avila<br>P.O. Box 33687<br>Seattle, WA 98133 | Paul M. Smith<br>Jenner & Block, LLP<br>1099 New York Ave., N.W.<br>Washington, DC 20001 |

                                  */s/ Richard E. Gray, III*_____