IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ; HAROLD DUTTON, JR.; GREGORY TAMEZ; SERGIO SALINAS; CARMEN RODRIGUEZ; RUDOLFO ORTIZ; NANCY HALL and DOROTHY DEBOSE | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION NO. 11-CA-360-OLG-JES-XR |
| -and- | ) ) | [Lead case] |
| EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE, and ALEXANDER GREEN, MEMBERS OF THE UNITED STATES CONGRESS | ) ) ) ) ) | |
| -and- | ) ) | |
| TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS HOUSE OF REPRESENTATIVES | ) ) ) ) | |
| -and- | ) ) | |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; HOWARD JEFFERSON, JUANITA WALLACE and REV. BILL LAWSON | ) ) ) ) ) | |
| Plaintiff-Intervenors | ) ) | |
| v. | ) ) | |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her | ) ) ) ) ) ) ) ) | |

PLAINTIFFS RULE 26(a) DISCLOSURES    Page 1

| | |
|---|---|
| official capacity as Secretary of State of the State of Texas ) ) _____ ) ) MEXICAN AMERICAN LEGISLATIVE ) CAUCUS, TEXAS HOUSE OF ) REPRESENTATIVES (MALC) ) ) Plaintiffs ) ) -and- ) ) THE HONORABLE HENRY CUELLAR, ) Member of Congress, CD28; THE TEXAS ) DEMOCRATIC PARTY and BOYD ) RICHIE, in his official capacity as Chair of ) the Texas Democratic Party; and LEAGUE ) OF UNITED LATIN AMERICAN ) CITIZENS (LULAC) and its individually ) named members ) ) Plaintiff-Intervenors, ) ) v. ) ) STATE OF TEXAS; RICK PERRY, in his ) official capacity as Governor of the State of ) Texas; DAVID DEWHURST, in his official ) capacity as Lieutenant Governor of the State ) of Texas; JOE STRAUS, in his official ) capacity as Speaker of the Texas House of ) Representatives; ) ) Defendants. ) _____ ) ) TEXAS LATINO REDISTRICTING TASK ) FORCE, JOEY CARDENAS, ALEX ) JIMENEZ, EMELDA MENENDEZ, ) TOMACITA OLIVARES, ) ) Plaintiffs, ) v. ) | CIVIL ACTION NO. SA-11-CA-361-OLG-JES-XR [Consolidated case]<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. SA-11-CA-490-OLG-JES-XR [Consolidated case] |

|  |  |  |
|---|---|---|
| RICK PERRY, in his official capacity as Governor of the State of Texas | ) ) ) ) | |
| Defendant. | ) ) ) | |
| MARGARITA V. QUESADA; ROMEO MUNOZ; MARC VEASEY; JANE HAMILTON; LYMAN KING; and JOHN JENKINS | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. SA-11-CA-592-OLG-JES-XR [Consolidated case] |
| v. | ) ) | |
| RICK PERRY, in his official capacity as Governor of the State of Texas, and HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| JOHN T. MORRIS | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. SA-11-CA-635 [Consolidated case} |
| STATE OF TEXAS, RICK PERRY, in his official capacity as Governor of the State of Texas, DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; and HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |
| EDDIE RODRIGUEZ, MILTON GERARD | ) | |

| | |
|---|---|
| WASHINGTON, BRUCE ELFANT, ALEX SERNA, SANDRA SERNA, BETTY F. LOPEZ, DAVID GONZALEZ, BEATRICE SALOMA, LIONOR SOROLA-POHLMAN; ELIZA ALVARADO; JUANITA VALDEZ-COX; JOSEY MARTINEZ; NINA JO BAKER; TRAVIS COUNTY and CITY OF AUSTIN,<br><br>   Plaintiffs,<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas, DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas; STATE OF TEXAS; BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and STEVE MUNISTERI, in his official capacity as Chair of the Republican Party of Texas<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 1:11-CV-00451-LY-JES-OLG<br>) [Consolidated case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF-INTERVENORS' CONGRESSPERSONS
JOHNSON'S, JACKSON-LEE'S, AND GREEN'S
EXPERT WITNESS DESIGNATIONS,
PROPOSED WITNESS, AND
PROPOSED EXHIBIT LISTS**

  Plaintiff-Intervenors Congresspersons Eddie Bernice Johnson, Sheila Jackson-Lee, and Alexander Green, in compliance with the Court's applicable Scheduling Order, submits the following expert witness designation, proposed witness and proposed exhibit lists:

### EXPERT WITNESS DESIGNATION

1. Prof. Richard Murray. See attached report and attachments

### SUPPLEMENTATION AND CROSS-DESIGNATION

Congresspersons Plaintiff Intervenors will designate other experts in accordance with the Court's docket control order and the Federal Rules of Civil Procedure, and therefore, will supplement this response.

