VITA:           Andrés Tijerina

                Pinnacle Campus, Rm. 1032,  Phone 512.223-8137

                Faculty Website: www.austin.cc.tx.us/tijnotes

                E-Mail andrest@austincc.edu

EDUCATION:

Ph.D. (1977)    U.S. History, University of Texas at Austin

                Dissertation Director: Dr. Joe B. Frantz Minor: Dr. Nettie Lee Benson

                "Tejanos and Texas: The Native Mexicans of Texas, 1820-1850"

M.A. (1973)     History, Texas Tech University

                Thesis Director: Dr. David M. Vigness

                "A History of the Mexican Americans of Lubbock County, Texas"

B.A. (1967)     Modern Languages, Texas A&M University


TEACHING:

1. Austin Community College, Professor (Aug. 97 - present)

    Texas History, Mexican-American History, U.S. History Survey I & II

2. Texas A&M University-Kingsville, Associate Professor (1990-Aug. 97):

    U.S. History Survey          Latin American History        Spain & New World (grad.)
    Mexican-American History     Texas History (grad. and undergraduate)

3. Incarnate Word College, San Antonio, Visiting Professor (1994-95):

    U.S. History Survey          Texas & the Southwest         Contemporary America

4. Austin Community College, Part-time Instructor (1975-76; 1996 summer): U.S. History Survey

5. University of Texas, Austin, Assistant Instructor (1973-77):

    U.S. History Survey          Chicano Ethnic Studies        Readings in U.S. History

6. Texas Tech University, Assistant Instructor (1972-73): U.S. History Survey

PUBLICATIONS:

1. Editor, "Historical Introduction" to *El Mesquite: A Novel* by Elena Zamora O'Shea (College Station: Texas A&M University Press, 2000).
2. Book Review of Robert H. Jackson, *New Views of Borderlands History* in *American Historical Review* (June, 2000)
3. Editor, E-Book "Tejano Ranches in Duval County" by Andrés Saenz (UTSA Institute of Texan Cultures, 1999).
URL http://www.texancultures.utsa.edu/ranching/tejanoranchingframe.htm
Editor, *Early Tejano Ranching in Duval County* by Andrés Saenz (College Station: Texas A&M Univ. Press, 2000).
4. Andrés Tijerina, *Tejano Empire: Life on the South Texas Ranchos* (College Station: Texas A&M University Press, 1998).
5. Contributing Author for *Encyclopedia of the United States-Mexico War*, MacMillan Books, 1998.
6. "The State of Coahuila y Tejas in 1824: A Governor's View from Saltillo," *Southwestern Historical Quarterly*, C:2 (Oct., 1996), Edited and Translated by Andrés Tijerina and David J. Weber.
7. "Under the Mexican Flag," A Chapter in *Tejano Journey*. Edited by Gerald E. Poyo. University of Texas Press, 1996.
8. *Tejanos and Texas Under the Mexican Flag, 1821-1836*. (College Station: Texas A&M University Press, 1994)
9. *A History of the Mexican-Americans in Lubbock* (Lubbock: Texas Tech University Press, 1979)
10. Editor, *Human Services for Mexican-American Children* (Austin: University of Texas Center for Social Work Research, 1978)
11. "The Mexican Heritage of Texas," Chapter in *Preparing Teachers for Bilingual Education* by O.A. Ballesteros (Washington, D.C.: University Press of America, 1978)
12. Vietnam War Memoirs in *A War Remembered* (Vol. XX) *The Vietnam Experience* (Boston Publishing Company, Time-Life Books, 1987)
13. Book Review on Timothy M. Matovina, *Tejano Religion and Ethnicity* in *Southwestern Historical Quarterly* (April,1996)
14. "Commentary: Relations between Texas and Mexico," *Discovery* University of Texas Institute of Latin American Studies (Fall,1981)
15. Book Review of Arnoldo De Leon, *Los Angelenos* in *Southwestern Historical Quarterly* (Fall,1987)
16. Book Review of *Scholars and Personal Computers*. George M. Kren and George Christakes in *History Microcomputer Review*. Mar. 1991

