IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ; HAROLD DUTTON, JR.; GREGORY TAMEZ; SERGIO SALINAS; CARMEN RODRIGUEZ; RUDOLFO ORTIZ; NANCY HALL and DOROTHY DEBOSE | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION NO. 11-CA-360-OLG-JES-XR |
| -and- | ) ) | [Lead case] |
| EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE, and ALEXANDER GREEN, MEMBERS OF THE UNITED STATES CONGRESS | ) ) ) ) ) ) | |
| -and- | ) ) | |
| TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS HOUSE OF REPRESENTATIVES | ) ) ) ) | |
| -and- | ) ) | |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; HOWARD JEFFERSON, JUANITA WALLACE and REV. BILL LAWSON | ) ) ) ) ) | |
| Plaintiff-Intervenors | ) ) | |
| v. | ) ) | |
| STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of | ) ) ) ) ) ) ) | |

1

| | |
|---|---|
| Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas<br>_____<br><br>MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC)<br><br>        Plaintiffs<br><br>  -and-<br><br>THE HONORABLE HENRY CUELLAR, Member of Congress, CD28; THE TEXAS DEMOCRATIC PARTY and BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and its individually named members<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives;<br><br>        Defendants.<br>_____<br><br>TEXAS LATINO REDISTRICTING TASK FORCE, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  SA-11-CA-361-OLG-JES-XR<br>)    [Consolidated case]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  SA-11-CA-490-OLG-JES-XR<br>)    [Consolidated case] |

|  |  |
|---|---|
|           Plaintiffs, | ) |
| v. | ) |
|  | ) |
| RICK PERRY, in his official capacity as Governor of the State of Texas | ) ) ) |
|  | ) |
|           Defendant. | ) |
| _____ | ) |
|  | ) |
| MARGARITA V. QUESADA; ROMEO MUNOZ; MARC VEASEY; JANE HAMILTON; LYMAN KING; and JOHN JENKINS | ) ) ) ) |
|  | ) |
|           Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| RICK PERRY, in his official capacity as Governor of the State of Texas, and HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas | ) ) ) ) ) |
|  | ) |
|           Defendants. | ) |
| _____ | ) |
|  | ) |
| JOHN T. MORRIS | ) |
|  | ) |
|           Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| STATE OF TEXAS, RICK PERRY, in his official capacity as Governor of the State of Texas, DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; and HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas | ) ) ) ) ) ) ) ) ) ) |
|  | ) |

CIVIL ACTION NO.
SA-11-CA-592-OLG-JES-XR
   [Consolidated case]

CIVIL ACTION NO.
SA-11-CA-635
   [Consolidated case}

3

|  |  |  |
|---|---|---|
| Defendants | ) | |
| _____ | ) | |
| EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, BRUCE ELFANT, ALEX SERNA, SANDRA SERNA, BETTY F. LOPEZ, DAVID GONZALEZ, BEATRICE SALOMA, LIONOR SOROLA-POHLMAN; ELIZA ALVARADO; JUANITA VALDEZ-COX; JOSEY MARTINEZ; NINA JO BAKER; TRAVIS COUNTY and CITY OF AUSTIN, | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:11-CV-00451-LY-JES-OLG |
| Plaintiffs, | ) ) | [Consolidated case] |
| v. | ) ) | |
| RICK PERRY, in his official capacity as Governor of the State of Texas, DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas; STATE OF TEXAS; BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and STEVE MUNISTERI, in his official capacity as Chair of the Republican Party of Texas | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

**JOINT PLAINTIFF-INTERVENORS' TEXAS STATE CONFERENCE OF NAACP BRANCHES, JUANITA WALLACE, and REV. BILL LAWSON'S; and PLAINTIFF-INTERVENOR'S HOWARD JEFFERSON'S EXPERT WITNESS DESIGNATIONS, PROPOSED WITNESS, AND PROPOSED EXHIBIT LISTS**

Plaintiff-Intervenors Texas State Branch of NAACP Branches, Juanita Wallace, Rev. Bill Lawson, and Howard Jefferson, in compliance with the Court's applicable Scheduling Order,

4

submits the following joint expert witness designations, proposed witness and proposed exhibit lists:

### EXPERT WITNESS DESIGNATION

1. Prof. Orville Vernon Burton. See attached report and attachments
2. Tony Fairfax. See attached report and attachments
3. Bill Piatt. See attached report and attachments

### SUPPLEMENTATION AND CROSS-DESIGNATION

NAACP Plaintiff Intervenors will designate other experts in accordance with the Court's docket control order and the Federal Rules of Civil Procedure, and therefore, will supplement this response.

