June, 2011

# RESUME

Robert William ("Bill") Piatt, Jr.
Dean, 1998-2007
Professor of Law
St. Mary's University School of Law
One Camino Santa Maria
San Antonio, TX 78228
Phone: (210) 436-3533
Fax: (210) 436-3000

A.   **PROFILE:**

I was born in Santa Fe, New Mexico.  My wife of 41 years, Rosanne Piatt, served for ten years as an Instructor of Law at St. Mary's University School of Law.  We have three grown children, all married, and six grandchildren  I am an Eagle Scout, am Hispanic, and I am fluent in Spanish.  A summary of my view of legal education and "deaning" can be found at the LawCrossing "Law Star" site: http://www.lawcrossing.com/article/index.php?id=1635

B.   **EDUCATIONAL BACKGROUND:**

Juris Doctor, University of New Mexico, 1975.

B.A., Eastern New Mexico University, 1972.
Double Major: Psychology, Political Science.
(Recipient, 1997 Outstanding Alumni Award).

C.   **ACCOMPLISHMENTS AS DEAN AT ST. MARY'S**

- Improved student performance on the Bar Exam.  (In three of the last five administrations of the exam while I was dean, St. Mary's students exceeded the overall first-time state average in July, 2004 (80%), February, 2006 (81%) and July, 2006 (84%)).  The scores on the July, 2004 bar exam were the highest at St. Mary's University School of Law in the preceding eight years.  The February, 2006 results were the highest in the previous nine years.  The scores on the July, 2006 exam were the highest in the preceding thirteen-years.

- Achieved full accreditation from the ABA (February, 2005) after a five year effort to correct deficiencies which the ABA found in bar passage rates, inadequate teaching and inadequate exams, among other deficiencies;

- Obtained ABA accreditation for an evening program which began in the Fall, 2007, which will enable the law school to reduce the size of its entering full-time program by 25% and provide part-time educational opportunities which have not been available in our school in more than thirty years;

- Increased the entering academic profile of students by raising the median LSAT scores from the 42nd to the 62nd percentile;

- Successfully implemented a $1.6 million dollar fundraising effort to produce a high-tech courtroom;

- Utilized contacts with the Supreme Court of the State of Texas to produce an agreement that will enable St. Mary's University School of Law to broadcast live proceedings of the Supreme Court of Texas through St. Mary's new courtroom;

- Created and supported the first-in-the-nation Center for Terrorism Law which has attracted over $2.5 million dollars in gifts and grants;

- Won the 2006 Texas Young Lawyers Association Moot Court championship by beating all other nine law schools in the state of Texas.  The final round was judged by the Texas Supreme Court and St. Mary's was declared the winner;

- Attracted high-level judges to the faculty including Justice Antonin Scalia of the Supreme Court of the United States (Innsbruck, 2007), Judge Patrick Higginbotham of the Fifth U.S. Circuit Court of Appeals, Judge Barbara Hervey of the Texas Court of Criminal Appeals, Justice Sandee Bryan Marion of the Texas Fourth Court of Appeals, and others;

- Improved the relationship with the State Bar of Texas;

- Expanded campus ministry programs including creating an annual Habitat for Humanity project in New Mexico;

- Enhanced student recruitment efforts to create the largest applicant pools in the school's history;

- Revived the reputation of the law school such that alumni have returned to support the school's recruitment and retention efforts, and have created the St. Mary's University Law School Foundation;

- Created and implemented budgets generating record "surpluses" from the law school;

- Recognized by Hispanic Outlook on Higher Education as having the second largest number of Hispanic law graduates in the country in 2005;

- Formulated a strategic plan for the law school to move our school to the top of Texas law schools by 2010.

D. **TEACHING/PRACTICE EXPERIENCE:**

Dean and Ryan Professor of Law, St. Mary's University School of Law (1998–2007), Professor of Law (2007-present)

J. Hadley Edgar Professor of Law, Texas Tech University School of Law (1988-1998).

Professor of Law, Mexico Institute on International and Comparative Law, Universidad de Guanajuato Facultad de Derecho, Guanajuato, Mexico (summers 1992, 1994).

Lectured at the Facultad de Derecho, Universidad Complutense de Madrid, Spain, in February 1997. Taught in the University of Miami School of Law's Tour de España (Tour of Spain) program, 1998, and in St. Thomas University School of Law's program in El Escorial, Spain, in 2002, 2004 and 2008. I have also lectured in Spanish at law schools in Chile, Argentina and Mexico, and taught in St. Mary's summer program in Innsbruck, Austria.

Visiting Professor Law, Southern Illinois University School of Law (1987-1988).

Associate Professor of Law, Washburn Law School (1983-1987).

Private law practice, Santa Fe, New Mexico (1979-1983).

Assistant Professor of Law, University of Oklahoma Law School (1978-1979).

Visiting Assistant Professor, New Mexico State University (1976-1978).

