

**Ryan Downton <rdownton1@gmail.com>**

# (no subject)
1 message

**Eric Opiela <eopiela@ericopiela.com>**                    Tue, Apr 5, 2011 at 9:34 AM
To: Ryan Downton <rdownton@platinummri.com>

---

📄 **0405Work.txt.zip**
   2719K

---



Ryan Downton <rdownton1@gmail.com>

# 0406

2 messages

---

**Eric Opiela <eopiela@ericopiela.com>**                                    **Wed, Apr 6, 2011 at 2:36 PM**
To: Ryan Downton <rdownton@platinummri.com>

---

📎  **0406.zip**
    2719K

---

**Ryan Downton <rdownton1@gmail.com>**                                    **Wed, Apr 6, 2011 at 3:54 PM**
To: Eric Opiela <eopiela@ericopiela.com>

On Wed, Apr 6, 2011 at 2:36 PM, Eric Opiela <eopiela@ericopiela.com> wrote:

---

📄  **Congressional 1.pdf**
    279K

---

Congress434

## U.S. Congressional Districts
Congressional 5
**HRC1C104**

⊕ House Incumbents
☐ County
▨ District



2010 Census
HRC1C104 4/6/2011 3:51:51 PM

RedAppl 0001
4/6/2011 3:52:51 PM

TEXAS LEGISLATIVE COUNCIL



Ryan Downton <rdownton1@gmail.com>

# Fwd: ORVS and other stats

1 message

---

**Gerardo Interiano <ginteriano@gmail.com>**                    **Wed, Jun 1, 2011 at 10:07 AM**
To: rdowntan1@gmail.com, Doug Davis <onionboys@hotmail.com>

Here is what Baselice sent out re the Republican ORVS on the proposed map.


Begin forwarded message:

From: "Mike Baselice" <mikeb@baselice.com>
Date: June 1, 2011 8:43:37 AM CDT
To: <gregyounghill@gmail.com>, "Steve Ruhlen" <sruhlen@verizon.net>,
"Sylvia Nugent" <sylrodnugent@sbcglobal.net>, "Dee Buchanan"
<deebuchanan@jebhensarling.com>, "Doug Centilli"
<centilli@bradyforcongress.com>, "Eric Opiela"
<eopiela@ericopiela.com>, "Gina Santucci" <gina.santucci@gmail.com>,
"Jenni Winegarner" <jenni@macthornberry.com>
Subject: ORVS and other stats

Summary stats attached for Plan C125.  I am not advocating anything by
sending this information.  This is so everyone is on the same sheet of
music regarding the stats on the districts.  Please forward to other
GOP members of the delegation.


MICHAEL BASELICE
Baselice & Associates, Inc.
4131 Spicewood Springs Rd
Suite O-2
Austin, TX 78759
512-345-9720 (office)
512-689-4560 (cell)
mikeb@baselice.com


NOTICE AS TO CONFIDENTIALITY: This E-mail, including any attachments,
is covered by the Electronic Communications Privacy Act, 18 U.S.C.
2510-2521, is confidential, and may also be legally privileged. If you
are not the intended recipient, you are hereby notified that any
retention, dissemination, distribution or copying of this
communication is strictly prohibited. If you are not the intended
recipient, please reply to the sender hereof that you have received
this message in error, and then permanently remove the message and any
attachments from your computer, server and all other storage devices.

