### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| MARGARITA V. QUESADA, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v.  ) | No. SA-11-CV-00360-OLG-JES-XR |
| ) | |
| RICK PERRY and HOPE ANDRADE ) | |
| ) | |
| Defendants ) | |
| ) | |

### MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now JESSICA RING AMUNSON, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Plaintiffs MARGARITA V. QUESADA *et al.*, in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm Jenner & Block LLP with offices at:

    | | |
    |---|---|
    | Mailing address: | 1099 New York Avenue, NW, Suite 900 |
    | City, State, Zip Code: | Washington, DC  20001 |
    | Telephone: | (202) 639-6000   Facsimile:  (202) 639-6066 |

2.  Applicant has been and presently is a member of and in good standing with the Bar of the State of Maryland since December 4, 2004; and the District of Columbia since April 3, 2006.  Applicant's bar license numbers are:

    | | |
    |---|---|
    | Maryland | No Bar # |
    | District of Columba | 497223 |

3. Applicant has been admitted to practice before the following Courts:

| Court: | Admission date: |
|---|---|
| U.S. District Court for the District of Columbia | 05/07/07 |
| U.S. District Court for the District of Columbia Circuit | 07/31/09 |
| U.S. Court of Appeals for the Federal Circuit | 10/13/09 |
| U.S. Court of Appeals for the Seventh Circuit | 10/23/09 |

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. I ___ have **X** have not previously applied to Appear Pro Hac Vice in this district court.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided: **NONE**

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses): **NONE**

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    Co-counsel:   GERALD H. GOLDSTEIN
                           Goldstein, Goldstein and Hilley
                           310 S. St. Mary's Street
                           29th Floor Tower Life Bldg.
                           San  Antonio, Texas 78205
                           Phone: (210) 852-2858
                           Fax: (210) 226-8367

Should the Court grant Applicant's motion, Applicant shall tender the amount of $25.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of JESSICA RING AMUNSON, District of Texas *pro hac vice* for this case only.

Respectfully submitted,

*/s/ Jessica Ring Amunson*
JESSICA RING AMUNSON

**CERTIFICATE OF SERVICE**

We hereby certify that we have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 15th day of August, 2011.

*/s/ Jessica Ring Amunson*
JESSICA RING AMUNSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

MARGARITA V. QUESADA, *et al.*

      Plaintiffs

v.                                                                     No. SA-11-CV-00360-OLG-JES-XR

RICK PERRY and HOPE ANDRADE

      Defendants

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 20__, there was presented to the Court the **Motion for Admission Pro Hac Vice** filed by JESSICA RING AMUNSON, counsel for MARGARITA V. QUESADA *et al*, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jessica Ring Amunson may appear on behalf of MARGARITA V. QUESADA *et al* in the above case.

IT IS FURTHER ORDERED that JESSICA RING AMUNSON, if she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court,** in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

                                                             ORLANDO L. GARCIA
                                                             UNITED STATES DISTRICT JUDGE