UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| MEXICAN AMERICAN LEGISLATIVE § | |
| CAUCUS, TEXAS HOUSE OF § | |
| REPRESENTATIVES, (MALC), § | |
| § | |
| *Plaintiff*, § | |
| § | |
| § | |
| TEXAS LATINO REDISTRICTING § | |
| TASK FORCE, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| v. § | CIVIL ACTION NO. |
| § | 5:11-CV-0360-OLG-JES-XR |
| § | (Consolidated) |
| STATE OF TEXAS, *et al.*, § | |
| *Defendants*. § | |

**PLAINTIFF INTERVENOR GABRIEL ROSALES RESPONSE TO REQUEST FOR ADMISSIONS FROM DEFENDANTS**

TO THE HONORBLE THREE JUDGE COURT:

Comes now Gabriel Rosales and files his Response to Defendants Request for Admissions.

**REQUESTS FOR ADMISSION**

Admit or deny the following: All answers follow the last Request for Admissions in numerical sequence.

**REQUEST 1**: Admit that you have suffered no personal injury as a result of the Texas State House and Congressional districts enacted by Texas's 82nd Legislature ("Plan C185" and "Plan H283").

**RESPONSE:**

**REQUEST 2**: Admit that you have never personally experienced or witnessed a Texas state or local government official deny, abridge, or otherwise violate (as you understand those terms) a person's right to vote.

**RESPONSE:**

**REQUEST 3**: Admit that Plans C185 and H283 do not deny you the opportunity to participate in the political process.

**RESPONSE:**

**REQUEST 4**: Admit that Plans C185 and H283 do not dilute your voting strength.

**RESPONSE:**

**REQUEST 5**: Admit that you can cite no evidence, other than purported effects, to support your contention that the Legislature intentionally discriminated against minority voters in passing Plans C185 and H283.

**RESPONSE:**

**REQUEST 6**: Admit that Plans C185 and H283 do not violate your rights to be free from intentional discrimination under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

**RESPONSE:**

**REQUEST 7**: Admit that Plans C185 and H283 do not deprive you of your rights under the one person, one vote principle of the Fourteenth Amendment to the United States Constitution.

**RESPONSE:**

**REQUEST 8**: Admit that you do not have personal knowledge of any law or policy known to and endorsed by the State of Texas that had the intended effect of denying the equal opportunity to vote to anyone on the basis of their race or national origin since 1972.

**RESPONSE:**

**REQUEST 9**: Admit that no state law interferes with your ability to cast a ballot in Texas elections.

**RESPONSE:**

**REQUEST 10:** Admit that no state law deprives you of an equal opportunity to vote based on your race, ethnicity, or membership in a language minority group.

**RESPONSE**

**REQUEST 11**: Admit that the Texas Democratic Party discontinued the white primary shortly after World War II.

**RESPONSE:**

**REQUEST 12**: Admit that you have never paid a poll tax.

**RESPONSE:**

**REQUEST 13**: Admit that you have never been asked to take a test in order to vote.

**RESPONSE:**

**REQUEST 14**: Admit that you have never been required to pass a test in order to vote.

**RESPONSE:**

**REQUEST 15**: Admit that the State of Texas has no majority racial or ethnic group.

**RESPONSE:**

**REQUEST 16**: Admit that the Anglo or non-Latino white population makes up less than 50% of the total population of the State of Texas.

**RESPONSE:**

**REQUEST 17**: Admit that in certain regions of the state, Latino Texans make up the majority of the population.

Case 5:11-cv-00360-OLG   Document 202-1   Filed 08/16/11   Page 4 of 5

**RESPONSE:**

**Responses**:  Each and every response that follows corresponds to each numerically numbered Request for Admission above.

1. Denied

2. Denied

3. Denied

4. Denied

5. Denied

6. Denied

7. Denied

8. Denied

9. Denied

10. Denied

11. Denied.  Plaintiff does not have sufficient knowledge to respond to this question.

12. Admitted

13. Admitted as to a test specifically required to vote.

14. Same answer as to test specifically required to vote.

15. Admit that no racial or ethnic group comprises numerically over half of the Texas population as it includes the entire State.

16.   Same answer as to 15

17. Admit that no racial or ethnic group comprises numerically over half of the Texas population as it includes the entire State.

_____/s/_____

On this 15th day of August 2011 came before me, a notary public, Gabriel Rosales and after having sworn by me stated under oath that each and every answer in the Defendants Request for Admissions is to the best of his knowledge true and correct.

Signed on this 15th day of August 2011 _____/s/_____
Notary Public
Bexar County Texas
Seal                                           My Commission Expires _____

DATED:  August 15, 2011                        Respectfully Submitted,
Luis RobertoVera, Jr.
LULAC National General Counsel
SBN:  20546740
THE LAW OFFICES OF LUIS ROBERTO VERA, JR & ASSOCIATES
1325 Riverview Towers
111 Soledad
San Antonio, Texas 78205-2260
210-225-3300 office  210-225-2060 fax
lrvlaw@sbcglobal.net
/s/ Luis Roberto Vera, Jr.\_\_\_\_\_
Luis RobertoVera, Jr.
Attorneys for the Plaintiff-Intervenor

**CERTIFICATE OF SERVICE**

I certify that on this August 15, 2011 a true and correct copy of Plaintiff-Intervenors Responses to Defendants Request for Admissions was delivered by electronic mail to Plaintiffs and to Defendants.  Plaintiff and Defendant will receive a copy via the federal court ECF system/

/s/ Luis Roberto Vera, Jr._____
Luis Roberto Vera, Jr.