FILED

AUG 16 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, et al.,<br><br>*Plaintiffs*,<br><br>- and -<br><br>EDDIE BERNICE JOHNSON, et al.,<br><br>- and -<br><br>TEXAS STATE CONFERENCE OF NAACP BRANCHES, et al.,<br><br>*Plaintiff Intervenors*,<br><br>v.<br><br>STATE OF TEXAS, et al.,<br><br>*Defendants*, | CIVIL ACTION NO.<br>SA-11-CA-360-OLG-JES-XR<br>[Lead case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC),<br><br>*Plaintiffs*,<br><br>- and -<br><br>HONORABLE HENRY CUELLAR, et al.,<br><br>*Plaintiff Intervenors*,<br><br>v.<br><br>STATE OF TEXAS, et al.,<br><br>*Defendants*, | CIVIL ACTION NO.<br>SA-11-CA-361-OLG-JES-XR<br>[Consolidated case] |

| | | |
|---|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-490-OLG-JES-XR [Consolidated case] |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| RICK PERRY, et al., | ) ) ) | |
| *Defendants,* | ) ) | |

| | | |
|---|---|---|
| MARAGARITA V. QUESADA, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-592-OLG-JES-XR [Consolidated case] |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) ) | |
| RICK PERRY, et al., | ) ) | |
| *Defendants,* | ) | |

| | | |
|---|---|---|
| JOHN T. MORRIS, | ) ) ) ) | CIVIL ACTION NO. SA-11-CA-615-OLG-JES-XR [Consolidated case] |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | |
| STATE OF TEXAS, et al., | ) ) ) | |
| *Defendants*, | ) | |

| | |
|---|---|
| EDDIE RODRIGUEZ, et al., | ) CIVIL ACTION NO. |
| | ) SA-11-CA-635-OLG-JES-XR |
| | ) [Consolidated case] |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF TEXAS, et al., | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

On this day, the Court considered the *Latino Task Force* Plaintiffs' Motion to Amend the Scheduling Order to Set a Date Certain for Motions Regarding Materials Claimed to Be Subject to the Legislative Privilege. The Motion is hereby **granted**.

It is **ordered** that the parties seeking to admit evidence over claims of legislative privilege submit their motions by August 29, 2011.

It is further **ordered** that any party seeking to admit evidence over claims of legislative privilege will have at least 3 days from the court reporter's certification of the transcript to file its motion.

It is further **ordered** that on August 26, 2011, counsel for the *Latino Task Force* Plaintiffs shall advise the Court which transcripts are still outstanding.

SIGNED AND ENTERED this 16th day of August, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE