FILED
SEP 14 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, et al., <br><br> *Plaintiffs*, <br><br> - and - <br><br> EDDIE BERNICE JOHNSON, et al., <br><br> - and - <br><br> TEXAS STATE CONFERENCE OF NAACP BRANCHES, et al., <br><br> *Plaintiff Intervenors*, <br><br> v. <br><br> RICK PERRY, et al., <br><br> *Defendants*, | CIVIL ACTION NO. <br> SA-11-CA-360-OLG-JES-XR <br> [Lead case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC), <br><br> *Plaintiffs*, <br><br> - and - <br><br> HONORABLE HENRY CUELLAR, et al., <br><br> *Plaintiff Intervenors*, <br><br> v. <br><br> STATE OF TEXAS, et al., <br><br> *Defendants* | CIVIL ACTION NO. <br> SA-11-CA-361-OLG-JES-XR <br> [Consolidated case] |

| | | |
|---|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-490-OLG-JES-XR [Consolidated case] |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) | |
| RICK PERRY, et al., | ) ) ) | |
| *Defendants,* | ) ) ) | |

| | | |
|---|---|---|
| MARAGARITA V. QUESADA, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-592-OLG-JES-XR [Consolidated case] |
| *Plaintiffs,* | ) ) ) | |
| v. | ) ) ) | |
| RICK PERRY, et al., | ) ) | |
| *Defendants,* | ) ) | |

| | | |
|---|---|---|
| JOHN T. MORRIS, | ) ) ) | CIVIL ACTION NO. SA-11-CA-615-OLG-JES-XR [Consolidated case] |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) ) | |
| STATE OF TEXAS, et al., | ) ) ) | |
| *Defendants,* | ) ) | |

| | |
|---|---|
| EDDIE RODRIGUEZ, et al., )<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>STATE OF TEXAS, et al., )<br>)<br>*Defendants*. ) | CIVIL ACTION NO.<br>SA-11-CA-635-OLG-JES-XR<br>[Consolidated case] |

### ORDER GRANTING *LATINO TASK FORCE* PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW MOTION EXCLUDE EXPERT TESTIMONY OF DR. NORFLEET W. RIVES

On this day, the Court considered the *Latino Task Force* Plaintiffs' Unopposed to Withdraw its Motion to Exclude Expert Testimony of Dr. Norfleet W. Rives ("Motion to Exclude," Dkt. 300). For the reasons set forth therein, the motion is hereby **GRANTED**. The Motion to Exclude is hereby withdrawn by order of the Court.

**SIGNED AND ENTERED** this __13__ day of September, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE