FILED

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

SEP 1 6 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

SHANNON PEREZ, HAROLD DUTTON
JR., GREGORY TAMEZ, et. al.
vs.
RICK PERRY, DAVID DEWHURST, JOE
STRAUS, HOPE ANDRADE, STATE OF
TEXAS,

MEXICAN AMERICAN LEGISLATIVE
CAUCUS, TEXAS HOUSE OF REP.
vs.
STATE OF TEXAS

TEXAS LATINO REDISTRICTING TASK
FORCE ET.AL.
VS.
RICK PERRY

MARGARITA V. QUESADA, ET.AL
VS.
RICK PERRY

JOHN T. MORRIS
VS.
STATE OF TEXAS ET. AL.

EDDIE RODRIGUEZ ET.AL.
vs.
RICK PERRY ET. AL.

CIVIL NO:
SA:11–CV–00360–OLG–JES–XR
SA:11–CV–00361–OLG–JES–XR
SA:11–CV–00490–OLG–JES–XR
SA:11–CV–00592–OLG–JES–XR
SA:11–CV–00615–OLG–JES–XR
SA:11–CV–00635–OLG–JES–XR

# EXHIBIT LIST
# LULAC PLAINTIFFS
# (BINDER #9)

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1-A | Chart showing the growth of Texas by Race and Ethnicity from 1970-2010 and then growth as projected by the State Data Center from 2010-2040. | 09/06/11 |
| 1-B | Chart showing the growth of Harris County by Race and Ethnicity from 1970-2010 and then growth as projected by the State Data Center from 2010-2040 | 09/06/11 |

| | | |
|---|---|---|
| 1-C | Chart showing the growth of Dallas County by Race and Ethnicity from 1970-2010 and then growth as projected by the State Data Center from 2010-2040. | 09/06/11 |
| 1-D | Chart showing the growth of Tarrant County by Race and Ethnicity from 1970-2010 and then growth as projected by the State Data Center | 09/06/11 |
| 1-E | Chart showing the growth of Bexar County by Race and Ethnicity from 1970-2010 and then growth as projected by the State Data Center from 2010-2040. | 09/06/11 |
| 1-F | Chart showing the growth of Travis County by Race and Ethnicity from 1970-2010 and then 2010-2040. | 09/06/11 |
| 1-G | Chart showing the growth of Texas by Race and Ethnicity from 2000-2010. | 09/06/11 |
| 1-H | Chart comparing the growth of Dallas Fort Worth Metropolitan Area by Race and Ethnicity from 2000-2010. | 09/06/11 |
| 1-I | Chart comparing the growth of the Harris County Metropolitan Area by Race and Ethnicity from 2000-2010. | 09/06/11 |
| 2 | Map showing the Congressional Districts in various areas of the state by Race and Ethnicity. The poster size maps will be by Black plus Hispanic, Black and Hispanic. The source of these maps is the Texas Legislative Council. These maps are available also on computer facilities maintained by the office of the Texas Attorney General and all members of the Texas House of Senate. | 0906/11 |
| 2-A | Map showing the Congressional Districts in the Dallas and Tarrant County mix. | 09/06/11 |
| 2-B | District 33 located in Tarrant, Parker and Wise Counties. | 09/06/11 |
| 2-C | District 26 located in Denton and Tarrant Counties. | 09/06/11 |
| 2-D | District 12 located in Tarrant County. | 09/06/11 |
| 2-E | Map depicting Districts 26 and 12 alongside each other | 09/06/11 |
| 2-F | District 6 located in Dallas, Tarrant, Ellis and Navarro Counties | 09/06/11 |

