UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
SEP 16 2011
CLERK, U.S. DIS...
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

SHANNON PEREZ, HAROLD DUTTON JR., GREGORY TAMEZ, et. al.
vs.
RICK PERRY, DAVID DEWHURST, JOE STRAUS, HOPE ANDRADE, STATE OF TEXAS,

MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REP.
vs.
STATE OF TEXAS

TEXAS LATINO REDISTRICTING TASK FORCE ET.AL.
VS.
RICK PERRY

MARGARITA V. QUESADA, ET.AL
VS.
RICK PERRY

JOHN T. MORRIS
VS.
STATE OF TEXAS ET. AL.

EDDIE RODRIGUEZ ET.AL.
vs.
RICK PERRY ET. AL.

CIVIL NO:
SA:11-CV-00360-OLG-JES-XR
SA:11-CV-00361-OLG-JES-XR
SA:11-CV-00490-OLG-JES-XR
SA:11-CV-00592-OLG-JES-XR
SA:11-CV-00615-OLG-JES-XR
SA:11-CV-00635-OLG-JES-XR

# EXHIBIT LIST
## RODRIGUEZ PLAINTIFFS'
### (BINDER #11)

| Exhibit | Description | Date Admitted |
|---|---|---|
| P901 | Tables of Elected Minority Candidates for Travis County and City of Austin (Post - 2000) | 09/09/11 |