

Data Sources: Texas State Data Center http://txsdc.utsa.edu/Resources/Decennial/2000/Redistrict/pl94-171/desctab/re_tab1.txt and U.S. Census Bureau, 2010 Census Summary File 1



State LCVAP

H100
GOLIAD
BEE
REFUGIO
CALHOUN
32
SAN PATRICIO
ARANSAS
NUECES
34
33
H283
REFUGIO
SAN PATRICIO
ARANSAS
34
NUECES
32

**PLANH292 - Latino Task Force State House Proposal**

**PLANH283 - House Districts Enacted by 82ND Legislature, 2011**

Data Sources:
Texas Legislative Council, 2011. PlanH283 and PlanH292 Block Equivalency Files (ftp://ftpgis1.tlc.state.tx.us/DistrictViewer/House/); Caliper's Maptitude 2010 County Layer

# H100 Hidalgo and Cameron Over Population

**PLANH292 - Latino Task Force State House Proposal**

**PLANH283 - House Districts Enacted by 82ND Legislature, 2011**

Data Sources:
Texas Legislative Council, 2011. PlanH283 and PlanH292 Block Equivalency Files (ftp://ftpgis1.tlc.state.tx.us/DistrictViewer/House/); Caliper's Maptitude 2010 County Layer

**PLANH292 - Latino Task Force State House Proposal**

**PLANH283 - House Districts Enacted by 82ND Legislature, 2011**

Data Sources:
Texas Legislative Council, 2011. PlanH283 and PlanH292 Block Equivalency Files (ftp://ftpgis1.tlc.state.tx.us/DistrictViewer/House/); Caliper's Maptitude 2010 County Layer

| District | 2010 Census | Deviation* | |
|---|---|---|---|
| 1 | 723,464 | 24,976 | 3.6% |
| 2 | 782,375 | 83,887 | 12.0% |
| 3 | 842,449 | 143,961 | 20.6% |
| 4 | 846,142 | 147,654 | 21.1% |
| 5 | 725,642 | 27,154 | 3.9% |
| 6 | 809,161 | 110,673 | 15.8% |
| 7 | 780,611 | 82,123 | 11.8% |
| 8 | 833,770 | 135,282 | 19.4% |
| 9 | 733,796 | 35,308 | 5.1% |
| 10 | 981,367 | 282,879 | 40.5% |
| 11 | 710,682 | 12,194 | 1.8% |
| 12 | 831,100 | 132,612 | 19.0% |
| 13 | 672,781 | -25,707 | -3.7% |
| 14 | 779,704 | 81,216 | 11.6% |
| 15 | 787,124 | 88,636 | 12.7% |
| 16 | 757,427 | 58,939 | 8.4% |

| District | 2010 Census | Deviation* | |
|---|---|---|---|
| 17 | 760,042 | 61,554 | 8.8% |
| 18 | 720,991 | 22,503 | 3.2% |
| 19 | 698,137 | -351 | -0.1% |
| 20 | 711,632 | 13,144 | 1.9% |
| 21 | 857,027 | 158,539 | 22.7% |
| 22 | 910,877 | 212,389 | 30.4% |
| 23 | 847,651 | 149,163 | 21.4% |
| 24 | 792,253 | 93,765 | 13.4% |
| 25 | 814,381 | 115,893 | 16.6% |
| 26 | 915,137 | 216,649 | 31.0% |
| 27 | 741,993 | 43,505 | 6.2% |
| 28 | 851,824 | 153,336 | 22.0% |
| 29 | 677,032 | -21,456 | -3.1% |
| 30 | 706,469 | 7,981 | 1.1% |
| 31 | 902,101 | 203,613 | 29.2% |
| 32 | 640,419 | -58,069 | -8.3% |

*The ideal district size for 36 districts using the 2010 Census population of 25,145,561 is 698,488.

U.S. Congressional Districts
S.B. 4, Enrollment
PLANC185
COUNTIES
PLANC185
Map ID 5000
06/20/11 16:33:25
Texas Legislative Council
13649
2010 Census
PLANC185 2011-06-15 10:04:31

U.S. Congressional Districts
112th Congress (2011-2012)
PLANC100
COUNTIES
PLANC100
Map ID 5000
02/18/11 14:59:05
6811
2010 Census
PLANC100
2006-08-07 11:27:54

# C185

35
HAYS
BASTROP
WASHINGTON
WALLER
2
HARRIS
FAYETTE
AUSTIN
10
7
18
CALDWELL
COLORADO
9
FORT
BEND
22
GUADALUPE
GONZALES
LAVACA
WHARTON
BRAZORIA
WILSON
DEWITT
JACKSON
KARNES
MATAGORDA
VICTORIA
27
GOLIAD
34
CALHOUN
BEE
LIVE OAK
REFUGIO
SAN
PATRICIO
ARANSAS
NUECES
JIM
WELLS

U.S. Congressional Districts
S.B. 4, Enrollment
PLANC185
COUNTIES
PLANC185
Map ID 5000
06/20/11 16:33:25
Texas Legislative Council
13649
2010 Census
PLANC185 2011-06-15 10:04:31

# C185 Maverick Split





C191: Changes made to C100 CD 23 in C185 CD23
131
11
Zavala
Maverick
277
57
Dimmi
6
Map layers
PLANC191
County
Census Place
2010G_VTDs
PLANC191 selection
OUT (Moved Out of C100 CD23)
IN (Moved Into C100 CD23)
NO Change
11
277
Eagle Pass
Maverick
57
6
Las Quintas Fronterizas
Eidson Road

U.S. Congressional Districts
S.B. 4, Enrollment
PLANC185
COUNTIES
PLANC185
Map ID 5000
06/20/11 16:33:25
Texas Legislative Council
13649
2010 Census
PLANC185 2011-06-15 10:04:31
BURNET
WILLIAMSON
TRAVIS
BLANCO
HAYS
BASTROP
CALDWELL
LEE
EL PASO
HUDSPETH
KENDALL
BANDERA
COMAL
GUADALUPE
BEXAR
WILSON
ATASCOSA
MEDINA
MONTAGUE
COOKE
GRAYSON
FANNIN
WISE
DENTON
COLLIN
HUNT
PARKER
TARRANT
DALLAS
ROCKWALL
KAUFMAN
HOOD
JOHNSON
ELLIS
MONTGOMERY
LIBERTY
WALLER
HARRIS
CHAMBERS
FORT BEND
BRAZORIA
GALVESTON
JIM HOGG
BROOKS
KENEDY
STARR
WILLACY
HIDALGO
CAMERON

# C100 Houston



# C190 Houston



# C100 Dallas/Tarrant



# C190 Dallas/Tarrant



U.S. Congressional Districts
Proposed Plan
PLANC190
COUNTIES
PLANC190
WILLIAMSON
BURNET
BLANCO
TRAVIS
HAYS
BASTROP
CALDWELL
EL PASO
HUDSPETH
KENDALL
BANDERA
COMAL
GUADALUPE
MEDINA
BEXAR
ATASCOSA
WILSON
MONTAGUE
COOKE
GRAYSON
FANNIN
WISE
DENTON
COLLIN
HUNT
TARRANT
ROCKWALL
PARKER
DALLAS
KAUFMAN
HOOD
JOHNSON
ELLIS
WALLER
MONTGOMERY
LIBERTY
HARRIS
FORT BEND
CHAMBERS
BRAZORIA
GALVESTON
JIM HOGG
BROOKS
KENEDY
STARR
WILLACY
HIDALGO
CAMERON

