UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, ET AL., | ) | |
| *Plaintiffs,* | ) | CASE NO. 11-CA-360 |
| | ) | |
| v. | ) | **Consolidated** |
| | ) | |
| STATE OF TEXAS, ET AL., | ) | |
| *Defendants.* | ) | |

# JOINT EXHIBIT LIST
(Continuation of Joint Exhibit List)

| J-21 | Transcript of deposition of Susan Gonzales-Baker *Submitted Electronically* | Latino Task Force |
|---|---|---|
| J-22 | Transcript of deposition of Todd Giberson *Submitted Electronically* | State of Texas Defs |
| J-23 | Transcript of deposition of John Alford *Submitted Electronically* | State of Texas Defs |
| J-24 | Transcript of deposition of Stephen Ansolabehere *Submitted Electronically* | Rodriguez |
| J-25 | Transcript of deposition of Anthony Fairfax *Submitted Electronically* | NAACP |
| J-26 | Transcript of deposition of George Korbel *Submitted Electronically* | LULAC |
| J-27 | Transcript of deposition of Allan Lichtman *Submitted Electronically* | Perez/Quesada |
| J-28 | Transcript of deposition of Ed Martin *Submitted Electronically* | Perez |
| J-29 | Transcript of deposition of Richard Murray *Submitted Electronically* | Perez/Congresspersons |
| J-30 | Transcript of deposition of Bill Rives *Submitted Electronically* | State of Texas Defs |
| J-31 | Transcript of deposition of Lydia Camarillo *Submitted Electronically* | Latino Task Force |

| J-32 | Transcript of deposition of Joey Cardenas *Submitted Electronically* | Latino Task Force |
|---|---|---|
| J-33 | Transcript of deposition of Baldomero Garza *Submitted Electronically* | LULAC |
| J-34 | Transcript of deposition of Eddie Rodriguez *Submitted Electronically* | Rodriguez |
| J-35 | Transcript of deposition of Marc Veasey *Submitted Electronically* | Quesada |
| J-36 | Transcript of deposition of Celeste Villareal *Submitted Electronically* | Latino Task Force |
| J-37 | Transcript of deposition of Jeffrey Archer *Submitted Electronically* | State of Texas Defs |
| J-38 | Transcript of deposition of Doug Davis *Submitted Electronically* | State of Texas Defs |
| J-39 | Transcript of deposition of Kel Seliger *Submitted Electronically* | State of Texas Defs |
| J-40 | Transcript of deposition of Burt Solomons *Submitted Electronically* | State of Texas Defs |
| J-41 | Transcripts of depositions of Gerardo Interiano (Vols. 1-3) *Submitted Electronically* | State of Texas Defs |
| J-42 | Transcript of deposition of Ryan Downton (Vols. 1-2) *Submitted Electronically* | State of Texas Defs |