Racially Polarized Voting Analysis
Estimated Turnout by Race/Ethnicity
In Voter Tabulation Districts (VTDs)
District 23
PUBLC01374

|  | Actual Turnout % in Election | Actual Turnout % in District | Estimated Turnout % for Anglo | Estimated Turnout % for Hispanic | Estimated Turnout % for Black |
|---|---|---|---|---|---|
| 1996 DEMOCRATIC PRIMARY | 7.7% | 11.4% | 0.0% | 23.0% | 0.0% |
| 1996 DEMOCRATIC RUNOFF | 3.5% | 4.1% | 0.0% | 8.0% | 0.0% |
| 1996 GENERAL | 38.5% | 38.1% | 54.2% | 23.4% | 3.3% |
| 1998 DEMOCRATIC PRIMARY | 5.2% | 10.4% | 0.0% | 21.0% | 0.0% |
| 1998 GENERAL | 25.3% | 28.0% | 40.6% | 16.7% | 0.0% |
| 2002 DEMOCRATIC PRIMARY | 7.1% | 14.5% | 0.0% | 29.0% | 0.0% |
| 2002 DEMOCRATIC RUNOFF | 4.3% | 7.2% | 0.0% | 15.2% | 0.0% |
| 2002 GENERAL | 30.7% | 36.5% | 50.7% | 24.0% | 0.0% |

PL 424, p. 1

Racially Polarized Voting Analysis
Regression of Turnout as Percent of VAP
Against Percent of VAP by Race or Ethnicity
District  23
PUBLC01374

| District | Race/Ethnicity | # of VTDs | R-Square | Corr r | Prob>F For EQN | Intercept | Slope | Std Err Intercept | Prob>T Intercept | Std Err Slope | Prob>T Slope |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1996 DEMOCRATIC PRIMARY | | | | | | | | | | | |
| | Hispanic | 328 | 0.30 | 0.55 | 0.0000 | -0.0055 | 0.24 | 0.0119 | 0.6439 | 0.02 | 0.0000 |
| | Black | 328 | 0.05 | -0.21 | 0.0001 | 0.1326 | -0.98 | 0.0088 | 0.0000 | 0.25 | 0.0001 |
| | Anglo | 328 | 0.29 | -0.54 | 0.0000 | 0.2251 | -0.23 | 0.0117 | 0.0000 | 0.02 | 0.0000 |
| 1996 DEMOCRATIC RUNOFF | | | | | | | | | | | |
| | Hispanic | 328 | 0.08 | 0.28 | 0.0000 | 0.0015 | 0.08 | 0.0089 | 0.8698 | 0.01 | 0.0000 |
| | Black | 328 | 0.01 | -0.08 | 0.1676 | 0.0458 | -0.23 | 0.0058 | 0.0000 | 0.16 | 0.1676 |
| | Anglo | 328 | 0.08 | -0.28 | 0.0000 | 0.0792 | -0.08 | 0.0086 | 0.0000 | 0.02 | 0.0000 |
| 1996 GENERAL | | | | | | | | | | | |
| | Hispanic | 312 | 0.37 | -0.61 | 0.0000 | 0.5296 | -0.30 | 0.0131 | 0.0000 | 0.02 | 0.0000 |
| | Black | 312 | 0.00 | -0.07 | 0.2235 | 0.3881 | -0.35 | 0.0106 | 0.0000 | 0.29 | 0.2235 |
| | Anglo | 312 | 0.39 | 0.62 | 0.0000 | 0.2333 | 0.31 | 0.0126 | 0.0000 | 0.02 | 0.0000 |
| 1998 DEMOCRATIC PRIMARY | | | | | | | | | | | |
| | Hispanic | 327 | 0.35 | 0.60 | 0.0000 | -0.0047 | 0.22 | 0.0097 | 0.6282 | 0.02 | 0.0000 |
| | Black | 327 | 0.05 | -0.21 | 0.0001 | 0.1201 | -0.82 | 0.0074 | 0.0000 | 0.21 | 0.0001 |
| | Anglo | 327 | 0.34 | -0.58 | 0.0000 | 0.2067 | -0.22 | 0.0094 | 0.0000 | 0.02 | 0.0000 |
| 1998 GENERAL | | | | | | | | | | | |
| | Hispanic | 326 | 0.32 | -0.57 | 0.0000 | 0.3950 | -0.23 | 0.0110 | 0.0000 | 0.02 | 0.0000 |
| | Black | 326 | 0.02 | -0.14 | 0.0106 | 0.2911 | -0.60 | 0.0083 | 0.0000 | 0.23 | 0.0106 |
| | Anglo | 326 | 0.35 | 0.59 | 0.0000 | 0.1651 | 0.24 | 0.0104 | 0.0000 | 0.02 | 0.0000 |
| 2002 DEMOCRATIC PRIMARY | | | | | | | | | | | |
| | Hispanic | 327 | 0.42 | 0.65 | 0.0000 | -0.0047 | 0.29 | 0.0115 | 0.6828 | 0.02 | 0.0000 |
| | Black | 327 | 0.07 | -0.26 | 0.0000 | 0.1689 | -1.25 | 0.0092 | 0.0000 | 0.26 | 0.0000 |
| | Anglo | 327 | 0.40 | -0.63 | 0.0000 | 0.2845 | -0.29 | 0.0113 | 0.0000 | 0.02 | 0.0000 |

