1, in which Hispanic Democrats competed against Anglo Republicans. In these elections, Hispanics provided near unanimous support for Hispanic Democratic candidates. Table 20 reports results within CD 23 for general elections from 1996 to 2002, all of which involved Hispanic Republican incumbent Henry Bonilla. The elections from 1996 to 2000 encompass the pre-2001 configuration of CD 23. The results reported in Table 20 clearly demonstrate that Hispanic voters in general elections lined up for the Democratic challenger in every election and voted against Republican Bonilla in every election. For the four elections, a mean of 79 percent of Hispanic voters supported the Democratic candidate, compared to a mean of 21 percent who supported Bonilla.

Table 20

Ecological Regression Estimates
Hispanic and Non-Hispanic Voting in General Elections in Current and Prior
Congressional District 23
1996-2002

| Year of Congressional Elections, District 23 | % Hispanic Voters Voting for Bonilla | % Hispanic Voters Voting for Democratic Candidates | % Non-Hispanic Voters Voting for Bonilla | % Non-Hispanic Voters Voting for Democratic Candidates |
|---|---|---|---|---|
| 1996 | 30% | 70% | 83% | 17% |
| 1998 | 26% | 74% | 85% | 15% |
| 2000 | 20% | 80% | 83% | 17% |
| 2002 | 8% | 92% | 88% | 12% |
| Mean | 21% | 79% | 85% | 15% |

49. The analysis of primary and general elections in the region covered by CD 23 also shows Anglo bloc voting against Hispanic candidates of choice. Table 1 reveals that for Bexar and El Paso Counties Anglo support for Hispanic candidates in Democratic primaries

PL 425