| | |
|---|---|
| **From:** | Gerardo Interiano [ginteriano@gmail.com] |
| **Sent:** | Friday, April 22, 2011 1:55 PM |
| **To:** | 'Eric Opiela' |
| **Subject:** | RE: |
| **Attachments:** | SSVR.xlsx |

Below 55 of what number...don't share this with ANYONE but here is a comparison of the SSVR districts. Nixon map drops it by the current benchmark of 29 to 27.

As far as Republican seats, he is overreaching. He drew two seats in Travis and both were lost by McCain and Perry.

**From:** Eric Opiela [mailto:eopiela@ericopiela.com]
**Sent:** Friday, April 22, 2011 12:35 PM
**To:** Denise Davis (home)
**Cc:** Gerardo Interiano
**Subject:** Fwd:

Do y'all have the data on # VRA and # of GOP under 55% comparison between Solomons/Nixon State House Plans for Lamar? See below. If y'all are too busy, just let me know and I can load it up and do the counts, but with 300 districts between the two, I thought I'd ask to see if you had that already.

Thanks

EO

Begin forwarded message:

**From:** lamarsmith21@gmail.com
**Date:** April 22, 2011 12:19:05 PM CDT
**To:** "Eric Opiela" <eopiela@ericopiela.com>, "Jennifer Brown" <Jennifer.Y.Brown@mail.house.gov>
**Reply-To:** lamarsmith21@gmail.com

Met w tea party folks in sa this morn. They brought up st house redist and favor the nixon map over the solomons map bec it creates more gop dists. I told them re vra and asked them to ck to see how many of nixon dists were below 55. I didn't kno answer but wanted to raise questions about it. Is solomons map better in that regard.
Sent via BlackBerry by AT&T