FILED

OCT 13 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, et al., ) | |
| ) | CIVIL ACTION NO. |
| *Plaintiffs*, ) | SA-11-CA-360-OLG-JES-XR |
| ) | [Lead case] |
| - and - ) | |
| ) | |
| EDDIE BERNICE JOHNSON, et al., ) | |
| ) | |
| - and - ) | |
| ) | |
| TEXAS STATE CONFERENCE OF ) | |
| NAACP BRANCHES, et al., ) | |
| ) | |
| *Plaintiff Intervenors*, ) | |
| ) | |
| v. ) | |
| ) | |
| RICK PERRY, et al., ) | |
| ) | |
| *Defendants*, ) | |

| | |
|---|---|
| MEXICAN AMERICAN LEGISLATIVE ) | |
| CAUCUS, TEXAS HOUSE OF ) | |
| REPRESENTATIVES (MALC), ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| - and - ) | CIVIL ACTION NO. |
| ) | SA-11-CA-361-OLG-JES-XR |
| HONORABLE HENRY CUELLAR, et al., ) | [Consolidated case] |
| ) | |
| *Plaintiff Intervenors*, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF TEXAS, et al., ) | |
| ) | |
| *Defendants* ) | |

1

| | | |
|---|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-490-OLG-JES-XR [Consolidated case] |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | |
| RICK PERRY, et al., | ) ) ) ) | |
| *Defendants*, | ) ) | |

| | | |
|---|---|---|
| MARAGARITA V. QUESADA, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-592-OLG-JES-XR [Consolidated case] |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) ) | |
| RICK PERRY, et al., | ) ) ) | |
| *Defendants*, | ) | |

| | | |
|---|---|---|
| JOHN T. MORRIS, | ) ) ) | CIVIL ACTION NO. SA-11-CA-615-OLG-JES-XR [Consolidated case] |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| STATE OF TEXAS, et al., | ) ) ) | |
| *Defendants*, | ) | |

| | | |
|---|---|---|
| EDDIE RODRIGUEZ, et al., | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-635-OLG-JES-XR |
| | ) | [Consolidated case] |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

### ORDER GRANTING *LATINO TASK FORCE* PLAINTIFFS' MOTION TO ADMIT EXHIBITS INTO EVIDENCE

On this day, the Court considered the *Latino Task Force* Plaintiffs' Motion to Admit Exhibits into Evidence. For the reasons set forth therein, the motion is hereby **GRANTED** and the following exhibits are admitted into the record:

201, 235-289, 405, 407, and 408 as filed at Docket No. 387; and

425-429, as filed at Docket No. 396.

**SIGNED AND ENTERED** this 13 day of October, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE