**FILED**
**NOV 10 2011**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, HAROLD DUTTON, JR., GREGORY TAMEZ, et.al. § § § vs. § RICK PERRY, DAVID DEWHURST, JOE § STRAUS, HOPE ANDRADE, STATE OF § TEXAS § § MEXICAN AMERICAN LEGISLATIVE § CAUCUS, TEXAS HOUSE OF REP. § § vs. § STATE OF TEXAS § § TEXAS LATINO REDISTRICTING TASK § FORCE et.al. § vs. § RICK PERRY § § MARGARITA QUESADA, et.al. § vs. § RICK PERRY § § EDDIE RODRIGUEZ, et.al. § vs. § RICK PERRY, et.al. § | CIVIL NO: SA-11-CV-360-OLG-JES-XR SA-11-CV-361-OLG-JES-XR SA-11-CV-490-OLG-JES-XR SA-11-CV-592-OLG-JES-XR SA-11-CV-635-OLG-JES-XR |

## ORDER FOR RETURN OF EXHIBITS

Perez Plaintiffs' Exhibits admitted during the Interim Plan Hearing held on October 31, 2011 and November 3, 2011 are hereby being returned to the attorney for the Plaintiffs, Mr. Richard Edwin Gray, III. Counsel is responsible for retaining possession of these exhibits.

IT IS SO ORDERED.

SIGNED and ENTERED this _10_ day of November, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE