# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, *et al.*, | ) |
| | ) CIVIL ACTION NO. |
| *Plaintiffs*, | ) SA-11-CA-360-OLG-JES-XR |
| | ) [Lead case] |
| v. | ) |
| | ) |
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| _____ | ) |
| | ) |
| MEXICAN AMERICAN LEGISLATIVE | ) CIVIL ACTION NO. |
| CAUCUS, TEXAS HOUSE OF | ) SA-11-CA-361-OLG-JES-XR |
| REPRESENTATIVES (MALC), | ) [Consolidated case] |
| | ) |
| *Plaintiffs,* | ) |
| v. | ) |
| | ) |
| STATE OF TEXAS, et al., | ) |
| | ) |
| *Defendants.* | ) |
| _____ | ) |
| | ) |
| TEXAS LATINO REDISTRICTING TASK | ) CIVIL ACTION NO. |
| FORCE, et al., | ) SA-11-CV-490-OLG-JES-XR |
| | ) [Consolidated case] |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RICK PERRY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| MARAGARITA V. QUESADA, et al., | ) CIVIL ACTION NO. |
| | ) SA-11-CA-592-OLG-JES-XR |
| Plaintiffs, | ) [Consolidated case] |
| | ) |
| v. | ) |

| | | |
|---|---|---|
| RICK PERRY, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| JOHN T. MORRIS, | ) | CIVL ACTION NO. |
| | ) | SA-11-CA-615-OLG-JES-XR |
| *Plaintiff,* | ) | [Consolidated case] |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| EDDIE RODRIGUEZ, et al. | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-635-OLG-JES-XR |
| *Plaintiffs,* | ) | [Consolidated case] |
| | ) | |
| v. | ) | |
| | ) | |
| RICK PERRY, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

## PLAINTIFF-INTERVENORS CONGRESSPERSONS EDDIE BERNICE JOHNSON, ALEXANDER GREEN, AND SHEILA JACKSON-LEE ADVISORY TO THE COURT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff-Intervenors the African-American Congressional Intervenors Eddie Bernice Johnson, Sheila Jackson Lee and Alexander Green, file this Advisory to the Court, and in connection therewith, would respectfully show the Court the following.

## I.

Plaintiff-Intervenors file the below objections to H298:

1. In reference to the area represented by Representative Harold Dutton, H298 removes the area just north of Buffalo Bayou in District 142 that has been in the district since 197s. This is a 5th Ward Area called Kashmere Gardens. In many ways it is the heart of the district and is a focal point for community activity. There is a concern that in fact this proposal could be retrogressive and it may be less suitable even than the State's proposed map for this district.

2. H298 dilutes the voting strength of African-Americans in District 141 which is a seat currently held by State Representative Senfronia Thompson. The plan adds 4 heavily Anglo precincts that vote differently from the African-American community into the district. District 141 as proposed bt the Court no longer would have the black citizen voting age majority that it had under the existing plan and the State's proposed plan. We would propose adding the following precincts back into 141: 0168, 0007, 0784, 0401, 0371, and 0150. We recommend sending 0083 to Representative Dutton.

3. H298 stretches District 147 deeply into the 5th ward and disrupts District 142 and 141 possibly. This seat is currently held by Representative Garnet Coleman. One possible fix to this problem is by removing 138 from District 147 and returning it to District 142. Then to take precincts 202, 48 and 159 from 147 and placing them into District 145 currently held by Representative Carol Alvorado. And then to add precincts 9 and 19 into Representative Coleman's District.

4. District 139 is held by Chairman Sylvester Turner of the Legislative Black Caucus. The Black Voting Age population is reduced below 50% in H298 and we recommend this be cured by adding precinct 0327 back into District 139 and shifting 0629 into District 140.

5. District 109 in Dallas is held by Representative Helen Giddings. As in the other districts, neighborhoods are divided; andthe district stretches into Grand Prairie when this seems to be unnecessary and upsets the existing communities of interest in the district.

6. District 100 in Dallas, currently held by Representative Eric Johnson, has been an African-American opportunity district but its nature is changed and there is a Hispanic plurality in H298. This will create tension and tend to disrupt the coalition that African-Americans and Latinos have had in this area for quite some time.

