UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, *et al.*, | ) | |
| | ) | CIVIL ACTION NO. |
| *Plaintiffs*, | ) | SA-11-CA-360-OLG-JES-XR |
| | ) | [Lead case] |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| _____ | ) | |
| | ) | |
| MEXICAN AMERICAN LEGISLATIVE | ) | CIVIL ACTION NO. |
| CAUCUS, TEXAS HOUSE OF | ) | SA-11-CA-361-OLG-JES-XR |
| REPRESENTATIVES (MALC), | ) | [Consolidated case] |
| | ) | |
| *Plaintiffs,* | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |
| | ) | |
| TEXAS LATINO REDISTRICTING TASK | ) | CIVIL ACTION NO. |
| FORCE, et al., | )     SA-11-CV-490-OLG-JES-XR | |
| | ) | [Consolidated case] |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICK PERRY , | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| MARAGARITA V. QUESADA, et al., | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-592-OLG-JES-XR |
| Plaintiffs, | ) | [Consolidated case] |
| | ) | |
| v. | ) | |
| | ) | |
| RICK PERRY, et al., | ) | |

|  |  |  |
|---|---|---|
| Defendants. | ) | |
| | ) | |
| JOHN T. MORRIS, | ) | CIVL ACTION NO. |
| | ) | SA-11-CA-615-OLG-JES-XR |
| *Plaintiff,* | ) | [Consolidated case] |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| EDDIE RODRIGUEZ, et al. | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-635-OLG-JES-XR |
| *Plaintiffs,* | ) | [Consolidated case] |
| | ) | |
| v. | ) | |
| | ) | |
| RICK PERRY, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

### PLAINTIFF-INTERVENORS CONGRESSPERSONS EDDIE BERNICE JOHNSON, ALEXANDER GREEN, AND SHEILA JACKSON-LEE ADVISORY TO THE COURT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff-Intervenors the African-American Congressional Intervenors Eddie Bernice Johnson, Sheila Jackson Lee and Alexander Green, file this Advisory to the Court, and in connection therewith, would respectfully show the Court the following.

## I.
## BACKGROUND

Plaintiff-Intervenors support the compromise Congressional Plan C218 that was tendered by National LULAC and the Texas NAACP.

## II.
## CONCLUSION

The African-American Congressional Intervenors request adoption in whole or in part of C218.

Respectfully Submitted,

By:     /s/ Gary Bledsoe
        Gary L. Bledsoe
        LAW OFFICE OF GARY L. BLEDSOE
        316 W. 12th Street, Suite 307
        Austin, TX 78701
        Telephone: (512) 322-9992
        Fax: (512) 322-0840
        *COUNSEL FOR PLAINTIFF-INTERVENORS ALEXANDER GREEN, SHEILA JACKSON-LEE, AND EDDIE BERNICE JOHNSON HOWARD JEFFERSON*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, I electronically filed the foregoing document with the Clerk of the United States District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means as listed below.

/s/ Gary Bledsoe
Gary Bledsoe

DAVID RICHARDS
Texas Bar No. 1684600
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
512-476-0005
davidr@rrsfirm.com

RICHARD E. GRAY, III
State Bar No. 08328300
Gray & Becker, P.C.
900 West Avenue, Suite 300
Austin, TX 78701
512-482-0061
512-482-0924 (facsimile)
Rick.gray@graybecker.com
**ATTORNEYS FOR PLAINTIFFS PEREZ, DUTTON, TAMEZ, HALL, ORTIZ, SALINAS, DEBOSE, and RODRIGUEZ**

JOSE GARZA
Texas Bar No. 07731950
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
210-392-2856
garzpalm@aol.com

MARK W. KIEHNE
mkiehne@lawdcm.com
RICARDO G. CEDILLO
rcedillo@lawdcm.com
Davis, Cedillo & Mendoza
McCombs Plaza
755 Mulberry Ave., Ste. 500
San Antonio, TX 78212
210-822-6666
210-822-1151 (facsimile)

**ATTORNEYS FOR MEXICAN AMERICAN**

GERALD H. GOLDSTEIN
State Bar No. 08101000
ggandh@aol.com
DONALD H. FLANARY, III
State Bar No. 24045877
donflanary@hotmail.com
Goldstein, Goldstein and Hilley
310 S. St. Mary's Street
29th Floor, Tower Life Bldg.
San Antonio, TX 78205-4605
210-226-1463
210-226-8367 (facsimile)

PAUL M. SMITH
psmith@jenner.com
MICHAEL B. DESANCTIS
mdesanctis@jenner.com
JESSICA RING AMUNSON
jamunson@jenner.com
Jenner & Block LLP
1099 New York Ave., NW
Washington, D.C. 20001
202-639-6000

J. GERALD HEBERT
191 Somervelle Street, # 405
Alexandria, VA 22304
703-628-4673
hebert@voterlaw.com

JESSE GAINES
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988

**ATTORNEYS FOR PLAINTIFFS QUESADA, MUNOZ, VEASEY, HAMILTON, KING and JENKINS**

LUIS ROBERTO VERA, JR.

