UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
NOV 23 2011
CLERK, U.S. DISTRICT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SHANNON PEREZ, et. al. )
)
Plaintiffs )
)
) CIVIL ACTION NO.
v. ) 11-CA-360-OLG-JES-XR
)
STATE OF TEXAS, et. al. )
)
Defendants )

## ORDER

The Court may offer plan C220 as the proposed interim plan for the districts used to elect members in 2012 to the United States House of Representatives.

This proposed plan may be viewed on the District Viewer website operated by the Texas Legislative Council (http://gis1.tlc.state.tx.us/) under the category "Exhibits for Perez et. al." Additional data on the proposed plan can be found at the following website location maintained by the Texas Legislative Council under the "Announcements" banner: http://www.tlc.state.tx.us/redist/redist.htm.

Recognizing that many are already traveling for the Thanksgiving holiday, the parties are ordered to access these proposed plans and file any comments and/or objections via CM/ECF no later than twelve o'clock noon on Friday, November 25, 2011.[1]

SIGNED this 23 day of November, 2011.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

---

[1] Judge Smith disagrees. Because filing for office is currently set to begin on Monday November 28 (unless that schedule is stayed or modified), the parties should be required to comment on the Congressional plan by the close of business on Wednesday November 23 so that the court can get a final order in place for the Congressional plan in plenty of time on Friday November 25 that the parties can take any appropriate action that day.