UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ…et. al. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 11-cv-00360 |
| | § | OLG_JES_XR  (Lead Case) |
| STATE OF TEXAS, RICK PERRY, In His Official Capacity as Governor of the State of Texas, DAVID DEWHURST, In His Official Capacity as Lieutenant Governor ofthe State of Texas, and JOE STRAUS, In His Official Capacity as Speaker of the Texas House of Representatives. | § | |
| | § | |
| Defendant | § | |
| | § | |
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), it's Texas Districts and Members, including Gabriel Y. Rosales, Belen Robles, Ray Velarde, Johnny Villastrigo, Bertha Urteaga, Baldomero Garza, Marcelo Tafolla, Raul Villaronga, Asenet T. Armadillo, Elvira Rios, and Patricia Mancha and unnamed members in Texas | § | |
| | § | |
| Plaintiff-Intervenors | | |

**LULAC's ADVISORY TO THE COURT REGARDING CD220**

Pursuant to this Courts order, LULAC submits this comment regarding this courts proposed interim plan CD220.

1. LULAC is appreciative of the Courts understanding of the significance of keeping communities of interest together and in keeping the southern portion of San Antonio as a voting bloc of the Latino community.  LULAC would have preferred this community stayed together in CD23 instead of the new CD35, however CD35 is a district in which Latinos have an opportunity to elect a candidate of their choice.  LUAC would oppose any further alterration or removal of any precincts from the south and southeast portions of CD35.

2. LULAC does have concerns that CD23 still remains with the same objections presented at trial and objected by the DOJ in the sec. 5 court in Washington DC.  The replacement of high performing Anglo precincts and low performing Latino precincts still exist.  This courts decision to keep Maverick County wholly within one district is in line with the communities of interest standard and a plus for the Latino vote, however changing the El Paso configuration seems to dilute the voting bloc of Latinos in CD23.  On its face CD23 may appear to be a Latino opportunity district however because of the historical low performance of Latinos in certain counties and precincts and high performance history of the Anglo precincts added, this continues to not be a Latino opportunity district as argued in Trial and the DOJ memorandum.

3. LULAC has concerns that the Dallas area metroplex did not receive a new congressional district.  The evidence produced at trial show that between 2000 – 2010 the Latino population grew significantly and the Anglo population

declined. The combined minority population in the Dallas / Tarrant metroplex during this decade increased by 87.1%. Due to the historical discrimination of cracking, fracturing and packing the Latino communities among the existing Congressional districts, the Latino community is unable to elect a candidate of their choice. CD6 is packed with 3000.000 Latinos who should be combined with other Latino communities to form a Latino majority minority congressional district. In LULAC's opinion Dallas deserved a new Congressional district before any other area in Texas.

4. In conclusion, C220 dilutes the Latino voting strength in Texas by not increasing the number of Congressional districts in which Latinos have an opportunity to elect candidate of their choice. (7 out of 36 if CD23 is found to be not an opportunity district) or (8 out of 36 if CD23 is found to be an opportunity district).

DATED: November 25, 2011                Respectfully Submitted,

Luis RobertoVera, Jr.
LULAC National General Counsel
SBN: 20546740
THE LAW OFFICES OF LUIS ROBERTO
VERA, Jr. & ASSOC.
1325 Riverview Towers
111 Soledad
San Antonio, Texas 78205-2260
210-225-3300 office  210-225-2060 fax
lrvlaw@sbcglobal.net


/s/ Luis Roberto Vera, Jr.\_\_\_\_\_
Luis RobertoVera, Jr.

Attorney for the Plaintiff-Intervenors

**CERTIFICATE OF SERVICE**

I certify that on this November 25th 2011 a true and correct copy of Plaintiff-Intervenors Advisory to the Court regarding C220 was delivered by first class mail to all parties via electronic mail and the ECF filing delivery system.

/s/ Luis Roberto Vera, Jr.
Luis Roberto Vera, Jr.