# U.S. Congressional Districts
## Court-Ordered Interim Congressional Plan
### PLANC220



COUNTIES

PLANC220

Map ID 5000
11/25/11 15:48:01

Texas Legislative Council

19412
2010 Census
PLANC220   2011-11-23 09:42:17