APPENDIX B

1      In this document, "tract," "block group," and "block" mean
2  the geographic areas identified by those terms on the 2010 Census
3  TIGER/Line Shapefiles, prepared by the federal Bureau of the Census
4  for the Twenty-third Decennial Census of the United States,
5  enumerated as of April 1, 2010.

6      DISTRICT 1. District 1 is composed of Angelina, Gregg,
7  Harrison, Nacogdoches, Panola, Rusk, Sabine, San Augustine, Shelby
8  and Smith Counties; and Upshur County tracts 950600 and 950700; and
9  that part of Upshur County tract 950100 included in block groups 3
10  and 6 and blocks 1035, 1036, 1038, 1039, 1040, 1041, 1042, 1043,
11  1044, 1045, 4013, 4014, 4018, 4019, 4020, 4021, 4022, 4023, 4024,
12  4028, 4029, 4030, 4031, 4032, 4033, 4034, 4035, 4036, 4037, 4038,
13  4039, 4040, 4041, 4042, 4043 and 4044; and that part of Upshur
14  County tract 950200 included in blocks 1023, 1024, 1025, 1026,
15  1029, 1030, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,
16  1041, 1042, 1043, 1044, 1045, 1046, 1088, 1089 and 1091; and that
17  part of Upshur County tract 950300 included in block group 1; and
18  that part of Upshur County tract 950400 included in blocks 1000,
19  1001, 1002, 1003, 1004, 1005, 1006, 1008, 1010, 1012, 1014, 1015,
20  1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1029,
21  1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,
22  1041, 1042, 1043, 1044, 1045, 3000, 3017, 3022, 3023, 3024, 3025,
23  4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010,
24  4011, 4012, 4013, 4014, 4015, 4024, 4025, 4026, 4034, 4052, 4053,

```
 1  4054, 4055, 4056, 4057, 4058, 4059, 4060, 4061, 4062, 4063, 4087,
 2  4088 and 4089; and that part of Upshur County tract 950500 included
 3  in blocks 2040, 2041, 2042, 2046, 3000, 3001, 3002, 3003, 3004,
 4  3005, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028,
 5  3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039,
 6  3040, 3041, 3042, 3043, 3044, 3046, 3047, 3048, 3049, 3050, 3052,
 7  3057, 3058, 3059, 3065, 3066, 3067, 3068, 3069, 3070, 3071, 3072,
 8  3073, 3074, 3075, 3076, 3077, 3078, 3079, 3080, 3081, 3082, 3083,
 9  3084, 3085, 3086, 3087, 3088, 3089, 3090, 3091, 3092, 3093, 3094,
10  3095, 3096, 3097, 3098, 3099, 3100 and 3101; and that part of Wood
11  County tract 950601 included in block group 1 and blocks 2005, 2006,
12  2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,
13  2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028,
14  2029, 2030, 2031, 2032, 2033, 2034, 2037, 2038, 2039, 2040, 2041,
15  2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052,
16  2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063,
17  2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074,
18  2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085,
19  2086, 2087, 2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095, 2096,
20  2097, 2098, 2099, 2100, 2101, 2102, 2103, 2104, 2105, 2106, 2107,
21  2108, 2109, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118,
22  2119, 2120, 2121, 2122, 2123, 2124, 2125, 2126, 2127, 2128, 2129,
23  2130, 2131, 2132, 2133, 2134, 2135, 2136, 2137, 2138, 2139, 2140,
24  2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2150, 2151,
25  2152, 2153, 2154, 2155, 2156, 2157, 2158, 2159, 2160, 2161, 2162,
26  2163, 2164, 2165, 2166, 2167, 2168, 2169, 2170, 2171, 2172, 2173,
27  2174, 2175, 2176, 2177, 2178, 2179, 2180, 2181, 2182, 2183, 2184,
```

1  2185, 2186, 2187, 2188, 2189, 2190, 2191, 2192, 2193, 2194, 2195,

2  2196, 2197, 2198, 2199, 2200, 2201, 2202, 2203, 2204, 2205, 2206,

3  2207, 2208, 2209, 2210, 2211, 2212, 2213, 2214, 2215, 2216, 2217,

4  2218, 2219, 2220, 2221, 2222, 2223, 2224, 2225, 2226, 2227, 2228,

5  2229, 2230, 2231, 2232, 2233, 2234, 2235, 2236, 2237, 2238, 2239,

6  2240, 2241, 2242, 2243, 2244, 2245, 2246, 2247, 2248, 2249, 2250,

7  2251, 2252, 2253, 2254, 2255, 2256, 2257, 2258, 2259, 2260, 2261,

8  2262, 2263, 2264, 2265, 2266, 2267, 2268, 2269, 2270, 2271, 2272,

9  2273, 2274, 2275, 2276, 2277, 2278, 2279, 2280, 2281, 2282, 2283,

10 2284, 2285, 2286, 2287, 2288, 2289, 2290, 2291, 2292, 2293, 2294,

11 2295, 2296, 2297, 2298, 2299, 2300, 2301, 2302, 2303, 2304, 2305,

12 2306, 2307, 2308, 2309, 2310, 2311, 2312, 2313, 2314, 2315, 2316,

13 2317, 2318, 2319, 2320, 2321, 2322, 2323, 2324, 2325, 2326, 2327,

14 2328, 2329, 2330, 2331, 2332, 2333, 2334 and 2335; and that part of

15 Wood County tract 950602 included in blocks 2024, 2026, 2029, 2030,

16 2032, 2035, 2039, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048,

17 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059,

18 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070,

19 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080, 2081,

20 2082, 2083, 2084, 2085, 2086, 2087, 2088, 2089, 2090, 2091, 2092,

21 2093, 2094, 2095, 2096, 2097, 2098, 2099, 2100, 2101, 2102, 2103,

22 2104, 2105, 2106, 2107, 2108, 2109, 2110, 2111, 2112, 2113, 2114,

23 2115, 2116, 2117, 2118, 2119, 2120, 2121, 2122, 2123, 2124, 2125,

24 2126, 2127, 2128, 2129, 2130, 2131, 2132, 2133, 2134, 2135, 2136,

25 2137, 2138, 2139, 2140, 2141, 2142, 2145, 2146, 2147, 2148 and 2149;

26 and that part of Wood County tract 950700 included in blocks 1007,

27 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,

```
 1   1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,
 2   1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,
 3   1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051,
 4   1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062,
 5   1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073,
 6   1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084,
 7   1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095,
 8   1096, 1097, 1098, 1099, 3000, 3001, 3002, 3003, 3004, 3005, 3006,
 9   3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017,
10   3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028,
11   3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039,
12   3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050,
13   3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060, 3061,
14   3062, 3063, 3064, 3081, 3082, 3083, 3084, 3085, 3086, 3087, 3088,
15   3089, 3090, 3091, 3092, 3096, 3097, 3098, 3099, 3100, 3101, 3102,
16   3103, 3105, 3107, 3111 and 3112; and that part of Wood County tract
17   950800 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,
18   1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
19   1018, 1019, 1020, 1021, 1023, 1024, 4000, 4001, 4002, 4003, 4004,
20   4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015,
21   4016, 4020, 4021, 4022, 4023, 4026, 4027, 4028, 4029, 4030, 4031,
22   4032, 4033, 4034, 4035, 4036, 4037, 4038, 4039, 4040, 4041, 4042,
23   4043, 4044, 4045, 4046, 4047, 4048, 4049, 4050, 4051, 4052, 4053,
24   4054, 4055, 4056, 4057, 4058, 4059, 4060, 5000, 5001, 5002, 5003,
25   5004, 5005, 5006, 5007, 5008, 5009, 5010, 5011, 5012, 5013, 5052,
26   5053, 5054, 5057, 5058, 5059, 5060, 5061, 5062, 5063, 5064, 5065,
27   5066, 5067, 5068, 5069, 5070, 5071, 5072, 5073, 5074, 5075, 5076,
```

1   5077, 5090, 5091, 5092, 5093, 5094, 5114, 5115, 5116, 5117, 5118,

2   5119 and 5120.

3        DISTRICT 2.  District 2 is composed of Harris County tracts

4   240901, 240902, 241000, 241101, 241102, 241103, 241200, 241300,

5   241400, 250100, 250302, 250401, 250500, 250701, 250702, 250800,

6   250900, 251000, 251100, 251200, 251300, 251401, 251402, 251501,

7   251502, 251503, 251600, 251700, 251800, 251901, 251902, 252000,

8   252100, 252600, 252700, 252800, 252900, 253000, 253100, 430100,

9   430200, 521100, 521900, 522201, 522202, 522500, 534201, 534202,

10  534203, 540100, 540800, 551300, 551400, 551500, 551600, 551701,

11  551702, 551703, 551800, 551900, 552001, 552002, 552102, 552500,

12  552601, 552700, 552800, 552900, 553001, 553002, 553100, 553200,

13  553300, 553401, 553402, 553403, 553500, 553600, 553700, 553801,

14  553802, 554001, 554002, 554901, 554902, 554903 and 555000; and that

15  part of Harris County tract 232200 included in blocks 4000, 4001,

16  4002, 4003, 4004, 4071 and 4072; and that part of Harris County

17  tract 240400 included in blocks 1021, 1022, 1033, 1034, 1035, 1036,

18  1041, 1042 and 1043; and that part of Harris County tract 240801

19  included in block groups 1, 2 and 4 and blocks 3000, 3001, 3002,

20  3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013,

21  3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3024 and 3025; and

22  that part of Harris County tract 240802 included in block group 1

23  and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,

24  2009, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,

25  2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031,

26  2032 and 2033; and that part of Harris County tract 241500 included

27  in blocks 1000, 1001, 1002, 1005, 1006, 1007, 1008, 1010, 1011,

1   1012, 1029, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049,
2   1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1088,
3   1089, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1114, 1115 and 1116;
4   and that part of Harris County tract 250200 included in blocks 2000,
5   2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2010, 2011, 2013,
6   2014, 2015, 2016, 2017, 2018, 2019, 2020, 2022, 2023, 2024, 2025,
7   2026, 2027, 2028, 2029, 2031, 2032, 2033, 2034, 2035, 2036, 2041 and
8   2043; and that part of Harris County tract 250301 included in block
9   group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
10  2008, 2009, 2010, 2011, 2012, 2013, 2016, 2017, 2018, 2019, 2020,
11  2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2031, 2032,
12  2033, 2034, 2035, 2036, 2037 and 2038; and that part of Harris
13  County tract 250402 included in block groups 2 and 3 and blocks
14  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
15  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
16  1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,
17  1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,
18  1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054,
19  1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065,
20  1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076,
21  1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087,
22  1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098,
23  1099, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109,
24  1110, 1111, 1115, 1116, 1117, 1118 and 1119; and that part of Harris
25  County tract 250600 included in block groups 2, 3, 4 and 5 and
26  blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
27  1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019 and 1020;

1   and that part of Harris County tract 253200 included in block group
2   3 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,
3   2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019,
4   2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030,
5   2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041,
6   2042, 2043, 2044, 2045, 2046, 2048, 2049, 2050, 2052, 2058, 2066,
7   2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076, 2077,
8   2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086, 2087, 2088,
9   2089, 2090, 2091, 2092, 2093, 2094, 2095, 2096, 2097, 2098, 2099,
10  2100, 2101, 2102, 2103, 2104, 2105, 2106, 2107, 2108, 2109, 2110,
11  2111, 2112, 2113, 2114, 4000, 4001, 4003, 4004, 4010, 4024, 4028,
12  4029, 5000, 5001, 5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009,
13  5010 and 5011; and that part of Harris County tract 253500 included
14  in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
15  1009, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030 and
16  1031; and that part of Harris County tract 253600 included in block
17  group 3 and blocks 1000, 1008, 1009, 1012, 1014, 1022, 1023, 1024,
18  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1039, 1040,
19  1041, 1046, 1047, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2009,
20  2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,
21  2021, 2022, 2023, 2024, 2025, 2028, 2029 and 2030; and that part of
22  Harris County tract 253700 included in block groups 3 and 4 and
23  blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
24  2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,
25  2021, 2022, 2023, 2024, 2025, 2026, 2029, 2030 and 2043; and that
26  part of Harris County tract 253800 included in block group 1 and
27  blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,

1    2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2020, 2021,
2    2022, 2023, 2024, 2025, 2026, 2027, 2030, 2035, 2036, 2037, 4009,
3    4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018, 4019, 4020,
4    4021 and 4022; and that part of Harris County tract 430300 included
5    in blocks 1000 and 1003; and that part of Harris County tract 510600
6    included in blocks 1007, 1008, 1009, 1010, 1011, 1012 and 1033; and
7    that part of Harris County tract 510800 included in block groups 1,
8    2, 3, 5 and 6 and blocks 4000, 4001, 4002, 4003, 4004, 4005, 4006,
9    4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017,
10   4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4026, 4027, 4028,
11   4029, 4030, 4031, 4032, 4033, 4034, 4035, 4036, 4037, 4038, 4039,
12   4040, 4041, 4042, 4043, 4044, 4045, 4046, 4047, 4048, 4049, 4050,
13   4051, 4052, 4053, 4054, 4055, 4056, 4057, 4058, 4059, 4060, 4061,
14   4062, 4063, 4064, 4065, 4066, 4069, 4070, 4071, 4072, 4073, 4074,
15   4075, 4076, 4077, 4078, 4079, 4080, 4081, 4082, 4083, 4084, 4085,
16   4086, 4087, 4088 and 4089; and that part of Harris County tract
17   510900 included in blocks 2014, 2015, 2016, 2017, 2053, 2054, 2055,
18   2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2066, 2067, 2098,
19   2099, 2100, 2101, 2102 and 2107; and that part of Harris County
20   tract 520200 included in block group 2 and blocks 1000, 1001, 1002,
21   1003, 1006, 1007, 1008, 1010, 3004, 3008, 3009, 3010, 3011 and 3012;
22   and that part of Harris County tract 520300 included in blocks 1008,
23   1013, 2002, 2003, 2004, 3000, 3001, 3002, 3003, 3004, 3005, 3009,
24   3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019 and 3020;
25   and that part of Harris County tract 520602 included in blocks 2009,
26   2010, 2011, 2012 and 2013; and that part of Harris County tract
27   520700 included in block groups 1, 2 and 3 and blocks 4000, 4004,

```
 1  4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015,
 2  4016 and 4017; and that part of Harris County tract 521000 included
 3  in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
 4  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
 5  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
 6  1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,
 7  1042, 1043, 1044, 1045, 1046, 1047 and 1048; and that part of Harris
 8  County tract 521200 included in blocks 2002, 2005, 2006, 2007,
 9  2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017 and 2018;
10  and that part of Harris County tract 521300 included in blocks 1008,
11  1009, 1010, 1011, 4002, 4003, 4004, 4005, 4006, 4010, 4011, 4012,
12  4013, 4014, 4015 and 4016; and that part of Harris County tract
13  521700 included in blocks 4000, 4001, 4002, 4003, 4004, 4005, 4006,
14  4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017,
15  4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4026, 4027, 4032,
16  4039, 4040, 4041 and 4042; and that part of Harris County tract
17  521800 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,
18  1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
19  1018, 1019, 1020, 1021, 1022, 1023, 1024, 1027, 1028, 1029, 1030,
20  1031, 1032, 1033, 1034, 1047, 1048, 1049, 1050, 1051, 1052, 1062,
21  1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1079,
22  1082, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 2000, 2001,
23  2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012,
24  2013, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024,
25  2025, 2026, 2027, 2028 and 2029; and that part of Harris County
26  tract 522000 included in block group 1 and blocks 2001, 3000, 3001,
27  3002 and 3003; and that part of Harris County tract 522100 included
```

1   in block groups 1, 2 and 4 and blocks 3013, 3014, 3015, 3016, 3017,
2   3018, 3019, 3020, 3021, 3022, 3023, 3024 and 3025; and that part of
3   Harris County tract 522301 included in block group 1 and blocks
4   2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
5   2011, 2012, 2013, 2014, 2015, 2017, 2018, 2019, 2020, 2021, 2022,
6   2028, 2029, 2030, 2035 and 2036; and that part of Harris County
7   tract 522302 included in blocks 1000, 1001, 1002, 1003, 1004, 1005,
8   1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
9   1018, 1019, 1020, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
10  2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018,
11  2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
12  2030, 2031, 2032, 2033, 2035, 2036, 2039, 2040 and 2041; and that
13  part of Harris County tract 522401 included in block groups 1, 2 and
14  3 and blocks 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008,
15  4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018, 4019,
16  4020, 4021, 4022, 4023, 4024, 4030, 4031, 4032, 4033, 4034, 4038 and
17  4039; and that part of Harris County tract 533902 included in blocks
18  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010 and
19  1011; and that part of Harris County tract 534002 included in blocks
20  1003, 1004, 1011, 1012, 2000, 2001, 2002, 2003, 2004 and 2005; and
21  that part of Harris County tract 534003 included in blocks 1000,
22  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
23  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1022, 1023,
24  1024, 1025, 1026, 1027, 1028, 1029, 1036, 1037, 1038, 1039, 1040,
25  1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1050 and 1051; and
26  that part of Harris County tract 534100 included in block group 1;
27  and that part of Harris County tract 540200 included in blocks 1000,

1  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,

2  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1042, 1043, 1044, 1045,

3  1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055 and 1056;

4  and that part of Harris County tract 540901 included in blocks 1000,

5  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1033,

6  1034 and 1035; and that part of Harris County tract 540902 included

7  in block group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1023, 1024

8  and 3000; and that part of Harris County tract 550700 included in

9  blocks 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,

10  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,

11  1022, 1023, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,

12  1044, 1045, 1046 and 1047; and that part of Harris County tract

13  551200 included in block groups 3 and 4 and blocks 1010, 1011, 1014,

14  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1028, 1032, 2008, 2009,

15  2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,

16  2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031,

17  2032, 2034 and 2035; and that part of Harris County tract 552400

18  included in block groups 1 and 2 and blocks 3000, 3001, 3002, 3003,

19  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,

20  3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025,

21  3026, 3029, 3030, 3031 and 3032; and that part of Harris County

22  tract 552602 included in blocks 1000, 1001, 1016, 1017, 1023, 1024,

23  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1037, 1038, 1039, 1047,

24  1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056 and 1057; and

25  that part of Harris County tract 553900 included in block group 2

26  and blocks 1000, 3000, 3001, 3002, 3003, 3005, 3006, 3007, 3008,

27  3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,

1   3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030 and
2   3031; and that part of Harris County tract 554102 included in block
3   group 1 and blocks 3010, 3016, 3017, 3018, 3019, 3020, 3021, 3022,
4   3023, 3024, 3025, 3026, 3027, 3028, 3035, 3036 and 3037; and that
5   part of Harris County tract 554200 included in blocks 2013, 2014,
6   2015, 2020 and 2021; and that part of Harris County tract 554802
7   included in blocks 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,
8   1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051,
9   1052, 1053, 1054, 1055, 1056, 1057, 1058, 1060, 1061, 1062, 1063,
10  1064, 1071, 1072, 1073, 1074, 1111, 1112, 1113, 1114, 1115, 1121,
11  1139, 1140, 1141, 1142, 1143 and 1146; and that part of Harris
12  County tract 555100 included in block groups 2 and 3 and blocks
13  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
14  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022,
15  1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033,
16  1034, 1035, 1036 and 1037; and that part of Harris County tract
17  555200 included in blocks 1015, 1028, 1029, 1030 and 1032; and that
18  part of Harris County tract 980100 included in blocks 1000, 1002,
19  1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1050 and
20  1051.

21       DISTRICT 3.  District 3 is composed of Collin County tracts
22  030301, 030302, 030303, 030304, 030403, 030404, 030405, 030406,
23  030407, 030408, 030504, 030505, 030506, 030507, 030508, 030509,
24  030510, 030511, 030512, 030513, 030514, 030515, 030516, 030517,
25  030518, 030519, 030520, 030521, 030522, 030523, 030524, 030525,
26  030526, 030527, 030528, 030529, 030530, 030531, 030601, 030603,
27  030604, 030605, 030701, 030702, 030801, 030802, 030900, 031001,

```
 1  031003, 031004, 031312, 031313, 031316, 031405, 031406, 031407,
 2  031408, 031409, 031410, 031411, 031504, 031505, 031506, 031507,
 3  031508, 031611, 031612, 031613, 031621, 031622, 031623, 031624,
 4  031625, 031626, 031627, 031628, 031629, 031630, 031631, 031632,
 5  031633, 031634, 031635, 031636, 031637, 031638, 031639, 031640,
 6  031641, 031642, 031643, 031645, 031646, 031647, 031648, 031649,
 7  031652, 031653, 031654, 031655, 031656, 031657, 031658, 031659,
 8  031660, 031661, 031662, 031663, 031664, 031704, 031706, 031708,
 9  031709, 031711, 031712, 031713, 031714, 031715, 031716, 031717,
10  031718, 031719, 031720, 031802, 031804, 031805, 031806, 031807,
11  031900, 032003, 032004, 032008, 032009, 032010, 032011, 032012 and
12  032013; and that part of Collin County tract 030100 included in
13  block 2062; and that part of Collin County tract 030305 included in
14  block groups 1, 2, 3, 5 and 6 and blocks 4000, 4001, 4002, 4003,
15  4004, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015,
16  4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4026,
17  4027, 4028, 4029, 4030, 4031, 4032, 4033, 4034, 4035, 4036, 4037,
18  4038, 4039, 4040, 4041, 4042, 4043, 4044, 4045, 4046, 4047, 4048,
19  4049, 4050, 4051, 4052, 4053, 4054, 4055, 4056, 4057, 4058, 4059,
20  4060, 4061, 4062, 4063, 4064, 4065, 4066, 4067, 4068, 4069, 4070,
21  4071, 4072, 4073, 4074, 4075, 4076, 4077, 4078, 4079, 4080, 4081,
22  4082, 4083, 4084, 4085, 4086, 4087, 4088, 4089, 4090, 4091, 4092,
23  4093, 4094, 4095, 4096, 4097, 4098, 4099, 4100, 4101 and 4102; and
24  that part of Collin County tract 031100 included in blocks 1016,
25  1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,
26  1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1040,
27  1041, 1042 and 1056; and that part of Collin County tract 031308
```

1  included in block group 2; and that part of Collin County tract

2  031314 included in block group 2 and blocks 1000, 1001, 1002, 1003,

3  1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,

4  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,

5  1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,

6  1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047,

7  1048, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058 and 1059; and

8  that part of Collin County tract 031315 included in block groups 2,

9  6, 7 and 8; and that part of Collin County tract 031317 included in

10  block group 3 and blocks 1000, 1001, 1002, 1003, 1004, 1016, 1017,

11  1020, 1021, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1042,

12  1043, 1048, 2002, 2003, 2004, 2005, 2007 and 2011.

13       DISTRICT 4.  District 4 is composed of Bowie, Camp, Cass,

14  Delta, Fannin, Franklin, Grayson, Hopkins, Hunt, Lamar, Marion,

15  Morris, Rains, Red River, Rockwall and Titus Counties; and Collin

16  County tracts 030201, 030202 and 030203; and that part of Collin

17  County tract 030100 included in block groups 1 and 3 and blocks

18  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,

19  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,

20  2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032,

21  2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043,

22  2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054,

23  2055, 2056, 2057, 2058, 2059, 2060, 2061, 2063, 2064, 2065 and 2066;

24  and that part of Collin County tract 030305 included in block 4005;

25  and that part of Collin County tract 031100 included in block groups

26  2, 3, 4, 5 and 6 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,

27  1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1038, 1039,

1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053,
1054, 1055, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065,
1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076,
1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087,
1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098,
1099, 1100, 1101, 1102 and 1103; and that part of Collin County
tract 031201 included in block group 3 and blocks 1000, 1001, 1002,
1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046,
1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057,
1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068,
1069, 1071, 1072, 1073, 2000, 2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,
2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028,
2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039,
2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050,
2051, 2052, 2053, 2054, 2056, 2057, 2058, 2059, 2060, 2061, 2062,
2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073,
2074, 2075, 2076, 2077, 2078, 2087, 2088, 2089, 2090, 2091, 2092 and
2093; and that part of Collin County tract 031202 included in block
group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,
1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051,

1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1061, 1062, 1063,
1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074,
1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085,
1086 and 1087; and that part of Collin County tract 031310 included
in blocks 2086 and 2088; and that part of Upshur County tract 950100
included in block groups 2, 5 and 7 and blocks 1000, 1001, 1002,
1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1037,
4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010,
4011, 4012, 4015, 4016, 4017, 4025, 4026, 4027, 4045 and 4046; and
that part of Upshur County tract 950200 included in block groups 2
and 3 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1027, 1028, 1031, 1047, 1048, 1049, 1050,
1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061,
1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072,
1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083,
1084, 1085, 1086, 1087, 1090 and 1092; and that part of Upshur
County tract 950300 included in block groups 2, 3, 4 and 5; and that
part of Upshur County tract 950400 included in block group 2 and
blocks 1007, 1009, 1011, 1013, 1026, 1027, 1028, 3001, 3002, 3003,
3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,
3015, 3016, 3018, 3019, 3020, 3021, 3026, 3027, 3028, 3029, 3030,
3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041,
3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051, 3052,
3053, 3054, 3055, 3056, 3057, 4016, 4017, 4018, 4019, 4020, 4021,

1    4022, 4023, 4027, 4028, 4029, 4030, 4031, 4032, 4033, 4035, 4036,

2    4037, 4038, 4039, 4040, 4041, 4042, 4043, 4044, 4045, 4046, 4047,

3    4048, 4049, 4050, 4051, 4064, 4065, 4066, 4067, 4068, 4069, 4070,

4    4071, 4072, 4073, 4074, 4075, 4076, 4077, 4078, 4079, 4080, 4081,

5    4082, 4083, 4084, 4085, 4086, 4090 and 4091; and that part of Upshur

6    County tract 950500 included in block groups 1 and 4 and blocks

7    2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,

8    2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,

9    2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032,

10   2033, 2034, 2035, 2036, 2037, 2038, 2039, 2043, 2044, 2045, 2047,

11   2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058,

12   2059, 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067, 2068, 2069,

13   2070, 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080,

14   2081, 2082, 2083, 2084, 2085, 2086, 2087, 2088, 2089, 2090, 2091,

15   2092, 2093, 2094, 2095, 2096, 2097, 2098, 2099, 2100, 2101, 2102,

16   2103, 2104, 2105, 2106, 2107, 2108, 2109, 2110, 2111, 2112, 2113,

17   2114, 2115, 2116, 2117, 2118, 2119, 2120, 2121, 2122, 2123, 2124,

18   2125, 2126, 2127, 2128, 2129, 2130, 2131, 2132, 2133, 2134, 2135,

19   2136, 2137, 2138, 2139, 2140, 2141, 2142, 2143, 2144, 2145, 2146,

20   2147, 2148, 2149, 2150, 2151, 3006, 3007, 3008, 3009, 3010, 3011,

21   3012, 3013, 3014, 3015, 3016, 3017, 3018, 3045, 3051, 3053, 3054,

22   3055, 3056, 3060, 3061, 3062, 3063 and 3064.

23       DISTRICT 5.  District 5 is composed of Anderson, Cherokee,

24   Henderson, Kaufman and Van Zandt Counties; and Dallas County tracts

25   007818, 007820, 007821, 007824, 007826, 008200, 012400, 012601,

26   012603, 012604, 012701, 012702, 013004, 017001, 017003, 017303,

27   017304, 017305, 017400, 017500, 017602, 017606, 017702, 017703,

1  017704, 017804, 017807, 017808, 017811, 017812, 017813, 017814,

2  017900, 018001, 018002, 018104, 018127, 018130, 018132, 018141,

3  018142 and 019013; and that part of Dallas County tract 000100

4  included in block group 1 and blocks 3000, 3001, 3009, 3010, 3011,

5  3015, 3016, 3017, 3018, 3019, 3020, 3021 and 3022; and that part of

6  Dallas County tract 007809 included in block group 2 and blocks

7  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1012, 1013, 1014, 1015 and

8  1016; and that part of Dallas County tract 007812 included in blocks

9  2010, 2013, 2014, 2015, 2016, 2020, 2022, 2023, 2024, 2025, 2026,

10  2027, 2028, 2029, 2031 and 2032; and that part of Dallas County

11  tract 007815 included in block group 1 and blocks 2003, 2004, 2005,

12  2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,

13  3003, 3004, 3005, 3006 and 3007; and that part of Dallas County

14  tract 007825 included in block group 4 and blocks 2000, 2001, 2002,

15  2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2015,

16  2016, 2017, 2018, 2019, 2020, 2021, 2022 and 2023; and that part of

17  Dallas County tract 007827 included in block groups 2 and 3; and

18  that part of Dallas County tract 007902 included in blocks 1000,

19  3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038,

20  3039, 3040, 3041, 3042, 3045, 3046, 3047, 3048, 3049 and 3050; and

21  that part of Dallas County tract 008000 included in blocks 1001,

22  1002, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,

23  1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,

24  1025, 1026, 2016, 2020, 2021, 2022, 3001, 3002, 3003, 3004, 3005,

25  3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016,

26  3017, 4000, 4001, 4002, 4003, 4004, 4005, 4007, 4008, 4009, 4010,

27  4011, 4012, 4033, 4034, 4035, 4036, 4037, 4038, 4040, 5000, 5001,

1  5002, 5008, 5009, 5010, 5017, 6000, 6006 and 6007; and that part of
2  Dallas County tract 008100 included in blocks 1000, 1004, 1006,
3  1007, 1008, 1009, 2000, 2001, 2002, 2003, 2004, 2005, 2007, 2008,
4  2009, 2010, 2011, 2012, 2013, 2016, 2017, 2021, 2022 and 2023; and
5  that part of Dallas County tract 011900 included in blocks 5000,
6  5001, 5002 and 5003; and that part of Dallas County tract 012207
7  included in blocks 1000, 1001, 1003, 1006, 1007 and 1012; and that
8  part of Dallas County tract 012209 included in blocks 1000, 1001,
9  1002, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
10  1017 and 1018; and that part of Dallas County tract 012302 included
11  in blocks 3001, 3002, 3015 and 3016; and that part of Dallas County
12  tract 012500 included in block groups 1 and 3 and blocks 2000, 2001,
13  2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012,
14  2013, 2014, 2015, 2016, 2017, 2018, 2021, 2022, 2023, 4000, 4001,
15  4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012,
16  4013, 4014, 5000, 5001, 5002, 5003, 5004, 5005, 5006, 5007, 5008,
17  5009, 5010, 5011, 5012, 5013, 5014, 5015, 5016, 5017, 5018, 5019,
18  5020, 5021, 5022, 5023, 5024, 5025, 5026, 5027, 5028, 5029 and 5030;
19  and that part of Dallas County tract 012800 included in block groups
20  1, 2, 4, 5 and 6 and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006,
21  3007, 3008, 3009, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020,
22  3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029 and 3030; and
23  that part of Dallas County tract 012900 included in block groups 2,
24  3, 4 and 5 and blocks 1001, 1002, 1003, 1004, 1005, 1006, 1007,
25  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
26  1019, 1020, 1021, 1022, 1023, 1024 and 1025; and that part of Dallas
27  County tract 013005 included in block groups 2, 3 and 4 and blocks

1   1013, 1016, 1017, 1018, 1019, 1020 and 1021; and that part of Dallas
2   County tract 013007 included in blocks 3000, 3001, 3004, 3005,
3   3006, 3007, 3008, 3009, 3010, 3011, 3012 and 3021; and that part of
4   Dallas County tract 013008 included in block group 2; and that part
5   of Dallas County tract 013009 included in block group 3; and that
6   part of Dallas County tract 013010 included in block groups 1 and 3
7   and blocks 2000, 2001, 2002 and 2012; and that part of Dallas County
8   tract 013011 included in block groups 1 and 2 and blocks 3008, 3020,
9   3021, 3022, 3023 and 3024; and that part of Dallas County tract
10  017004 included in block group 3 and blocks 1001, 1002, 1003, 1004,
11  1005, 1006, 1007, 1008, 1009, 1010, 1011, 2000, 2001, 2002, 2003,
12  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014,
13  2015, 2016, 2017, 2018, 2019, 2020, 2031, 2032, 2033, 2034, 2035,
14  2036, 2037, 2038, 2039, 2040, 2041, 2042, 2050, 2051, 2052, 2053,
15  2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2064, 2065,
16  2066, 2067 and 2068; and that part of Dallas County tract 017101
17  included in blocks 2019, 2026 and 2027; and that part of Dallas
18  County tract 017201 included in blocks 3000 and 3001; and that part
19  of Dallas County tract 017202 included in blocks 1000, 1006, 1007
20  and 1008; and that part of Dallas County tract 017306 included in
21  block groups 2 and 3 and blocks 1000, 1001, 1002, 1003, 1004, 1005,
22  1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
23  1017, 1018, 1019, 1021, 1022, 1023, 1024, 1025, 1026, 1028, 1030,
24  1031, 1032, 1033, 1034, 1035, 4000, 4001, 4002, 4003, 4005, 4006,
25  4007, 4008, 4009, 4010, 4016, 4017, 4018, 4019, 4020, 4021, 4022,
26  4023, 4024, 4025, 4026, 4027, 4028, 4032, 4033, 4034, 4035, 4036,
27  4037, 4038 and 4040; and that part of Dallas County tract 017604

1  included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1008,
2  1009, 1010, 1011, 1012, 1013, 1014, 2000, 2001, 2002, 2003, 2004,
3  2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2020 and 2021;
4  and that part of Dallas County tract 017805 included in block groups
5  3, 4 and 5 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,
6  1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
7  1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1029, 2000,
8  2001, 2002, 2003, 2004, 2005, 2006, 2011, 2012, 2018, 2019, 2020,
9  2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2031, 2032, 2033,
10 2034, 2035, 2036, 2037, 2038, 2039 and 2040; and that part of Dallas
11 County tract 017806 included in block groups 1, 3 and 4 and blocks
12 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
13 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
14 2024, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035 and
15 2036; and that part of Dallas County tract 018126 included in block
16 groups 2, 3, 4 and 5 and blocks 1007, 1008, 1009, 1010, 1016, 1017,
17 1018, 1019, 1020, 1021, 1022, 1024, 1025, 1026, 1027, 1028, 1029,
18 1030, 1031, 1032, 1033 and 1034; and that part of Dallas County
19 tract 018129 included in block group 2 and blocks 1010, 1011, 1012,
20 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
21 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
22 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1045, 1049, 1050,
23 1051, 1052, 1053, 1054, 1055, 1057, 1058, 1061, 1062, 1063, 1064,
24 1065, 1066, 1067, 1069, 1070, 1071, 1072, 1073 and 1074; and that
25 part of Dallas County tract 018135 included in block 1018; and that
26 part of Dallas County tract 018137 included in blocks 1000, 1034,
27 1038, 2011 and 2012; and that part of Dallas County tract 018138

1   included in blocks 1025, 1027, 1028, 1029 and 1039; and that part of
2   Dallas County tract 018300 included in blocks 3016, 3017, 3018,
3   3019, 3027 and 3041; and that part of Dallas County tract 018401
4   included in blocks 2032, 2033, 2034, 2040 and 2041; and that part of
5   Dallas County tract 018402 included in blocks 1013, 1014, 1015,
6   1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025 and 3000;
7   and that part of Dallas County tract 018403 included in blocks 1008,
8   1010 and 1013; and that part of Dallas County tract 018501 included
9   in block group 1 and blocks 2011, 2012, 2013, 2014, 2015, 2016,
10  2017, 2018, 2019, 2020, 2021, 2022, 2023, 3001, 3003, 3004, 3005,
11  3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013 and 3014; and that
12  part of Dallas County tract 018505 included in block group 2 and
13  blocks 1000, 1001, 1002 and 1005; and that part of Dallas County
14  tract 018506 included in blocks 1000, 1001, 1002, 1003, 1004, 1005,
15  1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
16  1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,
17  1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,
18  1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049,
19  1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060,
20  1064, 1065, 1066, 1067, 1068, 1069, 1073, 1074, 1075, 1076, 1077,
21  1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088,
22  1089, 1090, 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100,
23  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2011, 2012,
24  2013, 2014, 2015 and 2016; and that part of Dallas County tract
25  019014 included in block 3023; and that part of Dallas County tract
26  019019 included in blocks 2002, 2012 and 2013; and that part of
27  Dallas County tract 019033 included in blocks 1008, 1009, 2009,

1 2010, 3018, 3019, 3020, 3021 and 3022; and Wood County tracts
2 950100, 950200, 950301, 950302, 950400 and 950500; and that part of
3 Wood County tract 950601 included in blocks 2000, 2001, 2002, 2003,
4 2004, 2035 and 2036; and that part of Wood County tract 950602
5 included in block group 1 and blocks 2000, 2001, 2002, 2003, 2004,
6 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015,
7 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2025, 2027, 2028,
8 2031, 2033, 2034, 2036, 2037, 2038, 2040, 2143, 2144, 2150, 2151 and
9 2152; and that part of Wood County tract 950700 included in block
10 group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 3065,
11 3066, 3067, 3068, 3069, 3070, 3071, 3072, 3073, 3074, 3075, 3076,
12 3077, 3078, 3079, 3080, 3093, 3094, 3095, 3104, 3106, 3108, 3109 and
13 3110; and that part of Wood County tract 950800 included in block
14 groups 2 and 3 and blocks 1022, 1025, 4017, 4018, 4019, 4024, 4025,
15 5014, 5015, 5016, 5017, 5018, 5019, 5020, 5021, 5022, 5023, 5024,
16 5025, 5026, 5027, 5028, 5029, 5030, 5031, 5032, 5033, 5034, 5035,
17 5036, 5037, 5038, 5039, 5040, 5041, 5042, 5043, 5044, 5045, 5046,
18 5047, 5048, 5049, 5050, 5051, 5055, 5056, 5078, 5079, 5080, 5081,
19 5082, 5083, 5084, 5085, 5086, 5087, 5088, 5089, 5095, 5096, 5097,
20 5098, 5099, 5100, 5101, 5102, 5103, 5104, 5105, 5106, 5107, 5108,
21 5109, 5110, 5111, 5112 and 5113.

