UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, et al. § § *Plaintiffs* § § And § § EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE, and ALEXANDER § § § GREEN, MEMBERS OF THE UNITED STATES CONGRESS § § § And § § TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS HOUSE OF REPRESENTATIVES § § § And § § TEXAS STATE CONFERENCE OF NAACP BRANCHES; HOWARD JEFFERSON, JUANITA WALLACE and REV. BILL LAWSON § § § § *Plaintiffs-Intervenors* § v. § STATE OF TEXAS, et al. § | CIVIL ACTION NO. 5:11-CV-0360-OLG-JES-XR [Lead Case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, (MALC) § § § *Plaintiffs* § And § THE HONORABLE HENRY CUELLAR, § | CIVIL ACTION NO. 5:11-CV-00361-OLG-JES-XR [Consolidated Case] |

| | |
|---|---|
| Member of Congress, CD28; THE TEXAS DEMOCRATIC PARTY and BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and its individually named members<br>§§§§§§§§§§§<br>*Plaintiff-Intervenors* | |
| v. | |
| STATE OF TEXAS, *et al.*, | |
| *Defendants* | |
| TEXAS LATINO REDISTRICTING TASK FORCE, *et al.*, | |
| *Plaintiff* | |
| v. | CIVIL ACTION NO.<br>5:11-CV-0490-OLG-JES-XR<br>[Consolidated Case] |
| RICK PERRY, In His Official Capacity as Governor of the State of Texas, | |
| *Defendant* | |
| MARGARITA V. QUESADA; ROMEO MUNOZ; MARC VEASEY; JANE HAMILTON; LYMAN KING; and JOHN JENKINS | |
| *Plaintiffs* | CIVIL ACTION NO.<br>SA-11-CA-592-OLG-JES-XR<br>[Consolidated case] |
| v. | |
| RICK PERRY, in his official capacity as Governor of the State of Texas, and HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas | |
| *Defendants* | |

| | |
|---|---|
| JOHN T. MORRIS<br>    *Plaintiff*<br><br>v.<br><br>STATE OF TEXAS, et al.<br>    *Defendants*<br>──────────────────<br>EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, BRUCE ELFANT, ALEX SERNA, SANDRA SERNA, BETTY F. LOPEZ, DAVID GONZALEZ, BEATRICE SALOMA, LIONOR SOROLA-POHLMAN; ELIZA ALVARADO; JUANITA VALDEZ-COX; JOSEY MARTINEZ; NINA JO BAKER; TRAVIS COUNTY and CITY OF AUSTIN,<br>    *Plaintiffs*<br><br>v.<br><br>STATE OF TEXAS, et al<br>    *Defendants* | § § § CIVIL ACTION NO.<br>§ SA-11-CA-615-OLG-JES-XR<br>§ [Consolidated Case]<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.<br>§ SA-11-CA-635-OLG-JES-XR<br>§ [Consolidated case]<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AGREED MOTION TO DISMISS HAROLD DUTTON, JR. AS A PARTY PLAINTIFF

COME NOW, the attorneys for Plaintiff, Harold Dutton, Jr., and pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure, move the court to dismiss Harold Dutton, Jr. as a party plaintiff in this cause. This motion is made at the request of Harold Dutton, Jr. and has been agreed to by all parties.

Respectfully submitted,

*[signature]*

DAVID RICHARDS
State Bar No. 16846000
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513

RICHARD E. GRAY, III
State Bar No. 08328300
Gray & Becker, P.C.
900 West Avenue
Austin, Texas 78701
Tel: (512) 482-0061
Fax: (512) 482-0924

**ATTORNEYS FOR PLAINTIFFS PEREZ, DUTTON, TAMEZ, HALL, ORTIZ, SALINAS, DEBOSE, and RODRIGUEZ**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2011, I served all counsel of record/parties as indicated below:

David Schenck david.schenck@oag.state.tx.us
Matthew Frederick matthew.frederick@oag.state.tx.us
Angela V. Colmenero angela.colmenero@oag.state.tx.us;
Ana M. Jordan ana.jordan@oag.state.tx.us;
David Mattax david.mattax@oag.state.tx.us,
**Attorneys for Defendants**
*Served via the Court's electronic notification system*

