FILED
JAN 2 0 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ; HAROLD DUTTON, JR.; GREGORY TAMEZ; SERGIO SALINAS; CARMEN RODRIGUEZ; RUDOLFO ORTIZ; NANCY HALL and DOROTHY DEBOSE<br><br>Plaintiffs<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas<br><br>Defendants | CIVIL ACTION NO.<br>**11-CA-360-OLG-JES-XR**<br>CONSOLIDATED ACTION<br>[Lead case] |
| WENDY DAVIS; MARC VEASEY; ROY BROOKS; VICKY BARGAS; PAT PANGBURN; FRANCES DELEON; DOROTHY DEBOSE; and SARAH JOYNER<br><br>Plaintiffs<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas; BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and STEVE MUNISTERI, in his official capacity as Chair of the Republican Party of Texas<br><br>Defendants | CIVIL ACTION NO.<br>**SA-11-CA-788-OLG-JES-XR**<br>CONSOLIDATED ACTION<br>[Lead case] |

ORDER

The Court ORDERS that the parties appear for a status conference to discuss the status of this case, the D.C. proceedings, the election schedule, and any other necessary related matters on Wednesday, February 1, 2012 at 9:00 a.m.

The Court will issue another order on Monday, January 23, 2012 detailing a set of inquiries the parties should address at the status conference.

SIGNED this 20 day of January, 2012.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE