IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, et al., *Plaintiffs*, - and - EDDIE BERNICE JOHNSON, et al., - and - TEXAS STATE CONFERENCE OF NAACP BRANCHES, et al., *Plaintiff Intervenors*, v. RICK PERRY, et al., *Defendants.* | Civil Action No. SA-11-CA-360-OLG-JES-XR [Lead Case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC), *Plaintiffs*, - and - HONARABLE HENRY CUELLAR, et al., *Plaintiff Intervenors*, v. STATE OF TEXAS, et al., *Defendants,* | Civil Action No. SA-11-CA-361-OLG-JES-XR [Consolidated case] |

| | |
|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>RICK PERRY, et al.,<br><br>  *Defendants*, | Civil Action No.<br><br>SA-11-CA-490-OLG-JES-XR<br><br>[Consolidated case] |
| MARAGARITA V. QUESADA, et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>RICK PERRY, et al.,<br><br>  *Defendants*, | Civil Action No.<br><br>SA-11-CA-593-OLG-JES-XR<br><br>[Consolidated case] |
| JOHN T. MORRIS,<br><br>  *Plaintiff*,<br><br>v.<br><br>STATE OF TEXAS, et al.,<br><br>Defendants | Civil Action No.<br><br>SA-11-CA-615-OLG-JES-XR<br><br>[Consolidated case] |
| EDDIE RODRIGUEZ, et al.,<br><br>  *Plaintiff*,<br><br>v.<br><br>STATE OF TEXAS, et al.,<br><br>  *Defendants*. | Civil Action No.<br><br>SA-11-CA-635-OLG-JES-XR<br><br>[Consolidated case] |

## ORDER ON MOTION TO INTERVENE

This is before the Court on Intervenor Congressman Francisco "Quico" Canseco's Motion to Intervene. The Court hereby GRANTS the Motion and orders that Congressman Canseco be allowed to intervene and participate fully in this litigation.

SO ORDERED, THIS THE ___ OF JANUARY, 2012

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE