FILED
JUN 2 5 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SHANNON PEREZ; HAROLD )
DUTTON, JR.; GREGORY TAMEZ; )
SERGIO SALINAS; CARMEN )
RODRIGUEZ; RUDOLFO ORTIZ; )
NANCY HALL and DOROTHY DEBOSE )   CIVIL ACTION NO.
) **11-CA-360-OLG-JES-XR**
Plaintiffs )   CONSOLIDATED ACTION
)   [Lead case]
v. )
)
STATE OF TEXAS; RICK PERRY, )
in his official capacity as Governor of the )
State of Texas; DAVID DEWHURST, )
in his official capacity as Lieutenant )
Governor of the State of Texas; JOE )
STRAUS, in his official capacity as Speaker )
of the Texas House of Representatives; )
HOPE ANDRADE, in her official )
capacity as Secretary of State of the )
State of Texas )
)
Defendants

# O R D E R

Pending before the Court are Motions for Interim Attorneys' Fees and Costs, filed by MALC and Congressman Cuellar (Dkt. # 698, 700). The Court has reviewed the motions and the status of the case, and finds that the motions should be DENIED as premature, without prejudice to re-urging at a later date. Defendants' Motion to Abate and, in the alternative, Motion for Extension of Time to File a Response (Dkt. # 699) is DENIED as moot.

IT IS SO ORDERED this 25 day of June, 2012.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith                             Xavier Rodriguez
United States Circuit Judge     -and-    United States District Judge
U.S. Court of Appeals, Fifth Circuit       Western District of Texas