# In the United States District Court
# for the
# Western District of Texas

| | | |
|---|---|---|
| Shannon Perez, et. al. | § | |
| | § | |
| v. | § | SA-11-CV-360 |
| | § | |
| Rick Perry, et. al. | § | |

### Order

On this day came on to be considered a motion by certain Plaintiffs for an expedited conference in this case (docket no. 708).  The motion is granted.

The panel will conduct a hearing at 1:30 p.m. on Friday, August 31, 2012 in Courtroom 2.  Any party objecting to this conference or the time and date shall file an objection by 2:30 today.

This court's understanding of the status of this litigation is as follows:

1.  The 2012 general election is proceeding and will be conducted in accordance with this court's interim plans.

2. On August 28, the District Court for the District of Columbia issued a three-judge order denying preclearance.  The state has publicly announced that it will file a direct appeal of that ruling.  This Court does not presently intend to exercise its authority to remedy the Section 5 violations found by the D.C. Court until all appeals to the United States Supreme Court have been exhausted.

Any Plaintiff who contemplates arguing that the Court's interim plans may not be used to conduct the November general election must be prepared to present statutory or caselaw in support of any such argument.

The court will permit discussion of any matter that any party wishes to raise. In fairness, however, any such party should file an advisory in advance, to alert the court and other parties as to what matters might be presented.

It is so ORDERED.

SIGNED this 30th day of August, 2012.

_____/S/_____

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE