FILED

SEP 0 7 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ; HAROLD DUTTON, JR.; GREGORY TAMEZ; SERGIO SALINAS; CARMEN RODRIGUEZ; RUDOLFO ORTIZ; NANCY HALL and DOROTHY DEBOSE<br><br>Plaintiffs<br><br>v.<br><br>STATE OF TEXAS; RICK PERRY, in his official capacity as Governor of the State of Texas; DAVID DEWHURST, in his official capacity as Lieutenant Governor of the State of Texas; JOE STRAUS, in his official capacity as Speaker of the Texas House of Representatives; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas<br><br>Defendants | CIVIL ACTION NO.<br>**11-CA-360-OLG-JES-XR**<br>CONSOLIDATED ACTION<br>[Lead case] |
| WENDY DAVIS; MARC VEASEY; ROY BROOKS; VICKY BARGAS; PAT PANGBURN; FRANCES DELEON; DOROTHY DEBOSE; and SARAH JOYNER<br><br>Plaintiffs<br><br>v.<br><br>RICK PERRY, in his official capacity as Governor of the State of Texas; HOPE ANDRADE, in her official capacity as Secretary of State of the State of Texas; BOYD RICHIE, in his official capacity as Chair of the Texas Democratic Party; and STEVE MUNISTERI, in his official capacity as Chair of the Republican Party of Texas<br><br>Defendants | CIVIL ACTION NO.<br>**SA-11-CA-788-OLG-JES-XR**<br>CONSOLIDATED ACTION<br>[Lead case] |

# ORDER

The Court has issued interim plans for the districts to be used to elect members to the Texas Senate, the Texas House of Representatives, and the United States House of Representatives in the current election year. The 2012 elections will proceed under the interim plans as scheduled.

On or before December 1, 2012, each party, either on its own or jointly with other parties, shall file a written advisory that includes, but is not limited to, the parties' recommendations on how the Court should proceed going forward. The advisory should address all outstanding issues, including:

1. Whether the State's appeal of the D.C. Court's ruling affects the Court's ability to exercise its remedial authority and proceed on the merits of the remaining challenges to the enacted plans;

2. The timing of ruling on the remaining pending motions;

3. Whether any of the legal challenges asserted in these proceedings have become moot as the result of the D.C. Court's ruling on Section 5 challenges;

4. A proposed litigation plan and schedule for reaching the merits of the remaining Section 2 and constitutional challenges;

5. Anticipated length of time it will take to reach the merits of the remaining challenges and prepare remedial plans;

6. Any 2014 election deadlines coming up in 2013 that the Court should be aware of in terms of issuing remedial plans in advance of the 2014 election cycle;

7. Whether the parties anticipate that the Texas legislature will take up the issue of redistricting during its next regular session; and

8. If the Texas legislature does take up redistricting, how that will affect the Court's future course of action herein.

It is so ORDERED this ___7___ day of September, 2012.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

*And on behalf of:*

Jerry E. Smith
United States Circuit Judge           -and-           Xavier Rodriguez
U.S. Court of Appeals, Fifth Circuit                  United States District Judge
                                                      Western District of Texas