EXHIBIT

1

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


   STATE OF TEXAS,                  .
                                    .
            Plaintiff,              .
                                    .
   v.                               . Docket No. CA 11-1303
                                    .
   UNITED STATES OF AMERICA, et     . Washington, D.C.
   al.,                             . January 18, 2012
                                    . 1:45 p.m.
            Defendants.             .
                                    .
                                    .
   ...........................     .

              AFTERNOON SESSION - DAY 2
        TRANSCRIPT OF MOTION HEARING PROCEEDINGS
       BEFORE THE HONORABLE THOMAS B. GRIFFITH,
           UNITED STATES CIRCUIT JUDGE, and
   HONORABLES ROSEMARY M. COLLYER and BERYL A. HOWELL,
             UNITED STATES DISTRICT JUDGES

   APPEARANCES:

     For the Plaintiff:      MATHEW H. FREDRICK, Special Counsel
                             STACEY NAPIER, Senior Counsel to the
                             Attorney General
                             J. REED CLAY, Senior Counsel to the
                             Attorney General
                             ANGELA V. COLMENERO, Assistant
                             Attorney General
                             Office of the Attorney General of
                             Texas
                             P.O. Box 12548
                             Austin, TX  78711-2548

                             ADAM K. MORTARA, Esq.
                             ASHLEY C. KELLER, Esq.
                             JOHN M. HUGES, Esq.
                             Bartlit, beck, Herman, Palenchar &
                             Scott, LLP
                             Courthouse Place
                             54 West Hubbard Street
                             Chicago, IL  60610
```

```
04:37PM   1   politics, yes, sir.
04:37PM   2   Q.    Okay.  Judge Saucedo, I also want to clear something up
04:37PM   3   with the Court.  Mr. Downton, who had testified earlier, said
04:37PM   4   something, not quoting him exactly, but that it was easy to
04:37PM   5   split Maverick County under their C185 because the population of
04:37PM   6   Maverick County was only 1,000.  Of course, we later found out
04:37PM   7   that was an error, and then he picked up about 16,000, and then
04:37PM   8   I think Ms. Morales (sic) -- I'm sorry, Ms. Perales had told the
04:37PM   9   Court it was about 27,000.
04:37PM  10         It's been cleared up now that we know, and you're the
04:37PM  11   county judge, is the population of Maverick County over 54,000?
04:37PM  12   A.    Yes, sir, it is.  It's over 54,000.
04:37PM  13   Q.    Okay.  What is the new -- are you -- the average citizen
04:37PM  14   of voting age population of Maverick County is approximately how
04:37PM  15   many?
04:37PM  16   A.    How many people are registered to vote?  Is that what
04:38PM  17   you're asking me?
04:38PM  18   Q.    Yes.
04:38PM  19   A.    I'm sorry.  About 26,000 people.
04:38PM  20   Q.    Okay.  The history of Maverick County, ever since you've
04:38PM  21   known all your life, has it ever been divided into two
04:38PM  22   Congressional districts?
04:38PM  23   A.    No.
04:38PM  24   Q.    Has it always been one Congressional district
04:38PM  25   representing the citizens of Maverick County?
```

