# EXHIBIT 4

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


   STATE OF TEXAS,                  .
                                    .
              Plaintiff,            .
                                    .
   v.                               . Docket No. CA 11-1303
                                    .
   UNITED STATES OF AMERICA, et     . Washington, D.C.
   al.,                             . January 19, 2012
                                    . 2:00 p.m.
              Defendants.           .
                                    .
                                    .
   . . . . . . . . . . . . . . . .  .

                    AFTERNOON SESSION - DAY 3
              TRANSCRIPT OF MOTION HEARING PROCEEDINGS
                BEFORE THE HONORABLE THOMAS B. GRIFFITH,
                   UNITED STATES CIRCUIT JUDGE, and
          HONORABLES ROSEMARY M. COLLYER and BERYL A. HOWELL,
                    UNITED STATES DISTRICT JUDGES

   APPEARANCES:

      For the Plaintiff:     MATHEW H. FREDRICK, Special Counsel
                             STACEY NAPIER, Senior Counsel to the
                             Attorney General
                             J. REED CLAY, Senior Counsel to the
                             Attorney General
                             ANGELA V. COLMENERO, Assistant
                             Attorney General
                             Office of the Attorney General of
                             Texas
                             P.O. Box 12548
                             Austin, TX  78711-2548

                             ADAM K. MORTARA, Esq.
                             ASHLEY C. KELLER, Esq.
                             JOHN M. HUGES, Esq.
                             Bartlit, beck, Herman, Palenchar &
                             Scott, LLP
                             Courthouse Place
                             54 West Hubbard Street
                             Chicago, IL  60610
```

```
03:08PM  1  remember --
03:08PM  2  A.    Oh, yeah.  We had a meeting on April 13th at 9:30 a.m. in
03:08PM  3  the speaker's dining room, which is this room right off of his
03:08PM  4  office, and -- to particularly discuss 24, 25.
03:08PM  5  Q.    Who attended this meeting?
03:08PM  6  A.    Most of the members of the Harris County delegation, and
03:08PM  7  so, you know, Ms. Woolley, Mr. Callegari, myself and other
03:08PM  8  members of the Harris County delegation.
03:08PM  9  Q.    And who called this meeting?
03:08PM 10  A.    This meeting was called by Ms. Woolley, Mr. Callegari,
03:08PM 11  and requested by Ms. Alvarado.
03:08PM 12  Q.    What was the atmosphere of the minority members that
03:08PM 13  attended this meeting?
03:08PM 14  A.    First of all, it was very tense, and, you know -- and
03:08PM 15  people were angry because the process wasn't followed, and it
03:09PM 16  was -- you have to think about, this is late in the session, in
03:09PM 17  the morning, 9:30, before we went on the floor.  And this was a
03:09PM 18  very, very, very tense meeting.
03:09PM 19  Q.    At this meeting, did you raise the objections that you
03:09PM 20  referenced in your letter just now?
03:09PM 21  A.    Yes, I did.  I raised them to the whole delegation and
03:09PM 22  directly to Ms. Woolley.
03:09PM 23  Q.    And just for the benefit of the Court, what were those
03:09PM 24  objections, again?
03:09PM 25  A.    The objections were the pairing of Mr. Vo and
```

