UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ; et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No.<br>SA-11-CA-360-OLG-JES-XR<br>[Lead case] |
| STATE OF TEXAS, et al., | § § § | |
| Defendants. | § § | |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC) | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No.<br>SA-11-CA-361-OLG-JES-XR<br>[Consolidated case] |
| STATE OF TEXAS, et al. | § § § | |
| Defendants. | § § | |
| TEXAS LATINO REDISTRICTING TASK FORCE, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § § | Civil Action No.<br>SA-11-CA-490-OLG-JES-XR<br>[Consolidated case] |
| RICK PERRY, | § § § | |
| Defendant. | § | |

| | |
|---|---|
| **MARAGARITA V. QUESADA, et al.,** § § § | |
| Plaintiffs, § § | |
| v. § § § | Civil Action No. SA-11-CA-592-OLG-JES-XR [Consolidated case] |
| **RICK PERRY, et al.,** § § § | |
| Defendants. § § | |
| **JOHN T. MORRIS,** § § § | |
| Plaintiff, § § § | |
| v. § § § | Civil Action No. SA-11-CA-651-OLG-JES-XR [Consolidated case] |
| **STATE OF TEXAS, et al.,** § § § | |
| Defendants. § § | |
| **EDDIE RODRIGUEZ, et al.,** § § § | |
| Plaintiffs, § § § | |
| v. § § § | Civil Action No. SA-11-CA-635-OLG-JES-XR [Consolidated case] |
| Rick Perry, et al., § § § | |
| Defendants. § | |

## **MOTION TO DISMISS INTERVENTION OF CONGRESSMAN JOE BARTON**

To the Honorable Three Judge Court:

Now comes Congressman Joe Barton and moves to Dismiss his Intervention and as grounds therefore would show the Court:

1. Congressman Joe Barton no longer seeks a remedy by way of his intervention.

Wherefore, Premises considered, Congressman Barton prays his Intervention be Dismissed.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**


  /s/ Joseph M. Nixon

Joseph M. Nixon
1300 Post Oak Boulevard, Suite 2300
Houston, Texas 77056
Telephone: (713) 871-6809
Facsimile: (713) 960-1527

James E. "Trey" Trainor, III
401 W. 15th Street, Suite 845
Austin, Texas 78701
Telephone: (512) 623-6700
Facsimile: (512) 623-6701

**ATTORNEYS FOR INTERVENOR-PLAINTIFF CONGRESSMAN JOE BARTON**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013 a true and correct copy the forgoing document has been served upon all parties using the electronic filing system.


  /s/ Joseph M. Nixon
Joseph M. Nixon