UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 2 9 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| SHANNON PEREZ; et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>STATE OF TEXAS, et al.,<br><br>  Defendants, | § § § § § § § § § § § | Civil Action No.<br>SA-11-CA-360-OLG-JES-XR<br>[Lead case] |
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC)<br><br>  Plaintiffs,<br><br>v.<br><br>STATE OF TEXAS, et al.<br><br>  Defendants. | § § § § § § § § § § § § § § § | Civil Action No.<br>SA-11-CA-361-OLG-JES-XR<br>[Consolidated case] |
| TEXAS LATINO REDISTRICTING TASK FORCE, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>RICK PERRY,<br><br>  Defendant. | § § § § § § § § § § § § | Civil Action No.<br>SA-11-CA-490-OLG-JES-XR<br>[Consolidated case] |

| | | |
|---|---|---|
| MARAGARITA V. QUESADA, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No.<br>SA-11-CA-592-OLG-JES-XR<br>[Consolidated case] |
| RICK PERRY, et al., | § § § | |
| Defendants. | § § | |
| JOHN T. MORRIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No.<br>SA-11-CA-651-OLG-JES-XR<br>[Consolidated case] |
| STATE OF TEXAS, et al., | § § § | |
| Defendants. | § § | |
| EDDIE RODRIGUEZ, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No.<br>SA-11-CA-635-OLG-JES-XR<br>[Consolidated case] |
| Rick Perry, et al., | § § § | |
| Defendants. | § | |

**ORDER ON MOTION TO DISMISS INTERVENTION OF<br>CONGRESSMAN JOE BARTON**

There is before this Court Plaintiff-Intervenor's, Congressman Joe Barton, Motion to Dismiss Intervention. The Court is of the view that the Motion is well taken and is hereby DISMISSED.

IT IS SO ORDERED ON THIS THE 29 OF JULY, 2013.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE