IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 11-CA-360-OLG-JES-XR |
| STATE OF TEXAS, et al., | § | [Lead Case] |
| Defendants. | § | |
| _____ | | |
| MEXICAN AMERICAN | § | |
| LEGISLATIVE CAUCUS, TEXAS | § | |
| HOUSE OF REPRESENTATIVES, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| v. | § | SA-11-CA-361-OLG-JES-XR |
| | § | [Consolidated Case] |
| STATE OF TEXAS, et al., | § | |
| Defendants. | § | |
| | § | |
| _____ | | |
| TEXAS LATINO REDISTRICTING | § | |
| TASK FORCE, et al., | § | |
| Plaintiffs, | § | CIVIL ACTION NO. |

|  |  |  |
|---|---|---|
| v. | § | SA-11-CA-490-OLG-JES-XR |
|  | § | [Consolidated Case] |
| RICK PERRY, | § |  |
| Defendant. | § |  |

---

|  |  |  |
|---|---|---|
| MARGARITA V. QUESADA, et al., | § |  |
| Plaintiffs, | § |  |
| v. | § | CIVIL ACTION NO. |
|  | § | SA-11-CA-592-OLG-JES-XR |
| RICK PERRY, et al., | § | [Consolidated Case] |
| Defendants. | § |  |

---

|  |  |  |
|---|---|---|
| EDDIE RODRIGUEZ, et al., | § |  |
| Plaintiffs, | § |  |
| v. | § | CIVIL ACTION NO. |
|  | § | SA-11-CA-635-OLG-JES-XR |
| RICK PERRY, et al., | § | [Consolidated Case] |
| Defendants. | § |  |

## MOTION FOR LEAVE TO LATE FILE MOTION AND DECLARATION FOR INTERIM ATTORNEUY FEES & EXPENSES  FOR LULAC COUNSEL

To The Honorable Three Judge Court:

Comes now LULAC, through its lead counsel, Luis Roberto Vera, Jr. and moves this honorable Court leave to late file its Motion for Interim Attorney Fees and Declaration as Ordered by this Court and originally due on Friday August 9, 2013, extended to August 13, 2013 at the request of LULAC counsel.  For good cause LULAC offers the following;

LULAC lead counsel, Luis Roberto Vera, Jr. was very ill the entire week of  8-11-2013 until late 8-16-2013 and was uinable to work even to the poinjt of cancelling and resettg docket settings in other cases.

For the explanation above LULAC request this honorable Court grant him leave to Late file its Motion and Declaration for Interim Attorney Fees and Expenses.

Respectfully Submitted,

Luis Roberto Vera, Jr.
LULAC National General Counsel
SBN:  20546740
THE LAW OFFICES OF LUIS ROBERTO VERA, JR & ASSOCIATES
1325 Riverview Towers
111 Soledad
San Antonio, Texas 78205-2260
210-225-3300 office 210-225-2060 fax
lrvlaw@sbcglobal.net

/s/ Luis Roberto Vera, Jr.
Luis Roberto Vera, Jr.
Attorney for the Plaintiff-Intervenor

Dated:  August 18, 2013

## **CEERTIFICATE OF SERVICE**

This certifies that a true and correct copy of the foregoing is being sent to all parties in this case by facsimile transmission amnd each party will also receive a copy through the electronic filing system utilized by the federal courts.

August 18, 2013                           _____/s/_____
                                          Luis Roberto Vera, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 11-CA-360-OLG-JES-XR |
| STATE OF TEXAS, et al., | § | [Lead Case] |
| Defendants. | § | |
| _____ | | |
| MEXICAN AMERICAN | § | |
| LEGISLATIVE CAUCUS, TEXAS | § | |
| HOUSE OF REPRESENTATIVES, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| v. | § | SA-11-CA-361-OLG-JES-XR |
| | § | [Consolidated Case] |
| STATE OF TEXAS, et al., | § | |
| Defendants. | § | |
| | § | |
| _____ | | |
| TEXAS LATINO REDISTRICTING | § | |
| TASK FORCE, et al., | § | |

|  |  |  |
|---|---|---|
| Plaintiffs, | § | CIVIL ACTION NO. |
| v. | § | SA-11-CA-490-OLG-JES-XR |
|  | § | [Consolidated Case] |
| RICK PERRY, | § |  |
| Defendant. | § |  |

_____

|  |  |  |
|---|---|---|
| MARGARITA V. QUESADA, et al., | § |  |
| Plaintiffs, | § |  |
| v. | § | CIVIL ACTION NO. |
|  | § | SA-11-CA-592-OLG-JES-XR |
| RICK PERRY, et al., | § | [Consolidated Case] |
| Defendants. | § |  |

_____

|  |  |  |
|---|---|---|
| EDDIE RODRIGUEZ, et al., | § |  |
| Plaintiffs, | § |  |
| v. | § | CIVIL ACTION NO. |
|  | § | SA-11-CA-635-OLG-JES-XR |
| RICK PERRY, et al., | § | [Consolidated Case] |
| Defendants. | § |  |

## **ORDER**

On this day came on to be considered the Motion buy LULAC for Leave to Late File its Motion and Declaration for Interim Attorney Fess and Expenses.  After consider9ing the Motion and thje facts therein it is the opinion of this Court that the Motion should be_____.


_____
Judge _____
For the Three Judge Court