# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al., | ) | |
| | ) | CIVIL ACTION NO. |
| *Plaintiffs*, | ) | SA-11-CA-360-OLG-JES-XR |
| | ) | [Lead case] |
| - and - | ) | |
| | ) | |
| EDDIE BERNICE JOHNSON, et al., | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, et al., | ) | |
| | ) | |
| *Plaintiff Intervenors*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICK PERRY, et al., | ) | |
| | ) | |
| *Defendants*, | ) | |

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC), | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| - and - | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-361-OLG-JES-XR |
| HONORABLE HENRY CUELLAR, et al., | ) | [Consolidated case] |
| | ) | |
| *Plaintiff Intervenors*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| *Defendants* | ) | |

| | | |
|---|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-490-OLG-JES-XR [Consolidated case] |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| RICK PERRY, et al., | ) ) ) | |
| *Defendants*, | ) ) | |

_____

| | | |
|---|---|---|
| MARAGARITA v. QUESADA, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-592-OLG-JES-XR [Consolidated case] |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | |
| RICK PERRY, et al., | ) ) | |
| *Defendants*, | ) | |

_____

| | | |
|---|---|---|
| JOHN T. MORRIS, | ) ) ) | CIVIL ACTION NO. SA-11-CA-615-OLG-JES-XR [Consolidated case] |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| STATE OF TEXAS, et al., | ) ) ) | |
| *Defendants*, | ) | |

_____

| | |
|---|---|
| EDDIE RODRIGUEZ, et al.,       ) | CIVIL ACTION NO. |
| ) | SA-11-CA-635-OLG-JES-XR |
| ) | [Consolidated case] |
| *Plaintiff*,       ) | |
| ) | |
| v.       ) | |
| ) | |
| STATE OF TEXAS, et al.,       ) | |
| ) | |
| *Defendants*.       ) | |

**TEXAS LATINO REDISTRICTING TASK FORCE, ET AL. PLAINTIFFS'
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

The Texas Latino Redistricting Task Force, *et al.* Plaintiffs ("Task Force Plaintiffs") file this unopposed motion for leave to exceed the page limitation for Plaintiffs' joint reply in support of motions seeking to reopen the record and to admit supplemental documentary and testimonial evidence. In support of this motion, the Task Force Plaintiffs show:

1. On August 5, 2013, Defendants filed their response to Plaintiffs' joint motion for leave to reopen the record to provide supplemental documentary evidence.

2. On August 9, 2013, Defendants filed their response to the Task Force Plaintiffs' motion for reconsideration of a portion of the Court's recent order on supplementation of the record regarding testimonial evidence.

3. On August 14, 2013, this Court granted the Task Force Plaintiffs' motion for an extension to file their combined reply to Defendants' responses until August 22, 2013.

4. Pursuant to W.D. Tex. Civ. R. 7(f), a reply in support of a non-dispositive motion is limited to five (5) pages.

5. Plaintiffs have attempted in good faith to limit their brief. However, because the Task Force Plaintiffs are filing a combined reply in support of both the Plaintiffs' joint motion

3

for leave to reopen the record to provide supplemental documentary evidence and the Task Force Plaintiffs' motion for reconsideration of a portion of the Court's recent order on supplementation of the record regarding testimonial evidence, and in order to adequately respond to Defendants' arguments and objections, Plaintiffs have found it necessary to exceed the five (5) page limit.  Plaintiffs' reply is ten (10) pages in length.

6. The Task Force Plaintiffs respectfully request that this motion be granted and that Plaintiffs' joint reply in support of motions seeking to reopen the record and to admit supplemental documentary and testimonial evidence be filed with the Court.

Dated: August 21, 2013               Respectfully submitted,

/s/ Nina Perales
Nina Perales
Karolina J. Lyznik
MALDEF
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382

Robert W. Wilson
Mark Anthony Sanchez
Gale, Wilson & Sanchez, PLLC
115 East Travis, 19th Floor
San Antonio, TX 78205
(210) 222-8899
Fax: (210) 222-9526

COUNSEL FOR PLAINTIFFS TEXAS LATINO REDISTRICTING TASK FORCE, RUDOLFO ORTIZ, ARMANDO CORTEZ, SOCORRO RAMOS, GREGORIO BENITO PALOMINO, FLORINDA CHAVEZ, CYNTHIA VALADEZ, CESAR EDUARDO YEVENES, SERGIO CORONADO, GILBERTO TORRES, RENATO DE LOS SANTOS, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA

OLIVARES, JOSE OLIVARES, ALEJANDRO<br>ORTIZ, AND REBECCA ORTIZ

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 20, 2013, counsel for the Task Force Plaintiffs communicated with the other parties in this matter. Counsel for Defendants State of Texas and Rick Perry do not oppose this motion. Counsel for MALC Plaintiffs, Quesada Plaintiffs, Rodriguez Plaintiffs, Congressman Cuellar, LULAC Plaintiffs, and Perez Plaintiffs do not oppose this motion. At the time of filing, counsel for Congresspersons Plaintiffs and the Texas Democratic Party have not responded.

*/s/ Karolina J. Lyznik*
Karolina J. Lyznik

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 21st day of August, 2013. The undersigned counsel hereby certifies that she caused a true and correct copy of the above and foregoing to be emailed and/or facsimile to the persons listed below by the close of the next business day.

*/s/ Karolina J. Lyznik*
Karolina J. Lyznik

David Escamilla
Travis County Asst. Attorney
P.O. Box 1748
Austin, TX 78767
Fax: (512) 854-4808