IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ et al., | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 5:11-CV-00360-OLG-JES-XLR |
| STATE OF TEXAS et al., | § § | |
| *Defendants*. | § § | |

## DEFENDANTS' DESIGNATION OF REBUTTAL EXPERTS

Pursuant to the Court's Modified Scheduling Order of January 21, 2014 (ECF No. 954), Defendants Rick Perry, in his official capacity as Governor, Nandita Berry, in her official capacity as Secretary of State, and the State of Texas (collectively "Defendants"), designate the following individuals as rebuttal expert witnesses:

1. John R. Alford, Ph.D.
   Associate Professor
   Rice University
   15907 Erin Creek Court
   Houston, TX 77062

Dr. Alford, an Associate Professor of Political Science, has prepared a rebuttal expert report detailing his opinions and analysis.  The rebuttal expert report relates to the claims on the 2011 Congressional and Texas House redistricting plans, and the claims on the 2013 Congressional and Texas House redistricting plans.

1

2. Harvey J. Tucker, Ph.D.
   Professor
   Department of Political Science
   Texas A&M University
   4348 TAMU – Allen Building 2010
   College Station, TX 77843-4348

Dr. Tucker, a Professor of Political Science, has prepared a rebuttal expert report detailing his opinions and analysis. The rebuttal expert report relates to Section 3(c) issues.

A copy of the rebuttal expert reports will be served today on the parties through their counsel.

Dated: April 14, 2014                     Respectfully Submitted,

                                          GREG ABBOTT
                                          Attorney General of Texas

                                          DANIEL T. HODGE
                                          First Assistant Attorney General

                                          DAVID C. MATTAX
                                          Director of Defense Litigation

                                          J. REED CLAY, JR.
                                          Special Assistant and Senior Counsel to the
                                          Attorney General

                                          /s/ Patrick K. Sweeten
                                          PATRICK K. SWEETEN
                                          Division Chief, Special Litigation Division
                                          Texas Bar No. 00798537

                                          Office of the Attorney General
                                          P.O. Box 12548
                                          Austin, Texas  78711-2548
                                          (512) 473-4330
                                          (512) 474-2697 (fax)

                                          ATTORNEYS FOR DEFENDANTS

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this filing was sent on April 14, 2014, via the Court's electronic notification system to the following counsel of record:

DAVID RICHARDS
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
512-476-0005
davidr@rrsfirm.com

RICHARD E. GRAY, III
Gray & Becker, P.C.
900 West Avenue, Suite 300
Austin, TX 78701
512-482-0061/512-482-0924 (facsimile)
Rick.gray@graybecker.com

**ATTORNEYS FOR PLAINTIFFS PEREZ, DUTTON, TAMEZ, HALL, ORTIZ, SALINAS, DEBOSE, and RODRIGUEZ**

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
210-392-2856
garzpalm@aol.com

MARK W. KIEHNE
mkiehne@lawdcm.com
RICARDO G. CEDILLO
rcedillo@lawdcm.com
Davis, Cedillo & Mendoza
McCombs Plaza
755 Mulberry Ave., Ste. 500
San Antonio, TX 78212
210-822-6666/210-822-1151 (facsimile)

GERALD H. GOLDSTEIN
ggandh@aol.com
DONALD H. FLANARY, III
donflanary@hotmail.com
Goldstein, Goldstein and Hilley
310 S. St. Mary's Street
San Antonio, TX 78205-4605
210-226-1463/210-226-8367 (facsimile)

PAUL M. SMITH, MICHAEL B. DESANCTIS, JESSICA RING AMUNSON
Jenner & Block LLP
1099 New York Ave., NW
Washington, D.C. 20001
202-639-6000

J. GERALD HEBERT
191 Somervelle Street, # 405
Alexandria, VA 22304
703-628-4673
hebert@voterlaw.com

JESSE GAINES
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com

**ATTORNEYS FOR PLAINTIFFS QUESADA, MUNOZ, VEASEY, HAMILTON, KING and JENKINS**

3

JOAQUIN G. AVILA
P.O. Box 33687
Seattle, WA 98133
206-724-3731/206-398-4261 (facsimile)
jgavotingrights@gmail.com

**ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS**

NINA PERALES
nperales@maldef.org
MARISA BONO
mbono@maldef.org
Mexican American Legal Defense
and Education Fund
110 Broadway, Suite 300
San Antonio, TX 78205
210-224-5476/210-224-5382 (facsimile)

MARK ANTHONY SANCHEZ
masanchez@gws-law.com
ROBERT W. WILSON
rwwilson@gws-law.com
Gale, Wilson & Sanchez, PLLC
115 East Travis Street, Ste. 1900
San Antonio, TX 78205
210-222-8899/210-222-9526 (facsimile)

**ATTORNEYS FOR TEXAS LATINO REDISTRICTING TASK FORCE, CARDENAS, JIMENEZ, MENENDEZ, TOMACITA AND JOSE OLIVARES, ALEJANDRO AND REBECCA ORTIZ**

JOHN T. MORRIS
5703 Caldicote St.
Humble, TX 77346
281-852-6388
Johnmorris1939@hotmail.com

**JOHN T. MORRIS, PRO SE**

LUIS ROBERTO VERA, JR.
Law Offices of Luis Roberto Vera, Jr.
1325 Riverview Towers
San Antonio, Texas 78205-2260
210-225-3300
lrvlaw@sbcglobal.net

