**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SHANNON PEREZ, et al., | ) | |
| | ) | CIVIL ACTION NO. |
| *Plaintiffs*, | ) | SA-11-CA-360-OLG-JES-XR |
| | ) | [Lead case] |
| - and - | ) | |
| | ) | |
| EDDIE BERNICE JOHNSON, et al., | ) | |
| | ) | |
| - and - | ) | |
| | ) | |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, et al., | ) | |
| | ) | |
| *Plaintiff Intervenors*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICK PERRY, et al., | ) | |
| | ) | |
| *Defendants*, | ) | |

_____

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REPRESENTATIVES (MALC), | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| - and - | ) | CIVIL ACTION NO. |
| | ) | SA-11-CA-361-OLG-JES-XR |
| HONORABLE HENRY CUELLAR, et al., | ) | [Consolidated case] |
| | ) | |
| *Plaintiff Intervenors*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TEXAS, et al., | ) | |
| | ) | |
| *Defendants* | ) | |

_____

| | | |
|---|---|---|
| TEXAS LATINO REDISTRICTING TASK FORCE, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-490-OLG-JES-XR [Consolidated case] |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| RICK PERRY, et al., | ) ) ) | |
| *Defendants*, | ) ) | |

_____

| | | |
|---|---|---|
| MARAGARITA v. QUESADA, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-592-OLG-JES-XR [Consolidated case] |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | |
| RICK PERRY, et al., | ) ) | |
| *Defendants*, | ) | |

_____

| | | |
|---|---|---|
| JOHN T. MORRIS, | ) ) ) | CIVIL ACTION NO. SA-11-CA-615-OLG-JES-XR [Consolidated case] |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| STATE OF TEXAS, et al., | ) ) | |
| *Defendants*, | ) ) | |

_____

| | | |
|---|---|---|
| EDDIE RODRIGUEZ, et al., | ) ) ) | CIVIL ACTION NO. SA-11-CA-635-OLG-JES-XR [Consolidated case] |
| *Plaintiff*, | ) ) | |
| v. | ) | |

|  | ) |
|---|---|
| STATE OF TEXAS, et al., | ) |
|  | ) |
| *Defendants*. | ) |

## NOTICE OF DEPOSITION UPON ORAL EXAMINATION OF
## RULE 30(B)(6) WITNESS(ES) DESIGNATED BY THE STATE OF TEXAS

TO:   Defendant, State of Texas; by and through its attorney of record, Greg Abbott, Attorney General of Texas, P.O. Box 12548, Capitol Station Austin, TX 78711-2548.

Pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Texas Latino Redistricting Task Force, et al. ("Task Force"), will take the deposition, by oral examination recorded stenographically before a certified court reporter and videotaped, of Defendant State of Texas pursuant to Rule 30(b)(6) on May 28, 2014, at 1:00 PM at the offices of the Attorney General of Texas, Price Daniel Building 209 West 14th Street, Austin, TX  78701.

Pursuant to Rule 30(b)(6), the State of Texas is directed to designate one or more officers, directors, or managing agents to testify on its behalf on the following matters, dating from October 1, 2010 to the present:

1.  The State of Texas's purpose or intent underlying the boundaries of the Texas 2011 enacted congressional redistricting plan C185.

2.  The State of Texas's purpose or intent underlying the boundaries of the Texas 2011 enacted state house redistricting plan H283.

3.  The State of Texas's purpose or intent underlying the boundaries of the Texas 2013 enacted state house redistricting plan H358.

The person(s) so designated shall testify as to matters known or reasonably available to the State of Texas.  You may set forth, for each person designated, the matters on which each

person(s) will testify.  Plaintiffs request that the State of Texas provide the names and titles of

the person(s) it will designate to give testimony and summaries of the areas in which each

designated person will testify at least five business days before the date of the deposition noted

above.

Said deposition, answers, and documentation obtained during the same may be read and

used as evidence in trial of said cause in accordance with the Federal Rules of Civil Procedure

and the Federal Rules of Evidence.


DATED:  May 18, 2014                    Respectfully submitted,

                                        MEXICAN AMERICAN LEGAL DEFENSE
                                         AND EDUCATIONAL FUND

                                        */s/ Nina Perales*
                                        Nina Perales
                                        Texas Bar No. 24005046
                                        Ernest I. Herrera
                                        New Mexico Bar No. 144619
                                        110 Broadway, Suite 300
                                        San Antonio, TX 78205
                                        (210) 224-5476; FAX (210) 224-5382
                                        COUNSEL FOR PLAINTIFFS TEXAS
                                        LATINO REDISTRICTING TASK
                                        FORCE, ET AL.



