UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, et al. § | |
| § | |
| *Plaintiffs* § | |
| § | CIVIL ACTION NO. |
| v. § | 5:11-CV-0360-OLG-JES-XR |
| § | [Lead Case] |
| STATE OF TEXAS, et al. § | |
| § | |
| *Defendants* § | |

## PEREZ PLAINTIFFS' WITNESS LIST

The Perez Plaintiffs provide the following witness list as required by order of this Court.

**2011 House Plan Witnesses**:

1. George Korbel

2. Rep. Joe Moody

3. Rep. Lon Burnam

4. Rep. Rafael Anchia

5. Rep. Garnett Coleman

6. David Richards (attorney's fees)

7. Luis Roberto Vera, Jr. (attorney's fees)

Respectfully submitted,

/s/ David Richards

_____

DAVID RICHARDS
State Bar No. 16846000
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513

Luis Roberto Vera, Jr.
LULAC National General Counsel
State Bar No. 20546740
The Law Offices of Luis Roberto Vera, Jr.
 & Associates
1325 Riverview Towers
111 Soledad
San Antonio, Texas 78205-2260
Tel 210-225-3300
Fax 210-225-2060
lrvlaw@sbcglobal.net

**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June 2014, I served all counsel of record/parties as indicated below:

David Schenck david.schenck@oag.state.tx.us
Matthew Frederick matthew.frederick@oag.state.tx.us
Angela V. Colmenero angela.colmenero@oag.state.tx.us;
Bruce Cohen,  kathleen.morris@oag.state.tx.
Ana M. Jordan ana.jordan@oag.state.tx.us;
David Mattax david.mattax@oag.state.tx.us,
Patrick Sweeten patrick.sweeten@texasattorneygeneral.gov
Jennifer S. Jackson: jsj2@texasattorneygeneral.gov
Jonathan Mitchell jonathan.mitchell@texasattorneygeneral.gov
**Attorneys for Defendant State of Texas**
*Served via the Court's electronic notification system and/or electronic mail*

Nina Perales Nperales@Maldef.Org
Marisa Bono Mbono@Maldef.Org
Mark Anthony Sanchez Masanchez@Gws-Law.Com
Robert W. Wilson Rwwilson@Gws-Law.Com
Nicholas Espiritu, nespiritu@maldef.org
**Attorneys For Maldef, Texas Latino Redistricting Task Force, Rudolfo Ortiz, Armando Cortez, Socorro Ramos, Gregorio Benito Palomino, Florinda Chavez, Cynthia Valadez, Cesar Eduardo Yevenes, Sergio Coronado, Gilberto Torres, Renato De Los Santos, Joey Cardinas, Alex Jimenez, Emedla Menendez, Tomacita Olivares, Jose Olivares, Alejandro Ortiz, Rebecca Ortiz**
*Served via the Court's electronic notification system and/or electronic mail*

Timothy F. Mellett, timothy.f.mellett@usdoj.gov
Byran Sells, bryan.sells@usdoj.gov
Jaye Allison Sitton, jaye.sitton@usdoj.gov
Daniel J. Freeman, Daniel.freeman@usdoj.gov
**Attorneys for the United States**
*Served via the Court's electronic notification system and/or electronic mail*

Luis Roberto Vera, Jr. Irvlaw@Sbcglobal.Net
George Joseph Korbel, Korbellaw@Hotmail.Com
Manuel Escobar, Jr., escobarm1@aol.com
**Attorneys For Intervenor-Plaintiff League Of United Latin American Citizens , Gabriel Y. Rosales, Belen Robels, Ray Velarde, Johnny Villastrigo, Bertha Urteaga, Baldomero Garza, Marcelo H. Tafoya, Raul Villaronga, Asenet T. Armadillo, Elvira Rios, Patricia Mancha**
*Served via the Court's electronic notification system and/or electronic mail*

Gerald H. Goldstein Ggandh@Aol.Com
Donald H. Flanary, III Donflanary@Hotmail.Com
Paul M. Smith Psmith@Jenner.Com
Michael B. Desanctis Mdesanctis@Jenner.Com
Jessica Ring Amunson Jamunson@Jenner.Com
J. Gerald Hebert Hebert@Voterlaw.Com
Jesse Gaines Gainesjesse@ymail.com
**Attorneys For Plaintiffs Quesada, Munoz, Veasey,  Hamilton, King And Jenkins**
*Served via the Court's electronic notification system and/or electronic mail*

