UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, ET.AL. | § | |
| | § | CIVIL NO: |
| vs. | § | SA:11-CV-00360-OLG |
| | § | |
| RICK PERRY, ET.AL. | § | |

**DEFENDANTS' EXHIBIT LIST**
**(2011 HOUSE PLAN BENCH TRIAL)**

** Any and all exhibts offered at this trial, either in open Court or in the four CD's provided to the Court, are admitted by the Court, subject to review and consideration of any objections made by any of the Plaintiffs.

| Exhibit | Description | Date Admitted |
|---|---|---|
| 100 | Plan H100, county maps for H100, and accompanying RED reports from TLC | 07/19/2014 |
| 101 | Plan H195 and accompanying RED reports from TLC | 07/19/2014 |
| 102 | Plan H196 and accompanying RED reports from TLC | 07/19/2014 |
| 103 | Plan H197 and accompanying RED reports from TLC | 07/19/2014 |
| 104 | Plan H198 and accompanying RED reports from TLC | 07/19/2014 |
| 105 | Plan H199 and accompanying RED reports from TLC | 07/19/2014 |
| 106 | Plan Plan H200 and accompanying RED reports from TLC | 07/19/2014 |
| 107 | Plan H201 and accompanying RED reports from TLC | 07/19/2014 |
| 108 | Plan H205 and accompanying RED reports from TLC | 07/19/2014 |
| 109 | Plan H283, county maps under Plan H283, and accompanying RED reports from TLC | 07/19/2014 |
| 110 | Plan H288 and accompanying RED reports from TLC | 07/19/2014 |
| 111 | Plan H292 and accompanying RED reports from TLC | 07/19/2014 |
| 112 | Plan H113 and accompanying RED reports from TLC | 07/19/2014 |
| 113 | Plan H153 and accompanying RED reports from TLC | 07/19/2014 |
| 114 | 2012 Election Data | 07/19/2014 |
| 115 | Transcripts from Redistricting Committee Hearings held on:<br>• June 21, 2010<br>• July 19, 2010<br>• September 1, 2010<br>• September 20, 2010<br>• September 21, 2010<br>• September 22, 2010<br>• October 21, 2010<br>November 20, 2010 | 07/19/2014 |
| 116 | Notice, minutes and witness list for House Committee on | 07/19/2014 |

Redistricting hearings:
- April 16, 2009
- September 30, 2009
- February 10, 2010
- June 2, 2010
- June 21, 2010
- July 19, 2010
- July 20, 2010
- July 21, 2010
- August 19, 2010
- August 18, 2010
- September 20, 2010
- September 21, 2010
- September 22, 2010
- October 18, 2010
- October 20, 2010
- October 27, 2010
- November 17, 2010
- November 20, 2010
- March 1, 2011
- March 15, 2011
- March 24, 2011
- March 25, 2011
- April 1, 2011 (two hearings, no witness lists)
- April 7, 2011
- April 15, 2011
- April 17, 2011
- April 19, 2011 (no witness list)
- May 18, 2011 (no witness list)
- June 2, 2011

June 9, 2011 (no witness list)

| | | |
|---|---|---|
| 117 | Notice, minutes and witness list for Senate Select Committee on Redistricting hearings:<br>• September 1, 2010<br>• September 20, 2010<br>• October 4, 2010<br>• October 5, 2010<br>• October 21, 2010<br>• November 4, 2010<br>• November 20, 2010<br>• February 16, 2011<br>• April 27, 2011<br>• May 4, 2011<br>• May 6, 2011<br>• May 12, 2011<br>• May 13, 2011 (no witness list)<br>• June 3, 2011<br>• June 13, 2011<br>June 20, 2011 (no witness list) | 07/19/2014 |
| 118 | 2010 U.S. Census information for Texas | 07/19/2014 |
| 119 | 2012 U.S. Census information for Texas | 07/19/2014 |
| 120 | Plaintiffs' and Plaintiff-Intervenors' Disclosures | 07/19/2014 |

