IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.<br>SA-11-CA-360-OLG-JES-XR<br>[Lead case] |

**PROPOSED ORDER ON DEFENDANTS' MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL**

Before the Court is Defendants' Motion to Certify Order for Interlocutory Appeal. After considering the motion, the Court is of the opinion it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Certify Order for Interlocutory Appeal is hereby GRANTED. The Court's order of March 10, 2017 (ECF No. 1339), will be amended, pursuant to 28 U.S.C. § 1292(b) and Federal Rule of Appellate Procedure 5(a)(3) to state that the question of subject-matter jurisdiction over claims against SB 4, the 2011 congressional redistricting legislation, presents a controlling question of law as to which there is substantial ground for difference of

1

opinion and that an immediate appeal from the order may materially advance the ultimate termination of this litigation.

DATE:_____

_____
**UNITED STATES DISTRICT JUDGE**