UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO.<br>SA-11-CA-360-OLG-JES-XR<br>[Lead Case] |

**QUESADA PLAINTIFFS' DESIGNATION OF EXPERT WITNESS**

Plaintiffs MARGARITA V. QUESADA, ROMEO MUNOZ, MARC VEASEY, JANE HAMILTON, LYMAN KING, JOHN JENKINS, KATHLEEN MARIA SHAW, DEBBIE ALLEN, JAMAAL R. SMITH, and SANRA PUENTE, hereby designate Dr. Allan J. Lichtman as their expert witness.[1]  Pursuant to this Court's Scheduling Order and Federal Rule of Civil Procedure 26(a)(2)(B), plaintiffs are serving on Defendants' counsel today Mr. Lichtman's report and other information prescribed by Rule 26(a)(2)(B).

---

[1] In light of the Court's directive that the parties share expert and fact witnesses, see ECF No. 1389 at 3 n.4, the Quesada plaintiffs intend to rely upon the Rodriguez plaintiffs' expert Dr. Stephen Ansolabehere for testimony regarding their Section 2 results claims.

1

| | |
|---|---|
| Dated: May 26, 2017 | Respectfully submitted,<br><br>/s/ J. Gerald Hebert<br>J. GERALD HEBERT (admitted *pro hac vice*)<br>J. Gerald Hebert P.C.<br>191 Somervelle Street, #405<br>Alexandria, VA 22305<br>703-628-4673<br>hebert@voterlaw.com<br><br>MARK P. GABER (admitted *pro hac vice*)<br>1316 13th St. NW, #1<br>Washington, DC 20005<br>(715) 482-4066<br>mark.gaber@gmail.com<br><br>GERALD H GOLDSTEIN (No. 08101000)<br>Goldstein, Goldstein and Hilley<br>310 S. St. Mary's Street<br>San Antonio, TX 78205-4605<br>210-226-1463/210-226-8367 (facsimile)<br>ggandh@aol.com<br><br>DONALD H. FLANARY, III (No. 24045877)<br>Flanary Law Firm<br>1005 South Alamo<br>San Antonio, TX 78210<br>210-738-8383/210-738-9426 (facsimile)<br>donflanary@hotmail.com<br><br>JESSICA RING AMUNSON (admitted *pro hac vice*)<br>Jenner & Block LLP<br>1099 New York Ave. NW, Ste. 900<br>Washington, DC 20001<br>202-639-6000/202-639-6066 (facsimile)<br>jamunson@jenner.com<br><br>JESSE GAINES<br>P.O. Box 50093<br>Fort Worth, TX 76105<br>817-714-9988<br><br>*Attorneys for the Quesada Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2017, I served a copy of the foregoing on counsel who are registered to receive NEFs through the CM/ECF system. All attorneys who have not yet registered to receive NEFs have been served via first-class mail, postage prepaid.

*/s/ J. Gerald Hebert*
J. GERALD HEBERT