IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, ET AL.,<br>    *Plaintiffs* | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. 11-CV-360-OLG-JES-XR<br>[Lead Case] |
| STATE OF TEXAS, ET AL.,<br>    *Defendants.*<br>_____ | §<br>§<br>§<br>§ | |
| MEXICAN AMERICAN<br>LEGISLATIVE CAUCUS, (MALC)<br>    *Plaintiff*, | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. 11-CV-361 OLG-JES-XR<br>[Consolidated Case] |
| STATE OF TEXAS, ET AL.,<br>    *Defendants*.<br>_____ | §<br>§<br>§<br>§ | |
| TEXAS LATINO REDISTRICTING<br>TASK FORCE, ET AL.,<br>    *Plaintiffs*, | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. 11-CV-361-OLG-JES-XR<br>[Consolidated Case] |
| RICK PERRY,<br>    *Defendant.*<br>_____ | §<br>§<br>§<br>§ | |
| MARGARITA V. QUESADA, ET AL.,<br>    *Plaintiffs*, | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. 11-CV-592-OLG-JES-XR<br>[Consolidated Case] |
| RICK PERRY, ET AL.,<br>    *Defendants.*<br>_____ | §<br>§<br>§<br>§<br>§<br>§ | |

| | |
|---|---|
| JOHN T. MORRIS,<br>    *Plaintiff,*<br><br>VS.<br><br>STATE OF TEXAS, ET AL.,<br><br>    *Defendants.*<br>_____<br><br>EDDIE RODRIQUEZ, ET. AL.,<br>    *Plaintiffs,*<br><br>VS.<br><br>RICKY PERRY, ET. AL.<br>    *Defendants.* | §<br>§<br>§  Civil Action No. 11-CV-615-OLG-JES-XR<br>§               [Consolidated Case]<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 11-CV-635-OLG-JES-XR<br>§               [Consolidated Case]<br>§<br>§<br>§ |

_____

### TEXAS DEMOCRATIC PARTY AND GILBERTO HINOJOSA'S AMENDED DESIGNATION OF EXPERT WITNESSES
_____

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Texas Democratic Party and Gilberto Hinojosa, in his capacity as Chair of the Texas Democratic Party (hereinafter collectively referred to as "TDP"), in the above entitled and numbered cause, and files this Amended Designation of Expert Witnesses and would show this Honorable Court as follows:

TDP acknowledges that the court has dismissed its partisan gerrymander claims. Because of the manner in which this case has developed, TDP has not yet had an opportunity to appeal the Court's decision dismissing its claims. In the intervening years, election data has developed, as has the law concerning partisan gerrymander claims. The Supreme Court is likely to consider a partisan gerrymander case in the next term and this case is likely to be subjected to Supreme Court appellate review. Although TDP

recognizes that is likely to not be permitted to offer evidence at the upcoming trial in this case, it nevertheless desired to timely file an expert designation and report under the developing partisan gerrymander standard of efficiency gap so that it is part of the Court record on appeal.

## I.

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

1. Dr. Michael P. McDonald
   Associate Professor,
   George Mason University Non-Resident Senior Fellow,
   Brookings Institution
   George Mason University
   Dept. of Public and International Affairs
   4400 University Drive - 3F4
   Fairfax, VA 22030-4444
   *Witness will testify with regard to the matters described in the earlier produced reports and the earlier provided deposition.*

2. Chad W. Dunn
   K. Scott Brazil
   Brazil & Dunn
   4201 Cypress Creek Parkway, Suite 530
   Houston, Texas 77068
   *Witness will testify with regard to the reasonableness and necessity of attorney fees at the appropriate time.*

3. Bernard L. Fraga
   Assistant Professor,
   Indiana University
   Woodburn Hall 210
   1100 E. 7th Street
   Bloomington, IN 47405
   *Witness will testify with regard to the matters described in the attached report.*

## II.

## **SUPPLEMENTATION AND CROSS-DESIGNATION**

TDP will designate other experts in accordance with the Court's docket control order and the Federal Rules of Civil Procedure, and therefore, will supplement this response.

TDP hereby cross designates and states that they may call any expert witness identified or designated by any party or any employee or representative of any adverse party, subject to any objections that Intervenors may make concerning the designation or qualifications of those witnesses.

TDP reserves the right to elicit by way of cross examination, opinion testimony from experts or corporate representatives or other witnesses who may be qualified to render expert testimony designated and/or called by other parties to the suit.

TDP reserves the right to elicit by way or direction/cross examination, opinion testimony from fact witnesses who may be qualified to render expert testimony, but are not retained experts at this time, who have expertise in certain areas regarding the facts of this case.

TDP reserves the right to elicit by way of direct/cross examination, opinion testimony for experts designated and/or called by other parties to the suit.  TDP reserves the right to call any expert witness of any party who may be added to this lawsuit.

Dated this 26 day of May, 2017.

                                                        Respectfully submitted,

By:    */s/ Chad W. Dunn*
       Chad W. Dunn
       State Bar No. 24036507
       General Counsel
       TEXAS DEMOCRATIC PARTY
       BRAZIL & DUNN
       K. Scott Brazil
       State Bar No. 02934050
       4201 Cypress Creek Pkwy., Suite 530
       Houston, Texas   77068
       Telephone:   (281) 580-6310
       Facsimile:   (281) 580-6362
       chad@brazilanddunn.com

       ATTORNEY FOR INTERVENOR
       TEXAS DEMOCRATIC PARTY AND
       GILBERTO HINOJOSA, IN HIS
       CAPACITY AS CHAIR OF THE
       TEXAS DEMOCRATIC PARTY

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day May, 2017, this pleading was filed via ECF and electronically served on all counsel of record.