# Bernard L. Fraga

*Contact Information*

Department of Political Science
Indiana University
Woodburn Hall 210
1100 E. 7th. St.
Bloomington, IN 47405

Website: http://bernardfraga.com
E-Mail: bfraga@indiana.edu
Phone: (812) 856-0132

*Academic Affiliations*

**Indiana University**, Bloomington, IN

**Assistant Professor**, Department of Political Science (2013 - )

**Faculty Affiliate**, Center for Research on Race and Ethnicity in Society (2013 - )

**Faculty Affiliate**, Latino Studies Program (2013 - )

*Education*

**Harvard University**, Cambridge, MA

**Ph.D.**, Government and Social Policy (2013)

**A.M.**, Political Science (2011)

**Stanford University**, Stanford, CA

**B.A.**, Political Science and Linguistics (2008)
*Degree Conferred with Distinction and Departmental Honors*

*Publications*

Fraga, Bernard L. and Julie Lee Merseth. (2016) "Examining the Causal Impact of the Voting Rights Act Language Minority Provisions." *Journal of Race, Ethnicity, and Politics* 1 (1): 31-59.

Ansolabehere, Stephen and Bernard L. Fraga. (2016) "Do Americans Prefer Co-Ethnic Representation? The Impact of Race on House Incumbent Evaluations." *Stanford Law Review* 68 (6): 1553-1594.

Fraga, Bernard L. (2016) "Redistricting and the Causal Impact of Race on Voter Turnout." *Journal of Politics* 78 (1): 19-34.

Fraga, Bernard L. (2016) "Candidates or Districts? Reevaluating the Role of Race in Voter Turnout." *American Journal of Political Science.* 60 (1): 97-122.

Fraga, Bernard L. and Eitan D. Hersh. (2011) "Voting Costs and Voter Turnout in Competitive Elections." *Quarterly Journal of Political Science* 5 (4): 339-356.

*Teaching*

**Indiana University**, Bloomington, IN

Voting, Elections, and Public Opinion *(Undergraduate)*

Racial and Ethnic Politics in the U.S. *(Undergraduate)*

Election Law and Voting Rights *(Undergraduate)*

Electoral Politics and Political Participation *(Graduate)*

The Politics of Race, Ethnicity, Gender, and Identity *(Graduate)*

American Politics Workshop *(Graduate)*

| | |
|---|---|
| *Grants, Awards, & Fellowships* | Indiana University Trustees Teaching Award (2015) |
| | Midwest Political Science Association Lucius Barker Award (2015) |
| | Best Dissertation Award Honorable Mention (2014) <br> American Political Science Association Race, Ethnicity, and Politics Section |
| | Harvard Graduate Prize Dissertation Completion Fellowship (2012-2013) |
| | Harvard University Center for American Politics Travel Grant (2012) |
| | Harvard University Certificate of Distinction in Teaching (2011, 2012) |
| | SSRC Graduate Studies Enhancement Grant (2010, 2011, 2012) |
| | NSF-IGERT Doctoral Fellow (2009-2011) <br> Multidisciplinary Program in Inequality & Social Policy, Harvard University |
| | American Political Science Association Minority Fellow (2008-2010) |
| | NSF Graduate Research Fellowship Honorable Mention (2008) |
| | Mellon Mays Undergraduate Fellowship (2006-2008) |
| *Advising & Service* | Political Science Ph.D. Dissertation Committee Member, Ian Anson (Defended June 2015); Laura Bucci; Katelyn Stauffer; Matthew Fowler, *Indiana University* (2013 - ) |
| | Central Eurasian Studies Ph.D. Dissertation Committee Member, Xuan Li, *Indiana University* (2015 - ) |
| | Honors Thesis Mentor, Department of Political Science, *Indiana University* (2014 - 2016) |
| | Faculty Mentor, Cox Research Scholars Program, *Indiana University* (2013 - ) |
| | Member, Diversity and Affirmative Action Committee, Bloomington Faculty Council, *Indiana University* (2016 - ) |
| | Member, Department of Political Science Graduate Program and Admissions Committee, *Indiana University* (2013 - ) |
| | Member, Department of Political Science Undergraduate Program Committee, *Indiana University* (2015-2016) |
| | Member, Department of Political Science Graduate Awards Committee, *Indiana University* (2014-2015) |
| | Member, Center for Research on Race and Ethnicity in Society Postdoc Selection Committee, *Indiana University* (2014) |
| *Professional Activities & Affiliations* | Available upon request. |