UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| MEXICAN AMERICAN LEGISLATIVE | § | |
| CAUCUS, TEXAS HOUSE OF | § | |
| REPRESENTATIVES, (MALC) | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 5:11-CV-0360-OLG-JES-XR |
| | § | (Consolidated) |
| STATE OF TEXAS, *et al.*, | § | |

**PLAINTIFFS, MALC'S, and PEREZ' et al., RULE 26(a)(2)(B) DISCLOSURE OF TESTIFYING EXPERTS FOR JULY 10, 2017 TRIAL[1]**

Plaintiffs, MALC and Perez et al., submits to the parties in this action and to this Court, this, their disclosures required by Rule 26(a)(2)(B), Fed. R. Civ. P. and by order of the Court (dkt. 1389) and would therefore assert as follows:

1. Dr. Robert Brischetto, and Mr. George Korbel may be presented by Plaintiff MALC pursuant to Rules 702, 703, and 705, FRE.

2. Included with this filing are the reports required by Rule 26(a)(2)(B), Fed. R. Civ. P. for each of Plaintiffs designated experts.

DATED: May 26, 2017                                      Respectfully submitted,

                                                          _____/s/ Jose Garza_____
                                                          JOSE GARZA

---

[1] Plaintiff MALC's counsel has been informed that LULAC joins in the submission of the Korbel Report and the demonstration maps offered through that report.

Texas Bar No. 07731950
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
(210) 392-2856
garzpalm@aol.com

JOAQUIN G. AVILA
1160 North 192street,
Apt. No. 3-214
Shoreline, Washington 98133
206-724-3731 (mobile)
javila1948@outlook.com

ATTORNEYS FOR MEXICAN
AMERICAN LEGISLATIVE
CAUCUS, TEXAS HOUSE OF
REP. (MALC)


___/s/ David Richards_____
DAVID RICHARDS
State Bar No. 16846000
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513

ATTORNEY FOR PLAINTIFFS
PEREZ, TAMEZ, HALL, ORTIZ,
SALINAS, DEBOSE, and
RODRIGUEZ

## CERTIFICATE OF SERVICE

     I hereby certify that on the 26th day of May, 2017, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record who have registered with this Court's ECF system, and via first class mail to those counsel who have not registered with ECF.

                                          _____/s/ Jose Garza_____
                                          JOSE GARZA