UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| MEXICAN AMERICAN LEGISLATIVE § | |
| CAUCUS, TEXAS HOUSE OF § | |
| REPRESENTATIVES, (MALC) § | |
| § | |
| *Plaintiff*, § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | 5:11-CV-0360-OLG-JES-XR |
| § | (Consolidated) |
| STATE OF TEXAS, *et al.*, § | |

**PLAINTIFFS, MALC'S, and PEREZ' et al., RULE 26(a)(2)(B) SUPPLEMENTAL DISCLOSURE OF TESTIFYING EXPERTS FOR JULY 10, 2017 TRIAL**

Plaintiffs, MALC and Perez et al., submits to the parties in this action and to this Court, this, their supplemental disclosures. Plaintiffs MALC and Perez by this filing join in the Latino Redistricting Task Force designation of and designate Dr. Henry Flores. Dr. Flores' reports required by Rule 26(a)(2)(B), Fed. R. Civ. P. have been previously submitted to the parties in this action. Therefore, Plaintiffs MALC and Perez, et al. would therefore assert as follows:

1. Dr. Henry Flores may be presented by Plaintiff MALC and or Perez pursuant to Rules 702, 703, and 705, FRE.

2. Previously filed in this action are the reports required by Rule 26(a)(2)(B), Fed. R. Civ. P. for each of Plaintiffs designated experts.

DATED: June 22, 2017                                    Respectfully submitted,

                                                        ____/s/ Jose Garza_____

JOSE GARZA
Texas Bar No. 07731950
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
(210) 392-2856
garzpalm@aol.com

JOAQUIN G. AVILA
1160 North 192street,
Apt. No. 3-214
Shoreline, Washington 98133
206-724-3731 (mobile)
javila1948@outlook.com

ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS, TEXAS HOUSE OF REP. (MALC)


___/s/ David Richards_____
DAVID RICHARDS
State Bar No. 16846000
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513

ATTORNEY FOR PLAINTIFFS PEREZ, TAMEZ, HALL, ORTIZ, SALINAS, DEBOSE, and RODRIGUEZ

## CERTIFICATE OF SERVICE

  I hereby certify that on the 22nd day of June, 2017, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record who have registered with this Court's ECF system, and via first class mail to those counsel who have not registered with ECF.

             _____/s/ Jose Garza_____
             JOSE GARZA