# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants.* | CIVIL ACTION NO. <br> SA-11-CA-360-OLG-JES-XR <br> [Lead case] |

**DEFENDANTS' ADVISORY REGARDING TRIAL ON 2013 REDISTRICTING PLANS**

Defendants submit this Advisory to outline their position on matters pertaining to the upcoming trial on the 2013 redistricting plans and to respond to certain items contained in the Plaintiffs' Joint Advisory (ECF No. 1439) ("Joint Advisory"). In support thereof, Defendants respectfully offer the following:

1.      <u>Time Limits</u>. In their Joint Advisory, Plaintiffs indicate that an estimated 18 hours is needed to present their cases-in-chief on the Texas House and congressional plans combined. Plaintiffs advise that their 18-hour estimate should not include Defendants' cross-examination of Plaintiffs' witnesses. ECF No. 1439 at 1-2.

Defendants believe the Court should impose time limits on each side's presentation of its case-in-chief. Defendants agree that any time limit imposed on a side's case-in-chief should not include the time associated with cross-examination by the opposing side, and should instead be charged to the cross-examining party.

Defendants propose an allotment of 15 hours per side on the Texas House and congressional plans combined. Defendants propose having each side designate an individual charged with keeping the time utilized each trial day, and that at the end of each day the two representatives would provide a reconciled report of time utilized by each side to the Court.

2. <u>Opening and Closing Statements</u>. In light of the compressed time schedule and in the interest of ensuring an efficient use of the Court's and parties' time, Defendants seek guidance from the Court as to whether the Court wishes the parties to forego the presentation of live opening or closing statements at trial. As an alternative to live presentations, Defendants suggest written opening submissions of no more than 8-10 pages of text per side. In the event the Court prefers to hear live opening or closing presentations, Defendants request an opportunity to present opening and closing statements at trial. Defendants further suggest that if the Court decides to hear opening or closing statements live at trial, any such statements should count against a side's time allotment.

3. <u>Order of Trial Presentation</u>. Defendants propose that the presentation of witnesses follow the region-by-region approach utilized in the 2014 trial proceedings. In addition, to the extent any of Defendants' witnesses will testify as to only one region or as to only one of the challenged plans, Defendants suggest that these witnesses—assuming their scheduling availability—should be permitted to testify after the presentation of any Plaintiffs' witnesses in the same grouping. In an effort to ensure an

efficient trial schedule, and in light of the Court's directive that the claims on the Texas House plan will proceed first at trial (ECF No. 1389 at 5), Defendants propose that the parties present their witnesses in the following order: (i) lay and expert witnesses testifying as to only one region of the House plan, completed on a region-by-region basis; (ii) lay and expert witnesses testifying as to the House plan as a whole; (iii) lay and expert witnesses testifying as to only one region of the congressional plan, completed on a region-by-region basis; (iv) lay and expert witnesses testifying as to the congressional plan as a whole; and (v) lay and expert witnesses testifying as to the House and congressional plans as a whole.

4. <u>Expert Reports</u>. In their Joint Advisory, Plaintiffs note that "if the parties are permitted to admit their expert witness reports into evidence, prior to a detailed explanation of the contents, it will streamline the direct examination considerably." ECF No. 1439 at 3. Defendants object to the admission of any expert reports into evidence. Expert reports constitute inadmissible hearsay because they are out-of-court statements by expert witnesses offered to prove their truth. *See* Fed. R. Evid. 801(c); *Bianco v. Globus Med., Inc.*, 30 F. Supp. 3d 565, 570 (E.D. Tex. 2014).

Date: June 26, 2017                          Respectfully submitted.

                                                        /s/ Patrick K. Sweeten

KEN PAXTON                             PATRICK K. SWEETEN
Attorney General of Texas         Senior Counsel for Civil Litigation

JEFFREY C. MATEER              ANGELA V. COLMENERO
First Assistant                         Chief, General Litigation
   Attorney General                      Division

BRANTLEY STARR                   MATTHEW H. FREDERICK
Deputy First Assistant              Deputy Solicitor General
   Attorney General

                                         OFFICE OF THE ATTORNEY GENERAL
JAMES E. DAVIS                     P.O. Box 12548 (MC 059)
Deputy Attorney General          Austin, Texas  78711-2548
   for Litigation                         Tel.: (512) 463-4139
                                         Fax: (512) 474-2697

