**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SHANNON PEREZ, ET AL., | § § § § | |
| Plaintiffs | | |
| v. | § § § § § § | CIVIL ACTION NO.<br>11-CA-360-OLG-JES-XR<br>CONSOLIDATED ACTION<br>[Lead case] |
| STATE OF TEXAS, ET AL. | | |
| Defendants | | |

**TEXAS LATINO REDISTRICTING TASK FORCE, ET AL.
AMENDED PRE-TRIAL EXHIBIT LIST**

Plaintiffs Texas Latino Redistricting Task Force, et al. ("Task Force Plaintiffs") submit their amended pre-trial exhibit list pursuant to the Court's Order [Dkt. 1404]. In addition to the Joint Exhibits of the parties, the Task Force Plaintiffs exhibits include:

1. Deposition excerpts:  Lon Burnam, May 19, 2014

2. Deposition excerpts:  Lon Burnam, June 17, 2014

3. Lon Burnam Deposition Exhibits: 7, 8 (with color original), 9 (with color original), 12- 14, 16, 18- 21, 23- 48, 50, 52, 59, 62- 64

4. Deposition excerpts:  Charles Geren (May 14, 2014)

5. Deposition excerpts:  Gerardo Interiano (May 14, 2014)

6. Deposition excerpts:  Gerardo Interiano (January 20, 2012)

7. Deposition excerpts:  Conor Kenny (May 30, 2014)

8. Deposition excerpts:  Texas Representative Drew Darby (May 20, 2014)

9. Drew Darby Deposition Exhibit 21

10. Deposition excerpts:  Texas Senator Kel Seliger (May 20, 2014)

11. Texas Legislative Council Report:  HD 90 District Election Analysis by Pct. 14D for HD90

12. Map showing precinct returns for Ramon Romero in the 2014 Democratic Primary for HD90

13. Texas Legislative Council Report: Election Analysis with VTD Subtotals: HD90 – H358, 2014 Democratic Primary Election

14. Texas Legislative Council Report: HD 90 District Election Analysis by Pct. 12D for HD90

15. Texas Legislative Council Report: Election Analysis with VTD Subtotals: HD90 – H358, 2012 Democratic Primary Election

16. Map showing precinct returns for Carlos Vasquez in the 2012 Democratic Primary for HD90

17. City of Fort Worth Neighborhood Database Image: Como Neighborhood Association

18. City of Fort Worth Neighborhood Database Image: Fairmount /Southside Local Historic District

19. Supplemental Expert Report of Richard Engstrom (May 26, 2017)

20. Second Supplemental Expert Report of Henry Flores (May 26, 2017)

21. Supplemental Declaration of Florinda Chavez

22. Photos: Ramon Romero Campaign Workers

23. **H100 Map and Plan Statistics**

    a. RED-100

    b. RED-119 (2006-2010, 2007-2011, 2009-2013, 2008-2012, 2011-2015) RED-202 (2008, 2010, 2012, 2014, 2016)

    c. RED-225 (2008G, 2008DP, 2010DP, 2010RP, 2010G, 2012RP, 2014DP, 2014RP, 2014G, 2016RP, 2016G)

    d. RED-315

    e. RED-216 for HD90

24. **H283 Map and Plan Statistics**

    a. RED-100

    b. RED-119 (2006-2010, 2007-2011, 2009-2013, 2008-2012, 2011-2015)

      c. RED-202 (2008, 2010, 2012, 2014, 2016)

      d. RED-225 (2008G, 2008DP, 2010DP, 2010RP, 2010G, 2012RP, 2014DP, 2014RP, 2014G, 2016RP, 2016G)

      e. RED-350 Incumbents by District

      f. RED-216 for HD90

25. **H292 Map and Plan Statistics**

      a. RED-100

      b. RED-119 (2006-2010, 2007-2011, 2009-2013, 2008-2012, 2011-2015)

      c. RED-202 (2008, 2010, 2012, 2014, 2016)

      d. RED-225 (2008G, 2008DP, 2010DP, 2010RP, 2010G, 2012RP, 2014DP, 2014RP, 2014G, 2016RP, 2016G)

