# In the United States District Court
# for the
# Western District of Texas

| | |
|---|---|
| SHANNON PEREZ, ET AL. | § |
| | § |
| v. | §   SA-11-CV-360 |
| | § |
| GREG ABBOTT, ET AL. | § |

### Notice of Possible Dates for Further Proceedings

The Court acknowledges receipt of the voluminous but helpful post-trial briefs. The court has also examined Document No. 1516, which, as requested, sets forth the dates on which the attorneys are most readily available for further proceedings.

The Court advises that, except in the event of an unexpected contingency, there will be no courtroom proceedings in August or during the week of September 18-22, 2017. The week of Tuesday September 5 through Friday September 8 appears to be available for the Court and all attorneys. The parties are advised to keep that week open, pending further order. Document 1516 reflects that the State is available that week, but no later dates are shown. The State is requested to advise the Court as to which dates beyond September 8 are reasonably feasible, as the plaintiffs have done for the remainder of September.

Nothing in this order is meant to indicate that the Court has reached a decision on any of the issues under submission or that a decision on any issue is

imminent. The Court instead is only attempting to accommodate the various obligations of the parties and attorneys by giving notice of possible near-term proceedings.

SIGNED this 7th day of August, 2017,

_____/s/_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE
on behalf of the panel