# Supreme Court of the United States

No.   17A225

GREG ABBOTT, GOVERNOR OF TEXAS, ET AL.,

　　　　　　　　　　　　　　　　　　　　　　Applicants

v.

SHANNON PEREZ, ET AL.

---

**O R D E R**

---

UPON CONSIDERATION of the application of counsel for the applicants,

IT IS ORDERED that the order of the United States District Court for the Western District of Texas, case No. SA-11-CV-360, entered August 15, 2017, is hereby stayed pending receipt of a response, due on or before Tuesday, September 5, 2017, by 3 p.m., and further order of the undersigned or of the Court.

　　　　　　　　　　　　　　　　　　/s/   Samuel A. Alito, Jr.
　　　　　　　　　　　　　　　　Associate Justice of the Supreme
　　　　　　　　　　　　　　　　　　Court of the United States

Dated this 28th
day of August 2017.