# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
OCT 25 2017
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

October 19, 2017

Clerk
United States District Court for the Western
District of Texas
655 East Durango Boulevard
Hemisfair Plaza
San Antonio, TX  78206

    Re:  Greg Abbott, Governor of Texas, et al.
          v. Shannon Perez, et al.
          No. 17-586
          (Your No. SA-11-CV-360)

Dear Clerk:

    An appeal in the above-entitled case was filed in this Court October 17, 2017 and placed on the docket October 19, 2017, as No. 17-586.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by
                              Jeffrey Atkins
                              Deputy Clerk