# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 30, 2017

**FILED**
NOV 03 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
  DEPUTY

Clerk
United States District Court for the Western
District of Texas
655 East Durango Boulevard
Hemisfair Plaza
San Antonio, TX  78206

Re: Greg Abbott, Governor of Texas, et al.
     v. Shannon Perez, et al.
     No. 17-626
     (Your No. SA-11-CV-360)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court October 27, 2017 and placed on the docket October 30, 2017, as No. 17-626.

Sincerely,

**Scott S. Harris**, Clerk

by
Jacob C. Travers
Case Analyst