IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 11-CA-360-OLG-JES-XR |
| STATE OF TEXAS, et al., | § | [Lead Case] |
| Defendants. | § | |

**SUGGESTION OF DEATH**

The Rodriguez plaintiffs submit the following notice under Fed. R. Civ. Proc. 25(a)(2):

1.   The Rodriguez plaintiffs' live pleading is their Second Amended Complaint (Doc. 896). In ¶ 2.g of this complaint, David Gonzalez is one of the plaintiffs.

2.   Mr. Gonzalez passed away on January 10, 2018.

3.   In light of the rationale in the Court's Order on the NAACP Plaintiffs' Motion to Substitute Plaintiff Intervenor (Doc. 1386), David Gonzalez's claims under the Rodriguez plaintiffs' Second Amended Complaint were extinguished upon his death, and no substitution is permitted.

Respectfully submitted,

__/s/ Renea Hicks_____
Attorney at Law
State Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, Texas 78703-0504
(512) 480-8231 - Telephone
rhicks@renea-hicks.com

ATTORNEY FOR PLAINTIFFS EDDIE
RODRIGUEZ, *ET AL.*, TRAVIS COUNTY,
AND CITY OF AUSTIN

PERKINS COIE LLP

Marc Erik Elias*
Bruce V. Spiva*
Aria C. Branch*
*Admitted *Pro Hac Vice*
700 Thirteenth Street N.W., Suite 600
Washington, DC 20005-3960
(202) 434-1609
(202) 654-9126 FAX
MElias@perkinscoie.com

Abha Khanna*
Admitted *Pro Hac Vice*
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8312
(206) 359-9312 FAX
AKhanna@perkinscoie.com

ATTORNEYS FOR PLAINTIFFS EDDIE
RODRIGUEZ, *ET AL.*

David Escamilla
Travis County Attorney
State Bar No. 06662300
P.O. Box 1748
Austin, Texas 78767
(512) 854-9416
fax (512) 854-4808

Attorney for Plaintiff Travis County

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2018, I filed a copy of the foregoing for service on counsel of record in this proceeding through the Court's CM/ECF system.

__/s/ Renea Hicks_____
Max Renea Hicks