# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **SHANNON PEREZ, ET AL,** § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Civ. No. SA-11-CV-360-OLG-JES-XR |
| § | |
| **RICK PERRY, ET AL.** § | |
| § | |
| *Defendant*. § | |
| § | |

## ORDER

On this day came on to be considered the status of this case.

The United States Supreme Court issued its opinion in *Abbott v. Perez*, 2018 WL 3096311 (U.S. June 25, 2018). In No. 17-586 it reversed this court's opinion at 274 F. Supp. 3d 624; in No. 17-626 it reversed in part and affirmed in part this court's opinion at 267 F. Supp. 3d 750, and it remanded. The Supreme Court's mandate is expected forthwith. In the only change that was ordered to the current maps, the Court held that HD 90 is an impermissible racial gerrymander; it remanded for determination of what remedy, if any, is appropriate.

The parties are directed to file, by August 6, 2018, advisories stating whether there is agreement on what remedy, if any, should be ordered for HD 90 and adjoining districts and if not, what the nature of the disagreement is. On the basis of the advisories, this court will determine how to proceed regarding HD 90.

Irrespective of what the parties report as to HD 90, they should advise the court, by August 29, as to what, if any, other issues remain in this case.

In conformity with the Supreme Court's opinion, Plaintiffs' motion for permanent injunction (docket No. 1344) is DENIED. Regardless of what is decided for HD 90, all the maps for the 2018 elections will remain the same as for 2016.

The motion of J. Seth Johnson to withdraw (docket no. 1585) is GRANTED.

The parties are to notify the Court whether the Quesada Plaintiffs' motion for discovery-related attorney's fees (docket no. 1539) is moot.

SIGNED this 3rd day of July, 2018 on behalf of the Three-Judge Panel.

_____/ s /_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE