FILED

JUL 27 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

5:11-cv-360-OLG-
JES-
XR

## Supreme Court of the United States

No. 17-586

GREG ABBOTT, GOVERNOR OF TEXAS, ET AL.,

Appellants

v.

SHANNON PEREZ, ET AL.;

and

No. 17-626

GREG ABBOTT, GOVERNOR OF TEXAS, ET AL.,

Appellants

v.

SHANNON PEREZ, ET AL.

ON APPEALS from the United States Court District Court for the Western District of Texas.

THESE CAUSES came on to be heard on the transcript of the record from the above court and were argued by counsel.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court in *Greg Abbott, Governor of Texas* v. *Shannon Perez, et al.*, No. 17-586 is reversed with costs, and the case is remanded to the United States District Court for the Western District of Texas for further proceedings consistent with the opinion of this Court. It is also ordered and adjudged by this Court that the judgment of the above court in *Greg Abbott, Governor of Texas* v. *Shannon Perez, et al.*, No. 17-626 is reversed in part and affirmed in part with costs, and the case is remanded to the United States District Court for the Western District of Texas for further proceedings consistent with the opinion of this Court.

IT IS FURTHER ORDERED that the appellants Greg Abbott, Governor of Texas, et al. recover from Shannon Perez, et al., Twelve Thousand Four Hundred and Thirty Dollars and Eighty-five Cents ($12,430.85) for costs herein expended.

June 25, 2018

Case No. 17-586

| | |
|---|---|
| Printing of record: | $11,830.85 |
| Clerk's costs: | 300.00 |
| Total: | $12,130.85 |

Case No. 17-626

| | |
|---|---|
| Clerk's costs: | $300.00 |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States

*[signature]*