UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SHANNON PEREZ, *et. al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | C.A. SA-11-CA-360-OLG-JES-XR |
| STATE OF TEXAS, et. al., | § § § | |
| *Defendants*, | § § § § | |

ADVISORY OF PLAINTIFF-INTERVENOR UNITED STATES
CONGRESSMAN HENRY CUELLAR[1]

TO THE HONORABLE JUDGES OF SAID COURT:

Pursuant to this Courts Order of July 3, 2018 (DKT # 1586) Congressman Cuellar has no claim concerning HD 90 and therefore has no comment on what remedy, if any, should be ordered.

DATED: August 6, 2018

    Respectfully Submitted,

    **_Rolando L. Rios/s/_**
    ROLANDO L. RIOS
    115 E. Travis, Suite 1645
    San Antonio, Texas 78205
    Ph: (210) 222-2102
    Fax: (210) 222-2898
    E-mail:rrios@rolandorioslaw.com
    SBN: 16935900
    Attorney for Intervenor Cuellar

CERTIFICATE OF SERVICE

I certify that on this a true and correct copy of this Advisory of US Congressman Henry Cuellar has been served upon the Defendants using the electronic filing system.

**_Rolando L. Rios/s/_**