IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al., § | | |
|     Plaintiffs, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. |
| § | | 11-CA-360-OLG-JES-XR |
| STATE OF TEXAS, et al., § | | [Lead Case] |
|     Defendants. § | | |

**ADVISORY ON REMAINING ISSUES IN CONGRESSIONAL CASE**

The Rodriguez Plaintiffs, the NAACP Plaintiffs, the LULAC Plaintiffs, and the African-American Congresspersons (collectively, "Joint Plaintiffs") submit this advisory in response to the Court's direction that the parties advise it by no later than August 29, 2018, as to "what, if any, issues remain in this case." ECF No. 1586. The list of issues below is limited to the congressional part of this case:

**REMAINING ISSUES**

1. Whether the plaintiffs are to be provided relief under Section 3(c) of the Voting Rights Act, 52 U.S.C. § 10302(c), for the Fourteenth Amendment violations found by the Court with respect to certain districts in Plan C185. *See* Amended Order, May 2, 2017 (ECF No. 1390) at 164-65 (holding that Plan C185 violates Fourteenth Amendment as to CDs 26, 35, and other district lines drawn in the Dallas-Fort Worth area).

2. Whether the plaintiffs are entitled to an award of attorney fees, expert fees, and litigation expenses under 42 U.S.C.§ 1988(b) and 52 U.S.C. § 103010(e) for any judicial relief provided concerning: (a) the 2012 Texas congressional elections; or (b) 52 U.S.C. § 10302(c).

**REMAINING JUDICIAL ACTION**

With respect to Issue No. 1 (the bail-in issue), the Joint Plaintiffs will provide briefing on this issue, should the Court direct it, on whatever schedule the Court decides is appropriate. Issue No. 2 (the fee issue) only becomes ripe upon issuance of a final judgment, *see* W.D. Tex. Loc. R. CV-7j, so briefing on the issue is premature at this point.

    Respectfully submitted,

    __/s/ Renea Hicks_____
    Attorney at Law
    State Bar No. 09580400
    Law Office of Max Renea Hicks
    P.O. Box 303187
    Austin, Texas 78703-0504
    (512) 480-8231 - Telephone
    rhicks@renea-hicks.com

    ATTORNEY FOR PLAINTIFFS EDDIE RODRIGUEZ, *ET AL.*, TRAVIS COUNTY, AND CITY OF AUSTIN

    PERKINS COIE LLP

    Marc Erik Elias*
    Bruce V. Spiva*
    Aria C. Branch*
    *Admitted *Pro Hac Vice*
    700 Thirteenth Street N.W., Suite 600
    Washington, DC 20005-3960
    (202) 434-1609
    MElias@perkinscoie.com

    Abha Khanna*
    Admitted *Pro Hac Vice*
    1201 Third Avenue, Suite 4800
    Seattle, WA 98101-3099
    (206) 359-8312
    (206) 359-9312 FAX
    AKhanna@perkinscoie.com

    ATTORNEYS FOR PLAINTIFFS EDDIE RODRIGUEZ, *ET AL.*

David Escamilla
Travis County Attorney
State Bar No. 06662300
P.O. Box 1748
Austin, Texas 78767
(512) 854-9416
fax (512) 854-4808

Attorney for Plaintiff Travis County

 /s/ Allison J. Riggs
Allison J. Riggs
N.C. State Bar No. 40028
(Admitted Pro Hac Vice)
Jaclyn Maffetore
N.C. State Bar No. 50849
(Admitted Pro Hac Vice)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
Allison@southerncoalition.org

Robert Notzon
Law Office of Robert S. Notzon
State Bar Number 00797934
1502 West Avenue
Austin, Texas 78701
512-474-7563
512-852-4788 fax
Robert@NotzonLaw.com

Victor L. Goode
Assistant General Counsel
NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215-3297
Telephone: 410-580-5120
Fax: 410-358-9359
vgoode@naacpnet.org

*Attorneys for the Texas State Conference of NAACP Branches and Rev. Lawson*

  /s/ Gary L. Bledsoe  
Gary L. Bledsoe  
  State Bar No. 02476500  
  7901 *Cameron Road*, Building 3-360  
  Austin, Texas 78754  
  Telephone: 512-322-9992  
  Fax: 512-322-0840  
  Garybledsoe@sbcglobal.net  

*Attorney for Howard Jefferson and Congresspersons Eddie Bernice Johnson, Al Green, and Sheila Jackson-Lee*

  /s/ Luis Roberto Vera, Jr.  
Luis Roberto Vera, Jr.  
LULAC National General Counsel  
SBN: 20546740  
THE LAW OFFICES OF LUIS ROBERTO VERA, JR & ASSOCIATES  
1325 Riverview Towers  
111 Soledad  
San Antonio, Texas 78205-2260  
210-225-3300 office 210-225-2060 fax  

*Attorney for LULAC Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2018, I filed a copy of the foregoing for service on counsel of record in this proceeding through the Court's CM/ECF system.

  /s/ Renea Hicks  
Max Renea Hicks

4