IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al., § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. |
| § | | 11-CA-360-OLG-JES-XR |
| STATE OF TEXAS, et al., § | | [Lead Case] |
| Defendants. § | | |

**ADVISORY ON REMAINING ISSUES IN STATE HOUSE CASE**

The NAACP Plaintiffs, the LULAC Plaintiffs, and the Perez Plaintiffs submit this advisory in response to the Court's direction that the parties advise it by no later than August 29, 2018, as to "what, if any, issues remain in this case." ECF No. 1586. The list of issues below is specific to the State House portion of this case:

**REMAINING ISSUES**

1. Whether the plaintiffs are to be provided relief under Section 3(c) of the Voting Rights Act, 52 U.S.C. § 10302(c), for the Fourteenth Amendment violations found by the Court with respect to certain districts in Plan H283. *See* Order, April 20, 2017 (ECF No. 1365) at 155 (holding that '[w]ith regard to the intentional vote dilution claims under § 2 and the Fourteenth Amendment, the Court finds that Plaintiffs proved their claims in El Paso County (HD78), Bexar County (HD117), Nueces County (the elimination of HD33 and the configuration of HD32 and HD34), HD41 in the Valley, Harris County, western Dallas County (HD103, HD104, and HD105), Tarrant County (HD90, HD93), Bell County (HD54), and with regard to Plan H283 as a whole.).

2. Whether the plaintiffs are entitled to an award of attorney fees, expert fees, and litigation expenses under 42 U.S.C. § 1988(b) and 52 U.S.C. § 103010(e) for any judicial relief provided concerning: (a) the 2012 Texas state house elections; or (b) 52 U.S.C. § 10302(c).

## REMAINING JUDICIAL ACTION

With respect to Issue No. 1 (the bail-in issue), the Joint Plaintiffs will provide briefing on this issue, should the Court direct it, on whatever schedule the Court decides is appropriate (now or after resolution of the 2013 HD 90 issue). Issue No. 2 (the fee issue) only becomes ripe upon issuance of a Final Judgment, so briefing on the issue is premature at this point.

Respectfully submitted,

  /s/ Allison J. Riggs
Allison J. Riggs
N.C. State Bar No. 40028
(Admitted Pro Hac Vice)
Jaclyn Maffetore
N.C. State Bar No. 50849
(Admitted Pro Hac Vice)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
Allison@southerncoalition.org

Robert Notzon
Law Office of Robert S. Notzon
State Bar Number 00797934
1502 West Avenue
Austin, Texas 78701
512-474-7563
512-852-4788 fax
Robert@NotzonLaw.com

Victor L. Goode
Assistant General Counsel

2

NAACP
4805 Mt. Hope Drive
Baltimore, MD 21215-3297
Telephone: 410-580-5120
Fax: 410-358-9359
vgoode@naacpnet.org

*Attorneys for the Texas State Conference of NAACP Branches and Rev. Lawson*

 /s/ Gary L. Bledsoe
Gary L. Bledsoe
  State Bar No. 02476500
  7901 *Cameron Road*, Building 3-360
  Austin, Texas 78754
  Telephone: 512-322-9992
  Fax: 512-322-0840
  Garybledsoe@sbcglobal.net

*Attorney for Howard Jefferson*

 /s/ Luis Roberto Vera, Jr.
  Luis Roberto Vera, Jr.
  LULAC National General Counsel
  SBN: 20546740
  THE LAW OFFICES OF LUIS ROBERTO VERA, JR & ASSOCIATES
  1325 Riverview Towers
  111 Soledad
  San Antonio, Texas 78205-2260
  210-225-3300 office 210-225-2060 fax

*Attorney for LULAC Plaintiffs*

*/s/ David Richards*

DAVID RICHARDS
Texas Bar No. 1684600
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
512-476-0005
davidr@rrsfirm.com

*ATTORNEY FOR PLAINTIFFS PEREZ, et al.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of August, 2018, I filed a copy of the foregoing for service on counsel of record in this proceeding through the Court's CM/ECF system.

                                                        */s/Allison J. Riggs*
                                                        Allison J. Riggs