UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, *et al.*, ) | |
| ) | CIVIL ACTION NO. |
| *Plaintiffs*, ) | SA-11-CA-360-OLG-JES-XR |
| ) | |
| v. ) | |
| ) | |
| STATE OF TEXAS, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**US CONGRESSMAN HENRY CUELLAR ADVISORY TO THE COURT CONCERNING THIS COURT'S ORDER OF AUGUST 30, 2018, ECF No. 1600**

This is to advise the Court that Congressman Cuellar associates himself with the brief filed by the Texas Latino Redistricting Task Force concerning the need for further equitable relief under Section 3(c) of the Voting Rights Act of 1965, 52 U.S.C. § 10302(c).

DATED: November 30, 2018                     Respectfully Submitted,

*Rolando L. Rios*
ROLANDO L. RIOS
110 E. Broadway, # 355
San Antonio, Texas 78205
Ph: (210) 222-2102
Fax: (210) 222-2898
E-mail:rrios@rolandorioslaw.com
By: Rolando L. Rios /s/
ROLANDO L. RIOS
SBN: 16935900
Attorney for Plaintiff-Intervenor Cuellar
The Law Offices of Rolando L. Rios
The Milam Building

CERTIFICATE OF SERVICE

I certify that on this a true and correct copy of this Advisory of US Congressman Henry Cuellar has been served upon the Defendants using the electronic filing system.

*Rolando L. Rios*