UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et. al., | § § § § § § § § § § § § | |
| PLAINTIFFS, | | |
| V. | | CIVIL ACTION NO. SA-11-CA-360-OLG-JES-XR |
| STATE OF TEXAS, et. al., | | |
| DEFENDANTS | | |

## AMICUS' MOTION TO SUBSTITUTE COUNSEL

Amicus counsel, the Bexar County District Attorney's Office, files this Motion to Substitute Counsel in the above referenced case. As of January 1, 2019, Mr. Clarkson F. Brown is no longer with the Bexar County District Attorney's Office. Therefore, the Bexar County District Attorney's Office asks that the following attorney be substituted as Amicus counsel in this matter.

    PAMELA M. BELL
    State Bar No. 24036210
    Assistant District Attorney- Civil Division
    101 W. Nueva, Suite 735
    San Antonio, Texas 78205-3030
    Phone (210) 335-2170
    Fax (210) 335-2773
    Email: Pamela.Bell@bexar.org

This substitution is not being done for purposes of delay.

Respectfully submitted,

JOE D. GONZALES
Bexar County Criminal DA

/s/ Pamela M. Bell
ADA PAMELA M. BELL
State Bar No. 24036210
101 W. Nueva, Suite 735
San Antonio, Texas 78205-3030
Phone (210) 335-2170
Fax (210) 335-2773
Email: Pamela.Bell@bexar.org
Attorney for Defendant

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I do hereby certify on the 29th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to the counsel:

**David R. Richards**
Richards Rodriguez & Skeith, LLP
816 Congress, Suite 1200
Austin, TX 78701
(512)476-0005
Fax: (512)476-1513
Email: davidr@rrsfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Luis Roberto Vera , Jr.**
Law Offices of Luis Roberto Vera & Associates, P.C.
111 Soledad
Suite 1325
San Antonio, TX 78205-2260
(210) 225-3300
Fax: 210/225-2060
Email: lrvlaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Edwin Gray , III**
Gray & Becker, P.C.
900 West Avenue
Suite 300
Austin, TX 78701-0001
(512) 482-0061
Fax: 512/482-0924
Email: rick.gray@graybecker.com

/s/ Pamela M. Bell
PAMELA M. BELL

3