IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, ET AL., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No.  SA-11-CV-360 |
| | § | |
| GREG ABBOTT, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

On August 30, 2018, this Court ordered that, if no action was taken by the Legislature to introduce a redistricting bill directed at remedying the unconstitutional racial gerrymandering found in HD90 in Plan H358, the parties should be prepared to submit proposals. When it became apparent that there would be no legislative remedy, the Court ordered the parties to submit proposals and indicated that it would then set a hearing to consider them. Docket no. 1619. The parties have now submitted three proposals: Plan H407/Plan H283 (Texas Latino Redistricting Task Force); Plan H411 (MALC); and Plan H328 (Defendants).

The Court will hear arguments and consider any related witness testimony and evidence concerning the proposed remedial plans at **1:30 p.m. on Thursday, May 2, 2019**. Plaintiffs jointly shall have 1 hour to present evidence and arguments, and Defendants shall have 1 hour to present evidence and arguments. The Court notes that it previously rejected the Task Force's proposal to use Plan H407/Plan H283 and thus directs Plaintiffs to focus their efforts on Plan H411. Parties should file an opinion summary and/or expert report for any

expert they intend to present, as well as a plan packet for their proposed plan (with a map and relevant statistical data) no later than **Thursday, April 25, 2019**.

The Court will also hear arguments on Plaintiffs' request for bail-in relief under § 3(c) of the Voting Rights Act. The Court will consider only whether Texas should be required to submit for preclearance its plans for the Texas House and United States House in the next decennial redistricting cycle, as well as any mid-decade proposals for such plans. Plaintiffs jointly shall have 30 minutes to present arguments, and Defendants shall have 30 minutes to present arguments.

SIGNED this 28th day of March, 2019 on behalf of the Three-Judge Panel.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE