Red-100
Data: 2010 Census
PLANH411 02/07/2019 3:14:13 PM

Case 5:11-cv-00360-OLG-JES-XR   Document 1624-3   Filed 04/25/19   Page 1 of 6

District Population Analysis with County Subtotals

Texas Legislative Council
04/22/19 1:11 PM
Page 1 of 2

**HOUSE DISTRICTS - PLANH411**

| | |
|---|---:|
| Total State Population | 25,145,561 |
| Total Districts Required | 150 |
| Ideal District Population | 167,637 |
| Unassigned Population | 24,484,901 |
| Districts in Plan | 4 |
| Unassigned Geography | Yes |
| Districts Contiguous | Yes |

| | Population | Total | Percent |
|---|---:|---:|---:|
| | | --------Deviation-------- | |
| Plan Overall Range | | 7,267 | 4.33% |
| Smallest District (95) | 161,634 | -6,003 | -3.58% |
| Largest District (97) | 168,901 | 1,264 | 0.75% |
| Average (mean) | 165,165 | 3,104 | 1.85% |

PLANH411

Red-100
Data: 2010 Census
PLANH411   02/07/2019 3:14:13 PM

Case 5:11-cv-00360-OLG-JES-XR   Document 1624-3   Filed 04/25/19   Page 2 of 6

Texas Legislative Council
04/22/19 1:11 PM
Page 2 of 2

District Population Analysis with County Subtotals

**HOUSE DISTRICTS - PLANH411**

|  | Deviation |  | Total | Anglo | Black | Hisp | B+H | Other | %A | %B | %H | %BH | %O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT 90** | -4,376 | Total: | 163,261 | 21,626 | 18,020 | 121,961 | 138,861 | 2,774 | 13.2 | 11.0 | 74.7 | 85.1 | 1.7 |
|  | -2.61 % | VAP: | 108,428 | 18,455 | 12,829 | 75,585 | 87,894 | 2,079 | 17.0 | 11.8 | 69.7 | 81.1 | 1.9 |
| Tarrant (9%) |  |  | 163,261 | 21,626 | 18,020 | 121,961 | 138,861 | 2,774 | 13.2 | 11.0 | 74.7 | 85.1 | 1.7 |
| **DISTRICT 95** | -6,003 | Total: | 161,634 | 36,645 | 74,684 | 46,614 | 119,813 | 5,176 | 22.7 | 46.2 | 28.8 | 74.1 | 3.2 |
|  | -3.58 % | VAP: | 115,752 | 32,338 | 52,245 | 28,099 | 79,664 | 3,750 | 27.9 | 45.1 | 24.3 | 68.8 | 3.2 |
| Tarrant (9%) |  |  | 161,634 | 36,645 | 74,684 | 46,614 | 119,813 | 5,176 | 22.7 | 46.2 | 28.8 | 74.1 | 3.2 |
| **DISTRICT 97** | 1,264 | Total: | 168,901 | 106,818 | 23,585 | 32,103 | 54,794 | 7,289 | 63.2 | 14.0 | 19.0 | 32.4 | 4.3 |
|  | 0.75 % | VAP: | 131,335 | 89,622 | 15,832 | 20,663 | 36,090 | 5,623 | 68.2 | 12.1 | 15.7 | 27.5 | 4.3 |
| Tarrant (9%) |  |  | 168,901 | 106,818 | 23,585 | 32,103 | 54,794 | 7,289 | 63.2 | 14.0 | 19.0 | 32.4 | 4.3 |
| **DISTRICT 99** | -773 | Total: | 166,864 | 111,729 | 9,223 | 39,934 | 48,546 | 6,589 | 67.0 | 5.5 | 23.9 | 29.1 | 3.9 |
|  | -0.46 % | VAP: | 122,934 | 87,896 | 5,915 | 24,484 | 30,148 | 4,890 | 71.5 | 4.8 | 19.9 | 24.5 | 4.0 |
| Tarrant (9%) |  |  | 166,864 | 111,729 | 9,223 | 39,934 | 48,546 | 6,589 | 67.0 | 5.5 | 23.9 | 29.1 | 3.9 |

