UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF TEXAS, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. <br> SA-11-CA-360-OLG-JES-XR <br> [Lead Case] |

## PLAINTIFF MALC'S MOTION FOR REALLOCATION OF TIME FOR MAY 2, 2019 HEARING

Plaintiff MALC moves this Court for an Order reallocating the time for issues to be addressed at the May 2, 2019 hearing in this cause. After conferring with the other Plaintiffs and Defendants and with the United States, the undersigned counsel has determined that this motion is opposed by the State Defendants, but agreed to by all Plaintiffs and by the United States.

On March 28, 2019 this Court set for hearing arguments and related testimony and evidence concerning proposed remedial plans on HD 90 for May 2, 2019 at 2:30 pm. The Court allocated 2 hours for hearing on this issue, 1 hour for Plaintiffs and 1 hour for Defendants. In the same order this Court set for argument Plaintiffs' request for additional relief pursuant to § 3(c) of the Voting Rights Act. *See* 52 U.S.C. § 10302(c), (bail-in). The Court allocated 1 hour, divided evenly between Plaintiffs and Defendant.

As directed by this Court, a joint advisory on an agreed HD 90 remedial proposal was submitted to the court on April 25, 2019, including a plan packet for the plan, Plan H 411.

Since the issues of an appropriate remedy for HD 90 has been agreed to by the parties

involved on that issue, the Parties believe a different time allocation of the remaining issues would be appropriate. Therefore, the Plaintiff MALC after conferring with all Plaintiffs and with both the State Defendants the United States request that the following time allocation on the remaining issues:

> 3 (c) – 2 hours to be divided evenly between all non U. S. Plaintiffs (1hr) on the one hand and State Defendants joined by the United States on the other (1hr);[1] and
>
> HD 90 – 1 hour to be divided evenly between Plaintiffs (1/2 hr) and Defendants (1/2hr).

DATED:	April 30, 2019	Respectfully submitted,

_/s/Jose Garza_____
JOSE GARZA
Texas Bar No. 07731950
Law Office of Jose Garza
7414   Robin Rest Dr.
San Antonio, Texas 78209
(210) 392-2856
garzpalm@aol.com

Martin Golando
The Law Office of Martin Golando
405 N. St. Mary's, Suite 700
San Antonio, Texas 78209
210-892-8543

---

[1] The internal split within each side would be up to those involved.

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2019, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record who have registered with this Court's ECF system.

    /s/ Jose Garza
JOSE GARZA

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with the parties to this cause and have been informed that the motion is agreed to by all except by the State of Texas defendants.

    /s/ Jose Garza
Jose Garza