UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 2 8 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SHANNON PEREZ, *et al.*,

    *Plaintiffs*,

v.

STATE OF TEXAS, *et al.*,

    *Defendants*.

CIVIL ACTION NO.
SA-11-CV-360-OLG-JES-XR
[Lead case]

## ORDER

In its Order of August 30, 2018, the Court found that a remedy for the 2020 election is required to address the Court's finding of unconstitutional racial gerrymandering regarding the configuration of House District 90 in Plan H358. ECF No. 1600.

On May 2, 2019, the Court conducted a hearing to address potential remedies for the unconstitutional racial gerrymandering found in HD 90 in Plan H358. At the hearing the Court considered testimony, evidence, and the positions of the parties concerning Plan H411, the proposed remedial plan jointly submitted by Texas Latino Redistricting Task Force, the Mexican American Legislative Caucus, and the State Defendants. *See* ECF No. 1624. Plan H411 alters the configuration of HD 90 and adjoining districts in Tarrant County but makes no further changes to the existing Plan H358. The Court finds that Plan H411 maintains HD 90's majority HCVAP and SSVR

status, eliminates the changes that led this Court to find racial gerrymandering, and reflects the choices made by the Texas Legislature in 2013. The Court therefore concludes that the modifications contained in Plan H411 should be incorporated into Plan H358 and that the resulting districts should be used to conduct elections for the Texas House of Representatives in 2020.

Therefore, IT IS ORDERED that Plan H358 is hereby modified to incorporate the district boundaries contained in plan H411 and that the resulting districts shall be used as the district boundaries to elect members of the Texas House of Representatives in the 2020 elections. A map showing the redrawn districts in Plan H411 is attached to this order as Exhibit A. The textual description in terms of census geography for the redrawn districts in Plan H411 is attached as Exhibit B. The textual description in terms of census geography for Plan H358 is attached as Exhibit C. Plan H411 can be viewed on the DistrictViewer website at https://dvr.capitol.texas.gov/House/32/PLANH411.

SIGNED this 28 day of May, 2019.

ORLANDO GARCIA
CHIEF U.S. DISTRICT JUDGE
[on behalf of the three judge panel]