UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, *et al.*, | § |
| | § |
| *Plaintiffs* | § |
| | § CIVIL ACTION NO. |
| | § 5:11-cv-0360-OLG-JES-XR |
| STATE OF TEXAS, *et al.*, | § [LEAD CASE] |
| *Defendants* | § |

## ORDER GRANTING PEREZ PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

Came on to be considered Perez Plaintiffs' Opposed Motion for Award of Attorneys' Fees and Costs, and the Court, being of the view that same should be granted.

IT IS ORDERED that Perez Plaintiffs' Opposed Motion for Award of Attorneys' Fees and Costs is GRANTED and Perez Plaintiffs are awarded $1,681,299.33 in attorneys' fees and costs.

SIGNED on _____, 2021.

_____
U.S. DISTRICT JUDGE