UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, ET AL.,<br><br>*Defendants.* | Civil Action No. 11-CV-360-OLG |

## ORDER

This Court has considered the Joint Motion of the NAACP and Congressional Plaintiffs (hereinafter "Joint Plaintiffs") for Attorneys' Fees and Costs as prevailing parties pursuant 42 U.S.C. §§ 1988 and 52 U.S.C. 103101(e). The Court has already determined that Joint Plaintiffs qualify as prevailing parties entitled to a fee award. *See* ECF No. 1683.

Joint Plaintiffs have certified that they have met and conferred with opposing counsel, and have provided the Court with supporting declarations listing attorney name, date, and hours expended chronologically in this matter, and certifying that these hours were expended on the topics stated and that hourly rates claimed are reasonable. Plaintiffs also provided a brief memo setting forth the method in which the amount of fees were computed, with sufficient citation of authority to permit this Court the opportunity to determine whether this computation was correct. Accordingly, the Court finds Joint Plaintiffs have met the requirements of Local Rule CV-54.

Upon consideration of the arguments and authorities submitted by the parties, and upon review of the supporting materials provided by Joint Plaintiffs, the Court finds the hours, hourly

rates, and other expenses sought by Joint Plaintiffs are reasonable. Thus, the Court is of the opinion that the Motion should Granted.

    IT IS THEREFORE ORDERED AND ADJUDGED that the Motion is GRANTED in its entirety. Defendants shall pay Joint Plaintiffs' attorney's fees in the amount of $1,845,589.95 and costs in the amount of $115,443.90

    SO ORDERED this the _____ day of _____, 2021.

_____
U.S. DISTRICT JUDGE