UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHANNON PEREZ, et. al. ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 11-CV-360-OLG |
| GREG ABBOTT, et. al. ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On this day, the Court considered the Texas Latino Redistricting Task Force, *et al.* Plaintiffs' ("Task Force Plaintiffs") motion for attorney's fees and costs. After reviewing the motion and the accompanying brief in support of the motion for interim attorney's fees and costs, and the attached exhibits, the motion is **GRANTED**.

It is **ORDERED** that Defendants State of Texas, *et al.* pay the Task Force Plaintiffs $3,395,226.92 in attorney's fees and costs.

**SIGNED AND ENTERED** this _____ day of _____, 2021.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

1