UNITED STATES DISTRICT COURT FOR THE WESTERN

DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNON PEREZ, et al | § | |
| Plaintiffs | § | |
| vs | § | 5:11 CV-360-OLG |
| | § | |
| GREG ABBOTT, et al. | § | |
| Defendants | § | |

**ORDER**

Came on to be heard the Motion for Attorney Fees and Expenses filed by the LULAC plaintiffs. Based on the evidence and briefings of the parties, the Court awards attorneys' fees to Mr. Vera in the following amount:

    For Mr. Luis R. Vera, Jr.: _____

The Court further awards fees for the expert testimony in the following amount:

    For Mr. George Korbel: _____

    Signed on this \_\_\_\_ day of _____, 2021.

_____
U.S. DISTRICT JUDGE