Congresspersons Plaintiff Intervenors hereby cross designates and states that they may call any expert witness identified or designated by any party or any employee or representative of any adverse party, subject to any objections that Intervenors may make concerning the designation or qualifications of those witnesses.

Congresspersons Plaintiff Intervenors reserves the right to elicit by way of cross examination, opinion testimony from experts or corporate representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to the suit.

Congresspersons Plaintiff Intervenors reserves the right to elicit by way or direction/cross examination, opinion testimony from fact witnesses who may be qualified to render expert testimony, but are not retained experts at this time, who have expertise in certain areas regarding the facts of this case.

Congresspersons Plaintiff Intervenors reserves the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to the suit.

Congresspersons Plaintiff Intervenors reserves the right to call any expert witness

of any party who may be added to this lawsuit.

## PROPOSED WITNESS LIST

Discovery is still ongoing and Congresspersons Plaintiff Intervenors reserves the right to call additional witnesses as documents are obtained and reviewed and depositions are completed.

Congresspersons Plaintiff Intervenors also cross designate witnesses identified by other parties to this consolidated case.

1. Congresswoman Sheila Jackson-Lee, Plaintiff-Intervenor
   2160 Rayburn Building
   Washington, DC 20515
   Telephone Number: (202) 225-3816 Phone

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

2. Ruby Mosley
   Acres Homes Citizens Council
   862 S. Victory
   Houston, Texas 77088
   Telephone Number: (281) 919-9262

3. Rev. Terrance D. Grant Malone
   2702 Dowling Street
   Houston, Texas 77004
   Telephone Number: (713) 870-0896

4. Gilbert Andrew Garcia
   CFA Chairman
   Houston, Texas 77208
   Telephone Number: (713) 853-2323

5. Sheriff Adrain Garcia
   1200 Baker Street
   Houston, Texas 77002
   Telephone Number: (713) 755-8136

6. Bishop James Dixon
     1023 Pinemont Drive
     Houston, Texas 77018
     Telephone Number: (713) 688-2900

7. Tomarro Bell
     Telephone Number: (713) 825-8449

8. Bishop I.V. Hillard
     19525 Doerre Road
     Spring, Texas 77379
     Telephone Number: (281) 876-5331

9. Dr. S.J. Gilbert
     2702 Dowling Street
     Houston, Texas 77004
     Telephone Number: (713) 869-9172

10. Albert Coleman
      North Forest Trustee
      6010 Little York Road
      Houston, Texas 77016
      Telephone Number: (713) 703-5250

11. Hattie Mae White
      HISD Board Services

12. Juliet K. Stipeche
      HISD
      Educational Support Center
      4400 West 18th Street
      Houston, Texas 77092
      Telephone Number: (713) 550-6233

13. Congresswoman Eddie Bernice Johnson, Plaintiff-Intervenor
      2468 Rayburn Office Building
      Washington, DC 20515
      Telephone Number: (202) 225-8885

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

14. Gary Hasty
      Cedar Hill, Texas

  Telephone Number: (214) 797-1674

15. James Nowlin
    Dallas, Texas
    Telephone Number: (214) 957-4112

16. Councilwoman Carrie Marshall
    Balch Springs, Texas
    Telephone Number: (469) 387-8714

17. Ricardo Medrano
    Dallas (Love Field), Texas
    Telephone Number: (972) 948-7026

18. Cheryl Mayo
    West Dallas, Texas
    Telephone Number: (214) 537-5096

19. Gloria Hogg
    Pleasant Grove, Texas
    Telephone Number: (214) 275-7822

20. Rev. Gerald Britt
    City Square (Dallas), Texas
    Telephone Number: (214) 342-0509

21. Rev. R. E. Price
    Hamilton Park, Texas
    Telephone Number: (214) 341-6459

22. Anthony Bond
    Irving, Texas
    Telephone Number: (214) 830-6719

23. Terry Jackson
    Garland, Texas
    Telephone Number: (214) 732-4408

24. Charles O'Neal
    Black Chamber of Commerce
    Telephone Number: (214) 421-5200

25. Cliff Miller
    MBE Policy Institute
    Telephone Number: (214) 448-5788

26. Raul Magdaleno
    Hispanic Youth Institute
    Telephone Number: (214) 893-8374

27. Councilwoman Pauline Medrano
    Dallas, Texas
    Telephone Number: (214) 923-2781

28. Michael Thomas
    White Rock Lake, Texas
    Telephone Number: (214) 403-8657

29. Congressman Al Green, Plaintiff-Intervenor
    2201 Rayburn House Office Building
    Washington, D.C. 20515-4309
    Telephone Number: (202) 225-7508