CONFERENCE PRESENTATIONS:
1. Comments, "Reconstructing Texas History" Western Historical Association meeting, San Antonio, Oct. 2000
2. "Tejano Land Dispossession" at Annual Meeting of Texas State Historical Association, Austin, March, 2000
3. Chair, Panel on "Stephen F. Austin's Colonists" at Annual Meeting of Texas State Historical Association, Austin, March, 1996
4. "The Tejano Identity of Resistance," scholarly paper at Annual Meeting of Texas State Historical Association, Austin, March, 1994
5. "Tejano Identity and the Mexican Republic," scholarly paper at Tejano Identity, Resistance, & Accommodation, 1760-1860. St. Mary's University, San Antonio, Texas. March 27, 1993

PROFESSIONAL CONSULTATION:
1. John Lee Hancock, Movie Producer/Director, "Alamo"
2. Al Reinert, Movie Producer, IMAX "History of Texas" for Bullock State History Museum
3. Joseph Tovares, PBS Producer for "The American Experience"
4. MALDEF, Expert witness on state and federal re-districting cases (2001)
5. Scurry County Museum, member of consultant team for N.E.H. Planning grant, Feb. 2000- present.
6. Prewitt & Assoc. Anthropology Project Report. Boyd, Douglas K., Andrés Tijerina, Karl W. Kibler, Amy C. Earls and Martha Doty Freeman. *Pharr-Reynosa International Bridge: Continued*

*Archaeological and Historical Research at El Capote Ranch Community, Hidalgo County, Texas.* Report of Investigations 97.  Austin:  Prewitt and Associates, 1994.

RESEARCH IN PROGRESS:

1. "Vaquero Artist of Texas: Ricardo M. Beasley" Book proposed to Texas State Historical Association

ACADEMIC HONORS/AWARDS:
| | |
|---|---|
| 2000 | Heritage Book Award, Webb County Historical Commission, for *Tejano Empire* |
| 1997 | Inducted as a Fellow of the Texas State Historical Association, March 8, 1997. |
| 1995 | 1995 CHOICE Award for Outstanding Academic Books, American Library Assn. |
| 1995 | Certificate of Commendation by American Association for State and Local History for *Tejanos and Texas* presented in New York at Annual Meeting in September |
| 1995 | T.R. Fehrenbach Award ($1,000) presented by the Texas Historical Commission |
| 1995 | Katheryn Broocks Bates Book Award ($2,000 presented by Texas State Historical Association |
| 1994 | Presidio La Bahía First Prize Book Award ($1,200) presented by Sons of The Republic of Texas |
| 1993 | Texas A&M University Seminar for Faculty Administrators |
| 1993 | N.E.H. Summer Seminar, UCSD. Dr. Eric Van Young, Director "Resistance in Rural Latin America" |
| 1982 - 89 | Texas History Institute, Faculty, University of North Texas |
| 1973 - 76 | Graduate Fellowship and Assistantship: University of Texas, Graduate School |

OTHER EMPLOYMENT EXPIERENCE:

Jan. 86 - Aug. 90 Texas Dept. of Community Affairs/Commerce, Personnel Dir./Program Mgr.

Dec. 83 - Nov. 85 Motorola, Inc., Group Manager, Employee Communication

Nov. 81 - Nov. 83          Texas Employment Commission, Executive Assistant to Commissioner

Feb. 81 - Nov. 81 Texas Good Neighbor Commission, Executive Director

Jun. 67 - Jan. 72   U.S. Air Force Title: Pilot Flew 150 combat missions, RVN

   Decorations: Distinguished Flying Cross, Air Medal

Current Status: Major, (USAFR) Liaison Officer, U.S.A.F. Academy, Colorado


ORGANIZATIONAL AFFILIATION:

Tejano Monument, Inc., Executive Board, 2001
Governor's Advisory Committee on Historical Representation, Appointed 2002
American Historical Association, Member and Member of Minority Historians Committee.
Member and Fellow of Texas State Historical Association
Faculty Senate, Austin Community College, 1998-99