NAACP Plaintiff Intervenors hereby cross designates and states that they may call any expert witness identified or designated by any party or any employee or representative of any adverse party, subject to any objections that Intervenors may make concerning the designation or qualifications of those witnesses.

NAACP Plaintiff Intervenors reserves the right to elicit by way of cross examination, opinion testimony from experts or corporate representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to the suit.

NAACP Plaintiff Intervenors reserves the right to elicit by way or direction/cross examination, opinion testimony from fact witnesses who may be qualified to render

expert testimony, but are not retained experts at this time, who have expertise in certain areas regarding the facts of this case.

NAACP Plaintiff Intervenors reserves the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to the suit.

NAACP Plaintiff Intervenors reserves the right to call any expert witness of any party who may be added to this lawsuit.

**PROPOSED WITNESS LIST**

Discovery is still ongoing and NAACP Plaintiff Intervenors reserves the right to call additional witnesses as documents are obtained and reviewed and depositions are completed.

NAACP Plaintiff Intervenors also cross designate witnesses identified by other parties to this consolidated case.

1. Congresswoman Sheila Jackson-Lee, Plaintiff-Intervenor
   2160 Rayburn Building
   Washington, DC 20515
   Telephone Number: (202) 225-3816 Phone

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

2. Ruby Mosley
   Acres Homes Citizens Council
   862 S. Victory
   Houston, Texas 77088
   Telephone Number: (281) 919-9262

3. Rev. Terrance D. Grant Malone
   2702 Dowling Street

   Houston, Texas 77004
   Telephone Number: (713) 870-0896

4. Gilbert Andrew Garcia
   CFA Chairman
   Houston, Texas 77208
   Telephone Number: (713) 853-2323

5. Sheriff Adrain Garcia
   1200 Baker Street
   Houston, Texas 77002
   Telephone Number: (713) 755-8136

6. Bishop James Dixon
   1023 Pinemont Drive
   Houston, Texas 77018
   Telephone Number: (713) 688-2900

7. Tomarro Bell
   Telephone Number: (713) 825-8449

8. Bishop I.V. Hillard
   19525 Doerre Road
   Spring, Texas 77379
   Telephone Number: (281) 876-5331

9. Dr. S.J. Gilbert
   2702 Dowling Street
   Houston, Texas 77004
   Telephone Number: (713) 869-9172

10. Albert Coleman
    North Forest Trustee
    6010 Little York Road
    Houston, Texas 77016
    Telephone Number: (713) 703-5250

11. Hattie Mae White
    HISD Board Services

12. Juliet K. Stipeche
    HISD
    Educational Support Center
    4400 West 18th Street
    Houston, Texas 77092
    Telephone Number: (713) 550-6233

13. Congresswoman Eddie Bernice Johnson, Plaintiff-Intervenor
    2468 Rayburn Office Building
    Washington, DC 20515
    Telephone Number: (202) 225-8885

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

14. Gary Hasty
    Cedar Hill, Texas
    Telephone Number: (214) 797-1674

15. James Nowlin
    Dallas, Texas
    Telephone Number: (214) 957-4112

16. Councilwoman Carrie Marshall
    Balch Springs, Texas
    Telephone Number: (469) 387-8714

17. Ricardo Medrano
    Dallas (Love Field), Texas
    Telephone Number: (972) 948-7026

18. Cheryl Mayo
    West Dallas, Texas
    Telephone Number: (214) 537-5096

19. Gloria Hogg
    Pleasant Grove, Texas
    Telephone Number: (214) 275-7822

20. Rev. Gerald Britt
    City Square (Dallas), Texas
    Telephone Number: (214) 342-0509

21. Rev. R. E. Price
    Hamilton Park, Texas
    Telephone Number: (214) 341-6459

22. Anthony Bond
    Irving, Texas
    Telephone Number: (214) 830-6719

23. Terry Jackson
    Garland, Texas
    Telephone Number: (214) 732-4408

24. Charles O'Neal
    Black Chamber of Commerce
    Telephone Number: (214) 421-5200

25. Cliff Miller
    MBE Policy Institute
    Telephone Number: (214) 448-5788

26. Raul Magdaleno
    Hispanic Youth Institute
    Telephone Number: (214) 893-8374

27. Councilwoman Pauline Medrano
    Dallas, Texas
    Telephone Number: (214) 923-2781

28. Michael Thomas
    White Rock Lake, Texas
    Telephone Number: (214) 403-8657

29. Congressman Al Green, Plaintiff-Intervenor
    2201 Rayburn House Office Building
    Washington, D.C. 20515-4309
    Telephone Number: (202) 225-7508

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

30. Ericka Cain
    Texas State NAACP Youth Advisor
    6434 Brookhaven Trail
    Ft. Worth, Texas 76133
    Telephone Number: (817) 600-1710