Assistant Public Defender, New Mexico (early 1976).

Assistant Attorney General, New Mexico (1975-1976).

Prior to law school graduation I serve as a Teaching Assistant, Clinical Law Program, University of New Mexico Law School (1973-1975), and as a clerk, summer, 1974, with General Services Administration, Washington, D.C.

E. **WRITINGS:** My writings have been cited in approximately 200 publications.

1. **Books**

    *Black and Brown in America: The Case for Cooperation* (New York University Press, 1997). This book examines a multitude of issues central

to the interaction between Blacks and Hispanics. Former Mayor David Dinkins of New York wrote the forward. The book was named, "Outstanding Book on the Subject of Human Rights in North America" in 1998 by the Gustavus Myers Center for the Study of Human Rights in North America.

*Immigration Law: Cases and Materials* (Michie, 1994).

*Language on the Job:  Balancing Business Needs and Employee Rights* (University of New Mexico Press, 1993). Provides as analysis of the jurisprudence of language discrimination in the workplace. . The book was named, "Outstanding Book on the Subject of Human Rights in North America" in 1994 by the Gustavus Myers Center for the Study of Human Rights in North America, and was also selected as an Outstanding Academic Book of the Year by Choice Magazine in 1994.

*¿Only English?  Law and Language Policy in the United States.* (University of New Mexico Press, Spring, 1990)  This book analyzes historical, legal, political, and philosophical interests at stake in the current language rights debate.

*A Layperson's Guide to New Mexico Law,* Center for Business Services, New Mexico State University, 1977.

**2.   Book Chapters**

*The Confusing State of Minority Language Rights, in Language Loyalties: A Source Book on the Official English Controversy* (James Crawford, ed. U. of Chicago Press 1992).

*Attorney As Interpreter, in The Latino Condition: A Critical Reader* (Richard Delgado and Jean Stefancic, eds. N.Y.U. Press 1998).

**3.   Articles**

*Catholicism and Constitutional Law:  More than Privacy in the Penumbras,* 7 Villanova Journal of Catholic Social Thought 337 (2010)

*Gender Segregation in the Public Schools:  Opportunity, Inequality, or Both?,* 11 The Scholar 561 (2009).

*Loose Lips Sink Attorney/Client Ships:  Unintended Technological disclosure of Confidential Communications* (with Dr. Paula deWitte), 39 St. Mary's Law Journal  781 (2008).

*A Glass Half Full: A Rational/Radical Approach to Immigration Reform,* 13 Nexus 3 (2008).

*New Legal Rights in the Legal System of the United States of America* (with Professor Roberto Rosas), 23 Juris Tantum 19, Universidad Anahuac, Mexico (2008)

*Immigration Reform from the Outside In,* 10 The Scholar: St. Mary's Law Review on Minority Issues 269 (2008).

*Los Nuevos Derechos en el Sistema Juridico de Estados Unidos* (with Roberto Rosas), 20 Juris Tantum 16, Universidad Anáhuac, Mexico (2005).

*Mexico y los Estados Unidos: Idioma Común, Futuro Común*, 9-10 Derecho y Cultura Universidad Nacional Autónoma de Mexico (2003).

One View to Add to the Many, 34 TOL. L. REV. 143, 144 (2002

*Training Lawyers for a Global Economy,* Renmin University of China, (Mandarin and English), (2000).

*Appellate Law in the New Millennium: Bridging Theoretical Foundations with Practical Application*, 31 St Mary's Law Journal 987, (1999).

*Of Pigeonholes and Prospective Jurors,* 14 Chicano-Latino L. Rev. 61 (1994).

*Attorney as Interpreter: A Return to Babble,* 20 N.M. L. Rev. 1 (1990) (lead article).

*Born as Second-Class Citizens in the USA: Children of Undocumented Parents,* 63 Notre Dame L. Rev. 35 (1988).

*Toward Domestic Recognition of a Human Right to Language*, 23 Hous. L. Rev. 885 (1986). Recipient of the Houston Law Review Alumni award as the outstanding article published in the Houston Law Review in 1996.

*Spanish on the Job: Business Needs and Employee Rights,* published in *La Voz del Llano*, Kansas Advisory Committee on Hispanic Affairs, Vol. 5, No. 4 (July, 1986).

*Awaiting the Rebirth* (paper presented to 1986 Minority Law Teacher's Conference, Houston).

*Equal Access to Law (School),* published in *The Alliance*, Kansas State University, May 1985.  Discusses theoretical considerations regarding attracting women and minority students to law school.

*Linguistic Diversity on the Airwaves: Spanish-Language Broadcasting and the FCC*, 2 La Raza L.J. 101 (1984) (lead article).

Orgullo Hispano en El Maratón de Neuva York, El Hispano, Albuquerque, New Mexico, November 5, 1982.

Hasta Luego, Papá, Salsa Literary Magazine, Espanola, New Mexico, 8/2/90. A "cuento" (short story).