---

📄 **C125 to Current 32 districts Comparison UPDATED May 31.pdf**
16K

| DISTRICT | 2006-2010 Avg GOP Base / Current | 2006-2010 Avg GOP / C125 May 31 | Diff. | 2012 ORVS Current | 2012 ORVS C125 May 31 | Diff. | 2012 oDvs Current | 2012 oDvs C125 May 31 | Diff. | ORVS minus oDvs Current | ORVS minus oDvs C125 May 31 | Diff. | 2010 Spanish Surname Current | 2010 Spanish Surname C125 May 31 | Diff. | Hispanic VAP Current | Hispanic VAP C125 May 31 | Diff. | Afr-Amer VAP Current | Afr-Amer VAP C125 May 31 | Diff. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 59.0% | 59.3% | 0.3% | 69.2% | 69.2% | -0.1% | 34.2% | 34.4% | 0.2% | 34.8% | 34.8% | -0.07% | 4.3% | 3.6% | -0.7% | 12.1% | 10.9% | -1.2% | 17.6% | 18.0% | 0.4% |
| 2 | 52.9% | 55.8% | 2.9% | 61.4% | 65.8% | 4.4% | 41.4% | 36.6% | -4.8% | 20.0% | 29.2% | 9.2% | 9.8% | 14.3% | 4.5% | 19.5% | 27.2% | 7.7% | 21.2% | 13.9% | -7.3% |
| 3 | 54.9% | 59.0% | 4.1% | 61.3% | 65.9% | 4.6% | 40.7% | 36.1% | -4.7% | 20.6% | 29.8% | 9.2% | 7.7% | 5.6% | -2.1% | 19.4% | 12.8% | -6.6% | 11.6% | 8.6% | -3.0% |
| 4 | 57.9% | 56.9% | -0.9% | 69.2% | 69.0% | -0.2% | 34.2% | 34.8% | 0.6% | 35.0% | 34.2% | -0.8% | 4.4% | 3.7% | -0.7% | 10.7% | 9.7% | -1.0% | 10.2% | 10.7% | 0.5% |
| 5 | 54.4% | 52.9% | -1.6% | 64.5% | 63.1% | -1.4% | 38.5% | 40.1% | 1.5% | 26.1% | 23.0% | -3.1% | 7.5% | 8.2% | 0.7% | 17.8% | 21.3% | 3.5% | 13.5% | 13.9% | 0.4% |
| 6 | 52.9% | 50.8% | -2.0% | 61.8% | 59.2% | -2.6% | 40.7% | 43.2% | 2.5% | 21.1% | 16.0% | -5.1% | 9.4% | 20.3% | 10.9% | 19.4% | 39.0% | 19.6% | 16.2% | 11.4% | -4.8% |
| 7 | 52.7% | 54.8% | 2.1% | 62.7% | 64.3% | 1.7% | 38.9% | 37.3% | -1.6% | 23.8% | 27.0% | 3.2% | 10.6% | 11.1% | 0.5% | 22.5% | 24.5% | 2.0% | 10.0% | 11.4% | 1.4% |
| 8 | 61.6% | 64.0% | 2.4% | 73.9% | 75.7% | 1.8% | 29.5% | 26.8% | -2.7% | 44.3% | 48.9% | 4.6% | 5.4% | 6.9% | 1.5% | 13.0% | 16.1% | 3.1% | 8.0% | 7.4% | -0.6% |
| 9 | 21.7% | 22.2% | 0.5% | 23.7% | 24.3% | 0.6% | 77.5% | 76.9% | -0.6% | -53.7% | -52.5% | 1.2% | 16.2% | 14.9% | -1.3% | 38.9% | 35.7% | -3.2% | 36.3% | 37.3% | 1.0% |
| 10 | 49.3% | 48.6% | -1.3% | 59.4% | 59.2% | -0.2% | 43.1% | 43.3% | 0.2% | 16.4% | 15.9% | -0.5% | 12.1% | 12.1% | 0.0% | 25.3% | 25.0% | -0.3% | 11.4% | 10.0% | -1.4% |
| 11 | 64.9% | 64.7% | -0.2% | 76.8% | 76.9% | 0.1% | 26.3% | 26.2% | -0.1% | 50.5% | 50.7% | 0.2% | 21.9% | 19.5% | -2.4% | 31.5% | 28.8% | -2.7% | 4.1% | 3.8% | -0.3% |
| 12 | 55.2% | 51.2% | -4.1% | 65.6% | 59.9% | -5.7% | 36.8% | 42.2% | 5.4% | 28.8% | 17.7% | -11.1% | 13.1% | 9.4% | -3.7% | 24.6% | 19.1% | -5.5% | 6.8% | 13.7% | 6.9% |
| 13 | 63.5% | 63.9% | 0.5% | 77.1% | 77.7% | 0.6% | 26.0% | 25.4% | -0.6% | 51.2% | 52.4% | 1.2% | 11.5% | 11.5% | 0.0% | 19.7% | 20.2% | 0.5% | 6.1% | 5.6% | -0.5% |
| 14 | 54.6% | 52.9% | -1.6% | 67.5% | 65.3% | -2.2% | 35.5% | 37.8% | 2.3% | 32.0% | 27.4% | -4.6% | 17.7% | 13.1% | -4.6% | 25.6% | 20.6% | -5.0% | 9.3% | 11.0% | 1.7% |
| 15 | 36.7% | 38.1% | 1.3% | 35.8% | 34.7% | -1.1% | 62.0% | 60.6% | -1.4% | -20.6% | -18.2% | 2.4% | 71.2% | 70.1% | -1.1% | 78.7% | 80.7% | 2.0% | 1.9% | 1.5% | -0.4% |
| 16 | 33.7% | 32.6% | -1.1% | 34.7% | 33.6% | -1.1% | 67.1% | 67.1% | 0.0% | -31.3% | -33.5% | -2.2% | 68.1% | 69.0% | 0.9% | 78.7% | 79.8% | 1.0% | 3.5% | 3.6% | 0.1% |
| 17 | 56.0% | 50.3% | -5.6% | 68.6% | 61.1% | -7.5% | 34.7% | 42.2% | 7.5% | 33.9% | 18.9% | -15.0% | 9.2% | 11.1% | 1.9% | 17.4% | 20.0% | 2.6% | 9.5% | 13.1% | 3.6% |