| | | |
|---|---|---|
| 2-G | District 5 Dallas County part | 09/06/11 |
| 2-H | District 5 located in Dallas, Kauffman, Van Zant, Wood, Henderson, Anderson and Cherokee counties. | 09/06/11 |
| 2-I | District 25, including Tarrant, Bosque, Sommerville, Erath, Hamilton, Coryell, Burnett, Llano, Lampassas, Bell, Travis and Hays | 09/06/11 |
| 2-J | Map of District 30 located in Dallas County. | 09/06/11 |
| 2-K | Map of Districts 5,24,30 and 32 located in Dallas and other counties | 09/06/11 |
| 2-L | Map of Districts 24 and 32 located in Dallas County | 09/06/11 |
| 2-M | Map of the Dallas-Tarrant Congressional mix with District 30 excluded. | 09/06/11 |
| 2-N | Map of Dallas Tarrant mix with Districts 5,24,30 and 32 removed. | 09/06/11 |
| 2-O | Map of Dallas Tarrant mix with Districts 5,6,24,30 and 32 removed. | 09/06/11 |
| 2-P | Map of Dallas Tarrant mix with Districts 5,6,12,24,30 and 32 removed. | 09/06/11 |
| 2-Q | 2-P Map of Dallas Tarrant mix with Districts 5,6,12,24,30 and 32 removed. | 09/06/11 |
| 3 | Map of Congressional District 27 | 09/06/11 |
| 3-A | Map of Travis County Congressional Districts. | 09/06/11 |
| 3-B | Map of Travis County with Distict 25 removed. | 09/06/11 |
| 3-D | Map of District 10 running from Lake Travis to Houston. | 09/06/11 |
| 3-E | Another view of Congressional District 10 | 09/06/11 |
| 3-F | Map of Districts 35 including Travis, Hays, Comal, Guadalupe and Bexar Counties | 09/06/11 |
| 4-A | Map of Harris, Travis and Bexar Congressional mix | 09/06/11 |
| 4-B | Map of District 36. | 09/06/11 |
| 4-C | Another view of District 26 | 09/06/11 |
| 4-D | A map of District 7 in Harris County | 09/06/11 |
| 4-E | A map of District 18 in Harris County. | 09/06/11 |

| 10-I | Expanded District Analysis with Citizenship- Congressional Districts - Plan 01151C. | 09/06/11 |
| 11 | Map depicting the effect of Congresional Plan C185 on Travis County. | 09/06/11 |
| 12-1 | Congressional plans for Gingles Disticts | 09/06/11 |
| 12-A | Dallas and Tarrant County mix | 09/06/11 |
| 12-B | Dallas and Tarrant mix | 09/06/11 |
| 12-C | Harris County mix | 09/06/11 |
| 12-D | South Texas mix | 09/06/11 |
| 12-2 | House "Gingles" Plans | 09/06/11 |
| 12-2A | Harris County mix | 0906/11 |
| 12-2B | Fort Bend mix | 09/06/11 |
| 12-2C | Bell County | 09/06/11 |
| 12-2D | South Texas mix | 09/06/11 |
| 13 | Historic allocations to Harris County | 09/06/11 |
| 14-A | Population Analysis with County Subtotals - House Districts - Plan 01369H | 09/06/11 |
| 14-B | Population, Voter Registration, and Turnout Analysis - House Districts - TLC1H100 - 1996 General Elections | 09/06/11 |
| 14-C | Population, Voter Registration, and Turnout Analysis - House Districts - TLC1H100 - 1998 General Elections | 09/06/11 |
| 14-D | Population, Voter Registration, and Turnout Analysis - House Districts - TLC1H100 - 2000 General Elections | 09/06/11 |
| 15 | Resume of George Korbel | 09/06/11 |
| 16A | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 | 09/08/11 |
| 16B | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 | 09/08/11 |
| 16C | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 | 09/08/11 |
| 16D | Maps - Districts 12, 26 & 121 | 09/08/11 |

| | | |
|---|---|---|
| 16E | Maps - Districts 12 & 26 | 09/08/11 |
| 16F | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 | 09/08/11 |
| 16G | Maps - Districts 6 & 61 | 09/08/11 |
| 16H | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 | 09/08/11 |
| 16I | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 - (District 10) | 09/08/11 |
| 16J | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 - (District 71) | 09/08/11 |
| 16K | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 | 09/08/11 |
| 16L | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 | 09/08/11 |
| 16M | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 | 09/08/11 |
| 16N | Map - Population and Voter Data with Voter Registration Comparison - Congressional Districts - Plan C185 | 09/08/11 |
| 16O | Map | 09/08/11 |
| 16P | Map | 09/08/11 |