Racially Polarized Voting Analysis
Regression of Turnout as Percent of VAP
Against Percent of VAP by Race or Ethnicity
District  23
PUBLC01374

| District | Race/ Ethnicity | # of VTDs | R-Square | Corr r | Prob>F For EQN | Intercept | Slope | Std Err Intercept | Prob>T Intercept | Std Err Slope | Prob>T Slope |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 DEMOCRATIC RUNOFF | | | | | | | | | | | |
| | Hispanic | 328 | 0.22 | 0.47 | 0.0000 | -0.0109 | 0.16 | 0.0102 | 0.2859 | 0.02 | 0.0000 |
| | Black | 328 | 0.04 | -0.19 | 0.0004 | 0.0857 | -0.71 | 0.0071 | 0.0000 | 0.20 | 0.0004 |
| | Anglo | 328 | 0.21 | -0.46 | 0.0000 | 0.1492 | -0.16 | 0.0099 | 0.0000 | 0.02 | 0.0000 |
| 2002 GENERAL | | | | | | | | | | | |
| | Hispanic | 322 | 0.30 | -0.55 | 0.0000 | 0.4936 | -0.25 | 0.0129 | 0.0000 | 0.02 | 0.0000 |
| | Black | 322 | 0.04 | -0.20 | 0.0002 | 0.3843 | -1.00 | 0.0096 | 0.0000 | 0.27 | 0.0002 |
| | Anglo | 322 | 0.33 | 0.58 | 0.0000 | 0.2366 | 0.27 | 0.0122 | 0.0000 | 0.02 | 0.0000 |

Racially Polarized Voting Analysis
Estimated Distribution of Votes

District 23
Plan: PUBLC01374

| | | Percent Anglo | Percent Black | Percent Hispanic |
|---|---|---|---|---|
| 1996 DEMOCRATIC PRIMARY | U.S. SENATOR | 8.9% | 0.0% | 91.1% |
| 1996 DEMOCRATIC RUNOFF | U.S. SENATOR | 9.6% | 0.0% | 90.4% |
| 1996 GENERAL | U.S. SENATOR | 69.1% | 1.2% | 29.6% |
| 1996 GENERAL | RAILROAD COMMISSIONE | 68.8% | 1.8% | 29.4% |
| 1998 DEMOCRATIC PRIMARY | ATTORNEY GENERAL | 1.7% | 0.0% | 98.3% |
| 1998 DEMOCRATIC PRIMARY | AGRICULTURE COMMISSI | 9.8% | 0.0% | 90.2% |
| 1998 GENERAL | LAND COMMISSIONER | 73.5% | 0.2% | 26.3% |
| 1998 GENERAL | RAILROAD COMMISSIONE | 71.1% | 0.0% | 28.9% |
| 2002 DEMOCRATIC PRIMARY | U.S. SENATOR | 8.5% | 0.0% | 91.5% |
| 2002 DEMOCRATIC PRIMARY | GOVERNOR | 1.9% | 0.0% | 98.1% |
| 2002 DEMOCRATIC RUNOFF | U.S. SENATOR | 6.9% | 0.0% | 93.1% |
| 2002 GENERAL | U.S. SENATOR | 67.9% | 0.1% | 32.0% |
| 2002 GENERAL | GOVERNOR | 65.3% | 0.2% | 34.5% |

Racially Polarized Voting Analysis
Estimated Votes by Race/Ethnicity
In Voter Tabulation Districts (VTDs)
District 23
PUBLC01374