7. It is our hope that the court would permit a very brief period of time for us to propose a map using H298 but incorporating the necessary minor fixes to the map to ensure the protection of the interests of African-American voters. In terms of the existing African-American districts it is not clear that all elements of H298 are better than H283 when being viewed by the eye of the African-American voter. For example, Districts 139 and 141 had African-American Citizen Voting Age majorities under the benchmark map H100 and the State's plan H283 but are now less than 50% Black Citizen Voting Age population. .

8. District 146 held by Representative Borris Miles splits historical communities of interest such as Sunny Side and is unnecessary and changes the demographic balance of the community unnecessarily.

9. In summary, the NAACP observes that H298 adds three new African American Opportunity districts. The NAACP is concerned that a number of neighborhoods within the African American opportunity districts are split. However, if allowed a little more time, the NAACP may be able to propose the swapping of a few precincts to rectify a number of these potential splits.

Respectfully Submitted,

By: /s/ Gary Bledsoe
Gary L. Bledsoe
LAW OFFICE OF GARY L. BLEDSOE
316 W. 12th Street, Suite 307
Austin, TX 78701
Telephone: (512) 322-9992
Fax: (512) 322-0840
*COUNSEL FOR PLAINTIFF-INTERVENORS ALEXANDER GREEN, SHEILA JACKSON-LEE, AND EDDIE BERNICE JOHNSON HOWARD JEFFERSON*

### CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, I electronically filed the foregoing document with the Clerk of the United States District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means as listed below.

/s/ Gary Bledsoe
Gary Bledsoe

DAVID RICHARDS
Texas Bar No. 1684600
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
512-476-0005
davidr@rrsfirm.com

RICHARD E. GRAY, III
State Bar No. 08328300
Gray & Becker, P.C.
900 West Avenue, Suite 300
Austin, TX 78701
512-482-0061
512-482-0924 (facsimile)
Rick.gray@graybecker.com
**ATTORNEYS FOR PLAINTIFFS PEREZ, DUTTON, TAMEZ, HALL, ORTIZ, SALINAS, DEBOSE, and RODRIGUEZ**

JOSE GARZA
Texas Bar No. 07731950
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
210-392-2856
garzpalm@aol.com

MARK W. KIEHNE
mkiehne@lawdcm.com
RICARDO G. CEDILLO

GERALD H. GOLDSTEIN
State Bar No. 08101000
ggandh@aol.com
DONALD H. FLANARY, III
State Bar No. 24045877
donflanary@hotmail.com
Goldstein, Goldstein and Hilley
310 S. St. Mary's Street
29th Floor, Tower Life Bldg.
San Antonio, TX  78205-4605
210-226-1463
210-226-8367 (facsimile)

PAUL M. SMITH
psmith@jenner.com
MICHAEL B. DESANCTIS
mdesanctis@jenner.com
JESSICA RING AMUNSON
jamunson@jenner.com
Jenner & Block LLP
1099 New York Ave., NW
Washington, D.C. 20001
202-639-6000

J. GERALD HEBERT
191 Somervelle Street, # 405
Alexandria, VA 22304
703-628-4673
hebert@voterlaw.com

JESSE GAINES

rcedillo@lawdcm.com
Davis, Cedillo & Mendoza
McCombs Plaza
755 Mulberry Ave., Ste. 500
San Antonio, TX 78212
210-822-6666
210-822-1151 (facsimile)

**ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS**
NINA PERALES
Texas Bar No. 24005046
nperales@maldef.org
MARISA BONO
mbono@maldef.org
REBECCA MCNEILL COUTO
rcouto@maldef.org
Mexican American Legal Defense
and Education Fund
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
(210) 224-5382 (facsimile)

MARK ANTHONY SANCHEZ
masanchez@gws-law.com
ROBERT W. WILSON
rwwilson@gws-law.com
Gale, Wilson & Sanchez, PLLC
115 East Travis Street, Ste. 1900
San Antonio, TX 78205
210-222-8899
210-222-9526 (facsimile)

**ATTORNEYS FOR PLAINTIFFS TEXAS LATINO REDISTRICTING TASK FORCE, CARDENAS, JIMENEZ, MENENDEZ, TOMACITA AND JOSE OLIVARES,**

P.O. Box 50093
Fort Worth, TX 76105
817-714-9988

**ATTORNEYS FOR PLAINTIFFS QUESADA, MUNOZ, VEASEY, HAMILTON, KING and JENKINS**

LUIS ROBERTO VERA, JR.
Law Offices of Luis Roberto Vera, Jr. & Associates
1325 Riverview Towers
111 Soledad
San Antonio, Texas 78205-2260
210-225-3300
irvlaw@sbcglobal.net