**LEGISLATIVE CAUCUS**
NINA PERALES
Texas Bar No. 24005046
nperales@maldef.org
MARISA BONO
mbono@maldef.org
REBECCA MCNEILL COUTO
rcouto@maldef.org
Mexican American Legal Defense
and Education Fund
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
(210) 224-5382 (facsimile)

MARK ANTHONY SANCHEZ
masanchez@gws-law.com
ROBERT W. WILSON
rwwilson@gws-law.com
Gale, Wilson & Sanchez, PLLC
115 East Travis Street, Ste. 1900
San Antonio, TX 78205
210-222-8899
210-222-9526 (facsimile)

**ATTORNEYS FOR PLAINTIFFS TEXAS LATINO REDISTRICTING TASK FORCE, CARDENAS, JIMENEZ, MENENDEZ, TOMACITA AND JOSE OLIVARES, ALEJANDRO AND REBECCA ORTIZ**

ROLANDO L. RIOS
Law Offices of Rolando L. Rios
115 E Travis Street
Suite 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com

**ATTORNEY FOR INTERVENOR-PLAINTIFF HENRY CUELLAR**

Law Offices of Luis Roberto Vera, Jr. &
Associates
1325 Riverview Towers
111 Soledad
San Antonio, Texas 78205-2260
210-225-3300
irvlaw@sbcglobal.net

GEORGE JOSEPH KORBEL
Texas Rio Grande Legal Aid, Inc.
1111 North Main
San Antonio, TX 78213
210-212-3600
korbellaw@hotmail.com

**ATTORNEYS FOR INTERVENOR-PLAINTIFF LEAGUE OF UNITED LATIN AMERICAN CITIZENS**

DAVID MATTAX
david.mattax@oag.state.tx.us
DAVID J. SCHENCK
david.schenck@oag.state.tx.us
MATTHEW HAMILTON FREDERICK
matthew.frederick@oag.state.tx.us
ANGELA V. COLMENERO
angela.colmenero@oag.state.tx.us
ANA M. JORDAN
ana.jordan@oag.state.tx.us
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
(512) 463-2120
(512) 320-0667 (facsimile)

**ATTORNEYS FOR DEFENDANTS STATE OF TEXAS, RICK PERRY, HOPE ANDRADE, DAVID DEWHURST, AND JOE STRAUS**

DONNA GARCIA DAVIDSON

JOHN T. MORRIS
5703 Caldicote St.
Humble, TX 77346
(281) 852-6388
johnmorris1939@hotmail.com
*Served via electronic mail*

**JOHN T. MORRIS, PRO SE**

MAX RENEA HICKS
Law Office of Max Renea Hicks
101 West Sixth Street
Suite 504
Austin, TX 78701
(512) 480-8231
512/480-9105 (fax)
rhicks@renea-hicks.com

**ATTORNEY FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, and SANDRA SERNA**

CHAD W. DUNN
chad@brazilanddunn.com
K. SCOTT BRAZIL
scott@brazilanddunn.com
Brazil & Dunn
4201 FM 1960 West, Suite 530
Houston, TX  77068
281-580-6310
281-580-6362 (facsimile)

**ATTORNEYS FOR INTERVENOR-DEFENDANTS TEXAS DEMOCRATIC PARTY and BOYD RICHIE**

PO Box 12131
Austin, TX 78711
(512) 775-7625
(877) 200-6001 (facsimile)
donna@dgdlawfirm.com

FRANK M. REILLY
Potts & Reilly, L.L.P.
P.O. Box 4037
Horseshoe Bay, TX 78657
512/469-7474
512/469-7480 (fax)
reilly@pottsreilly.com

**ATTORNEYS FOR DEFENDANT STEVE MUNISTERI**

DAVID ESCAMILLA
Travis County Asst. Attorney
P.O. Box 1748
Austin, TX 78767
(512) 854-9416
david.escamilla@co.travis.tx.us
*Served via electronic mail*

**ATTORNEY FOR PLAINTIFF TRAVIS COUNTY**

KAREN M. KENNARD
2803 Clearview Drive
Austin, TX 78703
(512) 974-2177
512-974-2894 (fax)
karen.kennard@ci.austin.tx.us
*Served via electronic mail*

**ATTORNEY FOR PLAINTIFF CITY OF AUSTIN**

JOAQUIN G. AVILA

STEPHEN E. MCCONNICO
smcconnico@scottdoug.com
SAM JOHNSON
sjohnson@scottdoug.com
S. ABRAHAM KUCZAJ, III
akuczaj@scottdoug.com
Scott, Douglass & McConnico
One American Center
600 Congress Ave., 15th Floor
Austin, TX 78701
(512) 495-6300
512/474-0731 (fax)

**ATTORNEYS FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BALAKUMAR PANDIAN, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, ELIZA ALVARADO, JOSEY MARTINEZ, JUANITA VALDEZ-COX, LIONOR SOROLA-POHLMAN, MILTON GERARD WASHINGTON, NINA JO BAKER, and SANDRA SERNA**

P.O. Box 33687
Seattle, WA 98133
206-724-3731
206-398-4261 (facsimile)
jgavotingrights@gmail.com
*Served via electronic mail*

**ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS**

    Robert Stephen Notzon
    LAW OFFICE OF ROBERT NOTZON
    1507 Nueces Street
    Austin, TX 78701
    (512) 474-7563
    Fax: (512) 474-9489

    Anita Sue Earls
    Allison Jean Riggs
    SOUTHERN COALITION FOR SOCIAL JUSTICE
    1415 West Highway 54, Suite 101
    Durham, NC 27707
    (919) 323-3380 ext 117
    Fax: (919) 323-3942

    Victor L. Goode
    NAACP
    4805 Mt. Hope Drive
    Baltimore, MD 21215-3297

(410) 580-5120
Fax: (410) 358-9359
*COUNSEL FOR PLAINTIFF-INTERVENORS TEXAS STATE CONFERENCE OF NAACP, JUANITA WALLACE, AND BILL LAWSON*