22      DISTRICT 6.  District 6 is composed of Ellis and Navarro
23 Counties; and Dallas County tracts 004201, 004202, 004400, 004500,
24 004600, 004700, 005100, 005200, 005300, 006302, 006401, 006402,
25 006501, 006502, 006700, 006800, 006900, 010602, 010701, 010703,
26 010704, 010801, 014405, 014406, 014501, 014502, 014601, 014602,
27 014603, 014701, 014702, 014703, 014901, 014902, 015000, 015100,

1   015202, 015204, 015205, 015206, 015303, 015304, 015305, 015306,
2   015401, 015403, 015404, 015500, 015600, 015700, 015800, 015900,
3   016001, 016002, 016100, 016201, 016202, 016301, 016302, 016401,
4   016406, 016407, 016408, 016409, 016410, 016411, 016412, 016413,
5   016502, 016510, 016511, 016513, 016516, 016518, 016519, 016521,
6   016616 and 019900; and that part of Dallas County tract 002000
7   included in block groups 4 and 5 and blocks 1016, 1017, 1018, 1019,
8   1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
9   1031, 1032, 2007, 2008, 2009, 2010, 2011, 2017, 2018, 2019, 2020,
10  2021, 2022, 2023, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015,
11  3016 and 3019; and that part of Dallas County tract 004800 included
12  in block group 2 and blocks 1003, 1004, 1005, 1006, 1007, 1008,
13  1009, 1010, 1011, 1012, 1013, 1016, 1017, 1018, 1019, 1020, 1021,
14  1022, 1023, 1024, 1025, 1026, 1027, 1028, 3000, 3001, 3002, 3003,
15  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,
16  3015, 3016, 3017, 3018, 3019, 3020, 3022, 3023 and 3024; and that
17  part of Dallas County tract 005000 included in block group 2 and
18  blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
19  1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020,
20  1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1032,
21  1033, 1034, 1035, 3000, 3002, 3003, 3004, 3005, 3006, 3007, 3008,
22  3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,
23  3020, 3021, 3022, 3023, 3024, 3025 and 3027; and that part of Dallas
24  County tract 006200 included in blocks 2000, 2001, 2002, 2003,
25  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2012, 2013, 2014, 2015,
26  2017, 2018, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008,
27  3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,

1   3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3031, 3032,

2   3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043,

3   3044, 3045, 3046, 3047, 4004, 4005, 4006, 4007, 4008, 4009, 4010,

4   4011, 4012, 4016, 4017, 4018, 4019 and 4020; and that part of Dallas

5   County tract 006301 included in block group 2 and blocks 1000, 3000,

6   3001, 3002, 3003, 3004, 3005, 3009, 4000, 4001, 4002, 4003, 4004,

7   4005, 4006 and 4009; and that part of Dallas County tract 010601

8   included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,

9   1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,

10   1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,

11   1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1042,

12   1043, 2002, 2003, 2008, 2009, 2010, 2011, 2012, 2014, 2015, 2016,

13   2017, 2019, 2020, 2021, 2023, 2024, 2025 and 2027; and that part of

14   Dallas County tract 010803 included in blocks 4004, 4005, 4006 and

15   4007; and that part of Dallas County tract 010804 included in block

16   group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,

17   1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,

18   1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,

19   1030, 1031, 1032, 1033, 1034, 1035, 1038 and 1039; and that part of

20   Dallas County tract 010805 included in block groups 2 and 3 and

21   blocks 1011, 1012, 1013, 1014, 1015, 1016, 1017 and 1018; and that

22   part of Dallas County tract 010903 included in blocks 1005, 1006,

23   1050, 1053, 1054, 1055, 1075, 1076, 1077, 1078, 1079, 1080, 1081,

24   1082, 2002 and 2003; and that part of Dallas County tract 010904

25   included in blocks 2046, 2047, 2048 and 2049; and that part of

26   Dallas County tract 014204 included in blocks 1030, 1031, 1036,

27   1037 and 1061; and that part of Dallas County tract 014407 included

1   in block groups 1 and 2 and blocks 3000, 3001, 3002, 3003, 3004,
2   3005, 3006, 3007, 3008, 3010, 3011 and 3012; and that part of Dallas
3   County tract 014408 included in blocks 1000, 1001, 1002, 1003,
4   1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
5   1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1027, 1028,
6   1029, 1030 and 1031; and that part of Dallas County tract 016509
7   included in block groups 1, 2, 3 and 4 and blocks 5000, 5001, 5002,
8   5003, 5004, 5005, 5006, 5007, 5008, 5009, 5010, 5011, 5012, 5013,
9   5014, 5015, 5016, 5017, 5018, 5019, 5021, 5022, 5023 and 5024; and
10  that part of Dallas County tract 016514 included in block groups 2
11  and 3 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
12  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1019, 1020,
13  1022, 1023, 1024, 1025 and 1026; and that part of Dallas County
14  tract 016517 included in block group 2 and blocks 1012, 1013, 1014,
15  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1025, 1026, 1027,
16  1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,
17  1039, 1040, 1041, 1043, 1044, 3001, 3002, 3003, 3004, 3005, 3006,
18  3007, 3008, 3009, 3010, 3011, 3013, 3014, 3015, 3016, 3018 and 3020;
19  and that part of Dallas County tract 016520 included in block group
20  3 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
21  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
22  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
23  1031, 1032, 1033, 1034, 1035, 1036, 1040, 1041, 1042, 1043, 1044,
24  1045, 1047, 2001, 2005, 2006, 2008, 2009, 2010, 2011, 2012, 2013,
25  2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024,
26  2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034 and 2035;
27  and that part of Dallas County tract 016522 included in block group

1  2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,

2  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,

3  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,

4  1031, 1032, 1033, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042,

5  1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053,

6  1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1065,

7  1066, 1067 and 1068; and that part of Dallas County tract 016523

8  included in block groups 1, 2 and 3 and blocks 4001, 4002, 4003,

9  4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014,

10  4015, 4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025,

11  4026, 4027, 4028, 4029, 4030, 4034, 4035 and 4036; and that part of

12  Dallas County tract 016607 included in blocks 2000, 2001, 2004,

13  2005, 2006, 2008, 2009, 2010, 2016, 2017, 2018, 2019 and 2020; and

14  that part of Dallas County tract 016615 included in blocks 1012,

15  1013, 1014, 1015, 1016, 1017, 1018, 1022, 1023, 1024, 1025, 1026,

16  1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037,

17  1038, 1039 and 1040; and that part of Dallas County tract 016624

18  included in block group 1; and that part of Dallas County tract

19  020100 included in block group 2 and blocks 1000, 1001, 1002, 1003,

20  1004, 1005, 1006, 1007, 1008, 1009, 1011, 1012, 1014, 1015, 1016,

21  1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,

22  1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,

23  1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049,

24  1050, 1051, 1052, 1053, 1054, 1055, 1057, 1058, 1059, 1060, 1061,

25  1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072,

26  1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083,

27  1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094,

1    1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105,

2    1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116,

3    1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127,

4    1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137, 1138,

5    1139, 1140, 1141, 1142 and 1143; and Tarrant County tracts 111304,

6    111306, 111307, 111308, 111309, 111312, 111314, 111402, 111406,

7    111407 and 111409; and that part of Tarrant County tract 111301

8    included in block group 4 and blocks 1000, 1001, 1002, 1011, 1012,

9    1014, 1028, 3000, 3001 and 3047; and that part of Tarrant County

10   tract 111310 included in blocks 2020, 2021 and 2027; and that part

11   of Tarrant County tract 111311 included in block group 2 and blocks

12   1022, 1023, 1024, 1025, 1026, 1027, 1028, 1032, 1033, 1034, 1035,

13   1036, 1037 and 1038; and that part of Tarrant County tract 111313

14   included in block groups 1, 3 and 4 and blocks 2002, 2003, 2004,

15   2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015,

16   2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026,

17   2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037 and

18   2038; and that part of Tarrant County tract 111404 included in

19   blocks 2002, 2041 and 2042; and that part of Tarrant County tract

20   111408 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,

21   1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,

22   1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,

23   1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039,

24   1040, 1041, 1042, 1043, 1044, 1045, 1047, 1048, 1051, 2000, 2001 and

25   2007; and that part of Tarrant County tract 111533 included in block

26   2028; and that part of Tarrant County tract 111534 included in block

27   group 1; and that part of Tarrant County tract 111549 included in

1  block groups 2 and 3 and blocks 1000, 1018, 1023, 1024, 1025, 1026,

2  1027, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,

3  1042, 1043 and 1044; and that part of Tarrant County tract 111551

4  included in blocks 1013, 1014 and 3024.

5         DISTRICT 7.  District 7 is composed of Harris County tracts

6  410200, 410300, 410401, 410402, 410500, 410701, 410702, 410800,

7  410900, 411000, 411100, 411200, 411300, 411400, 411501, 411502,

8  411600, 411700, 411800, 411900, 412000, 412100, 412300, 412400,

9  412500, 412600, 412700, 412800, 412900, 413000, 413100, 413201,

10  413202, 413300, 420200, 420300, 420400, 420600, 420700, 420800,

11  420900, 421000, 421800, 421900, 422000, 430400, 430500, 430600,

12  430700, 430800, 430900, 431000, 431101, 431102, 431201, 431202,

13  431301, 431302, 431401, 431402, 431501, 431502, 431600, 431700,

14  431801, 431802, 431900, 432001, 432002, 432100, 432200, 432701,

15  432702, 450100, 450200, 450300, 450400, 450500, 450600, 450700,

16  450801, 450802, 450900, 451001, 451002, 451100, 451200, 451300,

17  451401, 451402, 451403, 451500, 451601, 451602, 454501, 454502,

18  454600, 454700, 454800, 454900, 522402, 540501, 540502, 540601,

19  540602, 540700, 541001, 541002, 541003, 541100, 541201, 541202,

20  541203, 541300, 541400, 541500, 541601, 541602, 541700, 541800,

21  541900, 542000, 542101, 542102, 542301, 543200, 552101 and 552103;

22  and that part of Harris County tract 312600 included in block 3039;

23  and that part of Harris County tract 313100 included in blocks 1000,

24  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,

25  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1022, 1024,

26  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1039,

27  1042, 1043, 1046, 1080, 2000, 2001, 2002, 2003, 2004, 2005, 2006,

1   2008, 2009, 2010, 2012, 2013, 2015, 2016, 2017, 2018, 2022, 2023,
2   2024, 2026, 2027, 2043 and 2044; and that part of Harris County
3   tract 314300 included in block 2011; and that part of Harris County
4   tract 410100 included in blocks 1012, 1013, 1050, 1051, 1052, 1078,
5   1079, 1080, 1082, 1084 and 1085; and that part of Harris County
6   tract 410600 included in block group 2 and blocks 1000, 1001, 1002,
7   1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1013, 1015,
8   1016, 1017, 1018, 1022, 1023, 1024, 1025, 1026, 1029, 1030, 1031,
9   1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1044,
10  1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055,
11  1056, 1059, 1060, 1061, 1062 and 1064; and that part of Harris
12  County tract 412200 included in block groups 2, 3 and 4 and blocks
13  1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
14  1017, 1018, 1019, 1020, 1025, 1026, 1027, 1028, 1029 and 1030; and
15  that part of Harris County tract 421500 included in blocks 2000,
16  2001, 2011, 2012, 2013, 2015, 3000, 3001, 3002, 3003, 3004, 3005,
17  3006, 3007, 3008 and 3009; and that part of Harris County tract
18  421600 included in blocks 3000, 3001, 3004, 3011, 3012, 3013, 3014,
19  3015, 3016, 3017 and 3018; and that part of Harris County tract
20  421700 included in block groups 2, 3 and 4 and blocks 1000, 1004,
21  1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012 and 1013; and that
22  part of Harris County tract 422100 included in block groups 1 and 5
23  and blocks 2001, 2002, 2003, 2004, 4000, 4001, 4002, 4003, 4004,
24  4005, 4006, 4007, 4008, 4009, 4013, 4014 and 4015; and that part of
25  Harris County tract 422402 included in block groups 1 and 4; and
26  that part of Harris County tract 422500 included in block groups 2
27  and 4 and blocks 3017 and 3018; and that part of Harris County tract

```
 1   422600 included in block group 1 and blocks 2000, 2001, 2003, 2004,
 2   2005, 2006, 2007, 2008, 2009, 2010, 3000, 3001, 3002, 3003, 3004,
 3   3005, 3006, 3007, 3014, 3015, 3016, 3017, 3018, 3019, 3021, 3022,
 4   3023, 4005, 4010 and 4011; and that part of Harris County tract
 5   430300 included in block groups 2 and 3 and blocks 1001, 1002, 1004,
 6   1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015,
 7   1016, 1017, 1018 and 1019; and that part of Harris County tract
 8   432500 included in blocks 1000, 1001, 1002, 1003, 1009, 1010, 1011,
 9   1012, 1019, 1020, 2000, 2001, 2002, 2003, 2004, 2005, 3000, 3001,
10   3002, 3003, 3004, 3005 and 3006; and that part of Harris County
11   tract 432600 included in block group 1 and blocks 2000, 2001, 2002,
12   2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,
13   2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2024, 2030,
14   2036, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047,
15   2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058,
16   2059, 2060, 2061 and 2062; and that part of Harris County tract
17   432801 included in blocks 1013, 1014, 1015, 1016, 1017, 1018, 1019,
18   1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
19   1031, 1032, 1033, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097,
20   1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108,
21   1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1120, 1122,
22   1123 and 1124; and that part of Harris County tract 454400 included
23   in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
24   1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
25   1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
26   1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,
27   1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052,
```

1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1065, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1088, 1089, 1090, 1091, 1092 and 1094; and that part of Harris County tract 510700 included in blocks 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038 and 2039; and that part of Harris County tract 521000 included in blocks 1049, 1050, 1051, 1052 and 1053; and that part of Harris County tract 522301 included in blocks 2016, 2023, 2024, 2025, 2026, 2027, 2031, 2032, 2033 and 2034; and that part of Harris County tract 522302 included in blocks 1017, 1021, 2034, 2037 and 2038; and that part of Harris County tract 522401 included in blocks 4025, 4026, 4027, 4028, 4029, 4035, 4036 and 4037; and that part of Harris County tract 540200 included in blocks 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1057 and 1058; and that part of Harris County tract 540901 included in blocks 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031 and 1032; and that part of Harris County tract 540902 included in blocks 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1025, 1026, 1027, 1028, 3001, 3002, 3003, 3004, 3005, 3006, 3007,

```
1   3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018,
2   3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029,
3   3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040,
4   3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051,
5   3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060, 3061, 3062,
6   3063, 3064, 3065, 3066, 3067, 3068, 3069, 3070, 3071, 3072, 3073,
7   3074, 3075, 3076, 3077, 3078 and 3079; and that part of Harris
8   County tract 542200 included in blocks 1048, 1049, 1050, 1051, 1055
9   and 1058; and that part of Harris County tract 542302 included in
10  blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
11  1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1044,
12  1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1057 and 1058; and
13  that part of Harris County tract 542900 included in blocks 3037,
14  3038, 3039, 3040, 3041, 3042, 3043, 3044, 3047, 3048 and 3052; and
15  that part of Harris County tract 543002 included in blocks 1028,
16  1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037 and 1049; and
17  that part of Harris County tract 543003 included in blocks 1000,
18  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
19  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022,
20  1023, 1024, 1025, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055,
21  1067, 1068, 1069, 1070, 1071, 1072, 1074, 1075, 1076, 1077, 1078,
22  1079 and 1081; and that part of Harris County tract 552200 included
23  in block group 1 and blocks 2035, 3000, 3001, 3002, 3003, 3004,
24  3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015,
25  3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026,
26  3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037,
27  3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048,
```

1  3049, 3050, 3051, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060,

2  3061, 3062, 3063, 3064, 3065, 3066, 3067, 3068, 3069, 3070, 3071,

3  3072, 3073, 3074, 3075, 3076, 3077, 3078, 3079, 3080, 3081, 3082,

4  3083, 3084, 3085, 3086, 3087, 3088, 3089, 3090, 3091, 3092, 3093,

5  3094, 3095, 3096, 3097, 3098, 3099, 3100, 3101, 3102 and 3103; and

6  that part of Harris County tract 552400 included in blocks 3027,

7  3028 and 3033.

8      DISTRICT 8.  District 8 is composed of Freestone, Grimes,

9  Houston, Leon, Madison, Montgomery, San Jacinto, Trinity and Walker

10 Counties; and Harris County tracts 555301, 555302, 555303, 555401

11 and 555402; and that part of Harris County tract 554802 included in

12 blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,

13 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,

14 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031,

15 2032, 2034 and 2035; and that part of Harris County tract 555100

16 included in block 1000; and that part of Harris County tract 555200

17 included in block group 2 and blocks 1000, 1001, 1002, 1003, 1004,

18 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1016,

19 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,

20 1031, 1033, 1034, 1035 and 1036; and that part of Harris County

21 tract 555501 included in blocks 1000, 1028, 1029, 1030, 1031, 1032,

22 1033, 1034, 1035, 1066, 1067, 1098, 1099, 2000, 2001, 2002, 2003,

23 2004, 2006 and 2035.

24     DISTRICT 9.  District 9 is composed of Fort Bend County

25 tracts 670102, 670200, 670300, 670400, 670500, 670601, 670602,

26 671200, 672500, 672601 and 672602; and that part of Fort Bend County

27 tract 670101 included in block groups 1, 2 and 4 and blocks 3000,

```
1   3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011,
2   3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3024, 3025, 3026,
3   3027, 3028, 3029, 3030, 3031, 3032 and 3033; and that part of Fort
4   Bend County tract 670700 included in blocks 1016, 1018, 1019, 1020,
5   1021, 1022, 1023, 1024, 1025, 1026, 1036, 1037, 1038, 1045, 1046,
6   1047, 1048, 1049, 1050, 1051, 1052, 1053, 1062, 1063 and 1064; and
7   that part of Fort Bend County tract 671100 included in blocks 1000,
8   1001, 1002, 1003, 1004, 1006, 1007, 1009, 1010, 4000, 4001, 4002,
9   4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013,
10  4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021, 4025 and 4026; and
11  that part of Fort Bend County tract 671300 included in block group 2
12  and blocks 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
13  1010, 1011, 1015, 1016, 1019, 1025, 1026, 1027, 1028, 1029, 1031,
14  1032 and 1033; and that part of Fort Bend County tract 671400
15  included in blocks 2049, 2050 and 2051; and that part of Fort Bend
16  County tract 671800 included in blocks 1003, 1004, 1005, 1008,
17  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
18  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
19  1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,
20  1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052,
21  1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063,
22  1064, 1065, 1066, 1067, 1068, 1071, 1073, 1074, 1075, 1076, 1078,
23  1079, 1080, 1081, 1082, 1083, 2060, 2061, 2062, 2063 and 2146; and
24  that part of Fort Bend County tract 672400 included in block groups
25  1 and 3 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
26  2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2019, 2026, 4005,
27  4006, 4007, 4008 and 4010; and that part of Fort Bend County tract
```

1   672701 included in block group 2; and that part of Fort Bend County
2   tract 672900 included in blocks 1000, 1001, 1002, 1003, 1004, 1005,
3   1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
4   1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,
5   1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,
6   1039, 1040, 1041, 1045, 1046, 1047, 1048, 1049, 1098, 1099, 1246,
7   1310, 1311, 1349, 1350, 1351, 1352, 1353, 1354, 1355, 1356, 1357,
8   1358, 1359, 1360, 1361, 1362, 1363, 1364, 1365, 1366, 1367, 1368,
9   1369, 1370, 1371, 1378, 1379, 1380, 1390, 1392, 1395, 1399, 1400,
10  1401 and 1402; and that part of Fort Bend County tract 673002
11  included in blocks 2017, 2018, 2019, 2028 and 2029; and Harris
12  County tracts 314001, 314002, 314400, 330100, 330200, 330301,
13  330302, 330303, 330400, 330500, 330600, 330700, 330800, 330900,
14  331300, 331400, 331500, 331601, 331602, 331700, 331800, 331900,
15  334100, 420100, 420500, 421101, 421102, 421201, 421202, 421300,
16  421401, 421402, 421403, 422200, 422301, 422302, 422401, 422701,
17  422702, 422800, 422900, 423000, 423100, 423201, 423202, 423301,
18  423302, 423401, 423402, 423500, 423600, 432300, 432400, 432802,
19  432901, 432902, 433001, 433002, 433003, 433100, 433201, 433202,
20  433300, 433400, 433501, 433502, 433600, 440100, 451700, 451800,
21  451901, 451902, 452000, 452100, 452201, 452202, 452300, 452400,
22  452500, 452600, 452700, 452801, 452802, 452900, 453000, 453100,
23  453200, 453300, 453401, 453402, 453403, 453501, 453502, 453601,
24  453602, 453700, 453800, 453900, 454000, 454100, 454200, 454301 and
25  454302; and that part of Harris County tract 312600 included in
26  blocks 1005, 1006, 1007, 1016, 1017, 1018, 1023 and 1024; and that
27  part of Harris County tract 313100 included in blocks 1021, 1023,

1   1035, 1036, 1037, 1038, 1040, 1041, 1044, 1047, 1055, 2007, 2011,
2   2014, 2019, 2020, 2021, 2025, 2028, 2029, 2030, 2031, 2032, 2033,
3   2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2045 and 2046;
4   and that part of Harris County tract 313900 included in block groups
5   2 and 3 and blocks 1042, 1045, 1046, 1047, 1048, 1049, 1050, 1051,
6   1052, 1053, 1054, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063,
7   1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074,
8   1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085,
9   1086, 1087, 1088, 1089, 1090 and 1091; and that part of Harris
10  County tract 314300 included in block groups 1 and 3 and blocks
11  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
12  2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022,
13  2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033,
14  2034 and 2035; and that part of Harris County tract 331100 included
15  in block groups 2 and 3 and blocks 1004, 4000, 4017, 4018, 4019,
16  4020, 4021, 4022, 4023, 4024, 4025, 4026, 4033, 4034, 4035, 4036,
17  4037, 4038, 4039, 4040, 4041, 4042, 4043, 4044, 4045, 4046, 4047,
18  4048, 4049, 4050, 4051, 4052, 4053, 4054, 4055, 4056, 4058, 4059,
19  4060, 4061, 4062, 4063, 4064, 4065, 4066, 4067, 4068, 4069, 4070,
20  4071, 4072, 4073, 4074, 4075, 4076, 4077, 4078, 4079, 4080, 4081,
21  4082, 4083, 4084, 4085, 4086, 4087, 4088, 4089, 4090, 4091, 4092,
22  4093, 4094, 4095, 4096, 4097, 4099, 4100, 4101, 4102, 4103, 4104,
23  4105 and 4106; and that part of Harris County tract 331200 included
24  in block group 2 and blocks 1000, 1002, 1003, 1004, 1005, 1006,
25  1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
26  1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,
27  1029, 1030, 1031, 1032 and 1033; and that part of Harris County

```
 1   tract 332000 included in blocks 2000, 2001, 2004, 2005, 2006, 2007,
 2   2008, 2009 and 2010; and that part of Harris County tract 332300
 3   included in block group 2; and that part of Harris County tract
 4   332400 included in block groups 2 and 3 and blocks 1008, 1009, 1013,
 5   1014, 1015, 1016, 1017 and 1018; and that part of Harris County
 6   tract 412200 included in blocks 1000, 1001, 1002, 1003, 1004, 1005,
 7   1021, 1022, 1023, 1024 and 1031; and that part of Harris County
 8   tract 421500 included in block groups 1 and 4 and blocks 2002, 2003,
 9   2004, 2005, 2006, 2007, 2008, 2009, 2010, 2014, 3010, 3011, 3012,
10   3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023 and
11   3024; and that part of Harris County tract 421600 included in block
12   groups 1, 2 and 4 and blocks 3002, 3003, 3005, 3006, 3007, 3008,
13   3009 and 3010; and that part of Harris County tract 421700 included
14   in blocks 1001, 1002 and 1003; and that part of Harris County tract
15   422100 included in block group 3 and blocks 2000, 2005, 2006, 2007,
16   2008, 2009, 2010, 4010, 4011 and 4012; and that part of Harris
17   County tract 422402 included in block groups 2 and 3; and that part
18   of Harris County tract 422500 included in block group 1 and blocks
19   3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010,
20   3011, 3012, 3013, 3014, 3015, 3016 and 3019; and that part of Harris
21   County tract 422600 included in blocks 2002, 3008, 3009, 3010,
22   3011, 3012, 3013, 3020, 4000, 4001, 4002, 4003, 4004, 4006, 4007,
23   4008 and 4009; and that part of Harris County tract 432500 included
24   in blocks 1004, 1005, 1006, 1007, 1008, 1013, 1014, 1015, 1016,
25   1017, 1018, 1021, 1022, 1023, 1024, 2006, 2007, 2008, 2009, 2010,
26   2011, 2012, 2013, 2014, 2015, 2016, 2017, 3007, 3008, 3009, 3010,
27   3011, 3012, 3013, 3014, 3015, 3016, 3017 and 3018; and that part of
```

1   Harris County tract 432600 included in blocks 2023, 2025, 2026,
2   2027, 2028, 2029, 2031, 2032, 2033, 2034, 2035 and 2037; and that
3   part of Harris County tract 432801 included in block groups 2 and 3
4   and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
5   1009, 1010, 1011, 1012, 1034, 1035, 1036, 1037, 1038, 1039, 1040,
6   1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051,
7   1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062,
8   1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073,
9   1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084,
10  1085, 1086, 1087, 1088, 1089, 1118, 1119 and 1121; and that part of
11  Harris County tract 454400 included in blocks 1064, 1066, 1087 and
12  1093.

13      DISTRICT 10.  District 10 is composed of Burleson, Lee,
14  Milam and Washington Counties; and that part of Bastrop County
15  tract 950100 included in block groups 1, 4 and 5 and blocks 2015,
16  2016, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027,
17  2028, 2029, 2041, 2045, 2055, 2056 and 2061; and that part of
18  Bastrop County tract 950200 included in block groups 1 and 5 and
19  blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
20  2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,
21  2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031,
22  2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042,
23  2043, 2046, 2048, 2049, 2050, 2052, 2053, 2054, 2055, 2056, 2057,
24  2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065, 2067, 2068, 2069,
25  2070, 2072, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008,
26  3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,
27  3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030,

```
 1  3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041,
 2  3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051, 3052,
 3  3053, 3054, 3056, 3060, 3063, 4000, 4001, 4002, 4003, 4004, 4005,
 4  4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016,
 5  4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4026, 4027,
 6  4028, 4029, 4030, 4031, 4032, 4033, 4034, 4035, 4036, 4037, 4038,
 7  4039, 4042, 4043, 4044, 4045, 4046, 4047, 4048, 4049, 4050, 4051,
 8  4052 and 4053; and that part of Bastrop County tract 950400 included
 9  in block 4012; and that part of Bastrop County tract 950501 included
10  in block groups 1 and 3 and blocks 2000, 2001, 2002, 2003, 2007,
11  2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2039, 2040, 2041,
12  2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052,
13  2053, 2054, 2055 and 2057; and that part of Bastrop County tract
14  950502 included in block group 2 and blocks 1000, 1001, 1002, 1003,
15  1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
16  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
17  1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,
18  1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047,
19  1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058,
20  1060, 1062, 1065, 1067, 1068, 1069, 1071, 1072, 1073, 1074, 1075,
21  1126, 1127, 1173, 1174, 1175, 1176, 1177, 1178, 1179, 1180, 1181,
22  1182, 1183, 1184, 1185, 1186, 1187, 1188, 1189, 1190, 1191, 1192,
23  1194, 1195, 1196, 1197, 1198, 1199, 3000, 3002, 3004, 3005, 3006,
24  3007, 3008, 3009, 3019, 3035, 3036, 3037, 3038, 3039, 3040, 3041,
25  3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051, 3052,
26  3053, 3054, 3055, 3056, 3059 and 3069; and that part of Bastrop
27  County tract 950600 included in blocks 1000, 1001, 1002, 1003,
```

1   1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
2   1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
3   1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,
4   1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047,
5   1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058,
6   1059, 1060, 1061, 1062, 1063, 1070, 1071, 1084, 1086, 1087, 1088,
7   1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099,
8   1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110,
9   1111, 1112, 1113, 1114, 1115, 1116, 1118, 1119, 1120, 1121, 1122,
10  1123, 1124, 1141, 1142, 1143, 1156, 1157, 1158, 1159, 1170, 1216,
11  1219, 1220, 1221, 1222, 1223 and 1228; and that part of Brazos
12  County tract 002010 included in blocks 1012, 1013, 1014, 1015,
13  1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026,
14  1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037,
15  1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048,
16  1050, 1051, 1052, 1053, 1054, 1055 and 2056; and that part of Brazos
17  County tract 002011 included in blocks 1000, 1001, 1002, 1003,
18  1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
19  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
20  1026, 1027, 1028, 1029, 1033, 1034, 1035, 1036, 1037, 1038, 1039,
21  1040, 1041, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074,
22  1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085,
23  1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096,
24  1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107,
25  1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118,
26  1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127, 1128, 1129,
27  1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137, 1138, 1139, 1140,

```
 1  1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148, 1149, 1150, 1151,
 2  1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159, 1160, 1161, 1162,
 3  1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1171, 1172, 1173,
 4  1174, 1175, 1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184,
 5  1185, 1186, 1187, 1188, 1189, 1190, 1191, 1192, 1194, 1195, 1196,
 6  1197, 1198, 1199, 1200, 1201, 1202, 1204, 2025, 2026, 2027, 2028,
 7  2029, 2030, 2031, 2032, 2033, 2034 and 2035; and Harris County
 8  tracts 554403, 554501, 555600, 555701, 555702 and 556000; and that
 9  part of Harris County tract 543001 included in blocks 1000, 1001,
10  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
11  1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
12  1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
13  1035, 1036, 1037, 1038, 1061, 1062, 1063, 1064, 1065, 1066, 1067,
14  1123, 1125, 1126, 1133, 1134 and 1136; and that part of Harris
15  County tract 543002 included in blocks 2000, 2001, 2002, 2003,
16  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2015, 2016,
17  2017, 2019, 2020, 2021, 2022, 2023, 2024 and 2025; and that part of
18  Harris County tract 543100 included in blocks 1000, 1001, 1002,
19  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
20  1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
21  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
22  1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046,
23  1047, 1048, 1049, 1050, 1051, 1052, 1053, 1062, 1063, 1065, 1066,
24  1067, 1068, 1069, 1070, 1075, 1076, 1077, 1078, 1079, 1080, 1081,
25  1082, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094,
26  1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105 and
27  1106; and that part of Harris County tract 554402 included in block
```

```
1   group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
2   2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018,
3   2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
4   2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040,
5   2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051,
6   2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062,
7   2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070, 2074, 2075, 2076,
8   2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086, 2087,
9   2090, 2091, 2092 and 2093; and that part of Harris County tract
10  554502 included in blocks 2011, 2012, 2013, 2014, 2015, 2016, 2017,
11  2018, 2019, 2020, 2021, 2022, 2023, 2024, 3000, 3001, 3002, 3003,
12  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,
13  3015, 3016, 3018, 3019, 3021 and 3024; and that part of Harris
14  County tract 555501 included in blocks 1001, 1002, 1003, 1004,
15  1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015,
16  1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026,
17  1027, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
18  1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056,
19  1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1068, 1069,
20  1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080,
21  1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091,
22  1092, 1093, 1094, 1095, 1096, 1097, 1100, 2005, 2007, 2008, 2009,
23  2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,
24  2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031,
25  2032, 2033, 2034, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043,
26  2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053 and 2054;
27  and that part of Harris County tract 555502 included in blocks 1000,
```

```
 1  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
 2  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022,
 3  1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033,
 4  1034, 1035, 1036, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
 5  1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056,
 6  1057, 1058, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,
 7  2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019,
 8  2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030,
 9  2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041,
10  2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052,
11  2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063,
12  2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074,
13  2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085,
14  2086, 2087, 2091, 2092, 2093, 2094, 2095, 2096, 2097, 2098, 2099,
15  2100, 2101, 2102, 2103, 2104, 2105, 2106, 2107, 2108, 2109, 2110,
16  2111 and 2112; and Travis County tracts 000102, 001705, 001706,
17  001707, 001714, 001716, 001722, 001745, 001753, 001754, 001755,
18  001756, 001757, 001781, 001782, 001785, 001786, 001826, 001828,
19  001829, 001832, 001835, 001840, 001841, 001845, 001846, 001847,
20  001848, 001850, 001851, 001853, 001854, 001855, 001857, 001858,
21  001859, 001860, 001861, 001862, 001863, 001864, 002209 and 002500;
22  and that part of Travis County tract 000101 included in block 2009;
23  and that part of Travis County tract 001602 included in block 1001;
24  and that part of Travis County tract 001603 included in blocks 5001,
25  5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009, 5010, 5011, 5012,
26  5013, 5014, 5015, 5016, 5017, 5018, 5019, 5020, 5021, 5022, 5023,
27  5024 and 5029; and that part of Travis County tract 001604 included
```

1  in block group 2 and blocks 1000, 1001, 1002, 1003, 3000, 3001,
2  3002, 3003, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013,
3  3014, 3015, 3016 and 3017; and that part of Travis County tract
4  001718 included in block group 4; and that part of Travis County
5  tract 001719 included in block groups 2 and 3 and blocks 1000, 1002,
6  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011 and 1012; and
7  that part of Travis County tract 001741 included in blocks 1000,
8  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
9  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022,
10 1023, 1024, 1025, 1026, 1027, 1028, 1032, 1033, 1059, 1060, 1061,
11 1062, 1063, 1064, 1065, 1066, 1068, 2000, 2001, 2002, 2003, 2004,
12 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015,
13 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026,
14 2027, 2028, 2029, 2030, 2031, 2032 and 2034; and that part of Travis
15 County tract 001751 included in block group 2; and that part of
16 Travis County tract 001752 included in block group 2; and that part
17 of Travis County tract 001760 included in blocks 1000, 1001, 1002,
18 1015, 1016, 1017, 1018, 1019, 1020, 1046, 1047, 1048, 1049, 1050,
19 1051, 1052, 1053, 1054, 1055, 1056, 1098, 2000, 2001, 2002, 2003,
20 2004, 2005, 2006, 2007, 2008, 2009, 2027, 2059, 2062, 2063 and 2065;
21 and that part of Travis County tract 001761 included in block group
22 1 and blocks 2000, 2001, 2011, 2014, 2015, 2016, 2018, 2019, 2021,
23 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030 and 2031; and
24 that part of Travis County tract 001765 included in block group 1
25 and blocks 2008, 2009, 2010, 2012, 2013, 2014, 2015, 2016, 2017,
26 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028,
27 2029, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040,

1   2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051,

2   2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062,

3   2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073,

4   2074, 2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084,

5   2085, 2086, 2087, 2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095,

6   2096, 2097, 2098, 2099, 2100, 2101, 2102, 2105, 2106, 2107, 2108,

7   2109, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119,

8   2120, 2121, 2122, 2123, 2124, 2125, 2126, 2127, 2128, 2129, 2130,

9   2131, 2132, 2133, 2134, 2135, 2136, 2137, 2138, 2139, 2140, 2141,

10  2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2150, 2151, 2152,

11  2153, 2154, 2155, 2156, 2157, 2158, 2159, 2160, 2161, 2162, 2163,

12  2164, 2165, 2166, 2167, 2168, 2169, 2170, 2171, 2172, 2175, 2176,

13  2177, 2178, 2179 and 2180; and that part of Travis County tract

14  001780 included in blocks 1082, 1083 and 2090; and that part of

15  Travis County tract 001824 included in blocks 1000, 2007 and 2008;

16  and that part of Travis County tract 001833 included in block 2017;

17  and that part of Travis County tract 001839 included in block group

18  2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,

19  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,

20  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,

21  1031, 1032, 1033, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042,

22  1043, 1044, 1045, 1046 and 1047; and that part of Travis County

23  tract 001842 included in block group 2 and blocks 1000, 1001, 1002,

24  1003, 1004, 1005, 1006, 1008, 1009, 1010, 1011, 1016, 1037, 1038 and

25  1039; and that part of Travis County tract 001843 included in block

26  group 2 and blocks 1010, 1011, 1012, 1013, 1014, 1015, 1016 and

27  1017; and that part of Travis County tract 001844 included in block

```
 1   group 1 and blocks 3000, 3002, 3003 and 3004; and that part of
 2   Travis County tract 001849 included in block groups 2, 3 and 4 and
 3   blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
 4   1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1021 and
 5   1022; and that part of Travis County tract 001856 included in blocks
 6   1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
 7   1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
 8   1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,
 9   1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,
10   1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054,
11   1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065,
12   1066, 1067, 1068, 1069, 1070, 1071, 1073, 1078, 2000, 2001, 2002,
13   2003, 2004, 2018, 2019, 2056, 2057, 2067 and 2068; and that part of
14   Travis County tract 001912 included in block group 2 and blocks
15   1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
16   1011, 1012, 1013, 1014, 1021, 1022, 1023, 1024 and 1025; and that
17   part of Travis County tract 001913 included in block group 2 and
18   blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
19   1011, 1012, 1013, 1014, 1015, 1021, 1022, 1023, 1024 and 1026; and
20   that part of Travis County tract 002202 included in blocks 3001,
21   3002, 3003 and 3004; and that part of Travis County tract 002207
22   included in blocks 1000, 1001, 1002, 1003, 1004, 1028, 1051 and
23   1052; and that part of Travis County tract 002210 included in block
24   group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
25   1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
26   1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,
27   1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,
```

1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051,
1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062,
1063, 1064, 1065, 1067, 1068, 1069 and 1070; and that part of Travis
County tract 002211 included in block 1017; and that part of Travis
County tract 002212 included in blocks 1000, 1001, 1002, 1003,
1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
1026, 1027, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037,
1038, 1039, 1040, 1041, 1042, 1044, 1045, 1046, 1047, 1048, 1049,
1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060,
1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071,
1072, 1073 and 1074; and Waller County tracts 680400 and 680600; and
that part of Waller County tract 680200 included in blocks 1006,
1007, 1008, 1009, 1029, 1030, 1031, 1032 and 1092; and that part of
Waller County tract 680300 included in block groups 1, 2 and 5 and
blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009,
3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020,
3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031,
3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041, 3042,
3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051, 3052, 3053,
3054, 3055, 3056, 3057, 3058, 3059, 3060, 3061, 3062, 3063, 3064,
3065, 3066, 3067, 3068, 3069, 3070, 3071, 3072, 3073, 3074, 3075,
3076, 3077, 3078, 3079, 3080, 3081, 3082, 3083, 3084, 3085, 3086,
3087, 3088, 3089, 3090, 3091, 3092, 3093, 3094, 3095, 3096, 3097,
3098, 3099, 3100, 3101, 3102, 3103, 3104, 3105, 3106, 3107, 3108,
3109, 3110, 3111, 3112, 3113, 3114, 3115, 3116, 3117, 3118, 3119,
3120, 3121, 3122, 3123, 3124, 3125, 3126, 3127, 3128, 3129, 3130,

```
1   3131, 3132, 3133, 3134, 3135, 3136, 3137, 3138, 3139, 3140, 3141,
2   3142, 3143, 3144, 3145, 3146, 3147, 3148, 3149, 3150, 3151, 3152,
3   3153, 3154, 3155, 3156, 3157, 3158, 3168, 3169, 3170, 3171, 3175,
4   4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010,
5   4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021,
6   4022, 4023, 4024, 4025, 4026, 4027, 4028, 4029, 4030, 4031, 4032,
7   4033, 4036, 4038, 4039, 4040, 4078, 4079, 4080 and 4084; and that
8   part of Waller County tract 680500 included in block groups 1, 2, 3
9   and 4 and blocks 5000, 5001, 5002, 5004, 5006, 5007, 5008, 5009,
10  5010, 5011, 5012, 5013, 5014, 5015, 5016, 5017, 5018, 5019, 5020,
11  5021, 5022, 5023, 5024, 5025, 5026, 5027, 5028, 5029, 5030, 5031,
12  5032, 5033, 5034, 5035, 5036, 5037, 5038, 5039, 5040, 5041, 5042,
13  5043, 5044, 5045, 5046, 5047, 5048, 5049, 5050, 5051, 5052, 5053,
14  5054, 5055 and 5056; and Williamson County tracts 020302, 020311,
15  020312, 020313, 020314, 020315, 020316, 020317, 020318, 020319,
16  020320, 020321, 020322, 020323, 020324, 020325, 020326, 020327,
17  020328, 020403, 020404, 020405, 020406, 020408, 020409, 020410,
18  020411, 020506, 020507, 020508, 020509 and 020510; and that part of
19  Williamson County tract 020301 included in blocks 3002, 3072, 3073,
20  3074, 3075, 3078, 3080, 3081, 3082, 3083, 3084, 3085, 3090, 3091,
21  3093, 3094, 3095, 3096, 3097 and 3103; and that part of Williamson
22  County tract 020310 included in block group 1 and blocks 2013, 2014,
23  2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025,
24  2026, 2027, 2028, 2029 and 2031; and that part of Williamson County
25  tract 020503 included in block groups 1 and 2 and blocks 3000, 3001,
26  3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3011, 3012, 3013,
27  3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024 and
```

1   3025; and that part of Williamson County tract 020504 included in
2   block group 4 and blocks 1001, 1002, 1004, 1005, 1006, 1007, 1008,
3   1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
4   1020, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
5   2011, 2012, 2013, 2014, 2015, 3000, 3001, 3002, 3003, 3004, 3005,
6   3006, 3007, 3008, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018,
7   3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029,
8   3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040,
9   3041, 3042, 3043, 3044, 3045 and 3046; and that part of Williamson
10  County tract 020505 included in block group 2 and blocks 1000, 1001,
11  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
12  1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
13  1024, 1026, 1027, 1028 and 1029; and that part of Williamson County
14  tract 020602 included in blocks 2024, 2025, 2026, 2027 and 2028; and
15  that part of Williamson County tract 020701 included in block 1079;
16  and that part of Williamson County tract 020703 included in blocks
17  3015, 3016, 3019, 3020, 3021, 3022 and 3023.

18      DISTRICT 11.  District 11 is composed of Andrews, Brown,
19  Callahan, Coke, Coleman, Comanche, Concho, Dawson, Eastland,
20  Ector, Erath, Glasscock, Hood, Irion, Kimble, McCulloch, Martin,
21  Menard, Midland, Mills, Mitchell, Palo Pinto, Runnels, San Saba,
22  Shackelford, Stephens, Sterling and Tom Green Counties.

23      DISTRICT 12.  District 12 is composed of Parker County; and
24  Tarrant County tracts 100101, 100102, 100601, 100602, 102000,
25  102100, 102201, 102202, 102301, 102302, 102401, 102402, 102500,
26  102601, 102602, 102700, 102800, 104201, 104900, 105006, 105007,
27  105008, 105201, 105203, 105204, 105205, 105403, 105404, 105405,

1  105406, 105505, 105507, 105508, 105513, 105514, 106600, 106700,

2  110101, 110102, 110202, 110203, 110204, 110301, 110302, 110401,

3  110500, 110600, 110701, 110703, 110704, 110805, 110806, 110807,

4  110808, 110809, 110901, 110903, 110905, 110906, 110907, 111008,

5  111010, 111013, 111015, 111016, 111018, 111203, 111204, 111405,

6  111506, 111526, 111529, 111531, 111532, 111545, 111546, 113206,

7  113810, 113811, 114003, 114005, 114006, 114007, 114008, 114102,

8  114104, 114203, 114204, 114205, 114206, 114207, 121608, 121609,

9  121610, 121611, 122500, 122600 and 123000; and that part of Tarrant

10  County tract 100201 included in blocks 1000, 1001, 1014 and 1015;

11  and that part of Tarrant County tract 100202 included in blocks

12  2051, 2052 and 2053; and that part of Tarrant County tract 100501

13  included in blocks 5032, 5034, 5035, 5036, 5037, 5038, 5039, 5040,

14  5041, 5042, 5045 and 5050; and that part of Tarrant County tract

15  100502 included in block group 5; and that part of Tarrant County

16  tract 100700 included in block groups 2, 3, 4 and 5 and blocks 1000,

17  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1013,

18  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1026,

19  1027 and 1028; and that part of Tarrant County tract 101201 included

20  in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,

21  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,

22  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,

23  1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,

24  1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052,

25  1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063,

26  1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074,

27  1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085,

1  1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096,
2  1097, 1107, 1108 and 1113; and that part of Tarrant County tract
3  101202 included in block group 2 and blocks 3000, 3001, 3002, 3003,
4  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,
5  3015 and 3063; and that part of Tarrant County tract 101302 included
6  in block 3024; and that part of Tarrant County tract 104202 included
7  in block groups 1 and 3 and blocks 2000, 2001, 2002, 2003, 2004,
8  2005, 2006, 2007, 2008, 2009, 2010, 2013, 2014, 2015, 2016, 2017,
9  2018, 2019, 2020, 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007,
10 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016 and 4017; and
11 that part of Tarrant County tract 104300 included in block groups 2,
12 4 and 6 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
13 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
14 1019, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
15 1031, 1032, 1033, 1034, 3000, 3001, 3002, 3003, 3004, 3005, 3006,
16 3007, 3008, 3009, 3010, 3011, 3012, 3014, 3015, 3016, 3017, 3018,
17 3019, 3020, 5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009, 5010 and
18 5013; and that part of Tarrant County tract 105503 included in block
19 groups 5 and 6 and blocks 4004, 4006, 4007 and 4008; and that part of
20 Tarrant County tract 105510 included in blocks 1010, 1011, 1012,
21 1013, 1014, 1045, 1050, 1051 and 1058; and that part of Tarrant
22 County tract 106004 included in block 2043; and that part of Tarrant
23 County tract 106400 included in blocks 1022, 1023, 2011, 2012, 2016
24 and 2017; and that part of Tarrant County tract 110402 included in
25 block group 5; and that part of Tarrant County tract 111005 included
26 in blocks 4041, 4042, 4043, 4044, 4045, 4046, 4047, 4048, 4049, 4050
27 and 4051; and that part of Tarrant County tract 111011 included in

1   blocks 2014, 2015, 2017, 2018, 2019, 2022, 2023, 2024, 2025, 2026,
2   2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037,
3   2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048,
4   2049, 2050, 2051, 2052, 2053, 2054, 2055, 2057, 2058, 2059, 2060,
5   2061, 2062, 2063, 2065, 2066, 2067, 2068 and 2069; and that part of
6   Tarrant County tract 111017 included in block group 2 and blocks
7   1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
8   1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
9   1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,
10  1033, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044,
11  1045, 1046 and 1047; and that part of Tarrant County tract 111102
12  included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006 and
13  1007; and that part of Tarrant County tract 111301 included in block
14  group 2 and blocks 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
15  1013, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
16  1025, 1026, 1027, 1029, 3002, 3003, 3004, 3005, 3006, 3007, 3008,
17  3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,
18  3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030,
19  3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041,
20  3042, 3043, 3044, 3045 and 3046; and that part of Tarrant County
21  tract 111404 included in block groups 1, 3 and 4 and blocks 2000,
22  2001, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012,
23  2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023,
24  2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034,
25  2035, 2036, 2037, 2038, 2039, 2040, 2043, 2044, 2045, 2046, 2047,
26  2048 and 2049; and that part of Tarrant County tract 111408 included
27  in blocks 1046, 1049, 1050, 2002, 2003, 2004, 2005, 2006, 2008,

1   2009, 2010 and 2011; and that part of Tarrant County tract 111505
2   included in block group 2 and blocks 1007, 1008, 1009, 1010, 1011,
3   1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1026, 1027,
4   1028, 1029, 1030, 1031, 1032, 1033, 1034 and 1035; and that part of
5   Tarrant County tract 111516 included in blocks 2012, 2013 and 2034;
6   and that part of Tarrant County tract 111524 included in blocks 5000
7   and 5001; and that part of Tarrant County tract 111525 included in
8   blocks 1042, 1043, 1044, 1050 and 1051; and that part of Tarrant
9   County tract 111530 included in block groups 1 and 3 and blocks
10  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
11  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
12  2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032,
13  2033, 2040, 2041, 2042, 2043 and 2045; and that part of Tarrant
14  County tract 111533 included in blocks 2000, 2001, 2002, 2003,
15  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014,
16  2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025,
17  2026, 2027, 2029, 2030, 2031, 2032, 2033, 2034, 2035 and 2036; and
18  that part of Tarrant County tract 111534 included in block groups 2
19  and 3; and that part of Tarrant County tract 111552 included in
20  block groups 2 and 3 and blocks 1000, 1001, 1002, 1003, 1004, 1005,
21  1006, 1007, 1008, 1011, 1012, 1013, 1014 and 1015; and that part of
22  Tarrant County tract 111553 included in block group 2 and blocks
23  1000, 1001, 1002, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
24  1012, 1013, 1014, 1015, 1016, 3003, 3007, 3008, 3009, 3010, 3011 and
25  3012; and that part of Tarrant County tract 113212 included in block
26  groups 1 and 2; and that part of Tarrant County tract 113301
27  included in blocks 4022, 4033, 4034, 4035, 4036, 4037, 4038 and

```
 1  4039; and that part of Tarrant County tract 113302 included in
 2  blocks 3008, 3026 and 3027; and that part of Tarrant County tract
 3  113809 included in block groups 2, 3 and 4; and that part of Tarrant
 4  County tract 113916 included in blocks 2000, 2001 and 3021; and that
 5  part of Tarrant County tract 113917 included in block groups 1 and 2
 6  and blocks 3009, 3010, 3013, 3014, 3015, 3016, 4015, 4016, 4019,
 7  4020, 4021, 4022, 4023, 4028, 4029, 4030, 4031, 4032, 4033 and 4034;
 8  and that part of Tarrant County tract 113918 included in block group
 9  1 and blocks 3010, 3011, 3012 and 3013; and that part of Tarrant
10  County tract 113926 included in block group 4 and blocks 1002, 1003,
11  1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
12  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
13  1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,
14  1037, 1038, 1039, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051,
15  1052, 2001, 2002, 2003, 2006, 2007, 2008, 2009, 2010, 2012, 2013,
16  2016, 2018, 5020, 5021, 5022, 5023, 5024, 5025, 5026, 5027, 5028,
17  5029, 5030, 5031, 5032, 5033, 5034, 5035, 5036, 5037, 5038, 5039,
18  5040, 5052, 5053, 5054, 5055, 5063, 5064, 5065, 5066, 5067, 5068,
19  5069, 5070, 5071, 5072, 5073, 5074, 5075, 5076, 5077, 5078, 5079,
20  5080, 5081, 5082, 5083, 5084, 5085, 5086, 5087, 5088, 5089, 5090,
21  5091, 5092, 5093, 5094, 5095, 5096, 5097, 5098, 5099, 5100, 5101,
22  5102, 5103, 5104, 5105, 5106, 5107, 5108, 5109, 5110 and 5111; and
23  that part of Tarrant County tract 114103 included in block groups 1,
24  2, 4, 6 and 7 and blocks 3025, 3026, 3029, 5036, 5037, 5038, 5039,
25  5049, 5050, 5055, 5056, 5057, 5058, 5059, 8008, 8009, 8012, 8013,
26  8014, 8015, 8016, 8022, 8023, 8024, 8028, 8029, 8030, 8031, 8032,
27  8033, 8034, 8035, 8036, 8037, 8038, 8039, 8040, 8041, 8042, 8043,
```

1   8044, 8045, 8046, 8047, 8050, 8051, 8052 and 8053; and that part of
2   Tarrant County tract 121606 included in block groups 2 and 3 and
3   blocks 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1018, 1019, 1020,
4   1021, 1022, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033,
5   1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044,
6   1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055,
7   1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066,
8   1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077,
9   1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088,
10  1089, 1090, 1091, 1092, 1093, 1094, 1095, 1097, 1098 and 1099; and
11  that part of Tarrant County tract 122700 included in block group 2
12  and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008,
13  3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,
14  3020, 3021, 3022 and 3027; and that part of Tarrant County tract
15  123100 included in block 1040; and that part of Tarrant County tract
16  123200 included in blocks 1000, 1001, 1071, 1072, 1073, 1074, 1075,
17  1079, 1080, 1144, 1168, 1173, 1174, 1175, 1200, 1202, 1203, 1204,
18  1205, 1207, 1267, 2000, 2001, 2002, 2003, 2004 and 2005; and that
19  part of Tarrant County tract 123300 included in block group 1 and
20  blocks 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
21  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
22  2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032,
23  2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043,
24  2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054,
25  2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065,
26  2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076,
27  2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086, 2087,

1  2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095, 2096, 2097, 2098,

2  2099, 2100, 2101, 2102, 2103, 2104, 2105, 2106, 2107, 2108, 2109,

3  2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2120,

4  2121, 2122, 2123, 2124, 2125, 2126, 2127, 2128, 2129, 2130, 2131,

5  2132, 2133, 2134, 2135, 2136, 2137, 2138, 2139, 2140, 2141, 2142,

6  2143, 2144, 2145, 2146, 2147, 2148, 2149, 2150, 2151, 2152, 2153,

7  2154, 2155, 2156, 2157, 2158, 2159, 2160, 2161, 2162, 2163, 2164,

8  2165, 2166, 2167, 2168, 2169, 2170, 2171, 2172, 2173, 2174, 2175,

9  2176, 2177, 2178, 2179, 2180, 2181, 2182, 2183, 2184, 2185, 2186,

10  2187, 2188, 2189, 2190, 2191, 2192, 2193, 2194, 2195, 2196, 2197,

11  2198, 2199, 2200, 2201 and 2202; and that part of Tarrant County

12  tract 123400 included in block group 2; and that part of Tarrant

13  County tract 123500 included in blocks 1019 and 1020; and that part

14  of Tarrant County tract 123600 included in block group 1.

15       DISTRICT 13.  District 13 is composed of Archer, Armstrong,

16  Baylor, Briscoe, Carson, Childress, Clay, Collingsworth, Cooke,

17  Cottle, Dallam, Deaf Smith, Donley, Foard, Gray, Hall, Hansford,

18  Hardeman, Hartley, Hemphill, Hutchinson, Jack, Knox, Lipscomb,

19  Montague, Moore, Motley, Ochiltree, Oldham, Potter, Randall,

20  Roberts, Sherman, Swisher, Wheeler, Wichita and Wilbarger

21  Counties; and Wise County tracts 150101, 150200, 150300, 150401 and

22  150500; and that part of Wise County tract 150102 included in block

23  groups 2 and 3 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,

24  1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,

25  1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,

26  1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039,

27  1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050,

```
 1   1051, 1052, 1053, 1054, 1055, 1056, 1058, 1065, 1066, 1067, 4000,
 2   4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011,
 3   4012, 4013, 4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021, 4022,
 4   4023, 4024, 4025, 4026, 4027, 4028, 4029, 4030, 4031, 4032, 4033,
 5   4034, 4035, 4036, 4037, 4038, 4039, 4040, 4041, 4042, 4043, 4044,
 6   4045, 4046, 4047, 4048, 4049, 4050, 4051, 4052, 4053, 4054, 4055,
 7   4056, 4057, 4058, 4059, 4060, 4061, 4062, 4063, 4064, 4065, 4066,
 8   4067, 4068, 4069, 4070, 4071, 4072, 4073, 4074, 4075, 4076, 4077,
 9   4078, 4079, 4080, 4081, 4082, 4083, 4084, 4085, 4086, 4087, 4088,
10   4089, 4094, 4096, 4098, 4099 and 4100; and that part of Wise County
11   tract 150402 included in block groups 2 and 3 and blocks 1000, 1001,
12   1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
13   1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
14   1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
15   1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
16   1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056,
17   1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067,
18   1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1078, 1080,
19   1081, 1082, 1083, 1084, 1085, 1087, 1088, 1090, 1091, 1092, 1093,
20   1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104,
21   1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115,
22   1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126,
23   1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137,
24   1138, 1139, 1140, 1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148,
25   1149, 1150, 1151, 1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159,
26   1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170,
27   1171, 1172, 1173, 1174, 1175, 1176, 1177, 1178, 1179, 1180, 1181,
```

1  1182, 1183, 1184, 1185, 1186 and 1188; and that part of Wise County

2  tract 150403 included in block group 1 and blocks 2000, 2001, 2002,

3  2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,

4  2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024,

5  2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035,

6  2036, 2037, 2038, 2039, 2040, 2041, 2042, 2047, 2048, 2049, 2050,

7  2051, 2052, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063 and

8  2064; and that part of Wise County tract 150601 included in blocks

9  3029 and 3030; and that part of Wise County tract 150602 included in

10  blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1010, 1011,

11  1012, 1013, 1014, 1017, 1018, 1143, 1146, 3002, 3003, 3005, 3006,

12  3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017,

13  3018, 3019, 3020, 3021, 3022, 3023, 3032, 3036, 3037 and 3038.

14      DISTRICT 14.  District 14 is composed of Galveston and

15  Jefferson Counties; and Brazoria County tracts 661100, 661601,

16  661700, 662100, 662200, 662300, 662400, 662500, 662600, 662700,

17  662800, 662900, 663000, 663100, 663200, 663300, 663400, 663500,

18  663600, 663700, 663800, 663900, 664000, 664100, 664200, 664300,

19  664400, 664501 and 990000; and that part of Brazoria County tract

20  660200 included in blocks 1055, 1056, 1057, 1060, 1061, 1062, 1063,

21  1064 and 1066; and that part of Brazoria County tract 660900

22  included in blocks 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,

23  3015, 3016, 3021, 3106, 3107, 3117, 3118, 3119 and 3120; and that

24  part of Brazoria County tract 661000 included in blocks 2017, 2018,

25  2039, 2041, 2042, 2043, 2044, 3000, 3001, 3002, 3003, 3004, 3005,

26  3006, 3007, 3008, 3009, 3010, 3011, 3014, 3023, 3025, 3029, 3030,

27  3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041,

1  3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051, 3052,
2  3053, 3054, 3059, 3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067,
3  3069, 3070, 3071, 3072 and 3073; and that part of Brazoria County
4  tract 661200 included in block groups 1 and 2 and blocks 3000, 3001,
5  3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012,
6  3013 and 3014; and that part of Brazoria County tract 661300
7  included in blocks 1000, 1001, 1002, 1007, 1008, 1009, 1010, 1011,
8  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022,
9  1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033,
10 1034, 1035, 1036, 1037, 1038, 1039, 1041, 1042, 2000, 2001, 2002,
11 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,
12 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024,
13 2025, 2026, 2027, 2028, 2029, 2030, 2037, 2038, 3000, 3001, 3002,
14 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022,
15 3034, 3035, 3036, 3037, 3042, 3043, 3044, 3045 and 3046; and that
16 part of Brazoria County tract 661400 included in blocks 1000, 1001,
17 3000, 3001, 3002, 3012, 3013, 3014, 3015, 3016, 3025, 3026, 3027,
18 3031, 3032, 3033, 4000, 4001, 4010, 4011 and 4012; and that part of
19 Brazoria County tract 661501 included in blocks 3000, 3001, 3002,
20 3005, 3006, 3007, 3008, 3010, 3011, 3012, 3022, 3024, 3025, 3026,
21 3027, 3028, 3029, 3030, 3033, 3034, 3035 and 3038; and that part of
22 Brazoria County tract 661502 included in blocks 1017, 1019, 1020,
23 1021, 1022, 1024, 1025, 1027, 1028, 1029, 1030, 1031, 1032, 1033,
24 1034, 1035, 1036, 1037, 1042, 1043, 2003, 2005, 2006, 2007, 2008 and
25 2009; and that part of Brazoria County tract 661602 included in
26 block group 1 and blocks 2006, 2007, 2008, 2009, 2010, 2011, 2012,
27 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2024,

1  2025, 2026, 2027, 2028 and 2029; and that part of Brazoria County
2  tract 661900 included in blocks 2020, 2021, 2022, 2112, 2127, 2128,
3  2129, 2130, 2131, 2132, 2133, 2134, 2135, 2137, 2138, 2139, 2140,
4  2141, 2142, 2143, 2144, 2145, 2146, 2148, 2149, 2150, 2151, 2152,
5  2153, 2154, 2155, 2156, 2157, 2158, 2159, 2160, 2161, 2162, 2163,
6  2164, 2165, 2166, 2167, 2168, 2169, 2170, 2171, 2172, 2173, 2174,
7  2175, 2176, 2177, 2178, 2179, 2180, 2181, 2182, 2183, 2184, 2185,
8  2186, 2187, 2188, 2189, 2190, 2191, 2192, 2193, 2194, 2195, 2196,
9  2197, 2198, 2199, 2200, 2201, 2202, 2203, 2204, 2205, 2206, 2207,
10 2208, 2209, 2210, 2211, 2212, 2214, 3000, 3001, 3002, 3003, 3004,
11 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015,
12 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3025, 3026, 3027,
13 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038,
14 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049,
15 3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060,
16 3061, 3062, 3063, 3064, 3065, 3066, 3067, 3068, 3069, 3070, 3071,
17 3072, 3073, 3074, 3075, 3076 and 3077; and that part of Brazoria
18 County tract 662000 included in block groups 1, 2 and 3 and blocks
19 4013, 4044, 4045 and 4052; and Chambers County tract 990000; and
20 that part of Chambers County tract 710401 included in blocks 3249,
21 3252, 3253, 3266, 3267, 3268, 3269, 3270, 3271, 3272 and 3273.
22      DISTRICT 15.  District 15 is composed of Bee, Brooks,
23 Goliad, Jim Wells, Refugio and San Patricio Counties; and Hidalgo
24 County tracts 020504, 020600, 020802, 020803, 020804, 020901,
25 020903, 020904, 021000, 021100, 021201, 021202, 021302, 021303,
26 021401, 021403, 021404, 021500, 021600, 021701, 021702, 021803,
27 021804, 021805, 021806, 021901, 021903, 021904, 022001, 022003,

022004, 022103, 022104, 022105, 022106, 022201, 022203, 022204, 022300, 022401, 022402, 022501, 022502, 022600, 022701, 022702, 022800, 022900, 023000, 023102, 023103, 023104, 023503, 023504, 023507, 023509, 023510, 023511, 023512, 023513, 023514, 023515, 023600, 023700, 023801, 023802, 023902, 023903, 023904, 024000, 024302, 024402, 024403, 024404, 024500, 024600 and 980000; and that part of Hidalgo County tract 020503 included in block groups 1, 3 and 4 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2088, 2089, 2090, 2091, 2092, 2093, 2095, 2096 and 2097; and that part of Hidalgo County tract 020723 included in block group 1 and blocks 3000, 3007, 3008, 3009, 3021, 3022 and 3023; and that part of Hidalgo County tract 021304 included in blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2031, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2068, 2069, 2070, 2071, 2073, 2074, 2075, 2076, 2077, 2078, 2080 and 2081; and that part of Hidalgo County tract 021305 included in block groups 2 and 3 and blocks 1000, 1001, 1006, 1007, 1008, 1009, 1010, 1011, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1108,

1   1109, 1133, 1134, 1135, 1136, 1137, 1148, 1149, 1150, 1153, 1154,
2   1155, 1156, 1157, 1158, 1159, 1160, 1161, 1162, 1163, 1164, 1165,
3   1166, 1167, 1168, 1169, 1170, 1171, 1172, 1173, 1174, 1175, 1176,
4   1177, 1181 and 1182; and that part of Hidalgo County tract 024106
5   included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1049,
6   1050 and 1052; and that part of Hidalgo County tract 024301 included
7   in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
8   1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
9   1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
10  1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,
11  1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052,
12  1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063,
13  1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074,
14  1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085,
15  1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096,
16  1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107,
17  1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118,
18  1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127, 1128, 1129,
19  1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137, 1138, 1139, 1140,
20  1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148, 1149, 1150, 1151,
21  1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159, 1160, 1161, 1162,
22  1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1171, 1172, 1173,
23  1174, 1175, 1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184,
24  1185, 1186, 1187, 1188, 1189, 1190, 1191, 1192, 1193, 1194, 1195,
25  1196, 1197, 1198, 1199, 1200, 1201, 1202, 1203, 1204, 1205, 1206,
26  1207, 1208, 1209, 1210, 1211, 1212, 1213, 1214, 1215, 1216, 1217,
27  1218, 1219, 1220, 1221, 1222, 1223, 1224, 1225, 1226, 1227, 1228,

```
 1   1229, 1230, 1231, 1232, 1233, 1234, 1235, 1236, 1237, 1238, 1239,
 2   1240, 1241, 1242, 1243, 1244, 1245, 1246, 1247, 1248, 1249, 1250,
 3   1251, 1252, 1253, 1254, 1255, 1256, 1257, 1258, 1259, 1260, 1261,
 4   1262, 1263, 1264, 1265, 1266, 1267, 1268, 1269, 1270, 1271, 1272,
 5   1273, 1274, 1275, 1276, 1277, 1278, 1279, 1280, 1281, 1282, 1283,
 6   1284, 1285, 1286, 1287, 1288, 1289, 1290, 1291, 1292, 1293, 1294,
 7   1295, 1296, 1297, 1298, 1299, 1300, 1301, 1302, 1303, 1304, 1305,
 8   1306, 1307, 1308, 1309, 1310, 1311, 1312, 1313, 1314, 1315, 1316,
 9   1317, 1318, 1319, 1320, 1321, 1322, 1323, 1324, 1325, 1326, 1327,
10   1328, 1329, 1330, 1331, 1332, 1333, 1334, 1335, 1336, 1337, 1338,
11   1339, 1340, 1341, 1342, 1343, 1344, 1345, 1346, 1347, 1348, 1349,
12   1350, 1351, 1352, 1353, 1354, 1355, 1356, 1357, 1358, 1359, 1360,
13   1361, 1362, 1363, 1364, 1365, 1366, 1367, 1368, 1369, 1370, 1371,
14   1372, 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382,
15   1383, 1384, 1385, 1386, 1387, 1388, 1389, 1390, 1391, 1392, 1393,
16   1394, 1395, 1396, 1397, 1398, 1399, 1400, 1401, 1402, 1403, 1404,
17   1405, 1406, 1407, 1408, 1409, 1410, 1411, 1412, 1413, 1414, 1415,
18   1416, 1417, 1418, 1419, 1420, 1421, 1422, 1423, 1424, 1425, 1426,
19   1427, 1428, 1429, 1430, 1431, 1432, 1433, 1434, 1435, 1436, 1437,
20   1438, 1439, 1440, 1441, 1442, 1443, 1444, 1445, 1446, 1447, 1448,
21   1449, 1450, 1451, 1452, 1453, 1454, 1455, 1456, 1457, 1458, 1459,
22   1460, 1461, 1462, 1463, 1464, 1465, 1466, 1467, 1468, 1469, 1470,
23   1471, 1472, 1473, 1474, 1475, 1476, 1477, 1478, 1479, 1480, 1481,
24   1482, 1483, 1484, 1485, 1486, 1487, 1488, 1489, 1490, 1491, 1492,
25   1493, 1494, 1495, 1496, 1497, 1498, 1499, 1500, 1501, 1502, 1503,
26   1504, 1505, 1506, 1507, 1508, 1509, 1510, 1511, 1512, 1513, 1514,
27   1515, 1516, 1517, 1518, 1519, 1520, 1521, 1522, 1523, 1524, 1525,
```

1   1526, 1527, 1528, 1529, 1530, 1531, 1532, 1533, 1534, 1535, 1536,
2   1537, 1538, 1539, 1540, 1541, 1542, 1543, 1544, 1545, 1546, 1547,
3   1548, 1549, 1550, 1551, 1552, 1553, 1554, 1555, 1556, 1557, 1558,
4   1559, 1560, 1561, 1562, 1563, 1564, 1565, 1566, 1567, 1568, 1569,
5   1570, 1571, 1572, 1573, 1574, 1575, 1576, 1577, 1578, 1579, 1580,
6   1581, 1582, 1583, 1584, 1585, 1586, 1587, 1588, 1589, 1590, 1591,
7   1592, 1593, 1594, 1595, 1596, 1597, 1598, 1599, 1600, 1601, 1602,
8   1603, 1604, 1605, 1606, 1607, 1608, 1609, 1610, 1611, 1612, 1613,
9   1614, 1615, 1616, 1617, 1618, 1619, 1620, 1621, 1622, 1623, 1624,
10  1625, 1626, 1627, 1628, 1629, 1630, 1631, 1632, 1633, 1634, 1635,
11  1636, 1637, 1638, 1639, 1640, 1641, 1642, 1643, 1644, 1645, 1646,
12  1647, 1648, 1649, 1650, 1651, 1652, 1653, 1654, 1655, 1656, 1657,
13  1658, 1659, 1660, 1661, 1662, 1663, 1664, 1665, 1666, 1667, 1668,
14  1669, 1670, 1671, 1672, 1673, 1674, 1675, 1676, 1677, 1678, 1679,
15  1680, 1681, 1682, 1683, 1684, 1685, 1686, 1687, 1688, 1689, 1690,
16  1691, 1692, 1693, 1694, 1695, 1696, 1697, 1698, 1699, 1700, 1701,
17  1702, 1703, 1704, 1705, 1706, 1707, 1708, 1709, 1710, 1711, 1712,
18  1713, 1714, 1715, 1716, 1717, 1718, 1719, 1720, 1721, 1722, 1723,
19  1724, 1725, 1726, 1727, 1728, 1729, 1730, 1731, 1732, 1733, 1734,
20  1735, 1736, 1737, 1738, 1739, 1740, 1741, 1742, 1743, 1744, 1745,
21  1749, 1752, 1759, 1760, 1761, 1762, 1763, 1764, 1765, 1766, 1767,
22  1768, 1769 and 1770.

23      DISTRICT 16.  District 16 is composed of El Paso County
24  tracts 000110, 000111, 000112, 000204, 000205, 000301, 000302,
25  000600, 000800, 000900, 001001, 001002, 001104, 001107, 001112,
26  001113, 001114, 001115, 001201, 001202, 001203, 001301, 001302,
27  001400, 001501, 001502, 001600, 001700, 001800, 001900, 002000,

1   002100, 002201, 002202, 002300, 002400, 002500, 002600, 002800,
2   002900, 003000, 003100, 003200, 003300, 003402, 003403, 003404,
3   003501, 003502, 003601, 003602, 003701, 003702, 003801, 003803,
4   003804, 003901, 003902, 003903, 004002, 004003, 004004, 004103,
5   004104, 004105, 004106, 004107, 004201, 004202, 004303, 004307,
6   004309, 004310, 004311, 004312, 004313, 004314, 004316, 004317,
7   004318, 004319, 004320, 010102, 010103, 010203, 010213, 010215,
8   010216, 010217, 010218, 010219, 010220, 010221, 010222, 010303,
9   010307, 010311, 010312, 010316, 010317, 010322, 010323, 010324,
10  010325, 010326, 010327, 010328, 010329, 010330, 010331, 010336,
11  010337, 010338, 010345, 010346, 010401, 010405, 010406, 010407,
12  010408, 010409 and 980000; and that part of El Paso County tract
13  000101 included in blocks 3000, 3001, 3002, 3003, 3004, 3006, 3007,
14  3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018,
15  3019, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 4000,
16  4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4012,
17  4013, 4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023,
18  4024, 4025, 4026, 4027 and 4028; and that part of El Paso County
19  tract 000106 included in block groups 2 and 4 and blocks 1000, 1001,
20  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1011, 1012, 1013,
21  1014, 3010, 3030, 3031, 3033, 3036 and 3039; and that part of El
22  Paso County tract 000107 included in blocks 5001, 5002, 5003, 5004,
23  5005, 5006, 5007, 5008 and 5009; and that part of El Paso County
24  tract 000108 included in blocks 1012, 1013, 1014, 1015, 1016, 1017,
25  1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,
26  1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039,
27  1040, 1041, 2011, 2012, 2013 and 2016; and that part of El Paso

1  County tract 000109 included in block group 2 and blocks 1011, 1012,
2  1013, 1014, 1015, 1016 and 1020; and that part of El Paso County
3  tract 000206 included in block groups 1 and 3 and blocks 2000, 2001,
4  2002, 2003, 2005, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,
5  2017, 2018, 2019, 2020, 2021, 2022, 2027, 2028, 2029 and 2030; and
6  that part of El Paso County tract 000207 included in block group 1
7  and blocks 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014,
8  2015, 2016, 2017, 2018, 2019, 2035, 2036, 2037 and 2041; and that
9  part of El Paso County tract 000208 included in blocks 1016, 1019,
10 1020, 1021, 1022, 1023, 1024, 1029, 1030 and 1031; and that part of
11 El Paso County tract 000401 included in blocks 2011, 2027, 2028,
12 2029, 2030, 2031, 2032, 2033, 2034, 2036, 2037, 3000, 3001, 3002,
13 3008, 3009, 3010, 3012 and 3029; and that part of El Paso County
14 tract 000403 included in blocks 2013, 2014, 2015, 2016, 2020, 2021,
15 2022, 2023, 2024, 2025, 2026, 2031, 2035, 2036, 2037, 2038, 2039,
16 2040 and 2041; and that part of El Paso County tract 000404 included
17 in block 2024; and that part of El Paso County tract 001109 included
18 in blocks 2001, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 3003,
19 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012 and 3013; and
20 that part of El Paso County tract 001110 included in blocks 3006,
21 3007, 3009, 3010 and 3012; and that part of El Paso County tract
22 001111 included in block group 2 and blocks 1002, 1003, 1004, 1005,
23 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016 and
24 1017; and that part of El Paso County tract 010101 included in block
25 group 2 and blocks 1018, 1032, 1033 and 1034; and that part of El
26 Paso County tract 010211 included in blocks 1015, 1016, 1017, 1018,
27 1020, 1025, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044,

1  1045, 1055, 1056, 1057 and 1058; and that part of El Paso County
2  tract 010214 included in block group 2 and blocks 1000, 1001, 1002,
3  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
4  1014, 1015, 1016, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,
5  1041, 1042, 1043 and 1044; and that part of El Paso County tract
6  010332 included in blocks 1000, 1003, 1004, 1005, 1006, 1007, 1008,
7  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1042, 1043,
8  1056, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 2027, 2028,
9  2029 and 2049; and that part of El Paso County tract 010334 included
10  in block group 2 and blocks 1088, 1089, 1090, 1091, 1092, 1093,
11  1094, 1095, 1096, 1097, 1103, 1104, 1105, 1130, 1131, 1132, 1138,
12  1139, 1140, 1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148, 1149,
13  1150, 1151, 1152, 1159, 1182, 1183 and 1184; and that part of El
14  Paso County tract 010339 included in blocks 3001, 3002, 3003, 3004,
15  3005, 3006, 3007, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016,
16  3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027,
17  3028, 3029, 3030, 3031, 3032, 3033, 4014, 4015, 4016, 4017, 4018,
18  4019 and 4020; and that part of El Paso County tract 010341 included
19  in block groups 4, 5 and 6 and blocks 1006, 1007, 1008, 1009, 1010,
20  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
21  1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1109, 1110, 1111,
22  1112, 1113, 1114, 1115, 1116, 1117, 1118, 1119, 1120, 1121, 1122,
23  1123, 1124, 1125, 1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133,
24  1134, 1135, 1136, 1137, 1138, 1139, 1140, 1141, 1142, 1143, 1144,
25  1145, 1146, 1147, 1148, 1149, 1150, 1151, 1152, 1153, 1154, 1155,
26  1156, 1157, 1158, 1159, 1160, 1161, 1162, 1163, 1164, 1165, 1166,
27  1167, 1168, 1169, 1170, 1171, 1172, 1173, 1174, 1175, 1176, 1177,

```
1    1178, 1179, 1180, 1181, 1182, 1469, 1470, 1471, 1473, 1481, 1482,
2    1483, 1484, 1485, 1486, 1487, 1488, 1489, 1490, 1491, 1492, 1493,
3    1494, 1495, 1496, 1497, 1498, 1499 and 1500; and that part of El
4    Paso County tract 010342 included in block group 2 and blocks 1024,
5    1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
6    1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046,
7    1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057,
8    1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068,
9    1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079,
10   1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090,
11   1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101,
12   1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112,
13   1113, 1114, 1115, 1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123,
14   1124, 1125, 1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134,
15   1135, 1136, 1137, 1138, 1139, 1140, 1141, 1142, 1143, 1144, 1145,
16   1146, 1147, 1148, 1149, 1150, 1151, 1152, 1153, 1154, 1155, 1156,
17   1157, 1158, 1159, 1160, 1161, 1162, 1163, 1164, 1165, 1170, 1171,
18   1172, 1173, 1174, 1175, 1176, 1177, 1279, 1283, 1284, 1285, 1286,
19   1287, 1288, 1289 and 1290; and that part of El Paso County tract
20   010343 included in block groups 1 and 3 and blocks 2002, 2004, 2005,
21   2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,
22   2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027,
23   2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2037, 2038, 2039,
24   2040 and 2041; and that part of El Paso County tract 010347 included
25   in block group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005,
26   2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,
27   2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027,
```

1   2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038,
2   2039, 2040, 2044, 2045, 2046, 2047, 2048, 2051, 2052, 2053, 2054,
3   2055, 2056, 2057, 2058, 2059, 2060, 2061, 2063 and 2064; and that
4   part of El Paso County tract 010404 included in blocks 1000, 1001,
5   1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
6   1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
7   1024, 1027, 1028, 1029, 1042, 3000, 3001, 3002, 3003, 3004, 3005,
8   3006, 3007, 3008, 3009, 3017, 3018 and 3019; and that part of El
9   Paso County tract 010501 included in block group 2 and blocks 1017,
10  1018, 1023, 1025, 1026, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
11  1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
12  1046, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059,
13  1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070,
14  1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081,
15  1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092,
16  1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100, 3001, 3002, 3003,
17  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,
18  3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025,
19  3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036,
20  4013, 4014, 4015, 4016, 4017, 4026, 4027, 4030, 4031, 4032, 4033,
21  4034, 4035, 4036, 4037, 4038, 4039, 4040, 4041, 4042, 4043, 4044,
22  4045, 4046, 4047, 4048, 4049, 4050, 4051, 4052, 4053, 4054, 4055,
23  4056, 4057, 4058, 4059, 4060, 4061, 4062 and 4063; and that part of
24  El Paso County tract 010502 included in block group 3 and blocks
25  1095, 1096, 2026, 2032, 2033, 2035, 2037, 2041, 2042, 2043, 2044,
26  2045, 2046, 2047 and 2048; and that part of El Paso County tract
27  010505 included in block groups 1 and 2 and blocks 3000, 3001, 3002,

1   3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013,

2   3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024,

3   3025, 3028, 3029, 3030, 3031, 3033, 3034, 3035, 3036, 3037, 3038,

4   3039, 3040, 3041, 3049, 3063, 3064, 3065, 3066, 3067, 3068, 3069,

5   3070, 3071, 3072 and 3079; and that part of El Paso County tract

6   010506 included in block group 2 and blocks 1000, 1001, 1002, 1003,

7   1004, 1005, 1006 and 1007; and that part of El Paso County tract

8   010600 included in block groups 1 and 2 and blocks 3000, 3001, 3002,

9   3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013,

10  3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024,

11  3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035,

12  3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046,

13  3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059,

14  3060, 3061, 3062, 3063, 3064, 3065, 3066 and 3067.

15       DISTRICT 17.  District 17 is composed of Bosque, Falls,

16  Hill, Johnson, Limestone, McLennan, Robertson and Somervell

17  Counties; and Brazos County tracts 000101, 000102, 000103, 000201,

18  000202, 000300, 000400, 000500, 000603, 000604, 000700, 000800,

19  000900, 001000, 001100, 001301, 001302, 001303, 001400, 001601,

20  001604, 001605, 001606, 001701, 001702, 001801, 001803, 001804,

21  001900, 002001, 002002, 002006, 002007, 002008, 002009, 002012,

22  002013, 002014, 002015 and 980000; and that part of Brazos County

23  tract 002010 included in blocks 1000, 1001, 1002, 1003, 1004, 1005,

24  1006, 1007, 1008, 1009, 1010, 1011, 1049, 2000, 2001, 2002, 2003,

25  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014,

26  2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025,

27  2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036,

1  2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047,
2  2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2057, 2058, 2059 and
3  2060; and that part of Brazos County tract 002011 included in blocks
4  1030, 1031, 1032, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049,
5  1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060,
6  1061, 1062, 1063, 1064, 1065, 1193, 1203, 2000, 2001, 2002, 2003,
7  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014,
8  2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024 and 2036.
9      DISTRICT 18.  District 18 is composed of Harris County
10 tracts 100000, 210100, 210400, 210500, 210800, 210900, 211000,
11 211100, 211200, 211300, 211700, 212300, 230100, 230200, 230300,
12 230400, 230600, 230700, 230800, 230900, 231000, 231100, 231200,
13 231300, 231400, 231500, 231600, 231900, 233600, 240501, 240502,
14 240600, 240701, 240702, 310100, 310200, 312000, 312100, 312200,
15 312300, 312400, 312500, 312700, 312800, 312900, 313000, 313200,
16 313500, 313600, 313700, 313800, 332100, 332200, 510100, 510200,
17 510300, 510400, 510500, 511001, 511002, 511100, 511200, 511301,
18 511302, 511400, 511500, 511600, 520100, 520400, 520500, 520601,
19 521400, 521500, 521600, 530100, 530200, 530300, 530900, 531000,
20 531100, 531200, 531300, 531400, 531500, 531600, 531700, 531800,
21 531900, 532001, 532002, 532100, 532200, 532300, 532400, 532501,
22 532502, 532600, 532700, 532800, 532900, 533000, 533100, 533200,
23 533400, 533801, 533802, 533901, 534001, 550100, 550200, 550301,
24 550302, 550401, 550402, 550500, 550601, 550602, 550603, 550800,
25 550900, 551000 and 551100; and that part of Harris County tract
26 210600 included in block group 3 and blocks 2017, 2018, 2019, 2020,
27 2023, 2024, 2025, 2026, 4004, 4005, 4006, 4011, 4012, 4013, 4014,

 1  4015, 4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025,
 2  4026, 4027, 4028, 4029, 4030, 4031, 4032, 4033, 4034, 4035, 4036,
 3  4037, 4038, 4039, 4040, 4041, 4042, 4043, 4044, 4045, 4046, 4047,
 4  4048, 4049 and 4050; and that part of Harris County tract 210700
 5  included in block groups 1 and 3 and blocks 2000, 2001, 2002, 2004,
 6  2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015,
 7  2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026,
 8  2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037,
 9  2038, 2039, 2040, 2041, 2042 and 2043; and that part of Harris
10  County tract 211400 included in block groups 1 and 3 and blocks
11  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
12  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
13  2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032,
14  2033, 2034, 2035, 2036, 2037, 2038, 2041, 2042 and 2043; and that
15  part of Harris County tract 211500 included in blocks 2006, 2027,
16  2028, 2029, 2040, 2041, 2042, 2043, 2044, 2045, 2046 and 2047; and
17  that part of Harris County tract 211600 included in blocks 1007,
18  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
19  1019, 1020, 1021, 1022, 1023, 1024, 1025, 2010, 2011, 2012, 2013,
20  2014, 2015, 2016, 2017, 2037, 2038, 2039, 2040, 2041, 2042, 2043,
21  2044, 2045, 2056 and 2057; and that part of Harris County tract
22  212400 included in blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006,
23  2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,
24  2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2027, 2028, 2029,
25  2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2048,
26  2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059,
27  2060, 2061, 2074, 2075, 2076, 2077, 2078, 2079, 2083, 2090, 2091,

1  2092, 2093, 2094, 2095, 2096, 2097, 2098, 2099, 2100, 2101, 2102,

2  2103, 2104 and 2105; and that part of Harris County tract 212500

3  included in block group 2 and blocks 1000, 1001, 1002, 1003, 1004,

4  1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015,

5  1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1052, 1053,

6  1054, 1055, 1056, 1057, 1058, 1059, 1060, 3000, 3001, 3002, 3003,

7  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,

8  3015, 3016, 3017, 3018, 3019, 3122, 3123, 3126, 3127, 3128, 3129,

9  3130, 3131, 3132, 3133, 3134, 3135, 3136, 3137, 3138, 3139, 3140,

10  3141, 3143, 3144, 3145, 3146, 3147, 3148, 3149, 3150, 3153, 3154,

11  3155, 3156, 3157, 3158, 3159, 3160, 3161, 3162, 3183, 3184, 3188,

12  3189, 3190, 3191, 3192, 3193 and 3194; and that part of Harris

13  County tract 220100 included in block group 2 and blocks 1000, 1001,

14  1002, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,

15  1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,

16  1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039,

17  1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050,

18  1051, 1052, 1053, 1054, 1055, 1056, 1058, 1059, 1060 and 1061; and

19  that part of Harris County tract 220500 included in blocks 3006,

20  3007, 3008, 3009, 3010 and 3011; and that part of Harris County

21  tract 220800 included in block 2037; and that part of Harris County

22  tract 222700 included in blocks 1000, 1001, 1005, 1006, 1007, 1008,

23  1009, 1010, 1011, 1012, 1013, 1016, 1017, 1018, 1019, 1020, 1021,

24  1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1036, 1037,

25  1038, 1039, 1040, 1042, 1043, 1044, 1045, 1046, 1047, 1110, 1112,

26  1113, 1114, 1115, 1121, 1122, 1123, 1124, 1125, 1126, 1127, 1128,

27  1129, 1132 and 1136; and that part of Harris County tract 231800

```
 1  included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
 2  1008, 1009, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020,
 3  1021, 1022, 1023, 1024, 2000, 2025, 2026, 2027, 2028, 2029, 2030,
 4  2031, 2032, 2033, 2034, 2035 and 2036; and that part of Harris
 5  County tract 232000 included in block group 1 and blocks 2000, 2001,
 6  2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012,
 7  2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023,
 8  2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034,
 9  2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045,
10  2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056,
11  2057, 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067,
12  2068, 2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2078,
13  2079, 2080, 2081, 2082, 2083, 2084, 2086, 2091, 2092, 2093, 2095,
14  2096, 2097, 2100, 2101, 2104, 2105, 2106, 2107, 2108, 2109, 2110,
15  2111, 2112, 2113, 2114 and 2115; and that part of Harris County
16  tract 232100 included in blocks 1032, 2000, 2002, 2003, 2004, 2005,
17  2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,
18  2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027,
19  2028, 2029, 2030, 2031, 2032, 2034, 2037, 2038, 2039 and 2040; and
20  that part of Harris County tract 232500 included in blocks 1000,
21  1001, 1009, 1030, 1032, 1038, 1048, 1089, 1090, 1091, 1092, 1093,
22  1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1107 and
23  1111; and that part of Harris County tract 233400 included in blocks
24  2020, 2021, 2022, 2023 and 2024; and that part of Harris County
25  tract 233701 included in blocks 1002, 1003, 1039, 1040, 1041, 1042,
26  1043, 1044, 1085, 1086, 1087, 1091, 1092, 1093, 1094, 1095, 1096,
27  1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107,
```

1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118,
1119, 1120, 1121, 1122, 1123, 1125, 1126, 1127, 1128, 1129, 1130,
1131, 1135, 1161, 1173, 1174, 1184, 1185 and 1186; and that part of
Harris County tract 240100 included in blocks 1018, 1019, 1020,
1021, 1022, 1066, 1067, 2000, 2001, 2002, 2003, 2004, 2005, 2006,
2007, 2008, 2009, 2010, 2011, 2012, 2013, 2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2028, 2029, 2030, 2031, 2032, 2033,
2034, 2035, 2036, 2058, 2059, 2062, 2063, 2064, 2065, 2081, 2082,
2088 and 2089; and that part of Harris County tract 240400 included
in block group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005,
1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
1017, 1018, 1019, 1020, 1023, 1024, 1025, 1026, 1027, 1028, 1029,
1030, 1031, 1032, 1037, 1038, 1039, 1040, 1044, 1045, 1046, 1047,
1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058,
1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069,
1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080,
1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091,
1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102,
1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113,
1114, 1115, 1116, 1117, 1118, 1119, 1120 and 1121; and that part of
Harris County tract 240801 included in blocks 3022, 3023 and 3026;
and that part of Harris County tract 240802 included in block 2010;
and that part of Harris County tract 241500 included in block group
2 and blocks 1003, 1004, 1009, 1013, 1014, 1015, 1016, 1017, 1018,
1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1030,
1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1060,
1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071,

```
1   1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082,
2   1083, 1084, 1085, 1086, 1087, 1090, 1091, 1092, 1093, 1094, 1095,
3   1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1112, 1113,
4   1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 3000, 3001,
5   3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012,
6   3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023,
7   3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034,
8   3035, 3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045,
9   3046, 3047, 3048, 3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056,
10  3057, 3058, 3059, 3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067,
11  3068, 3069, 3070, 3071, 3072, 3073, 3074, 3075, 3076, 3077, 3078,
12  3079, 3080, 3081, 3082, 3083, 3084, 3085, 3086, 3087, 3088, 3089,
13  3090, 3091, 3092, 3093, 3094, 3095, 3096, 3097, 3098, 3099, 3100,
14  3101, 3102, 3103, 3104, 3105, 3106, 3107, 3108, 3109, 3110, 3111,
15  3112, 3113, 3114, 3115, 3116, 3117, 3118, 3119, 3120, 3121, 3122,
16  3123, 3124, 3125, 3126, 3127, 3128, 3129, 3130, 3131, 3132, 3133,
17  3134, 3135, 3136, 3137, 3138, 3139, 3140, 3141, 3142, 3143, 3144,
18  3145, 3146, 3147, 3148, 3149, 3150, 3151, 3152, 3153, 3154, 3155,
19  3160, 3161, 3162, 3163, 3164, 3165, 3166, 3167, 3168, 3169, 3170,
20  3171, 3172, 3173, 3174, 3175, 3176, 3177 and 3178; and that part of
21  Harris County tract 250600 included in blocks 1021, 1022, 1023,
22  1024, 1025, 1026, 1027, 1028 and 1029; and that part of Harris
23  County tract 310300 included in blocks 3012, 3014, 3015, 3016,
24  3017, 3018, 3019, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034,
25  3035, 3036, 3037, 3038 and 3039; and that part of Harris County
26  tract 310400 included in blocks 1000, 1002, 1005 and 1006; and that
27  part of Harris County tract 312600 included in block groups 2 and 4
```

```
 1  and blocks 1000, 1001, 1002, 1003, 1004, 1008, 1009, 1010, 1011,
 2  1012, 1013, 1014, 1015, 1019, 1020, 1021, 1022, 1025, 1026, 1027,
 3  3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010,
 4  3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021,
 5  3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032,
 6  3033, 3034, 3035, 3036, 3037, 3038, 3040, 3041, 3042, 3043, 3044,
 7  3045, 3046, 3047, 3048, 3049, 3050, 3051, 3052, 3053, 3054, 3055,
 8  3056, 3057 and 3058; and that part of Harris County tract 313100
 9  included in blocks 1045, 1048, 1049, 1050, 1051, 1052, 1053, 1054,
10  1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066,
11  1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077,
12  1078 and 1079; and that part of Harris County tract 313300 included
13  in block group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005,
14  1006, 1007, 1008, 1009, 1010, 1013, 1014, 1015 and 1016; and that
15  part of Harris County tract 313400 included in block group 1 and
16  blocks 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
17  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
18  2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032,
19  2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043,
20  2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054,
21  2055 and 2056; and that part of Harris County tract 313900 included
22  in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
23  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
24  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
25  1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,
26  1043, 1044 and 1055; and that part of Harris County tract 324200
27  included in blocks 1093, 1121 and 1197; and that part of Harris
```

1  County tract 331100 included in blocks 1000, 1001, 1002, 1003,
2  1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015,
3  1016, 1017, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009,
4  4010, 4011, 4012, 4013, 4014, 4015, 4016, 4027, 4028, 4029, 4030,
5  4031, 4032, 4057, 4098, 4107, 4108, 4109, 4110, 4111, 4112, 4113 and
6  4114; and that part of Harris County tract 331200 included in block
7  1001; and that part of Harris County tract 332000 included in block
8  groups 1, 3 and 4 and blocks 2002 and 2003; and that part of Harris
9  County tract 332300 included in block group 1; and that part of
10 Harris County tract 332400 included in blocks 1000, 1001, 1002,
11 1003, 1004, 1005, 1006, 1007, 1010, 1011 and 1012; and that part of
12 Harris County tract 410100 included in block group 2 and blocks
13 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
14 1011, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
15 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
16 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
17 1046, 1047, 1048, 1049, 1053, 1054, 1055, 1056, 1057, 1058, 1059,
18 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070,
19 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1081 and 1083; and that
20 part of Harris County tract 410600 included in blocks 1012, 1014,
21 1019, 1020, 1021, 1027, 1028, 1042, 1043, 1057, 1058 and 1063; and
22 that part of Harris County tract 510600 included in block groups 2
23 and 3 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1013,
24 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
25 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032 and 1034; and that
26 part of Harris County tract 510700 included in blocks 1000, 1001,
27 1030 and 2025; and that part of Harris County tract 510800 included

```
 1  in blocks 4067 and 4068; and that part of Harris County tract 510900
 2  included in block groups 1 and 3 and blocks 2000, 2001, 2002, 2003,
 3  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2018,
 4  2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
 5  2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040,
 6  2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051,
 7  2052, 2064, 2065, 2068, 2069, 2070, 2071, 2072, 2073, 2074, 2075,
 8  2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086,
 9  2087, 2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095, 2096, 2097,
10  2103, 2104, 2105 and 2106; and that part of Harris County tract
11  520200 included in blocks 1004, 1005, 1009, 1011, 1012, 1013, 3000,
12  3001, 3002, 3003, 3005, 3006 and 3007; and that part of Harris
13  County tract 520300 included in blocks 1000, 1001, 1002, 1003,
14  1004, 1005, 1006, 1007, 1009, 1010, 1011, 1012, 1014, 1015, 2000,
15  2001, 3006, 3007 and 3008; and that part of Harris County tract
16  520602 included in block groups 1, 3 and 4 and blocks 2000, 2001,
17  2002, 2003, 2004, 2005, 2006, 2007 and 2008; and that part of Harris
18  County tract 520700 included in blocks 4001, 4002 and 4003; and that
19  part of Harris County tract 521200 included in block groups 1 and 3
20  and blocks 2000, 2001, 2003 and 2004; and that part of Harris County
21  tract 521300 included in block groups 2 and 3 and blocks 1000, 1001,
22  1002, 1003, 1004, 1005, 1006, 1007, 4000, 4001, 4007, 4008, 4009 and
23  4017; and that part of Harris County tract 521700 included in block
24  groups 1, 2 and 3 and blocks 4028, 4029, 4030, 4031, 4033, 4034,
25  4035, 4036, 4037, 4038, 4043, 4044, 4045, 4046, 4047, 4048, 4049,
26  4050, 4051, 4052, 4053, 4054, 4055, 4056, 4057, 4058, 4059, 4060,
27  4061, 4062, 4063, 4064, 4065, 4066, 4067, 4068, 4069, 4070, 4071,
```

1   4072, 4073, 4074, 4075, 4076, 4077, 4078, 4079, 4080, 4081, 4082,

2   4083, 4084, 4085, 4086, 4087, 4088, 4089, 4090, 4091, 4092, 4093,

3   4094, 4095, 4096, 4097, 4098, 4099, 4100, 4101, 4102, 4103, 4104,

4   4105, 4106, 4107, 4108, 4109, 4110, 4111, 4112, 4113, 4114, 4115,

5   4116, 4117, 4118, 4119, 4120, 4121, 4122, 4123, 4124, 4125, 4126,

6   4127, 4128, 4129, 4130, 4131, 4132, 4133, 4134, 4135, 4136, 4137,

7   4138, 4139, 4140, 4141, 4142, 4143, 4144, 4145, 4146, 4147, 4148 and

8   4149; and that part of Harris County tract 521800 included in blocks

9   1025, 1026, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,

10  1044, 1045, 1046, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060,

11  1061, 1073, 1074, 1075, 1076, 1077, 1078, 1080, 1081, 1083 and 2014;

12  and that part of Harris County tract 522000 included in blocks 2000,

13  3004, 3005, 3006 and 3007; and that part of Harris County tract

14  522100 included in blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006,

15  3007, 3008, 3009, 3010, 3011 and 3012; and that part of Harris

16  County tract 530400 included in block group 1 and blocks 2001, 2002,

17  2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,

18  2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027,

19  2028, 2029, 2030, 2031, 2032, 2033, 2035, 2037, 2038, 2039 and 2040;

20  and that part of Harris County tract 530500 included in block group

21  3 and blocks 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,

22  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 2004,

23  2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,

24  2017, 2018, 2019 and 2020; and that part of Harris County tract

25  530600 included in block group 2 and blocks 1004, 1006, 1007, 1008,

26  1009, 1010, 1012 and 1013; and that part of Harris County tract

27  530800 included in block groups 2 and 3 and blocks 1002, 1003, 1004,

1   1005, 1006, 1007, 1008, 1009, 1012, 1013, 1014, 1015, 1016, 1017,

2   1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031,

3   1032, 1033, 1034, 1035, 1036, 1037 and 1038; and that part of Harris

4   County tract 533300 included in block groups 1, 3 and 4 and blocks

5   2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,

6   2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,

7   2022, 2023, 2024, 2025, 2026, 2028, 2029, 2030, 2031, 2032, 2033,

8   2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044,

9   2045 and 2046; and that part of Harris County tract 533701 included

10  in blocks 1000, 1001, 1002, 1003, 1004, 3000, 3001, 3002, 3003,

11  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,

12  3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031 and 3032; and that

13  part of Harris County tract 533902 included in block group 2 and

14  blocks 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,

15  1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,

16  1033, 1034, 1035, 1036, 1037, 1038 and 1039; and that part of Harris

17  County tract 534002 included in blocks 1000, 1001, 1002, 1005,

18  1006, 1007, 1008, 1009, 1010, 1013, 1014, 1015, 1016, 1017, 1018,

19  1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,

20  1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,

21  1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 2006,

22  2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,

23  2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028 and

24  2029; and that part of Harris County tract 534003 included in blocks

25  1021, 1030, 1031, 1032, 1033, 1034, 1035 and 1049; and that part of

26  Harris County tract 534100 included in block groups 2 and 3; and

27  that part of Harris County tract 550700 included in block group 2

```
 1   and blocks 1000, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031,
 2   1032, 1033 and 1034; and that part of Harris County tract 551200
 3   included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
 4   1008, 1009, 1012, 1013, 1022, 1023, 1024, 1025, 1026, 1027, 1029,
 5   1030, 1031, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,
 6   1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 2000, 2001, 2002,
 7   2003, 2004, 2005, 2006, 2007 and 2033; and that part of Harris
 8   County tract 980100 included in blocks 1001, 1003, 1004, 1005,
 9   1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
10   1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,
11   1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,
12   1049, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061,
13   1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072,
14   1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083,
15   1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094,
16   1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105,
17   1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116,
18   1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127,
19   1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137, 1138,
20   1139, 1140, 1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148, 1149,
21   1150, 1151, 1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159, 1160,
22   1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1171,
23   1172, 1173, 1174, 1175, 1176, 1177, 1178, 1179, 1180, 1181, 1182,
24   1183, 1184, 1185, 1186, 1187, 1188, 1189, 1190, 1191, 1192, 1193,
25   1194, 1195, 1196, 1197, 1198, 1199, 1200, 1201, 1202, 1203, 1204,
26   1205, 1206, 1207, 1208, 1209, 1210, 1211, 1212, 1213, 1214, 1215,
27   1216, 1217, 1218, 1219, 1220, 1221, 1222, 1223, 1224, 1225, 1226,
```

1  1227, 1228, 1229, 1230, 1231, 1232 and 1233.

2      DISTRICT 19.  District 19 is composed of Bailey, Borden,

3  Castro, Cochran, Crosby, Dickens, Fisher, Floyd, Gaines, Garza,

4  Hale, Haskell, Hockley, Howard, Jones, Kent, King, Lamb, Lubbock,

5  Lynn, Nolan, Parmer, Scurry, Stonewall, Taylor, Terry,

6  Throckmorton, Yoakum and Young Counties.

7      DISTRICT 20.  District 20 is composed of Bexar County tracts

8  110100, 110300, 110500, 110600, 110700, 110800, 110900, 111000,

9  121111, 121203, 121205, 121206, 121300, 121403, 121404, 121504,

10  121507, 121803, 121804, 121808, 121809, 130700, 131503, 140100,

11  150100, 150300, 150400, 150501, 160100, 160200, 160300, 160501,

12  160502, 160600, 160701, 160702, 161400, 161600, 161801, 170101,

13  170102, 170200, 170300, 170401, 170402, 170500, 170600, 170700,

14  170800, 170900, 171000, 171100, 171200, 171301, 171302, 171401,

15  171402, 171501, 171502, 171601, 171602, 171700, 171902, 180101,

16  180102, 180201, 180202, 180300, 180400, 180501, 180503, 180504,

17  180602, 180603, 180604, 180701, 180702, 180800, 180901, 180902,

18  181001, 181003, 181004, 181005, 181100, 181200, 181303, 181402,

19  181403, 181404, 181503, 181504, 181505, 181506, 181601, 181602,

20  181704, 181705, 181711, 181808, 181817, 190100, 190501, 190503,

21  190504, 190601, 190603, 190604, 190700, 190901, 191003, 191004,

22  191005, 191006, 191101, 191102, 191408, 191409, 191410, 191411,

23  191506 and 192100; and that part of Bexar County tract 120100

24  included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,

25  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1018, 1019,

26  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,

27  1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,

```
 1   1042, 1043, 1044, 1045, 1046, 1049, 1050, 1051, 1052, 1053, 1054,
 2   1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065,
 3   1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076,
 4   1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087,
 5   1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098,
 6   1099, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109,
 7   1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118, 1119, 1120,
 8   1121, 1122, 1123, 1124, 1125, 1126, 1127, 1128, 1129, 1130, 1131,
 9   1132, 1133, 1134, 1135, 1136, 1137, 1138, 1139, 1140, 1141, 1142,
10   1143, 1144, 1145, 1146, 1147, 1148, 1149, 1150, 1151, 1152, 1153,
11   1154, 1155, 1156, 1157, 1158, 1159, 1160, 1161, 1162, 1163, 1164,
12   1165, 1166, 1167, 1168, 1169, 1170, 1171, 1172, 1173, 1174, 1175,
13   1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184, 1185, 1186,
14   1187, 1188, 1189, 1190, 1191, 1192, 1193, 1194, 1195, 1196, 1197,
15   1198, 1199, 1200, 1201, 1202, 1203, 1204, 1205, 1206, 1207, 1208,
16   1209, 1210, 1211, 1212, 1213, 1214, 1215, 1216, 1217, 1218, 1219,
17   1220, 1221, 1222, 1223, 1224, 1225, 1226, 1227, 1228, 1229, 1230,
18   1231, 1232, 1233, 1234, 1235, 1236, 1237, 1238, 1239, 1240, 1241,
19   1242, 1243, 1244, 1245, 1246, 1247, 1248, 1249, 1250, 1251, 1252,
20   1253, 1254, 1255, 1256, 1257, 1258, 1259, 1260, 1261, 1262, 1263,
21   1264, 1265, 1266 and 1267; and that part of Bexar County tract
22   120300 included in block 4025; and that part of Bexar County tract
23   120501 included in block groups 1, 4 and 5 and blocks 3000, 3001,
24   3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012,
25   3013, 3014, 3015, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024,
26   3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035,
27   3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046,
```

1  3047, 3048, 3049 and 3050; and that part of Bexar County tract
2  120502 included in block groups 1, 2, 3, 5 and 6 and blocks 4000,
3  4005, 4006, 4007 and 4008; and that part of Bexar County tract
4  120701 included in block group 3 and blocks 1011, 1012, 1013, 1014,
5  1015, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026,
6  1027, 1028, 1029, 1030, 1031, 1032, 1033, 1035, 1037, 1038, 1039,
7  1040, 1041, 2000, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
8  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
9  2022 and 2023; and that part of Bexar County tract 120702 included
10 in blocks 1003, 1004, 1005, 1006 and 1023; and that part of Bexar
11 County tract 120902 included in blocks 3000 and 3003; and that part
12 of Bexar County tract 121112 included in block group 2 and blocks
13 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
14 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1019, 1020, 1021 and 1022;
15 and that part of Bexar County tract 121204 included in block groups
16 2, 3 and 5 and blocks 1000, 1001, 1002, 1003 and 1009; and that part
17 of Bexar County tract 121402 included in blocks 1000, 1001, 1002,
18 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
19 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
20 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
21 1036, 1037, 1038, 1039, 1040, 1041, 1043, 1044, 1047, 1048, 1049,
22 1050, 1051, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,
23 2009, 2010, 2011 and 2012; and that part of Bexar County tract
24 121501 included in block groups 1, 2 and 4 and blocks 3006, 3007,
25 3008, 3009, 3010 and 3011; and that part of Bexar County tract
26 121505 included in blocks 3007, 3008, 3009, 3010, 3011, 3012, 3013,
27 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024,

1   3025, 3026, 3027, 3028 and 3029; and that part of Bexar County tract
2   121506 included in block groups 1 and 4 and block 3015; and that
3   part of Bexar County tract 121508 included in block group 1 and
4   block 3010; and that part of Bexar County tract 121606 included in
5   block groups 1, 2 and 3 and blocks 4000, 4001, 4002, 4003, 4004,
6   4005, 4006, 4007 and 4008; and that part of Bexar County tract
7   121702 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,
8   1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
9   1018, 1020, 1021, 1022, 1030, 1036, 1037, 2000, 2001, 2002, 2003,
10  2004, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,
11  2017, 2018, 2019, 2024, 2025, 2026, 2036, 2037, 2042, 2043, 2044,
12  2045, 2046, 2048 and 2049; and that part of Bexar County tract
13  121802 included in block groups 1 and 2 and blocks 3001, 3002, 3003,
14  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,
15  3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025,
16  3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035 and 3036;
17  and that part of Bexar County tract 121812 included in block groups
18  2 and 3 and blocks 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008,
19  4009, 4010, 4011 and 4012; and that part of Bexar County tract
20  121813 included in blocks 1000, 1001, 1013, 1014 and 1015; and that
21  part of Bexar County tract 121909 included in block group 1 and
22  blocks 2000, 2001, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
23  2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040,
24  2041, 2042, 2043, 2044 and 2045; and that part of Bexar County tract
25  130600 included in block groups 1 and 3 and blocks 2000, 2001, 2002,
26  2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2015, 2016,
27  2017, 2018, 2019, 2020, 2024, 2025, 4000, 4001, 4002, 4003, 4004,

1   4005, 4006, 4007, 4008, 4009, 4010, 4012 and 4014; and that part of
2   Bexar County tract 130800 included in block group 1; and that part
3   of Bexar County tract 130900 included in blocks 1000, 1001, 1002,
4   1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
5   1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
6   1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 3000, 3001,
7   3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012,
8   3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023,
9   3024 and 3042; and that part of Bexar County tract 131504 included
10  in block groups 1 and 2 and blocks 3000, 3001, 3002, 3003, 3004,
11  3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015,
12  3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026,
13  3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037,
14  3038, 3039, 3040 and 3041; and that part of Bexar County tract
15  131506 included in blocks 1005, 1006, 1007, 1009 and 1035; and that
16  part of Bexar County tract 131507 included in block group 2 and
17  blocks 1001 and 1002; and that part of Bexar County tract 131609
18  included in blocks 1001 and 1029; and that part of Bexar County
19  tract 140200 included in block groups 2 and 4 and blocks 1000, 1001,
20  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
21  1013, 1016 and 1017; and that part of Bexar County tract 150502
22  included in blocks 1000, 1001, 1002, 1003, 2000, 2001, 2002, 2004
23  and 2009; and that part of Bexar County tract 150600 included in
24  blocks 4005, 4006, 4007, 4008, 4010, 4011, 4024, 4025, 4026, 4027,
25  4029, 4030, 4031, 4032, 4033, 4034 and 4035; and that part of Bexar
26  County tract 150700 included in blocks 1001 and 1007; and that part
27  of Bexar County tract 160400 included in block groups 1, 2 and 3 and

1   blocks 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009,

2   4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018, 4019, 4020,

3   4021, 4023 and 4024; and that part of Bexar County tract 161304

4   included in block 1000; and that part of Bexar County tract 161501

5   included in block groups 1, 2 and 5 and block 3001; and that part of

6   Bexar County tract 161802 included in block group 2; and that part

7   of Bexar County tract 171801 included in block group 3 and blocks

8   2000, 2001, 2002, 2003, 2004, 2005, 2007 and 2008; and that part of

9   Bexar County tract 171802 included in block groups 2 and 3 and

10  blocks 1006, 1007 and 5000; and that part of Bexar County tract

11  171913 included in blocks 1003, 1004, 1005, 1006, 1018, 1019, 1020,

12  1021 and 1022; and that part of Bexar County tract 171918 included

13  in block 3010; and that part of Bexar County tract 171923 included

14  in blocks 1005, 1006, 1007, 4003, 4013 and 4014; and that part of

15  Bexar County tract 171924 included in blocks 2016 and 2017; and that

16  part of Bexar County tract 181302 included in block groups 2 and 3

17  and blocks 1002, 1003, 1004 and 1005; and that part of Bexar County

18  tract 181703 included in blocks 2010, 2017 and 2018; and that part

19  of Bexar County tract 181712 included in blocks 1000, 1001, 1002,

20  1003, 1004, 1005, 1006, 1007, 1008, 1010, 1013, 1014 and 1015; and

21  that part of Bexar County tract 181713 included in block groups 1

22  and 2; and that part of Bexar County tract 181725 included in blocks

23  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 2010, 2011 and 2012;

24  and that part of Bexar County tract 181811 included in block group 2

25  and blocks 1011, 1012, 1013, 1014 and 1015; and that part of Bexar

26  County tract 181818 included in block groups 1 and 3 and blocks

27  2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011,

```
1   2012, 2013 and 2014; and that part of Bexar County tract 181822
2   included in block groups 1 and 3 and blocks 2002, 2003, 2004, 2005,
3   2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,
4   2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025 and 2026; and
5   that part of Bexar County tract 190200 included in block groups 1,
6   2, 4 and 5 and blocks 3000, 3001, 3002, 3003, 3004, 3007, 3008,
7   3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,
8   3020, 3021, 3022, 3023, 3024 and 3025; and that part of Bexar County
9   tract 190400 included in blocks 1003, 1004, 1005, 1006, 1007, 1008,
10  1013, 1014, 1015, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,
11  2017, 2018, 2019, 2020, 3002, 3003, 3004, 3005, 3006, 3007, 3010,
12  3011 and 3012; and that part of Bexar County tract 190902 included
13  in block groups 1 and 2 and blocks 3000, 3001, 3002, 3003, 3004,
14  3005, 3006, 3007, 3008, 3009, 3010, 3012, 3013, 3014, 3015, 3016 and
15  3030; and that part of Bexar County tract 191201 included in blocks
16  3005, 3006, 3010, 3011 and 3012; and that part of Bexar County tract
17  191202 included in block groups 2 and 3 and blocks 1001, 1002, 1003,
18  1004, 1005, 1006, 1007, 1008, 1010, 1011, 1012, 1013, 1014, 1015,
19  4000, 4001, 4002, 4003, 4004, 4005, 4006, 4008, 4009, 4010, 4011,
20  4012, 4013, 4014, 4015 and 4016; and that part of Bexar County tract
21  191304 included in blocks 1020, 1022, 1023, 1024, 1028, 1029, 1030,
22  1031, 1032, 1033, 1035, 1036, 1037, 1038, 1039, 1040, 1043, 1044,
23  1045, 1046, 1047, 1048, 1053, 1054, 1055, 2011, 2018, 2019 and 2021;
24  and that part of Bexar County tract 191405 included in block groups
25  1, 2, 3 and 5 and block 4020; and that part of Bexar County tract
26  191413 included in block group 1 and blocks 2011, 2012, 2013, 2014,
27  2015, 2016, 2017, 2018, 2019 and 2020; and that part of Bexar County
```

1   tract 191504 included in blocks 2007, 2012, 2018, 2019, 2020, 2021
2   and 2022; and that part of Bexar County tract 191702 included in
3   block 1015; and that part of Bexar County tract 191900 included in
4   block group 4 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,
5   1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
6   1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,
7   1029, 1031, 1032, 1033, 1034, 1035, 1036, 1046, 2000, 2001, 2002,
8   2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,
9   2014, 2015, 2016, 2018, 3007, 3008, 3009, 3010, 3013, 3014, 5000,
10  5001, 5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009, 5010, 5011,
11  5012, 5016, 5017, 5018, 5019 and 5021; and that part of Bexar County
12  tract 192000 included in block groups 2, 3, 4 and 5 and blocks 1000,
13  1001, 1002, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
14  1036, 1037, 1038, 1039, 1067, 1068, 1069, 1070, 1073, 1074, 1075,
15  1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083 and 1084; and that
16  part of Bexar County tract 980100 included in blocks 1000, 1001,
17  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
18  1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
19  1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
20  1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
21  1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056,
22  1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067,
23  1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078,
24  1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089,
25  1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100,
26  1101, 1102, 1103, 1104, 1105, 1107, 1108, 1109, 1110, 1111, 1112,
27  1113, 1114, 1115, 1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123,

1  1124, 1125, 1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134,

2  1135, 1136, 1137, 1138, 1139, 1140, 1141, 1142, 1143, 1144, 1145,

3  1146, 1147, 1148, 1149, 1150, 1151, 1152, 1153, 1154, 1155, 1156,

4  1157, 1159, 1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168,

5  1169, 1170 and 1171.

6      DISTRICT 21.  District 21 is composed of Bandera, Blanco,

7  Gillespie, Kendall, Kerr, Llano, Mason and Real Counties; and Bexar

8  County tracts 120400, 120600, 120800, 120901, 121000, 121108,

9  121110, 121115, 121116, 121117, 121118, 121119, 121120, 121121,

10 121122, 121810, 121811, 121903, 121904, 121905, 121906, 121907,

11 121908, 121910, 181814, 181820, 181823, 181901, 181902, 182001,

12 182003, 182101, 182102, 190800, 191303, 191406, 191412, 191701,

13 191804, 191806, 191807, 191808, 191809, 191810, 191811, 191812,

14 191813, 191814, 191815, 191816, 191817, 192300, 980001 and 980004;

15 and that part of Bexar County tract 120100 included in blocks 1017,

16 1047 and 1048; and that part of Bexar County tract 120300 included

17 in block groups 1, 2, 3, 5, 6, 7 and 8 and blocks 4000, 4001, 4002,

18 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013,

19 4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024,

20 4026, 4027, 4028, 4029, 4030, 4031 and 4032; and that part of Bexar

21 County tract 120501 included in block groups 2, 6 and 7 and block

22 3016; and that part of Bexar County tract 120502 included in blocks

23 4001, 4002, 4003 and 4004; and that part of Bexar County tract

24 120701 included in block groups 4 and 5 and blocks 1000, 1001, 1002,

25 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1016, 1034, 1036,

26 2001 and 2002; and that part of Bexar County tract 120702 included

27 in block groups 2 and 3 and blocks 1000, 1001, 1002, 1007, 1008,

1   1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
2   1020, 1021 and 1022; and that part of Bexar County tract 120902
3   included in block groups 1, 2 and 4 and blocks 3001, 3002, 3004,
4   3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015,
5   3016, 3017, 3018, 3019 and 3020; and that part of Bexar County tract
6   121112 included in blocks 1018, 1023 and 1024; and that part of
7   Bexar County tract 121204 included in block group 4 and blocks 1004,
8   1005, 1006, 1007 and 1008; and that part of Bexar County tract
9   121802 included in block 3000; and that part of Bexar County tract
10  121812 included in block group 1 and block 4000; and that part of
11  Bexar County tract 121813 included in blocks 1002, 1003, 1004,
12  1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1016 and 1017; and
13  that part of Bexar County tract 121909 included in blocks 2002,
14  2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,
15  2014, 2015, 2016, 2017, 2018, 2019, 2020 and 2021; and that part of
16  Bexar County tract 181721 included in blocks 1000 and 1007; and that
17  part of Bexar County tract 181724 included in blocks 2000, 2001,
18  2010, 2011 and 2014; and that part of Bexar County tract 181824
19  included in block group 1 and blocks 2000, 2001, 2002, 2003, 2004,
20  2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015,
21  2016, 2017, 2018, 2019 and 2020; and that part of Bexar County tract
22  181825 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,
23  1007, 2000, 2001, 2002, 2003 and 2004; and that part of Bexar County
24  tract 181826 included in block group 3 and blocks 1000, 1001, 1002,
25  1006, 1007 and 2000; and that part of Bexar County tract 182002
26  included in block group 3 and blocks 1000, 1001, 1002, 1003, 1004,
27  1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015,

1  1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026,
2  1027, 1028, 1029, 1030, 1031, 1033, 1034, 1035, 1036, 1037, 1040,
3  1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051,
4  1052, 1053, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064,
5  1065, 1066, 1067, 1068, 1069, 1070, 1071, 1073, 1074, 1075, 1076,
6  1077, 1078, 2000, 2001, 2002, 2003 and 2004; and that part of Bexar
7  County tract 182103 included in blocks 1000, 1001, 1002, 1003,
8  1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
9  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
10  1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,
11  1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047,
12  1048, 1049, 1050, 1051, 1053, 1054, 1055, 1056, 1057, 1058, 1059,
13  1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070,
14  1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085,
15  1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096,
16  1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107,
17  1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118,
18  1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127, 1128, 1129,
19  1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137, 1138, 1139, 1140,
20  1141, 1142, 1143, 1144, 1145, 1146, 1147, 1149, 1150, 1151, 1152,
21  1153 and 1154; and that part of Bexar County tract 182105 included
22  in blocks 1000, 1001, 1002, 1005, 1006, 1007, 1009, 1010, 1011,
23  1012, 1014, 1018, 1021, 1023, 1026, 1027, 1046 and 1047; and that
24  part of Bexar County tract 182106 included in blocks 1000, 1001,
25  1002, 1005, 1006, 1007, 1008, 1010, 1012, 1013, 1014, 1015, 1016,
26  1017, 1020, 1022, 1023, 1024, 1025, 1026, 1029, 1030, 1036, 1042,
27  1045, 1046, 1049, 1050, 1052 and 1078; and that part of Bexar County

1  tract 190200 included in blocks 3005 and 3006; and that part of
2  Bexar County tract 190400 included in blocks 1000, 1001, 1002,
3  1009, 1010, 1011, 1012, 2000, 2001, 2002, 2003, 2004, 2005, 2006,
4  2007, 2008, 2021, 2022, 2023, 2024, 2025, 3000, 3001, 3008 and 3009;
5  and that part of Bexar County tract 190902 included in blocks 3011,
6  3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027,
7  3028, 3029, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039,
8  3040 and 3041; and that part of Bexar County tract 191201 included
9  in block groups 1 and 2 and blocks 3000, 3001, 3002, 3003, 3004,
10 3007, 3008 and 3009; and that part of Bexar County tract 191202
11 included in blocks 1000, 1009 and 4007; and that part of Bexar
12 County tract 191304 included in blocks 1000, 1001, 1002, 1003,
13 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
14 1015, 1016, 1017, 1018, 1019, 1021, 1025, 1026, 1027, 1034, 1041,
15 1042, 1049, 1050, 1051, 1052, 2000, 2001, 2002, 2003, 2004, 2005,
16 2006, 2007, 2008, 2009, 2010, 2012, 2013, 2014, 2015, 2016, 2017 and
17 2020; and that part of Bexar County tract 191405 included in blocks
18 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010,
19 4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018 and 4019; and that
20 part of Bexar County tract 191413 included in blocks 2000, 2001,
21 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2021, 2022 and
22 2023; and that part of Bexar County tract 191503 included in block
23 groups 2 and 3; and that part of Bexar County tract 191504 included
24 in block group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005,
25 2006, 2008, 2009, 2010, 2011, 2013, 2014, 2015, 2016 and 2017; and
26 that part of Bexar County tract 191702 included in block groups 2, 3
27 and 4 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,

1  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1016, 1017 and 1018; and
2  that part of Bexar County tract 192000 included in blocks 1003,
3  1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
4  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
5  1026, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049,
6  1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060,
7  1061, 1062, 1063, 1064, 1065, 1066, 1071 and 1072; and Comal County
8  tracts 310200, 310404, 310501, 310502, 310503, 310603, 310604,
9  310605, 310606, 310607, 310608, 310701, 310702, 310703, 310704,
10 310801, 310901, 310902 and 310903; and that part of Comal County
11 tract 310100 included in block groups 2, 3 and 4 and blocks 1000,
12 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
13 1012, 1013, 1014, 1015, 1016, 1017, 1021, 1022, 1023, 1024 and 1028;
14 and that part of Comal County tract 310300 included in block groups
15 2 and 4 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
16 1008, 1009, 1010, 1011, 1012, 1013, 1015, 1016, 1017, 1018, 3000,
17 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3012 and
18 3013; and that part of Comal County tract 310401 included in block
19 group 5 and blocks 2000, 2019, 2020 and 2035; and that part of Comal
20 County tract 310403 included in block group 3 and blocks 1000, 1001,
21 1002, 1004, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015,
22 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026,
23 1027, 1028, 1029, 1030, 1031, 1032, 1033 and 1034; and that part of
24 Comal County tract 310802 included in blocks 1000, 1001, 1002,
25 1003, 1004, 1005, 1007, 1009, 1010, 1013, 1014, 1015, 1018, 1019,
26 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
27 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,

1042, 1043, 1044, 1045, 1050, 1059, 1061, 1062, 1069, 1071, 2131,
2132, 2133, 2134, 2135, 2136, 2137, 2139, 2140, 2141, 2142, 2143,
2144, 2145, 2146, 2147, 2148, 2149, 2150, 2151, 2152, 2153, 2157,
2158, 2159, 2162, 2163, 2164 and 2179; and Travis County tracts
001733, 001742, 001764, 001766, 001768, 001769, 001771, 001773,
001778, 001779, 001783, 001784, 001908 and 001916; and that part of
Travis County tract 001737 included in block group 1 and blocks
3000, 3001, 3002, 3003, 3004, 3024, 3025 and 3026; and that part of
Travis County tract 001738 included in block group 1 and blocks
2002, 2003, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015,
2016, 2017, 2018, 2019, 3000, 3001, 3002, 3003, 3004, 3005, 3006,
3007, 3008, 3009, 3010, 4000, 4001, 4002, 4003, 4004, 4005, 4006,
4007, 4008, 4009, 4010, 4012, 4013, 4014, 4015, 4016, 4017, 4018,
4019, 4020, 5000, 5001, 5002, 5003, 5004, 5005 and 5011; and that
part of Travis County tract 001741 included in blocks 1029, 1030,
1031, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,
1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054,
1055, 1056, 1057, 1058, 1067 and 2033; and that part of Travis
County tract 001749 included in block group 1 and blocks 2000, 2001,
2002, 2003, 2004, 2007, 2008, 2009, 2011, 2012, 2013, 4001 and 4002;
and that part of Travis County tract 001760 included in blocks 1003,
1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031,
1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042,
1043, 1044, 1045, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064,
1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075,
1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086,

1  1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097,
2  2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,
3  2021, 2022, 2023, 2024, 2025, 2026, 2028, 2029, 2030, 2031, 2032,
4  2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043,
5  2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054,
6  2055, 2056, 2057, 2058, 2060, 2061, 2064, 2066, 2067, 2068, 2069,
7  2070, 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080 and
8  2081; and that part of Travis County tract 001761 included in blocks
9  2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2012, 2013,
10 2017, 2020 and 2032; and that part of Travis County tract 001765
11 included in blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
12 2011, 2030, 2103, 2104, 2173 and 2174; and that part of Travis
13 County tract 001777 included in blocks 1004, 1009 and 1010; and that
14 part of Travis County tract 001780 included in blocks 1000, 1001,
15 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
16 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
17 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
18 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
19 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056,
20 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067,
21 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078,
22 1079, 1080, 1081, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091,
23 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102,
24 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113,
25 1114, 1115, 1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124,
26 1125, 1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135,
27 1136, 1137, 1138, 1139, 1140, 1141, 1142, 1143, 1144, 1145, 1146,

1   1147, 1148, 1149, 1150, 1151, 1152, 1153, 1154, 1155, 1156, 1157,
2   1158, 1159, 1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168,
3   1169, 1170, 1171, 1172, 1173, 1174, 1175, 1176, 1177, 1178, 1179,
4   1180, 1181, 1182, 1183, 1184, 1185, 1186, 1187, 1188, 1189, 1190,
5   1191, 1192, 1193, 1194, 1195, 1196, 1197, 1198, 1199, 1200, 1201,
6   1202, 1203, 1204, 1205, 1206, 1207, 1208, 1209, 1210, 1211, 1212,
7   1213, 1214, 1215, 1216, 1217, 1218, 1219, 1220, 1221, 1222, 1223,
8   1224, 1225, 1226, 1227, 1228, 1229, 1230, 1231, 1232, 1233, 1234,
9   1235, 1236, 1237, 1238, 1239, 1240, 1241, 1242, 1243, 1244, 1245,
10  1246, 1247, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,
11  2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019,
12  2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030,
13  2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041,
14  2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052,
15  2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063,
16  2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074,
17  2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085,
18  2086, 2087, 2088, 2089, 2091 and 2092; and that part of Travis
19  County tract 001912 included in blocks 1015, 1016, 1017, 1018,
20  1019, 1020, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
21  1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
22  1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056 and
23  1057; and that part of Travis County tract 001913 included in blocks
24  1010, 1016, 1017, 1018, 1019, 1020, 1025, 1027 and 1028; and that
25  part of Travis County tract 001914 included in blocks 1001, 1012,
26  1014, 1016, 1018, 1019, 1024, 1025 and 2011; and that part of Travis
27  County tract 001915 included in blocks 1018, 1019, 1021, 1022,

1   1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033,

2   1050, 1051 and 1052; and that part of Travis County tract 001917

3   included in block groups 1 and 3.

4       DISTRICT 22.  District 22 is composed of Brazoria County

5   tracts 660100, 660300, 660400, 660500, 660601, 660602, 660701,

6   660702, 660801, 660802 and 661800; and that part of Brazoria County

7   tract 660200 included in block groups 2 and 3 and blocks 1000, 1001,

8   1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,

9   1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,

10  1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,

11  1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,

12  1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1058, 1059,

13  1065, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076,

14  1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087,

15  1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098,

16  1099, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109,

17  1110, 1111 and 1112; and that part of Brazoria County tract 660900

18  included in block groups 1, 2 and 4 and blocks 3000, 3001, 3002,

19  3003, 3004, 3005, 3006, 3017, 3018, 3019, 3020, 3022, 3023, 3024,

20  3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035,

21  3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046,

22  3047, 3048, 3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057,

23  3058, 3059, 3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067, 3068,

24  3069, 3070, 3071, 3072, 3073, 3074, 3075, 3076, 3077, 3078, 3079,

25  3080, 3081, 3082, 3083, 3084, 3085, 3086, 3087, 3088, 3089, 3090,

26  3091, 3092, 3093, 3094, 3095, 3096, 3097, 3098, 3099, 3100, 3101,

27  3102, 3103, 3104, 3105, 3108, 3109, 3110, 3111, 3112, 3113, 3114,

```
 1  3115, 3116, 3121 and 3122; and that part of Brazoria County tract
 2  661000 included in block group 1 and blocks 2000, 2001, 2002, 2003,
 3  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014,
 4  2015, 2016, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027,
 5  2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038,
 6  2040, 3012, 3013, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022,
 7  3024, 3026, 3027, 3028, 3055, 3056, 3057, 3058 and 3068; and that
 8  part of Brazoria County tract 661200 included in blocks 3015, 3016,
 9  3017, 3018, 3019, 3020 and 3021; and that part of Brazoria County
10  tract 661300 included in blocks 1003, 1004, 1005, 1006, 1040, 2031,
11  2032, 2033, 2034, 2035, 2036, 3003, 3004, 3005, 3006, 3007, 3008,
12  3009, 3010, 3011, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030,
13  3031, 3032, 3033, 3038, 3039, 3040, 3041, 3047, 3048, 3049, 3050 and
14  3051; and that part of Brazoria County tract 661400 included in
15  block groups 2, 5 and 6 and blocks 1002, 1003, 1004, 1005, 1006,
16  1007, 1008, 1009, 1010, 1011, 1012, 1013, 3003, 3004, 3005, 3006,
17  3007, 3008, 3009, 3010, 3011, 3017, 3018, 3019, 3020, 3021, 3022,
18  3023, 3024, 3028, 3029, 3030, 4002, 4003, 4004, 4005, 4006, 4007,
19  4008, 4009, 4013 and 4014; and that part of Brazoria County tract
20  661501 included in block groups 1 and 2 and blocks 3003, 3004, 3009,
21  3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3023, 3031,
22  3032, 3036, 3037, 3039, 3040, 3041, 3042, 3043, 3044 and 3045; and
23  that part of Brazoria County tract 661502 included in blocks 1000,
24  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
25  1012, 1013, 1014, 1015, 1016, 1018, 1023, 1026, 1038, 1039, 1040,
26  1041, 2000, 2001, 2002 and 2004; and that part of Brazoria County
27  tract 661602 included in blocks 2000, 2001, 2002, 2003, 2004, 2005
```

1   and 2023; and that part of Brazoria County tract 661900 included in
2   block groups 1 and 4 and blocks 2000, 2001, 2002, 2003, 2004, 2005,
3   2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,
4   2017, 2018, 2019, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030,
5   2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041,
6   2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052,
7   2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063,
8   2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074,
9   2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085,
10  2086, 2087, 2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095, 2096,
11  2097, 2098, 2099, 2100, 2101, 2102, 2103, 2104, 2105, 2106, 2107,
12  2108, 2109, 2110, 2111, 2113, 2114, 2115, 2116, 2117, 2118, 2119,
13  2120, 2121, 2122, 2123, 2124, 2125, 2126, 2136, 2147, 2213 and 3024;
14  and that part of Brazoria County tract 662000 included in block
15  group 5 and blocks 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007,
16  4008, 4009, 4010, 4011, 4012, 4014, 4015, 4016, 4017, 4018, 4019,
17  4020, 4021, 4022, 4023, 4024, 4025, 4026, 4027, 4028, 4029, 4030,
18  4031, 4032, 4033, 4034, 4035, 4036, 4037, 4038, 4039, 4040, 4041,
19  4042, 4043, 4046, 4047, 4048, 4049, 4050, 4051, 4053, 4054, 4055,
20  4056 and 4057; and Fort Bend County tracts 670800, 670901, 670902,
21  671001, 671002, 671501, 671502, 671601, 671602, 671700, 671900,
22  672001, 672002, 672100, 672200, 672301, 672302, 672702, 672800,
23  673001, 673003, 673101, 673102, 673200, 673300, 673400, 673500,
24  673600, 673700, 673800, 673901, 673902, 674000, 674100, 674200,
25  674300, 674400, 674501, 674502, 674601, 674602, 674603, 674604,
26  674700, 674800, 674900, 675000, 675100, 675200, 675300, 675400,
27  675500, 675600, 675700 and 675800; and that part of Fort Bend County

1    tract 670101 included in blocks 3020, 3021, 3022 and 3023; and that
2    part of Fort Bend County tract 670700 included in block group 2 and
3    blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
4    1010, 1011, 1012, 1013, 1014, 1015, 1017, 1027, 1028, 1029, 1030,
5    1031, 1032, 1033, 1034, 1035, 1039, 1040, 1041, 1042, 1043, 1044,
6    1054, 1055, 1056, 1057, 1058, 1059, 1060 and 1061; and that part of
7    Fort Bend County tract 671100 included in block groups 2 and 3 and
8    blocks 1005, 1008, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
9    1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,
10   1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 4022, 4023 and 4024;
11   and that part of Fort Bend County tract 671300 included in blocks
12   1000, 1012, 1013, 1014, 1017, 1018, 1020, 1021, 1022, 1023, 1024 and
13   1030; and that part of Fort Bend County tract 671400 included in
14   block group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006,
15   2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,
16   2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028,
17   2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039,
18   2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047 and 2048; and that
19   part of Fort Bend County tract 671800 included in blocks 1000, 1001,
20   1002, 1006, 1007, 1069, 1070, 1072, 1077, 2000, 2001, 2002, 2003,
21   2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014,
22   2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025,
23   2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036,
24   2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047,
25   2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058,
26   2059, 2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073,
27   2074, 2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084,

1  2085, 2086, 2087, 2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095,

2  2096, 2097, 2098, 2099, 2100, 2101, 2102, 2103, 2104, 2105, 2106,

3  2107, 2108, 2109, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117,

4  2118, 2119, 2120, 2121, 2122, 2123, 2124, 2125, 2126, 2127, 2128,

5  2129, 2130, 2131, 2132, 2133, 2134, 2135, 2136, 2137, 2138, 2139,

6  2140, 2141, 2142, 2143, 2144, 2145 and 2147; and that part of Fort

7  Bend County tract 672400 included in blocks 2016, 2017, 2018, 2020,

8  2021, 2022, 2023, 2024, 2025, 2027, 2028, 2029, 2030, 4000, 4001,

9  4002, 4003, 4004 and 4009; and that part of Fort Bend County tract

10 672701 included in block groups 1 and 3; and that part of Fort Bend

11 County tract 672900 included in blocks 1042, 1043, 1044, 1050,

12 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061,

13 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072,

14 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083,

15 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094,

16 1095, 1096, 1097, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107,

17 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118,

18 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127, 1128, 1129,

19 1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137, 1138, 1139, 1140,

20 1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148, 1149, 1150, 1151,

21 1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159, 1160, 1161, 1162,

22 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1171, 1172, 1173,

23 1174, 1175, 1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184,

24 1185, 1186, 1187, 1188, 1189, 1190, 1191, 1192, 1193, 1194, 1195,

25 1196, 1197, 1198, 1199, 1200, 1201, 1202, 1203, 1204, 1205, 1206,

26 1207, 1208, 1209, 1210, 1211, 1212, 1213, 1214, 1215, 1216, 1217,

27 1218, 1219, 1220, 1221, 1222, 1223, 1224, 1225, 1226, 1227, 1228,

```
 1  1229, 1230, 1231, 1232, 1233, 1234, 1235, 1236, 1237, 1238, 1239,
 2  1240, 1241, 1242, 1243, 1244, 1245, 1247, 1248, 1249, 1250, 1251,
 3  1252, 1253, 1254, 1255, 1256, 1257, 1258, 1259, 1260, 1261, 1262,
 4  1263, 1264, 1265, 1266, 1267, 1268, 1269, 1270, 1271, 1272, 1273,
 5  1274, 1275, 1276, 1277, 1278, 1279, 1280, 1281, 1282, 1283, 1284,
 6  1285, 1286, 1287, 1288, 1289, 1290, 1291, 1292, 1293, 1294, 1295,
 7  1296, 1297, 1298, 1299, 1300, 1301, 1302, 1303, 1304, 1305, 1306,
 8  1307, 1308, 1309, 1312, 1313, 1314, 1315, 1316, 1317, 1318, 1319,
 9  1320, 1321, 1322, 1323, 1324, 1325, 1326, 1327, 1328, 1329, 1330,
10  1331, 1332, 1333, 1334, 1335, 1336, 1337, 1338, 1339, 1340, 1341,
11  1342, 1343, 1344, 1345, 1346, 1347, 1348, 1372, 1373, 1374, 1375,
12  1376, 1377, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 1388, 1389,
13  1391, 1393, 1394, 1396, 1397, 1398 and 1403; and that part of Fort
14  Bend County tract 673002 included in block group 1 and blocks 2000,
15  2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011,
16  2012, 2013, 2014, 2015, 2016, 2020, 2021, 2022, 2023, 2024, 2025,
17  2026, 2027, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038,
18  2039, 2040, 2041, 2042, 2043, 2044, 2045 and 2046; and Harris County
19  tracts 341000, 350601, 350602, 350700, 350801 and 350802; and that
20  part of Harris County tract 340500 included in blocks 2001, 2002,
21  2003, 2004, 2005, 2006, 2007, 5001, 5002, 5003, 5004, 5005, 5006,
22  5007 and 5008; and that part of Harris County tract 340600 included
23  in block 2014; and that part of Harris County tract 340700 included
24  in block groups 1, 2 and 4 and blocks 3000, 3001, 3002, 3003, 3004,
25  3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015,
26  3018, 3019, 3023, 3024, 3025 and 3026; and that part of Harris
27  County tract 340900 included in blocks 1000, 1001, 1002, 1003,
```

1   1004, 1005, 1006, 1007, 1016, 1017, 1018, 1019 and that

2   part of Harris County tract 350100 included in block group 1 and

3   blocks 2028, 2029, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054,

4   2097, 2098, 2099 and 2100; and that part of Harris County tract

5   350300 included in block group 3 and blocks 1013, 1017, 1018, 1019,

6   1020, 1021, 1022, 1023, 1026, 1027, 1028, 1029, 1030, 1031, 2001,

7   2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2015,

8   2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 4006,

9   4007, 4008 and 4009; and that part of Harris County tract 350500

10  included in block group 3 and blocks 1001, 1002, 1005, 1006, 1007,

11  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,

12  1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,

13  1030 and 1031.

14      DISTRICT 23.  District 23 is composed of Brewster, Crane,

15  Crockett, Culberson, Dimmit, Edwards, Frio, Hudspeth, Jeff Davis,

16  Kinney, La Salle, Loving, Maverick, Medina, Pecos, Presidio,

17  Reagan, Reeves, Schleicher, Sutton, Terrell, Upton, Uvalde, Val

18  Verde, Ward, Winkler and Zavala Counties; and Bexar County tracts

19  171903, 171912, 171914, 171915, 171916, 171917, 171919, 171920,

20  171921, 171922, 171925, 172004, 172005, 172006, 172007, 181301,

21  181715, 181716, 181718, 181720, 181722, 181723, 181726, 181727,

22  181728, 181729, 181730, 181731, 181809, 181813, 181815, 181816,

23  181819, 181821, 191505 and 980005; and that part of Bexar County

24  tract 171801 included in block groups 1 and 4 and block 2006; and

25  that part of Bexar County tract 171802 included in block group 4 and

26  blocks 1000, 1001, 1002, 1003, 1004, 1005, 1008, 1009, 1010, 5001,

27  5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009, 5010, 5011, 5012 and

1   5013; and that part of Bexar County tract 171913 included in block
2   group 2 and blocks 1000, 1001, 1002, 1007, 1008, 1009, 1010, 1011,
3   1012, 1013, 1014, 1015, 1016 and 1017; and that part of Bexar County
4   tract 171918 included in block groups 1, 2 and 4 and blocks 3000,
5   3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3011, 3012,
6   3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020 and 3021; and that
7   part of Bexar County tract 171923 included in block groups 2 and 3
8   and blocks 1000, 1001, 1002, 1003, 1004, 4000, 4001, 4002, 4004,
9   4005, 4006, 4007, 4008, 4009, 4010, 4011 and 4012; and that part of
10  Bexar County tract 171924 included in block group 1 and blocks 2000,
11  2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011,
12  2012, 2013, 2014, 2015, 2018, 2019 and 2020; and that part of Bexar
13  County tract 172003 included in block group 2 and blocks 1000, 1002,
14  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1013, 1014,
15  1016, 1017, 1018, 1019 and 1020; and that part of Bexar County tract
16  181302 included in blocks 1000 and 1001; and that part of Bexar
17  County tract 181703 included in block groups 1 and 3 and blocks
18  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2011,
19  2012, 2013, 2014, 2015, 2016, 2019, 2020 and 2021; and that part of
20  Bexar County tract 181712 included in block group 2 and blocks 1009,
21  1011 and 1012; and that part of Bexar County tract 181713 included
22  in block groups 3 and 4; and that part of Bexar County tract 181721
23  included in block group 2 and blocks 1001, 1002, 1003, 1004, 1005,
24  1006, 1008, 1009, 1010, 1011, 1012, 1013, 1014 and 1015; and that
25  part of Bexar County tract 181724 included in block group 1 and
26  blocks 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2012, 2013,
27  2015, 2016, 2017, 2018, 2019, 2020, 2021 and 2022; and that part of

1  Bexar County tract 181725 included in blocks 1008, 1009, 1010,
2  1011, 1012, 1013, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
3  2008 and 2009; and that part of Bexar County tract 181811 included
4  in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009
5  and 1010; and that part of Bexar County tract 181818 included in
6  block 2000; and that part of Bexar County tract 181822 included in
7  blocks 2000 and 2001; and that part of Bexar County tract 181824
8  included in block 2021; and that part of Bexar County tract 181825
9  included in blocks 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015,
10  1016, 1017, 1018, 1019 and 2005; and that part of Bexar County tract
11  181826 included in block group 4 and blocks 1003, 1004, 1005, 1008,
12  1009, 1010, 1011, 1012, 1013, 2001, 2002, 2003, 2004, 2005 and 2006;
13  and that part of Bexar County tract 182002 included in blocks 1032,
14  1038, 1039, 1054, 1055, 1072, 2005, 2006, 2007, 2008, 2009, 2010,
15  2011, 2012, 2013, 2014, 2015 and 2016; and that part of Bexar County
16  tract 182103 included in blocks 1052, 1071, 1072, 1073, 1074 and
17  1148; and that part of Bexar County tract 182105 included in blocks
18  1003, 1004, 1008, 1013, 1015, 1016, 1017, 1019, 1020, 1022, 1024,
19  1025, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037,
20  1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1048, 1049, 1050,
21  1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061,
22  1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072,
23  1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083,
24  1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093 and 1094;
25  and that part of Bexar County tract 182106 included in block group 2
26  and blocks 1003, 1004, 1009, 1011, 1018, 1019, 1021, 1027, 1028,
27  1031, 1032, 1033, 1034, 1035, 1037, 1038, 1039, 1040, 1041, 1043,

1   1044, 1047, 1048, 1051, 1053, 1054, 1055, 1056, 1057, 1058, 1059,
2   1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070,
3   1071, 1072, 1073, 1074, 1075, 1076, 1077, 1079 and 1080; and that
4   part of Bexar County tract 191503 included in block group 1; and El
5   Paso County tracts 010207, 010210, 010212, 010319, 010333, 010335,
6   010340, 010344 and 010504; and that part of El Paso County tract
7   000101 included in block groups 1 and 2 and blocks 3005, 3020 and
8   4011; and that part of El Paso County tract 000106 included in
9   blocks 1010, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008,
10  3009, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020,
11  3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3032, 3034,
12  3035, 3037 and 3038; and that part of El Paso County tract 000107
13  included in block groups 1, 2, 3, 4 and 6 and block 5000; and that
14  part of El Paso County tract 000108 included in blocks 1000, 1001,
15  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 2000,
16  2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2014 and
17  2015; and that part of El Paso County tract 000109 included in
18  blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
19  1010, 1017, 1018 and 1019; and that part of El Paso County tract
20  000206 included in blocks 2004, 2006, 2007, 2008, 2023, 2024, 2025,
21  2026, 2031, 2032, 2033 and 2034; and that part of El Paso County
22  tract 000207 included in blocks 2000, 2001, 2002, 2003, 2004, 2005,
23  2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030,
24  2031, 2032, 2033, 2034, 2038, 2039 and 2040; and that part of El
25  Paso County tract 000208 included in block group 2 and blocks 1000,
26  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
27  1012, 1013, 1014, 1015, 1017, 1018, 1025, 1026, 1027, 1028, 1032 and

1   1033; and that part of El Paso County tract 000401 included in block
2   group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
3   2008, 2009, 2010, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019,
4   2020, 2021, 2022, 2023, 2024, 2025, 2026, 2035, 2038, 2039, 3003,
5   3004, 3005, 3006, 3007, 3011, 3013, 3014, 3015, 3016, 3017, 3018,
6   3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3030,
7   3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041,
8   3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051, 3052,
9   3053, 3054, 3055 and 3056; and that part of El Paso County tract
10  000403 included in block group 1 and blocks 2000, 2001, 2002, 2003,
11  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2017, 2018,
12  2019, 2027, 2028, 2029, 2030, 2032, 2033 and 2034; and that part of
13  El Paso County tract 000404 included in block group 1 and blocks
14  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
15  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
16  2022 and 2023; and that part of El Paso County tract 001109 included
17  in block group 1 and blocks 2000, 2002, 2003, 2004, 2005, 2006,
18  2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,
19  2018, 2019, 2020, 2021, 2022, 2030, 2031, 3000, 3001, 3002 and 3014;
20  and that part of El Paso County tract 001110 included in block
21  groups 1 and 2 and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3008
22  and 3011; and that part of El Paso County tract 001111 included in
23  blocks 1000 and 1001; and that part of El Paso County tract 010101
24  included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
25  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1019,
26  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
27  1031, 1035 and 1036; and that part of El Paso County tract 010211

```
1   included in block group 2 and blocks 1000, 1001, 1002, 1003, 1004,
2   1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1019,
3   1021, 1022, 1023, 1024, 1026, 1027, 1028, 1029, 1030, 1031, 1032,
4   1033, 1034, 1035, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053,
5   1054, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067 and 1068;
6   and that part of El Paso County tract 010214 included in blocks
7   1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,
8   1028, 1037, 1038, 1039 and 1040; and that part of El Paso County
9   tract 010332 included in blocks 1001, 1002, 1018, 1019, 1020, 1021,
10  1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,
11  1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1044, 1045,
12  1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1057,
13  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
14  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
15  2022, 2023, 2024, 2025, 2026, 2030, 2031, 2032, 2033, 2034, 2035,
16  2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046,
17  2047, 2048 and 2050; and that part of El Paso County tract 010334
18  included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
19  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
20  1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,
21  1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,
22  1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051,
23  1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062,
24  1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073,
25  1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084,
26  1085, 1086, 1087, 1098, 1099, 1100, 1101, 1102, 1106, 1107, 1108,
27  1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118, 1119,
```

1  1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127, 1128, 1129, 1133,
2  1134, 1135, 1136, 1137, 1153, 1154, 1155, 1156, 1157, 1158, 1160,
3  1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1171,
4  1172, 1173, 1174, 1175, 1176, 1177, 1178, 1179, 1180, 1181, 1185,
5  1186, 1187, 1188, 1189 and 1190; and that part of El Paso County
6  tract 010339 included in block groups 1 and 2 and blocks 3000, 3008,
7  4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010,
8  4011, 4012, 4013, 4021, 4022, 4023 and 4024; and that part of El
9  Paso County tract 010341 included in block groups 2 and 3 and blocks
10  1000, 1001, 1002, 1003, 1004, 1005, 1030, 1031, 1032, 1033, 1034,
11  1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
12  1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056,
13  1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067,
14  1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078,
15  1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089,
16  1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100,
17  1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1183, 1184, 1185,
18  1186, 1187, 1188, 1189, 1190, 1191, 1192, 1193, 1194, 1195, 1196,
19  1197, 1198, 1199, 1200, 1201, 1202, 1203, 1204, 1205, 1206, 1207,
20  1208, 1209, 1210, 1211, 1212, 1213, 1214, 1215, 1216, 1217, 1218,
21  1219, 1220, 1221, 1222, 1223, 1224, 1225, 1226, 1227, 1228, 1229,
22  1230, 1231, 1232, 1233, 1234, 1235, 1236, 1237, 1238, 1239, 1240,
23  1241, 1242, 1243, 1244, 1245, 1246, 1247, 1248, 1249, 1250, 1251,
24  1252, 1253, 1254, 1255, 1256, 1257, 1258, 1259, 1260, 1261, 1262,
25  1263, 1264, 1265, 1266, 1267, 1268, 1269, 1270, 1271, 1272, 1273,
26  1274, 1275, 1276, 1277, 1278, 1279, 1280, 1281, 1282, 1283, 1284,
27  1285, 1286, 1287, 1288, 1289, 1290, 1291, 1292, 1293, 1294, 1295,

1   1296, 1297, 1298, 1299, 1300, 1301, 1302, 1303, 1304, 1305, 1306,

2   1307, 1308, 1309, 1310, 1311, 1312, 1313, 1314, 1315, 1316, 1317,

3   1318, 1319, 1320, 1321, 1322, 1323, 1324, 1325, 1326, 1327, 1328,

4   1329, 1330, 1331, 1332, 1333, 1334, 1335, 1336, 1337, 1338, 1339,

5   1340, 1341, 1342, 1343, 1344, 1345, 1346, 1347, 1348, 1349, 1350,

6   1351, 1352, 1353, 1354, 1355, 1356, 1357, 1358, 1359, 1360, 1361,

7   1362, 1363, 1364, 1365, 1366, 1367, 1368, 1369, 1370, 1371, 1372,

8   1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383,

9   1384, 1385, 1386, 1387, 1388, 1389, 1390, 1391, 1392, 1393, 1394,

10  1395, 1396, 1397, 1398, 1399, 1400, 1401, 1402, 1403, 1404, 1405,

11  1406, 1407, 1408, 1409, 1410, 1411, 1412, 1413, 1414, 1415, 1416,

12  1417, 1418, 1419, 1420, 1421, 1422, 1423, 1424, 1425, 1426, 1427,

13  1428, 1429, 1430, 1431, 1432, 1433, 1434, 1435, 1436, 1437, 1438,

14  1439, 1440, 1441, 1442, 1443, 1444, 1445, 1446, 1447, 1448, 1449,

15  1450, 1451, 1452, 1453, 1454, 1455, 1456, 1457, 1458, 1459, 1460,

16  1461, 1462, 1463, 1464, 1465, 1466, 1467, 1468, 1472, 1474, 1475,

17  1476, 1477, 1478, 1479, 1480, 1501, 1502, 1503, 1504 and 1505; and

18  that part of El Paso County tract 010342 included in block group 3

19  and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,

20  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,

21  1020, 1021, 1022, 1023, 1166, 1167, 1168, 1169, 1178, 1179, 1180,

22  1181, 1182, 1183, 1184, 1185, 1186, 1187, 1188, 1189, 1190, 1191,

23  1192, 1193, 1194, 1195, 1196, 1197, 1198, 1199, 1200, 1201, 1202,

24  1203, 1204, 1205, 1206, 1207, 1208, 1209, 1210, 1211, 1212, 1213,

25  1214, 1215, 1216, 1217, 1218, 1219, 1220, 1221, 1222, 1223, 1224,

26  1225, 1226, 1227, 1228, 1229, 1230, 1231, 1232, 1233, 1234, 1235,

27  1236, 1237, 1238, 1239, 1240, 1241, 1242, 1243, 1244, 1245, 1246,

1  1247, 1248, 1249, 1250, 1251, 1252, 1253, 1254, 1255, 1256, 1257,
2  1258, 1259, 1260, 1261, 1262, 1263, 1264, 1265, 1266, 1267, 1268,
3  1269, 1270, 1271, 1272, 1273, 1274, 1275, 1276, 1277, 1278, 1280,
4  1281 and 1282; and that part of El Paso County tract 010343 included
5  in blocks 2000, 2001, 2003 and 2036; and that part of El Paso County
6  tract 010347 included in block group 3 and blocks 2041, 2042, 2043,
7  2049, 2050 and 2062; and that part of El Paso County tract 010404
8  included in block group 2 and blocks 1025, 1026, 1030, 1031, 1032,
9  1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 3010, 3011,
10  3012, 3013, 3014, 3015, 3016, 3020, 3021, 3022, 3023, 3024, 3025,
11  3026 and 3027; and that part of El Paso County tract 010501 included
12  in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
13  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1019, 1020, 1021,
14  1022, 1024, 1027, 1047, 1048, 1049, 3000, 4000, 4001, 4002, 4003,
15  4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4018, 4019,
16  4020, 4021, 4022, 4023, 4024, 4025, 4028 and 4029; and that part of
17  El Paso County tract 010502 included in blocks 1000, 1001, 1002,
18  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
19  1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
20  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
21  1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046,
22  1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057,
23  1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068,
24  1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079,
25  1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090,
26  1091, 1092, 1093, 1094, 1097, 1098, 1099, 1100, 1101, 1102, 1103,
27  1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114,

1  1115, 1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125,

2  1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136,

3  1137, 1138, 1139, 1140, 1141, 1142, 1143, 1144, 2000, 2001, 2002,

4  2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,

5  2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024,

6  2025, 2027, 2028, 2029, 2030, 2031, 2034, 2036, 2038, 2039, 2040,

7  2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058 and 2059;

8  and that part of El Paso County tract 010505 included in blocks

9  3026, 3027, 3032, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3050,

10  3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060, 3061,

11  3062, 3073, 3074, 3075, 3076, 3077 and 3078; and that part of El

12  Paso County tract 010506 included in blocks 1008, 1009, 1010, 1011,

13  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022,

14  1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033,

15  1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043 and 1044;

16  and that part of El Paso County tract 010600 included in blocks 3047

17  and 3048.

18       DISTRICT 24.  District 24 is composed of Dallas County

19  tracts 009610, 009900, 013711, 013712, 013713, 013714, 013715,

20  013716, 013717, 013718, 013719, 013720, 013721, 013722, 013725,

21  013726, 013803, 013804, 013805, 013901, 013902, 014001, 014002,

22  014103, 014113, 014114, 014115, 014116, 014119, 014120, 014121,

23  014123, 014124, 014126, 014127, 014128, 014129, 014130, 014131,

24  014132, 014133, 014134, 014135, 014136, 014137, 014138, 014203,

25  014205, 014206, 014302, 014306, 014307, 014308, 014309, 014310,

26  014311, 014312, 014403, 020000, 020700 and 980000; and that part of

27  Dallas County tract 009605 included in blocks 1029, 1030, 1033,

1  1034 and 1035; and that part of Dallas County tract 009611 included
2  in blocks 1007, 1008 and 1016; and that part of Dallas County tract
3  009701 included in block group 2 and blocks 1006, 1007, 1008, 1010,
4  1013, 3006, 3007, 3008, 3012 and 3013; and that part of Dallas
5  County tract 013616 included in blocks 3014, 3015, 3016, 3017,
6  3018, 3019, 3020, 3021, 3022, 3023, 3025, 3026, 3028 and 3029; and
7  that part of Dallas County tract 013727 included in block group 2
8  and blocks 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
9  1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
10 1035, 1036, 1037, 1038, 1039, 1043, 1044, 1045, 1048, 1050, 1051,
11 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062,
12 1063, 1064, 1065, 1066, 1067 and 1069; and that part of Dallas
13 County tract 013806 included in block group 1 and blocks 2001, 2002,
14 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,
15 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024,
16 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035,
17 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046,
18 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057,
19 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2067, 2068, 2072, 2073,
20 2078, 2079 and 2080; and that part of Dallas County tract 014204
21 included in block group 2 and blocks 1000, 1001, 1002, 1003, 1004,
22 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015,
23 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026,
24 1027, 1028, 1029, 1032, 1033, 1034, 1035, 1038, 1039, 1040, 1041,
25 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052,
26 1053, 1054, 1055, 1056, 1057, 1058, 1059 and 1060; and that part of
27 Dallas County tract 014407 included in block 3009; and that part of

1  Dallas County tract 014408 included in block groups 2 and 3 and
2  blocks 1024, 1025 and 1026; and that part of Dallas County tract
3  020100 included in blocks 1010, 1013 and 1056; and Denton County
4  tracts 021611, 021612, 021613, 021614, 021615, 021616, 021621,
5  021622, 021623, 021625, 021627, 021628, 021629, 021630, 021631,
6  021632, 021633, 021634, 021635, 021636, 021637 and 021638; and that
7  part of Denton County tract 021620 included in block 1016; and that
8  part of Denton County tract 021624 included in block group 2 and
9  blocks 1001, 1002, 1003, 1004, 1005, 1009, 1010, 1011, 1012, 1013,
10 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
11 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
12 1036, 1037 and 1038; and that part of Denton County tract 021626
13 included in block group 1 and blocks 2001, 2003, 2004, 2005, 2006,
14 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,
15 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028,
16 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039,
17 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050,
18 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058 and 2059; and that
19 part of Denton County tract 021738 included in blocks 1075, 1076,
20 1077, 1078, 1079, 1080 and 1081; and Tarrant County tracts 113207,
21 113210, 113213, 113214, 113215, 113216, 113217, 113218, 113220,
22 113221, 113403, 113404, 113405, 113407, 113509, 113510, 113511,
23 113512, 113513, 113514, 113516, 113517, 113518, 113519, 113520,
24 113607, 113610, 113611, 113612, 113613, 113618, 113619, 113622,
25 113623, 113624, 113625, 113626, 113627, 113628, 113629, 113630,
26 113631, 113632, 113633, 113634, 113703, 113705, 113707, 113709,
27 113710, 113711, 113813, 113814, 113815, 113908, 113909 and 980000;

1  and that part of Tarrant County tract 106517 included in blocks
2  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
3  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
4  1022, 1023, 1024, 1029, 1041, 2011, 2012, 2013, 2022, 2024, 3000,
5  3001, 3002, 3003, 3004, 3005, 3015, 4000, 4003, 4004, 4005, 4015 and
6  4016; and that part of Tarrant County tract 106518 included in block
7  group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
8  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1021 and 1022; and
9  that part of Tarrant County tract 113212 included in block group 3;
10  and that part of Tarrant County tract 113301 included in block
11  groups 1, 2 and 3 and blocks 4000, 4001, 4002, 4003, 4004, 4005,
12  4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016,
13  4017, 4018, 4019, 4020, 4021, 4023, 4024, 4025, 4026, 4027, 4028,
14  4029, 4030, 4031, 4032, 4040, 4041, 4042, 4043 and 4044; and that
15  part of Tarrant County tract 113302 included in block groups 1 and 2
16  and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3009,
17  3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020,
18  3021, 3022, 3023, 3024 and 3025; and that part of Tarrant County
19  tract 113408 included in block groups 1, 2, 3 and 5 and blocks 4000,
20  4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011,
21  4012, 4013, 4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021, 4022,
22  4023, 4024, 4025, 4026, 4027 and 4028; and that part of Tarrant
23  County tract 113803 included in block group 3 and blocks 1000, 1003,
24  1004, 1005, 1006, 2000, 2001, 2002, 2003, 2004, 2008, 2016, 2017,
25  2018, 2019 and 2020; and that part of Tarrant County tract 113808
26  included in block group 1 and blocks 2000, 2001, 2008, 2009, 2010,
27  2011, 2012, 2013, 2015, 3000, 3001, 3002, 3003, 3004, 3005 and 3006;

1  and that part of Tarrant County tract 113812 included in block
2  groups 2 and 3 and blocks 1000, 1005, 1006, 1007, 1008, 1009, 1010,
3  1011, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1024, 1025 and
4  1026; and that part of Tarrant County tract 113816 included in block
5  group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,
6  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1019, 1020,
7  1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031,
8  1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042 and
9  1043; and that part of Tarrant County tract 113906 included in block
10 groups 2 and 4 and blocks 1044, 1045, 1046, 1047, 1048, 1049, 1050,
11 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 3000, 3002,
12 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013 and
13 3014; and that part of Tarrant County tract 113907 included in block
14 groups 1 and 3 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006,
15 2007, 2008, 2009, 2010, 2013, 2014, 2015, 2016, 2023, 2024, 2025,
16 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036,
17 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047,
18 2048, 2049, 2050, 2051, 2052, 2053, 2055, 2056, 2057, 2058, 2059,
19 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070,
20 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2080 and 2081; and that
21 part of Tarrant County tract 113910 included in blocks 4038, 4039,
22 4040, 4041, 4042 and 4043; and that part of Tarrant County tract
23 113911 included in blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006,
24 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,
25 2021, 2022, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033,
26 2034, 2035, 2036, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046,
27 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057,

1  2058, 2059, 2060, 2061, 2062 and 2063; and that part of Tarrant
2  County tract 113912 included in block group 3 and blocks 2019, 2020,
3  2021 and 2022.

4      DISTRICT 25.  District 25 is composed of Hays County tracts
5  010803, 010804, 010805, 010806, 010807, 010808, 010809, 010901 and
6  010909; and that part of Hays County tract 010304 included in blocks
7  3010, 3012, 3013, 3014, 3017, 3018, 3047, 3048, 3049, 3050 and 3051;
8  and that part of Hays County tract 010600 included in block group 5
9  and blocks 4006, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015,
10 4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4027,
11 4028, 4029, 6000, 6001, 6002, 6003, 6004, 6005, 6006, 6007, 6008,
12 6009, 6010, 6011, 6012, 6013, 6014, 6015, 6016, 6017, 6026, 6027,
13 6028, 6029, 6030, 6031, 6032, 6033, 6034, 6035, 6036, 6037, 6038,
14 6039, 6040, 6041, 6042, 6043, 6044, 6045 and 6046; and that part of
15 Hays County tract 010701 included in blocks 1000, 1001, 1002, 1003,
16 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
17 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1026,
18 1027, 1028, 1029, 1030, 1031, 1032, 1034, 1038, 2001, 3000, 3002,
19 3013 and 3014; and that part of Hays County tract 010702 included in
20 block group 2 and blocks 1000, 1001, 1002, 1004, 1005, 1006 and
21 1007; and that part of Hays County tract 010902 included in block
22 groups 1, 4 and 5 and blocks 2000, 2001, 2002, 2003, 2004, 2005,
23 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,
24 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027,
25 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038,
26 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049,
27 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060,

1   2061, 2062, 2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071,

2   2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080, 2082, 2083,

3   2084, 2085, 2091, 2092, 2093, 2094, 2095, 2096, 2097, 2100, 2101,

4   2102, 2103, 2104, 2105, 2106, 3001, 3002, 3004, 3006, 3008, 3011,

5   3012, 3013, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023,

6   3026, 3027, 3028, 3029, 3039, 3040, 3044, 3045, 3046, 3048, 3049,

7   3050, 3051, 3052, 3053, 3054, 3055, 3056, 3058, 3060, 3061, 3062,

8   3063, 3064, 3065, 3066, 3067, 3073 and 3074; and that part of Hays

9   County tract 010905 included in blocks 1000, 1004, 1005, 1006,

10  1007, 1010, 1011, 1013, 1015, 1016, 1047, 1048, 1049, 1050, 1051,

11  1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1062, 1064,

12  3022, 3047 and 3048; and that part of Hays County tract 010908

13  included in blocks 1000, 1001, 1004, 1005, 1012, 1034, 1035, 1038,

14  1039, 1040, 1041, 1042, 1043, 1045, 1046, 2000, 2001, 2013, 2014,

15  2015, 2018, 2019, 2020, 2021, 2022, 2023, 2031, 2043, 2044, 2046,

16  2047, 2067, 2068, 2070, 2071, 2072, 2073, 2074, 2075 and 2077; and

17  Travis County tracts 000203, 000204, 000205, 000206, 000302,

18  000304, 000305, 000306, 000307, 000401, 000402, 000500, 000601,

19  000603, 000604, 000700, 000801, 000802, 000803, 000804, 000901,

20  000902, 001000, 001100, 001200, 001303, 001304, 001305, 001307,

21  001308, 001401, 001402, 001403, 001501, 001503, 001504, 001505,

22  001605, 001606, 001712, 001713, 001728, 001729, 001740, 001746,

23  001747, 001748, 001750, 001770, 001772, 001774, 001775, 001776,

24  001804, 001805, 001806, 001811, 001812, 001813, 001817, 001818,

25  001819, 001820, 001821, 001822, 001823, 001834, 001901, 001910,

26  001911, 001918, 001919, 002002, 002003, 002004, 002005, 002104,

27  002105, 002106, 002107, 002108, 002109, 002110, 002111, 002112,

1  002113, 002201, 002208, 002304, 002307, 002308, 002310, 002312,

2  002313, 002314, 002315, 002316, 002317, 002318, 002319, 002402,

3  002403, 002407, 002409, 002410, 002411, 002412, 002413, 002419,

4  002421, 002422, 002423, 002424, 002425, 002426, 002427, 002428,

5  002429, 002430, 002431, 002432, 002433, 002434, 002435, 002436 and

6  980000; and that part of Travis County tract 000101 included in

7  block groups 1 and 3 and blocks 2000, 2001, 2002, 2003, 2004, 2005,

8  2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,

9  2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028,

10  2029, 2030, 2031, 2032, 2033, 2034 and 2035; and that part of Travis

11  County tract 001602 included in block groups 2 and 3 and blocks

12  1000, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,

13  1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022,

14  1023, 1024 and 1025; and that part of Travis County tract 001603

15  included in block groups 1, 2, 3 and 4 and blocks 5000, 5025, 5026,

16  5027, 5028, 5030 and 5031; and that part of Travis County tract

17  001604 included in block group 4 and blocks 1004, 1005, 1006, 1007,

18  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,

19  1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,

20  1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,

21  1041 and 3004; and that part of Travis County tract 001718 included

22  in block groups 1, 2 and 3; and that part of Travis County tract

23  001719 included in block 1001; and that part of Travis County tract

24  001737 included in block group 2 and blocks 3005, 3006, 3007, 3008,

25  3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,

26  3020, 3021, 3022, 3023 and 3027; and that part of Travis County

27  tract 001738 included in blocks 2000, 2001, 2004, 2005, 2006, 3011,

1  3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 4011, 5006,
2  5007, 5008, 5009 and 5010; and that part of Travis County tract
3  001749 included in block group 3 and blocks 2005, 2006, 2010, 4000,
4  4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013,
5  4014 and 4015; and that part of Travis County tract 001751 included
6  in block group 1; and that part of Travis County tract 001752
7  included in block groups 1 and 3; and that part of Travis County
8  tract 001777 included in block group 2 and blocks 1000, 1001, 1002,
9  1003, 1005, 1006, 1007, 1008, 1011, 1012, 1013, 1014, 1015, 1016,
10  1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,
11  1028, 1029, 1030, 1031 and 1032; and that part of Travis County
12  tract 001824 included in blocks 1001, 1002, 1003, 1004, 1005, 1006,
13  1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 2000,
14  2001, 2002, 2003, 2004, 2005, 2006, 2009, 2010, 2011, 2012, 2013,
15  2014 and 2015; and that part of Travis County tract 001833 included
16  in block groups 1, 3 and 4 and blocks 2000, 2001, 2002, 2003, 2004,
17  2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015,
18  2016, 2018, 2019, 2020, 2021 and 2022; and that part of Travis
19  County tract 001839 included in blocks 1034 and 1048; and that part
20  of Travis County tract 001842 included in blocks 1007, 1012, 1013,
21  1014, 1015, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
22  1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,
23  1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050,
24  1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061,
25  1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072,
26  1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083,
27  1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094,

1  1095, 1096, 1097 and 1098; and that part of Travis County tract
2  001843 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,
3  1007, 1008 and 1009; and that part of Travis County tract 001844
4  included in block group 2 and blocks 3001 and 3005; and that part of
5  Travis County tract 001849 included in blocks 1020, 1023, 1024,
6  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
7  1036, 1037, 1038 and 1039; and that part of Travis County tract
8  001856 included in blocks 1072, 1074, 1075, 1076, 1077, 2005, 2006,
9  2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,
10 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030,
11 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041,
12 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052,
13 2053, 2054, 2055, 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065,
14 2066, 2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076 and 2077; and
15 that part of Travis County tract 001914 included in block group 3
16 and blocks 1000, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
17 1010, 1011, 1013, 1015, 1017, 1020, 1021, 1022, 1023, 1026, 1027,
18 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010 and
19 2012; and that part of Travis County tract 001915 included in blocks
20 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
21 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1020, 1034, 1035, 1036,
22 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047,
23 1048, 1049, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061,
24 1062, 1063 and 1064; and that part of Travis County tract 001917
25 included in block groups 2 and 4; and that part of Travis County
26 tract 002202 included in block groups 1 and 2 and blocks 3000, 3005,
27 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016,

1    3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027,

2    3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038,

3    3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049,

4    3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060,

5    3061, 3062 and 3063; and that part of Travis County tract 002207

6    included in block group 2 and blocks 1005, 1006, 1007, 1008, 1009,

7    1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020,

8    1021, 1022, 1023, 1024, 1025, 1026, 1027, 1029, 1030, 1031, 1032,

9    1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,

10   1044, 1045, 1046, 1047, 1048, 1049, 1050, 1053, 1054, 1055, 1056,

11   1057, 1058, 1059 and 1060; and that part of Travis County tract

12   002210 included in block 1066; and that part of Travis County tract

13   002211 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,

14   1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1018,

15   1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,

16   1030, 1031, 1032 and 1033; and that part of Travis County tract

17   002212 included in blocks 1028 and 1043.

18       DISTRICT 26.  District 26 is composed of Denton County

19   tracts 020103, 020104, 020105, 020106, 020107, 020108, 020109,

20   020110, 020111, 020112, 020113, 020114, 020115, 020202, 020203,

21   020204, 020205, 020303, 020305, 020306, 020307, 020308, 020309,

22   020310, 020401, 020402, 020403, 020503, 020504, 020505, 020506,

23   020601, 020602, 020700, 020800, 020900, 021000, 021100, 021201,

24   021202, 021301, 021303, 021304, 021305, 021403, 021404, 021405,

25   021406, 021407, 021408, 021409, 021502, 021505, 021512, 021513,

26   021514, 021515, 021516, 021517, 021518, 021519, 021520, 021521,

27   021522, 021523, 021524, 021525, 021526, 021527, 021618, 021619,

1  021715, 021716, 021717, 021718, 021719, 021720, 021721, 021722,

2  021723, 021724, 021725, 021726, 021727, 021728, 021729, 021730,

3  021731, 021732, 021733, 021734, 021735, 021736, 021737, 021739,

4  021740, 021741, 021742, 021743, 021744, 021745, 021746, 021747,

5  021748, 021749, 021750, 021751, 021752, 021753, 021800 and 021900;

6  and that part of Denton County tract 021620 included in block group

7  2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,

8  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1017, 1018, 1019, 1020,

9  1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031,

10  1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041 and 1042;

11  and that part of Denton County tract 021624 included in blocks 1000,

12  1006, 1007 and 1008; and that part of Denton County tract 021626

13  included in blocks 2000 and 2002; and that part of Denton County

14  tract 021738 included in block group 2 and blocks 1000, 1001, 1002,

15  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,

16  1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,

17  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,

18  1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046,

19  1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057,

20  1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068,

21  1069, 1070, 1071, 1072, 1073 and 1074; and Tarrant County tracts

22  113919, 113920, 113921, 113922, 113923, 113924, 113925, 113927,

23  113928 and 113929; and that part of Tarrant County tract 113803

24  included in blocks 1001, 1002, 1007, 1008, 1009, 1010, 1011, 1012,

25  2005, 2006, 2007, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2021,

26  2022 and 2023; and that part of Tarrant County tract 113808 included

27  in block group 4 and blocks 2002, 2003, 2004, 2005, 2006, 2007,

1  2014, 2016, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015,

2  3016, 3017, 3018, 3019, 3020, 3021 and that part of

3  Tarrant County tract 113809 included in block group 1; and that part

4  of Tarrant County tract 113812 included in blocks 1001, 1002, 1003,

5  1004, 1012, 1013, 1014 and 1023; and that part of Tarrant County

6  tract 113816 included in blocks 1017 and 1018; and that part of

7  Tarrant County tract 113906 included in blocks 1000, 1001, 1002,

8  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,

9  1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,

10  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,

11  1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1060, 1061 and 3001;

12  and that part of Tarrant County tract 113907 included in blocks

13  2011, 2012, 2017, 2018, 2019, 2020, 2021, 2022, 2054, 2078 and 2079;

14  and that part of Tarrant County tract 113910 included in block

15  groups 1, 2 and 3 and blocks 4000, 4001, 4002, 4003, 4004, 4005,

16  4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016,

17  4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4026, 4027,

18  4028, 4029, 4030, 4031, 4032, 4033, 4034, 4035, 4036 and 4037; and

19  that part of Tarrant County tract 113911 included in block group 1

20  and blocks 2018, 2019, 2020, 2023, 2024, 2037 and 2038; and that

21  part of Tarrant County tract 113912 included in block group 1 and

22  blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,

23  2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2023 and 2024;

24  and that part of Tarrant County tract 113916 included in block group

25  1 and blocks 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,

26  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,

27  2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 3000, 3001, 3002,

1  3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013,
2  3014, 3015, 3016, 3017, 3018, 3019 and 3020; and that part of
3  Tarrant County tract 113917 included in blocks 3000, 3001, 3002,
4  3003, 3004, 3005, 3006, 3007, 3008, 3011, 3012, 4000, 4001, 4002,
5  4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013,
6  4014, 4017, 4018, 4024, 4025, 4026 and 4027; and that part of
7  Tarrant County tract 113918 included in block group 2 and blocks
8  3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008 and 3009; and
9  that part of Tarrant County tract 113926 included in block groups 3,
10 6 and 7 and blocks 1000, 1001, 1040, 1041, 1042, 1043, 2000, 2004,
11 2005, 2011, 2014, 2015, 2017, 5000, 5001, 5002, 5003, 5004, 5005,
12 5006, 5007, 5008, 5009, 5010, 5011, 5012, 5013, 5014, 5015, 5016,
13 5017, 5018, 5019, 5041, 5042, 5043, 5044, 5045, 5046, 5047, 5048,
14 5049, 5050, 5051, 5056, 5057, 5058, 5059, 5060, 5061 and 5062; and
15 that part of Tarrant County tract 114103 included in blocks 3000,
16 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011,
17 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022,
18 3023, 3024, 3027, 3028, 3030, 3031, 3032, 3033, 3034, 5000, 5001,
19 5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009, 5010, 5011, 5012,
20 5013, 5014, 5015, 5016, 5017, 5018, 5019, 5020, 5021, 5022, 5023,
21 5024, 5025, 5026, 5027, 5028, 5029, 5030, 5031, 5032, 5033, 5034,
22 5035, 5040, 5041, 5042, 5043, 5044, 5045, 5046, 5047, 5048, 5051,
23 5052, 5053, 5054, 5060, 8000, 8001, 8002, 8003, 8004, 8005, 8006,
24 8007, 8010, 8011, 8017, 8018, 8019, 8020, 8021, 8025, 8026, 8027,
25 8048, 8049 and 8054; and Wise County tract 150603; and that part of
26 Wise County tract 150102 included in blocks 1057, 1059, 1060, 1061,
27 1062, 1063, 1064, 4090, 4091, 4092, 4093, 4095 and 4097; and that

1  part of Wise County tract 150402 included in blocks 1077, 1079,
2  1086, 1089 and 1187; and that part of Wise County tract 150403
3  included in blocks 2043, 2044, 2045, 2046, 2053, 2054, 2065, 2066,
4  2067, 2068, 2069, 2070 and 2071; and that part of Wise County tract
5  150601 included in block groups 1, 2 and 4 and blocks 3000, 3001,
6  3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012,
7  3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023,
8  3024, 3025, 3026, 3027, 3028, 3031, 3032, 3033, 3034, 3035, 3036,
9  3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047,
10 3048, 3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058,
11 3059, 3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067, 3068, 3069,
12 3070, 3071, 3072, 3073, 3074, 3075, 3076, 3077, 3078, 3079, 3080,
13 3081, 3082, 3083, 3084, 3085, 3086, 3087, 3088, 3089 and 3090; and
14 that part of Wise County tract 150602 included in block group 2 and
15 blocks 1008, 1009, 1015, 1016, 1019, 1020, 1021, 1022, 1023, 1024,
16 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
17 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046,
18 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057,
19 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068,
20 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079,
21 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090,
22 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101,
23 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112,
24 1113, 1114, 1115, 1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123,
25 1124, 1125, 1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134,
26 1135, 1136, 1137, 1138, 1139, 1140, 1141, 1142, 1144, 1145, 3000,
27 3001, 3004, 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3033,

1  3034, 3035, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047,
2  3048, 3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058,
3  3059, 3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067, 3068, 3069 and
4  3070.

5        DISTRICT 27.  District 27 is composed of Cameron, Kenedy,
6  Kleberg and Willacy Counties; and Nueces County tracts 000500,
7  000600, 000700, 000800, 000900, 001000, 001100, 001200, 001300,
8  001400, 001500, 001601, 001602, 001701, 001702, 001801, 001802,
9  001902, 001903, 001904, 002001, 002002, 002101, 002102, 002200,
10  002301, 002303, 002304, 002500, 003401, 003402, 003500, 003601,
11  003602, 003603, 003700, 005407, 005409, 005410, 005412, 005601,
12  005602, 005801, 005802, 005900, 006000, 006100, 006300 and 980000;
13  and that part of Nueces County tract 002400 included in block groups
14  1, 2, 3 and 5; and that part of Nueces County tract 002601 included
15  in block group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005,
16  1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
17  1017, 1018, 1019, 1020, 1021, 1027, 1028, 1029, 1030, 1031, 1032,
18  1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040 and 1041; and that
19  part of Nueces County tract 002603 included in block group 1 and
20  blocks 2000, 2001, 2002, 2003, 2007, 2008, 2009, 2010 and 2011; and
21  that part of Nueces County tract 005406 included in block groups 1
22  and 3 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
23  2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018,
24  2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
25  2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040,
26  2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051,
27  2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062,

1   2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073,
2   2074, 2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084,
3   2085, 2086, 2087, 2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095,
4   2096, 2097, 2098, 2099, 2100, 2101, 2102, 2103, 2104, 2105, 2106,
5   2107, 2108, 2109, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117,
6   2118, 2119, 2120, 2121, 2122, 2124, 2125, 2126, 2127, 2128, 2129,
7   2130, 2131, 2132, 2133, 2134, 2135, 2136, 2137, 2138, 2141, 2142,
8   2143, 2144, 2145, 2146, 2147, 2148, 2149, 2150, 2151, 2152, 2153,
9   2154, 2155, 2156, 2157, 2158, 2159, 2160, 2161, 2162, 2163, 2164,
10  2165, 2166, 2167, 2168 and 2169; and that part of Nueces County
11  tract 005408 included in block group 2 and blocks 1000, 1001, 1002,
12  1003, 1004, 1005, 1006, 1007, 1008, 1011, 1012, 1013, 1014, 1015,
13  1016, 1017, 1018, 1019, 1020 and 1021; and that part of Nueces
14  County tract 005411 included in block 2014; and that part of Nueces
15  County tract 005415 included in block group 2; and that part of
16  Nueces County tract 005416 included in block group 2 and blocks
17  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
18  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
19  1022, 1023, 1024, 1025, 1027 and 1028; and that part of Nueces
20  County tract 006400 included in block groups 1 and 3 and blocks
21  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
22  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
23  2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032,
24  2033, 2034, 2035, 2036, 2037, 2038, 2042, 2043, 2044, 2045, 2046,
25  2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057,
26  2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067, 2068,
27  2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079,

1  2080, 2081, 2082, 2083, 2084, 2085, 2086, 2087, 2088, 2089, 2090,
2  2091, 2092, 2093, 2094, 2095, 2096, 2097, 2098, 2099, 2100, 2101,
3  2102, 2103, 2104, 2105, 2106, 2107, 2108, 2109, 2110, 2111, 2112,
4  2113, 2114, 2115, 2116, 2117, 2118, 2119, 2120, 2121, 2122, 2123,
5  2124, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2132, 2133, 2134,
6  2135, 2136, 2137, 2138, 2139, 2140, 2141, 2142, 2143, 2144, 2145,
7  2146, 2147, 2148, 2149, 2150, 2151, 2152, 2153, 2154, 2155, 2156,
8  2157, 2158, 2159, 2160, 2161, 2162, 2163, 2164, 2165, 2166, 2167,
9  2168, 2169, 2170, 2171, 2172, 2173, 2174, 2175, 2176, 2177, 2178 and
10  2179.

11  DISTRICT 28.  District 28 is composed of De Witt, Duval, Jim
12  Hogg, Karnes, Live Oak, McMullen, Starr, Webb, Wilson and Zapata
13  Counties; and Guadalupe County tract 210902; and that part of
14  Guadalupe County tract 210100 included in blocks 1000, 1004, 1005,
15  2000, 3000, 3001, 3002, 3003, 3004, 3010, 3011, 3014, 3015, 3016,
16  3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027,
17  3028, 3029, 3030, 3031, 3032, 4000, 4001, 4002, 4003, 4004, 4005,
18  4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016,
19  4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4026, 4027,
20  4028, 4029, 4030, 4031, 4032, 4033, 4034, 4035, 4036, 4037, 4038,
21  4039, 4040, 4041, 4042, 4043, 4044, 4045, 4046, 4047, 4048, 4049 and
22  4051; and that part of Guadalupe County tract 210200 included in
23  blocks 3035 and 3036; and that part of Guadalupe County tract 210300
24  included in blocks 1004, 1005, 1006, 1009, 1010, 1011, 1012, 1013,
25  1014, 1015, 1016, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008,
26  3009, 3010, 3011, 3016, 3017, 3021, 3024, 3026, 3027, 3028, 3029,
27  3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 4042, 4043, 4044,

1  4045, 4046, 4047, 4048, 4049 and 4050; and that part of Guadalupe
2  County tract 210400 included in block groups 1 and 3 and blocks
3  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
4  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2021, 2022,
5  2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033,
6  2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042 and 2043; and
7  that part of Guadalupe County tract 210504 included in blocks 1034,
8  1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
9  1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056,
10 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1072,
11 1073, 1074, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086,
12 1087, 1088, 1094, 2018, 2025, 2028, 2029, 2030, 2031, 2032, 2040,
13 2041, 2044, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056,
14 2057, 2058, 2059, 2060, 2061, 2066, 2067 and 2069; and that part of
15 Guadalupe County tract 210603 included in blocks 2000, 2001, 2002,
16 2003, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033,
17 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044,
18 2045, 2048, 2049 and 2050; and that part of Guadalupe County tract
19 210801 included in block groups 2 and 3 and blocks 1000, 1001, 1002,
20 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
21 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1026,
22 1027, 1028, 1029, 1030, 1031, 1032, 1042, 1043, 1044, 1045, 1051,
23 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062,
24 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073,
25 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084,
26 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095,
27 1096 and 1097; and that part of Guadalupe County tract 210803

```
1   included in block group 2 and blocks 1005, 1009, 1010, 1011, 1012,
2   1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
3   1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034,
4   1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
5   1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056,
6   1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067,
7   1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078,
8   1079, 1080, 1081, 1082, 1083 and 1084; and that part of Guadalupe
9   County tract 210804 included in blocks 1015, 1016, 1026, 1027,
10  1028, 1033, 1034, 1037, 1038, 1047, 1048, 1049, 1050, 1051, 1052,
11  1053, 1054, 1056, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
12  2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018,
13  2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
14  2030, 2031, 2032, 2033, 2036, 2037, 2038, 2039, 2040, 2041, 2042,
15  2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055,
16  2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065, 2066,
17  2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076, 2077,
18  2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086, 2087, 2088,
19  2089, 2090, 2091, 2092, 2093, 2094, 2095, 2096, 2097, 2098, 2099,
20  2100, 2101, 2102, 2103, 2104, 2105, 2106, 2107, 2108, 2109, 2110,
21  2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2120, 2121,
22  2122, 2123, 2124, 2125, 2126, 2127, 2128 and 2129; and that part of
23  Guadalupe County tract 210901 included in block groups 2 and 3 and
24  blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
25  1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020,
26  1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1031, 1056, 1057,
27  1058, 1059, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072,
```

1  1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083,
2  1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094,
3  1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105,
4  1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115, 1116,
5  1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127,
6  1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137, 1138,
7  1139, 1140, 1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148, 1149,
8  1150, 1161, 1162, 1163, 1164, 1166, 1167, 1169, 1186, 1187, 1188,
9  1189, 1190, 1193, 1194, 1195, 1196, 1197, 1203, 1204, 1205, 1206,
10 1207, 1208, 1209, 1210, 1211, 1212, 1213, 1214, 1215, 1216, 1217,
11 1218, 1219, 1220, 1221, 1222, 1223, 1224, 1225, 1226, 1227, 1228,
12 1229, 1230, 1231, 1232, 1233, 1234, 1235, 1236, 1237, 1238, 1239,
13 1240, 1241, 1242, 1243, 1244, 1245, 1246, 1247, 1248, 1249, 1250,
14 1251, 1252, 1253, 1254 and 1255; and Hidalgo County tracts 020101,
15 020102, 020201, 020202, 020204, 020205, 020301, 020302, 020402,
16 020403, 020404, 020501, 020701, 020721, 020724, 020725, 020726,
17 024105, 024107, 024108, 024109, 024110, 024111, 024112, 024113,
18 024114, 024201, 024203, 024204 and 024205; and that part of Hidalgo
19 County tract 020503 included in blocks 2085, 2086, 2087 and 2094;
20 and that part of Hidalgo County tract 020723 included in block group
21 2 and blocks 3001, 3002, 3003, 3004, 3005, 3006, 3010, 3011, 3012,
22 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020 and 3024; and that
23 part of Hidalgo County tract 021304 included in block group 1 and
24 blocks 2030, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2055, 2056,
25 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067,
26 2072 and 2079; and that part of Hidalgo County tract 021305 included
27 in blocks 1002, 1003, 1004, 1005, 1012, 1013, 1014, 1015, 1016,

1  1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,

2  1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,

3  1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049,

4  1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060,

5  1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071,

6  1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082,

7  1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1100, 1101, 1102,

8  1103, 1104, 1105, 1106, 1107, 1110, 1111, 1112, 1113, 1114, 1115,

9  1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126,

10  1127, 1128, 1129, 1130, 1131, 1132, 1138, 1139, 1140, 1141, 1142,

11  1143, 1144, 1145, 1146, 1147, 1151, 1152, 1178, 1179, 1180, 1183,

12  1184, 1185 and 1186; and that part of Hidalgo County tract 024106

13  included in block groups 2 and 3 and blocks 1007, 1008, 1009, 1010,

14  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,

15  1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,

16  1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,

17  1044, 1045, 1046, 1047, 1048 and 1051; and that part of Hidalgo

18  County tract 024301 included in blocks 1746, 1747, 1748, 1750,

19  1751, 1753, 1754, 1755, 1756, 1757 and 1758.

20     DISTRICT 29.  District 29 is composed of Harris County

21  tracts 211900, 220200, 220300, 220400, 220600, 220700, 220900,

22  221000, 221100, 221200, 221300, 221400, 221500, 221600, 221700,

23  221800, 221900, 222000, 222100, 222200, 222300, 222401, 222402,

24  222501, 222502, 222503, 222600, 222800, 222900, 223001, 223002,

25  223100, 230500, 231700, 232301, 232302, 232401, 232402, 232403,

26  232600, 232701, 232702, 232800, 232900, 233001, 233002, 233003,

27  233101, 233102, 233103, 233200, 233300, 233500, 233702, 233703,

1  252200, 252301, 252302, 252400, 252500, 253300, 253400, 254200,
2  254300, 254400, 254500, 310500, 310600, 310700, 310800, 310900,
3  311000, 311100, 311200, 311300, 311400, 311500, 311600, 311700,
4  311800, 311900, 320100, 320200, 320500, 320601, 320602, 320700,
5  320800, 320900, 321401, 321402, 321500, 321600, 321700, 321800,
6  321900, 322000, 322100, 322200, 322600, 322700, 322800, 322900,
7  323000, 323100, 323200, 323300, 324100, 332700, 332800, 332900,
8  333000, 333202, 342400, 530700, 533500, 533600 and 533702; and that
9  part of Harris County tract 210600 included in block group 1 and
10 blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
11 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2021, 2022, 2027, 4000,
12 4001, 4002, 4003, 4007, 4008, 4009 and 4010; and that part of Harris
13 County tract 210700 included in block 2003; and that part of Harris
14 County tract 211400 included in blocks 2039 and 2040; and that part
15 of Harris County tract 211500 included in block groups 1, 3, 4 and 5
16 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2007, 2008, 2009,
17 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,
18 2021, 2022, 2023, 2024, 2025, 2026, 2030, 2031, 2032, 2033, 2034,
19 2035, 2036, 2037, 2038, 2039, 2048, 2049, 2050, 2051, 2052, 2053,
20 2054, 2055 and 2056; and that part of Harris County tract 211600
21 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1026,
22 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037,
23 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048,
24 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2018,
25 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
26 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2046, 2047, 2048, 2049,
27 2050, 2051, 2052, 2053, 2054 and 2055; and  that  part  of  Harris

1  County tract 212400 included in block groups 1 and 3 and blocks
2  2026, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2062, 2063,
3  2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2080,
4  2081, 2082, 2084, 2085, 2086, 2087, 2088 and 2089; and that part of
5  Harris County tract 212500 included in blocks 1025, 1026, 1027,
6  1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,
7  1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049,
8  1050, 1051, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069,
9  1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 3020, 3021, 3022,
10 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033,
11 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044,
12 3045, 3046, 3047, 3048, 3049, 3050, 3051, 3052, 3053, 3054, 3055,
13 3056, 3057, 3058, 3059, 3060, 3061, 3062, 3063, 3064, 3065, 3066,
14 3067, 3068, 3069, 3070, 3071, 3072, 3073, 3074, 3075, 3076, 3077,
15 3078, 3079, 3080, 3081, 3082, 3083, 3084, 3085, 3086, 3087, 3088,
16 3089, 3090, 3091, 3092, 3093, 3094, 3095, 3096, 3097, 3098, 3099,
17 3100, 3101, 3102, 3103, 3104, 3105, 3106, 3107, 3108, 3109, 3110,
18 3111, 3112, 3113, 3114, 3115, 3116, 3117, 3118, 3119, 3120, 3121,
19 3124, 3125, 3142, 3151, 3152, 3163, 3164, 3165, 3166, 3167, 3168,
20 3169, 3170, 3171, 3172, 3173, 3174, 3175, 3176, 3177, 3178, 3179,
21 3180, 3181, 3182, 3185, 3186, 3187, 3195, 3196 and 3197; and that
22 part of Harris County tract 220100 included in blocks 1003, 1004,
23 1005, 1006, 1007 and 1057; and that part of Harris County tract
24 220500 included in block groups 1 and 2 and blocks 3000, 3001, 3002,
25 3003, 3004, 3005, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,
26 3020, 3021, 3022, 3023, 3024, 3025, 3026 and 3027; and that part of
27 Harris County tract 220800 included in block group 1 and blocks

1   2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,

2   2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,

3   2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032,

4   2033, 2034, 2035, 2036 and 2038; and that part of Harris County

5   tract 222700 included in block group 2 and blocks 1002, 1003, 1004,

6   1014, 1015, 1031, 1032, 1033, 1034, 1035, 1041, 1048, 1049, 1050,

7   1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061,

8   1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072,

9   1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083,

10  1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094,

11  1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105,

12  1106, 1107, 1108, 1109, 1111, 1116, 1117, 1118, 1119, 1120, 1130,

13  1131, 1133, 1134, 1135, 1137, 1138 and 1139; and that part of Harris

14  County tract 231800 included in blocks 1010, 1011, 2001, 2002,

15  2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,

16  2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023 and 2024;

17  and that part of Harris County tract 232000 included in blocks 2085,

18  2087, 2088, 2089, 2090, 2094, 2098, 2099, 2102 and 2103; and that

19  part of Harris County tract 232100 included in blocks 1000, 1001,

20  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,

21  1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,

22  1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1033, 1034, 2001,

23  2033, 2035, 2036 and 2041; and that part of Harris County tract

24  232200 included in block groups 1, 2 and 3 and blocks 4005, 4006,

25  4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017,

26  4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4026, 4027, 4028,

27  4029, 4030, 4031, 4032, 4033, 4034, 4035, 4036, 4037, 4038, 4039,

```
 1   4040, 4041, 4042, 4043, 4044, 4045, 4046, 4047, 4048, 4049, 4050,
 2   4051, 4052, 4053, 4054, 4055, 4056, 4057, 4058, 4059, 4060, 4061,
 3   4062, 4063, 4064, 4065, 4066, 4067, 4068, 4069 and 4070; and that
 4   part of Harris County tract 232500 included in blocks 1002, 1003,
 5   1004, 1005, 1006, 1007, 1008, 1010, 1011, 1012, 1013, 1014, 1015,
 6   1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026,
 7   1027, 1028, 1029, 1031, 1033, 1034, 1035, 1036, 1037, 1039, 1040,
 8   1041, 1042, 1043, 1044, 1045, 1046, 1047, 1049, 1050, 1051, 1052,
 9   1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063,
10   1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074,
11   1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085,
12   1086, 1087, 1088, 1094, 1105, 1106, 1108, 1109, 1110, 1112, 1113 and
13   1114; and that part of Harris County tract 233400 included in block
14   group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
15   2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018,
16   2019, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034,
17   2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045,
18   2046, 2047, 2048 and 2049; and that part of Harris County tract
19   233701 included in block group 2 and blocks 1000, 1001, 1004, 1005,
20   1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
21   1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,
22   1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,
23   1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055,
24   1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066,
25   1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077,
26   1078, 1079, 1080, 1081, 1082, 1083, 1084, 1088, 1089, 1090, 1124,
27   1132, 1133, 1134, 1136, 1137, 1138, 1139, 1140, 1141, 1142, 1143,
```

1144, 1145, 1146, 1147, 1148, 1149, 1150, 1151, 1152, 1153, 1154,
1155, 1156, 1157, 1158, 1159, 1160, 1162, 1163, 1164, 1165, 1166,
1167, 1168, 1169, 1170, 1171, 1172, 1175, 1176, 1177, 1178, 1179,
1180, 1181, 1182, 1183, 1187, 1188 and 1189; and that part of Harris
County tract 240100 included in blocks 1000, 1001, 1002, 1003,
1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
1015, 1016, 1017, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,
1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052,
1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063,
1064, 1065, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076,
1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087,
1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 2014,
2015, 2016, 2017, 2027, 2037, 2038, 2039, 2040, 2041, 2042, 2043,
2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054,
2055, 2056, 2057, 2060, 2061, 2066, 2067, 2068, 2069, 2070, 2071,
2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080, 2083, 2084,
2085, 2086, 2087 and 2090; and that part of Harris County tract
241500 included in block group 4 and blocks 3156, 3157, 3158 and
3159; and that part of Harris County tract 250200 included in block
group 1 and blocks 2009, 2012, 2021, 2030, 2037, 2038, 2039, 2040
and 2042; and that part of Harris County tract 250301 included in
blocks 2014, 2015 and 2030; and that part of Harris County tract
250402 included in blocks 1112, 1113 and 1114; and that part of
Harris County tract 253200 included in block group 1 and blocks
2047, 2051, 2053, 2054, 2055, 2056, 2057, 2059, 2060, 2061, 2062,
2063, 2064 and 2065; and that part of Harris County tract 253500

1  included in block groups 2, 3 and 4 and blocks 1010, 1011, 1012,
2  1013, 1014, 1015, 1016, 1017, 1018, 1019 and 1020; and that part of
3  Harris County tract 253600 included in block group 4 and blocks
4  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1010, 1011, 1013, 1015,
5  1016, 1017, 1018, 1019, 1020, 1021, 1034, 1035, 1036, 1037, 1038,
6  1042, 1043, 1044, 1045, 2007, 2008, 2026 and 2027; and that part of
7  Harris County tract 253700 included in blocks 1002, 1003, 1004,
8  1005, 1006, 1016, 1017, 1019 and 1020; and that part of Harris
9  County tract 254100 included in block group 4 and blocks 2024, 2027,
10  2028, 2029, 2030, 2031, 2032, 2033, 3001, 3003, 3005, 3006, 3007,
11  3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018,
12  3019, 3020, 3021, 3022, 3023, 3024, 3025 and 3026; and that part of
13  Harris County tract 254600 included in block group 1 and blocks
14  2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
15  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
16  2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032,
17  2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043,
18  2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054,
19  2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2065, 2066,
20  2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074, 3000, 3001, 3002,
21  3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013,
22  3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024,
23  3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035,
24  3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046,
25  3047, 3048, 3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057,
26  3058, 3059, 3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067, 3068,
27  3069, 3070, 3071, 3072, 3073, 3074, 3076, 3077, 3078, 3079, 3080,

1  3081, 3082 and 3083; and that part of Harris County tract 254700
2  included in blocks 1033, 1034 and 1036; and that part of Harris
3  County tract 310300 included in block groups 1, 2, 4, 5 and 6 and
4  blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009,
5  3010, 3011, 3013, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3040,
6  3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051,
7  3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060, 3061, 3062,
8  3063, 3064, 3065 and 3066; and that part of Harris County tract
9  310400 included in block groups 2 and 3 and blocks 1001, 1003, 1004,
10 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
11 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,
12 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036 and 1037; and that
13 part of Harris County tract 313300 included in blocks 1011 and 1012;
14 and that part of Harris County tract 313400 included in block 2000;
15 and that part of Harris County tract 321000 included in block groups
16 1, 2 and 5 and blocks 3000, 3007, 3008, 3009, 3010, 3015, 4000,
17 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4023, 4024 and 4025;
18 and that part of Harris County tract 321300 included in block group
19 1 and blocks 2004, 2005, 2006, 2007, 2008, 2009, 3018, 3019, 3021,
20 3022, 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031 and 3034; and
21 that part of Harris County tract 323400 included in block group 1
22 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,
23 2009 and 2010; and that part of Harris County tract 323500 included
24 in blocks 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019 and
25 1020; and that part of Harris County tract 323801 included in blocks
26 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009 and 1010;
27 and that part of Harris County tract 323802 included in blocks 1000,

1  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
2  1012, 1013, 1014, 1025, 2000, 2001 and 2002; and that part of Harris
3  County tract 323900 included in block group 1; and that part of
4  Harris County tract 324200 included in blocks 1000, 1001, 1002,
5  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
6  1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
7  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
8  1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046,
9  1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057,
10 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068,
11 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079,
12 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090,
13 1091, 1092, 1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102,
14 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113,
15 1114, 1115, 1116, 1117, 1118, 1119, 1120, 1122, 1123, 1124, 1125,
16 1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136,
17 1137, 1138, 1139, 1140, 1141, 1142, 1143, 1144, 1145, 1146, 1147,
18 1148, 1149, 1150, 1151, 1152, 1153, 1154, 1155, 1156, 1157, 1158,
19 1159, 1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169,
20 1170, 1171, 1172, 1173, 1174, 1175, 1176, 1177, 1178, 1179, 1180,
21 1181, 1182, 1183, 1184, 1185, 1186, 1187, 1188, 1189, 1190, 1191,
22 1192, 1193, 1194, 1195, 1196, 1198, 1199, 1200, 1201, 1202, 1203,
23 1204, 1205, 1206, 1207, 1208, 1209, 1210, 1211, 1212, 1213, 1214,
24 1215, 1216, 1217, 1218, 1219, 1220, 1221, 1222, 1223, 1224, 1225,
25 1226, 1227, 1228, 1229, 1230, 1231, 1232, 1233, 1234, 1235, 1236,
26 1237, 1238, 1239, 1240, 1241, 1242, 1243, 1244, 1245, 1246, 1247 and
27 1248; and that part of Harris County tract 332600 included in blocks

1   1000, 1001, 1002, 1003, 1004, 1006, 1007, 1008, 1009, 1010, 1011 and
2   2005; and that part of Harris County tract 333100 included in blocks
3   2000, 2001, 2002, 2003, 2009, 2010, 2011, 2012, 2013, 2014, 2015,
4   2027, 2028, 2029, 2030, 2032 and 2033; and that part of Harris
5   County tract 333201 included in block groups 2 and 3 and blocks
6   1002, 1009, 1010, 1011, 1012, 1013 and 1014; and that part of Harris
7   County tract 333300 included in block groups 1 and 2 and blocks
8   3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010,
9   3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021,
10  3022, 3023, 3024, 3025, 3026, 3027, 3029, 3030, 3031, 3032, 3033,
11  3034, 3035, 3036, 3037 and 3038; and that part of Harris County
12  tract 342200 included in blocks 1000, 1001, 1002, 1003, 1004, 1008,
13  1009, 1010, 1011, 1012, 1013, 1014, 1017, 1018, 1019, 1021 and 1023;
14  and that part of Harris County tract 342500 included in blocks 1015,
15  1022, 3002, 3003, 3004 and 3011; and that part of Harris County
16  tract 343600 included in blocks 1000, 1001, 1002, 1003, 1004, 1005,
17  1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,
18  1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,
19  1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,
20  1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049,
21  1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060,
22  1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071,
23  1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082,
24  1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093,
25  1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104,
26  1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115,
27  1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126,

```
 1   1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137,
 2   1138, 1139, 1140, 1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148,
 3   1149, 1150, 1151, 1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159,
 4   1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170,
 5   1171, 1172, 1173, 1174, 1175, 1176, 1177, 1178, 1179, 1180, 1181,
 6   1182, 1183, 1184, 1185, 1186, 1187, 1188, 1189, 1190, 1191, 1192,
 7   1193, 1194, 1195, 1196, 1197, 1198, 1199, 1200, 1201, 1203, 1204,
 8   1205, 1206, 1207, 1208, 1209, 1210, 1211, 1212, 1213, 1214, 1215,
 9   1216, 1217, 1218, 1219, 1220, 1221, 1222, 1223, 1224, 1225, 1226,
10   1227, 1228, 1229, 1230, 1231, 1232, 1233, 1234, 1235, 1236, 1237,
11   1238, 1239, 1240, 1241, 1242, 1243, 1244, 1245, 1246, 1247, 1248,
12   1249, 1250, 1251, 1252, 1253, 1254, 1255, 1256, 1257, 1258, 1259,
13   1260, 1261, 1262, 1263, 1264, 1265, 1266, 1267, 1268, 1269, 1270,
14   1271, 1272, 1273, 1274, 1275, 1276, 1277, 1278, 1279, 1280, 1281,
15   1282, 1283, 1284, 1285, 1286, 1287, 1288, 1289, 1290, 1291, 1292,
16   1293, 1294, 1295, 1296, 1297, 1298, 1299, 1300, 1301, 1302, 1303,
17   1304, 1305, 1306, 1307, 1308, 1309, 1310, 1311, 1312, 1313, 1314,
18   1315, 1316, 1317, 1318, 1319, 1320, 1321, 1322, 1323, 1324, 1325,
19   1326, 1327, 1328, 1329, 1330, 1331, 1332, 1333, 1334, 1335, 1336,
20   1337, 1338, 1339, 1340, 1341, 1342, 1343, 1344, 1345, 1346, 1347,
21   1348, 1349, 1350, 1351, 1352, 1353, 1354, 1355, 1356, 1357, 1358,
22   1359, 1360, 1361, 1362, 1363, 1364, 1365, 1366, 1367, 1368, 1369,
23   1370, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386,
24   1387, 1388, 1389, 1390, 1391, 1392, 1393, 1394, 1395, 1396, 1397,
25   1398, 1399, 1400, 1401, 1402, 1403, 1404, 1405, 1406, 1407, 1408,
26   1409, 1410, 1411, 1412, 1413, 1415, 1416, 1417, 1418, 1431, 1432,
27   1433, 1434, 1435, 1777, 1778, 1779, 1780, 1781, 1786, 1787, 1788,
```

1  1789, 1790, 1791, 1792, 1793, 1794, 1795, 1796, 1797, 1798, 1799,

2  1800, 1801, 1802, 1803, 1804, 1805, 1806, 1807, 1808 and 1809; and

3  that part of Harris County tract 530400 included in blocks 2000,

4  2003, 2004, 2005, 2034 and 2036; and that part of Harris County

5  tract 530500 included in blocks 1000, 1001, 1002, 1003, 1004, 1005,

6  1006, 1007, 1008, 1009, 1010, 2000, 2001, 2002, 2003 and 2005; and

7  that part of Harris County tract 530600 included in blocks 1000,

8  1001, 1002, 1003, 1005 and 1011; and that part of Harris County

9  tract 530800 included in blocks 1000, 1001, 1010, 1011, 1018, 1019,

10  1020, 1039, 1040 and 1041; and that part of Harris County tract

11  533300 included in block 2027; and that part of Harris County tract

12  533701 included in block group 2 and blocks 1005, 1006, 1007, 1008,

13  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,

14  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,

15  3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3033, 3034 and

16  3035; and that part of Harris County tract 980000 included in block

17  1033.

18      DISTRICT 30.  District 30 is composed of Dallas County

19  tracts 000401, 000404, 000405, 000500, 000605, 000701, 000800,

20  000900, 001001, 001002, 001101, 001102, 001202, 001203, 001204,

21  001301, 001302, 001400, 001502, 001503, 001504, 001600, 001701,

22  001703, 001704, 001800, 001900, 002100, 002200, 002400, 002500,

23  002701, 002702, 003101, 003400, 003700, 003800, 003901, 003902,

24  004000, 004100, 004300, 004900, 005400, 005500, 005600, 005700,

25  005901, 005902, 006001, 006002, 006100, 007102, 007201, 007202,

26  008400, 008500, 008603, 008604, 008701, 008703, 008704, 008705,

27  008801, 008802, 008900, 009000, 009101, 009103, 009104, 009105,

1   009201, 009202, 009301, 009303, 009304, 010000, 010101, 010102,
2   010500, 010902, 011001, 011002, 011101, 011103, 011104, 011105,
3   011200, 011300, 011401, 011500, 011601, 011602, 011701, 011702,
4   011800, 012000, 012100, 012204, 012206, 012208, 012210, 012211,
5   012301, 016605, 016606, 016610, 016611, 016612, 016617, 016618,
6   016619, 016620, 016621, 016622, 016623, 016625, 016626, 016701,
7   016703, 016704, 016705, 016802, 016803, 016804, 016902, 016903,
8   017102, 017301, 017605, 020200, 020300, 020400, 020500 and 980100;
9   and that part of Dallas County tract 000100 included in blocks 2000,
10  2001, 2002, 2003, 2004, 2005, 2007, 2008, 2012, 2013, 2014, 2015,
11  2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026,
12  2027, 2028, 2029 and 2030; and that part of Dallas County tract
13  000300 included in block 3029; and that part of Dallas County tract
14  000406 included in block groups 1, 2, 4 and 5 and blocks 3004, 3005,
15  3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016,
16  3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027,
17  3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038,
18  3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049,
19  3050, 3051 and 3052; and that part of Dallas County tract 000601
20  included in blocks 2001, 2002, 2003, 2004, 2005, 3001, 3002, 3003,
21  3004, 3005, 3006, 3008, 3009, 3010, 3011, 3012, 4000, 4002, 4003,
22  5001, 5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009 and 5010; and
23  that part of Dallas County tract 000603 included in block groups 1,
24  2 and 3 and blocks 4000, 4002, 4003, 4004, 4005, 4006, 4007, 4008,
25  4009, 4010, 4011 and 4012; and that part of Dallas County tract
26  000606 included in block groups 2 and 3 and blocks 1000, 1001, 1002,
27  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1014,

1  1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,

2  1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034 and 1035; and

3  that part of Dallas County tract 002000 included in blocks 1000,

4  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,

5  1012, 1013, 1014, 1015, 2000, 2001, 2002, 2003, 2004, 2005, 2006,

6  2012, 2013, 2014, 2015, 2016, 2024, 2025, 2026, 2027, 3000, 3001,

7  3002, 3003, 3004, 3005, 3006, 3007, 3017 and 3018; and that part of

8  Dallas County tract 004800 included in block group 4 and blocks

9  1000, 1001, 1002, 1014, 1015, 1029 and 3021; and that part of Dallas

10 County tract 005000 included in blocks 1031, 3001 and 3026; and that

11 part of Dallas County tract 006200 included in block groups 1 and 5

12 and blocks 2011, 2016, 2019, 2020, 3029, 3030, 4000, 4001, 4002,

13 4003, 4013, 4014 and 4015; and that part of Dallas County tract

14 006301 included in block groups 5 and 6 and blocks 1001, 1002, 1003,

15 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,

16 3006, 3007, 3008, 4007 and 4008; and that part of Dallas County

17 tract 008100 included in block groups 3, 4 and 5 and blocks 1001,

18 1002, 1003, 1005, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 2006,

19 2014, 2015, 2018, 2019, 2020 and 2024; and that part of Dallas

20 County tract 009401 included in blocks 1000, 1001, 1005, 1006,

21 1007, 1008, 1009, 1010, 1011, 1012, 1020 and 1021; and that part of

22 Dallas County tract 009802 included in blocks 4001, 4002, 5004,

23 5005, 5006, 5007, 5008, 5009, 5010, 5011, 5012, 5013, 5014, 5016,

24 5018, 5019, 5020, 5021, 5022 and 5023; and that part of Dallas

25 County tract 009804 included in block 3005; and that part of Dallas

26 County tract 010601 included in block group 3 and blocks 1040, 1041,

27 1044, 2000, 2001, 2004, 2005, 2006, 2007, 2013, 2018, 2022, 2026,

1   2028 and 2029; and that part of Dallas County tract 010803 included
2   in block groups 1, 2, 3, 5 and 6 and blocks 4000, 4001, 4002, 4003,
3   4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018,
4   4019, 4020, 4021, 4022 and 4023; and that part of Dallas County
5   tract 010804 included in blocks 1036 and 1037; and that part of
6   Dallas County tract 010805 included in blocks 1000, 1001, 1002,
7   1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1019, 1020 and 1021;
8   and that part of Dallas County tract 010903 included in blocks 1000,
9   1001, 1002, 1003, 1004, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
10  1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,
11  1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035,
12  1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046,
13  1047, 1048, 1049, 1051, 1052, 1056, 1057, 1058, 1059, 1060, 1061,
14  1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071, 1072,
15  1073, 1074, 2000, 2001 and 2004; and that part of Dallas County
16  tract 010904 included in block group 1 and blocks 2000, 2001, 2002,
17  2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,
18  2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024,
19  2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035,
20  2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2050,
21  2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060 and 2061;
22  and that part of Dallas County tract 011900 included in block groups
23  1, 2, 3, 4 and 6 and blocks 5004, 5005, 5006, 5007, 5008, 5009, 5010,
24  5011, 5012, 5013, 5014, 5015, 5016, 5017, 5018, 5019, 5020, 5021,
25  5022, 5023 and 5024; and that part of Dallas County tract 012207
26  included in block groups 2 and 3 and blocks 1002, 1004, 1005, 1008,
27  1009, 1010, 1011, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020,

1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038 and 1039; and that part of Dallas County tract 012209 included in block group 2 and blocks 1003, 1014, 1015 and 1016; and that part of Dallas County tract 012302 included in block groups 1 and 2 and blocks 3000, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3017, 3018, 3019, 3020, 3021, 3022 and 3023; and that part of Dallas County tract 012500 included in blocks 2019, 2020, 2024, 4015 and 5031; and that part of Dallas County tract 016509 included in block 5020; and that part of Dallas County tract 016514 included in blocks 1017, 1018 and 1021; and that part of Dallas County tract 016517 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1023, 1024, 1042, 1045, 3000, 3012, 3017 and 3019; and that part of Dallas County tract 016520 included in blocks 1037, 1038, 1039, 1046, 2000, 2002, 2003, 2004 and 2007; and that part of Dallas County tract 016522 included in blocks 1034 and 1064; and that part of Dallas County tract 016523 included in blocks 4000, 4031, 4032 and 4033; and that part of Dallas County tract 016607 included in block groups 1 and 3 and blocks 2002, 2003, 2007, 2011, 2012, 2013, 2014, 2015, 2021, 2022 and 2023; and that part of Dallas County tract 016615 included in block group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1019, 1020 and 1021; and that part of Dallas County tract 016624 included in block group 2; and that part of Dallas County tract 017004 included in blocks 1000, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2043, 2044, 2045, 2046, 2047, 2048, 2049 and 2063; and that part of Dallas County tract 017101 included in block group

1  1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,

2  2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2020,

3  2021, 2022, 2023, 2024, 2025, 2028, 2029, 2030, 2031, 2032, 2033,

4  2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044,

5  2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055 and

6  2056; and that part of Dallas County tract 017201 included in block

7  groups 1, 2, 4 and 5 and blocks 3002, 3003, 3004, 3005, 3006, 3007,

8  3008, 3009, 3010 and 3011; and that part of Dallas County tract

9  017202 included in block groups 2, 3 and 4 and blocks 1001, 1002,

10  1003, 1004, 1005, 1009, 1010 and 1011; and that part of Dallas

11  County tract 017306 included in blocks 1020, 1027, 1029, 4004,

12  4011, 4012, 4013, 4014, 4015, 4029, 4030, 4031 and 4039; and that

13  part of Dallas County tract 017604 included in blocks 1007, 2005,

14  2006, 2009, 2017, 2018 and 2019; and that part of Dallas County

15  tract 017805 included in blocks 1027, 1028, 1030, 1031, 2007, 2008,

16  2009, 2010, 2013, 2014, 2015, 2016, 2017, 2029 and 2030; and that

17  part of Dallas County tract 017806 included in blocks 2022, 2023 and

18  2025; and that part of Dallas County tract 019800 included in blocks

19  3021, 3026, 3031 and 3032.

20      DISTRICT 31. District 31 is composed of Bell, Burnet,

21  Coryell, Hamilton and Lampasas Counties; and Williamson County

22  tracts 020105, 020106, 020107, 020108, 020109, 020110, 020111,

23  020112, 020113, 020114, 020115, 020201, 020202, 020203, 020204,

24  020603, 020604, 020605, 020704, 020706, 020707, 020708, 020803,

25  020804, 020805, 020806, 020807, 020808, 020809, 020900, 021000,

26  021100, 021201, 021202, 021203, 021300, 021401, 021402, 021403,

27  021502, 021503, 021504, 021505, 021506, 021507, 021508, 021601,

1   021602 and 021603; and that part of Williamson County tract 020301
2   included in block groups 1 and 2 and blocks 3000, 3001, 3003, 3004,
3   3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015,
4   3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026,
5   3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037,
6   3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048,
7   3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059,
8   3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067, 3068, 3069, 3070,
9   3071, 3076, 3077, 3079, 3086, 3087, 3088, 3089, 3092, 3098, 3099,
10  3100, 3101, 3102, 3104, 3105, 3106, 3107 and 3108; and that part of
11  Williamson County tract 020310 included in blocks 2000, 2001, 2002,
12  2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012 and 2030;
13  and that part of Williamson County tract 020503 included in block
14  3010; and that part of Williamson County tract 020504 included in
15  blocks 1000, 1003, 2000, 3009 and 3010; and that part of Williamson
16  County tract 020505 included in block 1025; and that part of
17  Williamson County tract 020602 included in block groups 1 and 3 and
18  blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
19  2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,
20  2021, 2022, 2023, 2029, 2030, 2031, 2032 and 2033; and that part of
21  Williamson County tract 020701 included in block group 2 and blocks
22  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
23  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
24  1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,
25  1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,
26  1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054,
27  1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065,

1  1066, 1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076,

2  1077 and 1078; and that part of Williamson County tract 020703

3  included in block groups 1, 2 and 4 and blocks 3000, 3001, 3002,

4  3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013,

5  3014, 3017 and 3018.

6      DISTRICT 32. District 32 is composed of Collin County

7  tracts 031309 and 031311; and that part of Collin County tract

8  031201 included in blocks 1070, 2055, 2079, 2080, 2081, 2082, 2083,

9  2084, 2085 and 2086; and that part of Collin County tract 031202

10 included in block 1060; and that part of Collin County tract 031308

11 included in block group 1; and that part of Collin County tract

12 031310 included in block groups 1, 3 and 4 and blocks 2000, 2001,

13 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012,

14 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023,

15 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034,

16 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045,

17 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056,

18 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067,

19 2068, 2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2078,

20 2079, 2080, 2081, 2082, 2083, 2084, 2085 and 2087; and that part of

21 Collin County tract 031314 included in blocks 1049 and 1050; and

22 that part of Collin County tract 031315 included in block groups 1,

23 3, 4 and 5; and that part of Collin County tract 031317 included in

24 blocks 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,

25 1015, 1018, 1019, 1022, 1023, 1032, 1033, 1034, 1035, 1036, 1037,

26 1038, 1039, 1040, 1041, 1044, 1045, 1046, 1047, 2000, 2001, 2006,

27 2008, 2009, 2010, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019,

 1  2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030,
 2  2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041,
 3  2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052,
 4  2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063 and
 5  2064; and Dallas County tracts 000201, 000202, 000702, 007101,
 6  007301, 007302, 007601, 007604, 007605, 007700, 007801, 007804,
 7  007805, 007810, 007811, 007819, 007822, 007823, 007903, 007906,
 8  007909, 007910, 007911, 007912, 007913, 007914, 009402, 009500,
 9  009603, 009604, 009607, 009608, 009609, 009702, 009803, 013101,
10  013102, 013104, 013105, 013200, 013300, 013400, 013500, 013605,
11  013606, 013607, 013608, 013609, 013610, 013611, 013615, 013617,
12  013618, 013619, 013620, 013621, 013622, 013623, 013624, 013625,
13  013626, 018105, 018110, 018111, 018118, 018120, 018121, 018122,
14  018123, 018124, 018128, 018133, 018134, 018136, 018139, 018140,
15  018203, 018204, 018205, 018206, 018503, 018600, 018700, 018801,
16  018802, 018900, 019004, 019016, 019018, 019020, 019021, 019023,
17  019024, 019025, 019026, 019027, 019028, 019029, 019031, 019032,
18  019034, 019035, 019036, 019037, 019038, 019039, 019040, 019041,
19  019042, 019043, 019100, 019202, 019203, 019204, 019205, 019206,
20  019208, 019210, 019211, 019212, 019213, 019301, 019302, 019400,
21  019501, 019502, 019600, 019700 and 020600; and that part of Dallas
22  County tract 000100 included in blocks 2006, 2009, 2010, 2011,
23  3002, 3003, 3004, 3005, 3006, 3007, 3008, 3012, 3013 and 3014; and
24  that part of Dallas County tract 000300 included in block groups 1
25  and 2 and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007,
26  3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018,
27  3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027 and 3028; and

```
 1  that part of Dallas County tract 000406 included in blocks 3000,
 2  3001, 3002 and 3003; and that part of Dallas County tract 000601
 3  included in block group 1 and blocks 2000, 2006, 2007, 2008, 2009,
 4  2010, 2011, 3000, 3007, 4001 and 5000; and that part of Dallas
 5  County tract 000603 included in block 4001; and that part of Dallas
 6  County tract 000606 included in block 1013; and that part of Dallas
 7  County tract 007809 included in blocks 1007, 1008, 1009, 1010 and
 8  1011; and that part of Dallas County tract 007812 included in block
 9  group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
10  2008, 2009, 2011, 2012, 2017, 2018, 2019, 2021 and 2030; and that
11  part of Dallas County tract 007815 included in blocks 2000, 2001,
12  2002, 3000, 3001 and 3002; and that part of Dallas County tract
13  007825 included in block groups 1, 3 and 5 and blocks 2013 and 2014;
14  and that part of Dallas County tract 007827 included in block group
15  1; and that part of Dallas County tract 007902 included in block
16  groups 2, 4 and 5 and blocks 1001, 1002, 1003, 1004, 1005, 1006,
17  1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
18  1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 3000,
19  3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011,
20  3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022,
21  3023, 3024, 3025, 3026, 3027, 3043 and 3044; and that part of Dallas
22  County tract 008000 included in blocks 1000, 1003, 2000, 2001,
23  2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012,
24  2013, 2014, 2015, 2017, 2018, 2019, 3000, 4006, 4013, 4014, 4015,
25  4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4026,
26  4027, 4028, 4029, 4030, 4031, 4032, 4039, 5003, 5004, 5005, 5006,
27  5007, 5011, 5012, 5013, 5014, 5015, 5016, 6001, 6002, 6003, 6004,
```

1  6005, 6008, 6009, 6010, 6011, 6012, 6013, 6014, 6015, 6016, 6017,
2  6018, 6019, 6020, 6021, 6022 and 6023; and that part of Dallas
3  County tract 009401 included in block groups 2 and 3 and blocks
4  1002, 1003, 1004, 1013, 1014, 1015, 1016, 1017, 1018, 1019 and 1022;
5  and that part of Dallas County tract 009605 included in block group
6  2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
7  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
8  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1031, 1032 and
9  1036; and that part of Dallas County tract 009611 included in block
10 groups 2 and 3 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,
11 1009, 1010, 1011, 1012, 1013, 1014 and 1015; and that part of Dallas
12 County tract 009701 included in blocks 1000, 1001, 1002, 1003,
13 1004, 1005, 1009, 1011, 1012, 1014, 1015, 1016, 1017, 1018, 1019,
14 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
15 1031, 1032, 1033, 1034, 1035, 1036, 1037, 3000, 3001, 3002, 3003,
16 3004, 3005, 3009, 3010, 3011, 3014, 3015, 3016, 3017, 3018, 3019,
17 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027 and 3028; and that
18 part of Dallas County tract 009802 included in block groups 1, 2 and
19 3 and blocks 4000, 5000, 5001, 5002, 5003, 5015 and 5017; and that
20 part of Dallas County tract 009804 included in block groups 1, 2 and
21 4 and blocks 3000, 3001, 3002, 3003 and 3004; and that part of
22 Dallas County tract 012800 included in blocks 3010, 3011 and 3012;
23 and that part of Dallas County tract 012900 included in block 1000;
24 and that part of Dallas County tract 013005 included in blocks 1000,
25 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
26 1012, 1014 and 1015; and that part of Dallas County tract 013007
27 included in block groups 1 and 2 and blocks 3002, 3003, 3013, 3014,

1  3015, 3016, 3017, 3018, 3019, 3020, 3022, 3023 and 3024; and that

2  part of Dallas County tract 013008 included in block group 1; and

3  that part of Dallas County tract 013009 included in block groups 1

4  and 2; and that part of Dallas County tract 013010 included in

5  blocks 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010 and 2011; and

6  that part of Dallas County tract 013011 included in blocks 3000,

7  3001, 3002, 3003, 3004, 3005, 3006, 3007, 3009, 3010, 3011, 3012,

8  3013, 3014, 3015, 3016, 3017, 3018, 3019, 3025 and 3026; and that

9  part of Dallas County tract 013616 included in block groups 1 and 2

10  and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008,

11  3009, 3010, 3011, 3012, 3013, 3024, 3027, 3030, 3031, 3032, 3033,

12  3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044,

13  3045 and 3046; and that part of Dallas County tract 013727 included

14  in blocks 1000, 1001, 1002, 1003, 1013, 1014, 1015, 1016, 1017,

15  1018, 1019, 1020, 1021, 1022, 1023, 1040, 1041, 1042, 1046, 1047,

16  1049, 1068 and 1070; and that part of Dallas County tract 013806

17  included in blocks 2000, 2065, 2066, 2069, 2070, 2071, 2074, 2075,

18  2076 and 2077; and that part of Dallas County tract 018126 included

19  in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1011, 1012,

20  1013, 1014, 1015 and 1023; and that part of Dallas County tract

21  018129 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,

22  1007, 1008, 1009, 1043, 1044, 1046, 1047, 1048, 1056, 1059, 1060 and

23  1068; and that part of Dallas County tract 018135 included in block

24  group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007,

25  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1019,

26  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,

27  1031, 1032, 1033 and 1034; and that part of Dallas County tract

1  018137 included in blocks 1001, 1002, 1003, 1004, 1005, 1006, 1007,
2  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018,
3  1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029,
4  1030, 1031, 1032, 1033, 1035, 1036, 1037, 1039, 1040, 1041, 1042,
5  1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053,
6  1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064,
7  1065, 1066, 1067, 1068, 1069, 2000, 2001, 2002, 2003, 2004, 2005,
8  2006, 2007, 2008, 2009, 2010, 2013, 2014, 2015, 2016 and 2017; and
9  that part of Dallas County tract 018138 included in block group 2
10 and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008,
11 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
12 1020, 1021, 1022, 1023, 1024, 1026, 1030, 1031, 1032, 1033, 1034,
13 1035, 1036, 1037, 1038, 1040, 1041, 1042, 1043, 1044 and 1045; and
14 that part of Dallas County tract 018300 included in block groups 1,
15 2, 4 and 5 and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006,
16 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3020, 3021,
17 3022, 3023, 3024, 3025, 3026, 3028, 3029, 3030, 3031, 3032, 3033,
18 3034, 3035, 3036, 3037, 3038, 3039, 3040 and 3042; and that part of
19 Dallas County tract 018401 included in block groups 1 and 3 and
20 blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
21 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,
22 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031,
23 2035, 2036, 2037, 2038, 2039 and 2042; and that part of Dallas
24 County tract 018402 included in block group 2 and blocks 1000, 1001,
25 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
26 1026, 1027, 1028, 1029, 1030, 1031, 3001, 3002, 3003, 3004, 3005,
27 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015 and 3016;

1  and that part of Dallas County tract 018403 included in blocks 1000,

2  1001, 1002, 1003, 1004, 1005, 1006, 1007, 1009, 1011 and 1012; and

3  that part of Dallas County tract 018501 included in blocks 2000,

4  2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2024,

5  2025, 2026, 2027, 2028, 2029, 2030, 3000, 3002 and 3015; and that

6  part of Dallas County tract 018505 included in blocks 1003 and 1004;

7  and that part of Dallas County tract 018506 included in blocks 1061,

8  1062, 1063, 1070, 1071, 1072, 1091, 2009 and 2010; and that part of

9  Dallas County tract 019014 included in block groups 1, 2 and 4 and

10 blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009,

11 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020,

12 3021 and 3022; and that part of Dallas County tract 019019 included

13 in block groups 1, 3 and 4 and blocks 2000, 2001, 2003, 2004, 2005,

14 2006, 2007, 2008, 2009, 2010 and 2011; and that part of Dallas

15 County tract 019033 included in blocks 1000, 1001, 1002, 1003,

16 1004, 1005, 1006, 1007, 2000, 2001, 2002, 2003, 2004, 2005, 2006,

17 2007, 2008, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008,

18 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016 and 3017; and that

19 part of Dallas County tract 019800 included in block groups 1, 2 and

20 4 and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008,

21 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019,

22 3020, 3022, 3023, 3024, 3025, 3027, 3028, 3029 and 3030.

23     DISTRICT 33. District 33 is composed of Tarrant County

24 tracts 100300, 100400, 100800, 100900, 101301, 101401, 101402,

25 101403, 101500, 101700, 103500, 103601, 103602, 103701, 103702,

26 103800, 104100, 104400, 104502, 104503, 104504, 104505, 104601,

27 104602, 104603, 104604, 104605, 104701, 104702, 104802, 104803,

1   104804, 105001, 105502, 105511, 105512, 105600, 105701, 105703,
2   105704, 105800, 105901, 105902, 106001, 106002, 106101, 106102,
3   106201, 106202, 106300, 106502, 106503, 106507, 106509, 106510,
4   106511, 106512, 106513, 106514, 106515, 106516, 111003, 111012,
5   111103, 111104, 111202, 111513, 111514, 111521, 111522, 111523,
6   111536, 111537, 111538, 111539, 111540, 111541, 111542, 111543,
7   111544, 111547, 111548, 111550, 113001, 113002, 113102, 113104,
8   113107, 113108, 113109, 113110, 113111, 113112, 113113, 113114,
9   113115, 113116, 121601, 121604, 121605, 121702, 121703, 121704,
10  121903, 121904, 121905, 121906, 122001, 122002, 122100, 122200,
11  122300, 122400, 122801, 122802 and 122900; and that part of Tarrant
12  County tract 100201 included in block groups 2 and 3 and blocks
13  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
14  1013, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
15  1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,
16  1037, 1038, 1039 and 1040; and that part of Tarrant County tract
17  100202 included in block groups 1 and 3 and blocks 2000, 2001, 2002,
18  2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013,
19  2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024,
20  2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035,
21  2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046,
22  2047, 2048, 2049, 2050, 2054, 2055, 2056, 2057, 2058, 2059, 2060,
23  2061, 2062, 2063 and 2064; and that part of Tarrant County tract
24  100501 included in block groups 1, 2, 3 and 4 and blocks 5000, 5001,
25  5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009, 5010, 5011, 5012,
26  5013, 5014, 5015, 5016, 5017, 5018, 5019, 5020, 5021, 5022, 5023,
27  5024, 5025, 5026, 5027, 5028, 5029, 5030, 5031, 5033, 5043, 5044,

1   5046, 5047, 5048, 5049, 5051, 5052, 5053, 5054, 5055, 5056, 5057,
2   5058, 5059, 5060 and 5061; and that part of Tarrant County tract
3   100502 included in block groups 1, 2, 3, 4 and 6; and that part of
4   Tarrant County tract 100700 included in blocks 1011, 1012, 1014 and
5   1025; and that part of Tarrant County tract 101201 included in block
6   group 2 and blocks 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105,
7   1106, 1109, 1110, 1111, 1112 and 1114; and that part of Tarrant
8   County tract 101202 included in block group 1 and blocks 3016, 3017,
9   3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028,
10  3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039,
11  3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050,
12  3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060, 3061,
13  3062 and 3064; and that part of Tarrant County tract 101302 included
14  in block groups 1 and 2 and blocks 3000, 3001, 3002, 3003, 3004,
15  3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015,
16  3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023 and 3025; and that
17  part of Tarrant County tract 104202 included in blocks 2011, 2012,
18  4018 and 4019; and that part of Tarrant County tract 104300 included
19  in blocks 1020, 3013, 3021, 5000, 5001, 5011 and 5012; and that part
20  of Tarrant County tract 105503 included in block groups 1, 2 and 3
21  and blocks 4000, 4001, 4002, 4003 and 4005; and that part of Tarrant
22  County tract 105510 included in block group 2 and blocks 1000, 1001,
23  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1015, 1016, 1017,
24  1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,
25  1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039,
26  1040, 1041, 1042, 1043, 1044, 1046, 1047, 1048, 1049, 1052, 1053,
27  1054, 1055, 1056, 1057, 1059, 1060, 1061 and 1062; and that part of

1  Tarrant County tract 106004 included in block groups 1, 3 and 4 and
2  blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
3  2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020,
4  2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031,
5  2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041 and 2042;
6  and that part of Tarrant County tract 106400 included in blocks
7  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
8  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
9  1024, 1025, 1026, 1027, 1028, 2000, 2001, 2002, 2003, 2004, 2005,
10 2006, 2007, 2008, 2009, 2010, 2013, 2014, 2015, 2018, 2019, 2020,
11 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031,
12 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042,
13 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052, 2053,
14 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2064,
15 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073 and 2074; and
16 that part of Tarrant County tract 106517 included in blocks 1025,
17 1026, 1027, 1028, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037,
18 1038, 1039, 1040, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
19 2008, 2009, 2010, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
20 2023, 2025, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,
21 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026,
22 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037,
23 3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048,
24 3049, 3050, 3051, 4001, 4002, 4006, 4007, 4008, 4009, 4010, 4011,
25 4012, 4013 and 4014; and that part of Tarrant County tract 106518
26 included in blocks 1016, 1017, 1018, 1019 and 1020; and that part of
27 Tarrant County tract 110402 included in block groups 1, 2, 3 and 4;

1  and that part of Tarrant County tract 111005 included in block

2  groups 1, 2 and 3 and blocks 4000, 4001, 4002, 4003, 4004, 4005,

3  4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016,

4  4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024, 4025, 4026, 4027,

5  4028, 4029, 4030, 4031, 4032, 4033, 4034, 4035, 4036, 4037, 4038,

6  4039, 4040 and 4052; and that part of Tarrant County tract 111011

7  included in block group 1 and blocks 2000, 2001, 2002, 2003, 2004,

8  2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2016, 2020,

9  2021, 2056 and 2064; and that part of Tarrant County tract 111017

10 included in block groups 3 and 4 and block 1034; and that part of

11 Tarrant County tract 111102 included in block groups 2, 3 and 4 and

12 blocks 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,

13 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,

14 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038 and 1039;

15 and that part of Tarrant County tract 111310 included in block

16 groups 1, 3 and 4 and blocks 2000, 2001, 2002, 2003, 2004, 2005,

17 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016,

18 2017, 2018, 2019, 2022, 2023, 2024, 2025, 2026 and 2028; and that

19 part of Tarrant County tract 111311 included in blocks 1000, 1001,

20 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,

21 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1029, 1030 and

22 1031; and that part of Tarrant County tract 111313 included in

23 blocks 2000 and 2001; and that part of Tarrant County tract 111505

24 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1021,

25 1022, 1023, 1024 and 1025; and that part of Tarrant County tract

26 111516 included in block groups 1 and 3 and blocks 2000, 2001, 2002,

27 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2014, 2015,

1  2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026,

2  2027, 2028, 2029, 2030, 2031, 2032, 2033, 2035, 2036, 2037, 2038,

3  2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046 and 2047; and that

4  part of Tarrant County tract 111524 included in block groups 1, 2, 3

5  and 4 and blocks 5002, 5003, 5004, 5005, 5006, 5007, 5008, 5009,

6  5010, 5011, 5012, 5013, 5014, 5015, 5016, 5017, 5018, 5019, 5020 and

7  5021; and that part of Tarrant County tract 111525 included in block

8  groups 2, 3 and 4 and blocks 1000, 1001, 1002, 1003, 1004, 1005,

9  1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016,

10  1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027,

11  1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,

12  1039, 1040, 1041, 1045, 1046, 1047, 1048 and 1049; and that part of

13  Tarrant County tract 111530 included in blocks 2034, 2035, 2036,

14  2037, 2038, 2039 and 2044; and that part of Tarrant County tract

15  111533 included in block group 1; and that part of Tarrant County

16  tract 111549 included in blocks 1001, 1002, 1003, 1004, 1005, 1006,

17  1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,

18  1019, 1020, 1021, 1022, 1028, 1029, 1030 and 1031; and that part of

19  Tarrant County tract 111551 included in block groups 2 and 4 and

20  blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,

21  1010, 1011, 1012, 1015, 1016, 3000, 3001, 3002, 3003, 3004, 3005,

22  3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016,

23  3017, 3018, 3019, 3020, 3021, 3022, 3023 and 3025; and that part of

24  Tarrant County tract 111552 included in blocks 1009 and 1010; and

25  that part of Tarrant County tract 111553 included in blocks 1003,

26  3000, 3001, 3002, 3004, 3005 and 3006; and that part of Tarrant

27  County tract 113408 included in block 4029; and that part of Tarrant

1  County tract 121606 included in blocks 1000, 1001, 1002, 1003,
2  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1023, 1024 and 1096; and
3  that part of Tarrant County tract 122700 included in block groups 1
4  and 4 and blocks 3023, 3024, 3025 and 3026; and that part of Tarrant
5  County tract 123100 included in block groups 2 and 3 and blocks
6  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
7  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
8  1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,
9  1033, 1034, 1035, 1036, 1037, 1038, 1039, 1041, 1042, 1043, 1044,
10  1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055,
11  1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066,
12  1067, 1068, 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077,
13  1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088,
14  1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099,
15  1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110,
16  1111, 1112, 1113, 1114, 1115, 1116, 1117, 1118, 1119, 1120, 1121,
17  1122, 1123, 1124, 1125, 1126, 1127, 1128, 1129, 1130, 1131, 1132,
18  1133, 1134, 1135 and 1136; and that part of Tarrant County tract
19  123200 included in blocks 1002, 1003, 1004, 1005, 1006, 1007, 1008,
20  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
21  1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
22  1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041,
23  1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052,
24  1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063,
25  1064, 1065, 1066, 1067, 1068, 1069, 1070, 1076, 1077, 1078, 1081,
26  1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092,
27  1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103,

1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114,
1115, 1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125,
1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136,
1137, 1138, 1139, 1140, 1141, 1142, 1143, 1145, 1146, 1147, 1148,
1149, 1150, 1151, 1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159,
1160, 1161, 1162, 1163, 1164, 1165, 1166, 1167, 1169, 1170, 1171,
1172, 1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184, 1185,
1186, 1187, 1188, 1189, 1190, 1191, 1192, 1193, 1194, 1195, 1196,
1197, 1198, 1199, 1201, 1206, 1208, 1209, 1210, 1211, 1212, 1213,
1214, 1215, 1216, 1217, 1218, 1219, 1220, 1221, 1222, 1223, 1224,
1225, 1226, 1227, 1228, 1229, 1230, 1231, 1232, 1233, 1234, 1235,
1236, 1237, 1238, 1239, 1240, 1241, 1242, 1243, 1244, 1245, 1246,
1247, 1248, 1249, 1250, 1251, 1252, 1253, 1254, 1255, 1256, 1257,
1258, 1259, 1260, 1261, 1262, 1263, 1264, 1265, 1266, 1268, 1269,
1270, 1271, 1272, 1273 and 2006; and that part of Tarrant County
tract 123300 included in block 2000; and that part of Tarrant County
tract 123400 included in block groups 1 and 3; and that part of
Tarrant County tract 123500 included in block groups 2 and 3 and
blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1021, 1022,
1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033,
1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044,
1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055,
1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1064 and 1065; and
that part of Tarrant County tract 123600 included in block group 2.

DISTRICT 34.  District 34 is composed of Aransas, Austin,
Calhoun, Colorado, Fayette, Gonzales, Jackson, Lavaca, Matagorda,

1  Victoria and Wharton Counties; and Bastrop County tracts 950300,
2  950700, 950801 and 950802; and that part of Bastrop County tract
3  950100 included in block group 3 and blocks 2000, 2001, 2002, 2003,
4  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014,
5  2017, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039,
6  2040, 2042, 2043, 2044, 2046, 2047, 2048, 2049, 2050, 2051, 2052,
7  2053, 2054, 2057, 2058, 2059, 2060, 2062, 2063, 2064, 2065, 2066 and
8  2067; and that part of Bastrop County tract 950200 included in
9  blocks 2044, 2045, 2047, 2051, 2066, 2071, 3055, 3057, 3058, 3059,
10  3061, 3062, 4040 and 4041; and that part of Bastrop County tract
11  950400 included in block groups 1, 2, 3 and 5 and blocks 4000, 4001,
12  4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4013,
13  4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024,
14  4025, 4026, 4027, 4028, 4029, 4030, 4031, 4032, 4033, 4034, 4035,
15  4036, 4037, 4038, 4039, 4040, 4041, 4042, 4043, 4044, 4045, 4046,
16  4047, 4048, 4049, 4050, 4051, 4052, 4053, 4054, 4055, 4056, 4057,
17  4058, 4059, 4060, 4061, 4062, 4063, 4064, 4065, 4066, 4067, 4068,
18  4069, 4070, 4071, 4072, 4073, 4074, 4075, 4076, 4077, 4078, 4079,
19  4080, 4081, 4082, 4083, 4084, 4085, 4086, 4087, 4088, 4089, 4090,
20  4091, 4092, 4093, 4094, 4095, 4096, 4097, 4098, 4099, 4100, 4101,
21  4102, 4103, 4104, 4105, 4106, 4107, 4108, 4109, 4110, 4111, 4112,
22  4113, 4114 and 4115; and that part of Bastrop County tract 950501
23  included in blocks 2004, 2005, 2006, 2016, 2017, 2018, 2019, 2020,
24  2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031,
25  2032, 2033, 2034, 2035, 2036, 2037, 2038, 2056 and 2058; and that
26  part of Bastrop County tract 950502 included in blocks 1059, 1061,
27  1063, 1064, 1066, 1070, 1076, 1077, 1078, 1079, 1080, 1081, 1082,

```
 1   1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093,
 2   1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104,
 3   1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114, 1115,
 4   1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1128,
 5   1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137, 1138, 1139,
 6   1140, 1141, 1142, 1143, 1144, 1145, 1146, 1147, 1148, 1149, 1150,
 7   1151, 1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159, 1160, 1161,
 8   1162, 1163, 1164, 1165, 1166, 1167, 1168, 1169, 1170, 1171, 1172,
 9   1193, 3001, 3003, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017,
10   3018, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029,
11   3030, 3031, 3032, 3033, 3034, 3057, 3058, 3060, 3061, 3062, 3063,
12   3064, 3065, 3066, 3067, 3068, 3070 and 3071; and that part of
13   Bastrop County tract 950600 included in block groups 2 and 3 and
14   blocks 1064, 1065, 1066, 1067, 1068, 1069, 1072, 1073, 1074, 1075,
15   1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1085, 1117, 1125,
16   1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136,
17   1137, 1138, 1139, 1140, 1144, 1145, 1146, 1147, 1148, 1149, 1150,
18   1151, 1152, 1153, 1154, 1155, 1160, 1161, 1162, 1163, 1164, 1165,
19   1166, 1167, 1168, 1169, 1171, 1172, 1173, 1174, 1175, 1176, 1177,
20   1178, 1179, 1180, 1181, 1182, 1183, 1184, 1185, 1186, 1187, 1188,
21   1189, 1190, 1191, 1192, 1193, 1194, 1195, 1196, 1197, 1198, 1199,
22   1200, 1201, 1202, 1203, 1204, 1205, 1206, 1207, 1208, 1209, 1210,
23   1211, 1212, 1213, 1214, 1215, 1217, 1218, 1224, 1225, 1226 and 1227;
24   and Harris County tracts 455000, 455101, 455102, 455200, 455300,
25   542400, 542500, 542600, 542700, 542800, 552301, 552302, 554101,
26   554301, 554302, 554401, 554600, 554700 and 554801; and that part of
27   Harris County tract 542200 included in block group 2 and blocks
```

1  1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
2  1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
3  1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,
4  1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,
5  1044, 1045, 1046, 1047, 1052, 1053, 1054, 1056, 1057 and 1059; and
6  that part of Harris County tract 542302 included in blocks 1020,
7  1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031,
8  1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042,
9  1043, 1053, 1054, 1055 and 1056; and that part of Harris County
10 tract 542900 included in block groups 1 and 2 and blocks 3000, 3001,
11 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012,
12 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023,
13 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034,
14 3035, 3036, 3045, 3046, 3049, 3050, 3051, 3053, 3054, 3055, 3056,
15 3057, 3058, 3059, 3060 and 3061; and that part of Harris County
16 tract 543001 included in block group 2 and blocks 1039, 1040, 1041,
17 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052,
18 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060, 1068, 1069, 1070,
19 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081,
20 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092,
21 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103,
22 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112, 1113, 1114,
23 1115, 1116, 1117, 1118, 1119, 1120, 1121, 1122, 1124, 1127, 1128,
24 1129, 1130, 1131, 1132, 1135, 1137, 1138 and 1139; and that part of
25 Harris County tract 543002 included in blocks 1000, 1001, 1002,
26 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
27 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024,

1025, 1026, 1027, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045,
1046, 1047, 1048, 2013, 2014, 2018, 2026, 2027, 2028, 2029, 2030,
2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041,
2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051, 2052,
2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063,
2064, 2065, 2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074,
2075, 2076, 2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085,
2086, 2087, 2088, 2089, 2090, 2091, 2092, 2093 and 2094; and that
part of Harris County tract 543003 included in blocks 1026, 1027,
1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038,
1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1056, 1057,
1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1073 and 1080;
and that part of Harris County tract 543100 included in blocks 1054,
1055, 1056, 1057, 1058, 1059, 1060, 1061, 1064, 1071, 1072, 1073,
1074, 1083 and 1084; and that part of Harris County tract 552200
included in blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018,
2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
2030, 2031, 2032, 2033, 2034, 2036, 2037, 2038 and 3052; and that
part of Harris County tract 552602 included in block group 2 and
blocks 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011,
1012, 1013, 1014, 1015, 1018, 1019, 1020, 1021, 1022, 1032, 1033,
1034, 1035, 1036, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1058,
1059 and 1060; and that part of Harris County tract 553900 included
in block group 4 and blocks 1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,

1029 and 3004; and that part of Harris County tract 554102 included
in block group 2 and blocks 3000, 3001, 3002, 3003, 3004, 3005,
3006, 3007, 3008, 3009, 3011, 3012, 3013, 3014, 3015, 3029, 3030,
3031, 3032, 3033 and 3034; and that part of Harris County tract
554200 included in block groups 1 and 3 and blocks 2000, 2001, 2002,
2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2016,
2017, 2018 and 2019; and that part of Harris County tract 554402
included in blocks 2071, 2072, 2073, 2088 and 2089; and that part of
Harris County tract 554502 included in block group 1 and blocks
2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
3017, 3020, 3022 and 3023; and that part of Harris County tract
554802 included in blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006,
1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017,
1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,
1029, 1030, 1031, 1032, 1059, 1065, 1066, 1067, 1068, 1069, 1070,
1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1084, 1085,
1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096,
1097, 1098, 1099, 1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107,
1108, 1109, 1110, 1116, 1117, 1118, 1119, 1120, 1122, 1123, 1124,
1125, 1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135,
1136, 1137, 1138, 1144, 1145, 2033, 2036, 2037, 2038 and 2039; and
that part of Harris County tract 555502 included in blocks 1037,
2088, 2089 and 2090; and Nueces County tracts 002602, 002703,
002704, 002705, 002706, 002900, 003001, 003002, 003101, 003102,
003202, 003203, 003204, 003303, 003304, 003305, 003306, 005102,
005404, 005413, 005414, 005417, 006200 and 990000; and that part of
Nueces County tract 002400 included in block group 4; and that part

1   of Nueces County tract 002601 included in blocks 1022, 1023, 1024,
2   1025 and 1026; and that part of Nueces County tract 002603 included
3   in block group 3 and blocks 2004, 2005 and 2006; and that part of
4   Nueces County tract 005406 included in blocks 2123, 2139 and 2140;
5   and that part of Nueces County tract 005408 included in blocks 1009
6   and 1010; and that part of Nueces County tract 005411 included in
7   block group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006,
8   2007, 2008, 2009, 2010, 2011, 2012, 2013, 2015, 2016, 2017 and 2018;
9   and that part of Nueces County tract 005415 included in block group
10  1; and that part of Nueces County tract 005416 included in block
11  1026; and that part of Nueces County tract 006400 included in blocks
12  2039, 2040 and 2041; and Waller County tract 680100; and that part
13  of Waller County tract 680200 included in block groups 2, 3 and 4
14  and blocks 1000, 1001, 1002, 1003, 1004, 1005, 1010, 1011, 1012,
15  1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
16  1024, 1025, 1026, 1027, 1028, 1033, 1034, 1035, 1036, 1037, 1038,
17  1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1047, 1048, 1049,
18  1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059, 1060,
19  1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 1069, 1070, 1071,
20  1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079, 1080, 1081, 1082,
21  1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1093, 1094,
22  1095, 1096, 1097, 1098, 1099, 1100, 1101, 1102, 1103 and 1104; and
23  that part of Waller County tract 680300 included in blocks 3159,
24  3160, 3161, 3162, 3163, 3164, 3165, 3166, 3167, 3172, 3173, 3174,
25  4034, 4035, 4037, 4041, 4042, 4043, 4044, 4045, 4046, 4047, 4048,
26  4049, 4050, 4051, 4052, 4053, 4054, 4055, 4056, 4057, 4058, 4059,
27  4060, 4061, 4062, 4063, 4064, 4065, 4066, 4067, 4068, 4069, 4070,

1  4071, 4072, 4073, 4074, 4075, 4076, 4077, 4081, 4082 and 4083; and

2  that part of Waller County tract 680500 included in blocks 5003 and

3  5005.

4      DISTRICT 35. District 35 is composed of Atascosa and

5  Caldwell Counties; and Bexar County tracts 121601, 121604, 121605,

6  121701, 130200, 130300, 130401, 130402, 130500, 131000, 131100,

7  131200, 131300, 131401, 131402, 131505, 131601, 131606, 131608,

8  131610, 131611, 131612, 131613, 131614, 131615, 131700, 131801,

9  131802, 140300, 140400, 140500, 140600, 140700, 140800, 140900,

10  141000, 141101, 141102, 141200, 141300, 141402, 141403, 141404,

11  141600, 141700, 141800, 141900, 150800, 150900, 151000, 151100,

12  151200, 151301, 151302, 151400, 151500, 151600, 151700, 151900,

13  152000, 152100, 152201, 152202, 160901, 160902, 161000, 161100,

14  161200, 161302, 161303, 161503, 161504, 161901, 161902, 162001,

15  162003, 162004, 172002, 192200, 980002 and 980003; and that part of

16  Bexar County tract 121402 included in blocks 1042, 1045, 1046 and

17  2013; and that part of Bexar County tract 121501 included in blocks

18  3000, 3001, 3002, 3003, 3004 and 3005; and that part of Bexar County

19  tract 121505 included in block groups 1 and 2 and blocks 3000, 3001,

20  3002, 3003, 3004, 3005 and 3006; and that part of Bexar County tract

21  121506 included in block group 2 and blocks 3000, 3001, 3002, 3003,

22  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013 and 3014;

23  and that part of Bexar County tract 121508 included in block group 2

24  and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008 and

25  3009; and that part of Bexar County tract 121606 included in blocks

26  4009, 4010 and 4011; and that part of Bexar County tract 121702

27  included in block group 3 and blocks 1019, 1023, 1024, 1025, 1026,

1    1027, 1028, 1029, 1031, 1032, 1033, 1034, 1035, 2005, 2006, 2020,
2    2021, 2022, 2023, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034,
3    2035, 2038, 2039, 2040, 2041 and 2047; and that part of Bexar County
4    tract 130600 included in blocks 2012, 2013, 2014, 2021, 2022, 2023,
5    2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 4011,
6    4013, 4015, 4016, 4017, 4018, 4019 and 4020; and that part of Bexar
7    County tract 130800 included in block groups 2, 3 and 4; and that
8    part of Bexar County tract 130900 included in block group 2 and
9    blocks 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,
10   1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 3025, 3026, 3027,
11   3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038,
12   3039, 3040 and 3041; and that part of Bexar County tract 131504
13   included in block 3042; and that part of Bexar County tract 131506
14   included in block group 2 and blocks 1000, 1001, 1002, 1003, 1004,
15   1008, 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019,
16   1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030,
17   1031, 1032, 1033, 1034 and 1036; and that part of Bexar County tract
18   131507 included in block group 3 and blocks 1000, 1003, 1004, 1005,
19   1006, 1007, 1008, 1009 and 1010; and that part of Bexar County tract
20   131609 included in block groups 2 and 3 and blocks 1000, 1002, 1003,
21   1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014,
22   1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
23   1026, 1027, 1028, 1030, 1031, 1032, 1033, 1034 and 1035; and that
24   part of Bexar County tract 140200 included in block group 3 and
25   blocks 1014, 1015, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
26   1026, 1027, 1028, 1029, 1030 and 1031; and that part of Bexar County
27   tract 150502 included in block group 3 and blocks 1004, 1005, 1006,

1  1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 2003, 2005,
2  2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015 and 2016; and
3  that part of Bexar County tract 150600 included in block groups 1, 2
4  and 3 and blocks 4000, 4001, 4002, 4003, 4004, 4009, 4012, 4013,
5  4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023 and 4028;
6  and that part of Bexar County tract 150700 included in block groups
7  2, 3, 4, 5 and 6 and blocks 1000, 1002, 1003, 1004, 1005, 1006, 1008,
8  1009, 1010, 1011, 1012, 1013, 1014, 1015, 1016 and 1017; and that
9  part of Bexar County tract 160400 included in blocks 4022 and 4025;
10 and that part of Bexar County tract 161304 included in block group 2
11 and blocks 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
12 1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020,
13 1021, 1022, 1023, 1024, 1025, 1026 and 1027; and that part of Bexar
14 County tract 161501 included in block group 4 and blocks 3000, 3002,
15 3003, 3004, 3005, 3006, 3007, 3008 and 3009; and that part of Bexar
16 County tract 161802 included in block group 1; and that part of
17 Bexar County tract 172003 included in blocks 1001, 1012 and 1015;
18 and that part of Bexar County tract 191900 included in blocks 1030,
19 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1047, 1048,
20 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1059,
21 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068, 2017, 2019,
22 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030,
23 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 3000, 3001, 3002,
24 3003, 3004, 3005, 3006, 3011, 3012, 3015, 3016, 3017, 3018, 3019,
25 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030,
26 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041,
27 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 5013, 5014,

1  5015 and 5020; and that part of Bexar County tract 980100 included
2  in blocks 1106 and 1158; and that part of Comal County tract 310100
3  included in blocks 1018, 1019, 1020, 1025, 1026, 1027, 1029 and
4  1030; and that part of Comal County tract 310300 included in blocks
5  1014, 3011 and 3014; and that part of Comal County tract 310401
6  included in block groups 1, 3, 4 and 6 and blocks 2001, 2002, 2003,
7  2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014,
8  2015, 2016, 2017, 2018, 2021, 2022, 2023, 2024, 2025, 2026, 2027,
9  2028, 2029, 2030, 2031, 2032, 2033 and 2034; and that part of Comal
10 County tract 310403 included in block group 2 and blocks 1003, 1005
11 and 1006; and that part of Comal County tract 310802 included in
12 blocks 1006, 1008, 1011, 1012, 1016, 1017, 1046, 1047, 1048, 1049,
13 1051, 1052, 1053, 1054, 1055, 1056, 1057, 1058, 1060, 1063, 1064,
14 1065, 1066, 1067, 1068, 1070, 1072, 2000, 2001, 2002, 2003, 2004,
15 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015,
16 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026,
17 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037,
18 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048,
19 2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059,
20 2060, 2061, 2062, 2063, 2064, 2065, 2066, 2067, 2068, 2069, 2070,
21 2071, 2072, 2073, 2074, 2075, 2076, 2077, 2078, 2079, 2080, 2081,
22 2082, 2083, 2084, 2085, 2086, 2087, 2088, 2089, 2090, 2091, 2092,
23 2093, 2094, 2095, 2096, 2097, 2098, 2099, 2100, 2101, 2102, 2103,
24 2104, 2105, 2106, 2107, 2108, 2109, 2110, 2111, 2112, 2113, 2114,
25 2115, 2116, 2117, 2118, 2119, 2120, 2121, 2122, 2123, 2124, 2125,
26 2126, 2127, 2128, 2129, 2130, 2138, 2154, 2155, 2156, 2160, 2161,
27 2165, 2166, 2167, 2168, 2169, 2170, 2171, 2172, 2173, 2174, 2175,

1   2176, 2177, 2178 and 2180; and Guadalupe County tracts 210505,
2   210506, 210507, 210508, 210604, 210606, 210607, 210608, 210705,
3   210706, 210707, 210708, 210709, 210710, 210711, 210712, 210713 and
4   210714; and that part of Guadalupe County tract 210100 included in
5   blocks 1001, 1002, 1003, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
6   1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
7   1024, 1025, 1026, 1027, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
8   2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018,
9   2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
10  2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 3005, 3006,
11  3007, 3008, 3009, 3012, 3013, 4050, 4052, 4053, 4054 and 4055; and
12  that part of Guadalupe County tract 210200 included in block groups
13  1, 2 and 4 and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006,
14  3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017,
15  3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028,
16  3029, 3030, 3031, 3032, 3033, 3034, 3037, 3038, 3039 and 3040; and
17  that part of Guadalupe County tract 210300 included in block groups
18  2 and 5 and blocks 1000, 1001, 1002, 1003, 1007, 1008, 1017, 1018,
19  1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 3000, 3012, 3013,
20  3014, 3015, 3018, 3019, 3020, 3022, 3023, 3025, 4000, 4001, 4002,
21  4003, 4004, 4005, 4006, 4007, 4008, 4009, 4010, 4011, 4012, 4013,
22  4014, 4015, 4016, 4017, 4018, 4019, 4020, 4021, 4022, 4023, 4024,
23  4025, 4026, 4027, 4028, 4029, 4030, 4031, 4032, 4033, 4034, 4035,
24  4036, 4037, 4038, 4039, 4040 and 4041; and that part of Guadalupe
25  County tract 210400 included in blocks 2020 and 2044; and that part
26  of Guadalupe County tract 210504 included in blocks 1000, 1001,
27  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,

1  1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023,
2  1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1067,
3  1068, 1069, 1070, 1071, 1075, 1076, 1077, 1089, 1090, 1091, 1092,
4  1093, 1095, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,
5  2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2019, 2020,
6  2021, 2022, 2023, 2024, 2026, 2027, 2033, 2034, 2035, 2036, 2037,
7  2038, 2039, 2042, 2043, 2045, 2046, 2047, 2062, 2063, 2064, 2065 and
8  2068; and that part of Guadalupe County tract 210603 included in
9  block group 1 and blocks 2004, 2005, 2006, 2007, 2008, 2009, 2010,
10  2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
11  2022, 2023, 2046 and 2047; and that part of Guadalupe County tract
12  210801 included in blocks 1024, 1025, 1033, 1034, 1035, 1036, 1037,
13  1038, 1039, 1040, 1041, 1046, 1047, 1048, 1049 and 1050; and that
14  part of Guadalupe County tract 210803 included in blocks 1000,
15  1001, 1002, 1003, 1004, 1006, 1007 and 1008; and that part of
16  Guadalupe County tract 210804 included in blocks 1000, 1001, 1002,
17  1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013,
18  1014, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1029,
19  1030, 1031, 1032, 1035, 1036, 1039, 1040, 1041, 1042, 1043, 1044,
20  1045, 1046, 1055, 2034, 2035, 2043 and 2044; and that part of
21  Guadalupe County tract 210901 included in blocks 1029, 1030, 1032,
22  1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,
23  1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054,
24  1055, 1060, 1061, 1062, 1063, 1151, 1152, 1153, 1154, 1155, 1156,
25  1157, 1158, 1159, 1160, 1165, 1168, 1170, 1171, 1172, 1173, 1174,
26  1175, 1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184, 1185,
27  1191, 1192, 1198, 1199, 1200, 1201 and 1202; and Hays County tracts

1  010100, 010200, 010302, 010303, 010400, 010500, 010906, 010907 and
2  010910; and that part of Hays County tract 010304 included in block
3  groups 1, 2 and 4 and blocks 3000, 3001, 3002, 3003, 3004, 3005,
4  3006, 3007, 3008, 3009, 3011, 3015, 3016, 3019, 3020, 3021, 3022,
5  3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033,
6  3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044,
7  3045 and 3046; and that part of Hays County tract 010600 included in
8  block groups 1, 2 and 3 and blocks 4000, 4001, 4002, 4003, 4004,
9  4005, 4007, 4026, 4030, 4031, 4032, 4033, 4034, 6018, 6019, 6020,
10 6021, 6022, 6023, 6024 and 6025; and that part of Hays County tract
11 010701 included in block group 4 and blocks 1025, 1033, 1035, 1036,
12 1037, 2000, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010,
13 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021,
14 2022, 2023, 3001, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010,
15 3011, 3012, 3015, 3016, 3017, 3018, 3019 and 3020; and that part of
16 Hays County tract 010702 included in blocks 1003, 1008, 1009 and
17 1010; and that part of Hays County tract 010902 included in blocks
18 2081, 2086, 2087, 2088, 2089, 2090, 2098, 2099, 3000, 3003, 3005,
19 3007, 3009, 3010, 3014, 3024, 3025, 3030, 3031, 3032, 3033, 3034,
20 3035, 3036, 3037, 3038, 3041, 3042, 3043, 3047, 3057, 3059, 3068,
21 3069, 3070, 3071 and 3072; and that part of Hays County tract 010905
22 included in block group 2 and blocks 1001, 1002, 1003, 1008, 1009,
23 1012, 1014, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025,
24 1026, 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036,
25 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046, 1061,
26 1063, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009,
27 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020,

```
 1  3021, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032,
 2  3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043,
 3  3044, 3045, 3046, 3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056,
 4  3057, 3058, 3059, 3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067,
 5  3068, 3069, 3070, 3071, 3072, 3073, 3074, 3075, 3076, 3077, 3078,
 6  3079, 3080, 3081, 3082, 3083, 3084, 3085, 3086 and 3087; and that
 7  part of Hays County tract 010908 included in blocks 1002, 1003,
 8  1006, 1007, 1008, 1009, 1010, 1011, 1013, 1014, 1015, 1016, 1017,
 9  1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028,
10  1029, 1030, 1031, 1032, 1033, 1036, 1037, 1044, 1047, 1048, 1049,
11  2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012,
12  2016, 2017, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2032, 2033,
13  2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2045, 2048,
14  2049, 2050, 2051, 2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059,
15  2060, 2061, 2062, 2063, 2064, 2065, 2066, 2069, 2076, 2078, 2079,
16  2080, 2081, 2082, 2083 and 2084.
17       DISTRICT 36.  District 36 is composed of Hardin, Jasper,
18  Liberty, Newton, Orange, Polk and Tyler Counties; and Chambers
19  County tracts 710100, 710200, 710300, 710500 and 710600; and that
20  part of Chambers County tract 710401 included in block groups 1, 2
21  and 4 and blocks 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007,
22  3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018,
23  3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029,
24  3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040,
25  3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051,
26  3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060, 3061, 3062,
27  3063, 3064, 3065, 3066, 3067, 3068, 3069, 3070, 3071, 3072, 3073,
```

```
 1   3074, 3075, 3076, 3077, 3078, 3079, 3080, 3081, 3082, 3083, 3084,
 2   3085, 3086, 3087, 3088, 3089, 3090, 3091, 3092, 3093, 3094, 3095,
 3   3096, 3097, 3098, 3099, 3100, 3101, 3102, 3103, 3104, 3105, 3106,
 4   3107, 3108, 3109, 3110, 3111, 3112, 3113, 3114, 3115, 3116, 3117,
 5   3118, 3119, 3120, 3121, 3122, 3123, 3124, 3125, 3126, 3127, 3128,
 6   3129, 3130, 3131, 3132, 3133, 3134, 3135, 3136, 3137, 3138, 3139,
 7   3140, 3141, 3142, 3143, 3144, 3145, 3146, 3147, 3148, 3149, 3150,
 8   3151, 3152, 3153, 3154, 3155, 3156, 3157, 3158, 3159, 3160, 3161,
 9   3162, 3163, 3164, 3165, 3166, 3167, 3168, 3169, 3170, 3171, 3172,
10   3173, 3174, 3175, 3176, 3177, 3178, 3179, 3180, 3181, 3182, 3183,
11   3184, 3185, 3186, 3187, 3188, 3189, 3190, 3191, 3192, 3193, 3194,
12   3195, 3196, 3197, 3198, 3199, 3200, 3201, 3202, 3203, 3204, 3205,
13   3206, 3207, 3208, 3209, 3210, 3211, 3212, 3213, 3214, 3215, 3216,
14   3217, 3218, 3219, 3220, 3221, 3222, 3223, 3224, 3225, 3226, 3227,
15   3228, 3229, 3230, 3231, 3232, 3233, 3234, 3235, 3236, 3237, 3238,
16   3239, 3240, 3241, 3242, 3243, 3244, 3245, 3246, 3247, 3248, 3250,
17   3251, 3254, 3255, 3256, 3257, 3258, 3259, 3260, 3261, 3262, 3263,
18   3264, 3265, 3274, 3275, 3276, 3277, 3278 and 3279; and Harris County
19   tracts 253900, 254000, 321100, 321200, 323600, 323701, 323702,
20   324000, 332500, 333500, 333600, 333700, 333800, 333901, 333902,
21   334001, 334002, 334003, 340100, 340201, 340202, 340203, 340301,
22   340302, 340400, 340800, 341100, 341201, 341202, 341301, 341302,
23   341400, 341501, 341502, 341600, 341700, 341800, 342001, 342002,
24   342100, 342300, 342700, 342800, 342900, 343000, 343100, 343200,
25   343301, 343302, 343700, 350200 and 350400; and that part of Harris
26   County tract 253200 included in blocks 4002, 4005, 4006, 4007,
27   4008, 4009, 4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018, 4019,
```

1  4020, 4021, 4022, 4023, 4025, 4026, 4027, 5012, 5013, 5014, 5015,
2  5016, 5017, 5018, 5019, 5020, 5021, 5022, 5023, 5024, 5025, 5026,
3  5027, 5028, 5029, 5030, 5031, 5032, 5033 and 5034; and that part of
4  Harris County tract 253700 included in blocks 1000, 1001, 1007,
5  1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1018, 2027, 2028,
6  2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040, 2041,
7  2042 and 2044; and that part of Harris County tract 253800 included
8  in block group 3 and blocks 2019, 2028, 2029, 2031, 2032, 2033,
9  2034, 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008 and 4023;
10 and that part of Harris County tract 254100 included in block group
11 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008,
12 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019,
13 2020, 2021, 2022, 2023, 2025, 2026, 2034, 3000, 3002 and 3004; and
14 that part of Harris County tract 254600 included in blocks 2064 and
15 3075; and that part of Harris County tract 254700 included in blocks
16 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010,
17 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021,
18 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031, 1032,
19 1035, 1037, 1038, 1039, 1040, 1041, 1042, 1043, 1044, 1045, 1046,
20 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1055, 1056, 1057,
21 1058, 1059, 1060, 1061, 1062, 1063, 1064, 1065, 1066, 1067, 1068,
22 1069, 1070, 1071, 1072, 1073, 1074, 1075, 1076, 1077, 1078, 1079,
23 1080, 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090,
24 1091, 1092, 1093, 1094, 1095, 1096, 1097, 1098, 1099, 1100, 1101,
25 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112,
26 1113, 1114, 1115, 1116, 1117, 1118, 1119, 1120, 1121, 1122, 1123,
27 1124 and 1125; and that part of Harris County tract 321000 included

```
 1  in blocks 3001, 3002, 3003, 3004, 3005, 3006, 3011, 3012, 3013,
 2  3014, 4009, 4010, 4011, 4012, 4013, 4014, 4015, 4016, 4017, 4018,
 3  4019, 4020, 4021, 4022, 4026, 4027, 4028, 4029, 4030, 4031, 4032,
 4  4033, 4034 and 4035; and that part of Harris County tract 321300
 5  included in blocks 2000, 2001, 2002, 2003, 3000, 3001, 3002, 3003,
 6  3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014,
 7  3015, 3016, 3017, 3020, 3023, 3032 and 3033; and that part of Harris
 8  County tract 323400 included in block groups 3 and 4 and blocks
 9  2011, 2012, 2013, 2014 and 2015; and that part of Harris County
10  tract 323500 included in block groups 2 and 3 and blocks 1000, 1001,
11  1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009 and 1010; and that
12  part of Harris County tract 323801 included in block group 2 and
13  blocks 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020,
14  1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031,
15  1032, 1033, 1034, 1035, 1036 and 1037; and that part of Harris
16  County tract 323802 included in blocks 1015, 1016, 1017, 1018,
17  1019, 1020, 1021, 1022, 1023, 1024, 2003, 2004, 2005, 2006, 2007,
18  2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018,
19  2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029,
20  2030, 2031, 2032, 2033, 2034, 2035, 2036, 2037, 2038, 2039, 2040,
21  2041, 2042, 2043, 2044, 2045, 2046, 2047, 2048, 2049, 2050, 2051,
22  2052, 2053, 2054, 2055, 2056, 2057, 2058, 2059, 2060 and 2061; and
23  that part of Harris County tract 323900 included in block group 2;
24  and that part of Harris County tract 332600 included in block groups
25  3 and 4 and blocks 1005, 1012, 2000, 2001, 2002, 2003, 2004, 2006,
26  2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017,
27  2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028,
```

1  2029, 2030, 2031, 2032, 2033 and 2034; and that part of Harris
2  County tract 333100 included in block group 1 and blocks 2004, 2005,
3  2006, 2007, 2008, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023,
4  2024, 2025, 2026, 2031 and 2034; and that part of Harris County
5  tract 333201 included in blocks 1000, 1001, 1003, 1004, 1005, 1006,
6  1007, 1008 and 1015; and that part of Harris County tract 333300
7  included in block 3028; and that part of Harris County tract 340500
8  included in block groups 1, 3 and 4 and blocks 2000, 2008, 2009 and
9  5000; and that part of Harris County tract 340600 included in block
10 group 1 and blocks 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
11 2008, 2009, 2010, 2011, 2012, 2013 and 2015; and that part of Harris
12 County tract 340700 included in blocks 3016, 3017, 3020, 3021,
13 3022, 3027, 3028, 3029, 3030, 3031, 3032 and 3033; and that part of
14 Harris County tract 340900 included in block group 2 and blocks
15 1008, 1009, 1010, 1011, 1012, 1013, 1014 and 1015; and that part of
16 Harris County tract 342200 included in block groups 2 and 3 and
17 blocks 1005, 1006, 1007, 1015, 1016, 1020, 1022, 1024, 1025, 1026,
18 1027, 1028, 1029, 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037,
19 1038 and 1039; and that part of Harris County tract 342500 included
20 in block group 2 and blocks 1000, 1001, 1002, 1003, 1004, 1005,
21 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1016, 1017,
22 1018, 1019, 1020, 1021, 1023, 1024, 1025, 1026, 1027, 1028, 1029,
23 1030, 1031, 1032, 1033, 1034, 1035, 1036, 1037, 1038, 1039, 1040,
24 1041, 1042, 3000, 3001, 3005, 3006, 3007, 3008, 3009, 3010, 3012,
25 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023,
26 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034,
27 3035, 3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045,

```
 1   3046, 3047, 3048, 3049 and 3050; and that part of Harris County
 2   tract 343600 included in block groups 2 and 3 and blocks 1202, 1371,
 3   1372, 1373, 1374, 1375, 1376, 1414, 1419, 1420, 1421, 1422, 1423,
 4   1424, 1425, 1426, 1427, 1428, 1429, 1430, 1436, 1437, 1438, 1439,
 5   1440, 1441, 1442, 1443, 1444, 1445, 1446, 1447, 1448, 1449, 1450,
 6   1451, 1452, 1453, 1454, 1455, 1456, 1457, 1458, 1459, 1460, 1461,
 7   1462, 1463, 1464, 1465, 1466, 1467, 1468, 1469, 1470, 1471, 1472,
 8   1473, 1474, 1475, 1476, 1477, 1478, 1479, 1480, 1481, 1482, 1483,
 9   1484, 1485, 1486, 1487, 1488, 1489, 1490, 1491, 1492, 1493, 1494,
10   1495, 1496, 1497, 1498, 1499, 1500, 1501, 1502, 1503, 1504, 1505,
11   1506, 1507, 1508, 1509, 1510, 1511, 1512, 1513, 1514, 1515, 1516,
12   1517, 1518, 1519, 1520, 1521, 1522, 1523, 1524, 1525, 1526, 1527,
13   1528, 1529, 1530, 1531, 1532, 1533, 1534, 1535, 1536, 1537, 1538,
14   1539, 1540, 1541, 1542, 1543, 1544, 1545, 1546, 1547, 1548, 1549,
15   1550, 1551, 1552, 1553, 1554, 1555, 1556, 1557, 1558, 1559, 1560,
16   1561, 1562, 1563, 1564, 1565, 1566, 1567, 1568, 1569, 1570, 1571,
17   1572, 1573, 1574, 1575, 1576, 1577, 1578, 1579, 1580, 1581, 1582,
18   1583, 1584, 1585, 1586, 1587, 1588, 1589, 1590, 1591, 1592, 1593,
19   1594, 1595, 1596, 1597, 1598, 1599, 1600, 1601, 1602, 1603, 1604,
20   1605, 1606, 1607, 1608, 1609, 1610, 1611, 1612, 1613, 1614, 1615,
21   1616, 1617, 1618, 1619, 1620, 1621, 1622, 1623, 1624, 1625, 1626,
22   1627, 1628, 1629, 1630, 1631, 1632, 1633, 1634, 1635, 1636, 1637,
23   1638, 1639, 1640, 1641, 1642, 1643, 1644, 1645, 1646, 1647, 1648,
24   1649, 1650, 1651, 1652, 1653, 1654, 1655, 1656, 1657, 1658, 1659,
25   1660, 1661, 1662, 1663, 1664, 1665, 1666, 1667, 1668, 1669, 1670,
26   1671, 1672, 1673, 1674, 1675, 1676, 1677, 1678, 1679, 1680, 1681,
27   1682, 1683, 1684, 1685, 1686, 1687, 1688, 1689, 1690, 1691, 1692,
```

1    1693, 1694, 1695, 1696, 1697, 1698, 1699, 1700, 1701, 1702, 1703,
2    1704, 1705, 1706, 1707, 1708, 1709, 1710, 1711, 1712, 1713, 1714,
3    1715, 1716, 1717, 1718, 1719, 1720, 1721, 1722, 1723, 1724, 1725,
4    1726, 1727, 1728, 1729, 1730, 1731, 1732, 1733, 1734, 1735, 1736,
5    1737, 1738, 1739, 1740, 1741, 1742, 1743, 1744, 1745, 1746, 1747,
6    1748, 1749, 1750, 1751, 1752, 1753, 1754, 1755, 1756, 1757, 1758,
7    1759, 1760, 1761, 1762, 1763, 1764, 1765, 1766, 1767, 1768, 1769,
8    1770, 1771, 1772, 1773, 1774, 1775, 1776, 1782, 1783, 1784 and 1785;
9    and that part of Harris County tract 350100 included in blocks 2000,
10   2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011,
11   2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022,
12   2023, 2024, 2025, 2026, 2027, 2030, 2031, 2032, 2033, 2034, 2035,
13   2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046,
14   2055, 2056, 2057, 2058, 2059, 2060, 2061, 2062, 2063, 2064, 2065,
15   2066, 2067, 2068, 2069, 2070, 2071, 2072, 2073, 2074, 2075, 2076,
16   2077, 2078, 2079, 2080, 2081, 2082, 2083, 2084, 2085, 2086, 2087,
17   2088, 2089, 2090, 2091, 2092, 2093, 2094, 2095 and 2096; and that
18   part of Harris County tract 350300 included in blocks 1000, 1001,
19   1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012,
20   1014, 1015, 1016, 1024, 1025, 2000, 2002, 2013, 2014, 4000, 4001,
21   4002, 4003, 4004, 4005, 4010, 4011, 4012, 4013, 4014, 4015, 4016,
22   4017, 4018, 4019, 4020 and 4021; and that part of Harris County
23   tract 350500 included in block groups 2 and 4 and blocks 1000, 1003
24   and 1004; and that part of Harris County tract 980000 included in
25   blocks 1000, 1001, 1002, 1003, 1004, 1005, 1006, 1007, 1008, 1009,
26   1010, 1011, 1012, 1013, 1014, 1015, 1016, 1017, 1018, 1019, 1020,
27   1021, 1022, 1023, 1024, 1025, 1026, 1027, 1028, 1029, 1030, 1031,

1    1032, 1034, 1035, 1036, 1037, 1038, 1039, 1040, 1041, 1042, 1043,

2    1044, 1045, 1046, 1047, 1048, 1049, 1050, 1051 and 1052.