Nina Perales Nperales@Maldef.Org
Marisa Bono Mbono@Maldef.Org
Rebecca Mcneill Couto Rcouto@Maldef.Org
Mark Anthony Sanchez Masanchez@Gws-Law.Com
Robert W. Wilson Rwwilson@Gws-Law.Com
**Attorneys For Maldef, Texas Latino Redistricting Task Force, Rudolfo Ortiz, Armando Cortez, Socorro Ramos, Gregorio Benito Palomino, Florinda Chavez, Cynthia Valadez, Cesar Eduardo Yevenes, Sergio Coronado, Gilberto Torres, Renato De Los Santos, Joey Cardinas, Alex Jimenez, Emedla Menendez, Tomacita Olivares, Jose Olivares, Alejandro Ortiz, Rebecca Ortiz**
*Served via the Court's electronic notification system*

Luis Roberto Vera, Jr. Irvlaw@Sbcglobal.Net
George Joseph Korbel **Korbellaw@Hotmail.Com**
**Attorneys For Intervenor-Plaintiff League Of United Latin American Citizens**
*Served via the Court's electronic notification system*

Rolando L. Rios Rrios@Rolandorioslaw.Com
**Attorney For Intervenor-Plaintiff Henry Cuellar**
*Served via the Court's electronic notification system*

Jose Garza Garzpalm@Aol.Com
Mark W. Kiehne Mkiehne@Lawdcm.Com
Ricardo G. Cedillo Rcedillo@Lawdcm.Com
**Attorneys For Mexican American Legislative Caucus**
*Served via the Court's electronic notification system*

Gerald H. Goldstein Ggandh@Aol.Com
Donald H. Flanary, III Donflanary@Hotmail.Com
*Served via the Court's electronic notification system*

Paul M. Smith Psmith@Jenner.Com
*Served Via Electronic Mail*
Michael B. Desanctis Mdesanctis@Jenner.Com
*Served Via Electronic Mail*
Jessica Ring Amunson Jamunson@Jenner.Com
*Served Via Electronic Mail*
J. Gerald Hebert Hebert@Voterlaw.Com
*Served Via Electronic Mail*

Jesse Gaines
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
*Served by First Class Mail*

**Attorneys For Plaintiffs Quesada, Munoz, Veasey, Hamilton, King And Jenkins**

Gary L. Bledsoe Garybledsoe@Sbcglobal.Net
**Attorney For Intervenor- Plaintiffs Texas State Conference Of Naacp Branches, Eddie Bernice Johnson, Sheila Jackson-Lee, Alexander Green, Howard Jefferson, Bill Lawson, And Juanita Wallace**
*Served via the Court's electronic notification system*

John T. Morris johnmorris1939@hotmail.com
*Served via electronic mail*
**John T. Morris, Pro Se**
*Served via the Court's electronic notification system*

5

Max Renea Hicks rhicks@renea-hicks.com
**Attorney For Plaintiffs City Of Austin, Travis County, Alex Serna, Beatrice Saloma, Betty F. Lopez, Constable Bruce Elfant, David Gonzalez, Eddie Rodriguez, Milton Gerard Washington, And Sandra Serna**
*Served via the Court's electronic notification system*

Victor L. Goode vgoode@naacpnet.org
**Attorney For Intervenor-Plaintiff The Texas State Conference Of NAACP Branches**
*Served via the Court's electronic notification system*

Stephen E. Mcconnico smcconnico@scottdoug.com
Sam Johnson sjohnson@scottdoug.com
S. Abraham Kuczaj, III akuczaj@scottdoug.com
**Attorneys For Plaintiffs City Of Austin, Travis County, Alex Serna, Balakumar Pandian, Beatrice Saloma, Betty F. Lopez, Constable Bruce Elfant, David Gonzalez, Eddie Rodriguez, Eliza Alvarado, Josey Martinez, Juanita Valdez-Cox, Lionor Sorola-Pohlman, Milton Gerard Washington, Nina Jo Baker, And Sandra Serna**
*Served via the Court's electronic notification system*

David Escamilla david.escamilla@co.travis.tx.us
*Served via electronic mail*
**Attorney For Plaintiff Travis County**
*Served via the Court's electronic notification system*

Karen M. Kennard  karen.kennard@ci.austin.tx.us
*Served via electronic mail*
**Attorney For Plaintiffs City Of Austin**
*Served via the Court's electronic notification system*

Chad W. Dunn chad@brazilanddunn.com
K. Scott Brazil scott@brazilanddunn.com
**Attorneys For Intervenor-Defendants Texas Democratic Party And Boyd Richie**
*Served via the Court's electronic notification system*

Robert Notzon robert@notzonlaw.com
Allison Jean Riggs allison@southerncoalition.org
Anita Sue Earls anita@southerncoalition.org
**Attorneys For Intervenor-Plaintiffs Texas State Conference of NAACP Branches, Earls, Lawson, Wallace, And Jefferson**
*Served via the Court's electronic notification system*

Donna Garcia Davidson donna@dgdlawfirm.com
Frank M. Reilly reilly@pottsreilly.com
**Attorneys For Defendant Steve Munisteri**
*Served via the Court's electronic notification system*

Joaquin G. Avila jgavotingrights@gmail.com
*Served via electronic mail*
**Attorneys For Mexican American Legislative Caucus**
*Served via the Court's electronic notification system*

_____
DAVID RICHARDS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al. | § § § | |
| *Plaintiffs* | § § § | |
| And | § § | |
| EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE, and ALEXANDER | § § § | CIVIL ACTION NO. 5:11-CV-0360-OLG-JES-XR [Lead Case] |
| GREEN, MEMBERS OF THE UNITED STATES CONGRESS | § § § § | |
| And | § § | |
| TEXAS LEGISLATIVE BLACK CAUCUS, TEXAS HOUSE OF REPRESENTATIVES | § § § § | |
| And | § § | |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES; HOWARD JEFFERSON, JUANITA WALLACE and REV. BILL LAWSON | § § § § § | |
| *Plaintiffs-Intervenors* | § § | |
| v. | § § | |
| STATE OF TEXAS, et al. | § § | |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES, (MALC) | § § § § | |
| *Plaintiffs* | § | CIVIL ACTION NO. |
| And | § § | 5:11-CV-00361-OLG-JES-XR [Consolidated Case] |
| THE HONORABLE HENRY CUELLAR, | § | |

| | |
|---|---|
| Member of Congress, CD28; THE TEXAS DEMOCRATIC PARTY and BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC) and its individually named members<br><br>　　　　　　　　*Plaintiff-Intervenors*<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>　　　　　　　　*Defendants* | § § § § § § § § § § § § § § § § | |
| TEXAS LATINO REDISTRICTING TASK FORCE, *et al.*,<br><br>　　　　　　　　*Plaintiff*<br><br>v.<br><br>RICK PERRY, In His Official Capacity as Governor of the State of Texas,<br><br>　　　　　　　　*Defendant* | § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>5:11-CV-0490-OLG-JES-XR<br>[Consolidated Case] |
| MARGARITA V. QUESADA; ROMEO MUNOZ; MARC VEASEY; JANE HAMILTON; LYMAN KING; and JOHN JENKINS<br><br>　　　　　　　　*Plaintiffs*<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas, and HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas<br><br>　　　　　　　　*Defendants* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>SA-11-CA-592-OLG-JES-XR<br>[Consolidated case] |

2

| | |
|---|---|
| JOHN T. MORRIS<br>   *Plaintiff*<br><br>v.<br><br>STATE OF TEXAS, et al.<br>   *Defendants*<br><br>EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, BRUCE ELFANT, ALEX SERNA, SANDRA SERNA, BETTY F. LOPEZ, DAVID GONZALEZ, BEATRICE SALOMA, LIONOR SOROLA-POHLMAN; ELIZA ALVARADO; JUANITA VALDEZ-COX; JOSEY MARTINEZ; NINA JO BAKER; TRAVIS COUNTY and CITY OF AUSTIN,<br>   *Plaintiffs*<br><br>v.<br><br>STATE OF TEXAS, et al<br>   *Defendants* | § § § § § § § § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO.<br>SA-11-CA-615-OLG-JES-XR<br>[Consolidated Case]<br><br><br><br><br><br>CIVIL ACTION NO.<br>SA-11-CA-635-OLG-JES-XR<br>[Consolidated case] |

## ORDER GRANTING AGREED MOTION TO DISMISS HAROLD DUTTON, JR. AS A PARTY PLAINTIFF

Came on for consideration the Agreed Motion To Dismiss Harold Dutton, Jr. As A Party Plaintiff, pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure in the above entitled and numbered cause. Having considered the motion, the pleadings and other documents on file, and the arguments of counsel, the Court concludes that the motion should in all respects be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Harold Dutton Jr. is dismissed as a party plaintiff in this cause.

                _____
                JUDGE PRESIDING