```
04:38PM  1   A.     Yes, sir.
04:38PM  2          MR. VERA:  Okay.  Can I see C185.  I have to push a
04:38PM  3   button, okay.  Can you bring down more, just Maverick County.
04:38PM  4   There you go.
04:38PM  5   BY MR. VERA:
04:38PM  6   Q.     Look at the screen in front of you.  Do you see Maverick
04:38PM  7   County there under -- is that C185?  Do you see Maverick County?
04:38PM  8   A.     Yes, I do.
04:38PM  9   Q.     It's the -- do you see the gray that says 28 and, of
04:39PM 10   course, the 23 under C185?  What has C185 done to Maverick
04:39PM 11   County?
04:39PM 12   A.     C185 has literally split Maverick County right down the
04:39PM 13   middle.  If you look at that road, it's Highway 277, that is
04:39PM 14   actually a Main Street and Eagle Pass also.  Eagle Pass is the
04:39PM 15   county seat of Maverick County.
04:39PM 16   Q.     I mean, it splits it even straight down the middle of
04:39PM 17   Eagle Pass, doesn't it?
04:39PM 18   A.     Yes, sir, straight down the center.
04:39PM 19   Q.     Okay.  Now, economically in the State of Texas and the
04:39PM 20   United States, how is Maverick County doing?  What is Maverick
04:39PM 21   County's economic condition?
04:39PM 22   A.     Unfortunately, it's one of the poorest counties in the
04:39PM 23   United States.
04:39PM 24   Q.     As county judge, what is your daily struggle?
04:39PM 25   A.     I think economic opportunities for our citizens is
```

04:43PM 1 had to come back and sat down.  You could be sitting in a room
04:43PM 2 with community leaders, other elected officials that you may not
04:43PM 3 necessarily get along with.  You may not really like that
04:43PM 4 individual next to you and, you know, they may have run against
04:43PM 5 you in some prior campaign, but one thing that we learned was
04:43PM 6 that we always needed to vote it as a bloc.  And we've needed to
04:43PM 7 do this and we've done it in the last 12 years where we've come
04:43PM 8 out and done this because that's the only way we can get
04:43PM 9 anything done in Maverick County.
04:43PM 10       By splitting it in half you're going to dilute any
04:43PM 11 strength that we would have had or any voice that we would have
04:43PM 12 had at state level or at a federal level.
04:43PM 13 Q.    Now, CD23 has always been a swing district; is that
04:44PM 14 correct?  Is that how it's defined, the entire Congressional
04:44PM 15 district?
04:44PM 16 A.    It's considered a swing district.
04:44PM 17 Q.    Right.  It could be republican, swing to democrat and
04:44PM 18 swing back to republican.  And that's been the history of
04:44PM 19 Congressional district 23 for some time?
04:44PM 20 A.    Yes.
04:44PM 21 Q.    Okay.  Now, they've taken half of the Maverick County
04:44PM 22 under this plan and thrown it into Congressional District 28,
04:44PM 23 which is Congressman Henry Cuellar.  What do you know about
04:44PM 24 Congressional District 28 as far as the makeup of Latinos in
04:44PM 25 that district?

```
04:44PM   1  A.     It's heavily Latino already to begin with.  The -- I
04:44PM   2  guess you could call the anchor community of that district would
04:44PM   3  be Webb County, which is Laredo.  It's already -- it's already a
04:44PM   4  minority district.  The 23rd is the --
04:44PM   5  Q.     Would you agree, it's packed by over 80 percent?
04:44PM   6  A.     I would -- I would say that it's packed.
04:44PM   7  Q.     It's what we called a packed district, right?
04:44PM   8  A.     Yes.  I --
04:44PM   9         MR. HUGHES:  Your Honor, I object to the leading.
04:44PM  10         JUDGE COLLYER:  It is leading.  Please try not to lead
04:44PM  11  your witness.
04:44PM  12         MR. VERA:  I apologize, Your Honor.
04:45PM  13         THE WITNESS:  I would venture to say that the way I look
04:45PM  14  at the -- that district, and what we were able to accomplish in
04:45PM  15  Maverick County in the 23rd District, is one of the things that
04:45PM  16  the leaders learned was that we had the opportunity to determine
04:45PM  17  the outcome of who the representative would be at a Congressional
04:45PM  18  level.
04:45PM  19  BY MR. VERA:
04:45PM  20  Q.     Are you familiar with the -- at any election, as far as
04:45PM  21  you can go back in regards to Congressional District 23, by how
04:45PM  22  many votes does the new congressman or past congressman come out
04:45PM  23  ahead when they win, whether it be democrat or republican?
04:45PM  24  A.     Recent history, anywhere from 8- to 9,000 votes.
04:45PM  25  Q.     The maximum?
```