```
03:09PM  1   Mr. Hochberg, and that, in my thoughts -- what I know about some
03:09PM  2   of this stuff, that it violated the Voting Rights Act in terms
03:09PM  3   of removing the district, and also going from 25 to 24 was in
03:09PM  4   particular -- both were issues.  And the process changed.
03:09PM  5   Q.     Let me ask you, did you raise your objection to
03:10PM  6   Representative Woolley at all?
03:10PM  7   A.     Oh, yes, I did.  I mean directly to Representative
03:10PM  8   Woolley.  I continued to raise an objection to Representative
03:10PM  9   Woolley.  But in that meeting directly, me and Ms. Woolley
03:10PM 10   talking directly with each other, loud, in front of the whole
03:10PM 11   room.
03:10PM 12   Q.     How did the conversation end?
03:10PM 13   A.     It ended this way.  Ms. Woolley said to me, she said, "If
03:10PM 14   we had 25 seats" -- first, she said, "Y'all's districts are
03:10PM 15   protected."  And in the context of that, she was looking at me,
03:10PM 16   saying -- and the group of members, "Y'all's districts are
03:10PM 17   protected.  If we have 25 seats, the districts that --
03:10PM 18   basically, that we represent would disappear, based on the
03:10PM 19   reduction in the number of Anglos across Harris County."
03:10PM 20          And she was very, very clear about that.  And I was taken
03:10PM 21   aback, because, you know, again, this directly affected
03:11PM 22   districts of color currently that were protected, and might in
03:11PM 23   the future.
03:11PM 24          JUDGE COLLYER:  I'm not sure I understood.  When she said,
03:11PM 25   "Y'all's districts are protected, and" -- was she saying, in
```

03:11PM 1  essence, "The districts of minorities are protected.  We're
03:11PM 2  white.  Our districts are not protected.  If there are 25 seats,
03:11PM 3  we won't be here"?
03:11PM 4        THE WITNESS:  Basically, yes, because the way it works out
03:11PM 5  is the people that were sitting in that room -- already two
03:11PM 6  minority districts, one was being taken away.  But as you -- as
03:11PM 7  everybody knows, the growth in Harris County, the Latino
03:11PM 8  growth -- and over the decade, if the Latino growth continues the
03:11PM 9  way it is, there won't be any Anglo districts left -- Anglo
03:12PM 10 republican districts left.
03:12PM 11       And in the context, she was saying -- and this is the way
03:12PM 12 I saw it -- that your district is going to be there, Garnet,
03:12PM 13 because you're protected under the Voting Rights Act, you and the
03:12PM 14 rest of "y'all's" districts are going to be there, including
03:12PM 15 Scott Hochberg, who is not of color, but he was representing
03:12PM 16 District 137, which was protected, in that -- because of that,
03:12PM 17 the population growth, the districts that republicans -- the
03:12PM 18 republicans and Anglos represent will go away.
03:12PM 19       JUDGE COLLYER:  Had the population in Harris County grown
03:12PM 20 or shrunk over the last decade?
03:12PM 21       THE WITNESS:  Grown.
03:12PM 22       JUDGE COLLYER:  So why did it go from 25 to 24 districts?
03:12PM 23       THE WITNESS:  Well, I don't think it should have.  The
03:12PM 24 percentage -- well, the percentage of districts in 2001 in the
03:13PM 25 Legislative Redistricting Board plan, it was like a .0- -- it was

```
03:28PM   1   A.    I -- I don't.  I was reacting to the context of what I
03:28PM   2   believed her to mean.
03:28PM   3   Q.    I'm putting on the screen your declaration that you filed
03:29PM   4   in this matter not too long ago, paragraphs 10 and 11.  And it
03:29PM   5   says:
03:29PM   6         "During that meeting, Representative Woolley told a group
03:29PM   7   of minority representatives that she had drawn the map that she
03:29PM   8   had because of, in approximately her words, "You all are
03:29PM   9   protected by the Voting Rights Act and we are not."
03:29PM  10         Is this a description of the conversation you testified
03:29PM  11   about on direct?
03:29PM  12   A.    It's a description of the conversation that I testified
03:29PM  13   about, and what she basically said.  I mean, she said -- that's
03:29PM  14   what she said.
03:29PM  15   Q.    Mr. Coleman, as a matter of fact, Representative Woolley
03:29PM  16   never used the word "Anglo" or "white," did she?
03:29PM  17   A.    No, she didn't.  And that's in the deposition.
03:29PM  18   Q.    And the statement that Ms. Woolley is making, that you're
03:29PM  19   here reporting in your declaration, that you talked about on
03:29PM  20   direct -- "You all are protected by the Voting Rights Act and we
03:29PM  21   are not" -- that's a true statement, correct?
03:29PM  22   A.    Yes, that is a true statement.
03:29PM  23   Q.    Are there any republicans in Harris County that are not
03:29PM  24   Anglos?
03:29PM  25   A.    No.
```