GEORGE JOSEPH KORBEL
Texas Rio Grande Legal Aid, Inc.
1111 North Main
San Antonio, TX 78213
210-212-3600
korbellaw@hotmail.com

**ATTORNEYS FOR INTERVENOR-PLAINTIFF LEAGUE OF UNITED LATIN AMERICAN CITIZENS**

ROLANDO L. RIOS
Law Offices of Rolando L. Rios
115 E Travis Street, Suite 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com

**ATTORNEY FOR INTERVENOR-PLAINTIFF HENRY CUELLAR**

GARY L. BLEDSOE
Law Office of Gary L. Bledsoe
316 W. 12th Street, Ste. 307
Austin, TX 78701
512-322-9992/512-322-0840 (facsimile)
garybledsoe@sbcglobal.net

**ATTORNEY FOR INTERVENOR-PLAINTIFFS TEXAS STATE CONFERENCE OF NAACP BRANCHES, TEXAS LEGISLATIVE BLACK CAUCUS, EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE, ALEXANDER GREEN, HOWARD JEFFERSON, BILL LAWSON, and JUANITA WALLACE**

MAX RENEA HICKS
Law Office of Max Renea Hicks
101 West Sixth Street Suite 504
Austin, TX 78701
512-480-8231/512/480-9105 (facsimile)

**ATTORNEY FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, and SANDRA SERNA**

STEPHEN E. MCCONNICO
smcconnico@scottdoug.com
SAM JOHNSON
sjohnson@scottdoug.com
S. ABRAHAM KUCZAJ, III
akuczaj@scottdoug.com
Scott, Douglass & McConnico
One American Center
600 Congress Ave., 15th Floor
Austin, TX 78701
512-495-6300/512-474-0731 (facsimile)

**ATTORNEYS FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BALAKUMAR PANDIAN, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, ELIZA ALVARADO, JOSEY MARTINEZ, JUANITA VALDEZ-COX, LIONOR SOROLA-POHLMAN, MILTON GERARD WASHINGTON, NINA JO BAKER, and SANDRA SERNA**

VICTOR L. GOODE
Asst. Gen. Counsel, NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215-5120
410-580-5120/410-358-9359 (facsimile)
vgoode@naacpnet.org

**ATTORNEY FOR TEXAS STATE CONFERENCE OF NAACP BRANCHES**

ROBERT NOTZON
Law Office of Robert S. Notzon
1507 Nueces Street
Austin, TX 78701
512-474-7563/512-474-9489 (facsimile)
robert@notzonlaw.com

ALLISON JEAN RIGGS
ANITA SUE EARLS
Southern Coalition for Social Justice
1415 West Highway 54, Ste. 101
Durham, NC 27707
919-323-3380/919-323-3942 (facsimile)
anita@southerncoalition.org

**ATTORNEYS FOR TEXAS STATE CONFERENCE OF NAACP BRANCHES, EARLS, LAWSON, WALLACE, and JEFFERSON**

DONNA GARCIA DAVIDSON
PO Box 12131
Austin, TX 78711
512-775-7625/877-200-6001 (facsimile)
donna@dgdlawfirm.com

**ATTORNEYS FOR DEFENDANT STEVE MUNISTERI**

| | |
|---|---|
| CHAD W. DUNN<br>chad@brazilanddunn.com<br>K. SCOTT BRAZIL<br>scott@brazilanddunn.com<br>Brazil & Dunn<br>4201 FM 1960 West, Suite 530<br>Houston, TX  77068<br>281-580-6310/281-580-6362 (facsimile)<br><br>**ATTORNEYS FOR INTERVENOR-DEFENDANTS TEXAS DEMOCRATIC PARTY and BOYD RICHIE**<br><br>RONALD C. MACHEN, JR.,<br>United States Attorney<br>District of Columbia<br>JOCELYN SAMUELS<br>T. CHRISTIAN HERREN, JR.<br>TIMOTHY F. MELLETT<br>timothy.f.mellett@usdoj.gov<br>BRYAN SELLS<br>Bryan.sells@usdoj.gov<br>JAYE ALLISON SITTON<br>jaye.sitton@usdoj.gov<br>DANIEL J. FREEMAN<br>daniel.freeman@usdoj.gov<br>MICHELLE A. MCLEOD<br>michelle.mcleod@usdoj.gov<br>Civil Rights Division, Voting Rights<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>NWB #7266<br>Washington, D.C. 20530<br>(202) 305-4143; (202) 305-4355<br><br>**ATTORNEYS FOR INTERVENOR THE UNITED STATES** | KAREN M. KENNARD<br>2803 Clearview Drive<br>Austin, TX 78703<br>(512) 974-2177/512-974-2894 (facsimile)<br>karen.kennard@ci.austin.tx.us<br><br>**ATTORNEY FOR PLAINTIFF CITY OF AUSTIN**<br><br>DAVID ESCAMILLA<br>Travis County Asst. Attorney<br>P.O. Box 1748<br>Austin, TX 78767<br>(512) 854-9416<br>david.escamilla@co.travis.tx.us<br><br>**ATTORNEY FOR PLAINTIFF TRAVIS COUNTY**<br><br><br><br>   /s/   Patrick K. Sweeten<br>PATRICK K. SWEETEN |