### Certificate of Service

The undersigned counsel hereby certifies that she caused a true and correct copy of the
above and foregoing to be sent by electronic mail and/or facsimile to the persons listed below by
the close of the business day on May 18, 2014.

                                        */s/ Nina Perales*
                                             Nina Perales


**Patrick K. Sweeten**
Chief, Special Litigation Division

patrick.sweeten@texasattorneygeneral.gov
Adam N. Bitter
William T. Deane
Summer R. Lee
Michael B. Neill
Assistants Attorney General
Office of Legal Counsel
P.O. Box 12458
Austin, TX 78711-2548
(512) 936-0545 (fax)
**COUNSEL FOR THE STATE OF TEXAS, RICK PERRY, AND JOHN STEEN**

**David R. Richards**
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
(512) 476-1513 (fax)
davidr@rrsfirm.com

**Richard E. Gray, III**
Gray & Becker, P.C.
900 West Avenue, Suite 300
Austin, TX 78701
 (512) 482-0924 (fax)
davidr@rrsfirm.com
**COUNSEL FOR PLAINTIFFS PEREZ, GREGORY TAMEZ; SERGIO SALINAS, CARMEN RODRIGUEZ; RUDOLFO ORTIZ, NANCY HALL AND DOROTHY DEBOSE AND CONGRESSMAN PETE GALLEGO AND CONGRESSMAN FILEMON VELA, JR.**

**Jose Garza**
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
(210) 392-2856
jgarza@trla.com

**Joaquin G. Avila**
LAW OFFICE
P.O. Box 33687
Seattle, Washington 98133
(206) 398-4261 (fax)
avilaj@seattleu.edu
jgavotingrights@gmail.com

**Cynthia B. Jones**
Jones Legal Group, LLC
904 12th Ave E.
Seattle, WA 98102
jones.cynthiab@gmail.com

**Ricardo G. Cedillo**
**Mark W. Kiehne**
DAVIS, CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Fax: (210) 822-1151
rcedillo@lawdcm.com
mkiehne@lawdcm.com
**COUNSEL FOR PLAINTIFFS MEXICAN AMERICAN LEGISLATIVE CAUCUS,**
**TEXAS HOUSE OF REPRESENTATIVES (MALC)**

**Gerald H. Goldstein**
**Donald H. Flanary, III**
Goldstein, Goldstein and Hilley
310 S. St. Mary's Street
29th Floor Tower Life Bldg.
San Antonio, Texas 78205
(210) 226-8367 (fax)
ggandh@aol.com
donflanary@hotmail.com

**Paul M. Smith**
**Michael B. Desanctis**
**Jessica Ring Amunson**
Jenner & Block LLP
1099 New York Ave., N.W.
Washington, D.C. 20001
(202) 639-6066 (fax)
psmith@jenner.com
mdesanctis@jenner.com
jamunson@jenner.com

**J. Gerald Hebert**
191 Somervelle Street, #405
Alexandria, VA 22304
(703) 628-4673
Hebert@voterlaw.com

**Jesse Gaines**

PO Box 50093
Ft Worth, TX 76105
(817) 714-9988
gainesjesse@ymail.com
**COUNSEL FOR PLAINTIFFS MARGARITA V. QUESADA, ROMEO MUNOZ, MARC VEASEY,**
**JANE HAMILTON, LYMAN KING, AND JOHN JENKIN, KATHLEEN MARIA SHAW, DEBBIE ALLEN, JAMAAL R. SMITH AND SANDRA PUENTE**

**John T. Morris, Pro Se**
5703 Caldicote St.
Humble, TX 77346
(281) 852-6388
Johnmorriss1939@hotmail.com

**Renea Hicks**
Attorney at Law
Law Office of Max Renea Hicks
101 West 6th Street
Austin, Texas 78701
(512) 480-9105 (fax)
rhicks@renea-hicks.com

**Steve McConnico**
SCOTT, DOUGLASS & MCCONNICO, L.L.P.
smcconnico@scottdoug.com
**S. Abraham Kuczaj, III**
akuczaj@scottdoug.com
**Sam Johnson**
sjohnson@scottdoug.com
600 Congress Avenue, Suite 1500
Austin, Texas 78701-2589
(512) 474-0731 (fax)

**Abha Khanna**
PERKINS COlE, LLP
Washington Bar No. 42612
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
 (206) 359-9312  (fax)
akhanna@perkinscoie.com
**COUNSEL FOR PLAINTIFFS EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, BRUCE ELFANT, ALEX SERNA, SANDRA SERNA, BETTY F. LOPEZ, DAVID GONZALEZ, BEATRICE SALOMA, LIONOR SOROLA POHLMAN, ELIZA ALVARADO, JUANITA VALDEZ-COX, JOSEY MARTITNEZ, NINA JO BAKER, TRAVIS COUNTY, AND CITY OF AUSTIN**

**David Escamilla**
Travis County Attorney
P.O. Box 1748
Austin, Texas 78767
(512) 854-4808 (fax)
**David.escamilla@co.travis.tx.us**
(*Attorney for Plaintiff Travis County*)

**Karen Kennard**
City Attorney
P.O. Box 1088
Austin, Texas 78767-1088
(512) 974-6490 (fax)
**karen.kennard@ci.austin.tx.us**
*(Attorney for Plaintiff City of Austin)*

**Chad W. Dunn**
**Scott Brazil**
Brazil & Dunn
4201 FM 1960 West
Suite 530
Houston, TX 77068
(281)580-6362 (fax)
chad@brazilanddunn.com
scott@brazilanddunn.com
**COUNSEL FOR PLAINTIFFS TEXAS DEMOCRATIC PARTY (TDP), BOYD RICHIE AND GILBERTO HINOJOSA**

**Luis Roberto Vera , Jr.**
Law Offices of Luis Roberto Vera & Associates, P.C.
111 Soledad
Suite 1325
San Antonio, TX 78205-2260
(210) 225-2060 (fax)
lrvlaw@sbcglobal.net

Manuel G. Escobar, Jr.
201 W. Poplar
San Antonio, TX 78212
(210) 212-5653 (fax)
Escobarm1@aol.com
**COUNSEL FOR INTERVENORS, LULAC, GABRIEL Y. ROSALES**

**Rolando L. Rios**
Law Offices of Rolando L. Rios

The Milam building
115 E. Travis St., Suite 1645
(210) 222-2898 (fax)
rios@rolandorioslaw.com
**COUNSEL FOR INTERVENORS, CONGRESSMAN HENRY CUELLAR**

**Gary L. Bledsoe**
**Law Offices of Gary L. Bledsoe & Associates**
316 West 12th Street, Suite 307
Austin, Texas 78701
(512) 322-0840 (fax)
garybledsoe@sbcglobal.net
**COUNSEL FOR CONGRESSPERSONS EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE AND ALEXANDER GREEN, MEMBERS OF THE UNITED STATES CONGRESS; INTERVENORS TEXAS STATE CONFERENCE OF NAACP BRANCHES, HOWARD JEFFERSON, JUANITA WALLACE AND BILL LAWSON; INTERVENORS, TEXAS LEGISLATIVE BLACK CAUCUS**

**John K. Tanner**
3743 Military Road NW
Washington, DC 20015
Telephone: (202) 503-7696
john.k.tanner@gmail.com
*(Attorney for Texas Legislative Black Caucus)*

**Robert Notzon**
Law Office of Robert S. Notzon
1507 Nueces Street
Austin, TX 78701
512-474-9489 (fax)
Robert@NotzonLaw.com

**Anita S. Earls**
**Allison J. Riggs**
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
(919) 323-3942 (fax)
Anita@southerncoalition.org
Allison@southerncoalition.org
*(Attorneys for TX State Conference NAACP Branches, Juanita Wallace and Bill Lawson)*

**Victor L. Goode**
Assistant General Counsel
NAACP
4805 Mt. Hope Drive

Baltimore, MD 21215-3297
(410) 358-9359 (fax)
vgoode@naacpnet.org
*(Attorney for TX State Conference NAACP Branches)*

**T. Christian Herren, Jr.**
**Timothy F. Mellett**
**Bryan Sells**
**Jaye Allison Sitton**
**Daniel J. Freeman**
**Michelle A. Mcleod**
Attorneys
Voting Section
Civil Rights Division
U.S. Department of Justice
Room 7254 NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Bryan.Sells@usdoj.gov
Timothy.F.Mellett@usdoj.gov
daniel.freeman@usdoj.gov,
michelle.mcleod@usdoj.gov
**COUNSEL FOR INTERVENORS UNITED STATES OF AMERICA**