Stephen E. Mcconnico smcconnico@scottdoug.com
Sam Johnson sjohnson@scottdoug.com
S. Abraham Kuczaj, III akuczaj@scottdoug.com
Marc Erik Elias, melias@perkinscoie.com
Abha Khanna, akhanna@perkinscoie.com
**Attorneys For Plaintiffs City Of Austin, Travis County, Alex Serna, Balakumar Pandian, Beatrice Saloma, Betty F. Lopez, Constable Bruce Elfant, David Gonzalez, Eddie Rodriguez, Eliza Alvarado, Josey Martinez, Juanita Valdez-Cox, Lionor Sorola-Pohlman, Milton Gerard Washington, Nina Jo Baker, And Sandra Serna**
*Served via the Court's electronic notification system and/or electronic mail*

Jose Garza Garzpalm@Aol.Com
Mark W. Kiehne Mkiehne@Lawdcm.Com
Ricardo G. Cedillo Rcedillo@Lawdcm.Com
Joaquin G. Avila jgavotingrights@gmail.com
Cynthia B. Jones, jones.cynthiab@gmail.com
**Attorneys For Mexican American Legislative Caucus**
*Served via the Court's electronic notification system and/or electronic mail*

Chad W. Dunn chad@brazilanddunn.com
K. Scott Brazil scott@brazilanddunn.com
**Attorneys For Intervenor-Defendants Texas Democratic Party And Boyd Richie**
*Served via the Court's electronic notification system and/or electronic mail*

| | |
|---|---|
| Victor L. Goode vgoode@naacpnet.org<br>**Attorney For Intervenor-Plaintiff The Texas State Conference Of NAACP Branches**<br>*Served via the Court's electronic notification system and/or electronic mail* | Donna Garcia Davidson donna@dgdlawfirm.com<br>Frank M. Reilly reilly@pottsreilly.com<br>**Attorneys For Defendant Steve Munisteri**<br>*Served via the Court's electronic notification system and/or electronic mail* |
| David Escamilla david.escamilla@co.travis.tx.us<br>**Attorney For Plaintiff Travis County**<br>*Served via the Court's electronic notification system and/or electronic mail* | Karen M. Kennard  karen.kennard@ci.austin.tx.us<br>**Attorney For Plaintiffs City Of Austin**<br>*Served via the Court's electronic notification system and/or electronic mail* |
| Rolando L. Rios Rrios@Rolandorioslaw.Com<br>**Attorney For Intervenor-Plaintiff Henry Cuellar**<br>*Served via the Court's electronic notification system and/or electronic mail* | John T. Morris johnmorris1939@hotmail.com<br>**John T. Morris, Pro Se**<br>*Served via the Court's electronic notification system and/or electronic mail* |
| Max Renea Hicks rhicks@renea-hicks.com<br>**Attorney For Plaintiffs City Of Austin, Travis County, Alex Serna, Beatrice Saloma, Betty F. Lopez, Constable Bruce Elfant, David Gonzalez, Eddie Rodriguez, Milton Gerard Washington, And Sandra Serna**<br>*Served via the Court's electronic notification system and/or electronic mail* | Robert Notzon robert@notzonlaw.com<br>Allison Jean Riggs allison@southerncoalition.org<br>Anita Sue Earls anita@southerncoalition.org<br>**Attorneys For Intervenor-Plaintiffs Texas State Conference of NAACP Branches, Earls, Lawson, Wallace, And Jefferson**<br>*Served via the Court's electronic notification system and/or electronic mail* |
| Gary L. Bledsoe Garybledsoe@Sbcglobal.Net<br>**Attorney For Intervenor- Plaintiffs Texas State Conference of NAACP Branches, Eddie Bernice Johnson, Sheila Jackson-Lee, Alexander Green, Howard Jefferson, Bill Lawson and Juanita Wallace**<br>*Served via the Court's electronic notification system and/or electronic mail* | Benjamin S. DeLeon, bdeleon@dwlawtx.com<br>Christopher K. Gober, cgober@goberhilgers.com<br>Eric Christopher Opiela, eopiela@ericopiela.com<br>Hector De Leon, hdeleon@dwlawtx.com<br>Michael Hilgers, mhilgers@goberhilgers.com<br>**Attorneys for Intervenor Francisco Canseco**<br>*Served via the Court's electronic notification system and/or electronic mail* |
| Kent M. Adams<br>Kent.adams@lewisbrisbois.com<br>**Attorney for Intervenor Defendant Sarah M. Davis**<br>*Served via the Court's electronic notification system and/or electronic mail* | Craig T. Enoch<br>cenoch@enochkever.com<br>**Attorney for Intervenor Plaintiff Rod Ponton**<br>*Served via the Court's electronic notification system and/or electronic mail* |

    **/s/ David Richards**

    _____
    **DAVID RICHARDS**