| 121 | Plaintiffs' and Plaintiff-Intervenors' interrogatory responses | 07/19/2014 |
|---|---|---|
| 122 | David Hanna Memo (April 6, 2011) [PX3 from Section 5 trial] | 07/19/2014 |
| 123 | David Hanna Memo (April 20, 2011) [PX5 from Section 5 trial] | 07/19/2014 |
| 124 | March 2011 Hanna County Line Presentation [PX9 exhibit from Section 5 trial] | 07/19/2014 |
| 125 | Texas Secretary of State's Office, 2008 County Race Summaries [PX33 from Section 5 trial] | 07/19/2014 |
| 126 | Texas Secretary of State's Office, 2010 County Race Summaries [PX34 from Section 5 trial] | 07/19/2014 |
| 127 | House Journal Excerpt - CSHB150 Floor Vote (May 7, 2001) [PX49 from Section 5 trial] | 07/19/2014 |
| 128 | Texas Legislative Council, State and Federal Law Governing Redistricting in Texas (August 19, 2011) [PX50 from Section 5 trial] | 07/19/2014 |
| 129 | U.S. Census Bureau Press Release (February 17, 2011 ) [PX51 from Section 5 trial] | 07/19/2014 |
| 130 | Email Announcing RedAppl Update (February 21, 2011) [PX52 from Section 5 trial] | 07/19/2014 |
| 131 | Email from D. Davis to Gerardo Interiano re Redist Issues (February 18, 2011 ) [DEFPRIV000126] | 07/19/2014 |
| 132 | Email from Gerardo Interiano to D. Davis re Redist Issues (February 18, 2011 ) [DEFPRIV000127] | 07/19/2014 |
| 133 | Email from Jeff Archer to Gerardo Interiano re Dallas County Map (April 24, 2011 ) [DEFPRIV000174-177] | 07/19/2014 |
| 134 | Email from David Hanna to Jeff Archer re Dallas County Map Concur with Archer (April 24, 2011 ) [DEFPRIV000181-182] | 07/19/2014 |
| 135 | Email from David Hanna to Gerardo Interiano re Harris County Discussion (March 7, 2011 ) [DEFPRIV000242] | 07/19/2014 |
| 136 | Email from David Hanna to Gerardo Interiano re Nueces County (March 22, 2011 ) [DEFPRIV000413] | 07/19/2014 |
| 137 | Email from David Hanna to Gerardo Interiano re retrogression benchmark (April 13, 2011 ) [DEFPRIV000562-563] | 07/19/2014 |
| 138 | Email from David Hanna to Gerardo Interiano re performing districts (April 14, 2011) [DEFPRIV000596] | 07/19/2014 |
| 139 | Email from Gerardo Interiano to Lisa Kaufman re County Splitting | 07/19/2014 |

| | vs. Deviation (February 1, 2011) [DEFPRIV000616] | |
|---|---|---|
| 140 | Email from Bonnie Bruce to Jeff Archer re Redistricting Workshop (February 11, 2011) [DEFPRIV000657] | 07/19/2014 |
| 141 | RPVA summary information [PX65 from Section 5 trial] | 07/19/2014 |
| 142 | Email from Todd Hunter to Gerardo Interiano re Raul Torres redistricting (April 18, 2011) [LP000571] | 07/19/2014 |
| 143 | May 2011 82nd Legislature, Regular Session Calendar [PX67 from Section 5 trial] | 07/19/2014 |
| 144 | 2010 American Community Survey 1-Year Estimates, Sex by Age by Citizenship Status (Total and Hispanic) [PX68 from Section 5 trial] | 07/19/2014 |
| 145 | Rep. Solomons Press Releases & Memoranda [PX71 from Section 5 trial] | 07/19/2014 |
| 146 | Census 2010 Texas Population Data Tables [PX75 from Section 5 trial] | 07/19/2014 |
| 147 | Census 2000 Texas Population Data [PX76 from Section 5 trial] | 07/19/2014 |
| 148 | H283 Partisan Shading Slide of HD 41 [PX77 from Section 5 trial] | 07/19/2014 |
| 149 | Bexar County Map [PX80 from Section 5 trial] | 07/19/2014 |
| 150 | Dallas County Map [PX81 from Section 5 trial] | 07/19/2014 |
| 151 | El Paso County Map [PX82 from Section 5 trial] | 07/19/2014 |
| 152 | Harris County Map [PX83 from Section 5 trial] | 07/19/2014 |
| 153 | Tarrant County Map [PX84 from Section 5 trial] | 07/19/2014 |
| 154 | Travis County Map [PX85 from Section 5 trial] | 07/19/2014 |
| 155 | Nueces County Districts Maps [PX88 from Section 5 trial] | 07/19/2014 |
| 156 | Rate of Growth of Texas Counties Maps [PX93 from Section 5 trial] | 07/19/2014 |
| 157 | TX House of Reps, Incumbents Chart (Laminate) [PX96 from Section 5 trial] | 07/19/2014 |
| 158 | El Paso House Districts Map [PX120 from Section 5 trial] | 07/19/2014 |
| 159 | Dukes Handwritten Notes on Travis County Map [PX122 from Section 5 trial] | 07/19/2014 |
| 160 | El Paso & Tarrant Maps [PX123 from Section 5 trial] | 07/19/2014 |
| 161 | Texas Legislature Online - Bill Report (1) [PX127 from Section 5 trial] | 07/19/2014 |
| 162 | Texas Legislature Online - Bill Report (2) [PX128 from Section 5 | 07/19/2014 |

| | trial] | |
|---|---|---|
| 163 | Texas Legislature Online - Bill Search Results (3) [PX131 from Section 5 trial] | 07/19/2014 |
| 164 | Texas Legislature Online - Bill Search Results (4) [PX132 from Section 5 trial] | 07/19/2014 |
| 165 | Tarrant County Map (marked in Court) [PX133 from Section 5 trial] | 07/19/2014 |
| 166 | SOS 2008 Democratic Party Primary Election summary for Tarrant County [PX135 from Section 5 trial] | 07/19/2014 |
| 167 | Graphs - Population Deviations Minority Districts [PX159 from Section 5 trial] | 07/19/2014 |
| 168 | Expert report of Dr. John Alford (March 14, 2014) | 07/19/2014 |
| 169 | Table 7: Deviation in Plan H283: All Districts | 07/19/2014 |
| 170 | Table 8: Drop-In Districts in Plan H283: Average Deviation from County Ideal | 07/19/2014 |
| 171 | Vita of John R. Alford, Ph.D. | 07/19/2014 |
| 172 | Graph A: Deviation from State Ideal Population: All Non-Majority Anglo CVAP House District | 07/19/2014 |
| 173 | Graph B: Deviation from State Ideal Population: All SSVR-Majority House Districts | 07/19/2014 |
| 174 | Graph C: Deviation from State Ideal Population: All Anglo CVAP-Majority Districts | 07/19/2014 |
| 175 | Graph D: Deviation from County Ideal Population: Non-Anglo Majority- CVAP Drop-In Districts | 07/19/2014 |
| 176 | Graph E: Deviation from County Ideal Population: Over 50% SSVR Drop-In Districts | 07/19/2014 |
| 177 | Rebuttal report of Dr. John Alford, and all documents included in the appendix to this report (April 14, 2014) | 07/19/2014 |
| 178 | Table 1: Reconstituted Election Analysis for House District 90 in Plan H309 and Plan H358 | 07/19/2014 |
| 179 | Table 4: Voting-Age Citizenship in Selected Large Counties | 07/19/2014 |
| 180 | Table showing Estimated Hispanic Citizen Voting Age Population (CVAP) for Texas counties, using Census 2000 figures | 07/19/2014 |
| 181 | Table showing Estimated Hispanic Citizen Voting Age Population (CVAP) for Texas counties, using American Community Survey | 07/19/2014 |

| | Special Tabulation, 2008-2012 figures | |
|---|---|---|
| 182 | Racially Polarized Voting Analysis for Plan H100 | 07/19/2014 |
| 183 | Racially Polarized Voting Analysis for Plan H283 | 07/19/2014 |
| 184 | Racially Polarized Voting Analysis for Plan H205 | 07/19/2014 |
| 185 | Racially Polarized Voting Analysis for Plan H292 | 07/19/2014 |
| 186 | District Election Analysis for Plan H100 | 07/19/2014 |
| 187 | District Election Analysis for Plan H283 | 07/19/2014 |
| 188 | District Election Analysis for Plan H205 | 07/19/2014 |
| 189 | District Election Analysis for Plan H292 | 07/19/2014 |
| 190 | Excerpts from House Journal or House Journal Supplements for:<br>• April 20, 2011<br>• April 27, 2011<br>April 28, 2011 | 07/19/2014 |
| 191 | Excerpt from Senate Journal for:<br>May 21, 2011 | 07/19/2014 |
| 192 | February 17, 2011 email from David Hanna to Denise Davis [Theodore Arrington Depo. Ex. 7] | 07/19/2014 |
| 193 | Memo from Rep. Burt R. Solomons to Members of the 82nd Texas House of Representatives re solicitation of input on redistricting bills (March 14, 2011) [Trey Martinez-Fischer Depo. Ex. 24] | 07/19/2014 |
| 194 | Map of a portion of Harris County under Plan H283 showing shading of Asian population (marked during deposition of Rogene Calvert) [Rogene Calvert Depo. Ex. 10] | 07/19/2014 |
| 195 | Printout from Google maps showing Alief neighborhood [Rogene Calvert Depo. Ex. 11 | 07/19/2014 |
| 196 | Printout from Google maps showing Sharpstown [Rogene Calvert Depo. Ex. 12] | 07/19/2014 |
| 197 | Cumulative Report- Official – Harris County, Texas – Joint Election – November 3, 2009 [Rogene Calvert Depo. Ex. 17] | 07/19/2014 |
| 198 | Cumulative Report- Official – Harris County, Texas – Joint Election – November 5, 2013 [Rogene Calvert Depo. Ex. 18] | 07/19/2014 |
| 199 | Information about population deviation per county and ideal district population based on 2000 U.S. Census [Senfronia Thompson Depo. Ex. 7] | 07/19/2014 |
| 200 | Information about population deviation per county and ideal district population based on 2010 U.S. Census [Senfronia Thompson Depo. Ex. 8] | 07/19/2014 |

| 201 | Map of a portion of Harris County under Plan H100 showing shading of Asian population (marked during deposition of Rep. Vo) [Hubert Vo Depo. Ex. 2] | 07/19/2014 |
|---|---|---|
| 202 | Map of House Districts 77 and 78 under Plan H283, with Franklin Mountains shaded [Marisa Marquez Depo. Ex. 3] | 07/19/2014 |
| 203 | Map of House Districts 77 and 78 under Plan H283, with shading for 2008 election [Jose Rodriguez Depo. Ex. 13] | 07/19/2014 |
| 204 | Partisan shading map for Fort Bend County | 07/19/2014 |
| 205 | Email from Gerardo Interiano to Jeff Archer and David Hanna re Nueces County (March 23, 2011) [TEX_2011_0067060-TEX_2011_0067061] | 07/19/2014 |
| 206 | Rep. Burt Solomons' statement upon the release of the Committee Substitute for HB 150, Press Advisory on CSHB 150, April 13, 2011 [Hubert Vo Depo. Ex. 8] | 07/19/2014 |
| 207 | Declaration of Donald ("Dee") Margo (Jan. 10, 2012) [Marisa Marquez Depo. Ex. 4] | 07/19/2014 |
| 206 | Rep. Burt Solomons' statement upon the release of the Committee Substitute for HB 150, Press Advisory on CSHB 150, April 13, 2011 [Hubert Vo Depo. Ex. 8] | 07/19/2014 |
| 207 | Declaration of Donald ("Dee") Margo (Jan. 10, 2012) [Marisa Marquez Depo. Ex. 4] | 07/19/2014 |
| 208 | The History of Canutillo ISD, Canutillo ISD website [Joe Moody Depo. Ex. 23] | 07/19/2014 |
| 209 | Map of HRC1H215 showing configuration of HD 78, signed by Dee Margo [Joe Pickett Depo. Ex. 11] | 07/19/2014 |
| 210 | Corpus Christi Area State House Plan H100 [Abel Herrero Depo. Ex. 1] | 07/19/2014 |
| 211 | Corpus Christi Area State House Plan H283, House districts enacted by the 82nd legislature, 2011 [Abel Herrero Depo. Ex. 3] | 07/19/2014 |
| 212 | House districts per county, 2000 [Abel Herrero Depo. Ex. 7] | 07/19/2014 |
| 213 | Table consisting of county growth comparisons from 2000 to 2010 [Abel Herrero Depo. Ex. 8] | 07/19/2014 |
| 214 | House districts per county, 2010 [Abel Herrero Depo. Ex. 9] | 07/19/2014 |
| 215 | Plan H283 Map (Bexar Co) House Districts Enacted by 82nd Legislature, 2011 [Jose Menendez Depo. Ex. 3] | 07/19/2014 |

| 216 | MALC Membership Directory [Joe Moody Depo. Ex. 3] | 07/19/2014 |
| 217 | Texas Legislative Online List of House Redistricting Meetings [Joe Moody Depo. Ex. 4] | 07/19/2014 |
| 218 | American Community Survey Special Tabulation Estimated Hispanic Citizen Voting Age Population [Jose Rodriguez Depo. Ex. 9] | 07/19/2014 |
| 219 | Harris County House Districts Plan H100 (2011) List of Members and districts [Senfronia Thompson Depo. Ex. 6] | 07/19/2014 |
| 220 | House Districts Per County actual 2000 reflecting ideal population of Texas Counties [Senfronia Thompson Depo. Ex. 7] | 07/19/2014 |
| 221 | House Districts Per County actual 2010 reflecting ideal population of Texas Counties [Senfronia Thompson Depo. Ex. 8] | 07/19/2014 |
| 222 | Table 2 Exhibit from Baker-Gonzales –State and Selected County Latino Population Distribution by Voting Age and Citizenship (2000 and 2010) [Chris Turner Depo. Ex. 17] | 07/19/2014 |
| 223 | Map of a portion of Harris County under Plan H283 showing shading of Asian population (marked during the deposition of Rep. Vo) [Hubert Vo Depo. Ex. 10] | 07/19/2014 |
| 224 | Email from Clare Dyer reflecting Incumbent Locations for Redistricting Project.  Sent to Members of the Texas Senate. (January 11, 2011) [Royce West Depo. Ex. 12] | 07/19/2014 |
| 225 | Email from Raul Torres to Rep. Todd Hunter and Connie Scott Subject Redistricting ( April 18, 2011) [PX66 from Section 5 trial] | 07/19/2014 |
| 226 | Email from Bonnie Bruce to David Hanna, et al. re Schedule (Apr. 8, 2011) [DYER_00000028] | 07/19/2014 |
| 227 | Email from Bonnie Bruce to Denise Davis, et al. re Schedule (March 18, 2011) [TEX_2011_0061388] | 07/19/2014 |
| 228 | Email from Bonnie Bruce to Burt Solomons re Schedule & Issues (Apr. 3, 2011) [TEX_2011_0061418] | 07/19/2014 |
| 229 | Signed Maps from Legislators | 07/19/2014 |
| 230 | Map of Estimated Percent Hispanic CVAP by County (2000 Census) | 07/19/2014 |
| 231 | Map of Estimated Percent Hispanic CVAP by County (2008-2012 ACS) | 07/19/2014 |
| 232 | Signed Travis County Delegation Map | 07/19/2014 |

| | | |
|---|---|---|
| 233 | Signed Tarrant County Delegation Map | 07/19/2014 |
| 234 | Signed Harris County Delegation Map | 07/19/2014 |
| 235 | Email from Eric Opiela to Gerardo Interiano re why (June 13, 2011) [PX163 from Section 5 trial] | 07/19/2014 |
| 236 | Emails from/to Eric Opiela, Jennifer Brown, Lamar Smith, Gerardo Interiano re okay….this has to stop (June 13, 2011) [PX164 from Section 5 trial] | 07/19/2014 |
| 237 | Shapefile PENA H100 from Representative Aaron Pena's RedAppl Account | 07/19/2014 |
| 238 | Shapefile PENA H101 from Representative Aaron Pena's RedAppl Account | 07/19/2014 |
| 239 | Shapefile BEX1 H104 from Speaker Straus's RedAppl Account | 07/19/2014 |
| 240 | Shapefile STRJ H240 from Speaker Straus's RedAppl Account | 07/19/2014 |
| 241 | Shapefile STRJ H243 from Speaker Straus's RedAppl Account | 07/19/2014 |
| 242 | Shapefile SOLO H138 from Representative Solomons's RedAppl Account | 07/19/2014 |
| 243 | Shapefile SOLO H139 from Representative Solomons's RedAppl Account | 07/19/2014 |
| 244 | Shapefile HRC1 H169 from the House Redistricting Committee RedAppl Account | 07/19/2014 |
| 245 | Shapefile HRC1 H240 from the House Redistricting Committee RedAppl Account | 07/19/2014 |
| 246 | Shapefile HRC1 H226 from the House Redistricting Committee RedAppl Account | 07/19/2014 |
| 247 | Shapefile HRC1 H224 from the House Redistricting Committee RedAppl Account | 07/19/2014 |
| 248 | Census 2000-Estimated HCVAP by County | 07/19/2014 |
| 249 | RED 201 for Plan H100 | 07/19/2014 |
| 250 | RED 235 for Plan H100 | 07/19/2014 |
| 251 | RED 200 for Plan H100 | 07/19/2014 |
| 252 | Emails from/to Gordon Johnson, Denise Davis, Speaker Straus, Gerardo Interiano (April 20-April 21, 2011) [J.M. Lozano Depo. Ex. 8] | 07/19/2014 |
| 253 | Map-District 41 Anglo Shading at Block Level PLANH283, Enacted by 82nd Legislature [PX149 from Section 5 trial] | 07/19/2014 |

| | | |
|---|---|---|
| 254 | Email from Erick Erickson to Gerardo Interiano re Morning Briefing: Liars and Lies (April 25, 2011) [D00000861] | 07/19/2014 |
| 255 | Side-by-Side Analysis: Texas House of Representatives Redistricting Current Map vs Proposed Plan H113 Map, prepared by The Election Group, LLC (April 13, 2011) [D00000881] | 07/19/2014 |
| 256 | Email from Ryan Downton to Bryan Eppstein, Gerardo Interiano, Denise Davis re URGENT: Need Perry/McCain Comparison data (April 25, 2011) [D00000888-D00000889] | 07/19/2014 |
| 257 | Keats Norfleet, Bryan Eppstein, Draft-Press Release Former State House Rep Joe Nixon and Former Phil King State House Aid Being Dishonest About House Redistricting Map (April 26, 2011) [D00000896] | 07/19/2014 |
| 258 | Emails and attachment from/to Kim Thole and Gerardo Interiano re List (January 6, 2011) [D000001859-D000001875] | 07/19/2014 |
| 259 | Emails from/to Gerardo Interiano and Gordon Johnson (April 11, 2011) [D00000686] | 07/19/2014 |
| 260 | Emails from/to David Hanna, Bonnie Bruce, Gerardo Interiano, Burt Solomons, Ryan Downton, Denise Davis, Lisa Kaufman re hearing schedule (April 13, 2011) [TEX_2011_0224987-TEX_2011_0224988] | 07/19/2014 |
| 261 | Email from David Hanna to Denise Davis re HB 150 (April 17, 2011) [TEX_2011_0000190] | 07/19/2014 |
| 262 | Emails to/from Gerardo Interiano, Eric Opiela, Clare Dyer, Sam Davenport re Census Data (December 7, 2010-December 13, 2010) [Gerardo Interiano Depo. Ex. 6 (confidential)] | 07/19/2014 |
| 263 | Map of a portion of Harris County under Plan H283 showing shading of Asian population | 07/19/2014 |
| 264 | Map of a portion of Harris County under Plan H100 showing shading of Asian population | 07/19/2014 |
| 265 | Email from Rep. Michael Villarreal to Bexar County House delegation re: Bexar County redistricting (February 24, 2011) [TEX_2011_0061032] | 07/19/2014 |
| 266 | Precinct map of Nueces County under Plan H283 | 07/19/2014 |
| 267 | Letter from Marisa Marquez, Naomi Gonzalez, Dee Margo and Joe Pickett to Hon. Orlando Garcia (February 27, 2012) [ROD00033404] | 07/19/2014 |

| 268 | Plan H308 and accompanying RED reports from TLC | 07/19/2014 |
|---|---|---|
| 269 | RedAppl account report for Rep. Dee Margo | 07/19/2014 |
| 270 | RedAppl account report for House Redistricting Committee | 07/19/2014 |
| 271 | RedAppl account report for Rep. Solomons | 07/19/2014 |
| 272 | RedAppl account report for Rep. Pickett | 07/19/2014 |
| 273 | RedAppl account report for Rep. Garza | 07/19/2014 |
| 274 | Shapefiles from Rep. Margo''s RedAppl account, and maps created from these shapefiles | 07/19/2014 |
| 275 | Shapefiles from House Redistricting Committee's RedAppl account, , and maps created from these shapefiles | 07/19/2014 |
| 276 | Shapefiles from Rep. Solomons' RedAppl account, and maps created from these shapefiles | 07/19/2014 |
| 277 | Shapefiles from Rep. Pickett's RedAppl account, and maps created from these shapefiles | 07/19/2014 |
| 278 | Shapefiles from Rep. Garza's RedAppl account, and maps created from these shapefiles | 07/19/2014 |
| 279 | RED reports from TLC for shapefiles from RedAppl accounts | 07/19/2014 |
| 280 | Spreadsheet showing requests to TLC from Rep. Pickett [TEX_2011_0060613] | 07/19/2014 |
| 281 | Excerpts from Senate Journal for May 17, 2011 | 07/19/2014 |
| 282 | Text of County Line Rule, Texas Const. art. III, § 26 [Hubert Vo Depo Ex. 6] | 07/19/2014 |
| 283 | Letter from Rep. Ruth Jones McClendon to Rep. Trey Martinez Fischer, et al. re Bexar County Redistricting (Mar. 11, 2011) [TEX_2011_0063541] | 07/19/2014 |
| 284 | Map of HD 117 under Plans H100 and H283 | 07/19/2014 |
| 285 | Texas Legislature Online, Legislative History re HB 150, 72nd Legislature (marked during deposition of Gonzalo Barrientos [Gonzalo Barrientos Depo. Ex. 4] | 07/19/2014 |
| 286 | Senate Journal Excerpt – HB 150 Floor Vote (May 24, 1991) [Gonzalo Barrientos Depo. Ex. 5] | 07/19/2014 |
| 287 | Texas Legislature Online, Legislative History re HB 1, 72nd Legislature [Gonzalo Barrientos Depo. Ex. 6] | 07/19/2014 |
| 288 | Legislative Reference Library of Texas, Legislative History re HB 960, 67th Legislature [Gonzalo Barrientos Depo. Ex. 7] | 07/19/2014 |

| 289 | House Study Group bill analysis re HB 960 (May 27, 1981) [Gonzalo Barrientos Depo. Ex. 8] | 07/19/2014 |
|---|---|---|
| 290 | Plan H111 and accompanying RED reports from TLC | 07/19/2014 |
| 291 | Plan H112 and accompanying RED reports from TLC | 07/19/2014 |
| 292 | Legislative Reference Library of Texas, 82nd Legislature, Regular Session Snapshot | 07/19/2014 |
| 293 | Map of HD 77 and HD 78 under Plan H283, marked during deposition of Senator Rodriguez [Jose Rodriguez Depo. Ex. 4] | 07/19/2014 |
| 294 | Map of HD 77 and HD 78 under Plan H100, with Franklin Mountains shaded [Jose Rodriguez Depo. Ex. 8] | 07/19/2014 |
| 295 | Map of HD 41 showing partisan shading, split VTDs under Plan H283 | 07/19/2014 |
| 296 | Map of HD 41 showing Anglo shading under Plan H283 | 07/19/2014 |
| 297 | Shapefile PICK H120 from Representative Pickett's RedAppl Account, and demonstrative map | 07/19/2014 |
| 298 | Map of HD 77 and HD 78 under plan PICK H120 showing SSVR shading | 07/19/2014 |
| 299 | Map of HD 77 and HD 78 under Plan H283 showing SSVR shading | 07/19/2014 |
| 300 | Shapefile SOLO H108 from Rep. Solomon's RedAppl Account, and demonstrative maps | 07/19/2014 |
| 301 | Shapefile SOLO H109 from Rep. Solomon's RedAppl Account, and demonstrative maps | 07/19/2014 |
| 302 | Shapefile SOLO H110 from Rep. Solomon's RedAppl Account, and demonstrative maps | 07/19/2014 |
| 303 | Shapefile MARG H104 from Rep. Margo's RedAppl Account, and demonstrative map | 07/19/2014 |
| 304 | Shapefile PICK H113 from Rep. Pickett's RedAppl Account, and demonstrative map | 07/19/2014 |
| 305 | Shapefile PICK H118 from Rep. Pickett's RedAppl Account, and demonstrative map | 07/19/2014 |
| 306 | Shapefile MARG H103 from Rep. Margo's RedAppl Account, and demonstrative map | 07/19/2014 |
| 307 | Shapefile PICK H111 from Rep. Pickett's RedAppl Account, and demonstrative map | 07/19/2014 |

| 308 | Shapefile HRC1 H267 from the House Redistricting Committee's RedAppl Account, and demonstrative map | 07/19/2014 |
| --- | --- | --- |
| 309 | Shapefile PICK H121 from Rep. Pickett's RedAppl Account, and demonstrative map | 07/19/2014 |
| 310 | Shapefile MARG H105 from Rep. Margo's RedAppl Account, and demonstrative map | 07/19/2014 |
| 311 | Shapefile PICK H110 from Rep. Pickett's RedAppl Account, and demonstrative map | 07/19/2014 |
| 312 | Shapefile PICK H114 from Rep. Pickett's RedAppl Account, and demonstrative map | 07/19/2014 |
| 313 | RedAppl account report for Rep. Joe Straus | 07/19/2014 |
| 314 | RedAppl account report for BEX1 | 07/19/2014 |
| 315 | Rules and Precedents of the Texas House, 82nd Legislature, 2011 | 07/19/2014 |
| 316 | Rules of the Texas Senate, 82nd Legislature, 2011 | 07/19/2014 |
| 317 | RedAppl account report for PLAN | 07/19/2014 |
| 318 | Texas Secretary of State Election Advisory no. 2011-05 [PX152 from Section 5 trial] | 07/19/2014 |
| 319 | Map of HD 105 under H283 showing VTDs and population | 07/19/2014 |
| 320 | Map of HD 77 and HD 78 under PICK H120 showing VTDs and population | 07/19/2014 |
| 321 | Map of HD 77 and HD 78 under Plan H283 showing VTDs and population | 07/19/2014 |
| 322 | RED 119 for Plan 329 | 07/19/2014 |
| 323 | Census Bureau Guidance | 07/19/2014 |
| 324 | RED 116 for Plan H202 | 07/19/2014 |
| 325 | RedAppl account report for David Hanna | 07/19/2014 |
| 326 | DOJ Objection Letter Nov. 16, 2001 | 07/19/2014 |
| 327 | David Hanna memo for Plan H110 | 07/19/2014 |
| 328 | Email from Hanna to Downton and Interiano re: House Committee substitute benchmarks (April 21, 2011) | 07/19/2014 |
| 329 | Email from David Hanna to Jennifer Welch re: calendar rule | 07/19/2014 |
| 330 | Email from David Hanna to Denise Davis re: need input (April 13, 2011) [TEX_2011_0000274] | 07/19/2014 |
| 331 | Map of a portion of Harris County under Plan H100 showing shading of other population | 07/19/2014 |

| 332 | Map of a portion of Harris County under Plan H100 showing shading of other population | 07/19/2014 |
| 333 | Map of a portion of Harris County under Plan H283 showing shading of other population | 07/19/2014 |
| 334 | Map of HD 41 showing partisan shading, split VTD's under Plan H153 | 07/19/2014 |
| 335 | Map of HD 40 showing partisan shading, split VTD's under Plan H113 | 07/19/2014 |
| 336 | Map of HD 105 under H283 showing partisad shading | 07/19/2014 |
| 337 | Map of HD 105 under H283 with total population | 07/19/2014 |
| 338 | Map of HD 104 under H283 with partisan shading | 07/19/2014 |
| 339 | Map of HD 104 under H283 with total population | 07/19/2014 |
| 340 | Map of HD 54 under Plan H100 | 07/19/2014 |
| 341 | Map of HD 54 under Plan H283 | 07/19/2014 |
| 342 | Friends of Texas Public Schools press release | 07/19/2014 |
| 343 | Map of Hidalgo County under HRC1 H287 and Plan H153 | 07/19/2014 |
| 344 | Map of Hidalgo County under HRC1 H287 and Plan H283 | 07/19/2014 |
| 345 | Map of HD 77 and HD 78 under HRC1 H215 | 07/19/2014 |
| 346 | RED report for HCR1 H260 | 07/19/2014 |
| 347 | RED report for SOLO H110 | 07/19/2014 |
| 348 | RED report for HRC1 H261 | 07/19/2014 |
| 349 | Map of HRC1 H215 | 07/19/2014 |
| 350 | RED report for HRC1 H169 | 07/19/2014 |
| | | |
| | | |
| | | |
| | | |
| | | |

*(The Defendants' shall maintain custody and control of all exhibits addmitted at trial which were provided to the Court in four CD's, until final disposition of this case.)*

_____
*ORLANDO L GARCIA*
*UNITED STATES DISTRICT JUDGE*