                                         COUNSEL FOR DEFENDANTS

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this filing was sent on June 26, 2017, via the Court's CM/ECF system and/or email to the following counsel of record:

DAVID RICHARDS
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
512-476-0005
davidr@rrsfirm.com

RICHARD E. GRAY, III
Gray & Becker, P.C.
900 West Avenue, Suite 300
Austin, TX 78701
512-482-0061/512-482-0924 (facsimile)
Rick.gray@graybecker.com
**ATTORNEYS FOR PLAINTIFFS PEREZ, DUTTON, TAMEZ, HALL, ORTIZ, SALINAS, DEBOSE, and RODRIGUEZ**

JOSE GARZA
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, Texas 78209
210-392-2856
garzpalm@aol.com

MARK W. KIEHNE
RICARDO G. CEDILLO
Davis, Cedillo & Mendoza
McCombs Plaza
755 Mulberry Ave., Ste. 500
San Antonio, TX 78212
210-822-6666/210-822-1151 (facsimile)
mkiehne@lawdcm.com
rcedillo@lawdcm.com

GERALD H. GOLDSTEIN
DONALD H. FLANARY, III
Goldstein, Goldstein and Hilley
310 S. St. Mary's Street
San Antonio, TX 78205-4605
210-226-1463/210-226-8367 (facsimile)
ggandh@aol.com
donflanary@hotmail.com

JESSICA RING AMUNSON
Jenner & Block LLP
1099 New York Ave., NW
Washington, D.C. 20001
202-639-6000

J. GERALD HEBERT
191 Somervelle Street, # 405
Alexandria, VA 22304
703-628-4673
hebert@voterlaw.com

JESSE GAINES
P.O. Box 50093
Fort Worth, TX 76105
817-714-9988
gainesjesse@ymail.com
**ATTORNEYS FOR PLAINTIFFS QUESADA, MUNOZ, VEASEY, HAMILTON, KING and JENKINS**

JOAQUIN G. AVILA
P.O. Box 33687
Seattle, WA 98133
206-724-3731/206-398-4261 (facsimile)
jgavotingrights@gmail.com
**ATTORNEYS FOR MEXICAN AMERICAN LEGISLATIVE CAUCUS**

NINA PERALES
MARISA BONO
Mexican American Legal Defense
and Education Fund
110 Broadway, Suite 300
San Antonio, TX 78205
210-224-5476/210-224-5382 (facsimile)
nperales@maldef.org
mbono@maldef.org

MARK ANTHONY SANCHEZ
ROBERT W. WILSON
Gale, Wilson & Sanchez, PLLC
115 East Travis Street, Ste. 1900
San Antonio, TX 78205
210-222-8899/210-222-9526 (facsimile)
masanchez@gws-law.com
rwwilson@gws-law.com
**ATTORNEYS FOR TEXAS LATINO REDISTRICTING TASK FORCE, CARDENAS, JIMENEZ, MENENDEZ, TOMACITA AND JOSE OLIVARES, ALEJANDRO AND REBECCA ORTIZ**

JOHN T. MORRIS
5703 Caldicote St.
Humble, TX 77346
281-852-6388
johnmorris1939@hotmail.com
**JOHN T. MORRIS, PRO SE**

LUIS ROBERTO VERA, JR.
Law Offices of Luis Roberto Vera, Jr.
1325 Riverview Towers
San Antonio, Texas 78205-2260
210-225-3300
lrvlaw@sbcglobal.net

GEORGE JOSEPH KORBEL
Texas Rio Grande Legal Aid, Inc.
1111 North Main
San Antonio, TX 78213
210-212-3600
korbellaw@hotmail.com
**ATTORNEYS FOR INTERVENOR-PLAINTIFF LEAGUE OF UNITED LATIN AMERICAN CITIZENS**

ROLANDO L. RIOS
Law Offices of Rolando L. Rios
115 E Travis Street, Suite 1645
San Antonio, TX 78205
210-222-2102
rrios@rolandorioslaw.com
**ATTORNEY FOR INTERVENOR-PLAINTIFF HENRY CUELLAR**

VICTOR L. GOODE
Asst. Gen. Counsel, NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215-5120
410-580-5120/410-358-9359 (facsimile)
vgoode@naacpnet.org
**ATTORNEY FOR TEXAS STATE CONFERENCE OF NAACP BRANCHES**

6

MAX RENEA HICKS
Law Office of Max Renea Hicks
101 West Sixth Street Suite 504
Austin, TX 78701
512-480-8231/512/480-9105 (facsimile)
**ATTORNEY FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, and SANDRA SERNA**

STEPHEN E. MCCONNICO
SAM JOHNSON
S. ABRAHAM KUCZAJ, III
Scott, Douglass & McConnico
One American Center
600 Congress Ave., 15th Floor
Austin, TX 78701
512-495-6300/512-474-0731 (facsimile)
smcconnico@scottdoug.com
sjohnson@scottdoug.com
akuczaj@scottdoug.com
**ATTORNEYS FOR PLAINTIFFS CITY OF AUSTIN, TRAVIS COUNTY, ALEX SERNA, BALAKUMAR PANDIAN, BEATRICE SALOMA, BETTY F. LOPEZ, CONSTABLE BRUCE ELFANT, DAVID GONZALEZ, EDDIE RODRIGUEZ, ELIZA ALVARADO, JOSEY MARTINEZ, JUANITA VALDEZ-COX, LIONOR SOROLA-POHLMAN, MILTON GERARD WASHINGTON, NINA JO BAKER, and SANDRA SERNA**

GARY L. BLEDSOE
Law Office of Gary L. Bledsoe
316 W. 12th Street, Ste. 307
Austin, TX 78701
512-322-9992/512-322-0840 (facsimile)
garybledsoe@sbcglobal.net
**ATTORNEY FOR INTERVENOR-PLAINTIFFS TEXAS STATE CONFERENCE OF NAACP BRANCHES, TEXAS LEGISLATIVE BLACK CAUCUS, EDDIE BERNICE JOHNSON, SHEILA JACKSON-LEE, ALEXANDER GREEN, HOWARD JEFFERSON, BILL LAWSON, and JUANITA WALLACE**

ROBERT NOTZON
1507 Nueces Street
Austin, TX 78701
512-474-7563/512-474-9489 (facsimile)
robert@notzonlaw.com

ALLISON JEAN RIGGS
ANITA SUE EARLS
Southern Coalition for Social Justice
1415 West Highway 54, Ste. 101
Durham, NC 27707
919-323-3380/919-323-3942 (facsimile)
anita@southerncoalition.org
**ATTORNEYS FOR TEXAS STATE CONFERENCE OF NAACP BRANCHES, EARLS, LAWSON, WALLACE, and JEFFERSON**

7

KAREN M. KENNARD
2803 Clearview Drive
Austin, TX 78703
(512) 974-2177/512-974-2894 (facsimile)
karen.kennard@ci.austin.tx.us
**ATTORNEY FOR PLAINTIFF CITY OF AUSTIN**

DAVID ESCAMILLA
Travis County Asst. Attorney
P.O. Box 1748
Austin, TX 78767
(512) 854-9416
david.escamilla@co.travis.tx.us
**ATTORNEY FOR PLAINTIFF TRAVIS COUNTY**

RICHARD L. DURBIN, JR., T. CHRISTIAN HERREN, JR., TIMOTHY F. MELLETT, JAYE ALLISON SITTON, DANIEL J. FREEMAN
U.S. Department of Justice
Civil Rights Division, Voting Rights
Room 7254 NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
 (202) 305-4355; (202) 305-4143
**ATTORNEYS FOR THE UNITED STATES**

DONNA GARCIA DAVIDSON
PO Box 12131
Austin, TX 78711
512-775-7625/877-200-6001 (facsimile)
donna@dgdlawfirm.com
**ATTY FOR DEFENDANT STEVE MUNISTERI**

CHAD W. DUNN
K. SCOTT BRAZIL
Brazil & Dunn
4201 FM 1960 West, Suite 530
Houston, TX  77068
281-580-6310/281-580-6362 (facsimile)
chad@brazilanddunn.com
scott@brazilanddunn.com
**ATTORNEYS FOR INTERVENOR-DEFS TEXAS DEMOCRATIC PARTY and BOYD RICHIE**

   /s/ Patrick K. Sweeten
Patrick K. Sweeten
Counsel for Defendants

8