      e. RED-350 Incumbents by District

      f. RED-216 for HD90

26. **H309 Map and Plan Statistics**

      a. RED-100

      b. RED-119 (2006-2010, 2007-2011, 2009-2013, 2008-2012, 2011-2015)

      c. RED-202 (2008, 2010, 2012, 2014, 2016)

      d. RED-225 (2008G, 2008DP, 2010DP, 2010RP, 2010G, 2012RP, 2014DP, 2014RP, 2014G, 2016RP, 2016G)

      e. RED-350 Incumbents by District

      f. RED-216 for HD90

27. Map and Plan Packet:  H113 (Rep. Solomons STWD House Proposal)

28. Map and Plan Packet:  H203 (Rep. Burnam Tarrant Co. Amend (H-2F-11) PlanH153)

29. Map and Plan Packet:  H236 (Rep. Burnam Tarrant Co. Amend (H-2F-12) PlanH203)

30. Map and Plan Packet:  H328 (Rep. Burnam Dist 90, 99 Amend SB3 83(1))

31. Map and Plan Packet:  H342 (Rep. Burnam Dist 90, 97, 99 Amend SB3 83(1))

32. Texas Legislative Council Report: RED-340 Plan Overlap Analysis H283 to H309

33. Texas Legislative Council Map: HD 90 in H283 and H309

34. Texas Legislative Council Report: RED-340 Plan Overlap Analysis H358 to H309

35. Texas Legislative Council Map: HD 90 in H309 and H358

36. Texas Legislative Council Report: RED-340 Plan Overlap Analysis H100 to H113

37. Texas Legislative Council Map: HD 90 in H100 and H113

38. Texas Legislative Council Report: HD 90 District Election Analysis by Pct. 12D for CD33

39. Texas Legislative Council Report: HD 90 District Election Analysis by Pct. 14D for CD33 and SD10

40. Texas Legislative Council Report: Plan H358 RED-370 (2012 precincts)

41. Texas Legislative Council Report: Plan H309 RED-370 (2012 precincts)

42. Texas Legislative Council Report: Plan H283 RED-370 (2012 precincts)

43. Texas Legislative Council, RED-202 Plan H134

44. Texas Legislative Council Report: RED-216 for HD90 in Plan H358

45. Texas Legislative Council Report: RED-202 PLAN H358 (2010 and 2012)

46. Videotaped Deposition Excerpts of Lon Burnam

47. Declaration of Interpreter re Lon Burnam Deposition Exhibit 64.

48. Deposition excerpts: Richard Engstrom (July 5, 2017)


DATED: July 7th, 2017                    Respectfully submitted,

MEXICAN AMERICAN LEGAL DEFENSE
 AND EDUCATIONAL FUND

*/s/ Nina Perales*
Nina Perales
TX Bar No. 24005046
Ernest I. Herrera
TX Bar No. 24094718

Celina Moreno
TX Bar No. 24074754
*Denise Hulett
CA Bar No. 121553
*Kip M. Hustace
CA Bar No. 310048
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
FAX (210) 224-5382
Admitted *Pro Hac Vice*
COUNSEL FOR PLAINTIFFS TEXAS LATINO REDISTRICTING TASK FORCE, RUDOLFO ORTIZ, ARMANDO CORTEZ, SOCORRO RAMOS, GREGORIO BENITO PALOMINO, FLORINDA CHAVEZ, CYNTHIA VALADEZ, CESAR EDUARDO YEVENES, SERGIO CORONADO, GILBERTO TORRES, RENATO DE LOS SANTOS, JOEY CARDENAS, ALEX JIMENEZ, EMELDA MENENDEZ, TOMACITA OLIVARES, JOSE OLIVARES, ALEJANDRO ORTIZ, AND REBECCA ORTIZ

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2017, I served a copy of the foregoing document on all counsel who are registered to receive NEFs through this Court's CM/ECF system. All attorneys who are not registered to receive NEFs have been served via email.

*/s/ Nina Perales*
Nina Perales