Red-202
Data: 2010 Census
PLANH411   02/07/2019 3:14:13 PM

Case 5:11-cv-00360-OLG-JES-XR   Document 1624-3   Filed 04/25/19   Page 3 of 6

Texas Legislative Council
04/22/19 1:11 PM
Page 1 of 1

# Population and Voter Data
## with Voter Registration Comparison
### HOUSE DISTRICTS - PLANH411

| District | Deviation | | Total | %A | %B | %H | %BH | %O | General Election | Turnout | Total | SSVR | TO/VR | Total | SSVR | TO/VR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Population | | | | | Total Voter Registration | | | Non-Suspense Voter Registration | | |
| 90 | -4,376 | Total: | 163,261 | 13.2 | 11.0 | 74.7 | 85.1 | 1.7 | 2018 | 27,071 | 62,043 | 50.6 % | 43.6 % | 55,774 | 52.5 % | 48.5 % |
| | -2.61% | VAP: | 108,428 | 17.0 | 11.8 | 69.7 | 81.1 | 1.9 | 2016 | 28,257 | 58,226 | 49.9 % | 48.5 % | 52,711 | 51.6 % | 53.6 % |
| 95 | -6,003 | Total: | 161,634 | 22.7 | 46.2 | 28.8 | 74.1 | 3.2 | 2018 | 43,612 | 91,676 | 13.4 % | 47.6 % | 78,355 | 14.1 % | 55.7 % |
| | -3.58% | VAP: | 115,752 | 27.9 | 45.1 | 24.3 | 68.8 | 3.2 | 2016 | 47,436 | 88,118 | 12.1 % | 53.8 % | 76,258 | 12.6 % | 62.2 % |
| 97 | 1,264 | Total: | 168,901 | 63.2 | 14.0 | 19.0 | 32.4 | 4.3 | 2018 | 67,408 | 111,572 | 10.6 % | 60.4 % | 95,945 | 10.7 % | 70.3 % |
| | 0.75% | VAP: | 131,335 | 68.2 | 12.1 | 15.7 | 27.5 | 4.3 | 2016 | 70,254 | 107,316 | 10.0 % | 65.5 % | 93,114 | 10.0 % | 75.4 % |
| 99 | -773 | Total: | 166,864 | 67.0 | 5.5 | 23.9 | 29.1 | 3.9 | 2018 | 59,130 | 110,322 | 15.2 % | 53.6 % | 96,253 | 15.5 % | 61.4 % |
| | -0.46% | VAP: | 122,934 | 71.5 | 4.8 | 19.9 | 24.5 | 4.0 | 2016 | 63,761 | 103,413 | 14.4 % | 61.7 % | 90,955 | 14.8 % | 70.1 % |

For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR = Spanish surname voter registration
51122

Red-116
Data: 2013-2017 ACS; 2010 Census
PLANH411   02/07/2019 3:14:13 PM

Case 5:11-cv-00360-OLG-JES-XR   Document 1624-3   Filed 04/25/19   Page 4 of 6

American Community Survey Special Tabulation
Using Census and American Community Survey Data

Texas Legislative Council
04/22/19 1:11 PM
Page 1 of 1

**HOUSE DISTRICTS - PLANH411**

| | 2010 Census | | | Hispanic CVAP | Special Tabulation of Citizen Voting Age Population (CVAP) from the 2013-2017 American Community Survey with Margins of Error | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Not Hispanic or Latino Citizen Voting Age Population (CVAP) | | | | | | | | |
| District | Total | VAP | CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | %Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 90 | 163,261 | 108,428 | 78,510 (±2,554) | 55.8 (±1.7) | 16.6 (±1.5) | 0.1 (±0.2) | 0.1(±0.2) | 25.4 (±1.2) | 0.3 (±0.2) | 1.0 (±0.3) | 0.0 (±0.2) | 0.3 (±0.2) | 0.2 (±0.2) | 0.2 (±0.3) |
| 95 | 161,634 | 115,752 | 103,460 (±2,683) | 16.9 (±1.1) | 49.5 (±1.5) | 0.4 (±0.2) | 0.2(±0.2) | 30.0 (±1.1) | 0.3 (±0.2) | 1.7 (±0.4) | 0.1 (±0.2) | 0.3 (±0.2) | 0.2 (±0.2) | 0.3 (±0.2) |
| 97 | 168,901 | 131,335 | 130,735 (±2,807) | 14.6 (±1.0) | 13.7 (±1.1) | 0.3 (±0.2) | 0.1(±0.1) | 67.9 (±0.9) | 0.2 (±0.1) | 2.2 (±0.4) | 0.1 (±0.1) | 0.4 (±0.2) | 0.4 (±0.2) | 0.2 (±0.2) |
| 99 | 166,864 | 122,934 | 128,805 (±3,113) | 17.6 (±1.2) | 5.3 (±0.8) | 0.2 (±0.1) | 0.0(±0.1) | 72.8 (±1.0) | 0.4 (±0.2) | 2.5 (±0.5) | 0.0 (±0.1) | 0.6 (±0.2) | 0.3 (±0.2) | 0.2 (±0.2) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation.  Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
The percent for each CVAP population category is that group's CVAP divided by the CVAP total.
Numbers in parentheses are margins of error at 90% confidence level.

51122

Red-119
Data: 2013-2017 ACS; 2010 Census
PLANH411   02/07/2019 3:14:13 PM

Case 5:11-cv-00360-OLG-JES-XR   Document 1624-3   Filed 04/25/19   Page 5 of 6

Texas Legislative Council
04/22/19 1:11 PM
Page 1 of 1

# Hispanic Population Profile
## Using Census, 2013-2017 American Community Survey, Voter Registration, and Turnout Data
### HOUSE DISTRICTS - PLANH411

| | 2010 Census | | | 2013-2017 ACS Special Tabulation | | | | 2018 General Election | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Total Voter Registration | | Non-Suspense Voter Registration | | |
| District | Total | VAP | % HVAP | Citizen VAP | MOE | % HCVAP | MOE | Total | %SSVR | Total | %SSVR | %SSTO |
| 90 | 163,261 | 108,428 | 69.7 | 78,510 | (±2,554) | 55.8 | (±1.7%) | 62,043 | 50.6 | 55,774 | 52.5 | 49.7 |
| 95 | 161,634 | 115,752 | 24.3 | 103,460 | (±2,683) | 16.9 | (±1.1%) | 91,676 | 13.4 | 78,355 | 14.1 | 12.5 |
| 97 | 168,901 | 131,335 | 15.7 | 130,735 | (±2,807) | 14.6 | (±1.0%) | 111,572 | 10.6 | 95,945 | 10.7 | 9.3 |
| 99 | 166,864 | 122,934 | 19.9 | 128,805 | (±3,113) | 17.6 | (±1.2%) | 110,322 | 15.2 | 96,253 | 15.5 | 13.0 |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation.  Because the MOE can only be calculated using whole block groups, all block groups with more than 50% of the population in a district are included in the analysis. The Red-118 report provides a summary of the block groups used in the analysis.
MOE = Margin of error at 90% confidence level
% HVAP = Hispanic voting age population / voting age population
% HCVAP = Hispanic citizen voting age population / citizen voting age population
SSVR = Spanish surname voter registration (SSVR/VR)
SSTO = Spanish surname turnout (SSTO/TO) data, starting with 2012, obtained from the Office of the Texas Secretary of State.

51122

Red-340
Data: 2010 Census
PLANH411  02/07/2019 3:14:13 PM
PLANH358  06/21/2013 1:29:25 PM

Texas Legislative Council
04/22/19 1:11 PM
Page 1 of 1

**Plan Overlap Population Analysis**

## HOUSE DISTRICTS
## PLANH411 Compared with PLANH358
## 2018 General Election

| | | Total Population | | | | | | Total Voter Registration | | Turnout | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PLANH411** | **PLANH358** | **Total** | **%A** | **%B** | **%H** | **%BH** | **%O** | **Total** | **SSVR-T** | **Total** | **TO/VR** |
| 90 | | 163,261 | 13.2 | 11.0 | 74.7 | 85.1 | 1.7 | 62,043 | 50.6 % | 27,071 | 43.6 % |
| | 90  97.3 % | 158,864 | 12.2 | 11.3 | 75.5 | 86.1 | 1.7 | 59,519 | 51.6 % | 25,825 | 43.4 % |
| | 99   2.7 % | 4,397 | 52.2 | 2.4 | 44.2 | 46.2 | 1.6 | 2,524 | 26.6 % | 1,246 | 49.4 % |
| *95 | | 161,634 | 22.7 | 46.2 | 28.8 | 74.1 | 3.2 | 91,676 | 13.4 % | 43,612 | 47.6 % |
| | 95  100.0 % | 161,634 | 22.7 | 46.2 | 28.8 | 74.1 | 3.2 | 91,676 | 13.4 % | 43,612 | 47.6 % |
| 97 | | 168,901 | 63.2 | 14.0 | 19.0 | 32.4 | 4.3 | 111,572 | 10.6 % | 67,408 | 60.4 % |
| | 90   0.0 % | 32 | 28.1 | 15.6 | 56.3 | 71.9 | 0.0 | 39 | 17.9 % | 24 | 61.5 % |
| | 97  100.0 % | 168,869 | 63.2 | 14.0 | 19.0 | 32.4 | 4.3 | 111,533 | 10.6 % | 67,384 | 60.4 % |
| 99 | | 166,864 | 67.0 | 5.5 | 23.9 | 29.1 | 3.9 | 110,322 | 15.2 % | 59,130 | 53.6 % |
| | 90   0.5 % | 788 | 24.6 | 2.0 | 73.1 | 75.1 | 0.3 | 218 | 58.3 % | 77 | 35.3 % |
| | 99  99.5 % | 166,076 | 67.2 | 5.5 | 23.7 | 28.9 | 4.0 | 110,104 | 15.1 % | 59,053 | 53.6 % |

\* = The district in the first plan is identical to the district in the second plan.
For technical reasons, election results in Texas Legislative Council reports may vary slightly from the official election results. Complete official results for all elections are maintained by the Office of the Texas Secretary of State.
SSVR-T = Total Spanish surname voter registration

51122