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

30. Ericka Cain
    Texas State NAACP Youth Advisor
    6434 Brookhaven Trail
    Ft. Worth, Texas 76133
    Telephone Number: (817) 600-1710

31. Rev. Reginald Lillie
    16611 Canterra Way
    Houston, Texas 77095
    Telephone Number: (713) 410-1897

32. Phyllis Jones
    State NAACP Education Chair
    2401 Bluebonnet Drive
    Killeen, Texas 76549
    Telephone Number: (254) 702-2536

33. Bob Lydia
    NAACP National Board
    1332 Bow Creek Drive
    Duncanville, Texas 75116
    Telephone Number: (214) 429-3314

34. Oliver Hill

      San Antonio NAACP President
      5007 Stoneleigh Drive
      San Antonio, Texas 78220
      Telephone Number: (210) 846-5130

35. TaNeika Driver
      Killeen NAACP President
      209 Sandra Sue Drive
      Killeen, Texas 76542
      Telephone Number: (254) 338-1562

36. Brian Rowland
      Prairie View City Council
      110 Bledsoe Street
      Prairie View, Texas 77046
      Telephone Number: (646) 294-7369

37. Texas State Senator Rodney Ellis
      Texas Senate
      PO Box 12068
      Austin, Texas 78711

38. Texas State Senator Royce West
      Texas Senate
      PO Box 12068
      Austin, Texas 78711

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

39. Charlie Wilson
      103 Young Street
      Marshall, TX, 75670-2953
      Telephone Number: (903) 935-2255

The following person may talk about racially polarized voting in Texas and/or central Texas, Anglo voters being able to frustrate the votes of cohesive minorities seeking to elect the candidate of their choice:

40. Jim Dunnam
      4125 West Waco Drive
      Waco, TX 76710-
      254-753-7434

Members of the Texas Legislative Black Caucus may be called to talk about relevant matters relating to the Legislature's consideration of redistricting and related issues:

41. Representative Alma Allen  
    Texas House of Representatives  
    PO Box 2910  
    Austin, Texas 78768

42. Representative Barbara Mallory-Caraway  
    Texas House of Representatives  
    PO Box 2910  
    Austin, Texas 78768

43. Representative Garnet Coleman  
    Texas House of Representatives  
    PO Box 2910  
    Austin, Texas 78768

44. Representative Yvonne Davis  
    Texas House of Representatives  
    PO Box 2910  
    Austin, Texas 78768

45. Representative Joe Deshotel  
    Texas House of Representatives  
    PO Box 2910  
    Austin, Texas 78768

46. Representative Dawnna Dukes  
    Texas House of Representatives  
    PO Box 2910  
    Austin, Texas 78768

47. Representative Harold Dutton  
    Texas House of Representatives  
    PO Box 2910  
    Austin, Texas 78768

48. Representative Borris Miles  
    Texas House of Representatives  
    PO Box 2910  
    Austin, Texas 78768

49. Representative Helen Giddings-Jones  
    Texas House of Representatives  
    PO Box 2910

      Austin, Texas 78768

50. Representative Ruth McClendon
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

51. Representative Senfronia Thompson
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

52. Representative Sylvester Turner
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

53. Representative Marc Veasey
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

54. Representative Ron Reynolds
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

55. Representative Stefani Carter
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

56. Representative James White
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

57. Carol Moore
    State NAACP Health Chair
    2915 Druid Street
    Houston, Texas 77091

      Telephone Number (713) 820-1801

58. Dr. Juanita Wallace, Plaintiff-Intervenor
    Dallas NAACP President
    1409 S. Lamar, Loft 341
    Dallas, Texas 75215
    Telephone Number: (972) 803-3052

59. Jeffrey W. Travillion, Sr.
    Former Austin NAACP President
    20802 Derby Day Avenue
    Pflugerville, Texas 78660
    Telephone Number: (512) 653-0885

60. Claude Foster
    Former Reg. Director NAACP
    (210)317-1994

61. Howard Jefferson, Plaintiff-Intervenor
    4402 Nenana Drive
    Houston, Texas 77035
    Telephone Number: (832) 250-2919

62. Rev. Bill Lawson, Plaintiff-Intervenor
    4042 Glen Code Drive
    Houston, Texas 77021
    Telephone Number: (281) 914-6589

63. Robert Starr
    Former NAACP Board Member
    Ft. Worth, Texas

64. Nelson Linder
    Austin NAACP President
    1701 E. 11th Street
    Austin, Texas 78702
    Telephone Number: (512) 476-6230

65. Terry Mills
    Corpus Christi NAACP President
    Telephone Number: (361) 658-6000

66. Bill Leak
    Temple NAACP President

67. Vernon Denmon

    Former Palestine NAACP President

68. Rev. Walter Brown
    Waco NAACP President
    Waco, Texas

69. Commissioner Gibson
    Waco, Texas

70. Mary Ramos,
    Houston, Texas
    Worked with NAACP and other groups while with LULAC to the current
    Telephone Number: (713) 861-6271

71. Carmen Watkins
    Regional Director NAACP
    4805 Mt. Hope Drive
    Baltimore, Maryland 21215
    Telephone Number: (410) 580-5777

72. C.G. McElwyn
    Former Wharton County Sheriff Candidate

73. Frank Berry
    Marshall, Texas

74. Judge Hinojosa
    Telephone (956) 687-8203
    Corpus Christi, Texas

75. Monroe Saulter
    Telephone: (956) 225-5557
    McAllen, Texas

76. Lico Reyes, former Candidate for Congress
    Box 150001
    Arlington
    TX 76015 USA
    (817) 467-3087

77. Ana Yanez-Correa
    Executive Director Criminal Justice Coalition

78. Pamela Wade
    Austin, Texas
    Telephone Number: (512) 478-9928

79. Lemuel Price
    Legislative Aide for Representative Davis familiar with the process
    PO Box 2910
    Austin, Texas 78768

## PROPOSED EXHIBIT LIST

Congresspersons Plaintiff Intervenors reserves the right to admit as exhibits those documents that are being produced by the parties and witnesses now. The general categories of those documents are described below. Congresspersons Plaintiff Intervenors also cross designates the exhibits listed by other parties to this consolidated case.

Congresspersons Plaintiff Intervenors intends to offer the schedules, charts and compilation contained in or attached to its expert reports as exhibits as well.

1. Reports from and Complaints to various State and Federal Agencies (such as HUD, EEOC, United States Department of Justice, Texas Workforce Commission, Texas Police Departments on Racial Profiling and Hate Crimes, Study Commissioned by the Texas Supreme Court that shows problems with school discipline in Texas schools) that show the existence of past and current racial discrimination in Texas.
2. Documents that show race being used in election campaigns, and/or racially polarized voting, and/or the "Obama effect" in recent elections.
3. Plans, Maps, Charts, and associated data tendered by the Legislative Black Caucus during the Legislative Process;
4. Plans, Maps, Charts, and associated data tendered by the NAACP during the Legislative Process;
5. Election Data showing African-American and Latino voters/communities working as a cohesive group in elections;
6. Benchmark Plans for the State House and Congress;
7. Information provided by African-American Congresspersons to those involved in drawing the official maps;
8. Plans adopted by the Legislature for the Texas State House of Representatives and the United States Congress;
9. News Articles showing the continued prominence of race as a factor in explaining the disparate experience of different communities in Texas.
10. Articles and data showing the state of African-American-owned business compared to other businesses;

11. Relevant census or associated data;
12. Excerpts from public hearings regarding redistricting;
13. Copies of selective written testimony provided at public hearings regarding redistricting;
14. Data from NAACP Public Hearings regarding election irregularities around the State due to race;
15. Documents showing problems in Waller County, Texas in reference to permitting African-Americans to vote like other citizens;
16. NAACP Legislative Report Cards
17. Specific election data from Harris, Fort Bend, Tarrant and Dallas Counties.
18. Expert Reports and Exhibits will be made available as guided by court order.
19. Excerpts from tape recordings such as debates on the floor of the State House of Representatives.
20. Texas Legislative Voting Records.
21. Data to Show African-American health, education, and other socio-economic disparities.

Respectfully Submitted,

By: /s/ Gary Bledsoe
Gary L. Bledsoe
LAW OFFICE OF GARY L. BLEDSOE
316 W. 12th Street, Suite 307
Austin, TX 78701
(512) 322-9992
Fax: (512) 322-0840
COUNSEL FOR PLAINTIFF-INTERVENORS CONGRESSPERSONS JOHNSON, JACKSON-LEE, AND GREEN

### CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I electronically filed the foregoing document and attachments with the Clerk of the United States District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  For those attorneys not listed as receiving ECF notification, they have been served the foregoing and attached documents via email delivery as agreed in this case.

/s/ Gary L. Bledsoe
Gary L. Bledsoe