31. Rev. Reginald Lillie
    16611 Canterra Way
    Houston, Texas 77095
    Telephone Number: (713) 410-1897

32. Phyllis Jones
    State NAACP Education Chair
    2401 Bluebonnet Drive
    Killeen, Texas 76549
    Telephone Number: (254) 702-2536

33. Bob Lydia
    NAACP National Board
    1332 Bow Creek Drive
    Duncanville, Texas 75116
    Telephone Number: (214) 429-3314

34. Oliver Hill
    San Antonio NAACP President
    5007 Stoneleigh Drive
    San Antonio, Texas 78220
    Telephone Number: (210) 846-5130

35. TaNeika Driver
    Killeen NAACP President
    209 Sandra Sue Drive
    Killeen, Texas 76542
    Telephone Number: (254) 338-1562

36. Brian Rowland
    Prairie View City Council
    110 Bledsoe Street
    Prairie View, Texas 77046
    Telephone Number: (646) 294-7369

37. Texas State Senator Rodney Ellis
    Texas Senate
    PO Box 12068
    Austin, Texas 78711

38. Texas State Senator Royce West
    Texas Senate
    PO Box 12068
    Austin, Texas 78711

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

39. Charlie Wilson

      103 Young Street
      Marshall, TX, 75670-2953
      Telephone Number: (903) 935-2255

The following person may talk about racially polarized voting in Texas and/or central Texas, Anglo voters being able to frustrate the votes of cohesive minorities seeking to elect the candidate of their choice:

40. Jim Dunnam
      4125 West Waco Drive
      Waco, TX 76710-
      254-753-7434

Members of the Texas Legislative Black Caucus may be called to talk about relevant matters relating to the Legislature's consideration of redistricting and related issues:

41. Representative Alma Allen
      Texas House of Representatives
      PO Box 2910
      Austin, Texas 78768

42. Representative Barbara Mallory-Caraway
      Texas House of Representatives
      PO Box 2910
      Austin, Texas 78768

43. Representative Garnet Coleman
      Texas House of Representatives
      PO Box 2910
      Austin, Texas 78768

44. Representative Yvonne Davis
      Texas House of Representatives
      PO Box 2910
      Austin, Texas 78768

45. Representative Joe Deshotel
      Texas House of Representatives
      PO Box 2910
      Austin, Texas 78768

46. Representative Dawnna Dukes
      Texas House of Representatives
      PO Box 2910
      Austin, Texas 78768

47. Representative Harold Dutton
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

48. Representative Borris Miles
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

49. Representative Helen Giddings-Jones
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

50. Representative Ruth McClendon
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

51. Representative Senfronia Thompson
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

52. Representative Sylvester Turner
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

53. Representative Marc Veasey
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

54. Representative Ron Reynolds
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

55. Representative Stefani Carter
    Texas House of Representatives
    PO Box 2910
    Austin, Texas 78768

56. Representative James White

  Texas House of Representatives
  PO Box 2910
  Austin, Texas 78768

The following persons may be called to testify about electoral irregularities, racially polarized voting, coalition efforts with various groups, work of particular Congresspersons and elected officials and the existence of discrimination, racial disparities and other inequities as well as the need for additional representation:

57. Carol Moore
  State NAACP Health Chair
  2915 Druid Street
  Houston, Texas 77091
  Telephone Number (713) 820-1801

58. Dr. Juanita Wallace, Plaintiff-Intervenor
  Dallas NAACP President
  1409 S. Lamar, Loft 341
  Dallas, Texas 75215
  Telephone Number: (972) 803-3052

59. Jeffrey W. Travillion, Sr.
  Former Austin NAACP President
  20802 Derby Day Avenue
  Pflugerville, Texas 78660
  Telephone Number: (512) 653-0885

60. Claude Foster
  Former Reg. Director NAACP
  (210)317-1994

61. Howard Jefferson, Plaintiff-Intervenor
  4402 Nenana Drive
  Houston, Texas 77035
  Telephone Number: (832) 250-2919

62. Rev. Bill Lawson, Plaintiff-Intervenor
  4042 Glen Code Drive
  Houston, Texas 77021
  Telephone Number: (281) 914-6589

63. Robert Starr
  Former NAACP Board Member
  Ft. Worth, Texas

64. Nelson Linder

      Austin NAACP President
      1701 E. 11th Street
      Austin, Texas 78702
      Telephone Number: (512) 476-6230

65. Terry Mills
      Corpus Christi NAACP President
      Telephone Number: (361) 658-6000

66. Bill Leak
      Temple NAACP President

67. Vernon Denmon
      Former Palestine NAACP President

68. Rev. Walter Brown
      Waco NAACP President
      Waco, Texas

69. Commissioner Gibson
      Waco, Texas

70. Mary Ramos,
      Houston, Texas
      Worked with NAACP and other groups while with LULAC to the current
      Telephone Number: (713) 861-6271

71. Carmen Watkins
      Regional Director NAACP
      4805 Mt. Hope Drive
      Baltimore, Maryland 21215
      Telephone Number: (410) 580-5777

72. C.G. McElwyn
      Former Wharton County Sheriff Candidate

73. Frank Berry
      Marshall, Texas

74. Judge Hinojosa
      Telephone (956) 687-8203
      Corpus Christi, Texas

75. Monroe Saulter
      Telephone: (956) 225-5557
      McAllen, Texas

76. Lico Reyes, former Candidate for Congress
    Box 150001
    Arlington
    TX 76015 USA
    (817) 467-3087

77. Ana Yanez-Correa
    Executive Director Criminal Justice Coalition

78. Pamela Wade
    Austin, Texas
    Telephone Number: (512) 478-9928

79. Lemuel Price
    Legislative Aide for Representative Davis familiar with the process
    PO Box 2910
    Austin, Texas 78768

## PROPOSED EXHIBIT LIST

NAACP Plaintiff Intervenors reserves the right to admit as exhibits those documents that are being produced by the parties and witnesses now. The general categories of those documents are described below. NAACP Plaintiff Intervenors also cross designates the exhibits listed by other parties to this consolidated case.

NAACP Plaintiff Intervenors intends to offer the schedules, charts and compilation contained in or attached to its expert reports as exhibits as well.

1. Reports from and Complaints to various State and Federal Agencies (such as HUD, EEOC, United States Department of Justice, Texas Workforce Commission, Texas Police Departments on Racial Profiling and Hate Crimes, Study Commissioned by the Texas Supreme Court that shows problems with school discipline in Texas schools) that show the existence of past and current racial discrimination in Texas.
2. Documents that show race being used in election campaigns, and/or racially polarized voting, and/or the "Obama effect" in recent elections.
3. Plans, Maps, Charts, and associated data tendered by the Legislative Black Caucus during the Legislative Process;
4. Plans, Maps, Charts, and associated data tendered by the NAACP during the Legislative

     Process;
5. Election Data showing African-American and Latino voters/communities working as a cohesive group in elections;
6. Benchmark Plans for the State House and Congress;
7. Information provided by African-American Congresspersons to those involved in drawing the official maps;
8. Plans adopted by the Legislature for the Texas State House of Representatives and the United States Congress;
9. News Articles showing the continued prominence of race as a factor in explaining the disparate experience of different communities in Texas.
10. Articles and data showing the state of African-American-owned business compared to other businesses;
11. Relevant census or associated data;
12. Excerpts from public hearings regarding redistricting;
13. Copies of selective written testimony provided at public hearings regarding redistricting;
14. Data from NAACP Public Hearings regarding election irregularities around the State due to race;
15. Documents showing problems in Waller County, Texas in reference to permitting African-Americans to vote like other citizens;
16. NAACP Legislative Report Cards
17. Specific election data from Harris, Fort Bend, Tarrant and Dallas Counties.
18. Expert Reports and Exhibits will be made available as guided by court order.
19. Excerpts from tape recordings such as debates on the floor of the State House of Representatives.
20. Texas Legislative Voting Records.
21. Data to Show African-American health, education, and other socio-economic disparities.

Respectfully Submitted,

By: */s/ Robert Notzon*
Robert Stephen Notzon
LAW OFFICE OF ROBERT NOTZON
1507 Nueces Street
Austin, TX 78701
(512) 474-7563
Fax: (512) 474-9489

Anita Sue Earls
Allison Jean Riggs
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3380 ext 117
Fax: (919) 323-3942

Victor L. Goode
NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215-3297
(410) 580-5120
Fax: (410) 358-9359
COUNSEL FOR PLAINTIFF-INTERVENORS TEXAS STATE CONFERENCE OF NAACP, JUANITA WALLACE, AND BILL LAWSON

By: */s/ Gary Bledsoe*
Gary L. Bledsoe
LAW OFFICE OF GARY L. BLEDSOE
316 W. 12th Street, Suite 307
Austin, TX 78701
(512) 322-9992
Fax: (512) 322-0840
COUNSEL FOR PLAINTIFF-INTERVENOR HOWARD JEFFERSON

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2011, I electronically filed the foregoing document and attachments with the Clerk of the United States District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  For those attorneys not listed as receiving ECF notification, they have been served the foregoing and attached documents via email delivery as agreed in this case.

*/s/ Robert Notzon*
Robert Notzon