| 18 | 20.6% | 18.6% | -1.9% | 24.0% | 22.0% | -2.1% | 77.4% | 79.1% | 1.7% | -53.4% | -57.2% | -3.8% | 18.4% | 15.1% | -3.3% | 29.3% | 33.0% | 3.7% | 37.9% | 39.7% | 1.8% |
| 19 | 61.1% | 60.3% | -0.8% | 74.3% | 73.6% | -0.7% | 29.1% | 29.8% | 0.7% | 46.2% | 43.8% | -2.4% | 22.4% | 22.9% | 0.5% | 29.3% | 29.5% | 0.2% | 5.7% | 6.2% | 0.5% |
| 20 | 31.5% | 37.0% | 5.5% | 38.2% | 44.5% | 6.2% | 64.2% | 62.7% | -1.5% | -26.0% | -13.5% | 12.5% | 59.2% | 49.5% | -9.7% | 68.0% | 60.7% | -7.3% | 7.7% | 8.0% | 0.3% |
| 21 | 54.4% | 52.0% | -2.3% | 63.8% | 61.7% | -2.1% | 38.3% | 40.4% | 2.1% | 25.5% | 21.3% | -4.2% | 15.7% | 14.4% | -1.3% | 24.9% | 23.2% | -1.7% | 6.8% | 3.7% | -3.1% |
| 22 | 51.7% | 56.9% | 5.2% | 60.6% | 66.5% | 5.9% | 41.6% | 35.6% | -6.0% | 18.9% | 30.9% | 12.0% | 15.1% | 14.6% | -0.5% | 24.0% | 23.4% | -0.6% | 14.0% | 9.5% | -4.5% |
| 23 | 44.3% | 47.1% | 2.8% | 51.9% | 55.1% | 3.2% | 50.9% | 48.0% | -2.9% | 1.0% | 7.1% | 6.1% | 52.6% | 53.2% | 0.6% | 62.8% | 63.7% | 0.9% | 4.0% | 3.0% | -1.0% |
| 24 | 52.5% | 55.8% | 3.3% | 58.7% | 62.9% | 4.3% | 43.3% | 39.1% | -4.2% | 15.3% | 23.8% | 8.5% | 11.4% | 8.6% | -2.8% | 23.5% | 20.3% | -3.2% | 14.6% | 10.3% | -4.3% |
| 25 | 36.0% | 49.8% | 13.8% | 44.5% | 60.2% | 15.7% | 58.5% | 42.7% | -15.8% | -14.0% | 17.5% | 31.5% | 20.4% | 8.1% | -12.3% | 33.8% | 15.5% | -18.3% | 8.2% | 8.3% | 0.1% |
| 26 | 53.3% | 55.6% | 2.3% | 61.5% | 63.7% | 2.2% | 40.7% | 38.6% | -2.1% | 20.7% | 25.0% | 4.3% | 7.6% | 11.1% | 3.5% | 18.1% | 23.3% | 5.2% | 13.7% | 9.2% | -4.5% |
| 27 | 42.2% | 49.3% | 7.1% | 48.2% | 59.9% | 11.7% | 62.7% | 51.1% | -11.6% | -7.5% | 15.8% | 23.3% | 61.1% | 37.0% | -24.1% | 75.7% | 74.6% | -1.1% | 2.6% | 5.3% | 2.7% |
| 28 | 38.6% | 34.7% | -3.9% | 45.1% | 40.1% | -5.0% | 57.9% | 62.7% | 4.8% | -12.8% | -22.6% | -9.8% | 66.0% | 66.6% | 0.6% | 72.3% | 70.7% | -1.6% | 1.8% | 4.1% | 2.3% |
| 29 | 30.6% | 28.0% | -2.6% | 35.7% | 32.3% | -3.4% | 66.4% | 69.5% | 3.1% | -30.7% | -37.2% | -6.5% | 52.6% | 51.5% | -1.1% | 34.7% | 35.6% | 0.9% | 10.7% | 13.3% | 2.6% |
| 30 | 17.4% | 17.6% | 0.1% | 19.3% | 18.8% | -0.5% | 81.8% | 82.3% | 0.5% | -62.4% | -63.5% | -1.1% | 14.6% | 15.4% | 0.8% | 33.8% | 34.7% | 0.9% | 42.5% | 46.4% | 3.9% |
| 31 | 53.1% | 53.2% | 0.1% | 62.5% | 61.8% | -0.7% | 40.8% | 40.3% | -0.5% | 21.6% | 20.5% | -1.1% | 10.9% | 11.4% | 0.5% | 18.7% | 19.6% | 0.9% | 12.6% | 11.7% | -0.9% |
| 32 | 49.8% | 51.7% | 1.9% | 56.6% | 58.8% | 2.3% | 43.0% | 40.7% | -2.3% | 11.2% | 15.8% | 4.6% | 16.2% | 8.3% | -7.9% | 36.7% | 20.4% | -16.3% | 9.0% | 11.9% | 2.9% |
| 33 | 0.0% | 51.2% | 51.2% | 0.0% | 59.4% | 59.4% | 0.0% | 42.9% | 42.9% | 0.0% | 16.5% | 16.5% | 0.0% | 10.8% | 10.8% | 0.0% | 23.0% | 23.0% | 0.0% | 14.9% | 14.9% |
| 34 | 0.0% | 37.7% | 37.7% | 0.0% | 42.3% | 42.3% | 0.0% | 61.0% | 61.0% | 0.0% | -19.1% | -19.1% | 0.0% | 70.3% | 70.3% | 0.0% | 77.7% | 77.7% | 0.0% | 1.7% | 1.7% |
| 35 | 0.0% | 34.7% | 34.7% | 0.0% | 42.0% | 42.0% | 0.0% | 61.0% | 61.0% | 0.0% | -19.0% | -19.0% | 0.0% | 70.3% | 70.3% | 0.0% | 58.5% | 58.5% | 0.0% | 9.7% | 9.7% |
| 36 | 0.0% | 49.4% | 49.4% | 0.0% | 58.8% | 58.8% | 0.0% | 44.9% | 44.9% | 0.0% | 13.9% | 13.9% | 0.0% | 46.0% | 46.0% | 0.0% | 20.2% | 20.2% | 0.0% | 20.4% | 20.4% |
| TOTAL | 49.3% | 49.3% | | 58.1% | 58.1% | | 44.6% | 44.6% | | 13.5% | 13.5% | | | 8.7% | 8.7% | | 20.2% | 20.2% | | 20.4% | 20.2% |

Congress437



**Ryan Downton <rdownton1@gmail.com>**

# CD 10/25 precinct changes in Travis

1 message

**Eric Opiela <eopiela@ericopiela.com>**                                    **Wed, Jun 1, 2011 at 11:16 AM**
To: Ryan Downton <rdownton@platinummri.com>

Ryan,

Can you swap the following precincts in Travis Co?  CD 25 will still be over Statewide ORVS but McCaul
won't be floating below 55 McCain (I know RedAppl has him technically above, but that's because RedAppl
doesn't take into account turnout when splitting VTDs).

Thanks

Eric

>
>
> The following changes should equalize GOP % between CD 25 and CD 10 and was the least complicated
switch.
>
> Travis CD 10 VTDs 130, 135, 136 to CD 25
> Travis CD 25 VTDs 377, 378 to CD 10
> Travis VTD 376 (part to equalize pop) to CD 10



Ryan Downton <rdownton1@gmail.com>

# CD 21 Blanco
4 messages

---

**Eric Opiela <eopiela@ericopiela.com>**                                    **Thu, Jun 2, 2011 at 6:35 AM**
To: Gerardo Interiano <ginteriano@gmail.com>
Cc: Ryan Downton <rdownton@platinummri.com>, Doug Davis <onionboys@hotmail.com>

Talked to Lamar last night. He's willing to give up Blanco County to CD 25 (or if you need it to Conaway to make the San Saba/Mills swap work so you don't have to split Burnet) to allow y'all a wider transit through Hays to make it look better, so long as the numbers stay the same. Just wanted to put that out there as an option for y'all.

Good luck at the hearing today.

EO

---

**Ryan Downton <rdownton1@gmail.com>**                                    **Thu, Jun 2, 2011 at 9:12 AM**
To: Eric Opiela <eopiela@ericopiela.com>

What about trading it for Mason and Menard?
[Quoted text hidden]

---

**Eric Opiela <eopiela@ericopiela.com>**                                    **Thu, Jun 2, 2011 at 9:21 AM**
To: Ryan Downton <rdownton1@gmail.com>

Is that fine with Conaway, last time I checked it wasn't.


[Quoted text hidden]

---

**Ryan Downton <rdownton1@gmail.com>**                                    **Thu, Jun 2, 2011 at 10:32 AM**
To: Eric Opiela <eopiela@ericopiela.com>

Ok - hadn't checked with him yet - just trying to brainstorm.

On Jun 2, 2011 9:21 AM, "Eric Opiela" <eopiela@ericopiela.com> wrote:

Is that fine with Conaway, last time I checked it wasn't.


On Jun 2, 2011, at 9:12 AM, Ryan Downton <rdownton1@gmail.com> wrote:

> What about trading it for ...

---

Congress439



Ryan Downton <rdownton1@gmail.com>

# Fwd:

1 message

---

**Eric Opiela <eopiela@ericopiela.com>**          **Thu, Jun 2, 2011 at 12:51 PM**
To: Ryan Downton <rdownton@platinummri.com>

Begin forwarded message:

> **From:** "Smith, CLS" <CLS.Smith@mail.house.gov>
> **Date:** June 2, 2011 12:35:42 PM CDT
> **To:** "'eopiela@ericopiela.com'" <eopiela@ericopiela.com>
>
> Hensarling office pct 2220. And neighborhood pct 2223. Let me kno if they will do.

---

Congress440



Ryan Downton <rdownton1@gmail.com>

# Fwd: minor changes
1 message

---

**Eric Opiela <eopiela@ericopiela.com>**                           Thu, Jun 2, 2011 at 5:02 PM
To: Ryan Downton <rdownton@platinummri.com>

---

Begin forwarded message:

> **From:** "Duke, Andrew" <Andrew.Duke@mail.house.gov>
> **Date:** June 2, 2011 4:57:42 PM CDT
> **To:** "'Eric Opiela'" <eopiela@ericopiela.com>
> **Cc:** "Saltzman, Josh" <Josh.Saltzman@mail.house.gov>
> **Subject: minor changes**

Eric

Following up on an earlier conversation between Rep Hensarling and Rep Smith,

Rep Hensarling has asked for a few minor changes in the area near his home in Dallas.

He would like to retain precincts 2223, 2220 and 2202

As you know these have been placed into TX32 under the new map.  We have talked with Mr. Sessions and he is agreeable to these changes.

In order  to offset the population shift – we would suggest that you pull the sum of the population from those 3 precincts (5,290) out of Dallas precinct number 2149, which has a population of 5,651.   This precinct resides in the new TX32 boundaries, so this seems to be the easiest and most straightforward swap.

If you see another way that is better, then we are open to that idea.

Eric, can you make these changes and shoot the modified map and new performance numbers back to Josh and me?  That way we can seal this up quickly

**Andrew Duke
Chief of Staff
Rep. Jeb Hensarling (TX-05)
202-225-3484**

Congress441



Ryan Downton <rdownton1@gmail.com>

---

# Fwd: From Lamar
1 message

---

**Eric Opiela <eopiela@ericopiela.com>**                     Fri, Jun 3, 2011 at 11:03 AM
To: Ryan Downton <rdownton@platinummri.com>

---

Begin forwarded message:

> **From:** "Vinyard, Ashlee" <Ashlee.Vinyard@mail.house.gov>
> **Date:** June 3, 2011 8:11:33 AM CDT
> **To:** Eric opiela <eopiela@ericopiela.com>
> **Subject: From Lamar**

-----Original Message-----
From: Vinyard, Ashlee
Sent: Friday, June 03, 2011 8:54 AM
To: Vinyard, Ashlee
Subject:

This E-mail was sent from "RNPE5AB12" (Aficio MP C5000).

Scan Date: 06.03.2011 08:53:58 (-0400)

---

📎 **20110603085359146.pdf**
    64K

---

DistrictViewer – Texas Legislative Council

Olson needs to stay in dist.

6/3/2011

Texas Redistricting | Who Represents Me?

http://gis1.tlc.state.tx.us/

Congress443



**Ryan Downton <rdownton1@gmail.com>**

# cd 21 amenf
1 message

---

**Eric Opiela <eopiela@ericopiela.com>**                    **Fri, Jun 3, 2011 at 11:06 AM**
To: Ryan Downton <rdownton@platinummri.com>

---

**2 attachments**

📄 **C130aCD21amendment.txt**
971K

📄 **C130aCD21amendment.DCC**
1K

---



Ryan Downton <rdownton1@gmail.com>

# CD 20
1 message

**Eric Opiela <eopiela@ericopiela.com>**                                      Mon, Jun 6, 2011 at 12:24 AM
To: Ryan Downton <rdownton@platinummri.com>

Ryan,

Here's a change of bexar county dists which will get cd 20 to 56 ssvr while keeping cd 35 at 44 ssvr.

Cheers,

EO

---

🖼 **C136-CD20Mav.zip**
2714K

---

Congress445



**Ryan Downton <rdownton1@gmail.com>**

# Fwd: C130 - Houston Fix
1 message

**Eric Opiela <eopiela@ericopiela.com>**                    **Mon, Jun 6, 2011 at 12:34 AM**
To: Ryan Downton <rdownton@platinummri.com>

What I talked to you on the phone about friday

thanks

eo

Begin forwarded message:

> **From:** Eric Opiela <eopiela@ericopiela.com>
> **Date:** June 3, 2011 5:59:28 PM CDT
> **Subject: Fwd: C130 - Houston Fix**

**PLAN 130 REVISION SUGGESTION.zip**
2796K

Congress446



Ryan Downton <rdownton1@gmail.com>

# Blanco County
1 message

**Eric Opiela <eopiela@ericopiela.com>**                                    **Tue, Jun 7, 2011 at 11:29 AM**
To: Ryan Downton <rdownton@platinummri.com>

If possible, Cong. Smith would like to go back to the original Blanco County Configuration in Plan C125.

Thanks

EO

Congress447



**Ryan Downton <rdownton1@gmail.com>**

---

# 20 at benchmark..

1 message

---

**Eric Opiela <eopiela@ericopiela.com>**                    Tue, Jun 7, 2011 at 5:21 PM
To: Ryan Downton <rdownton@platinummri.com>, Gerardo Interiano <ginteriano@gmail.com>

run this and see if it is 10 out of 10

---

**Odessa in 23.zip**
2775K

---



Ryan Downton <rdownton1@gmail.com>

---

# Fwd: Heads up
1 message

---

**Eric Opiela <eopiela@ericopiela.com>**                          **Wed, Jun 8, 2011 at 6:23 AM**
To: Ryan Downton <rdownton1@gmail.com>

Note below, the trade is Wharton for Colorado, not Wharton for Bastrop.


Begin forwarded message:

> **From:** "Brown, Jennifer Y." <Jennifer.Y.Brown@mail.house.gov>
> **Date:** June 8, 2011 4:50:44 AM CDT
> **To:** "'eopiela@ericopiela.com'" <eopiela@ericopiela.com>, "Smith, CLS" <CLS.Smith@mail.house.gov>
> **Subject: Fw: Heads up**
>
>
> Jennifer Young Brown
> Chief of Staff
> Congressman Lamar Smith
> 2409 RHOB
> Jennifer.Y.Brown@mail.house.gov
>
>
> ----- Original Message -----
> From: Hill, Greg
> Sent: Tuesday, June 07, 2011 10:29 PM
> To: Brown, Jennifer Y.
> Subject: Re: Heads up
>
> Farenthold will take Wharton Co. he just called McCaul to tell him he would take it.
>
> Problem solved.
>
> Amendment just needs to be submitted before 9am tomorrow.
>
>
> ----- Original Message -----
> From: Hill, Greg
> Sent: Tuesday, June 07, 2011 10:19 PM
> To: Brown, Jennifer Y.
> Subject: Re: Heads up
>
> 202 225 0921
>
> Basically neither he nor Blake want Wharton Co.  Our position is a freshman Member shouldn't be telling a more senior member which counties will or won't be in our district.  Rep. Hunter will sponsor the amendment to put Wharton into 27 and we can take Colorado (since Blake is worried about Donna Campbell also, who will never run against McCaul) and some more of Bastrop, approx 20,000 and 20,000 to equal Wharton's 40,000 but he said he would only offer the amendment if Blake and Michael BOTH suppprt the map.

---

Congress449

----- Original Message -----
From: Brown, Jennifer Y.
Sent: Tuesday, June 07, 2011 10:04 PM
To: Hill, Greg
Subject: Re: Heads up

Lamar tried to call but cldnt leave vm. Has emaile mr mccaul.  He is now trying to call
512.413.4482. If u have another number to try let us know.

Jennifer Young Brown
Chief of Staff
Congressman Lamar Smith
2409 RHOB
Jennifer.Y.Brown@mail.house.gov


----- Original Message -----
From: Hill, Greg
Sent: Tuesday, June 07, 2011 07:13 PM
To: Brown, Jennifer Y.
Subject: Re: Heads up

McCaul really wants to talk to Lamar tonight.
He has called his cell.  Can you please pass this message along.

---

Congress450

Case 5:11-cv-00360-OLG-JES-XR Document 156-2 Filed 08/09/11 Page 19 of 31



**Ryan Downton <rdownton1@gmail.com>**

# Having probs w borrowed bkberry did u get my emails from last nite.

9 messages

---

**Smith, CLS <CLS.Smith@mail.house.gov>**                           **Wed, Jun 8, 2011 at 7:25 AM**
To: "eopiela@ericopiela.com" <eopiela@ericopiela.com>, "rdownton@platinummri.com"
<rdownton@platinummri.com>

---

**Ryan Downton <rdownton1@gmail.com>**                            **Wed, Jun 8, 2011 at 7:34 AM**
To: "Smith, CLS" <CLS.Smith@mail.house.gov>
Cc: "rdownton@platinummri.com" <rdownton@platinummri.com>, "eopiela@ericopiela.com"
<eopiela@ericopiela.com>

   I did not

         On Jun 8, 2011 7:25 AM, "Smith, CLS" <CLS.Smith@mail.house.gov> wrote:

---

**Smith, CLS <CLS.Smith@mail.house.gov>**                           **Wed, Jun 8, 2011 at 7:41 AM**
To: "rdownton1@gmail.com" <rdownton1@gmail.com>

   Just talked to eo. He is emailing u. There is one pct which includes two condo buildings w many
   gop supporters and the sa country club adjacent to my dist. Wld really like to get. Joe Straus would
   approve! Eo says might help cd 35 to take out. Hope can be amend. If u don't offer any amends
   then understand if u can't do.

   **From:** Ryan Downton [mailto:rdownton1@gmail.com]
   **Sent:** Wednesday, June 08, 2011 08:34 AM
   **To:** Smith, CLS
   **Cc:** rdownton@platinummri.com <rdownton@platinummri.com>; eopiela@ericopiela.com
   <eopiela@ericopiela.com>
   **Subject:** Re: Having probs w borrowed bkberry did u get my emails from last nite.

   [Quoted text hidden]

---

**Smith, CLS <CLS.Smith@mail.house.gov>**                           **Wed, Jun 8, 2011 at 7:42 AM**
To: "rdownton1@gmail.com" <rdownton1@gmail.com>

   My

   **From:** Ryan Downton [mailto:rdownton1@gmail.com]
   **Sent:** Wednesday, June 08, 2011 08:34 AM
   **To:** Smith, CLS
   **Cc:** rdownton@platinummri.com <rdownton@platinummri.com>; eopiela@ericopiela.com
   <eopiela@ericopiela.com>
   **Subject:** Re: Having probs w borrowed bkberry did u get my emails from last nite.

---

Congress451

[Quoted text hidden]

---

**Eric Opiela <eopiela@ericopiela.com>**                                    **Wed, Jun 8, 2011 at 7:42 AM**
To: "Smith, CLS" <CLS.Smith@mail.house.gov>
Cc: Ryan Downton <rdownton@platinummri.com>, Gerardo Interiano <ginteriano@gmail.com>

Lamar is working on a borrowed blackberry and his email to us didn't go through yesterday afternoon.

Lamar would like Bexar pct 4008, (465 people); it's in CD 35 in Plan C136.  It's the SA Country Club adjacent to SJS's house.  Giving it to lamar should help improve ssvr a fraction in CD 35.  You will also have to give pct 4101 to CD 21 as well because it would be orphaned (357 people).


On Jun 8, 2011, at 7:25 AM, Smith, CLS wrote:

>

---

**Ryan Downton <rdownton1@gmail.com>**                                    **Wed, Jun 8, 2011 at 7:45 AM**
To: Eric Opiela <eopiela@ericopiela.com>
Cc: Gerardo Interiano <ginteriano@gmail.com>, Ryan Downton <rdownton@platinummri.com>, "Smith, CLS"
<CLS.Smith@mail.house.gov>

Ok - I'll work on it


[Quoted text hidden]

---

**Smith, CLS <CLS.Smith@mail.house.gov>**                                    **Wed, Jun 8, 2011 at 7:50 AM**
To: "rdownton1@gmail.com" <rdownton1@gmail.com>

Many thanks

---

**From:** Ryan Downton [mailto:rdownton1@gmail.com]
**Sent:** Wednesday, June 08, 2011 08:45 AM
**To:** Eric Opiela <eopiela@ericopiela.com>
**Cc:** Gerardo Interiano <ginteriano@gmail.com>; Ryan Downton <rdownton@platinummri.com>; Smith, CLS
**Subject:** Re: Having probs w borrowed bkberry did u get my emails from last nite.

[Quoted text hidden]

---

**Ryan Downton <rdownton1@gmail.com>**                                    **Wed, Jun 8, 2011 at 8:13 AM**
To: Eric Opiela <eopiela@ericopiela.com>
Cc: Gerardo Interiano <ginteriano@gmail.com>, Ryan Downton <rdownton@platinummri.com>, "Smith, CLS"
<CLS.Smith@mail.house.gov>

Change has been made.
[Quoted text hidden]

---

**Smith, CLS <CLS.Smith@mail.house.gov>**                                    **Wed, Jun 8, 2011 at 8:32 AM**
To: "rdownton1@gmail.com" <rdownton1@gmail.com>


Great. Tks.

Congress452

**From**: Ryan Downton [mailto:rdownton1@gmail.com]
**Sent**: Wednesday, June 08, 2011 09:13 AM
**To**: Eric Opiela <eopiela@ericopiela.com>
**Cc**: Gerardo Interiano <ginteriano@gmail.com>; Ryan Downton <rdownton@platinummri.com>; Smith, CLS
**Subject**: Re: Having probs w borrowed bkberry did u get my emails from last nite.

[Quoted text hidden]

Congress453



Ryan Downton <rdownton1@gmail.com>

# C147-Madden Amendment

4 messages

**Eric Opiela <eopiela@ericopiela.com>**                    **Wed, Jun 8, 2011 at 11:07 AM**
To: Gerardo Interiano <ginteriano@gmail.com>, Ryan Downton <rdownton@platinummri.com>
Cc: CLS Smith <CLS.Smith@mail.house.gov>

FYI--
Congressman Sessions and Congressman Marchant will be opposing Rep. Madden's amendment C147 and
will be contacting Rep. Branch and Chairman Solomons as well.

Have we been able to find out why Madden's offering it?  The explanation of keeping counties/cities/precincts
whole doesn't mesh with what the amendment does.

EO

---

**Eric Opiela <eopiela@ericopiela.com>**                    **Wed, Jun 8, 2011 at 11:22 AM**
To: Gerardo Interiano <ginteriano@gmail.com>, Ryan Downton <rdownton@platinummri.com>

Guys--

Just heard from Cong. Session's staff that he spoke with Rep. Madden and is now fine with C147.  Cong.
Johnson is as well.  Cong. Marchant remains opposed.

EO

---

**Ryan Downton <rdownton1@gmail.com>**                    **Wed, Jun 8, 2011 at 11:28 AM**
To: Eric Opiela <eopiela@ericopiela.com>
Cc: Gerardo Interiano <ginteriano@gmail.com>

Is there an amendment to the amendment that we can do to get Marchant on board?
[Quoted text hidden]

---

**Eric Opiela <eopiela@ericopiela.com>**                    **Wed, Jun 8, 2011 at 11:32 AM**
To: Ryan Downton <rdownton1@gmail.com>
Cc: Gerardo Interiano <ginteriano@gmail.com>

You'll have to talk to him about that; his word to me was don't touch my district.  So if you have an
amendment which only affects Collin County, then yes, you probably will get him on board.

EO
[Quoted text hidden]

Congress454



Ryan Downton <rdownton1@gmail.com>

# Fwd: Mad Dog Madden is calling you on your cell

2 messages

---

**Eric Opiela <eopiela@ericopiela.com>**                                    **Wed, Jun 8, 2011 at 4:54 PM**
To: Ryan Downton <rdownton@platinummri.com>, Gerardo Interiano <ginteriano@gmail.com>

So I presume there will be an amendment to the amendment limiting the changes to Collin County?

EO

Begin forwarded message:

> **From:** marchantken@gmail.com
> **Date:** June 8, 2011 4:40:43 PM CDT
> **To:** "Eric Opiela" <eopiela@ericopiela.com>
> **Subject: Re: Mad Dog Madden is calling you on your cell**
> **Reply-To:** marchantken@gmail.com
>
> Thanks. I have just talked to them. They leaving me out of the ammendment. Thanks again.
> ------Original Message------
> From: Eric Opiela
> To: Kenny Marchant
> Subject: Mad Dog Madden is calling you on your cell
> Sent: Jun 8, 2011 4:49 PM
>
> He just called asking why you were not okay with his amendment.  I gave him your cell and
> asked him to call you.
>
> EO
> Sent from my Verizon Wireless BlackBerry

---

**Ryan Downton <rdownton1@gmail.com>**                                      **Wed, Jun 8, 2011 at 5:15 PM**
To: Eric Opiela <eopiela@ericopiela.com>
Cc: Gerardo Interiano <ginteriano@gmail.com>

yes
[Quoted text hidden]

---

Congress455



Ryan Downton <rdownton1@gmail.com>

# Fwd: does this look better for El Paso?
2 messages

**Eric Opiela <eopiela@ericopiela.com>**                                    Fri, Jun 10, 2011 at 4:13 PM
To: Ryan Downton <rdownton@platinummri.com>
Cc: Gerardo Interiano <ginteriano@gmail.com>

Still waiting for block file.  Will forward when I get it.

Begin forwarded message:

> ## From: Kayla Sulzer <ksulzer@NRCC.org>
> ## Date: June 10, 2011 2:40:57 PM CDT
> ## To: Eric Opiela <eopiela@ericopiela.com>
> ## Subject: does this look better for El Paso?
>
> Or should I take it a little further to Tornillo?
>
> *Kayla M. Sulzer*
> NRCC Political Specialist
> o: 202.479.7049
> c: 202.617.1086
> e: ksulzer@nrcc.org

---

📎 El Paso_June 10.pdf
163K

---

**Ryan Downton <rdownton1@gmail.com>**                                      Fri, Jun 10, 2011 at 4:15 PM
To: Eric Opiela <eopiela@ericopiela.com>
Cc: Gerardo Interiano <ginteriano@gmail.com>, Ryan Downton <rdownton@platinummri.com>

How are the Hispanic numbers compared to benchmark?

[Quoted text hidden]

---

Congress456



Congress457

Case 5:11-cv-00360-OLG-JES-XR   Document 156-2   Filed 08/09/11   Page 26 of 31



**Ryan Downton <rdownton1@gmail.com>**

---

# C149-El Paso Amend Final

1 message

---

**Eric Opiela <eopiela@ericopiela.com>**                           **Fri, Jun 10, 2011 at 7:11 PM**
To: Ryan Downton <rdownton@platinummri.com>, Gerardo Interiano <ginteriano@gmail.com>

Here is the block file for the El Paso amendment  51.73 McCain 52.99 SSVR   compared to C149 which was
51.94 McCain and 52.57 SSVR

---

📄 **C149-ElPaso.zip**
2714K

---

Congress458


                                                          Ryan Downton <rdownton1@gmail.com>

# Couple of options
4 messages

---

**Eric Opiela <eopiela@ericopiela.com>**                          **Fri, Jun 10, 2011 at 9:59 PM**
To: Gerardo Interiano <ginteriano@gmail.com>
Cc: Ryan Downton <rdownton@platinummri.com>, "lamarsmith21@gmail.com camp"
<lamarsmith21@gmail.com>

Gerardo/Ryan-

Attached are two plans that should (1) improve CD 23's hispanic performance while maintaining it as a
Republican district and (2) in the case of one get CD 20 to benchmark, and the other get it within 1 point of
benchmark on SSVR.  Could you please have them run against election performance this weekend?

Thanks

EO

---

**2 attachments**

  **C149-CD23modEctor.zip**
       2714K

       **C149-23mod.zip**
       2714K

---

**Gerardo Interiano <ginteriano@gmail.com>**                      **Fri, Jun 10, 2011 at 10:10 PM**
To: Eric Opiela <eopiela@ericopiela.com>
Cc: Ryan Downton <rdownton@platinummri.com>, "lamarsmith21@gmail.com camp"
<lamarsmith21@gmail.com>

Only the AG and the Legislative Council can run those reports. We'll have them run them on Monday but
there are several other issues that we are trying to address.

Sent from my iPhone
[Quoted text hidden]

> <C149-CD23modEctor.zip>
> <C149-23mod.zip>

---

**Gerardo Interiano <ginteriano@gmail.com>**                      **Sat, Jun 11, 2011 at 9:35 AM**
To: Ryan Downton <rdownton@platinummri.com>

I can't upload this at home...but think this may actually be a good option
since it keeps CD20 entirely within Bexar County.  Curious to see what it
does to CD35.  Let's discuss it tomorrow.
[Quoted text hidden]

---

**Ryan Downton <rdownton1@gmail.com>**                            **Sat, Jun 11, 2011 at 9:40 AM**
To: Gerardo Interiano <ginteriano@gmail.com>

---

Congress459

Sounds good

On Jun 11, 2011 10:36 AM, "Gerardo Interiano" <ginteriano@gmail.com> wrote:

I can't upload this at home...but think this may actually be a good option
since it keeps CD20 entirely within Bexar County.  Curious to see what it
does to CD35.  Let's discuss it tomorrow.


-----Original Message-----
From: Eric Opiela [mailto:eopiela@ericopiela.com]
Sent: Friday, June 10...

Case 5:11-cv-00360-OLG-JES-XR   Document 156-2   Filed 08/09/11   Page 29 of 31

 **Ryan Downton <rdownton1@gmail.com>**

# optimized Friday's Plan
1 message

**Eric Opiela <eopiela@ericopiela.com>**                                    **Mon, Jun 13, 2011 at 7:22 AM**
To: Gerardo Interiano <ginteriano@gmail.com>
Cc: Ryan Downton <rdownton@platinummri.com>

Gentlemen-

This is the best I could do.  Only 17,360 in Maverick for CD 23.  52.4% McCain.  All other districts at benchmark.  Probably could get rid of all of Maverick if did Ector, but right now only districts changed are 16, 23, 28, 20, 35, 15.  20 doesn't leave bexar county, and 35 doesn't leave Bexar in the south either.  Quico has not yet seen/signed off on this, but could you please run the election performance on this one (in lieu of the non-Ector one I sent Friday).

Let's discuss this morning.

EO

EO

**C149-CD23modoptoep-nomav.zip**
2714K

Congress461



Ryan Downton <rdownton1@gmail.com>

# geren's amendment

2 messages

**Eric Opiela <eopiela@ericopiela.com>**                    Mon, Jun 13, 2011 at 10:04 PM
To: Gerardo Interiano <ginteriano@gmail.com>
Cc: Ryan Downton <rdownton@platinummri.com>

did yall realize geren's amendment dropped granger by .66% to 55.01 McCain?  that's a big drop for a district
close to 55 already...of course, she requested it.

**Gerardo Interiano <ginteriano@gmail.com>**                    Tue, Jun 14, 2011 at 7:00 AM
To: Eric Opiela <eopiela@ericopiela.com>
Cc: Ryan Downton <rdownton@platinummri.com>

Her decision.

[Quoted text hidden]



**Ryan Downton <rdownton1@gmail.com>**

# quico talking pts amend

1 message

**Eric Opiela <eopiela@ericopiela.com>**                          **Tue, Jun 14, 2011 at 10:24 AM**
To: Ryan Downton <rdownton@platinummri.com>

Amendment to the Amendment _____ by Pena, returns Schleicher and the portion of Sutton that are
currently in CD 11 back to CD 11; and moves an equivalent amount of population from Kimble County (whole)
to CD 21. CDs 21 and 23 are balanced in Bexar County. Schleicher and Sutton have a closer community of
interest with CD 11, and Kimble with CD 21. It also slightly improves the SSVR in CD 23.

Congress463