| | | | Estimated % Anglo Votes for Candidate | Estimated % Hipanic Votes for Candidate | Estimated % Black Votes for Candidate | Estimated % of Total Votes in District | Actual % of Total Votes in District | Actual % of Total Votes in Election |
|---|---|---|---|---|---|---|---|---|
| 1996 DEMOCRATIC PRIMARY | U.S. SENATOR | | | | | | | |
| COMBINED ANGLO | | A | 100.0% | 26.9% | 0.0% | 33.4% | 37.6% | 63.8% |
| MORALES, VICTOR M. | | H | 0.0% | 73.1% | 0.0% | 66.6% | 62.4% | 36.2% |
| 1996 DEMOCRATIC RUNOFF | U.S. SENATOR | | | | | | | |
| BRYANT, JOHN | | A | 100.0% | 18.8% | 0.0% | 26.6% | 29.3% | 48.8% |
| MORALES, VICTOR M. | | H | 0.0% | 81.2% | 0.0% | 73.4% | 70.7% | 51.2% |
| 1996 GENERAL | U.S. SENATOR | | | | | | | |
| GRAMM, PHIL | | A | 78.3% | 11.3% | 100.0% | 58.7% | 57.8% | 55.5% |
| MORALES, VICTOR M. | | H | 21.7% | 88.7% | 0.0% | 41.3% | 42.2% | 44.5% |
| 1996 GENERAL | RAILROAD COMMISSIONE | | | | | | | |
| RYLANDER, CAROLE KEETON | | A | 86.2% | 5.6% | 100.0% | 62.7% | 61.6% | 59.9% |
| URIBE, HECTOR | | H | 13.8% | 94.4% | 0.0% | 37.3% | 38.4% | 40.1% |
| 1998 DEMOCRATIC PRIMARY | ATTORNEY GENERAL | | | | | | | |
| COMBINED ANGLO | | A | 0.0% | 90.6% | 0.0% | 89.1% | 88.8% | 81.3% |
| OVERSTREET, MORRIS L. | | B | 100.0% | 9.4% | 0.0% | 10.9% | 11.2% | 18.7% |
| 1998 DEMOCRATIC PRIMARY | AGRICULTURE COMMISSI | | | | | | | |
| DE LEON, ERNESTO L. | | H | 0.0% | 77.2% | 0.0% | 69.6% | 65.7% | 40.3% |
| PATTERSON, L.P. (PETE) | | A | 100.0% | 22.8% | 0.0% | 30.4% | 34.3% | 59.7% |
| 1998 GENERAL | LAND COMMISSIONER | | | | | | | |
| DEWHURST, DAVID | | A | 82.4% | 5.5% | 100.0% | 62.2% | 61.7% | 59.0% |
| RAYMOND, RICHARD | | H | 17.6% | 94.5% | 0.0% | 37.8% | 38.3% | 41.0% |
| 1998 GENERAL | RAILROAD COMMISSIONE | | | | | | | |
| GARZA, TONY | | H | 80.8% | 20.8% | 0.0% | 63.5% | 63.2% | 58.3% |
| HENDERSON, JOE B. | | A | 19.2% | 79.2% | 0.0% | 36.5% | 36.8% | 41.7% |
| 2002 DEMOCRATIC PRIMARY | U.S. SENATOR | | | | | | | |
| COMBINED ANGLO | | A | 49.6% | 18.9% | 0.0% | 21.6% | 23.5% | 33.8% |

Privileged and Confidential                Page 001                11/16/2003

Racially Polarized Voting Analysis
Estimated Votes by Race/Ethnicity
In Voter Tabulation Districts (VTDs)
District 23
PUBLC01374

| | | Estimated % Anglo Votes for Candidate | Estimated % Hipanic Votes for Candidate | Estimated % Black Votes for Candidate | Estimated % of Total Votes in District | Actual % of Total Votes in District | Actual % of Total Votes in Election |
|---|---|---|---|---|---|---|---|
| KIRK, RON | B | 50.4% | 16.4% | 0.0% | 19.3% | 20.9% | 33.1% |
| MORALES, VICTOR M. | H | 0.0% | 64.7% | 0.0% | 59.2% | 55.6% | 33.1% |
| **2002 DEMOCRATIC PRIMARY**  GOVERNOR | | | | | | | |
| COMBINED HISP | H | 0.0% | 97.0% | 0.0% | 95.2% | 95.0% | 93.8% |
| LYON, BILL | | 75.5% | 1.8% | 0.0% | 3.2% | 3.3% | 4.3% |
| WORLDPEACE, JOHN | A | 24.5% | 1.2% | 0.0% | 1.6% | 1.7% | 1.9% |
| **2002 DEMOCRATIC RUNOFF**  U.S. SENATOR | | | | | | | |
| KIRK, RON | B | 100.0% | 22.7% | 0.0% | 28.0% | 32.0% | 59.7% |
| MORALES, VICTOR M. | H | 0.0% | 77.3% | 0.0% | 72.0% | 68.0% | 40.3% |
| **2002 GENERAL**  U.S. SENATOR | | | | | | | |
| CORNYN, JOHN | A | 84.2% | 0.0% | 100.0% | 57.3% | 56.4% | 56.1% |
| KIRK, RON | B | 15.8% | 100.0% | 0.0% | 42.7% | 43.6% | 43.9% |
| **2002 GENERAL**  GOVERNOR | | | | | | | |
| PERRY, RICK | A | 87.4% | 0.0% | 100.0% | 57.3% | 56.2% | 59.1% |
| SANCHEZ, TONY | H | 12.6% | 100.0% | 0.0% | 42.7% | 43.8% | 40.9% |

Racially Polarized Voting Analysis  
Regression of Votes as Percent of VAP  
Against Percent of VAP by Race or Ethnicity  
District 23  
PUBLC01374

| District | Race/Ethnicity | # of VTDs | R-Square | Corr r | Prob>F For EQN | Intercept | Slope | Std Err Intercept | Prob>T Intercept | Std Err Slope | Prob>T Slope |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1996 DEMOCRATIC PRIMARY | | | U.S. SENATOR | | | COMBINED ANGLO | | | | | |
| | Hispanic | 328 | 0.07 | 0.27 | 0.0000 | 0.0173 | 0.03 | 0.0032 | 0.0000 | 0.01 | 0.0000 |
| | Black | 328 | 0.02 | -0.15 | 0.0062 | 0.0341 | -0.16 | 0.0021 | 0.0000 | 0.06 | 0.0062 |
| | Anglo | 328 | 0.07 | -0.26 | 0.0000 | 0.0436 | -0.03 | 0.0031 | 0.0000 | 0.01 | 0.0000 |
| 1996 DEMOCRATIC PRIMARY | | | U.S. SENATOR | | | MORALES, VICTOR M. | | | | | |
| | Hispanic | 328 | 0.42 | 0.65 | 0.0000 | -0.0193 | 0.14 | 0.0055 | 0.0005 | 0.01 | 0.0000 |
| | Black | 328 | 0.04 | -0.21 | 0.0002 | 0.0606 | -0.47 | 0.0044 | 0.0000 | 0.12 | 0.0002 |
| | Anglo | 328 | 0.41 | -0.64 | 0.0000 | 0.1182 | -0.14 | 0.0053 | 0.0000 | 0.01 | 0.0000 |
| 1996 DEMOCRATIC RUNOFF | | | U.S. SENATOR | | | BRYANT, JOHN | | | | | |
| | Hispanic | 328 | 0.01 | 0.08 | 0.1728 | 0.0084 | 0.01 | 0.0024 | 0.0005 | 0.00 | 0.1728 |
| | Black | 328 | 0.00 | -0.03 | 0.6261 | 0.0115 | -0.02 | 0.0015 | 0.0000 | 0.04 | 0.6261 |
| | Anglo | 328 | 0.01 | -0.07 | 0.1826 | 0.0137 | -0.01 | 0.0023 | 0.0000 | 0.00 | 0.1826 |
| 1996 DEMOCRATIC RUNOFF | | | U.S. SENATOR | | | MORALES, VICTOR M. | | | | | |
| | Hispanic | 328 | 0.11 | 0.34 | 0.0000 | -0.0068 | 0.07 | 0.0061 | 0.2702 | 0.01 | 0.0000 |
| | Black | 328 | 0.01 | -0.10 | 0.0808 | 0.0308 | -0.20 | 0.0041 | 0.0000 | 0.12 | 0.0808 |
| | Anglo | 328 | 0.11 | -0.33 | 0.0000 | 0.0587 | -0.07 | 0.0060 | 0.0000 | 0.01 | 0.0000 |
| 1996 GENERAL | | | U.S. SENATOR | | | GRAMM, PHIL | | | | | |
| | Hispanic | 312 | 0.72 | -0.85 | 0.0000 | 0.4013 | -0.38 | 0.0080 | 0.0000 | 0.01 | 0.0000 |
| | Black | 312 | 0.00 | 0.00 | 0.9477 | 0.2114 | 0.02 | 0.0097 | 0.0000 | 0.27 | 0.9477 |
| | Anglo | 312 | 0.74 | 0.86 | 0.0000 | 0.0252 | 0.39 | 0.0075 | 0.0009 | 0.01 | 0.0000 |
| 1996 GENERAL | | | U.S. SENATOR | | | MORALES, VICTOR M. | | | | | |
| | Hispanic | 312 | 0.13 | 0.36 | 0.0000 | 0.1160 | 0.08 | 0.0067 | 0.0000 | 0.01 | 0.0000 |
| | Black | 312 | 0.02 | -0.14 | 0.0132 | 0.1606 | -0.31 | 0.0046 | 0.0000 | 0.13 | 0.0132 |
| | Anglo | 312 | 0.13 | -0.35 | 0.0000 | 0.1909 | -0.08 | 0.0066 | 0.0000 | 0.01 | 0.0000 |

Privileged and Confidential         Page 001                                                11/16/2003

Racially Polarized Voting Analysis
Regression of Votes as Percent of VAP
Against Percent of VAP by Race or Ethnicity
District 23
PUBLC01374

| District | Race/Ethnicity | # of VTDs | R-Square | Corr r | Prob>F For EQN | Intercept | Slope | Std Err Intercept | Prob>T Intercept | Std Err Slope | Prob>T Slope |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1996 GENERAL | | | | | | RAILROAD COMMISSIONE | | RYLANDER, CAROLE KEETON | | | |
| | Hispanic | 312 | 0.74 | -0.86 | 0.0000 | 0.4160 | -0.40 | 0.0081 | 0.0000 | 0.01 | 0.0000 |
| | Black | 312 | 0.00 | 0.02 | 0.7095 | 0.2104 | 0.10 | 0.0102 | 0.0000 | 0.28 | 0.7095 |
| | Anglo | 312 | 0.76 | 0.87 | 0.0000 | 0.0125 | 0.42 | 0.0076 | 0.0987 | 0.01 | 0.0000 |
| 1996 GENERAL | | | | | | RAILROAD COMMISSIONE | | URIBE, HECTOR | | | |
| | Hispanic | 312 | 0.33 | 0.57 | 0.0000 | 0.0715 | 0.12 | 0.0059 | 0.0000 | 0.01 | 0.0000 |
| | Black | 312 | 0.03 | -0.17 | 0.0028 | 0.1399 | -0.38 | 0.0045 | 0.0000 | 0.12 | 0.0028 |
| | Anglo | 312 | 0.32 | -0.57 | 0.0000 | 0.1908 | -0.12 | 0.0058 | 0.0000 | 0.01 | 0.0000 |
| 1998 DEMOCRATIC PRIMARY | | | | | | ATTORNEY GENERAL | | COMBINED ANGLO | | | |
| | Hispanic | 327 | 0.35 | 0.59 | 0.0000 | -0.0017 | 0.15 | 0.0066 | 0.8021 | 0.01 | 0.0000 |
| | Black | 327 | 0.05 | -0.21 | 0.0001 | 0.0838 | -0.56 | 0.0051 | 0.0000 | 0.14 | 0.0001 |
| | Anglo | 327 | 0.34 | -0.58 | 0.0000 | 0.1430 | -0.15 | 0.0065 | 0.0000 | 0.01 | 0.0000 |
| 1998 DEMOCRATIC PRIMARY | | | | | | ATTORNEY GENERAL | | OVERSTREET, MORRIS L. | | | |
| | Hispanic | 327 | 0.13 | 0.36 | 0.0000 | 0.0031 | 0.01 | 0.0010 | 0.0031 | 0.00 | 0.0000 |
| | Black | 327 | 0.02 | -0.15 | 0.0065 | 0.0102 | -0.05 | 0.0007 | 0.0000 | 0.02 | 0.0065 |
| | Anglo | 327 | 0.12 | -0.35 | 0.0000 | 0.0149 | -0.01 | 0.0010 | 0.0000 | 0.00 | 0.0000 |
| 1998 DEMOCRATIC PRIMARY | | | | | | AGRICULTURE COMMISSI | | DE LEON, ERNESTO L. | | | |
| | Hispanic | 327 | 0.51 | 0.72 | 0.0000 | -0.0198 | 0.14 | 0.0046 | 0.0000 | 0.01 | 0.0000 |
| | Black | 327 | 0.05 | -0.22 | 0.0001 | 0.0609 | -0.46 | 0.0041 | 0.0000 | 0.11 | 0.0001 |
| | Anglo | 327 | 0.50 | -0.71 | 0.0000 | 0.1199 | -0.14 | 0.0045 | 0.0000 | 0.01 | 0.0000 |
| 1998 DEMOCRATIC PRIMARY | | | | | | AGRICULTURE COMMISSI | | PATTERSON, L.P. (PETE) | | | |
| | Hispanic | 327 | 0.03 | 0.16 | 0.0039 | 0.0182 | 0.02 | 0.0037 | 0.0000 | 0.01 | 0.0039 |
| | Black | 327 | 0.01 | -0.12 | 0.0279 | 0.0300 | -0.14 | 0.0023 | 0.0000 | 0.07 | 0.0279 |
| | Anglo | 327 | 0.02 | -0.15 | 0.0066 | 0.0353 | -0.02 | 0.0036 | 0.0000 | 0.01 | 0.0066 |

PL 424, p. 8

Racially Polarized Voting Analysis
Regression of Votes as Percent of VAP
Against Percent of VAP by Race or Ethnicity
District 23
PUBLC01374

| District | Race/ Ethnicity | # of VTDs | R-Square | Corr r | Prob>F For EQN | Intercept | Slope | Std Err Intercept | Prob>T Intercept | Std Err Slope | Prob>T Slope |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 GENERAL | | | LAND COMMISSIONER | | | DEWHURST, DAVID | | | | | |
| | Hispanic | 326 | 0.70 | -0.84 | 0.0000 | 0.3070 | -0.30 | 0.0065 | 0.0000 | 0.01 | 0.0000 |
| | Black | 326 | 0.00 | -0.04 | 0.5281 | 0.1575 | -0.13 | 0.0075 | 0.0000 | 0.21 | 0.5281 |
| | Anglo | 326 | 0.73 | 0.86 | 0.0000 | 0.0070 | 0.31 | 0.0059 | 0.2406 | 0.01 | 0.0000 |
| 1998 GENERAL | | | LAND COMMISSIONER | | | RAYMOND, RICHARD | | | | | |
| | Hispanic | 326 | 0.12 | 0.35 | 0.0000 | 0.0684 | 0.05 | 0.0048 | 0.0000 | 0.01 | 0.0000 |
| | Black | 326 | 0.04 | -0.20 | 0.0003 | 0.1024 | -0.33 | 0.0032 | 0.0000 | 0.09 | 0.0003 |
| | Anglo | 326 | 0.12 | -0.34 | 0.0000 | 0.1215 | -0.05 | 0.0047 | 0.0000 | 0.01 | 0.0000 |
| 1998 GENERAL | | | RAILROAD COMMISSIONE | | | GARZA, TONY | | | | | |
| | Hispanic | 326 | 0.65 | -0.80 | 0.0000 | 0.2950 | -0.26 | 0.0065 | 0.0000 | 0.01 | 0.0000 |
| | Black | 326 | 0.00 | -0.05 | 0.3816 | 0.1639 | -0.17 | 0.0069 | 0.0000 | 0.19 | 0.3816 |
| | Anglo | 326 | 0.67 | 0.82 | 0.0000 | 0.0297 | 0.28 | 0.0061 | 0.0000 | 0.01 | 0.0000 |
| 1998 GENERAL | | | RAILROAD COMMISSIONE | | | HENDERSON, JOE B. | | | | | |
| | Hispanic | 326 | 0.07 | 0.27 | 0.0000 | 0.0725 | 0.04 | 0.0050 | 0.0000 | 0.01 | 0.0000 |
| | Black | 326 | 0.04 | -0.19 | 0.0006 | 0.0997 | -0.31 | 0.0032 | 0.0000 | 0.09 | 0.0006 |
| | Anglo | 326 | 0.07 | -0.26 | 0.0000 | 0.1129 | -0.04 | 0.0048 | 0.0000 | 0.01 | 0.0000 |
| 2002 DEMOCRATIC PRIMARY | | | U.S. SENATOR | | | COMBINED ANGLO | | | | | |
| | Hispanic | 327 | 0.11 | 0.33 | 0.0000 | 0.0118 | 0.03 | 0.0031 | 0.0002 | 0.01 | 0.0000 |
| | Black | 327 | 0.03 | -0.16 | 0.0029 | 0.0315 | -0.17 | 0.0020 | 0.0000 | 0.06 | 0.0029 |
| | Anglo | 327 | 0.10 | -0.32 | 0.0000 | 0.0434 | -0.03 | 0.0030 | 0.0000 | 0.01 | 0.0000 |
| 2002 DEMOCRATIC PRIMARY | | | U.S. SENATOR | | | KIRK, RON | | | | | |
| | Hispanic | 327 | 0.13 | 0.36 | 0.0000 | 0.0118 | 0.03 | 0.0023 | 0.0000 | 0.00 | 0.0000 |
| | Black | 327 | 0.04 | -0.21 | 0.0001 | 0.0283 | -0.16 | 0.0015 | 0.0000 | 0.04 | 0.0001 |
| | Anglo | 327 | 0.12 | -0.35 | 0.0000 | 0.0375 | -0.03 | 0.0022 | 0.0000 | 0.00 | 0.0000 |

Privileged and Confidential          Page 003          11/16/2003

PL 424, p. 9

```
                                     Racially Polarized Voting Analysis
                                   Regression of Votes as Percent of VAP
                                 Against Percent of VAP by Race or Ethnicity
                                                District 23
                                                 PUBLC01374

           Race/       # of                Corr   Prob>F                      Std Err   Prob>T     Std Err  Prob>T
District   Ethnicity   VTDs   R-Square      r     For EQN  Intercept  Slope   Intercept Intercept  Slope    Slope
-------------------------------------------------------------------------------------------------------------------

2002 DEMOCRATIC PRIMARY        U.S. SENATOR              MORALES, VICTOR M.

           Hispanic   327    0.53   0.73    0.0000  -0.0195   0.17   0.0053   0.0003    0.01     0.0000
           Black      327    0.07  -0.26    0.0000   0.0791  -0.64   0.0047   0.0000    0.13     0.0000
           Anglo      327    0.51  -0.72    0.0000   0.1478  -0.17   0.0053   0.0000    0.01     0.0000

2002 DEMOCRATIC PRIMARY        GOVERNOR                 COMBINED HISP

           Hispanic   327    0.46   0.68    0.0000  -0.0071   0.27   0.0096   0.4578    0.02     0.0000
           Black      327    0.07  -0.26    0.0000   0.1487  -1.08   0.0080   0.0000    0.22     0.0000
           Anglo      327    0.44  -0.67    0.0000   0.2542  -0.27   0.0094   0.0000    0.02     0.0000

2002 DEMOCRATIC PRIMARY        GOVERNOR                 LYON, BILL

           Hispanic   327    0.00   0.02    0.7076   0.0041   0.00   0.0011   0.0001    0.00     0.7076
           Black      327    0.01  -0.08    0.1597   0.0049  -0.03   0.0007   0.0000    0.02     0.1597
           Anglo      327    0.00  -0.01    0.8063   0.0046  -0.00   0.0010   0.0000    0.00     0.8063

2002 DEMOCRATIC PRIMARY        GOVERNOR                 WORLDPEACE, JOHN

           Hispanic   327    0.02   0.15    0.0057   0.0013   0.00   0.0004   0.0010    0.00     0.0057
           Black      327    0.02  -0.14    0.0120   0.0026  -0.02   0.0003   0.0000    0.01     0.0120
           Anglo      327    0.02  -0.14    0.0102   0.0031  -0.00   0.0004   0.0000    0.00     0.0102

2002 DEMOCRATIC RUNOFF         U.S. SENATOR             KIRK, RON

           Hispanic   328    0.06   0.24    0.0000   0.0108   0.02   0.0028   0.0001    0.00     0.0000
           Black      328    0.02  -0.12    0.0252   0.0232  -0.11   0.0018   0.0000    0.05     0.0252
           Anglo      328    0.05  -0.23    0.0000   0.0304  -0.02   0.0027   0.0000    0.00     0.0000

2002 DEMOCRATIC RUNOFF         U.S. SENATOR             MORALES, VICTOR M.

           Hispanic   328    0.26   0.51    0.0000  -0.0177   0.12   0.0069   0.0109    0.01     0.0000
           Black      328    0.04  -0.20    0.0002   0.0548  -0.53   0.0050   0.0000    0.14     0.0002
           Anglo      328    0.25  -0.50    0.0000   0.1030  -0.12   0.0067   0.0000    0.01     0.0000
-------------------------------------------------------------------------------------------------------------------

Privileged and Confidential                   Page 004                                              11/16/2003
```

PL 424, p. 10

Racially Polarized Voting Analysis
Regression of Votes as Percent of VAP
Against Percent of VAP by Race or Ethnicity
District  23
PUBLC01374

| District | Race/ Ethnicity | # of VTDs | R-Square | Corr r | Prob>F For EQN | Intercept | Slope | Std Err Intercept | Prob>T Intercept | Std Err Slope | Prob>T Slope |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 GENERAL | | | U.S. SENATOR | | | CORNYN, JOHN | | | | | |
| | Hispanic | 322 | 0.75 | -0.86 | 0.0000 | 0.4048 | -0.41 | 0.0080 | 0.0000 | 0.01 | 0.0000 |
| | Black | 322 | 0.00 | -0.04 | 0.5252 | 0.2000 | -0.18 | 0.0100 | 0.0000 | 0.28 | 0.5252 |
| | Anglo | 322 | 0.78 | 0.88 | 0.0000 | -0.0059 | 0.43 | 0.0073 | 0.4148 | 0.01 | 0.0000 |
| 2002 GENERAL | | | U.S. SENATOR | | | KIRK, RON | | | | | |
| | Hispanic | 322 | 0.34 | 0.58 | 0.0000 | 0.0808 | 0.14 | 0.0066 | 0.0000 | 0.01 | 0.0000 |
| | Black | 322 | 0.08 | -0.28 | 0.0000 | 0.1657 | -0.73 | 0.0049 | 0.0000 | 0.14 | 0.0000 |
| | Anglo | 322 | 0.32 | -0.56 | 0.0000 | 0.2176 | -0.14 | 0.0065 | 0.0000 | 0.01 | 0.0000 |
| 2002 GENERAL | | | GOVERNOR | | | PERRY, RICK | | | | | |
| | Hispanic | 322 | 0.76 | -0.87 | 0.0000 | 0.4149 | -0.42 | 0.0080 | 0.0000 | 0.01 | 0.0000 |
| | Black | 322 | 0.00 | -0.03 | 0.5707 | 0.2031 | -0.16 | 0.0103 | 0.0000 | 0.29 | 0.5707 |
| | Anglo | 322 | 0.79 | 0.89 | 0.0000 | -0.0088 | 0.44 | 0.0073 | 0.2232 | 0.01 | 0.0000 |
| 2002 GENERAL | | | GOVERNOR | | | SANCHEZ, TONY | | | | | |
| | Hispanic | 322 | 0.42 | 0.65 | 0.0000 | 0.0646 | 0.18 | 0.0071 | 0.0000 | 0.01 | 0.0000 |
| | Black | 322 | 0.08 | -0.28 | 0.0000 | 0.1718 | -0.83 | 0.0056 | 0.0000 | 0.16 | 0.0000 |
| | Anglo | 322 | 0.40 | -0.63 | 0.0000 | 0.2405 | -0.18 | 0.0070 | 0.0000 | 0.01 | 0.0000 |

Racially Polarized Voting Analysis
Estimated Influence by Race/Ethnicity on Election Outcome
In Voter Tabulation Districts (VTDs)
District  23
PUBLC01374

|  |  |  | Estimated Anglo Influence (%) | Estimated Hipanic Influence (%) | Estimated Black Influence (%) | Estimated % of Total Votes in District | Actual % of Total Votes in District | Actual % of Total Votes in Election |
|---|---|---|---|---|---|---|---|---|
| 1996 DEMOCRATIC PRIMARY | U.S. SENATOR |  |  |  |  |  |  |  |
| COMBINED ANGLO |  | A |  |  |  | 33.4% | 37.6% | 63.8% |
| MORALES, VICTOR M. |  | H | 0.0% | 100.0% | 0.0% | 66.6% | 62.4% | 36.2% |
| 1996 DEMOCRATIC RUNOFF | U.S. SENATOR |  |  |  |  |  |  |  |
| BRYANT, JOHN |  | A |  |  |  | 26.6% | 29.3% | 48.8% |
| MORALES, VICTOR M. |  | H | 0.0% | 100.0% | 0.0% | 73.4% | 70.7% | 51.2% |
| 1996 GENERAL | U.S. SENATOR |  |  |  |  |  |  |  |
| GRAMM, PHIL |  | A | 92.2% | 5.7% | 2.1% | 58.7% | 57.8% | 55.5% |
| MORALES, VICTOR M. |  | H |  |  |  | 41.3% | 42.2% | 44.5% |
| 1996 GENERAL | RAILROAD COMMISSIONE |  |  |  |  |  |  |  |
| RYLANDER, CAROLE KEETON |  | A | 94.5% | 2.6% | 2.9% | 62.7% | 61.6% | 59.9% |
| URIBE, HECTOR |  | H |  |  |  | 37.3% | 38.4% | 40.1% |
| 1998 DEMOCRATIC PRIMARY | ATTORNEY GENERAL |  |  |  |  |  |  |  |
| COMBINED ANGLO |  | A | 0.0% | 100.0% | 0.0% | 89.1% | 88.8% | 81.3% |
| OVERSTREET, MORRIS L. |  | B |  |  |  | 10.9% | 11.2% | 18.7% |
| 1998 DEMOCRATIC PRIMARY | AGRICULTURE COMMISSI |  |  |  |  |  |  |  |
| DE LEON, ERNESTO L. |  | H | 0.0% | 100.0% | 0.0% | 69.6% | 65.7% | 40.3% |
| PATTERSON, L.P. (PETE) |  | A |  |  |  | 30.4% | 34.3% | 59.7% |
| 1998 GENERAL | LAND COMMISSIONER |  |  |  |  |  |  |  |
| DEWHURST, DAVID |  | A | 97.4% | 2.3% | 0.3% | 62.2% | 61.7% | 59.0% |
| RAYMOND, RICHARD |  | H |  |  |  | 37.8% | 38.3% | 41.0% |
| 1998 GENERAL | RAILROAD COMMISSIONE |  |  |  |  |  |  |  |
| GARZA, TONY |  | H | 90.5% | 9.5% | 0.0% | 63.5% | 63.2% | 58.3% |
| HENDERSON, JOE B. |  | A |  |  |  | 36.5% | 36.8% | 41.7% |
| 2002 DEMOCRATIC PRIMARY | U.S. SENATOR |  |  |  |  |  |  |  |
| COMBINED ANGLO |  | A |  |  |  | 21.6% | 23.5% | 33.8% |

Privileged and Confidential         Page 001                                       11/16/2003

PL 424, p. 12

Racially Polarized Voting Analysis
Estimated Influence by Race/Ethnicity on Election Outcome
In Voter Tabulation Districts (VTDs)
District 23
PUBLC01374

| | | Estimated Anglo Influence (%) | Estimated Hipanic Influence (%) | Estimated Black Influence (%) | Estimated % of Total Votes in District | Actual % of Total Votes in District | Actual % of Total Votes in Election |
|---|---|---|---|---|---|---|---|
| KIRK, RON | B | | | | 19.3% | 20.9% | 33.1% |
| MORALES, VICTOR M. | H | 0.0% | 100.0% | 0.0% | 59.2% | 55.6% | 33.1% |
| 2002 DEMOCRATIC PRIMARY | GOVERNOR | | | | | | |
| COMBINED HISP | H | 0.0% | 100.0% | 0.0% | 95.2% | 95.0% | 93.8% |
| LYON, BILL | | | | | 3.2% | 3.3% | 4.3% |
| WORLDPEACE, JOHN | A | | | | 1.6% | 1.7% | 1.9% |
| 2002 DEMOCRATIC RUNOFF | U.S. SENATOR | | | | | | |
| KIRK, RON | B | | | | 28.0% | 32.0% | 59.7% |
| MORALES, VICTOR M. | H | 0.0% | 100.0% | 0.0% | 72.0% | 68.0% | 40.3% |
| 2002 GENERAL | U.S. SENATOR | | | | | | |
| CORNYN, JOHN | A | 99.8% | 0.0% | 0.2% | 57.3% | 56.4% | 56.1% |
| KIRK, RON | B | | | | 42.7% | 43.6% | 43.9% |
| 2002 GENERAL | GOVERNOR | | | | | | |
| PERRY, RICK | A | 99.6% | 0.0% | 0.4% | 57.3% | 56.2% | 59.1% |
| SANCHEZ, TONY | H | | | | 42.7% | 43.8% | 40.9% |