GEORGE JOSEPH KORBEL
Texas Rio Grande Legal Aid, Inc.
1111 North Main
San Antonio, TX 78213
210-212-3600
korbellaw@hotmail.com

**ATTORNEYS FOR INTERVENOR-PLAINTIFF LEAGUE OF UNITED LATIN AMERICAN CITIZENS**

DAVID MATTAX
david.mattax@oag.state.tx.us
DAVID J. SCHENCK
david.schenck@oag.state.tx.us
MATTHEW HAMILTON FREDERICK
matthew.frederick@oag.state.tx.us
ANGELA V. COLMENERO
angela.colmenero@oag.state.tx.us
ANA M. JORDAN
ana.jordan@oag.state.tx.us

**ALEJANDRO AND REBECCA ORTIZ**

ROLANDO L. RIOS
Law Offices of Rolando L. Rios
115 E Travis Street
Suite 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com

**ATTORNEY FOR INTERVENOR-PLAINTIFF HENRY CUELLAR**

JOHN T. MORRIS
5703 Caldicote St.
Humble, TX 77346
(281) 852-6388
johnmorris1939@hotmail.com
*Served via electronic mail*

**JOHN T. MORRIS, PRO SE**

MAX RENEA HICKS
Law Office of Max Renea Hicks
101 West Sixth Street
Suite 504
Austin, TX 78701
(512) 480-8231
512/480-9105 (fax)
rhicks@renea-hicks.com

**ATTORNEY FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, and SANDRA SERNA**

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
(512) 463-2120
(512) 320-0667 (facsimile)

**ATTORNEYS FOR DEFENDANTS STATE OF TEXAS, RICK PERRY, HOPE ANDRADE, DAVID DEWHURST, AND JOE STRAUS**

DONNA GARCIA DAVIDSON
PO Box 12131
Austin, TX 78711
(512) 775-7625
(877) 200-6001 (facsimile)
donna@dgdlawfirm.com

FRANK M. REILLY
Potts & Reilly, L.L.P.
P.O. Box 4037
Horseshoe Bay, TX 78657
512/469-7474
512/469-7480 (fax)
reilly@pottsreilly.com

**ATTORNEYS FOR DEFENDANT STEVE MUNISTERI**

DAVID ESCAMILLA
Travis County Asst. Attorney
P.O. Box 1748
Austin, TX 78767
(512) 854-9416
david.escamilla@co.travis.tx.us
*Served via electronic mail*

CHAD W. DUNN
chad@brazilanddunn.com
K. SCOTT BRAZIL
scott@brazilanddunn.com
Brazil & Dunn
4201 FM 1960 West, Suite 530
Houston, TX  77068
281-580-6310
281-580-6362 (facsimile)

**ATTORNEYS FOR INTERVENOR-DEFENDANTS TEXAS DEMOCRATIC PARTY and BOYD RICHIE**

STEPHEN E. MCCONNICO
smcconnico@scottdoug.com
SAM JOHNSON
sjohnson@scottdoug.com
S. ABRAHAM KUCZAJ, III
akuczaj@scottdoug.com
Scott, Douglass & McConnico
One American Center
600 Congress Ave., 15th Floor
Austin, TX 78701
(512) 495-6300
512/474-0731 (fax)

**ATTORNEYS FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BALAKUMAR PANDIAN, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, ELIZA ALVARADO, JOSEY MARTINEZ, JUANITA VALDEZ-COX, LIONOR SOROLA-POHLMAN, MILTON GERARD WASHINGTON, NINA JO BAKER, and SANDRA SERNA**

**ATTORNEY FOR PLAINTIFF TRAVIS COUNTY**

KAREN M. KENNARD
2803 Clearview Drive
Austin, TX 78703
(512) 974-2177
512-974-2894 (fax)
karen.kennard@ci.austin.tx.us
*Served via electronic mail*

**ATTORNEY FOR PLAINTIFF CITY OF AUSTIN**

JOAQUIN G. AVILA
P.O. Box 33687
Seattle, WA  98133
206-724-3731
206-398-4261 (facsimile)
jgavotingrights@gmail.com
*Served via electronic mail*

**ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS**